UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:25-cv-02085 |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN | ) ) ) ) ) ) |

*Defendants in rem.*

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Supervisory Official for the Criminal Division of the Department of Justice, respectfully advises the Court that the undersigned attorney, Jonas Lerman, is entering his appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW R. GALEOTTI
SUPERVISORY OFFICIAL
Criminal Division
U.S. Department of Justice

By:   s/ *Jonas Lerman*
Jonas Lerman, CA Bar #274733
Trial Attorney, U.S. Department of Justice
1301 New York Ave., N.W.
Washington DC, 20530
Telephone: (206) 588-9582
jonas.lerman@usdoj.gov