# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION OF:

Edward Michael Burch

(*Print your name as you wish for it to appear in the records of the court.*)

**FOR ADMISSION TO PRACTICE**

*PETITION*

I, Edward M. Burch, hereby petition the United States District and Bankruptcy Courts for the District of Columbia to admit me to practice before the aforementioned Court, and in support of my petition:

| | |
|---|---|
| (Date admitted to DC Bar) | (DC Bar No.) |
| Law Office of Michael and Burch, LLP | One Sansome Street, Suite 1400 |
| (Principal Office - Firm Name) | (Street Address) |
| San Francisco, CA 94104 | (415)946-8996 |
| (City, State, Zip Code) | (Telephone Number) |
| 01/11/1978 | 1535 |
| (Date of Birth) | (Last four (4) digits of SSN) |

E-Mail Address  edward@michaelburchlaw.com

## Residence Address:

Street  663 7th Avenue
City  San Francisco              State  CA
Zip Code  94118                  Telephone No.  (415)518-0498

Admitted to State Bar of  California          Date Admitted  04/18/2008

**OR**

In-House Attorney Admitted in _____   Date Admitted _____

3

My legal training (law school attended & graduation date) and experience are as follows (attach additional sheets, if necessary): University of New Mexico School of Law, JD 2006; also see attached list

All occasions, if any, on which I have been held in contempt of Court are set forth as follows: (**If none**, **so state**.) (State the nature of the contempt and the final disposition thereof. Attach additional sheets if necessary.) None

All occasions, if any, on which I have been convicted of a crime, censured, suspended, disciplined or disbarred by any Court are set forth as follows: (**If none, so state**.) (State the facts and circumstances connected therewith. Attach additional sheets if necessary.)
None

The Local Rules of this Court place certain requirements on counsel for admission to the Bar of this Court and also to practice. Please check the requirements that apply. In addition to requirement #1, either requirement #2 or #3 must be checked before the petition will be accepted. If you wish to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits, at least one of the listed requirements on the bottom portion of the certificate must be checked.

### ADMISSION TO PRACTICE CERTIFICATE

In compliance with LCvR 83.8(b)(6) and LCrR 57.21(b)(6) the undersigned applicant hereby certifies that:

### (*MANDATORY*)

#1 ✔      I have read and am familiar with the provisions of the Judicial Code (Title 28 United States Code) which pertain to the jurisdiction of and practice in the U.S. District Courts, the Rules of the United States District Court for the District of Columbia, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals [LCvR 83.8(b)(6)(i),(iii)and(iv)/LCrR 57.21(b)(6)(i),(iii) and (iv)]; D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996 (attached as Appendix B) [LCvR 83.8(b)(6)(v)]; [LCrR 57.21(b)(6)(v)]; and

#2 ✔      I am familiar with the Federal Rules of Civil Procedure [LCvR 83.8(b)(6)(ii)];
**and/or**

#3 ____    I am familiar with the Federal Rules of Criminal Procedure [LCrR 57.21(b)(6)(ii)].

4

An attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that:

#4 ✔   I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1) and LCrR 44.1(b)(1)]; **OR**

#5 ✔   I have participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2) and LCrR 44.1(b)(2)]; **OR**

#6 ___   I have satisfactorily completed a continuing education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [Local Rule 83.2(b)(3) and LCrR 44.1(b)(3)].

In consideration of LCvR 83.11, the undersigned applicant certifies that:

#7 ✔   I have read LCvR 83.11 and understand that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read LCvR 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants.

07/08/2025
(DATE)

_[signature]_
(PETITIONER'S SIGNATURE)

5

**(PLEASE PRINT OR TYPE - EXCEPT FOR SIGNATURE)**

**PETITIONER'S NAME:** Edward M. Burch

**SPONSOR'S AFFIDAVIT AND MOTION**

I, David B. Smith, was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on _____, 20____. My bar number is _____ and I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia. I have known the petitioner for at least one year, under the following circumstances: I have worked with Petitioner together on forfeiture related issues/projects from time to time over the years.

My knowledge of said petitioner's moral character is as follows: Petitioner has always shown good moral character.

My knowledge of said petitioner's experience is as follows: He has obtained numerous appellate opinions in the area of asset seizure/forfeiture defense in various circuits throughout the country. I am aware that Petitioner sucessfully litigated a civil asset forfeiture action through jury trial, is one of the few attorneys to have multiple times obtained CAFRA fee awards for prevailing in forfeitures & consider him one of the few specialists in the field.

I am satisfied that the petitioner has the necessary qualifications to become a member of the bar of this Court, and I, therefore, move his/her admission.

I declare under penalty of perjury that the foregoing is true and correct.

| July 11, 2025 | David Smith |
|---|---|
| (DATE) | (SIGNATURE OF SPONSOR) |

108 North Alfred Street, 1st Fl.

Alexandria, VA 22314

6