**List of Court Admissions (July 2025)**
**Edward M. Burch**

      I am an attorney at law admitted to practice in all Courts of the State of California on April 14, 2008. My California State Bar # is 255470. I am also admitted to practice law and have practiced in the following federal courts:

United States District Court for the Northern District of California (2008)
United States District Court for the Eastern District of California (2009)
United States District Court for the Central District of California (2011)
United States District Court for the Southern District of California (2013)
United States District Court for the District of Colorado (2017)
United States District Court for the Northern District of Illinois (2016)
United States District Court for the District of Nebraska (2020)
United States Court of Appeals for the Sixth Circuit (2022)
United States Court of Appeals for the Seventh Circuit (2021)
United States Court of Appeals for the Ninth Circuit (2008)
United States Court of Appeals for the Tenth Circuit (2013)

(Pro Hac Vice):

United States District Court for the District of Arizona (2021)
United States District Court for the District of Connecticut (2023)
United States District Court for the Northern District of Georgia (2009 and 2010)
United States District Court for the District of Hawaii (2025)
United States District Court for the Southern District of Illinois (2017)
United States District Court for the District of Minnesota (2018)
United States District Court for the Western District of Missouri (2017)
United States District Court for the District of New Mexico (2011)
United States District Court for the Eastern District of New York (2014)
United States District Court for the Southern District of New York (2019)
United States District Court for the Northern District of New York (2019)
United States District Court for the District of Nevada (2015)
United States District Court for the Eastern District of North Carolina (2017)
United States District Court for the Western District of North Carolina (2017)
United States District Court for the Northern District of Ohio (2023)
United States District Court for the Western District of Pennsylvania (2022)
United States District Court for the Middle District of Tennessee (2017 & 2019)

                                              ___s/*Edward M. Burch*_____
                                              EDWARD M. BURCH, Declarant