UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:25-CV-02085** |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN THE | ) | |
| BTC-E OPERATING WALLETS AS OF JULY 25, | ) | |
| 2017, AND OTHER ASSETS FURTHER | ) | |
| DESCRIBED HEREIN, | ) | |
| | ) | |
| Defendants *in rem*. | ) | |
| _____/ | ) | |

## MOTION FOR ADMISSION OF ATTORNEY EDWARD M. BURCH *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), the undersigned hereby moves for the admission and

appearance of attorney Edward M. Burch *pro hac vice* in the above-entitled action.  This motion

is supported and signed by David B. Smith, an active and sponsoring member of the Bar of this

Court, and by the Declaration for Pro Hac Vice Admission, filed herewith.

In support of this motion, the undersigned asserts the following:

1.      Mr. Burch is a partner at Law Office of Michael & Burch, LLP, One Sansome St.,

Suite 1400, San Francisco, CA 94104.  His business phone number is (415) 946-8996 and his

email address is edward@michaelburchlaw.com.

2.      As set forth in Mr. Burch's Declaration for Pro Hac Vice Admission, he is

admitted and an active member of the following courts and bars: the California Bar, the Sixth

Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Ninth Circuit Court of

Appeals, the Tenth Circuit Court of Appeals, and U.S. District Court for the following districts: the Northern District of California, the Central District of California, the Southern District of California, the Eastern District of California, the District of Colorado, the Northern District of Illinois, and the District of Nebraska. He has been admitted Pro Hac Vice in U.S. District Court for the following districts: the District of Arizona, the District of Connecticut, the Northern District of Georgia, the Southern District of Illinois, the District of Minnesota, the Western District of Missouri, the District of New Mexico, the Eastern District of New York, the Southern District of New York, the Northern District of New York, the District of Nevada, the Eastern District of North Carolina, the Western District of North Carolina, the Northern District of Ohio, the Western District of Pennsylvania, the Middle District of Tennessee, and the District of Hawaii.

3. As further set forth in the Declaration, Mr. Burch is a member in good standing of the courts in which he is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against him.

WHEREFORE, the undersigned attorney David B. Smith respectfully requests that this Court grant attorney Edward M. Burch admission to appear *pro hac vice* in this Court, in this proceeding.

Dated this 11 day of July, 2025.                    Respectfully submitted,

David Smith
_____
David B. Smith
DC Bar # 403068
108 North Alfred Street, 1st Fl.
Alexandria, VA 22314
dbs@davidbsmithpllc.com

**MOT. FOR ADMISSION OF ATTORNEY *PRO HAC VICE***                    2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN THE )<br>BTC-E OPERATING WALLETS AS OF JULY 25, )<br>2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN, )<br>)<br>Defendants in rem. )<br>_____/ ) | **Case No. 1:25-CV-02085** |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF**

**ATTORNEY EDWARD M. BURCH *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Edward M. Burch *pro hac vice*. Upon consideration of that motion, the Court grants attorney Edward M. Burch *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____          _____
                                                        United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all attorneys of record.

David Smith

_____

David B. Smith
DC Bar # 403068
108 North Alfred Street, 1st Fl.
Alexandria, VA 22314
dbs@davidbsmithpllc.com