# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
Plaintiff(s)

vs.

All Virtual Currency Held in the BTC-E
Defendant(s)

Case Number: 1:25-CV-02085

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Edward Michael Burch

2. State bar membership number: California SBN 255470

3. Business address, telephone and fax numbers:
   Law Office of Michael & Burch, LLP, One Sansome St., Suite 1400, San Francisco, CA 9

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See Attached List and concurrently filed certificate of standing

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? Yes

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✔] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [✔] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

7/9/2025
DATE

_[signature]_
SIGNATURE OF ATTORNEY

2

**List of Court Admissions (July 2025)**
**Edward M. Burch**

I am an attorney at law admitted to practice in all Courts of the State of California on April 14, 2008. My California State Bar # is 255470. I am also admitted to practice law and have practiced in the following federal courts:

United States District Court for the Northern District of California (2008)
United States District Court for the Eastern District of California (2009)
United States District Court for the Central District of California (2011)
United States District Court for the Southern District of California (2013)
United States District Court for the District of Colorado (2017)
United States District Court for the Northern District of Illinois (2016)
United States District Court for the District of Nebraska (2020)
United States Court of Appeals for the Sixth Circuit (2022)
United States Court of Appeals for the Seventh Circuit (2021)
United States Court of Appeals for the Ninth Circuit (2008)
United States Court of Appeals for the Tenth Circuit (2013)

(Pro Hac Vice):

United States District Court for the District of Arizona (2021)
United States District Court for the District of Connecticut (2023)
United States District Court for the Northern District of Georgia (2009 and 2010)
United States District Court for the District of Hawaii (2025)
United States District Court for the Southern District of Illinois (2017)
United States District Court for the District of Minnesota (2018)
United States District Court for the Western District of Missouri (2017)
United States District Court for the District of New Mexico (2011)
United States District Court for the Eastern District of New York (2014)
United States District Court for the Southern District of New York (2019)
United States District Court for the Northern District of New York (2019)
United States District Court for the District of Nevada (2015)
United States District Court for the Eastern District of North Carolina (2017)
United States District Court for the Western District of North Carolina (2017)
United States District Court for the Northern District of Ohio (2023)
United States District Court for the Western District of Pennsylvania (2022)
United States District Court for the Middle District of Tennessee (2017 & 2019)

                                                                              s/*Edward M. Burch*
                                                                  EDWARD M. BURCH, Declarant