UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-CV-02085 |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, | ) ) ) ) ) |
| Defendants *in rem*. | ) ) |

## MOTION FOR ADMISSION OF ATTORNEY LESLIE M. SAMMIS *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), the undersigned hereby moves for the admission and appearance of attorney Leslie M. Sammis *pro hac vice* in the above-entitled action. This motion is supported and signed by Bjorn E. Brunvand, an active and sponsoring member of the Bar of this Court, and by the Declaration for Pro Hac Vice Admission, filed herewith.

In support of this motion, the undersigned asserts the following:

1. Ms. Sammis is a partner at Sammis Law Firm, P.A., 1005 N. Marion St, Tampa, FL 33602. Her business phone number is (813) 250-0500 and her email address is Lsammis@sammislawfirm.com.

2. As set forth in Ms. Sammis's Declaration for Pro Hac Vice Admission, she is admitted and an active member of the following courts and bars: the Florida Bar, the Georgia Bar, and the Eleventh Circuit Court of Appeals, and U.S. District Court for the following

MOT. FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

districts: the Middle District of Florida, and the Northern District of Georgia. She has been admitted Pro Hac Vice in U.S. District Court for the following districts: the District of New Jersey, the Northern District of Texas, and the Southern District of Texas.

3.  As further set forth in the Declaration, Ms. Sammis is a member in good standing of the courts in which she is admitted. Furthermore, no disciplinary proceedings have been filed or are pending against her.

WHEREFORE, the undersigned attorney Bjorn E. Brunvand respectfully requests that this Court grant attorney Leslie M. Sammis admission to appear *pro hac vice* in this Court, in this proceeding.

Dated this 21ˢᵗ day of July, 2025.

Respectfully submitted,

Bjorn E. Brunvand
DC Bar # FL0095
BRUNVAND & WISE LAW GROUP
615 Turner Street
Clearwater, FL 33756
E-Mail:bjorn@acquitter.com