UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>   Defendants *in rem*.<br>_____/ | )<br>)<br>)<br>)<br>)<br>) **Case No. 1:25-CV-02085**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for claimant Aron Opthun, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Opthun is forthcoming.

             Respectfully Submitted,

Date: July 23, 2025

             By: /s/ *Edward M. Burch*
             EDWARD M. BURCH (Pro Hac Vice)
             Law Office of Michael and Burch, LLP
             One Sansome Street, Suite 1400
             San Francisco, CA 94104
             Telephone: (415) 946-8996
             E-mail:  edward@michaelburchlaw.com

             Attorney for Claimant ARON OPTHUN