UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>      Defendants *in rem*. | Case No. 1:25-CV-02085 |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Juan Mateo Lorenzo, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Lorenzo is forthcoming.

                      Respectfully Submitted,

Date: July 25, 2025

                      By: /s/ *Edward M. Burch*
                      EDWARD M. BURCH (Pro Hac Vice)
                      Law Office of Michael and Burch, LLP
                      One Sansome Street, Suite 1400
                      San Francisco, CA 94104
                      Telephone:   (415) 946-8996
                      E-mail:       edward@michaelburchlaw.com

                      Attorney for Claimant
                      JUAN MATEO LORENZO