UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**

Defendants In Rem.

Case No. **1:25-cv-02085-CJN**

**ANSWER OF CLAIMANT Sang Rai Kang**

**TO VERIFIED COMPLAINT FOR FORFEITURE**

COMES NOW Claimant, **Sang Rai Kang**, appearing pro se, respectfully submits this **Verified Answer** the Verified Complaint for Forfeiture as follows:

### I. JURISDICTION AND VENUE

1. Claimant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

2. Claimant admits that venue is proper under 28 U.S.C. § 1395.

### II. DEFENDANT PROPERTY

1

3. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies them.

4. Claimant admits ownership interest in certain digital assets held on BTC-e as of July 25, 2017, including but not limited to: **Digital coin held within the account sangraiknag**, and denies any illegal source or use of said assets.

### III. FACTUAL ALLEGATIONS

"Claimant denies each and every allegation in the Complaint not specifically admitted herein."

---

### AFFIRMATIVE DEFENSES

Without waiving the foregoing denials, Claimant asserts the following defenses:

1. **Innocent Owner Defense (18 U.S.C. § 983(d))**: Claimant is an innocent owner of the Defendant Property and did not know of or consent to any alleged unlawful use.

2. **Due Process Violation**: The seizure and forfeiture of Claimant's property violates the Due Process Clause of the Fifth Amendment.

3. **Excessive Fine**: Forfeiture of the Defendant Property would constitute an excessive fine under the Eighth Amendment.

4. **Statute of Limitations**: To the extent applicable, the government's claims may be barred by statutes of limitations.

5. **Failure to State a Claim**: The Complaint fails to state a claim upon which relief can be granted.

---

### PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:

1. Dismiss the Verified Complaint for Forfeiture with prejudice;

2. Order the immediate return of the seized property to Claimant;

3. Award Claimant reasonable fees and costs pursuant to 28 U.S.C. § 2465(b); and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*[signature]*

Sang Rai Kang

411 Virginia Ave.

Herndon, VA 20170

sangraikang@yahoo.com

571-921-7424

Pro Se

08/04/2025