UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALL VIRTUAL CURRENCY HELD IN THE  )<br>BTC-E OPERATING WALLETS AS OF JULY 25,  )<br>2017, AND OTHER ASSETS FURTHER  )<br>DESCRIBED HEREIN,  )<br>  )<br>    Defendants *in rem*.  )<br>_____/ )<br>  )<br>JOSEPH BARRETT,  )<br>  )<br>    Claimant  <br>_____/ | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>Case No. 1:25-CV-02085 |

## VERIFIED CLAIM

I, Joseph Barrett, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "LitecoinTX2014" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: August ____, 2025
    8/7/2025

*Joseph Barrett*
_____
JOSEPH BARRETT

1

VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August ____, 2025
        8/7/2025

*Joseph Barrett*

_____
JOSEPH BARRETT


Respectfully submitted,

Dated: August ____, 2025
        8/7/2025

   s/*Edward M. Burch*_____
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
Email:   edward@michaelburchlaw.com


   s/*Leslie Sammis*_____
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:   (813) 250-0500
Email:   lsammis@sammislawfirm.com


   s/*David B. Smith*_____
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:   (703) 548-8911
Email:   dbs@davidbsmithpllc.com


Attorneys for Claimant
JOSEPH BARRETT

2