UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>    Plaintiff,                                    )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>ALL VIRTUAL CURRENCY HELD IN THE  )<br>BTC-E OPERATING WALLETS AS OF JULY 25, )<br>2017, AND OTHER ASSETS FURTHER        )<br>DESCRIBED HEREIN,                            )<br>                                                              )<br>    Defendants *in rem*.                  )<br>_____/ )<br>                                                              )<br>KIRK OUIMET,                                  )<br>                                                              )<br>    Claimant                                     <br>_____/ | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>Case No. 1:25-CV-02085 |

## **VERIFIED CLAIM**

I, Kirk Ouimet, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "kirkouimet" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017.

My interest in said property is that I am the lawful owner.

Dated: 08 / 05 / 2025

*[signature]*
_____
KIRK OUIMET

1

VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 08 / 05 / 2025

_____
KIRK OUIMET

Dated: August __7__, 2025

Respectfully submitted,

   s/*Edward M. Burch*
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
Email:   edward@michaelburchlaw.com

   s/*Leslie Sammis*
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:   (813) 250-0500
Email:   lsammis@sammislawfirm.com

   s/*David B. Smith*
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:   (703) 548-8911
Email:   dbs@davidbsmithpllc.com

Attorneys for Claimant
KIRK OUIMET

Doc ID: bad86968c2d728aed1b39477d3e5673e0424b333