# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
    Defendant in rem.

Case No. 1:25-cv-02085-CJN

## CLAIMANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO THE UNITED STATES

Pursuant to Federal Rules of Civil Procedure 26, 33, and 34, Claimant Sang Rai Kang, appearing pro se, hereby serves the following Interrogatories and Requests for Production upon the Plaintiff, the United States of America.

### DEFINITIONS

- "Defendant Property" refers to all virtual currency or assets described in the Verified Complaint.
- "BTC-e" refers to the exchange referenced by the government, including any of its administrators or affiliated entities.
- "You" or "Your" refers to the United States, including DOJ, IRS-CI, FBI, or other law enforcement involved in this case.

### INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Claimant Sang Rai Kang hereby requests the United States to answer the following interrogatories within thirty (30) days.

1. Interrogatory No. 1:

Identify all wallet addresses, including public keys or transaction hashes, associated with the BTC-e account registered under the username "sangraiknag".

2. Interrogatory No. 2:

State the types and quantities of all cryptocurrencies (including but not limited to BTC, LTC, ETH, etc.) held in or associated with the account "sangraiknag" as of July 25, 2017.

3. Interrogatory No. 3:

**RECEIVED**

AUG 0 7 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Describe all methods used by the United States to associate the account "sangraiknag" with specific wallet addresses or blockchain transactions.

4. Interrogatory No. 4:

Identify all government agents, contractors, or third-party firms involved in analyzing or reviewing the BTC-e database used in this forfeiture action, as it relates to the "sangraiknag" account.

5. Interrogatory No. 5:

State whether the government has made any determination as to whether the funds in the "sangraiknag" account are derived from lawful or unlawful activity, and if so, provide the basis for such determination.

6. Interrogatory No. 6:

Identify the date and method by which the government first became aware of the "sangraiknag" account, and any efforts made to provide direct notice of this forfeiture action to the account holder.

7. Interrogatory No. 7:

State whether any of the funds held in the "sangraiknag" account have been transferred, converted, or liquidated by the U.S. Government or its agents, and if so, provide the date, method, and recipient wallet or account.

## Requests for Production

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Claimant Sang Rai Kang requests that the United States produce the following documents within thirty (30) days:

8. Request No. 1:

All account records, registration details, balances, and transaction logs associated with the BTC-e account username "sangraiknag".

9. Request No. 2:

All wallet addresses, QR codes, or blockchain identifiers linked to "sangraiknag", including any chain analysis reports or wallet tracing documents.

10. Request No. 3:

A copy of any forensic image or database extract from BTC-e used in your investigation, with specific entries referencing "sangraiknag".

11. Request No. 4:

All correspondence, internal memos, or reports discussing the disposition, seizure, conversion, or sale of cryptocurrency associated with "sangraiknag".

12. Request No. 5:

All notices, emails, or attempted communications sent to the BTC-e account "sangraiknag" regarding this forfeiture case.

## Certificate of Service

I certify that on August 07, 2025, I served the above Interrogatories and Requests for Production by [mail/email/personal delivery] to:

Assistant U.S. Attorney
Joshua L. Sohn

U.S. Attorney's Office for the District of Columbia
1400 New York Avenue NW
Washington, D.C. 20005
202-353-2223

Joshua.sohn@usdoj.gov

Respectfully submitted,

Sang Rai Kang

08/07/2025

411 Virginia Ave.

Herndon, VA 20170

571-921-7424

sangraikang@yahoo.com

Pro Se Claimant