UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>                    Plaintiff,        )<br>                                                         )<br>v.                                                      )<br>                                                         )   Case No. 1:25-CV-02085<br>ALL VIRTUAL CURRENCY HELD IN THE  )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN,                         )<br>                                                         )<br>                    Defendants *in rem*.   )<br>_____/ ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimants Joseph Barrett, Aron Opthun, Juan Mateo Lorenzo, Kirk Ouimet, Marc-André Guindon, Felix Correa, and Michael Barth Vik. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 1, 2025; I have also applied for general admission to practice in this Court, which the application is currently pending.

Dated: August 15, 2025                    Respectfully Submitted,

By: /s/ *Leslie Sammis*
LESLIE SAMMIS, *Pro Hac Vice*
SAMMIS LAW FIRM, P.A.
1005 N. Marion St.
Tampa, FL 33602
Telephone: (813) 250-0500
Email: Lsammis@sammislawfirm.com

Attorney for Claimants
JOSEPH BARRETT
ARON OPTHUN
JUAN MATEO LORENZO
KIRK OUIMET
MARC-ANDRE GUINDON
FELIX CORREA
MICHAEL BARTH VIK