UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| *Plaintiff,*  ) | |
| ) | |
| v.  ) | Case No.: 1:25-cv-02085 |
| ) | |
| ALL VIRTUAL CURRENCY HELD IN  ) | |
| THE BTC-E OPERATING WALLETS  ) | |
| AS OF JULY 25, 2017, AND OTHER  ) | |
| ASSETS FURTHER DESCRIBED HEREIN  ) | |
| ) | |
| *Defendants in rem.*  ) | |
| ) | |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance as local counsel on behalf of Claimant Sarah Winters in the above captioned case.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of AUGUST, 2025 a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.