UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**ALL VIRTUAL CURRENCY HELD IN** )<br>**THE BTC-E OPERATING WALLETS** )<br>**AS OF JULY 25, 2017, AND OTHER** )<br>**ASSETS FURTHER DESCRIBED HEREIN** )<br>)<br>*Defendants in rem.* )<br>) | Case No.: 1:25-cv-02085 |

I, Alfred Guillaume III, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney Daniel Smith, to appear pro hac vice in the above captioned case on behalf of the Defendants in the above captioned matter.

I certify that:

1. Mr. Smith is not a member of the bar of this Court and does not maintain an office in the District of Columbia.

2. Mr. State is a member in good standing of the bars of the following State Courts and United States Courts:

a) State Bar of California.

b) State Bar of Arizona.

c) United States Court of Appeals for the 9th Circuit.

d) United States District Court for the Northern District of California.

e) United States District Court for the Eastern District of California.

f) United States District Court for the Central District of California.

g) United States District Court for the Southern District of California.

h) United States District Court for the District of Arizona.

3. Mr. Smith has not been admitted pro hac vice in this court within the last two years.

4. Mr. Smith understands that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Attached to this motion is a signed supplemental certification which provides more facts on Attorney Smith, including his disciplinary history and other information relevant to this Court's determination of his pro hac vice admission.

WHERFORE, undersigned counsel requests the pro hac vice admission of Attorney Daniel Smith.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August 2025, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, E