UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>*Defendants in rem.* | Case No.: 1:25-cv-02085 |

### *PRO HAC VICE* ADMISSION CERTIFICATION OF DANIEL M. SMITH

I, Daniel M. Smith, hereby certify that the following information is true and correct:

1. My full name is Daniel Martin Smith, LCrR 44.1(d)(1).

2. My office address is 585 Third Avenue, Chula Vista, California, 91910 and my business telephone number is (619) 233-6900, LCrR 44.1(d)(2).

3. I have been admitted to the following courts and bars, LCrR 44.1(d)(3).

    U.S. Court of Appeals, 9th Circuit

    State Bar of California

    State Bar of Arizona

    U.S. District Court for the Northern District of California

    U.S. District Court for the Eastern District of California

    U.S. District Court for the Central District of California

    U.S. District Court for the Southern District of California

    U.S. District Court for the District of Arizona

4. I am currently in good standing with each of the states, courts, and bars in which I am admitted.

5. Other than for this defendant, I have not been admitted *pro hac vice* in this Court within the last two years. LCrR 44.1(d)(5).

6. I do not engage in the practice of law from an office located in the District of Columbia. LCrR 44.1(d)(6).

7. I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct. LCrR 44.1(h), 57.21(b)(6).

8. I swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge. Executed in Chula Vista, California this ___13th___ day of ___August___, 2025.

Respectfully submitted,

Daniel M. Smith, Esq.
CA Bar # 149334
AZ Bar # 13678
San Diego Defenders, APC
585 Third Avenue
Chula Vista, CA 91910
619-233-6900 (Office)
dsmith@sandiegodefenders.com