# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>                    Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN DEFENDANT ASSETS** |

1

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee")[1] submits this Verified Claim asserting an ownership interest in the subject seized property in the above-captioned matter.

On June 30, 2025, the United States filed a Verified Complaint for Forfeiture *In Rem* (ECF No. 1, the "Complaint") seeking forfeiture of the following property (collectively, the "Defendant Assets"):

A. All virtual currency held in the BTC-e operating wallets as of July 25, 2017, including but not limited to:

   (i) Approximately 925.93922019 bitcoin seized between August 2, 2017, and August 17, 2017;

   (ii) Approximately 4036.91817168321 ether seized on August 5, 2017;

   (iii) Approximately 2249.25 litecoin seized between August 7, 2017 and August 11, 2017;

   (iv) Approximately 284553.52143074 namecoin seized on August 10, 2017;

   (v) Approximately 1946.609 novacoin seized on August 7, 2017;

---

[1] The MtGox bankruptcy proceeding pending before the Twentieth Civil Division of the Tokyo District Court, Japan, has been recognized as a "foreign main proceeding" in the United States bankruptcy case of *In re MtGox Co., Ltd. (a/k/a MtGox KK)* (No. 14-31229-sgj-15) (N.D. Tex. Bankr.) (the "MtGox Estate"). *See generally* ECF Nos. 1, 2, and 3 (petition for Chapter 15 recognition of foreign proceedings); No. 127 (MtGox Trustee's Amended Verified Petition for Recognition); No. 151 (Order recognizing foreign main proceeding); No. 194 (Amended Recognition Order).

2

    (vi)    Approximately 279.05 peercoin seized on August 11, 2017;

    (vii)    Approximately 33.03682558 dash seized between August 7, 2017 and August 11, 2017;

    (viii)    Approximately 929.5 BTC transferred to 1FFs5hv6JBScJq63aFZvBaNsP6FwnhVgre on or about July 31, 2017; and

    (ix)    Approximately 485,705.4599 ETH held in 0x8eb3fa7907ad2Ef4c7E3BA4B1d2F2aAc6f4B5ae6 as of July 30, 2017.

B.    Approximately USD $89,683,590.51, AUD $ 5,471,132.02, RUB 9,339,457.71, and GBP 35,459.32 in funds consolidated and previously held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited, account number X60FXPNXXF9776910001, and related trading accounts, including any interest earned thereon.

C.    Approximately USD $72,574.48 and RUB 453,361.66 in funds consolidated and previously held in the name of Alexander Vinnik at FXOpen and/or XP Solutions Limited, account number XX20FXPNXXF3396510002, and related trading accounts, including any interest earned thereon.

D.    Approximately USD $5,491.509.67 in funds consolidated and previously held in the name of or for the benefit of Canton Business Corporation and/or Stanislav Golovanov at FXOpen AU Pty Ltd., account number XX46FXPNXXG3750310001, and related trading accounts, including any interest earned thereon.

    E.    All funds on deposit in account numbers (i) CZ6903000000000273635458, (ii) CZ6703000000000273635300, and (iii) CZ7803000000000273636266, held in the name of NANO ABC LP at Československá obchodní banka.

    F.    All funds on deposit in account number CZ0080000000000001939292223 held in the name of NANO ABC LP at Česká spořitelna banka.

Complaint at ¶ 11.

The United States seeks forfeiture of the Defendant Assets on the grounds that they were involved in transactions (1) involving the operation of an unlicensed money transmitting business in violation of 18 U.S.C. § 1960; and (2) that are part of a money laundering conspiracy in violation of 18 U.S.C. § 1956(h), both of which render the Defendant Assets forfeitable under 18 U.S.C. § 981(a)(1)(A). Complaint at ¶1. Specifically, the United States alleges that the Defendant Assets were "involved in the operation of BTC-e, an unlicensed cryptocurrency exchange that laundered money for criminals from 2011 until it was shut down by U.S. law enforcement in 2017." *Id*. at ¶ 12. The United States further alleges that "BTC-e [and its associated accounts] received and transferred cryptocurrency" from specified unlawful activities, including "approximately 300,000 of the bitcoin stolen from Mt. Gox." *Id*. at ¶¶ 71, 94-98. "BTC-e was used to conceal the stolen funds and obscure their ultimate destination, allowing the perpetrator(s) to profit from their crimes." *Id*. at ¶ 98.

Thus, the Complaint alleges that the crimes giving rise to forfeiture were, among other things, the theft of the Defendant Assets from Mt. Gox, and Alexander Vinnik's ("Vinnik") laundering of such assets through BTC-e. *Id*. at ¶ 97-103. These same underlying crimes gave rise to a criminal indictment against Vinnik and BTC-e, alleging, similarly, that after "the thefts, some approximately 530,000 of the bitcoin (worth hundreds of millions of dollars) stolen from Mt Gox

was deposited into wallets at three different digital currency exchanges" including BTC-e, and that "of this 530,000 bitcoin, 300,000 of it was sent directly to three separate BTC-e accounts" controlled by Vinnik.[2] The Complaint further explains that Vinnik pled guilty to a money laundering conspiracy in violation of 18 U.S.C. § 1956(h) and admitted that "BTC-e received criminal proceeds of numerous computer intrusions and hacking incidents" and that many of the Defendant Assets were forfeitable as a result. Complaint at ¶¶ 101-103.

