**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

        Plaintiff,

v.

                                          **1:25-cv-02085-CJN**

ALL VIRTUAL CURRENCY HELD IN
THE BTC-E OPERATING WALLETS
AS OF JULY 25, 2017, AND OTHER
ASSETS FURTHER DESCRIBED HEREIN

        Defendants in rem.

_____/

**MOTION FOR ADMISSION OF ATTORNEY**
**BETTY WILLIAMS *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2 (c), the undersigned counsel hereby moves for the admission and appearance of attorney Betty Jean Williams *pro hac* vice in the above-entitled action. This motion is supported by the Declaration of Betty Williams, filed herewith. As set forth in Ms. Williams' declaration, she is admitted and an active member in good standing in the following bars and courts: The United States Supreme Court, The Court of Appeals for the Nonth Circuit, The United States Tax Court, The District Courts for the Central, Southern, Northern and Eastern Districts for California, and the California State Supreme Court . This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 21st day of August, 2025.

                                          Respectfully submitted,

                                          /s/ Charles R. Haskell
                                          Charles R. Haskell
                                          DC Bar No.: 888304007
                                          641 Indiana Ave. NW

Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this

day on all counsel of record identified on the attached service list in the manner specified, either

via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically

Notice of Electronic filing.

Dated:      August 21, 2025              /s/ Charles R. Haskell
                                         Charles R. Haskell
                                         DC Bar No.: 888304007
                                         641 Indiana Ave. NW
                                         Washington, DC 20004
                                         Tel. (202) 888-2728
                                         Charles@CharlesHaskell.com
                                         *Local Counsel for Claimant*

2