IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN
THE BTC-E OPERATING WALLETS
AS OF JULY 25, 2017, AND OTHER
ASSETS FURTHER DESCRIBED HEREIN

    Defendants in rem.
_____/

1:25-cv-02085-CJN

**DECLARATION OF BETTY WILLIAMS**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Betty Williams, hereby declare:

1. My full name is Betty Jean Williams

2. My office address and telephone number are as follows:

   Law Office of Williams & Associates, P.C.
   3600 American River Drive
   Suite 135
   Sacramento, CA 95864
   (916) 488-8501

3. I have been admitted to the following courts and bars:

   United States Supreme Court, Court of Appeals for Ninth Circuit, Tax Court, District Court for the Central, Southern, Northern, and Eastern Districts for California, and the Supreme Court for the State of California.

4. I hereby certify that I have not been disciplined by any bar, and I am in good standing with all bars to which I am admitted.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, CA this 20th day of August, 2025.

Respectfully submitted,

*Betty J. Williams*
Betty Williams