IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN<br>THE BTC-E OPERATING WALLETS<br>AS OF JULY 25, 2017, AND OTHER<br>ASSETS FURTHER DESCRIBED HEREIN<br><br>      Defendants in rem.<br>_____/ | 1:25-cv-02085-CJN |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BETTY WILLIAMS *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Betty Williams *pro hac vice*. Upon consideration of that motion, the Court grants attorney Betty Williams *pro hac vice* admission to this Court.

**SO ORDERED.**

_____                              _____
    Date                                                                United States District Judge