# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>        Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK.

Respectfully Submitted,

**BROWN RUDNICK LLP**

By: /s/ Daniel L. Sachs

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

Dated:  August 21, 2025