# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS AS )<br>OF JULY 25, 2017, AND OTHER ASSETS )<br>FURTHER DESCRIBED HEREIN )<br>)<br>Defendants *in rem*. ) | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GERARD T. CICERO

PLEASE TAKE NOTICE that Daniel L. Sachs, undersigned counsel for Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK (the "MtGox Trustee"), respectfully requests that this Court to admit Gerard T. Cicero, a partner of the law firm of Brown Rudnick LLP, and a member in good standing of the bars of the states of New York and New Jersey, to appear and practice *pro hac vice* in this Court in the above-captioned matter pursuant to LCvR 83.2(c) to represent the MtGox Trustee.

In support of this motion, undersigned counsel submits the accompanying Declaration of Gerard T. Cicero.

Respectfully Submitted,

**BROWN RUDNICK LLP**

By: */s/ Daniel L. Sachs*

        Daniel L. Sachs (DC Bar 1045490)
        1900 N St. NW Suite 400
        Washington, DC 20036
        Tel: 202-536-1796
        Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

Dated:  August 21, 2025