**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | Civil Case No. 1:25-cv-02085-CJN |
| ALL VIRTUAL CURRENCY HELD IN ) | Hon. Carl J. Nichols |
| THE BTC-E OPERATING WALLETS AS ) | |
| OF JULY 25, 2017, AND OTHER ASSETS ) | |
| FURTHER DESCRIBED HEREIN ) | |
| ) | |
| Defendants *in rem*. ) | |

**DECLARATION OF DAVID J. MOLTON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with LCvR 83.2(c)(2) and LCvR 44.1(c)(2), I, David J. Molton, hereby declare as follows:

1. My name is David J. Molton. I am a partner of the law firm of Brown Rudnick LLP which has been retained to represent Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK (the "MtGox Trustee") in connection with the above-captioned matter.

2. The following is a list of the courts of which I am, or have ever been, a member, with corresponding bar identification numbers:

    a. Bar of the State of New York (# 1867944);

    b. Bar of the State of New Jersey (#032511989);

    c. Bar of the State of California (#262075);

    d. United States District Court for the District of New Jersey;

  e. United States District Courts for the Eastern, Northern and Southern Districts of New York;

  f. United State District Court for the Northern District of Illinois;

  g. United States District court for the Northern District of California.

3. I am a member in good standing of the bars of the states of California, New York and New Jersey, and there are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime. A current certificate of good standing from the New York Bar is attached to this declaration as **Exhibit A**.

4. My business address is 7 Times Square, New York, NY 10036 and my email address is dmolton@brownrudnick.com.  My telephone number is (212) 209-4822.

5. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

6. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

7. I have not been admitted *pro hac vice in* this Court in the past two years.

8. I am not a member of the District of Columbia Bar.

9. I do not have an application pending for admissions into the USDC for the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

5

Executed this 21ˢᵗ day of August, 2025.

                                                                                                       David J. Molton