UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,
v.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
    Defendant *in rem*.

**Case No. 1:25-cv-02085 (CJN)**

**VERIFIED CLAIM**

I, Timothy O'Brien, submit this Verified Claim under Supplemental Rule G(5).

1. **Property Claimed.** All virtual currency and assets associated with the BTC-e account username: "cloudhands". The email address used on the platform is my current email address: "tobrien6@gmail.com".

2. **Interest**. My interest in said property is that I am the lawful owner. I had an account balance on BTC-e, which was seized, and I am looking to regain access to it.

3. **Status**. I am not represented by counsel and submit this claim *pro se*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2025, at Sterling, Massachusetts.

*/s/ Timothy O'Brien*
TIMOTHY O'BRIEN
58 Redstone Hill Rd
Sterling, MA 01564
Telephone: (978) 621-1803
Email: tobrien6@gmail.com



**RECEIVED**
AUG 25 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

On August 25, 2025, I sent via certified mail a copy of this Verified Claim to the government's attorney:

JOSHUA L. SOHN
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005

_____  Dated: August 25, 2025
TIMOTHY O'BRIEN
58 Redstone Hill Rd
Sterling, MA 01564
Telephone: (978) 621-1803
Email: tobrien6@gmail.com