UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>　　　　Defendants *in rem*.<br>_____/ | )<br>)<br>)<br>)<br>)<br>)<br>)　**Case No. 1:25-CV-02085**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant JOHN BARNES, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Barnes is forthcoming.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date: August 25, 2025

　　　　　　　　　　　　　　　　　By: /s/ *Edward M. Burch*
　　　　　　　　　　　　　　　　　EDWARD M. BURCH (Pro Hac Vice)
　　　　　　　　　　　　　　　　　Law Office of Michael and Burch, LLP
　　　　　　　　　　　　　　　　　One Sansome Street, Suite 1400
　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　Telephone:　(415) 946-8996
　　　　　　　　　　　　　　　　　E-mail:　　edward@michaelburchlaw.com

　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　JOHN BARNES