UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-02085 |
| | ) | |
| **ALL VIRTUAL CURRENCY HELD IN** | ) | |
| **THE BTC-E OPERATING WALLETS** | ) | |
| **AS OF JULY 25, 2017, AND OTHER** | ) | |
| **ASSETS FURTHER DESCRIBED HEREIN** | ) | |
| | ) | |
| *Defendants in rem.* | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Sarah Winters. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Ms. Winters is forthcoming.

Dated this 26th day of August, 2025        Respectfully submitted,

    /s/*Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Claimant
Sarah Winters

1