UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|              *Plaintiff,*           ) | |
|              v.                              ) | Case No.: 1:25-cv-02085 |
| ALL VIRTUAL CURRENCY HELD IN  ) THE BTC-E OPERATING WALLETS  ) AS OF JULY 25, 2017, AND OTHER  ) ASSETS FURTHER DESCRIBED HEREIN  ) | |
|              *Defendants in rem.*        ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Richard Lewis Peterson.

I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Mr. Peterson is forthcoming.

Dated this 26th day of August, 2025      Respectfully submitted,

                                                              /s/*Daniel M. Smith*
                                                Daniel Martin Smith, Esq. (Pro Hac Vice)
                                                585 Third Avenue
                                                Chula Vista CA 91910
                                                Telephone: (619) 233-6900
                                                dsmith@sandiegodefenders.com

                                                Attorney for Claimant
                                                Richard Lewis Peterson