UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**ALL VIRTUAL CURRENCY HELD IN** )<br>**THE BTC-E OPERATING WALLETS** )<br>**AS OF JULY 25, 2017, AND OTHER** )<br>**ASSETS FURTHER DESCRIBED HEREIN** )<br>)<br>*Defendants in rem.* )<br>) | Case No.: 1:25-cv-02085 |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel in this case for claimant, Changjie Liu. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Mr. Liu is forthcoming.

Dated this 26th day of August, 2025              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　  /s/*Daniel M. Smith*
　　　　　　　　　　　　　　　　　　　　Daniel Martin Smith, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　585 Third Avenue
　　　　　　　　　　　　　　　　　　　　Chula Vista CA 91910
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 233-6900
　　　　　　　　　　　　　　　　　　　　dsmith@sandiegodefenders.com

　　　　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　　　　Changjie Liu