**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )    Case No.: 1:25-cv-02085 |
| | ) |
| ALL VIRTUAL CURRENCY HELD IN | ) |
| THE BTC-E OPERATING WALLETS | ) |
| AS OF JULY 25, 2017, AND OTHER | ) |
| ASSETS FURTHER DESCRIBED HEREIN | ) |
| | ) |
| *Defendants in rem.* | ) |
| | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel in this case for claimant, Thomas West.  I certify

that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A

Verified Claim Opposing Forfeiture by Mr. West is forthcoming.


Dated this 26th day of August, 2025         Respectfully submitted,

                                                              /s/*Daniel M. Smith*
                                                              Daniel Martin Smith, Esq. (Pro Hac Vice)
                                                              585 Third Avenue
                                                              Chula Vista CA 91910
                                                              Telephone: (619) 233-6900
                                                              dsmith@sandiegodefenders.com

                                                              Attorney for Claimant
                                                              Thomas West

1