UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> ALL VIRTUAL CURRENCY HELD IN    ) <br> THE BTC-E OPERATING WALLETS  ) <br> AS OF JULY 25, 2017, AND OTHER    ) <br> ASSETS FURTHER DESCRIBED HEREIN, ) <br> ) <br> Defendants *in rem*.          ) <br> _____ ) <br> ) <br> THOMAS WEST,            ) <br> ) <br> Claimant            ) <br> _____ ) | **VERIFIED CLAIM FOR SEIZED PROPERTY** <br><br> Case No.: 1:25-CV-02085 |

## **VERIFIED CLAIM**

I, Thomas West, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "thomaswest310" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and August 11, 2017.

1

My interest in said property is that I am the lawful owner.

Dated: August **23**, 2025

                                       _____
                                       THOMAS WEST

## **VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August **23**, 2025

                                       _____
                                       THOMAS WEST

                                       Respectfully submitted,

Dated: August 21, 2025

                                       _/s/Daniel M. Smith_
                                       DANIEL M. SMITH, Esq. (Pro Hac Vice)
                                       San Diego Defenders, APC
                                       585 Third Ave.
                                       Chula Vista, CA 91910
                                       (619) 233-6900 (Office)
                                       dsmith@sandiegodefenders.com

                                       Attorney for Claimant
                                       THOMAS WEST