**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | **Case No.: 1:25-cv-02085** |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN | ) | |
| THE BTC-E OPERATING WALLETS | ) | |
| AS OF JULY 25, 2017, AND OTHER | ) | |
| ASSETS FURTHER DESCRIBED HEREIN | ) | |
| | ) | |
| *Defendants in rem.* | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel in this case for claimant, Tim Alfons Maria

Withag.  I certify that my motion to appear in this matter Pro Hac Vice was granted on August

25, 2025.  A Verified Claim Opposing Forfeiture by Mr. Withag is forthcoming.

Dated this 26th day of August, 2025             Respectfully submitted,

    /s/*Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Claimant
Tim Alfons Maria Withag

1