UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **VERIFIED CLAIM FOR SEIZED** |
| ) | **PROPERTY** |
| v. ) | |
| ) | |
| ALL VIRTUAL CURRENCY HELD IN ) | Case No.: 1:25-CV-02085 |
| THE BTC-E OPERATING WALLETS ) | |
| AS OF JULY 25, 2017, AND OTHER ) | |
| ASSETS FURTHER DESCRIBED HEREIN, ) | |
| ) | |
| Defendants *in rem*. ) | |
| ) | |
| ) | |
| TIM ALFONS MARIA WITHAG, ) | |
| ) | |
| Claimant ) | |
| ) | |

## VERIFIED CLAIM

I, Tim Alfons Maria Withag, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "dinges13" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and August 11, 2017.

1

My interest in said property is that I am the lawful owner.

Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　　　TIM ALFONS MARIA WITHAG

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August 26, 2025

　　　　　　　　　　　　　　　　　　　　TIM ALFONS MARIA WITHAG

Respectfully submitted,

Dated: August 25, 2025

/s/ *Daniel M. Smith*
DANIEL M. SMITH, Esq. (Pro Hac Vice)
San Diego Defenders, APC
585 Third Ave.
Chula Vista, CA 91910
(619) 233-6900 (Office)
dsmith@sandiegodefenders.com

Attorneys for Claimant
TIM ALFONS MARIA WITHAG