UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>       Defendants *in rem*.<br>_____/ | )<br>)<br>)<br>)<br>)<br>)  **Case No. 1:25-CV-02085**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant DANIEL GROVES, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Groves is forthcoming.

                                        Respectfully Submitted,

Date: August 27, 2025

                                        By: /s/ *Edward M. Burch*
                                        EDWARD M. BURCH (Pro Hac Vice)
                                        Law Office of Michael and Burch, LLP
                                        One Sansome Street, Suite 1400
                                        San Francisco, CA 94104
                                        Telephone:   (415) 946-8996
                                        E-mail:         edward@michaelburchlaw.com

                                        Attorney for Claimant
                                        DANIEL GROVES