UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>     Plaintiff,                               )<br>                                                              )<br>v.                                                         )<br>                                                              )    **Case No. 1:25-CV-02085**<br>ALL VIRTUAL CURRENCY HELD IN THE  )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER  )<br>DESCRIBED HEREIN,                        )<br>                                                              )<br>     Defendants *in rem*.                  )<br>_____/ ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Brandon Jurewicz, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Jurewicz is forthcoming.

Respectfully Submitted,

Date: August 27, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
E-mail:         edward@michaelburchlaw.com

Attorney for Claimant
BRANDON JUREWICZ