# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No. 1:25-cv-02085-CJN** |
| **ALL VIRTUAL CURRENCY HELD IN** | ) | |
| **THE BTC-E OPERATING WALLETS** | ) | |
| **AS OF JULY 25, 2017, AND OTHER** | ) | |
| **ASSETS FURTHER DESCRIBED** | ) | |
| **HEREIN** | ) | |
| | | |
| *Defendants* | | |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel for

Eric M. Maxey.

Dated this 28th day of August, 2025.

Respectfully submitted,

/s/ Betty J. Williams
Betty Williams
CA Bar No.: 224793
3600 American River Drive, Suite 135
Sacramento, California 95864
Telephone: (916) 488-8501
Fax: (916) 488-8196
betty@williamstaxlaw.com