UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br>    Defendants *in rem*.<br>_____/<br><br>EDWARD GAO,<br>    Claimant<br>_____/ | **MOTION FOR LEAVE TO FILE ELECTRONICALLY**<br><br>Case No. 1:25-CV-02085 |

### MOTION

I, Edward Gao, a pro se claimant, hereby submit this motion for permission to file documents electronically using the NextGen CM/ECF system. In support, I state:

1. I am a claimant asserting an interest in virtual currency in my BTC-e account (email: 'ed.gao@hotmail.com'), part of the defendant property.
2. As a Canadian resident, physical filing is impractical due to international travel costs and logistics.
3. Electronic filing via NextGen CM/ECF will ensure efficient, timely submission of my claim and answer.
4. I have a registered PACER account (username: edwardgao) and applied for e-filing privileges.
5. This motion will facilitate my participation as a pro se litigant, minimizing delays.

WHEREFORE, I respectfully request permission to file electronically via NextGen CM/ECF.

Dated: August 27, 2025, at Calgary, Alberta.

*[signature]*
_____
EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com

**RECEIVED**
AUG 27 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was sent by certified mail, postage prepaid, on the 27 day of August, 2025, to the government's attorney:

JOSHUA L. SOHN
Money Laundering and Asset Recovery
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20530

Dated August 27, 2025.

_(signature)_

EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com