UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) <br> ) <br> *Plaintiff,*               ) <br> ) <br> v.               ) <br> ) <br> ALL VIRTUAL CURRENCY HELD IN       ) <br> THE BTC-E OPERATING WALLETS     ) <br> AS OF JULY 25, 2017, AND OTHER           ) <br> ASSETS FURTHER DESCRIBED HEREIN ) <br> ) <br> *Defendants in rem.*               ) <br>_____) <br> ) <br> CHRISTOPHER ALLAN CALLEJO,      ) <br> ) <br> *Claimant,*               ) <br>_____) | Case No.: 1:25-cv-02085 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Christopher Allan Callejo. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Mr. Capling is forthcoming.

Dated this 28th day of August, 2025    Respectfully submitted,

                                                          /s/*Daniel M. Smith*
                                         Daniel Martin Smith, Esq. (Pro Hac Vice)
                                         585 Third Avenue
                                         Chula Vista CA 91910
                                         Telephone: (619) 233-6900
                                         dsmith@sandiegodefenders.com

                                         Attorney for Claimant
                                         Christopher Allan Callejo