UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>   Defendants *in rem.*<br><br>JOHN JAIRO CORREA<br><br>   Claimant | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>Case No.: **1:25-CV-02085** |

## VERIFIED CLAIM

I, John Jairo Correa, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "jcb0723" transferred from Coinbase (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and

1

August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: August **25**, 2025

_____
JOHN JAIRO CORREA

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August **25**, 2025

_____
JOHN JAIRO CORREA

Respectfully submitted,

Dated: August 25, 2025

/s/Daniel M. Smith
DANIEL M. SMITH, Esq. (Pro Hac Vice)
San Diego Defenders, APC
585 Third Ave.
Chula Vista, CA 91910
(619) 233-6900 (Office)
dsmith@sandiegodefenders.com

Attorney for Claimant
JOHN JAIRO CORREA

2