# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )     **Case No.: 1:25-cv-02085** |
| | ) |
| ALL VIRTUAL CURRENCY HELD IN | ) |
| THE BTC-E OPERATING WALLETS | ) |
| AS OF JULY 25, 2017, AND OTHER | ) |
| ASSETS FURTHER DESCRIBED HEREIN | ) |
| | ) |
| *Defendants in rem.* | ) |
| _____ | ) |
| | ) |
| PAUL CAPLING, | ) |
| | ) |
| *Claimant,* | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Paul Capling.  I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025.  A Verified Claim Opposing Forfeiture by Mr. Capling is forthcoming.

Dated this 28th day of August, 2025           Respectfully submitted,

                                              /s/*Daniel M. Smith*
                                         Daniel Martin Smith, Esq. (Pro Hac Vice)
                                         585 Third Avenue
                                         Chula Vista CA 91910
                                         Telephone: (619) 233-6900
                                         dsmith@sandiegodefenders.com

                                         Attorney for Claimant
                                         Paul Capling