UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:25-CV-02085 |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, | ) ) ) ) ) |
| Defendants *in rem*. | ) ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Ryan Underwood, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Underwood is forthcoming.

Respectfully Submitted,

Date: August 28, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
E-mail:     edward@michaelburchlaw.com

Attorney for Claimant
RYAN UNDERWOOD