UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **VERIFIED CLAIM OPPOSING** |
| ) | **FORFEITURE** |
| v. ) | |
| ) | |
| ALL VIRTUAL CURRENCY HELD IN THE ) | Case No. 1:25-CV-02085 |
| BTC-E OPERATING WALLETS AS OF JULY 25, ) | |
| 2017, AND OTHER ASSETS FURTHER ) | |
| DESCRIBED HEREIN, ) | |
| ) | |
| Defendants *in rem*. ) | |
| / ) | |
| ) | |
| DANIEL GROVES, ) | |
| ) | |
| Claimant ) | |
| / | |

### VERIFIED CLAIM OPPOSING FORFEITURE

I, DANIEL GROVES, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "dandannn" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017.

My interest in said property is that I am the lawful owner.

Dated: August 27, 2025

_____
DANIEL GROVES

1

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August 27, 2025

*[signature]*

DANIEL GROVES

Respectfully submitted,

Dated: August 26, 2025

s/Edward M. Burch
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 946-8996
Email: edward@michaelburchlaw.com

s/Leslie Sammis
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/David B. Smith
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Claimant
DANIEL GROVES