UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, </br></br>  Defendants *in rem*. </br></br> WEIBIN LAM, </br></br>  Claimant | **VERIFIED CLAIM OPPOSING FORFEITURE** </br></br> Case No. 1:25-CV-02085 |

## VERIFIED CLAIM OPPOSING FORFEITURE

I, WEIBIN LAM, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "xslaught" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, ether seized on August 5, 2017, and litecoin seized on August 7, 2017.

My interest in said property is that I am the lawful owner.

Dated: August  22 , 2025

_____
WEIBIN LAM

1

VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August  22 , 2025

_____
WEIBIN LAM

Respectfully submitted,

Dated: August  22 , 2025

   s/*Edward M. Burch*_____
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:    (415) 946-8996
Email:   edward@michaelburchlaw.com


   s/*Leslie Sammis*_____
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:    (813) 250-0500
Email:   lsammis@sammislawfirm.com


   s/*David B. Smith*_____
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:    (703) 548-8911
Email:   dbs@davidbsmithpllc.com


Attorneys for Claimant
WEIBIN LAM

2