UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **VERIFIED CLAIM OPPOSING** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN THE | ) | **Case No. 1:25-CV-02085** |
| BTC-E OPERATING WALLETS AS OF JULY 25, | ) | |
| 2017, AND OTHER ASSETS FURTHER | ) | |
| DESCRIBED HEREIN, | ) | |
| | ) | |
| Defendants *in rem*. | ) | |
| _____ / | ) | |
| | ) | |
| DAVID WEEKS, | ) | |
| | ) | |
| Claimant | ) | |
| _____ / | | |

## <u>VERIFIED CLAIM OPPOSING FORFEITURE</u>

I, DAVID WEEKS, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "rabidcow" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and ether seized on August 5, 2017.

My interest in said property is that I am the lawful owner.

Dated: August  18  , 2025

*David Weeks*
_____
DAVID WEEKS

1

<u>VERIFICATION</u>

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August __18__, 2025

_David Weeks_
_____
DAVID WEEKS


Respectfully submitted,


___s/_Edward M. Burch_____
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:     (415) 946-8996
Email:   edward@michaelburchlaw.com


___s/_Leslie Sammis_____
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:     (813) 250-0500
Email:   lsammis@sammislawfirm.com


___s/_David B. Smith_____
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:     (703) 548-8911
Email:   dbs@davidbsmithpllc.com


Attorneys for Claimant
DAVID WEEKS