UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants *in rem*.<br><br>LENNART MATTIAS WERNÉR,<br><br>    Claimant | **VERIFIED CLAIM OPPOSING FORFEITURE**<br><br>Case No. 1:25-CV-02085 |

**VERIFIED CLAIM OPPOSING FORFEITURE**

    I, LENNART MATTIAS WERNÉR, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

    All virtual currency or other property associated with the BTC-e account username "mattiasw" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and ether seized on August 5, 2017.

    My interest in said property is that I am the lawful owner.

Dated: August  29 , 2025

                                                                                       LENNART MATTIAS WERNÉR

VERIFICATION

      The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: August  29 , 2025

                                                LENNART MATTIAS WERNÉR

                                                Respectfully submitted,

Dated: August  28 , 2025

                                                s/*Edward M. Burch*
                                                EDWARD M. BURCH (Pro Hac Vice)
                                                Law Office of Michael and Burch, LLP
                                                One Sansome Street, Suite 1400
                                                San Francisco, CA 94104
                                                Telephone:    (415) 946-8996
                                                Email:   edward@michaelburchlaw.com

                                                s/*Leslie Sammis*
                                                LESLIE SAMMIS (Pro Hac Vice)
                                                Sammis Law Firm, P.A.
                                                1005 N. Marion St.
                                                Tampa, Florida 33602
                                                Telephone:    (813) 250-0500
                                                Email:   lsammis@sammislawfirm.com

                                                s/*David B. Smith*
                                                DAVID B. SMITH, D.C. Bar #403068
                                                David B. Smith, PLLC
                                                108 North Alfred St., 1st Floor
                                                Alexandria, VA 22314
                                                Telephone:    (703) 548-8911
                                                Email:   dbs@davidbsmithpllc.com

                                                Attorneys for Claimant
                                                LENNART MATTIAS WERNÉR