## VERIFIED CLAIM

**United States District Court for the District of Columbia**

333 Constitution Ave NW
Washington, DC 20001

**Case:** United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, et al.
**Case No.:** 1:25-cv-02085 (D.D.C.)

---

I, SALIH, KAZJIN YASIN, submit this Verified Claim in the above-captioned civil forfeiture action.

### 1. Claimant Information

- Full Name: SALIH, KAZJIN YASIN
- Address: DE WITTENKADE 23-2V , 1052 AA AMSTERDAM , THE NETHERLANDS
- Email: kazin.wo2.glide@gmail.com AND kazinrt@gmail.com
- Phone: +31 6 48380910

### 2. Interest in Property

I am the lawful owner of funds held in an account on the BTC-e exchange as of July 25, 2017. My BTC-e account under username 'kazin' was first registered with the email address kazin.wo2.glide@gmail.com, later updated to kazinrt@gmail.com, and it contained up to 65 BTC and X amount of LTC at the time of the government's seizure.

### 3. Basis of Claim

These funds were lawfully obtained by me through legitimate transactions. I had no involvement in any criminal activity alleged against BTC-e or its operators. I claim an ownership interest in these funds and contest their forfeiture.

### 4. Distribution Instructions

I request that my cryptocurrency be returned in kind, to the following wallet addresses:
- BTC: bc1q6h84xruasj845tgvezyxs4yq38438yg3nhk0ay
- LTC: ltc1qggdgx60mqtarv8xeqcxhg07d2qzjvee5wnw26p

### 5. Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 25 August 2025          Signature: _____
*KYS*
                              Salih, Kazjin Yasin

## Exhibits

Attached hereto are true and correct copies of documents supporting my claim, labeled as Exhibits A through J.

**Index of Exhibits**

- Exhibit A – BTC-e Account Registration Email (15 November 2013)

- Exhibit B – BTC-e Successful Login Notification (15 November 2013)

- Exhibit C – First Bitcoin Purchase via Bitonic (15 November 2013)

- Exhibit D – Correspondence with Bitonic Support Regarding BTC-e Deposit

- Exhibit E – Translation of Exhibit D

- Exhibit F – Bitonic Transaction Linked to BTC-e Deposit Address

- Exhibit G – Additional Bitonic Confirmations Linked to BTC-e Deposit Address (Nov-Dec 2013)

- Exhibit H – BTC-e Deposit Address Screenshot

- Exhibit I – Bank Purchase Confirmations of 65 BTC via Bitonic (2013-2016)

- Exhibit J – BTC-e Account Email Change Confirmation (22 April 2017)

- Exhibit K – BTC-e Successful Login Using Updated Email (12 July 2017)

# Exhibit A – BTC-e Account Registration Email (15 November 2013)

This exhibit is an email sent by BTC-e.com on 15 November 2013 requesting confirmation of my account registration. The subject line of the email is "E-Mail confirm."

I confirmed my e-mail address: kazin.wo2.glide@gmail.com.



## Exhibit B – BTC-e Successful Login Notification (15 November 2013)

This exhibit is an email from BTC-e.com dated 15 November 2013 confirming my first successful login to my BTC-e account. The subject line of the email is "Successful authorization".



## Exhibit C – First Bitcoin Purchase via Bitonic (15 November 2013)

This exhibit is a bank confirmation of my first Bitcoin purchase through Bitonic, completed on 15 November 2013, the same day I registered my BTC-e account. It was sent to the same e-mail address associated with my BTC-e account: kazin.wo2.glide@gmail.com



## Exhibit D – Correspondence with Bitonic Support Regarding BTC-e Deposit (28 November 2013)

This exhibit is my correspondence with Bitonic customer support regarding the status of a Bitcoin purchase. In the message, I confirm use of my BTC-e deposit address: 1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit

This confirms that all my Bitonic purchases were deposited to my BTC-e account and not to a self-hosted wallet.



# Exhibit E – Translation of Exhibit D



K  **Gmail** <kazin.wo2.glide@gmail.com>                    28 Nov 2013, 15:51    ☆  ☺  ↩  ⋮
to Support ▾

Hello,

My account number: 128288329
Bitcoin address: **1NMUQyzmsU5AgSWeTKS6zWF 1kvNA1Bhqit**

It's my BTC - e wallet, and I haven't received a single confirmation on BTC - e yet . I'm starting to get worried. I'm sure I entered the code correctly.

Kind regards,

Club
Films & Series

On 28 November 2013 15:37 Support < contact@ bitonic .nl > wrote :

••• 

...

[Message clipped]  View entire message

S  **Support** <contact@bitonic.nl>                    28 Nov 2013, 16:02    ☆  ☺  ↩  ⋮
to me ▾

Dutch → English
Show original                                    ⚙

Dear Kazin,

I can see in both our system and on blockchain.info that the transaction was successful. I suspect the problem lies with your wallet. BTC-e can sometimes be delayed.

•••

## Exhibit F – Bitonic Transaction Linked to BTC-e Deposit Address

This exhibit is a Bitonic transaction record showing a Bitcoin transfer to BTC-e deposit address "1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit", including a matching bank account number and date of my correspondence with Bitonic's support.



# Exhibit G – Additional Bitonic Confirmations Linked to BTC-e Deposit Address (Nov-Dec 2013)

This exhibit contains six additional Bitonic purchase confirmation records from November and December 2013. Each record shows Bitcoin purchases credited to the same BTC-e deposit address identified in Exhibit F. These confirmations further demonstrate the linkage between my Bitonic purchases and my BTC-e account.

BTC-e deposit addresses were periodically rotated and often functioned as hot wallets used by multiple customers, so this address was not my only BTC-e deposit address, but the one I first used and the one I can verify with multiple sources.





## Transaction details
Nov 19th 2013 at 6:10

Amount

€ 173,82

Bitcoins

฿ 0,30000000

Bank account number

NL78RABO0128288329

Recipient address

1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit

Bitcoin transaction ID

7e89340d0d7139af24155b575126ef7b498a1ea19e
8b1f8b83ad24a2cea06153

Confirmations

✓ 641107



## Transaction details
Nov 26th 2013 at 18:35

Amount

€ 324,08

Bitcoins

฿ 0,50000000

Bank account number

NL78RABO0128288329

Recipient address

1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit

Bitcoin transaction ID

6e2b783dda838f5b9c2f06015497e01dd436442d83
ffaff755b8fa19a4078a02

Confirmations

✓ 639863



## Transaction details
Dec 18th 2013 at 23:58

Amount

€ 412,59

Bitcoins

฿ 1,00000000

Bank account number

NL78RABO0128288329

Recipient address

1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit

Bitcoin transaction ID

afbfbc2704ca2021722ae2438f40b6c2cdf472c9cd
bc79d1526d4cfbb2356cc4

Confirmations

✓ 635785



## Transaction details
Nov 29th 2013 at 19:17

Amount

€ 526,56

Bitcoins

฿ 0,60000000

Bank account number

NL78RABO0128288329

Recipient address

1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit

Bitcoin transaction ID

00e60a7eb054fbd2d513c3a5271a55df85be696c14
e309f88e5acdd1a9664147

Confirmations

✓ 639323

## Exhibit H – BTC-e Deposit Address Screenshot

This exhibit is a screenshot taken from the BTC-e.com website displaying my assigned Bitcoin deposit address at that time "1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit" within my account.

**Your address for deposit BTC:**

**1NMUQyzmsU5AgSWeTKS6zWF1kvNA1Bhqit**

Generate new address



- We do not have fee on BTC deposits.
- Minimal amount for deposit is - **0.0001 BTC**.
- Your deposit will be credited in few minutes after **3 confirmations** on the Bitcoin network.
- Transaction confirmation on the Bitcoin network can take **from 1 hour** and **up to 3 days** if you send it without fee.
- Address can be used for further deposits.
- We do not support *generated* transactions from pools like Eligius, P2Pool etc.

# Exhibit I – Bank Purchase Confirmations of BTC via Bitonic (2013-2016)

This exhibit consists of 33 purchase confirmation records from my bank, documenting my acquisition of Bitcoin between 15 November 2013 and 17 November 2016, totalling approximately 65 BTC. Purchased via Bitonic, deposited to BTC-e. Each page is a separate confirmation issued by my bank at the time of purchase.



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,07014420** |
| Bedrag | **€ 350,00** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108FN6I** |
| Kenmerk bank | **0030000676605486** |
| Datum | **15 november 2013 12:25** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer   Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000** |
| Bedrag | **€ 333,94** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108FP3W** |
| Kenmerk bank | **0030000676731277** |
| Datum | **15 november 2013 14:31** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                      *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,50000000** |
| Bedrag | **€ 732,37** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108GPGT** |
| Kenmerk bank | **0030000679306473** |
| Datum | **18 november 2013 20:30** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,30000000** |
| Bedrag | **€ 173,82** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108GSZW** |
| Kenmerk bank | **0030000679510022** |
| Datum | **19 november 2013 06:10** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    Rabobank. Een bank met ideeën.

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,50000000** |
| Bedrag | **€ 324,08** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108JC3U** |
| Kenmerk bank | **0030000686216438** |
| Datum | **26 november 2013 18:35** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

# Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000** |
| Bedrag | **€ 773,36** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108JUO4** |
| Kenmerk bank | **0030000687658942** |
| Datum | **28 november 2013 10:15** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                              *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,60000000** |
| Bedrag | **€ 526,56** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108KFZJ** |
| Kenmerk bank | **0030000689143833** |
| Datum | **29 november 2013 19:17** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                        *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,70000000** |
| Bedrag | **€ 253,56** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108PKF0** |
| Kenmerk bank | **0030000704220229** |
| Datum | **18 december 2013 12:49** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                   *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 1,00000000** |
| Bedrag | **€ 412,59** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M108PT8S** |
| Kenmerk bank | **0030000704944601** |
| Datum | **18 december 2013 23:58** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy

*Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 2,00000000 aan 1FnJ...** |
| Bedrag | **€ 852,23** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AIU7K** |
| Kenmerk bank | **0030000902664824** |
| Datum | **12 augustus 2014 12:28** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| --- | --- |
| Omschrijving | **BTC 1,00000000 aan 1FnJ...** |
| Bedrag | **€ 376,80** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AKHOZ** |
| Kenmerk bank | **0030000907515174** |
| Datum | **18 augustus 2014 05:04** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                        *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 1,00000000 aan 1FnJ...** |
| Bedrag | **€ 370,79** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AKYRQ** |
| Kenmerk bank | **0030000908770977** |
| Datum | **19 augustus 2014 16:09** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 3,00000000 aan 1FnJ...** |
| Bedrag | **€ 954,92** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AWWU6** |
| Kenmerk bank | **0030000943245118** |
| Datum | **28 september 2014 00:27** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                              *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 2,00000000 aan 1FnJ...** |
| Bedrag | **€ 607,22** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AXCXC** |
| Kenmerk bank | **0030000944673747** |
| Datum | **29 september 2014 15:53** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    **Rabobank. Een bank met ideeën.**



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 2,00000000 aan 1FnJ...** |
| Bedrag | **€ 542,50** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10AYZWH** |
| Kenmerk bank | **0030000949707040** |
| Datum | **04 oktober 2014 18:45** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 5,00000000 aan 1FnJ...** |
| Bedrag | **€ 1.804,34** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10BAP4Q** |
| Kenmerk bank | **0030000983562124** |
| Datum | **13 november 2014 05:45** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    Rabobank. Een bank met ideeën.



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 5,00000000 aan 1FnJ...** |
| Bedrag | **€ 1.815,64** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10BAP6O** |
| Kenmerk bank | **0030000983567291** |
| Datum | **13 november 2014 06:54** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                          *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 2.00000000 to 1FnJ*** |
| Bedrag | **€ 428,81** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10DB1KR** |
| Kenmerk bank | **0030001166255950** |
| Datum | **22 mei 2015 17:37** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 4,00000000 aan 1FnJ*** |
| Bedrag | **€ 928,39** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10DUDOH** |
| Kenmerk bank | **0030001208880843** |
| Datum | **29 juni 2015 23:07** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    Rabobank. Een bank met ideeën.



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 8,00000000 aan 1FnJ*** |
| Bedrag | **€ 2.010,26** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10DXP3S** |
| Kenmerk bank | **0030001216129530** |
| Datum | **06 juli 2015 22:31** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                   *Rabobank. Een bank met ideeën.*



**Rabobank**

# Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 3,00000000 aan 1FnJ\*** |
| Bedrag | **€ 760,61** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10DZBPK** |
| Kenmerk bank | **0030001219609018** |
| Datum | **10 juli 2015 10:47** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,10000000 aan 1FnJ*** |
| Bedrag | **€ 20,68** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10EKAA6** |
| Kenmerk bank | **0030001266538142** |
| Datum | **26 augustus 2015 00:45** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy

*Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 2,40000000 aan 1FnJ*** |
| Bedrag | **€ 497,49** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10EOQA2** |
| Kenmerk bank | **0030001275370930** |
| Datum | **02 september 2015 19:25** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice   op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                              *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 4,70000000 aan 1FnJ*** |
| Bedrag | **€ 998,84** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10EQCZA** |
| Kenmerk bank | **0030001278412559** |
| Datum | **05 september 2015 17:45** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy

*Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000 aan 1FnJ\*** |
| Bedrag | **€ 217,96** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10F6UXT** |
| Kenmerk bank | **0030001312664356** |
| Datum | **05 oktober 2015 23:51** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    Rabobank. Een bank met ideeën.

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000 aan 1FnJ*** |
| Bedrag | **€ 264,31** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10FI3L4** |
| Kenmerk bank | **0030001335120566** |
| Datum | **25 oktober 2015 14:15** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    Rabobank. Een bank met ideeën.



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000 aan 1FnJ*** |
| Bedrag | **€ 261,46** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10FJ5T7** |
| Kenmerk bank | **0030001337259466** |
| Datum | **26 oktober 2015 23:39** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000 aan 1FnJ*** |
| Bedrag | **€ 276,12** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10FK63I** |
| Kenmerk bank | **0030001339070459** |
| Datum | **28 oktober 2015 14:22** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                            *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,00000000 aan 1FnJ*** |
| Bedrag | **€ 366,05** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10FPAIO** |
| Kenmerk bank | **0030001348596699** |
| Datum | **05 november 2015 14:31** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *520.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 2,76938124 aan 1FnJ*** |
| Bedrag | **€ 1.000,00** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10FRK3M** |
| Kenmerk bank | **0030001353010722** |
| Datum | **09 november 2015 15:14** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                    *Rabobank. Een bank met ideeën.*

**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 0,36000000 aan 1FnJ*** |
| Bedrag | **€ 126,91** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10HKPRN** |
| Kenmerk bank | **0030001459823041** |
| Datum | **05 februari 2016 21:48** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer     Privacy                                    *Rabobank. Een bank met ideeën.*



**Rabobank**

## Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| | |
|---|---|
| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
| Omschrijving | **BTC 1,40000000 aan 1FnJ*** |
| Bedrag | **€ 521,44** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10IBCY4** |
| Kenmerk bank | **0030001501573846** |
| Datum | **12 maart 2016 23:26** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy

*Rabobank. Een bank met ideeën.*



**Rabobank**

Betalen met iDEAL



Geachte klant,

Op uw verzoek ontvangt u onderstaande bevestiging van uw iDEAL betaling.

U heeft betaald van rekening eindigend op *329.

| Begunstigde | **Stichting Mollie Payments inzake Bitonic** |
|---|---|
| Omschrijving | **BTC 2,66000000 aan 1FnJ*** |
| Bedrag | **€ 999,67** |
| IBAN begunstigde | **NL30 ABNA 0524 5909 58** |
| Kenmerk begunstigde | **M0832437M10IF393** |
| Kenmerk bank | **0030001507066217** |
| Datum | **17 maart 2016 19:47** |

U kunt deze betaling ook raadplegen in Rabo Internetbankieren en in Rabo Mobielbankieren.

Met vriendelijke groet,

Rabobank

Heeft u een vraag?
Bij vragen over de levering kunt u contact opnemen met de begunstigde.
Voor overige vragen kunt u kijken bij klantenservice  op www.rabobank.nl.

Dit is een automatisch gegenereerde e-mail. U kunt hierop niet per e-mail reageren.

Disclaimer    Privacy                                  *Rabobank. Een bank met ideeën.*

# Exhibit J – BTC-e Account Email Change Confirmation (22 April 2017)

This exhibit is a record showing that on 22 April 2017, I updated my BTC-e account email address from "kazin.wo2.glide@gmail.com" to "kazinrt@gmail.com". This demonstrates continuity of my account ownership despite the change in login credentials.



## Exhibit K – BTC-e Successful Login Using Updated Email (12 July 2017)

This exhibit is an email notification from BTC-e.com dated 12 July 2017 confirming a successful login to my account using the updated email address "kazinrt@gmail.com". This record shows I was actively accessing my BTC-e account shortly before the government seized the exchange later that month.



## CERTIFICATE OF SERVICE

I hereby certify that on 25 August 2025, I mailed a copy of the foregoing Verified Claim, including attached exhibits, by DHL Express international courier to:

Joshua Sohn, Trial Attorney
Money Laundering & Asset Recovery Section
U.S. Department of Justice
1400 New York Avenue NW, Suite 10100
Washington, DC 20530
USA

*KYS*

SALIH, KAZJIN YASIN

Respectfully submitted,

Dated: August 29, 2025

   s/*Edward M. Burch*
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
Email:  edward@michaelburchlaw.com


   s/*Leslie Sammis*
LESLIE SAMMIS (Pro Hac Vice)
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:   (813) 250-0500
Email:  lsammis@sammislawfirm.com


   s/*David B. Smith*
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:   (703) 548-8911
Email:  dbs@davidbsmithpllc.com


Attorneys for Claimant

KAZJIN YASIN SALIH