UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants *in rem*. | No. 1:25-cv-02085 |

## DECLARATION OF TYLER FINN IN SUPPORT OF *PRO HAC VICE* ADMISSION

**Tyler Finn**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York. I submit this Declaration in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing Hadrien Hislaire, Robert Knutson, and Andreas Migotz in the above-captioned matter.

2. My full name and contact information are:

   Tyler Finn
   DYNAMIS LLP
   11 Park Place, Third Floor
   New York, New York 10007
   (212) 204-2757
   tfinn@dynamisllp.com

3. I am a member of the bar in good standing in the State of New York.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. A certificate of good standing from the State of New York that has been issued within the previous thirty days is attached hereto.

Dated: September 2, 2025

Respectfully Submitted,

Tyler Finn
DYNAMIS LLP
11 Park Place, Third Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com