UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,

        Defendant *in rem*.

Anton Samuelsson,

        *Pro Se* Claimant

**VERIFIED CLAIM FOR SIEZED PROPERTY**

Civil Action No. **1:25-cv-02085-CJN**

## VERIFIED CLAIM

I, Anton Samuelsson, hereby file this Verified Claim pursuant to **Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.**

1. I am the claimant of the following property that is subject to forfeiture in this action:
   - BTC-e account "epinoia"

2. I claim a legal and/or equitable interest in the Defendant Property; **all virtual currency or other property associated with said account held as of July 25, 2017**, and seized or otherwise restrained by Plaintiff. My interest in said property is that I am the lawful owner.

3. **I deny any illegal source or use of my deposits and withdrawals** to and from said account.

4. I am **not currently represented by an attorney** and submit this claim *pro se*.

5. **I request to contest the forfeiture** of the property identified above and reserve all rights to file an Answer or other responsive pleading as required by law.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: **August 24, 2025**        Location: **Höör, SWEDEN**

Signature: _____

Claimant:

**ANTON SAMUELSSON**
Lillasäte 416
243 91, Höör
SWEDEN
anton.samuelsson@live.se
+46707214864

**RECEIVED**
SEP 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia