UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,

    Plaintiff,

v.                          Case No. 1:25-cv-02085 (D.D.C.)

All Virtual Currency Held in the BTC-e
Operating Wallets as of July 25, 2017,
and Other Assets,

    Defendants in rem.

## VERIFIED CLAIM OF OLEH CHECHETKO

1. Claimant. My name is Oleh Chechetko (Passport/ID: FE 162586). I can be contacted at Phone/WhatsApp: +380674451877; Email: btccashpoint@gmail.com. Current location: Israel.
2. Property Claimed. I assert a claim to the defendant property described in the caption above, including, without limitation, the digital assets associated with my BTC-e exchange account registered to the email address btccashpoint@gmail.com, which as of July 25, 2017 reflected approximately the following balances (see Exhibit A):
- 194.60955594 BTC
- 574.8919265 LTC
- 138.77935736 ETH
- 194.60955594 BCH
- 12.974 DSH
- 117.59446104 USD
- plus other small amounts.

3. Nature of Interest. I am the sole and lawful owner of the above-described property and have a colorable legal interest sufficient to contest the forfeiture within the meaning of Supplemental Rule G(5)(a) and 18 U.S.C. § 983.
4. Facts Supporting Ownership. Prior to July 2017, I held and traded Bitcoin, Ethereum, and other digital assets on BTC-e using the account registered to btccashpoint@gmail.com. The funds in the account were my personal savings and proceeds of lawful trading activity. I never used BTC-e for any illegal purpose, including money laundering or sanctions evasion. See Statement of Facts and Exhibits A and B.
5. Claim. Pursuant to Supplemental Rule G(5)(a), I hereby file this Verified Claim to contest the forfeiture of the defendant property and request that the Court adjudicate my rights.
6. Service. I will serve this Verified Claim on the government's counsel of record in this action as listed on the docket, by ECF and/or certified mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. § 1746.

Date: September 2, 2025
Place: Israel

_____
Oleh Chechetko
Phone/WhatsApp: +380674451877
Email: btccashpoint@gmail.com

RECEIVED
SEP 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia