# STATEMENT OF FACTS

BTC-e Civil Forfeiture Case
United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017
Case No. 1:25-cv-02085 (D.D.C.)

**Claimant:** Oleh Chechetko
**Passport/ID:** FE 162586
**Phone/WhatsApp:** +380674451877
**Email:** btccashpoint@gmail.com
**Current location:** Israel

I am a former customer of BTC-e, where I opened and used an account under the email address: btccashpoint@gmail.com (login: btccashpoint).

As of July 25, 2017, my BTC-e account balance included substantial cryptocurrency holdings.

On August 31, 2017 at 19:27 server time, I successfully reset my password and regained access to my BTC-e account, confirming that I was the rightful owner (see Exhibit B).

Immediately after, at 19:30 server time, I took a screenshot of my BTC-e account dashboard showing the following balances (see Exhibit A):
- 194.60955594 BTC
- 574.8919265 LTC
- 138.77935736 ETH
- 194.60955594 BCH
- 12.974 DSH
- 117.59446104 USD
- Plus other small amounts in my account.

These balances represent my personal savings and legitimate cryptocurrency trading activity. I never used BTC-e for any unlawful purposes.

I respectfully submit this Statement of Facts in support of my Verified Claim for the seized BTC-e assets. The attached screenshots prove my continuous ownership and access to the account (login: btccashpoint), and they accurately reflect my balances as of the time of the BTC-e shutdown and subsequent forfeiture proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 2, 2025

Signature: _____
Oleh Chechetko