Low: **0 USD**  High: **0 USD**

**SD** Server Time: **31.08.17 19:27**

E-M

Парс

Войти | Ре

**Новости**

**Пароль был успешно сброшен.**

**Ваш новый пароль:** ru7oOUQjRjr9

**Пожалуйста храните пароль в надежном месте.**

ved.