UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>   *Defendants*. | Case No. 1:25-cv-02085 |

NOTICE OF APPEARANCE OF COUNSEL
FOR CLAIMANT HJALMAR PETERS

PLEASE TAKE NOTICE of the appearance of Alexandria J. Smith, Esq., an attorney with the law firm of Greenstein DeLorme & Luchs, P.C..  I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for claimant Hjalmar Peters.

Respectfully submitted

Date:  September 2, 2025

/s/ Alexandria J. Smith
Alexandria J. Smith (D.C. Bar No. 1781067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1400
Email:  jds@gdllaw.com
*Counsel for Claimant Hjalmar Peters*

2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2025, a true copy of the foregoing Notice of Appearance of Counsel for Claimant Hjalmar Peters should be served by Notice of Electronic Filing ("NEF") on all persons designated to receive electronic notice in this case.

/s/ Alexandria J. Smith
Alexandria J. Smith