# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>HJALMAR PETERS,<br><br>*Claimant*. | CASE NO. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |

## VERIFIED CLAIM

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant Hjalmar Peters submits this Verified Claim asserting an ownership interest in the subject seized property in the above-captioned matter.

Specifically, Mr. Peters asserts an ownership interest in: all virtual currency or other property associated with the BTC-e account username "Hjalmar" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin and Litecoin seized between August 2 and August 17, 2017.

Mr. Peters' interest in said property is that he is the lawful owner.

Respectfully submitted

Date:  September 2, 2025

/s/ Alexandria J. Smith
Alexandria J. Smith (D.C. Bar No. 1781067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1400
Email:  ajs@gdllaw.com
*Counsel for Claimant Hjalmar Peters*

DAVIS+GILBERT LLP

Joseph Cioffi
Adam Levy
1675 Broadway
New York, NY 10019
212-468-4800
jcioffi@dglaw.com
alevy@dglaw.com

*Counsel for Claimant Hjalmar Peters*

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 29, 2025

*Peters*
_____
Hjalmar Peters

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2025, a true copy of the foregoing should be served by Notice of Electronic Filing ("NEF") on all persons designated to receive electronic notice in this case. Additionally, a copy of the foregoing will be mailed to the following individuals on September 3rd, 2025.

ANTON SAMUELLSON
Lillasate 416
Hoor, 243 91
Sweden

EDWARD GAO
1717 15 Street NW
Calgary, Alberta, T2M 2Z4
Canada

SANG RAI KANG
411 Virginia Ave
Herndon, VA 20170

TIMOTHY O'BRIEN
58 Redstone Hill Road
Sterling, MA 01564

/s/ Alexandria J. Smith
Alexandria J. Smith