UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS )<br>AS OF JULY 25, 2017, AND OTHER )<br>ASSETS FURTHER DESCRIBED HEREIN )<br>)<br>*Defendants in rem.* )<br>_____)<br>)<br>PATRICK WAUTHIER )<br>*Claimant,* )<br>_____) | Case No.: 1:25-cv-02085 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Patrick Wauthier. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Mr. Wauthier is forthcoming.

Dated this 2nd day of September, 2025       Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/*Daniel M. Smith*
　　　　　　　　　　　　　　　　　　　　　　Daniel Martin Smith, Esq. (Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　585 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　Chula Vista CA 91910
　　　　　　　　　　　　　　　　　　　　　　Telephone: (619) 233-6900
　　　　　　　　　　　　　　　　　　　　　　dsmith@sandiegodefenders.com

　　　　　　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　　　　　　Patrick Wauthier