UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN THE )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN, )<br>)<br>Defendants in rem. )<br>_____/ ) | Case No. 1:25-CV-02085 |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Aldis Rigerts, [residential address filed simultaneously under seal pursuant to LCvR 5.l(c)(l)]. I certify that my motion to appear in this matter Pro Hae Vice was granted on August 1, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Rigerts is forthcoming.

Respectfully Submitted,

Date: September 2, 2025

By: /s/ Leslie M. Sammis
LESLIE M. SAMMIS (Pro Hac Vice)
Sammis Law Firm
1005 N. Marion St.
Tampa, FL 33602
Telephone: (813) 250-0500
E-mail: Lsammis@sammislawfirm.com

Attorney for Claimant
ALDIS RIGERTS