UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants in rem. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:25-CV-02085<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**VERIFIED CLAIM OPPOSING FORFEITURE**

I, ALDIS RIGERTS, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the following BTC-e account usernames: BotHulio, Starfish01, Obikenobi, Lseven, ob 2kenobi, 3pio, botOscar (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and ether seized on August 5, 2017.

My interest in said property is that I am the lawful owner.

Date: September 2, 2025

                _____
                ALDIS RIGERTS

VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 2, 2025

_____
ALDIS RIGERTS


Respectfully submitted,

Dated: September 2, 2025

    /s/ Edward M Burch
EDWARD M. BURCH (Pro Hae Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 946-8996
Email:  edward@michaelburchlaw.com


    / s / Leslie Sammis
LESLIE SAMMIS (Pro Hae Vice)
Sammis Law Finn, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone:  (813) 250-0500
Email:  lsammis@sammislawfinn.com


    / s / David B. Smith
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone:  (703) 548-8911
Email:  dbs@davidbsmithpllc.com


Attorneys for Claimant
ALDIS RIGERTS