UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | VERIFIED CLAIM OPPOSING |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | Case No. 1:25-CV-02085 |
| ALL VIRTUAL CURRENCY HELD IN | ) | |
| THE BTC-E OPERATING WALLETS | ) | |
| AS OF JULY 25, 2017, AND OTHER | ) | |
| ASSETS FURTHER DESCRIBED | ) | |
| HEREIN, | ) | |
| | ) | |
| Defendants in rem. | ) | |
| _____ | ) | |
| | ) | |
| TIMOFEY FEDOTOV, | ) | |
| | ) | |
| Claimant. | ) | |
| _____/ | | |

VERIFIED CLAIM OPPOSING FORFEITURE

I, TIMOFEY FEDOTOV, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "KBECT" (email address: tob.kbect@gmail.com), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and litecoin seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: September 2, 2025

_____
TIMOFEY FEDOTOV
Tukhachevskogo st, d. 5, kv. 10
Smolensk
214000
Russia
+79203357888
tob.kbect@gmail.com



**RECEIVED**
SEP 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 2, 2025

_____
TIMOFEY FEDOTOV

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
Email: joshua.sohn@usdoj.gov

Dated: September 2, 2025

_____
TIMOFEY FEDOTOV