UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN

Civil Action No. 1:25-cv-02085-CJN
Hon. Carl J. Nichols

## VERIFIED CLAIM

Claimant Jonas Paasch respectfully files this Verified Claim pursuant to Supplemental Rule G(5) and 18 U.S.C. § 983(a)(4)(A), asserting his lawful interest in property subject to this action.

1. On July 24, 2017, Claimant wired most of his savings to BTC-e (*See* Ex. A), intended to acquire BTC, as documented in Ex. B.

2. The next morning, BTC-e's web-server was seized. The Claimant could no longer access his funds to finalize or find currency conversion, due solely to the closure.

3. No refund or specific information were provided.

4. Claimant asserts a legal and equitable interest in the property as of July 25, 2017.

5. The extreme 8-year delay foreclosed Claimant's ability to act and constitutes irreparable prejudice.

Claimant respectfully requests that the Honorable Court recognize his legal and equitable interest in the seized property and provide equitable restitution, including a constructive trust, or other relief as the Court deems just and appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing and Exhibits are true and correct.
Respectfully submitted,
Dated September 2, 2025
J. Paasch, Pro Se

Jonas Paasch



RECEIVED
SEP 02 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

jonas-paasch@proton.me
Phone: 0017735414331
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

**CERTIFICATE OF SERVICE**

 I, Jonas Paasch, hereby certify that a true and correct copy of this document is served upon the following individuals on September 2, 2025 via mail:

Joshua L. Sohn; Money Laundering and Asset Recovery Section Criminal Division United States Department of Justice;  1400 New York Avenue NW Washington, DC 2000
 and via e-mail: joshua.sohn@usdoj.gov

# Exhibit A

IBAN wire transfer:  **-**9,795.99 EUR  July 24, 2017  (Posting date and value date)
Details: MAYZUS FINANCIAL SERVICES LIMITED
IBAN / BIC:  CZ80 5800 0000 0025 0007 1074 / JTBPCZPPXXXX
FFC ACC.9311.40582 FOR ACC S558470E DATE 17.09.14 FOR ALWAYS EFFICIENT LLP

BTC-E account/s: @gmail.com. And, if not empty: "  "
Other small balances in Claimant's BTC-e accounts are also subject to his claim.

(The bank statement and unredacted version of Exhibit A are submitted under seal.  At need the claimant can still demonstrate ownership of each)

# Exhibit B

![Email screenshot: "Quick info needed: my 9800 euro lifesavings depositied to BTC-e on july 24 to buy bitcoin cheaper...."

Mon, 14 Aug 2017, 07:35
to support, bcc: info, bcc: info, bcc: mongolia

Hi Mayzus Team!

Quick info needed:
i wanted to buy bitcoin 2-3% cheaper on BTC-e
so i deposited my lifesavings of 9800€ to BTC-e
on july 24

Please let me know what is happening in short!
1. Did you still forward money to BTC-e on July 24,25,26?
2. Will you refund me?
3. Is the money managed by government now and can you give me an email address where i can ask ?

Have a great day and week!
Jonas

MoneyPolo Support <support@moneypolo.co...>   Tue, 15 Aug 2017, 17:36
to me

Dear Jonas,

Thank you for your e-mail and interest in our services.

Unfortunately, these funds have been already credited to the BTC-E account and we can not return them from our side. Completed transactions are no longer in our system.
Sorry for any inconvenience caused.

Please do not hesitate to contact us again if you require further information.

Thank you.

Kind regards,
MoneyPolo Customer Support Team]

3

**9,795.99 EUR** were intended to convert to approx. 4.46 BTC at BTC-e in the morning of July 25, 2017



(https://web.archive.org/web/20170725073158/https://btc-e.com/)
 ( And the average USD/EUR exchange rate on July 25th 2017 was  1.1673 USD/EUR  (± 0.29%)
https://finance.yahoo.com/quote/EURUSD=X/history/?period1=1500940800)


**eMail to press@usdoj.gov December 2, 2017**

"Subject: btc-e deposit victim: how to refund. Please forward me

Dear Justice Department,

Please confirm forwarding this to the right person:

July 24 I deposited a major part of my lifesavings to the cheapest exchange, 9800 euro.
….."

**Further attempts until 2022 went** to AskDOJ@usdoj.gov ; askojp@ncjrs.gov responsecenter@ncjrs.gov or attorneys listed in previous case numbers such as 3:19-cv-04821

4