UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

Defendants *in rem.*

MIDDLECOIN, INC.

Claimant.

**VERIFIED CLAIM FOR SEIZED PROPERTY**

**Case No. 1:25-CV-02085**

## VERIFIED CLAIM

I, Eric Maxey, hereby certify that I am the president of Middlecoin, Inc.

Middlecoin, Inc. claims an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

Virtual currency and other property including that identified by Plaintiff in its USAO Official Notification as 18-FBI-002785, 18-FBI-002786, 18-FBI-002787, 18-FBI-002789, 18-FBI-002790, 18-FBI-002791, and 18-FBI-002792 associated with the BTC-e account username "miner1234," for which the email address and password will be provided separately to Plaintiff; and

All virtual currency and other property including that identified by Plaintiff in its USAO Official Notification as 18-FBI-002785, 18-FBI-002786, 18-FBI-002787, 18-FBI-

002789, 18-FBI-002790, 18-FBI-002791, and 18-FBI-002792) associated with the BTC-e account for which the username is unknown, but the email address and password will be provided separately to Plaintiff.

Dated: August 29, 2025

ERIC MAXEY, President
MIDDLECOIN, INC.

VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2025

ERIC MAXEY, President
MIDDLECOIN, INC.

Respectfully submitted,

Dated: August 29, 2025

/s/ Betty J. Williams
BETTY J. WILLIAMS (Pro Hae Vice)
Law Office of Williams & Associates,
P.C. 3600 American River Drive, Suite
135
Sacramento, CA 95864
Telephone: (916) 488-8501
Email: betty@williamstaxlaw.com

/s/ Charles R. Haskell
CHARLES R. HASKELL, D.C. Bar #
The Law Offices of Charles R. Haskell, P.A.
641 Indiana Ave., NW
Washington, DC 20004 22314
Telephone: (202) 888-2728
Email:
charles@charleshaskell.com

Attorneys for Claimant
MIDDLECOIN, INC.