UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   **Case No. 1:25-CV-02085** |
| ALL VIRTUAL CURRENCY HELD IN THE | ) |
| BTC-E OPERATING WALLETS AS OF JULY | ) |
| 25, 2017, AND OTHER ASSETS FURTHER | ) |
| DESCRIBED HEREIN, | ) |
| | ) |
| Defendants *in rem*. | ) |
| _____/ | ) |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant NIKOS VERSCHORE, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that my motion to appear in this matter Pro Hac Vice was granted on July 22, 2025; I have also applied for general admission to practice in this Court, which application is currently pending. A Verified Claim Opposing Forfeiture by Mr. Verschore is forthcoming.

Respectfully Submitted,

Date: September 3, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH (Pro Hac Vice)
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
E-mail:       edward@michaelburchlaw.com

Attorney for Claimant
NIKOS VERSCHORE