UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING<br>WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS<br>FURTHER DESCRIBED HEREIN,<br>　　　　Defendants *in rem*.<br>_____/<br><br>EDWARD GAO,<br>　　　　Claimant<br>_____/ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR LEAVE TO**<br>**FILE VERIFIED CLAIM**<br>**LATE**<br><br>**Case No. 1:25-CV-02085** |

### MOTION

I, Edward Gao, a pro se claimant, respectfully request leave to file my Verified Claim for Seized Property after the September 2, 2025, deadline due to good cause. In support, I state:

1. I mailed my Verified Claim and Motion for Leave to File Electronically to the Clerk's Office on August 27, 2025, via expedited certified mail, postmarked before the deadline despite delivery expected on September 6, 2025.

2. As a Canadian resident, international mailing delays and the Labor Day holiday (September 1, 2025) prevented receipt by September 2.

3. I assert an interest in virtual currency in my BTC-e account (email: ed.gao@hotmail.com), part of the defendant property, and attempted in a timely manner to comply with Supplemental Rule G(5).

4. No prejudice to the government will result, as I mailed copies to the government's attorney (Joshua Sohn) on August 27, 2025 via certified mail, ensuring notice despite delivery expected on September 6, 2025.

5. I emailed the Motion for Leave to File Electronically to dcd_intake@dcd.uscourts.gov on August 27, 2025, showing diligent efforts.

WHEREFORE, I request the Court grant leave to file my Verified Claim late and accept the mailed claim as timely.

Dated: September 3, 2025, at Calgary, Alberta.

*[signature]*

EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com

**RECEIVED**

SEP 03 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by certified mail, postage prepaid, on the 03 day of September, 2025, to the government's attorney:


JOSHUA L. SOHN
Money Laundering and Asset Recovery
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005


Dated September 3, 2025



EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com