# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s), <br> V. <br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 25-cv-2085 |

Notice is hereby given that, subject to approval by the court, __Claimant Timofey Fedotov__ substitutes
(Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Timofey Fedotov, Pro Se__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Daniel M. Smith, Esq.
Address: 585 Third Avenue, Chula Vista CA 91910
Telephone: (619) 233-6900      Facsimile (619) 374-8477
E-Mail (Optional): dsmith@sandiegodefenders.com

I consent to the above substitution.
Date: 9/3/2025
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: 9/3/2025
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/3/2025
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]