# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

**United States of America,**
Plaintiff,

v.

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein,**
Defendant.

Civil Action No. **1:25-cv-02085**

---

## CLAIMANT NAZAR FEDORCHUK'S VERIFIED CLAIM

1. **Claimant Information**
   Name: Nazar Fedorchuk
   Mailing Address:
   Residence Address for identification: Lutskoho 18, apt. 1, Lviv 79042, Ukraine
   Mailing Address: 1207 Delaware Ave., Ste 3773, Wilmington DE 19806
   Phone: +1(347)797-6143 (primary), +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-393 (alternative)
   Email: nazar.fedorchuk@gmail.com
   Preferred Contact & Consent to Email Service: Claimant consents to service by email under Fed. R. Civ. P. 5(b)(2)(E) at nazar.fedorchuk@gmail.com, and requests that all correspondence be sent to the Mailing/Service Address in the U.S. above, with courtesy copies to the Residence in Ukraine.

2. **Defendant Property Claimed**
   Claimant asserts an interest in defendant property consisting of 1.3609 BTC that was held for Claimant on the BTC-e exchange and is part of and/or traceable to the defendant property described as "All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein."

3. **Nature and Basis of Claimant's Interest**
   a. Claimant maintained a user account on BTC-e with login "nazarf", registered to nazar.fedorchuk@gmail.com.



b. Between 2013 and 2014, Claimant deposited funds that were held as Bitcoin on BTC-e.

c. As of BTC-e's shutdown in July 2017, Claimant's balance included 1.3609 BTC, which became inaccessible due to the exchange's closure and subsequent law-enforcement action.

d. The claimed BTC is therefore all or part of the defendant property and/or traceable to the BTC-e operating wallets identified in the Complaint.

4. **Claim**

Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant hereby claims the above-described interest in the defendant property and demands its return to Claimant, or such other relief as the Court deems just and proper.

5. **Counsel (optional)**

If Claimant retains counsel, counsel's appearance and contact information will be filed separately. Claimant currently appears pro se.

6. **Verification (28 U.S.C. § 1746)**

I, Nazar Fedorchuk, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: August 22, 2025
At: Lviv, Ukraine

Signature: ______________________
Nazar Fedorchuk

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I served a copy of this Verified Claim by first-class mail upon Government counsel listed in the Notice of Forfeiture, including:

- Joshua L. Sohn, Trial Attorney, Money Laundering & Asset Recovery Section (MLARS), U.S. Department of Justice, 1400 New York Avenue NW, Room 266, Washington, DC 20005. Email: joshua.sohn@usdoj.gov.

- Courtesy copies as listed in the Notice: C. Alden Pelker, Jonas Lerman, Claudia Quiroz.

Signature: Nazar Fedorchuk
Nazar Fedorchuk

Date: August 22, 2025