**Clerk of Court**
U.S. District Court for the District of Columbia
333 Constitution Ave NW, Room 1225
Washington, DC 20001 DC District Court+1

Re: *U.S. v. All Virtual Currency Held in the BTC-e Operating Wallets…*, Civil Action No. **1:25-cv-02085 CJN**
— **Verified Claim (Pro Se)**

Dear Clerk:

Enclosed please find my Verified Claim (pro se) in the above-captioned civil forfeiture matter, together with a signed Certificate of Service reflecting service on government counsel the same day.
Please file the Claim and return a file-stamped copy to me by email. My contact information:

- **Name:** Nazar Fedorchuk
- **Residence (Ukraine):** Lutskoho 18, apt. 1, Lviv 79042, Ukraine
- **Mailing (U.S.):** 1207 Delaware Ave., Ste 3773, Wilmington DE 19806
- **Phone:** +1-347-797-6143 (primary), +380-677700393 (alternate)
- **Email (consent to service):** nazar.fedorchuk@gmail.com

Thank you.

Sincerely,

*[signature: Nazar Fedorchuk]*

**Nazar Fedorchuk**

**Enclosures:** Verified Claim, Certificate of Service.

RECEIVED
Mailroom

AUG 28 2025

Angela D. Caesar, Clerk of Clerk