IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS DESCRIBED IN THE COMPLAINT,

    Defendants in rem.

Civil Action No. 1:25-cv-02085 (CJN)

**VERIFIED CLAIM OF INTEREST**

**OF SERGEY MAYZUS**

Claimant Sergey Mayzus, appearing pro se, submits this Verified Claim of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and states as follows:

1. 1. Identification of Claimant.

Claimant is Sergey Mayzus, an individual residing at Na Nadvori 1, Chotoviny 39137, Czech Republic. Tel: +420.602.350.356.

2. 2. Identification of Defendant Properties.

Claimant asserts an interest in the Defendant Properties described in the Verified Complaint, including those associated with Canton Business Corporation, Always Efficient LLP, Eurostyle Advisor Ltd, Gem Invest LP, and related BTC-e shell entities.

3. 3. Basis of Claim.

On February 1, 2019, the District Court of Limassol, Republic of Cyprus (Action No. 2987/2017) entered a Judgment and Order in favor of Claimant Sergey Mayzus and against, inter alia, Canton Business Corporation, Always Efficient LLP, Eurostyle Advisor Ltd, Gem Invest LP, and other BTC-e shell companies. Certified English translations of the Judgment and Order are attached as Exhibit 1 and Exhibit 2.

RECEIVED
Mailroom

SEP - 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

4. 4. Amount Claimed.

Pursuant to the Limassol Judgment, Claimant is owed €20,550,000 in principal, plus accrued interest. As of August 28, 2025, accrued interest totals approximately €3,590,435, for a total of about €24,140,435. In addition, Claimant is owed $500,000 in principal plus accrued interest of approximately $87,394, for a total of about $587,394. The combined total is approximately €24,140,435 and $587,394, which at the Federal Reserve H.10 July 2025 average exchange rate of 1.1671 USD/EUR equals approximately $28,761,696 USD.

5. 5. Statement of Interest.

Claimant therefore asserts an interest in the Defendant Properties subject to this civil forfeiture action, to the extent necessary to satisfy the above-referenced Judgment.

**Verification**

I, Sergey Mayzus, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 28, 2025,

in Chotoviny, Czech Republic.

*/s/ Sergey Mayzus*

Sergey Mayzus

**Exhibits:**

Exhibit 1: Certified English Translation of Judgment, Limassol District Court, Action No. 2987/2017.

Exhibit 2: Certified English Translation of Court Order, Limassol District Court, Action No. 2987/2017.