Civil Action No. 1:25-cv-02085
(All cryptocurrency and other assets)

## Supplemental Evidence Submission

Dear Clerk,

I am submitting additional supporting evidence for my claim in the above-referenced case. Enclosed are supplemental documents labeled as Exhibit C1 through C3, providing further proof of my personal ownership and control of the BTC-e account.

Please accept this supplemental submission as part of my previously filed supporting documents. The previously submitted materials remain unchanged, and this addition is intended solely to further substantiate my claim.

### ▶ Claimant Information
- Full Legal Name: Hae Young Kwon
- Address: 173, Seongan-ro, Unit #804, Gangdong-gu, Seoul, 05338, Republic of Korea
- Email: haes920@gmail.com
- Telephone: +82-10-2202-4388
- ITIN (if applicable): 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

### ▶ Enclosures:
- Exhibit C1 – BTC-e OTP QR Code Screenshot
    - This screenshot shows the OTP QR code generated by BTC-e for my account. Scanning the code reveals the account ID 'haes920', serving as additional proof that I personally owned and controlled the account.

- Exhibit C2 – QR Code Scan Result
    - This screenshot shows the scanned result of the OTP QR code, displaying the account ID 'haes920'.

- Exhibit C3 – BTC-e Account Home Screen Screenshot (January 17, 2016)
    - This screenshot shows the BTC-e account home screen as it appeared on January 17, 2016, with my account ID and server time clearly displayed.

Thank you for your attention to this supplemental submission.

Sincerely,

_Hae Young Kwon_   Date: August 21, 2025
[Hae Young Kwon]