# Exhibit C1 – BTC-e OTP QR Code Screenshot





Exhibit C2 – QR Code Scan Result

otpauth://totp/BTCe-haes920?secret=TUHBTW...

