UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br>    Defendants *in rem*.<br>_____/<br><br>EDWARD GAO,<br>    Claimant<br>_____/ | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>Case No. 1:25-CV-02085 CJN |

## VERIFIED CLAIM

I, Edward Gao, hereby submit this Verified Claim under Supplemental Rule G(5) claiming the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account email address "ed.gao@hotmail.com", held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017.

My interest in said property is that I am the lawful owner.

I am not represented by counsel and submit this claim *pro se*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025, at Calgary, Alberta.

_____
EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by certified mail, postage prepaid, on the 27 day of August, 2025, to the government's attorney:

JOSHUA L. SOHN
Money Laundering and Asset Recovery
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20530


Dated August 27, 2025.

EDWARD GAO
1717 15 St NW
Calgary, Alberta
Canada T2M 2Z4
Telephone: (403) 462-3682
Email: ed.gao@hotmail.com