# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2025 SEP -2 P 6: 33

FILING DEPOSITORY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem.*<br><br>ROBERT KNUTSON,<br><br>*Claimant.* | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>Case No. 1:25-CV-02085 |

RECEIVED
Mailroom
SEP - 3 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## VERIFIED CLAIM

I, Robert Knutson, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account usernames "8052907," "anion7.rk@gmail.com," and "bitcoins.rk@gmail.com" (passwords to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017. My interest in said property is that I am the lawful owner.

Dated: September 2, 2025

*Robert Knutson* (signature)

Robert Knutson

**VERIFICATION**

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT
2025 SEP -2 P 6: 33
FILING DEPOSITORY

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 2, 2025

*Robert Knutson* (signature)

Robert Knutson

Robert Knutson
1602 Clark Ave
Billings MT, 59102
Tel: (406) 672-0947
Email: anion7.rk@gmail.com