UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
THE DC CIRCUIT
2025 SEP -2 P 6:32
FILING DEPOSITORY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem.*<br><br>ANDREAS MIGOTZ,<br><br>*Claimant.* | VERIFIED CLAIM FOR SEIZED PROPERTY<br><br>Case No. 1:25-CV-02085 |

### VERIFIED CLAIM

I, Andreas Migotz, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account usernames and email addresses "andreas@migotz.de", "info@g2t.eu," "a.migotz@logotrans.de," "Atiati," "Atiatiati," "G2tgmbh," and "Atiworld" (passwords to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017. My interest in said property is that I am the lawful owner.

Dated:  September 2, 2025

_____
Andreas Migotz

**VERIFICATION**

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2025 SEP -2 P 2:32

FILING REPOSITORY

The undersigned declares under penalty of perjury that he is a claimant in the above entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 2, 2025

/s/ Andreas Migotz
Andreas Migotz

Email: andreas@migotz.de
Tel: +491717533300