RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT

2025 SEP -2 P 6:32

FILING DEPOSITORY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, *Defendants in rem.* HADRIEN HISLAIRE, *Claimant.* | **VERIFIED CLAIM FOR SEIZED PROPERTY** Case No. 1:25-CV-02085 |

## VERIFIED CLAIM

I, Hadrien Hislaire, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "hubadu" (email address to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Litecoin seized between August 7 and August 11, 2017. My interest in said property is that I am the lawful owner.

Dated: September 2, 2025

*(signature)*
Hadrien Hislaire

## VERIFICATION

RECEIVED
U.S. COURT OF APPEALS
FOR THE DC CIRCUIT
2025 SEP -2 P 6: 32
FILING DEPOSITORY

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 2, 2025

_(signature)_

Hadrien Hislaire

7 chemin de beyourg,
64270 Carresse-Cassaber
FRANCE
Tel, +33 6 4340 9956
Email: hadrien@hislaire.fr