**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

United States of America,

   Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017,

   Defendant in Rem.

Case No. 1:25-cv-02085-CJN

**MOTION FOR JURY TRIAL PURSUANT TO RULE 39(b)**

Claimant Sang Rai Kang, associated with BTC-e username 'sangraiknag' and registered email address sangraikang@yahoo.com, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 39(b) to order a jury trial in the above-captioned matter.

1. Claimant filed a Verified Claim on July 15, 2025, establishing standing to contest the forfeiture.
2. Claimant filed an Answer to the Verified Complaint on August 4, 2025.
3. Federal Rule of Civil Procedure 38(b) requires a jury demand within 14 days of the last pleading directed to the issue. Claimant did not file a separate jury demand within that period.
4. Federal Rule of Civil Procedure 39(b), however, authorizes the Court, in its discretion, to order a jury trial on motion despite a party's failure to make a timely demand under Rule 38.
5. This request is made early in the proceedings, during the discovery phase, and before any dispositive motions or trial scheduling.
6. Allowing a jury trial will not prejudice the United States and will promote fairness in the adjudication of complex factual issues regarding the ownership and alleged forfeitability of digital assets.

WHEREFORE, Claimant respectfully requests that this Court exercise its discretion under Rule 39(b) and grant Claimant's demand for a jury trial in this matter.

Respectfully submitted,

*[signature]*

Sang Rai Kang
Pro Se Claimant
Email: sangraikang@yahoo.com
Phone: 571-921-7424
Date: September 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, a true and correct copy of the foregoing Motion for Jury Trial Pursuant to Rule 39(b) was filed with the Clerk of Court and served upon counsel for the United States, Joshua Sohn, Assistant United States Attorney, and all other counsel of record, via the Court's CM/ECF system (or by U.S. Mail if filing in paper form).

/s/ Sang Kang

Sang Rai Kang
Pro Se Claimant
Email: sangraikang@yahoo.com
Phone: 571-921-7424