UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendants in rem.

MARTIN HORÁK,
Claimant

Case No. 1:25-cv-02085-CJN

### VERIFIED CLAIM OPPOSING FORFEITURE

I, MARTIN HORÁK, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "mercury420" (email address provided to plaintiff separately in evidence), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including but not limited to, bitcoin seized between August 2 and August 17, 2017, ether seized on August 5, 2017, and litecoin seized on August 7, 2017.

My interest in said property is that I am the lawful owner. I had an account balance on BTC-e, but the account was seized and I lost access abruptly along with information about exact balance. Therefore, I am looking to recover my remaining assets.

I have not recovered any of the losses via insurance claim or any other source of recovery.



RECEIVED
SEP 08 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

I am not represented by an attorney and submit this claim *pro se*.

I attest and declare under penalty of perjury that I am a claimant in the above-referenced matter and that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

I have attached the following evidence with my claim via email:

Exhibit 1: Email verification during account setup
Exhibit 2: Email authorization for BTC-e account creation
Exhibit 3: BTC-e Support ticket receipt confirmation
Exhibit 4: Transaction confirmation
Exhibit 5: Account Locked Notice
Exhibit 6: Last BTC-e automated email responses with dates when trying to revive account

Date: September 6, 2025

Martin Horák

Address: Pod Mezí 90
Brnky, Praha-Východ
250 66
The Czech Republic

Phone: +420 702 800 697
(added 9/8/25)

Email address: horys@me.com