

**Vše příchozí**

Nalezeno ve schránce iCloud Příchozí

---

**BTC-E**     27.11.2013
Komu: horys@me.com

## E-Mail confirm

Dear mercury420,

To confirm your E-Mail please go to:

https://btc-e.com/confirm_email/f5856df8a83700d7dbad912876614b23ec4ff632f7d91fe51aa5b81e9a443ef7

IP: 62.168.34.137
Login: mercury420

Regards,
Administration of BTC-E.COM