Vše příchozí

Nalezeno ve schránce iCloud Příchozí

**BTC-E**  28.11.2013
Komu: horys@me.com

# Successful authorization

Successful authorization.

Login: mercury420
IP: 90.177.50.130
Date and time: 28.11.13 23:42