< Vše příchozí                    ∧  ∨

**BTC-e support**          18.12.2013
BS
Komu: horys@me.com >
Odpověď na: root.servers.btc@... >  ⚑

# [#BLS-144-71838]: Sending money

Martin Horák,

Thank you for contacting us. This is an automated response confirming the receipt of your ticket. Our team will get back to you as soon as possible. When replying, please make sure that the ticket ID is kept in the subject so that we can track your replies. The request will be processed within 72 hours.

**Ticket ID:** BLS-144-71838
**Subject:** Sending money
**Department:** SEPA
**Type:** Issue
**Status:** Open
**Priority:** Normal

You can check the status of or update this ticket online at: https://hdbtce.kayako.com/Tickets/Ticket/View/BLS-144-71838

Kind regards,