<   Zpět       ∧   ∨

**B**   **BTC-E**      24.02.2014

Komu: horys@me.com >    🚩

# Withdraw confirmation

Dear mercury420,

We received a request to create BTC-E CODE 3450 EUR

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/85b9e72e0b1802c8c9d8a4f349b541b662ff6f97672bfa105d602f9aa756d1e48e9b32e9a5b7f30b69fd841dabf4d9b318161318feccc919e349baa4e22c36b0

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/85b9e72e0b1802c8c9d8a4f349b541b662ff6f97672bfa105d602f9aa756d1e48e9b32e9a5b7f30b69fd841dabf4d9b318161318feccc919e349baa4e22c36b0?cancel=1