< **Vše příchozí**

Nalezeno ve schránce iCloud Příchozí

**BTC-E**  24.05.2017
Komu: horys@me.com >

# Your account will be locked.

## Account Locked

**Wallet will be locked.**

Your account has been doing micro transactions over the last period. This is usually done by bots to flood the network. Your account needs to be verified in 24 hours to continue using this account. If you don't verify your account will be locked in 48 hours. Start the verification