🔍 Btc-e ⊗ | Zrušit

| Všechny schránky | **Aktuální schránka** |

● **BTC-E** — 24.05.2017 ›
Unsuccessful login
There was an unsuccessful attempt to log in to your account. If you did not make this login att…

**BTC-e support** — 24.05.2017 ›
Lost password request for BTC-e support help…
We have received a request to reset your account password for the BTC-e support help…

**BTC-E Support** — 24.05.2017 ›
[#IIE-141-12135]: account
Martin Horak, This message concerns your ticket #IIE-141-12135. We have not heard back…

**BTC-e support** — 24.05.2017 ›
[#YLY-794-29842]: activate account
Martin Horak, Thank you for contacting us. This is an automated response confirming the recei…

**BTC-E Support** — 24.05.2017 ›
[#IIE-141-12135]: account
Dear Customer, Thank you for contacting BTC-e. Your BTC-e account was blocked automatic…

Upravit