## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ALL VIRTUAL CURRENCY HELD IN
THE BTC-E OPERATING WALLETS AS
OF JULY 25, 2017, AND OTHER ASSETS
FURTHER DESCRIBED HEREIN,

        Defendant *in rem*.

**Civil Action No. 25-cv-02085-CJN**

### CLAIMANT NOBUAKI KOBAYASHI IN HIS CAPACITY AS TRUSTEE AND FOREIGN REPRESENTATIVE OF MT.GOX CO., LTD'S ANSWER AND AFFIRMATIVE DEFENSES

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" or "MtGox Estate" and the "MtGox Trustee")[1] by and through its undersigned counsel, respectfully sets forth its answer and defenses (the "Answer") to the Complaint filed by the Plaintiff United States of America (the "Plaintiff"), as follows:

### NATURE OF THE ACTION[2]

1.      Paragraph 1 contains legal conclusions to which no response is required. To

---

[1] The MtGox bankruptcy proceeding pending before the Twentieth Civil Division of the Tokyo District Court, Japan, has been recognized as a "foreign main proceeding" in the United States bankruptcy case of *In re MtGox Co., Ltd. (a/k/a MtGox KK)* (No. 14-31229-sgj-15) (N.D. Tex. Bankr.) (the "MtGox Estate"). *See generally* ECF Nos. 1, 2, and 3 (petition for Chapter 15 recognition of foreign proceedings); No. 127 (MtGox Trustee's Amended Verified Petition for Recognition); No. 151 (Order recognizing foreign main proceeding); No. 194 (amended recognition order).
[2] The headings in the Complaint are legal conclusions to which no response is required and are set forth in this Answer solely for organizational purposes and to assist with the Court's review.

the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## JURISDICTION AND VENUE

2.    Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

3.    Paragraph 3 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4.    Paragraph 4 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

5.    Paragraph 5 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

6.    Paragraph 6 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

7.    Paragraph 7 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

8.    Paragraph 8 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or

information to admit or deny the allegations and, on that basis, denies them.

9.      Paragraph 9 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## PARTIES TO THE CASE

10.     Paragraph 10 is admitted.

11.     Paragraph 11, including sub-paragraphs 11(A) through 11(F) is admitted.

## FACTUAL ALLEGATIONS

12.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 12, and on that basis denies them.

13.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 13, and on that basis denies them.

14.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 14, and on that basis denies them.

15.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 15, and on that basis denies them.

16.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 16, and on that basis denies them.

17.     The MtGox Trustee lacks knowledge or sufficient information to form a belief with respect to the allegations in paragraph 17, and on that basis denies them.

**A.     Bitcoin and Digital Currency**

18.     Paragraph 18 is admitted.

19.     Paragraph 19 is admitted

20.     Paragraph 20 is admitted

21.     Paragraph 21 is admitted

22.     Paragraph 22 is admitted

23.     Paragraph 23 is admitted

24.     Paragraph 24 is admitted

25.     Paragraph 25 is admitted

26.     Paragraph 26 is admitted

27.     Paragraph 27 is admitted

28.     Paragraph 28 is admitted

29.     Paragraph 29 is admitted

30.     Paragraph 30 is admitted

31.     Paragraph 31 is admitted

32.     Paragraph 32 is admitted

33.     Paragraph 33 is admitted

34.     Paragraph 34 is admitted

35.     Paragraph 35 is admitted

36.     Paragraph 36 is admitted

37.     Paragraph 37 is admitted

38.     Paragraph 38 is admitted

39.     Paragraph 39 is admitted

40.     Paragraph 40 is admitted

41.     Paragraph 41 is admitted

**B.     BTC-e Generally**

42.     Paragraph 42 is admitted

43.     Paragraph 43 is admitted.

44.     Paragraph 44 is admitted.

45.     Paragraph 45 is admitted.

46.     Paragraph 46 is admitted.

47.     Paragraph 47 is admitted.

48.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 48, and on that basis denies them.

49.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 49, and on that basis denies them.

50.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 50, and on that basis denies them.

51.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 51, and on that basis denies them.

52.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 52, and on that basis denies them.

53.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 53, and on that basis denies them.

54.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 54, and on that basis denies them.

55.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 55, and on that basis denies them.

56.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 56, and on that basis denies them.

**C.     BTC-e's Operation as an Illegal Money Transmitting Business**

57.     The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 57, and on that basis denies them.

58.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 58, and on that basis denies them.

59.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 59, and on that basis denies them.

60.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 60, and on that basis denies them.

61.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 61, and on that basis denies them.

62.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 62, and on that basis denies them.

63.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 63, and on that basis denies them.

64.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 64, and on that basis denies them.

65.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 65, and on that basis denies them.

66.    Paragraph 66 is admitted.

67.    Paragraph 67 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

**D.    Criminal Use of BTC-e**

68.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 68, and on that basis denies them.

69.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 69, and on that basis denies them.

70.    Paragraph 70 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

71.    With respect to the allegation in the final clause of paragraph 71, that "BTC-e received and transferred cryptocurrency valued at . . . at least $8.25 million from the hack of Mt. Gox," the MtGox Trustee admits that BTC-e received more than $8.25 million form the hack of Mt. Gox. As to the remainder of the allegations in paragraph 71 the MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny those allegations, and on that basis denies them in part.

72.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 72, and on that basis denies them.

73.    Paragraph 73 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

74.    Paragraph 74 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

### i.    *Narcotics Trafficking*

75.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 75, and on that basis denies them.

76.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 76, and on that basis denies them.

77.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 77, and on that basis denies them.

78.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 78, and on that basis denies them.

79.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 79, and on that basis denies them.

80.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 80, and on that basis denies them.

81.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 81, and on that basis denies them.

82.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 82, and on that basis denies them.

83.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 83, and on that basis denies them.

### ii.     *Ransomware Attacks*

84.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 84, and on that basis denies them.

85.     Paragraph 85 is admitted.

86.     Paragraph 86 is admitted.

87.     Paragraph 87 is admitted.

88.     Paragraph 88 is admitted.

89.     The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 89, and on that basis denies them.

90.     Paragraph 90 is admitted.

91.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 91, and on that basis denies them.

92.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 92, and on that basis denies them.

93.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 93, and on that basis denies them.

### iii.    *Hacks and Thefts: Mt. Gox*

94.    Paragraph 94 is admitted.

95.    Paragraph 95 is admitted.

96.    Paragraph 96 is admitted.

97.    Paragraph 97 is admitted.

98.    Paragraph 98 is admitted.

## E.    Alexander VINNIK

99.    Paragraph 99 is admitted.

100.    Paragraph 100 is admitted.

101.    Paragraph 101 is admitted.

102.    Paragraph 102 is admitted.

103.    Paragraph 103 is admitted.

104.    Paragraph 104 is admitted.

105.    Paragraph 105 is admitted.

## F.    Defendant Property A

106.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 106, and on that basis denies them.

107.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 107, and on that basis denies them.

108.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 108, and on that basis denies them.

109.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 109, and on that basis denies them.

110.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 110, and on that basis denies them.

111.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 111, and on that basis denies them.

112.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 112, and on that basis denies them.

113.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 113, and on that basis denies them.

114.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 114, and on that basis denies them.

115.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 115, and on that basis denies them.

116.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 116, and on that basis denies them.

117.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 117, and on that basis denies them.

118.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 118, and on that basis denies them.

119.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 119, and on that basis denies them.

120.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 120, and on that basis denies them.

121.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 121, and on that basis denies them.

122.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 122, and on that basis denies them.

123.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 123, and on that basis denies them.

G.    **Shell Companies & Accounts**

124.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 124, and on that basis denies them.

125.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 125, and on that basis denies them.

126.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 126, and on that basis denies them.

127.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 127, and on that basis denies them.

128.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 128, and on that basis denies them.

129.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 129, and on that basis denies them.

130.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 130, and on that basis denies them.

131.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 131, and on that basis denies them.

132.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 132, and on that basis denies them.

133.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 133, and on that basis denies them.

134.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 134, and on that basis denies them.

135.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 135, and on that basis denies them.

136.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 136, and on that basis denies them.

137.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 137, and on that basis denies them.

138.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 138, and on that basis denies them.

139.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 139, and on that basis denies them.

140.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 140, and on that basis denies them.

141.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 141, and on that basis denies them.

142.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 142, and on that basis denies them.

143.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 143, and on that basis denies them.

144.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 144, and on that basis denies them.

145.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 145, and on that basis denies them.

146.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 146, and on that basis denies them.

147.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 147, and on that basis denies them.

148.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 148, and on that basis denies them.

149.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 149, and on that basis denies them.

150.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 150, and on that basis denies them.

151.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 151, and on that basis denies them.

152.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 152, and on that basis denies them.

153.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 153, and on that basis denies them.

154.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 154, and on that basis denies them.

155.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 155, and on that basis denies them.

156.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 156, and on that basis denies them.

157.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 157, and on that basis denies them.

158.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 158, and on that basis denies them.

159.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 159, and on that basis denies them.

160.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 160, and on that basis denies them.

161.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 161, and on that basis denies them.

162.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 162, and on that basis denies them.

163.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 163, and on that basis denies them.

164.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 164, and on that basis denies them.

165.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 165, and on that basis denies them.

166.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 166, and on that basis denies them.

167.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 167, and on that basis denies them.

168.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 168, and on that basis denies them.

169.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 169, and on that basis denies them.

170.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 170, and on that basis denies them.

171.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 171, and on that basis denies them.

## H.    FXOpen and XP Solutions

172.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 172, and on that basis denies them.

173.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 173, and on that basis denies them.

174.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 174, and on that basis denies them.

175.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 175, and on that basis denies them.

176.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 176, and on that basis denies them.

177.    Paragraph 177 is admitted.

178.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 178, and on that basis denies them.

179.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 179, and on that basis denies them.

180.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 180, and on that basis denies them.

181.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 181, and on that basis denies them.

182.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 182, and on that basis denies them.

183.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 183, and on that basis denies them.

184.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 184, and on that basis denies them.

185.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 185, and on that basis denies them.

186.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 186, and on that basis denies them.

187.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 187, and on that basis denies them.

188.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 188, and on that basis denies them.

189.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 189, and on that basis denies them.

190.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 190, and on that basis denies them.

191.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 191, and on that basis denies them.

192.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 192, and on that basis denies them.

193.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 193, and on that basis denies them.

194.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 194, and on that basis denies them.

195.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 195, and on that basis denies them.

196.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 196, and on that basis denies them.

197.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 197, and on that basis denies them.

198.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 198, and on that basis denies them.

199.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 199, and on that basis denies them.

200.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 200, and on that basis denies them.

201.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 201, and on that basis denies them.

202.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 202, and on that basis denies them.

203.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 203, and on that basis denies them.

204.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 204, and on that basis denies them.

205.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 205, and on that basis denies them.

206.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 206, and on that basis denies them.

## I.    Defendant Property B

207.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 207, and on that basis denies them.

208.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 208, and on that basis denies them.

209.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 209, and on that basis denies them.

210.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 210, and on that basis denies them.

211.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 211, and on that basis denies them.

212.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 212, and on that basis denies them.

213.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 213, and on that basis denies them.

214.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 214, and on that basis denies them.

215.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 215, and on that basis denies them.

216.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 216, and on that basis denies them.

217.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 217, and on that basis denies them.

218.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 218, and on that basis denies them.

219.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 219, and on that basis denies them.

220.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 220, and on that basis denies them.

221.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 221, and on that basis denies them.

222.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 222, and on that basis denies them.

223.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 223, and on that basis denies them.

224.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 224, and on that basis denies them.

225.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 225, and on that basis denies them.

226.    Paragraph 226 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## J.    Defendant Property C

227.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 227, and on that basis denies them.

228.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 228, and on that basis denies them.

229.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 229, and on that basis denies them.

230.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 230, and on that basis denies them.

231.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 231, and on that basis denies them.

232.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 232, and on that basis denies them.

233.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 233, and on that basis denies them.

234.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 234, and on that basis denies them.

235.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 235, and on that basis denies them.

236.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 236, and on that basis denies them.

237.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 237, and on that basis denies them.

238.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 238, and on that basis denies them.

239.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 239, and on that basis denies them.

240.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 240, and on that basis denies them.

241.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 241, and on that basis denies them.

242.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 242, and on that basis denies them.

243.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 243, and on that basis denies them.

244.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 244, and on that basis denies them.

245.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 245, and on that basis denies them.

246.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 246, and on that basis denies them.

247.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 247, and on that basis denies them.

248.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 248, and on that basis denies them.

249.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 249, and on that basis denies them.

250.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 250, and on that basis denies them.

251.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 251, and on that basis denies them.

252.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 252, and on that basis denies them.

253.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 253, and on that basis denies them.

254.    Paragraph 254 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## K.    Defendant Property D

255.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 255, and on that basis denies them.

256.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 256, and on that basis denies them.

257.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 257, and on that basis denies them.

258.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 258, and on that basis denies them.

259.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 259, and on that basis denies them.

260.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 260, and on that basis denies them.

261.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 261, and on that basis denies them.

262.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 262, and on that basis denies them.

263.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 263, and on that basis denies them.

264.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 264, and on that basis denies them.

265.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 265, and on that basis denies them.

266.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 266, and on that basis denies them.

267.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 267, and on that basis denies them.

268.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 268, and on that basis denies them.

**L.    Defendant Properties E and F**

269.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 269, and on that basis denies them.

270.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 270, and on that basis denies them.

271.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 271, and on that basis denies them.

272.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 272, and on that basis denies them.

273.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 273, and on that basis denies them.

274.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 274, and on that basis denies them.

275.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 275, and on that basis denies them.

276.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 276, and on that basis denies them.

277.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 277, and on that basis denies them.

278.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 278, and on that basis denies them.

279.    The MtGox Trustee lacks knowledge or information sufficient to form a belief

as to whether to admit or deny the allegations in paragraph 279, and on that basis denies them.

280.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 280, and on that basis denies them.

281.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 281, and on that basis denies them.

282.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 282, and on that basis denies them.

283.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 283, and on that basis denies them.

284.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 284, and on that basis denies them.

285.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 285, and on that basis denies them.

286.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 286, and on that basis denies them.

287.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 287, and on that basis denies them.

288.    The MtGox Trustee lacks knowledge or information sufficient to form a belief as to whether to admit or deny the allegations in paragraph 288, and on that basis denies them.

**M.    The Defendant Properties Are Criminally Tainted and are Property Involved in (or Traceable to Property Involved In) an Unlicensed Money Transmitting Business and Money Laundering Conspiracy**

289.    Paragraph 289 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

290.    Paragraph 290 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

291.    Paragraph 291 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

292.    Paragraph 292 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

293.    Paragraph 293 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

294.    Paragraph 294 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

295.    Paragraph 295 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

296.    Paragraph 296 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

297.    Paragraph 297 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or

information to admit or deny the allegations and, on that basis, denies them.

298.    Paragraph 298 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

299.    Paragraph 299 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## FIRST CLAIM FOR RELIEF

### 18 U.S.C. § 981(a)(1)(A)

300.    Paragraph 300 does not contain factual allegations to which a response is required.

301.    Paragraph 301 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## SECOND CLAIM FOR RELIEF

### 18 U.S.C. § 981(a)(1)(A)

302.    Paragraph 302 does not contain factual allegations to which a response is required.

303.    Paragraph 303 contains legal conclusions to which no response is required. To the extent a response is required, the MtGox Trustee does not have sufficient knowledge or information to admit or deny the allegations and, on that basis, denies them.

## PRAYER FOR RELIEF

304.    Plaintiff's first prayer for relief contains legal conclusions to which no response is required.

305.    Plaintiff's second prayer for relief contains legal conclusions to which no response is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Statutory Innocent Owner – 18 U.S.C. § 983(d))

The MtGox Estate and its underlying creditors were, at all relevant times, innocent owners within the meaning of 18 U.S.C. § 983(d) whose interests in the Defendant Properties[3] may not be forfeited.

### SECOND AFFIRMATIVE DEFENSE
(Constitutional Innocent Owner – *Calero-Toledo v. Pearson Yacht Leasing Co.*)

The MtGox Estate and its underlying creditors were, at all relevant times, innocent owners uninvolved in and unaware of the unlawful activity giving rise to the forfeiture of the Defendant Properties and did all that reasonably could be expected to prevent their unlawful use.

### THIRD AFFIRMATIVE DEFENSE
(Eighth Amendment Disproportionality)

Forfeiture of the MtGox Estate's interest in the Defendant Properties would be a disproportionate and excessive punishment under the Eighth Amendment to the United States Constitution and 18 U.S.C. § 983(g).

### FOURTH AFFIRMATIVE DEFENSE
(Constructive Trust)

The Defendant Properties were stolen from the MtGox Estate, and the Defendant Assets should be held in a constructive trust, of which the MtGox Trustee is the beneficiary.

---

[3] Defendant Properties means the properties that are defendants in this action as set forth in paragraphs 11(A) – 11(F) in the Verified Complaint. ECF No. 1.

### FIFTH AFFIRMATIVE DEFENSE
(Offset)

Any recovery by Plaintiff should be offset by the amount owed to the MtGox Estate for misappropriation or theft of funds in which the Mt Gox Estate holds an interest.

### SIXTH AFFIRMATIVE DEFENSE
(Recoupment)

The MtGox Trustee is entitled to recoup the MtGox Estate's losses from any recovery by Plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE
(Unjust Enrichment)

The beneficiaries of any forfeiture of the Defendant Properties have been unjustly enriched thereby.

### CLAIMANT'S PRAYER FOR RELIEF

WHEREFORE, Claimant MtGox Trustee prays that the Court enter judgment as follows:

(a)  Order that the Defendant Properties are not subject to forfeiture;

(b)  Order that certain Defendant Properties that were stolen from Mt Gox be returned to the Mt Gox Trustee;

(c)  Enter judgment against the Plaintiff and all other purported claimants;

(d)  Award Claimant Mt Gox Trustee attorneys' fees, costs and pre-judgment interest to the fullest extent permitted by law;

(e)  Any further relief that the Court deems just and appropriate.

Dated: September 10, 2025

**BROWN RUDNICK LLP**

By:  *s/ Daniel L. Sachs*

David J. Molton (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Daniel F. Kerns (*pro hac vice*)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com


*Counsel for Nobuaki Kobayashi, In His
Capacities as the Bankruptcy Trustee and
Foreign Representative and Trustee of the
Second Civil Rehabilitation Proceeding and
Foreign Representative of MtGox Co., Ltd.,
a/k/a MtGox KK*