UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>**SEIZED**<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants *in rem*.<br><br>Kyle Wesley Herron<br><br>    Claimant | **VERIFIED CLAIM FOR**<br><br>**PROPERTY**<br><br><br>Case No. 1:25-CV-02085 |

RECEIVED
Mailroom
AUG 29 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## VERIFIED CLAIM

I, Kyle Wesley Herron, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "wesherron01" (email address: wesherron01@yahoo.com) held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including but not limited to Bitcoin seized between August 2 and August 17, 2017.

My interest in said property is that I am the lawful owner.

Respectfully submitted,

Dated: August 22, 2025

*[signature]*

Kyle Wesley Herron

803 S. Dittman Street

Frontenac, KS 66763

Phone: 620-704-8353

Email: wesherron01@yahoo.com

Pro Se Claimant

1

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Respectfully submitted,

Dated: August 22, 2025

*/s/ Kyle W.*

Kyle Wesley Herron
803 S. Dittman Street
Frontenac, KS 66763
Phone: 620-704-8353
Email: wesherron01@yahoo.com
Pro Se Claimant

2

**Clerk of Court**
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Kyle Wesley Herron**
803 S. Dittman Street
Frontenac, KS 66763
620-704-8353
wesherron01@yahoo.com

RECEIVED
Mailroom
AUG 29 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

**Date:** 08/22/2025

Re: United States v. All Virtual Currency Held in the BTC-E Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Case No. 1:25-cv-02085 (D.D.C.) CJN

Dear Clerk of Court,

Enclosed please find my **Verified Claim** in the above-referenced forfeiture action. I am submitting the original and two copies for filing. Please return a file-stamped copy to me in the enclosed self-addressed, stamped envelope for my records.

Thank you for your assistance.

Respectfully,

/s/ Kyle W. Herron

Kyle Wesley Herron