UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| *Plaintiff,*     ) | |
| ) | |
| v.     ) | Case No.: 1:25-cv-02085 |
| ) | |
| ALL VIRTUAL CURRENCY HELD IN     ) | |
| THE BTC-E OPERATING WALLETS     ) | |
| AS OF JULY 25, 2017, AND OTHER     ) | |
| ASSETS FURTHER DESCRIBED HEREIN     ) | |
| ) | |
| *Defendants in rem.*     ) | |
| ) | |
| RAYMOND SCHETTINI,     ) | |
| ) | |
| *Claimant,*     ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for claimant, Raymond Schettini. I certify that my motion to appear in this matter Pro Hac Vice was granted on August 25, 2025. A Verified Claim Opposing Forfeiture by Mr. Schettini is forthcoming.

Dated this 10th day of September, 2025         Respectfully submitted,

   /s/*Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Claimant
Raymond Schettini