UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS )<br>AS OF JULY 25, 2017, AND OTHER )<br>ASSETS FURTHER DESCRIBED HEREIN, )<br>)<br>Defendants *in rem*. )<br>_____ )<br>)<br>RAYMOND SCHETTINI, )<br>)<br>Claimant )<br>_____ ) | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>**Case No.: 1:25-CV-02085** |

## **VERIFIED CLAIM**

I, Raymond Schettini, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with Raymond Schettini's BTC-e account (username, email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Litecoin, Etherium and all other

1

virtual currency seized between August 7 and August 11, 2017

My interest in said property is that I am the lawful owner.

Dated: September 9, 2025

RAYMOND SCHETTINI

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 9, 2025

RAYMOND SCHETTINI

Respectfully submitted,

Dated: September 9, 2025

/s/ *Daniel M. Smith*
DANIEL M. SMITH, Esq. (Pro Hac Vice)
San Diego Defenders, APC
585 Third Ave.
Chula Vista, CA 91910
(619) 233-6900 (Office)
dsmith@sandiegodefenders.com

Attorney for Claimant
RAYMOND SCHETTINI

2