## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, *Defendants in rem*. ANDREAS MIGOTZ, *Claimant*. | Case No. 1:25-CV-02085 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Andreas Migotz. I certify that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.

Dated: September 11, 2025

    Respectfully submitted,

    */s/ Tyler Finn*
    **DYNAMIS LLP**
    Tyler Finn (*Pro Hac Vice*)
    11 Park Place, 4th Floor
    New York, New York 10007
    (212) 204-2757
    tfinn@dynamisllp.com