**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ALL VIRTUAL CURRENCY HELD IN
THE BTC-E OPERATING WALLETS AS
OF JULY 25, 2017, AND OTHER ASSETS
FURTHER DESCRIBED HEREIN,

*Defendants in rem*.

ROBERT KNUTSON,

*Claimant.*

**Case No. 1:25-CV-02085**

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Robert Knutson.  I certify

that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.


Dated:  September 11, 2025

Respectfully submitted,

*/s/ Tyler Finn*
**DYNAMIS LLP**
Tyler Finn (*Pro Hac Vice*)
11 Park Place, 4th Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com