IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENECY HELD IN THE BTC-E OPERTATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRUBED HEREIN,<br><br>    *Defendants in rem.*<br><br>TRAVIS OLSEN,<br><br>    *Claimant.* | Case No. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |

**NOTICE OF APPEARANCE**

To:   The Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for claimant, TRAVIS OLSEN, [residential address filed simultaneously under seal pursuant to LCvR 5.1(c)(1)]. I certify that I am admitted or otherwise authorized to practice in this court. A Verified Claim Opposing Forfeiture by Mr. Olsen is forthcoming.

Respectfully submitted,

Date: September 11, 2025

*/s/ Sunny J. Thompson*
Sunny J. Thompson, DC Bar No.998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

Attorney for Claimant: TRAVIS OLSEN

4900-3099-0952