AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

UNITED STATES OF AMERICA,
                         Plaintiff (s),
           V.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E
                       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-cv-2085

Notice is hereby given that, subject to approval by the court, __Claimant Martin Horak__ substitutes
                                                                                      (Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__ , State Bar No. _____ as counsel of record in
               (Name of New Attorney)

place of    __Martin Horak, Pro Se__ .
                                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Daniel M. Smith, Esq. |
| Address: | 585 Third Avenue, Chula Vista CA 91910 |
| Telephone: | (619) 233-6900     Facsimile (619) 374-8477 |
| E-Mail (Optional): | dsmith@sandiegodefenders.com |

I consent to the above substitution.
Date:    9/10/2025                            _/s/_
                                                         (Signature of Party (s))

I consent to being substituted.
Date:    9/10/2025                            _/s/_
                                                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    9/10/2025                            _/s/_
                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]