# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENECY HELD IN THE BTC-E OPERTATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRUBED HEREIN,<br><br>    *Defendants in rem.* | Case No. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |
| TRAVIS OLSEN,<br><br>    *Claimant.* | |

## VERIFIED CLAIM OF TRAVIS OLSEN

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions ("Supplemental Rules"), Claimant Travis Olsen ("Claimant"), by and through undersigned counsel, submits this Verified Claim asserting an ownership and possessory interest in, and the right to exercise dominion and control over, the property seized in the above-captioned matter. This Verified Claim identifies the Claimant and his interest, describes the property claimed, and is verified in accordance with 28 U.S.C. § 1746.[1]

---

[1] Contemporaneously with this Verified Claim, Claimant is submitting under seal an addendum that contains supporting documentation – including wallet addresses, account identifiers, transaction records, and a sworn declaration – further corroborating the facts stated herein.

Claimant asserts an ownership and possessory interest in, and the right to exercise dominion and control over, the seized property, specifically: no less than eighty (80) Bitcoin ("BTC") held for his benefit within the BTC-e exchange platform as of July 25, 2017 ("Subject Property").  The Subject Property was acquired with funds from Claimant's personal bank account and purchased through a regulated United States-based cryptocurrency exchange, Coinbase.  He then transferred the BTC to his personal account on the BTC-e platform for the purpose of individual investment and lawful trading activity.  At all relevant times, Claimant maintained exclusive dominion and control over the Subject Property.  Claimant used his BTC-e account solely for personal investment and did not engage in any business, commercial, or unlawful activity.[2]

On or about July 25, 2017, the United States Government seized the BTC-e platform and its operating wallets, thereby depriving Claimant of access to and control over his lawfully acquired BTC and other virtual currency assets.  Claimant asserts a valid, vested ownership and possessory interest in all virtual currency or other property associated with his BTC-e account ending in 1000B, held as of July 25, 2017, and seized or otherwise retained by Plaintiff whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the Complaint, including the Bitcoin seized between August 2 and August 17, 2017, and Litecoin seized on August 7, 2017.

///

///

---

[2] Claimant does not waive, and expressly reserves, all arguments and evidence regarding his status as an innocent owner under 18 U.S.C. § 983(d), which will be addressed in the Answer or subsequent briefing as appropriate.

Respectfully submitted,

Date: September 11, 2025

*Sunny J. Thompson*
Sunny J. Thompson, DC Bar No.998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

-and-

Charles E. Gianelloni *(pro hac pending)*
NV Bar No. 12747
Alexis R. Wendl *(pro hac pending)*
NV Bar. No 15351
1700 South Pavillion Center Dr., Suite 700
Las Vegas, NV 89135
cgianelloni@swlaw.com
awendl@swlaw.com
Ph. 702.784.5200

*Attorneys for Claimant Travis Olsen*

## VERIFICATION

Pursuant to 28 U.S.C. 1746, I, Travis Olsen, declare under penalty of perjury under the laws of the United States of America that I am the Claimant identified in the foregoing Verified Claim, and that I have read the Verified Claim and state that the statements therein are true and correct to the best of my knowledge, information, and belief.

Executed on September 11, 2025.

_____
Travis Olsen

## CERTIFICATE OF SERVICE

I, Sunny J. Thompson, hereby certify that on September 11, 2025, a copy of the foregoing **Verified Claim of Travis Olsen** was served via ECF on all ECF service recipients, including the following:

**Catherine Pelker**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
202-616-5007
Email: catherine.pelker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jonas Blomberg Lerman**
US ATTORNEY'S OFFICE
1301 New York Ave NW
Suite 600
Washington, DC 20005
206-588-9582
Email: jonas.lerman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
U.S. DEPARTMENT OF JUSTICE
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 353-2223
Fax: (202) 616-2547
Email: joshua.sohn@usdoj.gov
*ATTORNEY TO BE NOTICED*

*/s/ Sunny J. Thompson*
Sunny J. Thompson, DC Bar No.998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264