# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America,
   Plaintiff,

v.

   All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets,

   Defendants in rem.

Case No. 1:25-cv-02085 (CJN)

## NOTICE OF CORRECTION

I, **Oleh Chechetko**, previously filed a Verified Claim in the above-captioned matter on September 2, 2025.

This Notice of Correction is respectfully submitted to provide my **full current mailing address**, which was inadvertently omitted from my original filing:

**40 Balfur Street, Apt. 2, Nahariya, Israel, 2242525**

All other information in my Verified Claim remains accurate and unchanged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
28 U.S.C. § 1746.

Date: September 11, 2025
Place: Israel

_____
**Oleh Chechetko**
Phone/WhatsApp: +380674451877
Email: btccashpoint@gmail.com

**RECEIVED**
SEP 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia