# EXHIBIT B

# STATE BAR OF NEVADA



## CERTIFICATE OF STANDING

**Issue Date:** 9/10/2025

**Attorney Name:** Alexis Renee Wendl

**Neveda Bar Number:** 15351

**License Type:** ATTORNEY

**License Status:** Active

**Admit/Certification Date:** 10/8/2019

**3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.382.2075**

**9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

 The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

 If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to  memberservices@nvbar.org.

Mary Jorgensen
Member Services Director

No.2025 -10631879

verify by email at  memberservices@nvbar.org