IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENECY HELD IN THE BTC-E OPERTATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRUBED HEREIN,<br><br>    *Defendants in rem.* | Case No. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |
| TRAVIS OLSEN,<br><br>    *Claimant.* | |

**MOTION FOR ADMISSION OF CHARLES E. GIANELLONI, ESQ. PRO HAC VICE**

    Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court of the District of Columbia, Sunny J. Thompson, Esq. ("Movant"), a member in good standing of the Bar of this Court, respectfully moves for the admission of Charles E. Gianelloni, Esq. ("Admittee") to appear *pro hac vice* in the above-captioned matter as counsel of record for Claimant Travis Olsen ("Claimant"). As demonstrated by the Declaration of Charles E. Gianelloni, attached hereto and incorporated herein as **Exhibit A**, and the Certificate of Good Standing from the State Bar of Nevada for the proposed Admittee, attached hereto and incorporated herein as **Exhibit B**, Movant states as follows:

    1.    The proposed Admittee is an attorney with the law firm of Snell & Wilmer, LLC, with offices at 1700 Pavilion Center Dr., Suite 700, Las Vegas, NV 89135; telephone: 702-784-

4916-8046-8840

5253; email: cgianelloni@swlaw.com. The proposed Admittee is not a member of the Bar of this Court.

    2.    The proposed Admittee is a member in good standing of the Court/Bars of the State of Nevada, and the United States Court of Appeals, Ninth Circuit.

    3.    During the two years immediately preceding the filing of this motion, the proposed Admittee has not yet applied to be admitted *pro hac vice* to this Court.

    4.    The proposed Admittee has not been disciplined by any bar.

    5.    The proposed Admittee is familiar with the Federal Rules of Civil Procedure, Local Rules of the United States District Court of the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

    6.    The proposed Admittee in this proceeding will be supervised by the undersigned, who has been formally admitted to the Bar of this Court.

    7.    It is understood that admission pro hac vice does not constitute formal admission to the Bar of this Court.

Respectfully submitted,

Date: September 11, 2025

*/s/ Sunny J. Thompson*
Sunny J. Thompson, DC Bar No.998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

Attorney for Claimant: TRAVIS OLSEN

4916-8046-8840

## CERTIFICATE OF SERVICE

I, Sunny J. Thompson, hereby certify that on September 11, 2025, a copy of the foregoing **Motion for Admission of Charles E. Gianelloni, Esq. Pro Hac Vice** was served via ECF on all ECF service recipients, including the following:

**Catherine Pelker**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
202-616-5007
Email: catherine.pelker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jonas Blomberg Lerman**
US ATTORNEY'S OFFICE
1301 New York Ave NW
Suite 600
Washington, DC 20005
206-588-9582
Email: jonas.lerman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joshua Lee Sohn**
U.S. DEPARTMENT OF JUSTICE
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 353-2223
Fax: (202) 616-2547
Email: joshua.sohn@usdoj.gov
*ATTORNEY TO BE NOTICED*

_____
Sunny J. Thompson, DC Bar No. 998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

4916-8046-8840