# EXHIBIT B

Case 1:25-cv-02085-CJN   Document 181-2   Filed 09/11/25   Page 1 of 2

# STATE BAR OF NEVADA

### CERTIFICATE OF STANDING



| | |
|---|---|
| **Issue Date:** | 9/10/2025 |
| **Attorney Name:** | Charles E. Gianelloni |
| **Neveda Bar Number:** | 12747 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/3/2012 |

**3100 W. Charleston Blvd. Suite 100**
**Las Vegas, NV 89102**
**phone 702.382.2200**
**toll free 800.254.2797**
**fax 702.382.2075**

**9456 Double R Blvd., Ste. B**
**Reno, NV 89521-5977**
**phone 775.329.4100**
**fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

 The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

 If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to  memberservices@nvbar.org.

_Mary Jorgensen_
Mary Jorgensen
Member Services Director

No.2025 -10631877

verify by email at  memberservices@nvbar.org