# MOTION FOR EXTENSION OF TIME

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
    Plaintiff,
v.

Case No. 1:25-cv-02085 (CJN)

All Virtual Currency Held in the BTC-E
Operating Wallets as of July 25, 2017,
and Other Assets,
    Defendants.

_____

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Claimant Hae Young Kwon ("Claimant"), appearing pro se, respectfully moves this Court for an extension of time to file an Answer to the Complaint for Forfeiture In Rem.

### GROUNDS FOR MOTION

1. Claimant filed a Verified Claim on August 25, 2025.
2. Under Supplemental Rule G(5)(b), Claimant's Answer would ordinarily be due within 21 days thereafter.
3. Claimant resides abroad (Republic of Korea) and faces significant logistical challenges in preparing and mailing filings to the Court and to the U.S. Department of Justice within the required timeframe.
4. Due to international mailing delays, time zone differences, and the deadline coinciding with a weekend, Claimant respectfully requests additional time to complete and properly serve her Answer.
5. Granting this extension will not prejudice the Government, and will allow Claimant to assert her rights fully and fairly.



**RECEIVED**
SEP 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**RELIEF REQUESTED**

WHEREFORE, Claimant respectfully requests that the Court grant an extension of fourteen (14) days, or such other period as the Court deems just and proper, for the filing and service of Claimant's Answer.

Dated: September 14, 2025

Respectfully submitted,

*Hae Young Kwon*
Hae Young Kwon
[173, Seongan-ro, Unit #804, Gangdong-gu, Seoul, 05338, Republic of Korea]
[haes920@gmail.com]
[+82-10-2202-4388]
Pro Se Claimant