UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
    Plaintiff,
v.

Case No. 1:25-cv-02085 (CJN)

All Virtual Currency Held in the BTC-E
Operating Wallets as of July 25, 2017,
and Other Assets,
    Defendants.

_____

## ANSWER OF CLAIMANT HAE YOUNG KWON

Claimant Hae Young Kwon ("Claimant"), appearing pro se, respectfully submits this Answer to the Complaint for Forfeiture In Rem.

## GENERAL STATEMENT

1. Claimant filed a Verified Claim on August 25, 2025, asserting ownership and lawful interest in certain defendant property.
2. Claimant denies that Claimant's claimed property is proceeds of unlawful activity or subject to forfeiture.
3. Except as specifically admitted herein, Claimant denies each and every allegation contained in the Complaint.

## RESPONSES TO COMPLAINT PARAGRAPHS

- Paragraphs 1–3 (Jurisdiction and Venue): Claimant admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1345 and 1355, and that venue is proper under 28 U.S.C. § 1395.
- Paragraph 4 (Description of Defendant Property): Claimant admits that BTC-E maintained operating wallets as of July 25, 2017, but denies that all virtual currency in those wallets is subject to forfeiture.
- Paragraphs 5–20 (BTC-E Background Allegations): Claimant lacks sufficient knowledge to admit or deny and therefore denies the allegations.
- Paragraphs 21–50 (Money Laundering / Traceability Allegations): Claimant specifically denies that Claimant's property is derived from or traceable to unlawful activity. Claimant's property was acquired lawfully through:
  (a) Coinbase transactions: Claimant purchased cryptocurrency using Claimant's verified Coinbase account and transferred it to Claimant's BTC-E account.

RECEIVED
SEP 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Transaction hashIDs(Exhibit D) demonstrate that the funds originated from Coinbase, a regulated exchange.
   (b) Chase Bank account: Claimant funded Claimant's Coinbase purchases using Claimant's personal Chase Bank account in Claimant's legal name. Account screenshots (Exhibit E) confirm the ownership and active status of this bank account.
 - Remaining Paragraphs: Except where consistent with Claimant's Verified Claim, Claimant denies all allegations.

## AFFIRMATIVE DEFENSES

1. Innocent Owner Defense (18 U.S.C. § 983(d))
   Claimant lawfully acquired the claimed property using Claimant's verified Coinbase account funded by Claimant's Chase Bank account, without knowledge of or reason to know of any unlawful activity.

2. Failure to State a Claim
   The Complaint fails to establish by a preponderance of evidence that Claimant's specific property is subject to forfeiture.

3. Due Process and Notice
   Forfeiture without recognition of Claimant's ownership interest would violate Claimant's due process rights.

4. OtClaimant's Defenses Reserved
   Claimant reserves the right to raise additional defenses as discovery progresses.

## PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:
a. Deny forfeiture of the property claimed by Claimant;
b. Recognize Claimant's lawful ownership interest;
c. Order the return of Claimant's property; and
d. Grant such furtClaimant's relief as the Court deems just and proper.

Dated: September 14, 2025

Respectfully submitted,

*Hae Young Kwon*

Hae Young Kwon
[173, Seongan-ro, Unit #804, Gangdong-gu, Seoul, 05338, Republic of Korea]
[haes920@gmail.com]
[+82-10-2202-4388]
Pro Se Claimant

## EXHIBIT D – COINBASE TRANSACTIONS

The following blockchain transaction hash IDs (txids) reflect cryptocurrency purchased via Claimant's verified Coinbase account and transferred to Claimant's BTC-E account. These transactions demonstrate the lawful origin of the funds and their traceability to a regulated U.S. exchange (Coinbase):

1. 03/31/2014 – txid: cbe56c085a9bd82876c72a1353b478f6f676aff55a23357ab9df52dbba623a92
2. 09/28/2014 – txid: d364f792dbc1eebfb944e19e60dc8acbcba0f917e18975e4864279b9b82e4e67
3. 12/10/2014 – txid: e3bac42dd2f091ff5a519fe65aec1b18c3606676bbe48def98f9fa49d8e5da98
4. 12/09/2015 – txid: 25dd232b9b44fa590c21403f87d712ac0a9b5d60f6a86b474ed43f818012d299
5. 12/09/2015 – txid: 376fb40cf058f18dc106919c998d0c8fc0b20085f651b0d369aeef0358b7a2f5
6. 05/26/2017 – txid: 158b44b8c92e98cae6a8394c31e0f4afbff0b69d884e258cf1bf0beb509a3b53

 All transactions originated from Claimant's Coinbase account, verified in Claimant's legal name, and funded via Claimant's Chase Bank account.

## EXHIBIT E – CHASE BANK RECORDS

Attached is a screenshot of Claimant's Chase Bank online account, which shows that:
 1. The account is in the legal name of Claimant, Hae Young Kwon.
 2. The account was active during the relevant time period (2016) and remains active today.
 3. The screenshot confirms ownership of a Chase Bank account (account numbers partially redacted, e.g., ****8539).

 Although specific transaction details are not displayed in the screenshot, Claimant affirms that this Chase Bank account was the source of funds used for cryptocurrency purchases through Coinbase. This account evidence furtClaimant's demonstrates that Claimant's assets were lawfully acquired through personal funds, not through unlawful activity.

- **Chase Bank Login Screenshot (2016)**



- **Chase Bank Login Screenshot (2025)**

