UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
    Plaintiff,
v.

Case No. 1:25-cv-02085 (CJN)

All Virtual Currency Held in the BTC-E
Operating Wallets as of July 25, 2017,
and Other Assets,
    Defendants.
_____

## MOTION FOR LEAVE TO FILE ELECTRONICALLY

Claimant, Hae Young Kwon ("Claimant"), appearing pro se, respectfully moves this Court for leave to file documents electronically in the above-captioned matter through the Court's CM/ECF system.

### GROUNDS FOR MOTION

1. Claimant is a pro se litigant residing abroad in the Republic of Korea.
2. Due to international mailing delays and the time-sensitive nature of filings in this civil forfeiture case, Claimant seeks permission to use the Court's CM/ECF electronic filing system to ensure timely submissions.
3. Claimant has already submitted filings by email to the Pro Se Filing Unit to meet deadlines and seeks to formalize electronic filing access.
4. Granting electronic filing privileges will reduce burdens on both the Court and Claimant, and will allow more efficient service of documents on all parties.
5. Claimant understands that, if granted leave, she must comply with all rules and procedures governing electronic filing and service, including maintaining an active email address.
6. Claimant will continue to serve government counsel electronically as required.

### PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court grant her leave to file and serve documents electronically in this matter, and grant such other relief as the Court deems just and proper.

Dated: September 14, 2025



RECEIVED
SEP 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*Hae Young Kwon*

Hae Young Kwon
[173, Seongan-ro, Unit #804, Gangdong-gu, Seoul, 05338, Republic of Korea]
[haes920@gmail.com]
[+82-10-2202-4388]
Pro Se Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2025, I served a true and correct copy of the foregoing Motion for Leave to File Electronically by email and international courier upon the following:

Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Email: ~~prosefiling@dcd.uscourts.gov~~ dcd_intake@dcd.uscourts.gov

Joshua L. Shon, Trial Attorney
U.S. Department of Justice
Criminal Division, MLARS
1400 New York Avenue, N.W.
Washington, D.C. 20005

*Hae Young Kwon*

Hae Young Kwon
Pro Se Claimant