RECEIVED
Mailroom
SEP 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Paige N. Hopkins
314 Oxford Rd
Kenilworth, IL 60043
hopkinsreilly@gmail.com
September 12, 2025

United States District Court for the District of Columbia
Case No. 1:25-cv-02085

Verified Claim to Contest Forfeiture

I, Paige N. Hopkins, hereby file this verified claim to contest the forfeiture of assets seized in United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein. I claim ownership of cryptocurrencies and fiat currencies held in my BTC-e account under username hopkinsreilly@gmail.com, including Bitcoin, Litecoin, Namecoin, Peercoin, Bitcoin Cash, USD, and Russian Rubles, tied to Defendant Properties A, B, and C. These assets were acquired through legitimate transactions between 2013 and 2017 as an innocent user, unaware of BTC-e's illegal activities (18 U.S.C. §§ 1960, 1956(h)). Exact amounts and values are pending response to my FOIA request NFP-1621449 to MLARS for account balances, due to lost records from BTC-e's sudden closure; I commit to amending this claim upon receipt.

I contend that the seizure violated my due process rights under the Fifth Amendment and my victim rights under 18 U.S.C. § 3771, due to lack of prior notice, and reserve the right to pursue a civil action for these violations. Supporting documents will be provided promptly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 12, 2025.

*[signature]*

Paige N. Hopkins

Paige N. Hopkins
314 Oxford Rd
Kenilworth, IL 60043
hopkinsreilly@gmail.com
September 12, 2025

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Verified Claim to Contest Forfeiture – Case No. 1:25-cv-02085
United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein

Dear Clerk of the Court,

I, Paige N. Hopkins, am filing this Verified Claim to Contest Forfeiture in the above-referenced case. I received the Notice of Civil Forfeiture Action on August 7, 2025, and assert my ownership of assets seized from BTC-e under username hopkinsreilly@gmail.com, including cryptocurrencies and fiat currencies tied to Defendant Properties A, B, and C. These were acquired through legitimate transactions as an innocent user unaware of BTC-e's illegal activities.

Exact asset amounts are pending response to my FOIA request NFP-1621449 to MLARS for account balances, due to lost records from BTC-e's sudden closure. I commit to providing them within 7 days (by September 19, 2025) or upon FOIA response, pending court approval.

I acknowledge the 35-day filing deadline was September 11, 2025. This filing is one day late due to confusion from the August 7, 2025, notice packet's erroneous 30-day deadline, corrected to 60 days from the final order on August 19, 2025. I relied on this notice in good faith and request consideration under excusable neglect pursuant to Rule 6(b)(1)(B). I apologize for the delay and assure my intent to comply fully.

Please file this Verified Claim and notify me at hopkinsreilly@gmail.com of any further requirements or a hearing. Thank you.

Sincerely,

Paige N. Hopkins
[Enclosures: Verified Claim]

Reilley
314 Oxford Rd
Kenilworth ~~IL~~ FL, 60043

U.S. POSTAGE PAID
FCM LETTER
BIRMINGHAM, AL 35203
SEP 12, 2025
$6.08
S2324P506913-25

Retail
RDC 99
20001



CERTIFIED MAIL

9589 0710 5270 3117 3105 71

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave, NW
Washington D.C. 20001

20001-289999