UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> ALL VIRTUAL CURRENCY HELD IN THE § <br> BTC-E OPERATING WALLETS AS OF JULY § <br> 25, 2017, AND OTHER ASSETS FURTHER § <br> DESCRIBED HEREIN. § <br>     Defendants *in rem*. § | Case No. 1:25-CV-02085 |

**MOTION FOR ADMISSION OF
ATTORNEY AMANDA J. SKILLERN *PRO HAC VICE*__**

Pursuant to Civil Local Rule 83.2(c), the undersigned hereby moves for the admission and appearance of attorney AMANDA J. SKILLERN *pro hac vice* in the above-entitled action. This motion is supported and signed by Thomas Brent Mayr, an active and sponsoring member of the Bar of this Court, and by the Declaration for *Pro Hac Vice* Admission, filed herewith.

In support of this motion, the undersigned asserts the following:

1.  Ms. Skillern is in private practice at the Law Office of Amanda Skillern, PLLC, 405 Main St., Suite 910, Houston, Texas 77002. Her business phone number is (346) 291-0432 and her email address is amanda@amandaskillernlaw.com.

2.  As set forth in Ms. Skillern's Declaration for *Pro Hac Vice* Admission, she is admitted and an active member of the following courts and bars: the Texas State Bar and the Southern District of Texas.

3.  As further set forth in the Declaration, Ms. Skillern is a member in good standing of the courts in which she is admitted. Furthermore, she has not been disciplined by any bar.

WHEREFORE, the undersigned attorney, Thomas Brent Mayr, respectfully requests that this Court grant attorney AMANDA J. SKILLERN admission to appear *pro hac vice* in this Court, in this proceeding.

Dated this 17th day of September, 2025.

                                               Respectfully submitted,

                                               /s/ *Thomas Brent Mayr*
                                               Thomas Brent Mayr
                                               MAYR LAW, P.C.
                                               5300 Memorial Drive, Suite 750
                                               Houston, Texas 77007
                                               Office: (713) 808-9613
                                               Fax: (713) 808-9991
                                               Email: bmayr@mayr-law.com
                                               Bar ID TX0206

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all attorneys of record.

      Respectfully submitted,

/s/ *Thomas Brent Mayr*
Thomas Brent Mayr
MAYR LAW, P.C.
5300 Memorial Drive, Suite 750
Houston, Texas 77007
Office: (713) 808-9613
Fax: (713) 808-9991
Email: bmayr@mayr-law.com
Bar ID TX0206

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>         Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE<br>BTC-E OPERATING WALLETS AS OF JULY<br>25, 2017, AND OTHER ASSETS FURTHER<br>DESCRIBED HEREIN.<br>         Defendants *in rem*. | §<br>§<br>§<br>§   Case No. 1:25-CV-02085<br>§<br>§<br>§<br>§<br>§<br>§ |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Amanda Jean Skillern

2. State bar membership number: 24056773

3. Business address, telephone and fax numbers: 405 Main St., Suite 910, Houston, TX 77002; Telephone: (346) 291-0432; Email: amanda@amandaskillernlaw.com

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Texas State Bar, Southern District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   No
(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0 times
(If your principal office is located in the District of Columbia, please answer questions 8 and 9.)
8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. ✔ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ✔ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ✔ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_9/16/2025_  
DATE

_[signature]_  
SIGNATURE OF ATTORNEY

2

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 16, 2025

Re: Amanda Jean Skillern, State Bar Number 24056773

To Whom It May Concern:

This is to certify that Amanda Jean Skillern was licensed to practice law in Texas on December 07, 2006, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487; 512.427.1350; FAX: 512.427.4253

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> ALL VIRTUAL CURRENCY HELD IN THE § <br> BTC-E OPERATING WALLETS AS OF JULY § <br> 25, 2017, AND OTHER ASSETS FURTHER § <br> DESCRIBED HEREIN. § <br>     Defendants *in rem*. § | Case No. 1:25-CV-02085 |

### [PROPOSED] ORDER GRANTING MOTION
### FOR ADMISSION OF ATTORNEY AMANDA J. SKILLERN PRO HAC VICE

The Court has reviewed the motion for admission of attorney AMANDA J. SKILLERN *pro hac vice*. Upon consideration of that motion, the Court grants attorney AMANDA J. SKILLERN *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____    _____
United States District Judge