UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ALL VIRTUAL CURRENCY HELD IN THE § <br> BTC-E OPERATING WALLETS AS OF JULY § <br> 25, 2017, AND OTHER ASSETS FURTHER § <br> DESCRIBED HEREIN. § <br> Defendants *in rem*. § | Case No. 1:25-CV-02085 |

**[PROPOSED] ORDER GRANTING MOTION
FOR ADMISSION OF ATTORNEY AMANDA J. SKILLERN PRO HAC VICE**

The Court has reviewed the motion for admission of attorney AMANDA J. SKILLERN *pro hac vice*. Upon consideration of that motion, the Court grants attorney AMANDA J. SKILLERN *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                United States District Judge