## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>  v.<br><br>ALL VIRTUAL CURRENECY HELD IN THE BTC-E OPERTATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRUBED HEREIN,<br><br>       *Defendants in rem.* | Case No. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |
| TRAVIS OLSEN,<br><br>       *Claimant.* | |

## NOTICE OF APPERANCE

PLEASE TAKE NOTICE that Charles E. Gianelloni and Alexis R. Wendl of the law firm of Snell & Wilmer L.L.P. hereby enter their appearances as counsel for Claimant Travis Olsen in the above-captioned matter pursuant to the Court's September 17, 2025 orders granting their Motions for Leave to Appear Pro Hac Vice (ECF Nos. 180 and 181). All future filings and notices must be served on undersigned counsel via the ECF system in accordance with applicable rules.

///

///

Date: September 19, 2025

                                _____
                                Sunny J. Thompson,
                                DC Bar No. 998462
                                Snell & Wilmer L.L.P.
                                2001 K St NW, Suite 425
                                Washington, DC 20006
                                sthompson@swlaw.com
                                Ph. 202-908-4264

                                -and-

                                Charles E. Gianelloni *(admitted pro hac vice)*
                                NV Bar No. 12747
                                Alexis R. Wendl *(admitted pro hac vice)*
                                NV Bar. No 15351
                                Snell & Wilmer L.L.P.
                                1700 South Pavillion Center Dr., Suite 700
                                Las Vegas, NV 89135
                                cgianelloni@swlaw.com
                                awendl@swlaw.com
                                Ph. 702.784.5200

                                *Attorneys for Claimant Travis Olsen*

**CERTIFICATE OF SERVICE**

I, Charles E. Gianelloni, hereby certify that on September 19, 2025, a copy of the foregoing **NOTICE OF APPERANCE** was served via ECF on all ECF service recipients.

Date: September 19, 2025

_____
Charles E. Gianelloni
Nevada Bar No. 12747
Snell & Wilmer L.L.P.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, NV 89135
cgianelloni@swlaw.com
Ph. 702-784-5373