Kevin Reilly
314 Oxford Rd., Kenilworth, IL 60043
kreilly100@gmail.com
September 12, 2025

United States District Court for the District of Columbia
Case No. 1:25-cv-02085

Verified Claim to Contest Forfeiture

I, Kevin Reilly, hereby file this verified claim to contest the forfeiture of assets seized in United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein. I claim ownership of the following property held in BTC-e's seized wallets and accounts: 0.53115667 Bitcoin, 1883.70 Litecoin, 0.6 Namecoin, 279.05 Peercoin (part of 500 PPC claimed), 0.5311 Bitcoin Cash, 4847.98 USD, and 17 Russian Rubles, corresponding to Defendant Properties A, B, and C. These assets were acquired through legitimate transactions between 2013 and 2017, and I was unaware of BTC-e's illegal activities (18 U.S.C. §§ 1960, 1956(h)). Supporting documents will be provided promptly.

I contend that the seizure violated my due process rights under the Fifth Amendment and my victim rights under 18 U.S.C. § 3771, due to lack of prior notice, and reserve the right to pursue a civil action for these violations. Supporting documents will be provided promptly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 12, 2025.

Kevin Reilly     9/12/25

RECEIVED
Mailroom
SEP 16 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Kevin Reilly
314 Oxford Rd., Kenilworth, IL 60043
kreilly100@gmail.com
September 12, 2025

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Verified Claim to Contest Forfeiture – Case No. 1:25-cv-02085
United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein

Dear Clerk of the Court,

I, Kevin Reilly, I am filing this Verified Claim to Contest Forfeiture in the above-referenced case. I received the Notice of Civil Forfeiture Action on August 7, 2025, and assert my ownership of assets seized from BTC-e, including 0.53115667 Bitcoin, 1883.70 Litecoin, 0.6 Namecoin, 279.05 Peercoin (part of 500 PPC claimed), 0.5311 Bitcoin Cash, 4847.98 USD, and 17 Russian Rubles, held in Defendant Properties A, B, and C. These assets were acquired through legitimate cash deposits and trading between 2013 and 2017, and I was unaware of BTC-e's illegal activities.

I seek the return of these assets or compensation, including damages for the loss of use of my capital and the destruction of my trading operation, details of which will be supported by documents to be submitted promptly. Due to logistical challenges, I am unable to include all supporting evidence (e.g., transaction

records, money order photos) today but commit to providing them within [e.g., 7 days, by September 19, 2025], pending court approval.

I acknowledge the 35-day filing deadline was September 11, 2025. This filing is one day late due to confusion from the August 7, 2025, notice packet's erroneous 30-day deadline, corrected to 60 days from the final order on August 19, 2025. I relied on this notice in good faith and request the Court's consideration under excusable neglect pursuant to Rule 6(b)(1)(B). I apologize for the delay and assure my intent to comply fully.

Please file this Verified Claim and notify me at kreilly100@gmail.com of any further requirements or a hearing on this matter. Thank you.

Sincerely,

[signature]   9/12/25

Kevin Reilly
[Enclosures: Verified Claim]