Case No. 1:25-CV-02085

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                     )
Plaintiff,                           )
                                     )
v                                    )
                                     )
ALL VIRTUAL CURRENCY HELD IN         )
THE BTC-E OPERATING WALLETS          )
AS OF JULY 25, 2017, AND OTHER       )
ASSETS FURTHER DESCRIBED             )
HEREIN,                              )
                                     )
Defendants in rem.                   )
-------------------------------------)
                                     )
BJOERN ERIK MOL                      )
                                     )
    Claimant.                        )
-------------------------------------)

## VERIFIED CLAIM OPPOSING FORFEITURE
Case No. 1:25-CV-02085

## VERIFIED CLAIM OPPOSING FORFEITURE

I, BJOERN ERIK MOL, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "thinknow" (email address: ted@cmail.nu), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin,ethereum, seized between August 2 and August 17, 2017, and litecoin,xrm,zcash and more seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner, I also have the transaction details that can back this up on the blockchain, as well as for WEX exchange that cam thereafter. I must mention that no word of the claim procedure has come to me before this week, so I plee for an extended claiming period, as this is my life savings.

Dated: September 18, 2025

*[signature]*

Bjørn Erik Mol
Bjonndalsåsen 23
3430 Spikkestad, Norway
+4793275800
dothat@duck.com

**RECEIVED**
SEP 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Case No. 1:25-CV-02085

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 18. September 2025

_____

Bjørn Erik Mol

Case No. 1:25-CV-02085

## CERTIFICATE OF SERVICE

I hereby certify that on 18 September, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
Email: joshua.sohn@usdoj.gov

Dated: 18. September 2025

_____
BJØRN ERIK MOL