UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,

                Defendant *in rem*.

Anton Samuelsson,

                *Pro Se* Claimant

**MOTION FOR LEAVE TO FILE ELECTRONICALLY**

                Civil Action No. **1:25-cv-02085-CJN**

**MOTION**

I, Anton Samuelsson, pro se claimant hereby file this motion for permission to file documents electronically using the NextGen CM/ECF system. In support, I state:

1. I am the claimant of the following property that is subject to forfeiture in this action:
    - BTC-e account "epinoia"
2. As a Swedish resident and citizen, physical filing is impractical due to international travel costs and logistics, and inherent risks with intercontinental postal services.
3. I have a registered PACER account **(username: antonsvenolofsamuelsson)** and applied for e-filing privileges.
4. This motion will facilitate my participation as a pro se litigant, minimizing delays.

WHEREFORE, I respectfully request permission to file electronically via NextGen CM/ECF.

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 21st of September 2025    Location: **Höör, SWEDEN**

Claimant:    Signature: *[signed]*

**ANTON SAMUELSSON**
Lillasäte 416
243 91, Höör
SWEDEN
anton.samuelsson@live.se
+46707214864

**RECEIVED**
SEP 21 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia