UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>Defendants *in rem.* | **VERIFIED ANSWER OF CLAIMANT MIDDLECOIN INC. TO VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>**Case No. 1:25-CV-02085-CJN** |
| MIDDLECOIN, INC.<br><br>Claimant. | |

**ANSWER OF CLAIMAINT MIDDLECOIN, INC. TO VERIFIED CLAIM FOR SEIZED PROPERTY**

COMES NOW Claimant Middlecoin, Inc.("Claimant") and submits this Verified Answer to the Verified Complaint for Seized Property:

NATURE OF THE ACTION

1. Claimant admits that his is a civil action *in rem*, but lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 1 and denies the allegations set forth therein on that basis.

JURISDICTION AND VENUE.

2. Claimant admits that this court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1345, and 1355.

3. Claimant admits that venue is proper under 28 U.S.C. §1355(b).

NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4. Claimant lacks sufficient knowledge regarding Paragraphs 4, 5, 6, 7, 8, and 9 of the Verified Complaint and denies the allegations set forth therein on that basis.

PARTIES TO THE CASE

5. Claimant admits the allegations of Paragraphs 10 and 11.

FACTUAL ALLEGATIONS

6. Claimant lacks sufficient knowledge regarding Paragraphs 12 through 17 (inclusive), 42 through 65 (inclusive), and 67 through 299 (inclusive) of the Verified Complaint to confirm or deny the allegations therein and denies the allegations set forth on that basis.

7. Claimant admits the allegations of Paragraphs 18 through 41 (inclusive) and 66.

AFFIRMATIVE DEFENSES

8. Innocent Owner. Claimant is an innocent owner and was unaware of and did not consent to any of the alleged illegal activity.

9. Disproportionality. The seizure of the property is disproportional to any crime alleged and, as such, violates The Eighth Amendment.

10. Illegal Search and Seizure. All property seized was subject to unlawful search and seizure.

11. Lack of Substantial Connection. The property was not used to facilitate nor was it derived from any criminal offense. There is no substantial connection between Claimant's funds and the alleged illegal conduct. Any transfer or holding of Claimant's funds through the BTC-e platform was for legitimate purposes and those

funds are not tainted by any offense. The government must prove a substantial connection under 18 U.S. C. § 983; categorical assets that all BTC-e funds are tainted do not satisfy this requirement as to Claimant's specific property. No Criminal Activity. None of the property is connected to criminal activity. Claimant's ownership was lawful and unrelated to any criminal activity alleged.

12. Statute of Limitations. This action is untimely, in whole or in part, under 19 U.S.C. § 1621, which runs from the later of the discovery of the offense or discovery of the property's involvement; any tolling (for example, property outside of the U.S. or concealed) must be proven by the United States as to Claimant's specific property.
13. Unreasonable Delay. The seized property has been held for an unreasonable period of time and subject to unreasonable delays.

Dated: September 19, 2025

ERIC MAXEY, President
MIDDLECOIN, INC.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 19, 2025

ERIC MAXEY, President
MIDDLECOIN, INC.

Respectfully submitted,

Dated: September 19, 2025

/s/ Betty J. Williams
BETTY J. WILLIAMS (Pro Hae Vice)
Law Office of Williams &
Associates, P.C. 3600 American
River Drive, Suite 135
Sacramento, CA 95864
Telephone: (916) 488-8501
Email: betty@williamstaxlaw.com

/s/ Charles R. Haskell
CHARLES R. HASKELL, D.C. Bar #
The Law Offices of Charles R. Haskell,
P.A.
641 Indiana Ave., NW
Washington, DC 20004 22314
Telephone: (202) 888-2728
Email:
charles@charleshaskell.com

Attorneys for Claimant
MIDDLECOIN, INC.