# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>                Defendants *in rem*.<br><br>HJALMAR PETERS,<br><br>                Claimant. | CASE NO.  1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |

## STIPULATION AND [PROPOSED ORDER] EXTENDING DEADLINE FOR HJALMAR PETERS TO RESPOND TO THE COMPLAINT

Claimant Hjalmar Peters ("Claimant") and the United States of America ("Plaintiff"), by and through their respective undersigned counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Claimant submitted his Verified Claim in the proceeding on September 2, 2025 (ECF No. 133);

WHEREAS, Plaintiff consents to a 30-day extension of the deadline for Claimant to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, Claimant seeks this additional time to explore a consensual resolution of this matter.

Accordingly, it is hereby stipulated and agreed that:

1

1. The time by which Claimant may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to, through and including October 23, 2025.

2. Each of the Parties reserves all of their respective rights, claims, and defenses.

Dated: September 22, 2025

| | |
|---|---|
| MARGARET A. MOESER CHIEF MONEY LAUNDERING & ASSET RECOVERY SECTION | GREENSTEIN DELORME & LUCHS, P.C. |
| */s/ Joshua Sohn* | */s/ Alexandria J. Smith* |
| By: JOSHUA SOHN | By: Alexandria J. Smith (D.C. Bar No. 1781067) |
| Trial Attorneys, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice | 801 17th Street, N.W., Suite 1000 Washington, D.C. 20006 |
| 1400 New York Avenue NW | Phone: 202-452-1400 |
| Washington, DC 20005 | Fax: 202-452-1410 |
| Telephone: (202) 353-2223 | Email: ajs@gdllaw.com |
| joshua.sohn@usdoj.gov | |
| | DAVIS+GILBERT LLP |
| *Attorney for Plaintiff* UNITED STATES OF AMERICA | Joseph Cioffi Adam Levy 1675 Broadway New York, NY 10019 212-468-4800 jcioffi@dglaw.com alevy@dglaw.com |
| | *Counsel for Claimant Hjalmar Peters* |

SO ORDERED.

Dated September __, 2025

_____
HONORABLE CARL. J. NICHOLS
UNITED STATES DISTRICT JUDGE