## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,

                Defendant *in rem*.

Anton Samuelsson,

                *Pro Se* Claimant

## ANSWER OF CLAIMANT ANTON SAMUELSSON TO VERIFIED COMPLAINT FOR FORFEITURE

                Civil Action No. **1:25-cv-02085-CJN**

## ANSWER

I, Anton Samuelsson, pro se claimant hereby file this Answer to the Verified Complaint for Forfeiture as follows:

### I. JURISDICTION AND VENUE

1. Claimant admits that the U.S. District Court for the District of Columbia has jurisdiction over this *in rem* action under 28 U.S.C. §§ 1345 and 1355, and that venue is proper under 28 U.S.C § 1395, based on the allegations regarding the location of the defendant property.

### II. CLAIMANT AND DEFENDANT PROPERTY

1. Claimant admits ownership interest in virtual currency held in BTC-e wallets as of July 25, 2017 under Claimant´s BTC-e account (username: epinoia).

2. Claimant lacks sufficient information to admit or deny the allegations that the virtual currency in the BTC-e operation wallets was derived from or used in illegal activities, such as money laundering under 18 U.S.C § 981(a)(1). Claimant denies that the virtual currency in Claimant's BTC-e account (username: epinoia) was knowingly involved in any illegal activity.

3. Claimant lacks sufficient information to admit or deny the allegations that all virtual currency in the BTC-e wallets is subject to forfeiture under 18 U.S.C § 981. Claimant denies that the virtual currency in Claimant's BTC-e account (username: epinoia) is subject to forfeiture, as it was lawfully acquired and used.

### III. GENERAL DENIAL

1. Claimant denies each and every allegation in the Verified Complaint not specifically admitted herein.

### IV. AFFIRMATIVE DEFENSES

1. Innocent Owner Defence (18 U.S.C § 983(d)): Claimant is an innocent owner of the virtual currency held in Claimant's BTC-e account (username: epinoia). The currency was acquired legally through lawful transactions, and Claimant had no knowledge or reason to believe it was involved in any illegal activity subject to forfeiture under 18 U.S.C. § 981.


**RECEIVED**
SEP 22 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Due Process Violation: The government's seizure of Claimant's virtual currency violates due process under the Fifth Amendment to the U.S. Constitution.

3. Proportionality: Forfeiture of Claimant's virtual currency would constitute an excessive and disproportionate fine under the Eighth Amendment to the U.S. Constitution.

4. Statute of Limitations: To the extent applicable, the government's claim may be barred as to Claimant's property under applicable limitations periods.

5. Failure to State a Claim (Fed. R. Civ. P. 12(b)(6)): The Complaint does not state a claim as to Claimant's specific property because it offers no concrete, property-specific facts showing a substantial connection between Claimant's funds and any offense.

Claimant reserves the right to assert additional defenses as appropriate.

## V. PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that the Court:

1. Dismiss with prejudice the Verified Complaint for Forfeiture as it pertains to Claimant's virtual currency held in the BTC-e account (username: epinoia), or otherwise enter judgement in favor of Claimant, denying forfeiture of his assets;

2. Order the return of Claimant's seized virtual currency in-kind (i.e., the same types and quantities of virtual currency allocable to Claimant's account): or, if in-kind return is not feasible, enter judgement for a sum of money equal to the fair market value of those virtual currency units as of the date of return of property or entry of final judgement, together with any prejudgment and postjudgment interest permitted by law, so as to make Claimant whole;

3. Grant such other relief as the Court deems just and proper, including any costs and fees to which Claimant may be entitled by law pursuant to 28 U.S.C. § 2465(b).

## VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 21st of September

Location: **Höör, SWEDEN**

Claimant:

**ANTON SAMUELSSON**
*Lillasäte 416*
*243 91, Höör*
*SWEDEN*
anton.samuelsson@live.se
+46707214864

Signature: