UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, <br><br> Defendant *in rem*. | Civil Action No. 25-cv-02085-CJN |

## JURY DEMAND OF CLAIMANT NOBUAKI KOBAYASHI IN HIS CAPACITIES AS TRUSTEE AND FOREIGN REPRESENTATIVE OF MT.GOX CO., LTD

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK by and through his undersigned counsel, hereby demands a trial by jury on all issues so triable in the above-captioned matter pursuant to Fed. R. Civ. P. 38(b).

Dated: September 23, 2025

                                                **BROWN RUDNICK LLP**

                                                By: *s/ Daniel L. Sachs*

                                                David J. Molton (*pro hac vice*)
                                                Gerard T. Cicero (*pro hac vice*)
                                                Daniel F. Kerns (*pro hac vice*)
                                                Seven Times Square
                                                New York, New York 10036
                                                Telephone: (212) 209-4800
                                                Facsimile: (212) 209-4801
                                                Email: dmolton@brownrudnick.com
                                                Email: gcicero@brownrudnick.com
                                                Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

2