## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | **Case No. 1:25-CV-02085** |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, | |
| *Defendants in rem*. | |
| ROBERT KNUTSON, | |
| *Claimant*. | |

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Claimant Robert Knutson ("Claimant"), by and through his attorneys, answers Plaintiff United States of America's ("Plaintiff") Complaint (the "Complaint") as follows:

### NATURE OF THE ACTION

1.      This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

### JURISDICTION AND VENUE

2.      This paragraph contains legal conclusions to which no response is required.

3.      This paragraph contains legal conclusions to which no response is required.

### NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4.      Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4 of the Complaint.

5.      This paragraph contains legal conclusions to which no response is required.

6.      This paragraph contains legal conclusions to which no response is required.

7.      This paragraph contains legal conclusions to which no response is required.

8.      This paragraph contains legal conclusions to which no response is required.

9.      This paragraph contains legal conclusions to which no response is required.

## PARTIES TO THE CASE

10.     Claimant admits the allegations in paragraph 10 of the Complaint.

11.     Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 11 of the Complaint.

## FACTUAL ALLEGATIONS

12.     Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 12 of the Complaint.

13.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 13 of the Complaint.

14.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 14 of the Complaint.

15.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 15 of the Complaint.

16.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 16 of the Complaint.

17.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 17 of the Complaint.

**A. Bitcoin and Digital Currency**

18.    Claimant admits the allegations in paragraph 18 of the Complaint.

19.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 19 of the Complaint.

20.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 20 of the Complaint.

21.    Claimant admits the allegations in paragraph 21 of the Complaint.

22.    Claimant admits the allegations in paragraph 22 of the Complaint.

23.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 23 of the Complaint.

24.    Claimant admits the allegations in paragraph 24 of the Complaint.

25.    Claimant admits the allegations in paragraph 25 of the Complaint.

26.    Claimant admits the allegations in paragraph 26 of the Complaint.

27.    Claimant admits the allegations in paragraph 27 of the Complaint.

28.    Claimant admits the allegations in paragraph 28 of the Complaint.

29.    Claimant admits the allegations in paragraph 29 of the Complaint.

30.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 30 of the Complaint.

31.    Claimant admits the allegations in paragraph 31 of the Complaint.

32.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 32 of the Complaint.

33.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 33 of the Complaint.

34.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 34 of the Complaint.

35.     Claimant admits the allegations in paragraph 35 of the Complaint.

36.     Claimant admits the allegations in paragraph 36 of the Complaint.

37.     Claimant admits the allegations in paragraph 37 of the Complaint.

38.     Claimant admits the allegations in paragraph 38 of the Complaint.

39.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 39 of the Complaint.

40.     Claimant admits the allegations in paragraph 40 of the Complaint.

41.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 41 of the Complaint.

**B. BTC-e Generally**

42.     Claimant admits the allegations in paragraph 42 of the Complaint.

43.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 43 of the Complaint.

44.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 44 of the Complaint.

45.     Claimant admits the allegations in paragraph 45 of the Complaint.

46.     Claimant admits the allegations in paragraph 46 of the Complaint.

47.     Claimant admits the allegations in paragraph 47 of the Complaint.

48.     Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 48 of the Complaint.

49.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 49 of the Complaint.

50.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 50 of the Complaint.

51.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 51 of the Complaint.

52.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 52 of the Complaint.

53.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 53 of the Complaint.

54.    Claimant admits the allegations in paragraph 54 of the Complaint.

55.    Claimant admits the allegations in paragraph 55 of the Complaint.

56.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 56 of the Complaint.

### C. BTC-e's Operation as an Illegal Money Transmitting Business

57.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 57 of the Complaint.

58.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 58 of the Complaint.

59.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 59 of the Complaint.

60.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 60 of the Complaint.

61.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 61 of the Complaint.

62.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 62 of the Complaint.

63.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 63 of the Complaint.

64.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 64 of the Complaint.

65.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 65 of the Complaint.

66.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 65 of the Complaint.

67.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 66 of the Complaint.

**D.  Criminal Use of BTC-e**

68.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 68 of the Complaint.

69.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 69 of the Complaint.

70.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 70 of the Complaint.

71.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 71 of the Complaint.

72.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 72 of the Complaint.

73.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 73 of the Complaint.

74.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 74 of the Complaint.

### i. *Narcotics Trafficking*

75.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 75 of the Complaint.

76.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 76 of the Complaint.

77.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 77 of the Complaint.

78.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 78 of the Complaint.

79.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 79 of the Complaint.

80.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 80 of the Complaint.

81.     Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 81 of the Complaint.

82.     Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 82 of the Complaint.

83.     Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 83 of the Complaint.

### ii. *Ransomware Attacks*

84. Claimant denies that any of his property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 84 of the Complaint.

85. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 85 of the Complain.

86. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 86 of the Complaint.

87. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 87 of the Complaint.

88. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 88 of the Complaint.

89. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 89 of the Complaint.

90. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 90 of the Complaint.

91. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 91 of the Complaint.

92. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 92 of the Complaint.

93. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 93 of the Complaint.

### iii.  *Hacks and Thefts: Mt. Gox*

94.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 94 of the Complaint.

95.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 95 of the Complaint.

96.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 96 of the Complaint.

97.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 97 of the Complaint.

98.    Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 98 of the Complaint.

### E.  Alexander VINNIK

99.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 99 of the Complaint.

100.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 100 of the Complaint.

101.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 101 of the Complaint.

102.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 102 of the Complaint.

103.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 103 of the Complaint.

104.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 104 of the Complaint.

105.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 105 of the Complaint.

## F. Defendant Property A

106.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 106 of the Complaint.

107.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 107 of the Complaint.

108.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 108 of the Complaint.

109.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 109 of the Complaint.

110.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 110 of the Complaint.

111.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 111 of the Complaint.

112.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 112 of the Complaint.

113.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 113 of the Complaint.

114.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 114 of the Complaint.

115.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 115 of the Complaint.

116.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 116 of the Complaint.

117.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 117 of the Complaint.

118.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 118 of the Complaint.

119.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 119 of the Complaint.

120.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 120 of the Complaint.

121.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 121 of the Complaint.

122.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 122 of the Complaint.

123.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 123 of the Complaint.

**G. Shell Companies & Accounts**

124.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 124 of the Complaint.

125.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 125 of the Complaint.

126.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 126 of the Complaint.

127.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 127 of the Complaint.

128.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 128 of the Complaint.

129.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 129 of the Complaint.

130.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 130 of the Complaint.

131.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 131 of the Complaint.

132.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 132 of the Complaint.

133.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 133 of the Complaint.

134.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 134 of the Complaint.

135.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 135 of the Complaint.

136.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 136 of the Complaint.

137.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 137 of the Complaint.

138.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 138 of the Complaint.

139.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 139 of the Complaint.

140.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 140 of the Complaint.

141.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 141 of the Complaint.

142.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 142 of the Complaint.

143.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 143 of the Complaint.

144.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 144 of the Complaint.

145.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 145 of the Complaint.

146.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 146 of the Complaint.

147.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 147 of the Complaint.

148.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 148 of the Complaint.

149.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 149 of the Complaint.

150.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 150 of the Complaint.

151.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 151 of the Complaint.

152.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 152 of the Complaint.

153.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 153 of the Complaint.

154.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 154 of the Complaint.

155.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 155 of the Complaint.

156.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 156 of the Complaint.

157.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 157 of the Complaint.

158.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 158 of the Complaint.

159.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 159 of the Complaint.

160.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 160 of the Complaint.

161.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 161 of the Complaint.

162.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 162 of the Complaint.

163.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 163 of the Complaint.

164.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 164 of the Complaint.

165.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 165 of the Complaint.

166.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 166 of the Complaint.

167.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 167 of the Complaint.

168.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 168 of the Complaint.

169.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 169 of the Complaint.

170.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 170 of the Complaint.

171.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 171 of the Complaint.

**H. FXOpen and XP Solutions**

172.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 172 of the Complaint.

173.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 173 of the Complaint.

174.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 174 of the Complaint.

175.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 175 of the Complaint.

176.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 176 of the Complaint.

177.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 177 of the Complaint.

178.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 178 of the Complaint.

179.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 179 of the Complaint.

180.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 180 of the Complaint.

181.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 181 of the Complaint.

182.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 182 of the Complaint.

183.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 183 of the Complaint.

184.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 184 of the Complaint.

185.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 185 of the Complaint.

186.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 186 of the Complaint.

187.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 187 of the Complaint.

188.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 188 of the Complaint.

189.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 189 of the Complaint.

190.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 190 of the Complaint.

191.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 191 of the Complaint.

192.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 192 of the Complaint.

193.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 193 of the Complaint.

194.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 194 of the Complaint.

195.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 195 of the Complaint.

196.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 196 of the Complaint.

197.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 197 of the Complaint.

198.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 198 of the Complaint.

199.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 199 of the Complaint.

200.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 200 of the Complaint.

201.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 201 of the Complaint.

202.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 202 of the Complaint.

203.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 203 of the Complaint.

204.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 204 of the Complaint.

205.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 205 of the Complaint.

206.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 206 of the Complaint.

### I. Defendant Property B

207.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 207 of the Complaint.

208.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 208 of the Complaint.

209.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 209 of the Complaint.

210.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 210 of the Complaint.

211.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 211 of the Complaint.

212.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 212 of the Complaint.

213.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 213 of the Complaint.

214.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 214 of the Complaint.

215.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 215 of the Complaint.

216.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 216 of the Complaint.

217.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 217 of the Complaint.

218.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 218 of the Complaint.

219.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 219 of the Complaint.

220.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 220 of the Complaint.

221.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 221 of the Complaint.

222.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 222 of the Complaint.

223.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 223 of the Complaint.

224.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 224 of the Complaint.

225.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 225 of the Complaint.

226.    Claimant denies that any of his property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e is "criminally tainted," denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 226 of the Complaint.

**J.  Defendant Property C**

227.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 227 of the Complaint.

228.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 228 of the Complaint.

229.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 229 of the Complaint.

230.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 230 of the Complaint.

231.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 231 of the Complaint.

232.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 232 of the Complaint.

233.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 233 of the Complaint.

234.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 234 of the Complaint.

235.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 235 of the Complaint.

236.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 236 of the Complaint.

237.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 237 of the Complaint.

238.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 238 of the Complaint.

239.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 239 of the Complaint.

240.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 240 of the Complaint.

241.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 241 of the Complaint.

242.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 242 of the Complaint.

243.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 243 of the Complaint.

244.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 244 of the Complaint.

245.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 245 of the Complaint.

246.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 246 of the Complaint.

247.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 247 of the Complaint.

248.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 248 of the Complaint.

249.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 249 of the Complaint.

250.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 250 of the Complaint.

251.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 251 of the Complaint.

252.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 252 of the Complaint.

253.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 253 of the Complaint.

254.    Claimant denies that any of his property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e is "tainted," denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 254 of the Complaint.

**K.  Defendant Property D**

255.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 255 of the Complaint.

256.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 256 of the Complaint.

257.    Claimant lacks knowledge or information sufficient to form a belief about the

allegations in paragraph 257 of the Complaint.

258.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 258 of the Complaint.

259.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 259 of the Complaint.

260.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 260 of the Complaint.

261.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 261 of the Complaint.

262.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 262 of the Complaint.

263.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 263 of the Complaint.

264.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 264 of the Complaint.

265.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 265 of the Complaint.

266.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 266 of the Complaint.

267.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 267 of the Complaint.

268.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 268 of the Complaint.

### L.  Defendant Properties E and F

269.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 269 of the Complaint.

270.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 270 of the Complaint.

271.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 271 of the Complaint.

272.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 272 of the Complaint.

273.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 273 of the Complaint.

274.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 274 of the Complaint.

275.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 275 of the Complaint.

276.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 276 of the Complaint.

277.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 277 of the Complaint.

278.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 278 of the Complaint.

279.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 279 of the Complaint.

280.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 280 of the Complaint.

281.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 281 of the Complaint.

282.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 282 of the Complaint.

283.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 283 of the Complaint.

284.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 284 of the Complaint.

285.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 285 of the Complaint.

286.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 286 of the Complaint.

287.    Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 287 of the Complaint.

288.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 288 of the Complaint.

## M. The Defendant Properties Are Criminally Tainted and are Property Involved in (or Traceable to Property Involved In) an Unlicensed Money Transmitting Business and Money Laundering Conspiracy

289.    Claimant admits that he is the lawful owner of property that was either located

in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 289 of the Complaint.

290.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 290 of the Complaint.

291.    Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 291 of the Complaint.

292.    Claimant denies the allegations in paragraph 292 of the Complaint.

293.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

294.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

295.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

296.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

297.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph

298.    This paragraph contains legal conclusions to which no response is required. To

the extent a further response is required, Claimant denies the allegations in this paragraph.

299.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## FIRST CLAIM FOR RELIEF

### 18 U.S.C. § 981(a)(1)(A)

300.    Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

301.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

### 18 U.S.C. § 981(a)(1)(A)

302.    Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

303.    This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## PRAYER FOR RELIEF

Claimant denies that Plaintiff is entitled to any relief sought in the Complaint.

## --- AFFIRMATIVE DEFENSES ---

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Innocent Owner, 18 U.S.C. § 983(d))

Claimant is an innocent owner of the seized property in which he has a lawful property interest because he had no knowledge of the conduct that allegedly gives rise to forfeiture.

### THIRD AFFIRMATIVE DEFENSE
### (No Substantial Connection, 18 U.S.C. § 983(c)(3))

The seized property of which Claimant is the lawful owner was neither used to commit or facilitate the commission of any criminal offense, nor involved in the commission of any criminal offense.

### FOURTH AFFIRMATIVE DEFENSE
### (Disproportionality, 18 U.S.C. § 983(g))

The forfeiture of Claimant's property is grossly disproportionate to the gravity of the alleged offenses giving rise to forfeiture.

### FIFTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

The forfeiture of Claimant's property is barred, in whole or in part, by the applicable statutes of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Claimant reserves the right to raise and plead additional defenses which might become known during the course of discovery, as well as to dismiss any defenses which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.


Dated: September 23, 2025

Respectfully submitted,

_/s/ Tyler Finn_
**DYNAMIS LLP**
Tyler Finn (*Pro Hac Vice*)
11 Park Place, 4th Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com

*Attorney for Claimant Robert Knutson*