UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | VERIFIED CLAIM OPPOSING |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN | ) | Case No.: 1:25-CV-02085 |
| THE BTC-E OPERATING WALLETS | ) | |
| AS OF JULY 25, 2017, AND OTHER | ) | |
| ASSETS FURTHER DESCRIBED HEREIN, | ) | |
| | ) | |
| Defendants *in rem.* | ) | |
| | ) | |
| YAACOV ISRAEL BAR HANIN, | ) | |
| | ) | |
| Claimant | ) | |

## **VERIFIED CLAIM OPPOSING FORFEITURE**

I, Yaacov Israel Bar Hanin, submit this Verified Claim under Supplemental Rule G(5).

1. **Property Claimed**. I assert a claim to all virtual currency and related property held in connection with the BTC-e account username "jakebar" (password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and August 11, 2017.

2. **Interest**. I am the lawful owner of the above-described property. Prior to the government's seizure, I maintained an account balance on the BTC-e exchange under the referenced account,

1



RECEIVED
SEP 23 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

and I now seek the return of those assets.

3. **Status**. I am not represented by counsel and submit this verified Claim Pro Se.

### ADDITIONAL STATEMENT REGARDING TIMELINESS

I respectfully acknowledge that this claim is being submitted after late notice. I was not informed in a timely manner that forfeiture proceedings concerning my assets were pending. As soon as I became aware of this action, I acted promptly to prepare and file this Claim. I respectfully request that the Court accept this filing.

Dated: September __23__, 2025

_____
YAACOV ISRAEL BAR HANIN

### VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September __23__, 2025

_____
YAACOV ISRAEL BAR HANIN

**CERTIFICATE OF SERVICE**

On September 23, 2025, I sent a copy of this Verified Claim to the government's attorney via certified mail:

JOSHUA L. SOHN
Money Laundering and Asset Recovery Section
Criminal Division
Unites States Department of Justice
1400 New York Avenue NW
Washington, DC 20005

Dated: September __23__, 2025

_____
YAACOV ISRAEL BAR HANIN