UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                                        Civil Action No. 1:25-cv-02085-CJN
                                                      Hon. Carl J. Nichols

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN

### I.    MOTION TO EXTEND DEADLINE FOR JONAS PAASCH TO FILE MOTION TO DISMISS AND ANSWER TO COMPLAINT

Claimant respectfully requests an extension of time to move to dismiss or respond to the Complaint. Claimant seeks time to confer with Plaintiff regarding resolution and information. At least 43 claimants have stipulated an extension with the Plaintiff (ECF no. 191 and ECF no. 198). Claimant filed a timely Verified Claim on September 2, 2025 (ECF no. 142).

---

Preliminary Answer to preserve standing should the Honourable Court deny extension:

### II.    ANSWER TO COMPLAINT

Claimant is a lawful user and denies all actions affecting his funds and his documented intention to buy and withdraw BTC on July 25th 2017. (Verified Claim ECF no. 142)

Claimant asserts that his due process rights have been violated through the extreme delay. Prejudice has compounded over time. Had withdrawal been permitted within a reasonable period up to three years, most loss would still have been avoided.

Claimant requests equitable relief as the Court deems just.

Claimant is an innocent owner (18 U.S.C. § 983(d)), reserves Rule 12(b) defenses and requests dismissal of the Complaint.

Respectfully submitted,

Dated September 23, 2025
J. Paasch, Pro Se





**RECEIVED**
SEP 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414331
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

**CERTIFICATE OF SERVICE**

I, Jonas Paasch, hereby certify that a true and correct copy of this document is served upon the following individuals on September 23, 2025
via mail:  Joshua L. Sohn; Money Laundering and Asset Recovery Section Criminal Division United States Department of Justice;  1400 New York Avenue NW Washington, DC 2000
and via e-mail: joshua.sohn@usdoj.gov;  Sang Rai Kang  <sangraikang@yahoo.com>; David B. Smith  <dbs@davidbsmithpllc.com>;  Catherine Pelker  <catherine.pelker@usdoj.gov>; Jonas Blomberg Lerman <jonas.lerman@usdoj.gov>; Edward M. Burch <edward@michaelburchlaw.com>; Leslie Sammis <lsammis@sammislawfirm.com>; David B. Smith <dbs@davidbsmithpllc.com>; Paul Capling <pcapling@gmail.com>; Nazar fedorchuk <nazar.fedorchuk@gmail.com>; ed.gao <ed.gao@hotmail.com>; Andreas migotz <andreas@migotz.de>; Martin Horák <horys@me.com>; Olga Solodina <executorster@gmail.com>; Anton.Samuelsson <anton.samuelsson@live.se>; Kyle Wesley Herron <wesherron01@yahoo.com>; Travis Olsen <sthompson@swlaw.com>; cgianelloni@swlaw.com; awendl@swlaw.com; Paige N. Hopkins <hopkinsreilly@gmail.com>; Kevin Reilly <kreilly100@gmail.com>; Oleh Chechetko <btccashpoint@gmail.com>; Timofey Fedotov <tob.kbect@gmail.com>