# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants,<br><br>MATTHEW WILLIAMS,<br><br>    Claimant. | Case No. 25-cv-02085-CJN<br><br>**VERIFIED CLAIM OF MATTHEW WILLIAMS** |

Claimant Matthew Williams ("Claimant") hereby submits this Verified Claim pursuant to the Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty for Maritime Claims and Asset Forfeiture Actions, and asserts his interest in the defendant assets *in rem* here (collectively, the "Defendant Properties," as defined in the United States' Verified Complaint for Forfeiture filed with this Court on June 30, 2025), as follows:

1.   Claimant is an individual, Matthew Williams.

2.   Claimant has an ownership and/or possessory interest in the following Defendant Properties:

   a. All Defendant Properties associated with Claimant's BTC-e account, username "SR20DEN," and/or associated with the email address vqtech@gmail.com, as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for

the benefit of Canton Business Corporation at FXOpen and /or XP Solutions Limited.

Dated: September 19, 2025

Respectfully submitted,

By: /s/ 
Victoria R. Scordato (DC Bar. No. 90006232)
**BOIES SCHILLER FLEXNER LLP**
*vscordato@bsfllp.com*
1401 New York Ave, NW
Washington, DC 20005
Telephone: 202-237-2727

Dan G. Boyle (*pro hac vice* pending)
**BOIES SCHILLER FLEXNER LLP**
*dboyle@bsfllp.com*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: 213-629-9040

*Attorneys for Claimant Matthew Williams*

## VERIFICATION

I, Matthew Williams, attest and declare under penalty of perjury that the statements made in the above Verified Claim are true and correct, to the best of my knowledge.

Dated: September 19, 2025

*Matthew H Williams*
Matthew Williams