UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants,<br><br>MATTHEW WILLIAMS,<br><br>    Claimant. | Case No. 1:25-cv-02085-CJN |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record: I am admitted to practice in this Court, and I appear in this case as counsel for Claimant, Matthew Williams.

Please enter my appearance as counsel in this case for Claimant, Matthew Williams.

Dated: September 24, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: _____
Victoria R. Scordato (D.C. Bar 90006232)
1401 New York Ave, NW
Washington, DC 20005
Phone: (202) 237-2727
Email: vscordato@bsfllp.com

*Counsel for Claimants*
*Jason Little*
*Matthew Williams*