UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>　　　　Defendants, | Case No. 1:25-cv-02085-CJN |
| JASON LITTLE,<br><br>　　　　Claimant, | |
| MATTHEW WILLIAMS,<br><br>　　　　Claimant. | |

**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

　　　　Pursuant to Local Civil Rule 83.2(c), Victoria R. Scordato, a member in good standing of the Bar of this Court, hereby moves that this Court admit *pro hac vice* Dan G. Boyle of the law firm Boies Schiller Flexner LLP (2029 Century Park East - Suite 1520, Los Angeles, CA 90067) to appear on behalf of Claimants Jason Little and Matthew Williams in the above-captioned action. The declaration of Dan G. Boyle in support of this Motion is attached hereto as **Exhibit A**, a Certificate of Good Standing is attached hereto as **Exhibit B**, and a proposed order is attached hereto as **Exhibit C**.

Dated: September 24, 2025

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　By: _____
　　　　　Victoria R. Scordato (D.C. Bar 90006232)
　　　　　1401 New York Ave, NW
　　　　　Washington, DC 20005
　　　　　Phone: (202) 237-2727
　　　　　Email: vscordato@bsfllp.com

　　　　　*Counsel for Claimants*
　　　　　*Jason Little*
　　　　　*Matthew Williams*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System on September 24, 2025.

By:_____
 Victoria R. Scordato