# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>      Defendants,<br><br>JASON LITTLE,<br><br>      Claimant,<br><br>MATTHEW WILLIAMS,<br><br>      Claimant. | Case No. 1:25-cv-02085-CJN |

**DECLARATION OF DAN G. BOYLE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Dan G. Boyle, make the following declaration pursuant to 28 U.S.C. § 1746 and LCvR 83.2(c)(2):

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a Partner at Boies Schiller Flexner LLP and counsel for Claimants, Jason Little and Matthew Williams. My office address is 2029 Century Park East, Suite 1520, Los Angeles, CA 90067. My business telephone number is (213) 629-9040.

3. I am a member in good standing of the California State Bar (State Bar No. 332518). I am also admitted to practice and a member in good standing of the New York State Bar (State Bar No. 5216825), the U.S. District Court for the Central District of California, the

U.S. District Court for the Northern District of California, the U.S. District Court for the Southern District of New York, and the U.S. Court of Appeals for the Second Circuit.

4. I hereby certify that I have never been denied admission, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any Bar, court, grievance committee, or administrative body in any jurisdiction. There are no proceedings which could lead to any such disciplinary action that has been instituted against me in any such bodies.

5. Within the last two years, I have not been admitted *pro hac vice* in this Court. I have one application *pro hac vice* pending in this Court, which has not been decided at the time of this filing.

6. I reside and practice law from an office outside this district. I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

7. I have previously acted as sole or lead counsel in a federal district court in multiple contested jury and bench trials and contested evidentiary hearings in which testimony was taken in open court and an order or other appealable judgment was entered, and I have also participated in a junior capacity in multiple entire contested jury trials in a federal district court.

8. The name, address, and telephone number of the sponsoring attorney, who is a member of the Bar of this Court, is:

> BOIES SCHILLER FLEXNER LLP
> Victoria R. Scordato (D.C. Bar No. 90006232)
> 1401 New York Ave, NW
> Washington, DC 20005
> Phone: (202) 237-2727
> Email: vscordato@bsfllp.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2025.

_____
Dan G. Boyle