# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>      Defendants, | Case No. 1:25-cv-02085-CJN |
| JASON LITTLE,<br><br>      Claimant, | |
| MATTHEW WILLIAMS,<br><br>      Claimant. | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion for Admission of Dan G. Boyle *Pro Hac Vice* and pursuant to Rule 83.2(c) of the Local Rules of this Court and supporting declaration,

IT IS, this _____ day of _____, 2025, ORDERED that the motion be and hereby is GRANTED.

                                                                                                                                                                   _____

                                                                                                                                         The Honorable Carl J. Nichols
                                                                                                                                         United States District Judge