# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Case No. 1:25-cv-02085

## VERIFIED CLAIM

(Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions)

I, Dejan Deak, residing in Backa Palanka, Serbia, hereby submit this Verified Claim regarding the civil forfeiture proceedings against assets seized from BTC-e (case number 1:25-cv-02085).

1. I am the rightful owner of cryptocurrency assets that were located in an account associated with the email address deranbp@gmail.com on the BTC-e cryptocurrency exchange.

2. I used the BTC-e platform strictly for legitimate cryptocurrency mining activities, and I was not involved in any unlawful use of the platform.

3. I did not receive any prior notification of the forfeiture proceedings via email or other personal notice.

4. I respectfully request that the Court recognize my claim to these assets and permit me to present evidence of ownership in further proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of AUGUST, 2025.

RECEIVED
Mailroom

SEP 2 5 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Signature: _____

Dejan Deak

Backa Palanka, Serbia

## DECLARATION OF DEJAN DEAK

I, Dejan Deak, residing in Backa Palanka, Serbia, hereby declare the following:

1. I am the rightful owner of the cryptocurrency assets that were held in an account on the BTC-e cryptocurrency exchange, registered under the email address deranbp@gmail.com.

2. These assets were exclusively acquired through legitimate cryptocurrency mining activities, using my own hardware and resources.

3. I have never used my BTC-e account, or any of my cryptocurrency holdings, for money laundering, illegal transactions, or any unlawful purposes.

4. I had no involvement in the operation or management of the BTC-e exchange and was only a user of the platform for storing and exchanging cryptocurrency mined by me.

5. I was not personally informed of the forfeiture proceedings regarding BTC-e assets and therefore did not have an opportunity to file a timely claim.

6. I respectfully request that the Court acknowledge my lawful ownership of the above assets and allow me to recover my property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _21._ day of _AUGUST_ , 2025.


Signature: _____

**Dejan Deak**

**Backa Palanka, Serbia**

## COVER LETTER

To:

Clerk's Office

U.S. District Court

District of Columbia

333 Constitution Ave NW

Washington, DC 20001

USA

**1:25-cv-02085-CJN**

From:

Dejan Deak

Backa Palanka, Serbia

Date: 21 / 08 / 2025

Subject: Verified Claim - BTC-e Forfeiture Case (United States v. BTC-e, et al.)

Dear Clerk of Court,

Enclosed please find my Verified Claim and Declaration regarding assets associated with my BTC-e account (email: deranbp@gmail.com).

I am submitting these documents in accordance with the Court's notice of forfeiture and respectfully request that my claim be duly filed and considered.

RECEIVED
Mailroom

SEP 2 5 2025

Please confirm receipt of these documents at your earliest convenience. Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

Respectfully,


Signature: _____

Dejan Deak

Backa Palanka, Serbia