# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, *Defendants in rem*. MICHAEL LADERMAN, *Claimant*. | Case No. 1:25-CV-02085 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Michael Laderman. I certify that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Tyler Finn*
**DYNAMIS LLP**
Tyler Finn (*Pro Hac Vice*)
11 Park Place, 4th Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com