UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>MICHAEL LADERMAN,<br><br>*Claimant*. | Case No. 1:25-CV-02085 |

### DECLARATION OF MICHAEL LADERMAN IN SUPPORT OF MOTION FOR LEAVE TO FILE A LATE VERIFIED CLAIM FOR SEIZED PROPERTY

I, Michael Laderman, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years, a United States citizen, and a Claimant in the above-captioned action.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. I am the lawful owner of virtual currency and other property associated with the BTC-e account username "Chandragupta."

4. I learned that BTC-e was shut down in 2017, and I assumed that my property was gone forever.

5. I was not aware that the United States Government had instituted forfeiture proceedings relating to the property I held in BTC-e wallets until September 19, 2025.

6. I learned about the forfeiture proceedings when I was reading a Reddit subreddit called "BTCE_Recovery."

7. Prior to September 19, 2025, I had no knowledge that that there was any procedure through which I could make a claim to recover my assets. Nor was I aware that the United States Government had published notice of this seizure on a government website.

8. As soon as I learned about the seizure of my property, I contacted counsel to represent me in the claim submission process.

9. A true and correct copy of my verified claim is attached here as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 25th day of September, 2025, in Somerville, MA.

*Michael Laderman*
———————————————
Michael Laderman