# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>MICHAEL LADERMAN,<br><br>*Claimant*. | VERIFIED CLAIM FOR SEIZED PROPERTY<br><br>Case No. 1:25-CV-02085 |

## VERIFIED CLAIM

Claimant Michael Laderman ("Claimant") hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "Chandragupta" (email address and passwords to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017.  Claimant's interest in said property is that he is the lawful owner.

Dated: September 26, 2025

                                                                         Respectfully submitted,

/s/ Tyler Finn
**DYNAMIS LLP**
Tyler Finn (*Pro Hac Vice*)
11 Park Place, 4th Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com

*Attorney for Claimant Michael Laderman*

## VERIFICATION

I, Michael Laderman, declare under penalty of perjury, that the statements made in the above Verified Claim are true and correct to the best of my knowledge.

Dated: September 26, 2025

*Michael Laderman*
Michael Laderman