# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, *Defendants in rem*. MICHAEL LADERMAN, *Claimant*. | Case No. 1:25-CV-02085 [PROPOSED] ORDER |

Upon consideration of Claimant's Motion for Leave to File a Late Verified Claim for Seized Property, and for good cause shown, Claimant's Motion is GRANTED.

SO ORDERED this _____ day of _____, 20\_\_\_.

_____
Honorable Carl J. Nichols
United States District Judge