AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

| UNITED STATES OF AMERICA, | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E | CASE NUMBER: 25-cv-2085 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Claimant Bjorn Erik Mol__ substitutes
(Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Bjorn Erik Mol, Pro Se__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Daniel M. Smith, Esq.
    Address:     585 Third Avenue, Chula Vista CA 91910
    Telephone:     (619) 233-6900     Facsimile (619) 374-8477
    E-Mail (Optional):     dsmith@sandiegodefenders.com

I consent to the above substitution.
Date:     9/24/2025     _[signature]_
    (Signature of Party(s))

I consent to being substituted.
Date:     9/24/2025     _[signature]_
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date:     9/24/2025     _[signature]_
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]