AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

UNITED STATES OF AMERICA,
                          Plaintiff (s),
V.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E
                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-cv-2085

Notice is hereby given that, subject to approval by the court, __Claimant Yaacov Israel Bar Hanin__ substitutes
                                                                   (Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__ , State Bar No. _____ as counsel of record in
        (Name of New Attorney)

place of __Yaacov Israel Bar Hanin, Pro Se__
                                     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Daniel M. Smith, Esq.
    Address:            585 Third Avenue, Chula Vista CA 91910
    Telephone:        (619) 233-6900       Facsimile (619) 374-8477
    E-Mail (Optional):  dsmith@sandiegodefenders.com

I consent to the above substitution.
Date:        9/24/2025                                                         (Signature of Party (s))

I consent to being substituted.
Date:        9/24/2025                                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date:        9/24/2025                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____              _____
                                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]