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) and the Recognition Order (explained below), the MtGox Trustee hereby submits this Verified Claim asserting an ownership interest and constructive trust in each of the Defendant Assets (each of Defendant Properties A – F, inclusive). The Defendant Assets are traceable to specified unlawful activities, and are traceable to the 2011-2014 hacks and thefts of bitcoin from MtGox, which led to MtGox's collapse and insolvency. The MtGox Trustee asserts an interest in the Defendant Assets as property stolen from MtGox, and as to which the MtGox Estate has an interest. If the Defendant Assets are returned to the MtGox Trustee, the MtGox Trustee would facilitate an efficient, orderly distribution of them to MtGox's creditors consistent with the Trustee's obligations under the United States Bankruptcy Code.

*****

### Background Regarding MtGox and the Trustee's Chapter 15 Powers

On March 9, 2014, MtGox Co., Ltd. and the MtGox Trustee petitioned the United States Bankruptcy Court for the Northern District of Texas for Chapter 15 recognition of a foreign proceeding,[3] namely a civil rehabilitation proceeding in Tokyo pursuant to Japan's Civil

---

[2] *See United States v. BTC-E A/K/A Canton Business Corporation, et al.,* (16-cr-00227-SI) (N.D. Cal.) ECF No. 1 at ¶¶ 52 – 56.

[3] Generally, Chapter 15 of the United States Bankruptcy Code provides "effective mechanisms for dealing with cases of cross-border insolvency with the objectives of—(1) cooperation between—(A) courts of the United States, United States trustees, trustees, examiners, debtors, and debtors in possession; and (B) the

Rehabilitation Act (the "Tokyo Court"), and subsequently filed an amended petition on May 23, 2014. *See In re MtGox Co., Ltd.*, ECF No. 126 (MtGox Trustee's Amended Verified Petition For Recognition and Chapter 15 Relief). On April 24, 2014, the Tokyo Court appointed the MtGox Trustee as bankruptcy trustee for the MtGox Estate. *Id.* at ¶ 2. On June 19, 2014, the U.S. Bankruptcy Court for the Northern District of Texas formally recognized the Tokyo Court proceedings as a "foreign main proceeding," and recognized the MtGox Trustee as the "foreign representative" of MtGox pursuant to Chapter 15 of the United States Bankruptcy Code. *In re MtGox Co., Ltd.*, ECF No. 151 (the "Recognition Order"). Since April 2014, Japanese bankruptcy proceedings for MtGox had commenced in Tokyo, and Nobuaki Kobayashi was appointed as the bankruptcy trustee. In June 2018, the Japanese case was converted to civil rehabilitation proceedings, and Mr. Kobayashi continued to serve as the court-appointed rehabilitation trustee. In connection with this development, the Chapter 15 Recognition Order was amended on December 11, 2018 (the "**Amended Recognition Order**," attached as **Exhibit A**).[4]

Among other things, the Amended Recognition Order entrusts the MtGox Trustee "with the administration and realization of all of the Debtor's assets within the territorial jurisdiction of the United States" and authorizes the MtGox Trustee to "take all actions necessary to effectuate the relief granted pursuant to" that order. Recognition Order at ¶¶ 7-9. In other words, the MtGox Trustee is empowered to seek a recovery of assets belonging to the MtGox Estate in legal proceedings in the United States. As alleged in the Complaint (*see, e.g.*, ¶¶ 94-103), Vinnik and other co-conspirators stole and illegally removed assets from Mt. Gox's possession, custody or control, and then laundered those assets by sending them to BTC-e. Some of the Defendant Assets

---

courts and other competent authorities of foreign countries involved in cross-border insolvency cases." *See* 11 U.S.C. § 1501(a).

[4] *See* ECF No. 194, *In re MtGox Co., Ltd. (a/k/a MtGox KK)* (No. 14-31229-sgj-15) (N.D. Tex. Bankr.).

are property stolen from MtGox, are traceable to property stolen from MtGox, or are proceeds of the same or related underlying unlawful activity (theft and money laundering). On this basis, the MtGox Trustee files this verified claim to assert an ownership interest, prior possessory interest and constructive trust over each of the Defendant Assets. *See Supp. Fed. R. Civ. P*. G(5)(a). The MtGox Trustee stands ready to confer with counsel for the United States to facilitate[5] an orderly collection and re-distribution process, and requests formal recognition of the MtGox Trustee's claim pursuant to 28 U.S.C. § 2465.

Pursuant to Rule E(8) of the Supplemental Rules, the MtGox Trustee expressly limits its appearance to asserting and defending its claim. The MtGox Trustee reserves all rights to challenge the *in rem* jurisdiction of this Court and the propriety of venue in this action.

DATED: August 20, 2025

**BROWN RUDNICK LLP**

By: */s/ Daniel L. Sachs*

David J. Molton (*pro hac vice pending*)
Gerard T. Cicero (*pro hac vice pending*)
Daniel F. Kerns (*pro hac vice pending*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

-and-

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400

---

[5] *See, e.g.*, *In re MtGox Co., Ltd. (a/k/a MtGox KK*) (No. 14-31229-sgj-15) (N.D. Tex. Bankr.), ECF No. 174 (MtGox Trustee requesting approval of settlement agreement with the United States and repatriation of forfeited assets to Japan); ECF No. 177 (Bankruptcy court granting motion).

                Washington, DC 20036
                Tel: 202-536-1796
                Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of Claimant is true and correct to the best of my knowledge and belief.

Dated: August 20, 2025

By: *Nobuaki Kobayashi*

Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK