UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL VIRTUAL CURRENCY HELD IN THE ) <br> BTC-E OPERATING WALLETS AS OF JULY ) <br> 25, 2017, AND OTHER ASSETS FURTHER ) <br> DESCRIBED HEREIN, ) <br> ) <br> Defendants *in rem*. ) <br> _____ ) | Civil Action No. 1:25-cv-02085 (CJN) |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN
CLAIMANTS TO FILE MOTION TO DISMISS OR ANSWER TO COMPLAINT**

CLAIMANTS:

1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN
12. DANIEL GROVES
13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL

18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN
24. KAZJIN YASIN SALIH
25. BENJAMIN JAMES MORAN
26. PAUL RHODES
27. ALDIS RIGERTS
28. ERIC SANDRI
29. NIKOS VERSCHORE
30. SARAH WINTERS
31. RICHARD LEWIS PETERSON
32. CHANGJIE LIU
33. THOMAS SCHMIDT
34. THOMAS WEST
35. TIM ALFONS MARIA WITHAG
36. JOHN JAIRO CORREA
37. PAUL CAPLING
38. CHRISTOPHER ALLAN CALLEJO
39. PATRICK WAUTHIER
40. TIMOFEY FEDOTOV
41. MARTIN HORAK
42. RAYMOND SCHETTINI

AND PLAINTIFF UNITED STATES OF AMERICA HEREBY STIPULATE AS FOLLOWS:

Whereas,

1. On June 30, 2025, Plaintiff filed a complaint for forfeiture *in rem* against various Defendant properties. Doc. 1.

2. On August 11, 2025, Claimants # 1-7, above, respectively filed Claims Opposing forfeiture to formally enter the case. Docs. 25-31.

3. On August 19, 2025, Plaintiff agreed to a 30 day extension, from September 1, 2025, to October 1, 2025 for Claimants # 1-7 to file their respective answers or motions to dismiss per Rule G(5)(b), Supplemental Rules of Admiralty or Maritime Claims and Asset

2

Forfeiture Actions. Said rule provides that a "claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."

4. On August 29, 2025, Claimants # 8-24, above, respectively filed Claims Opposing forfeiture to formally enter the case. Docs. 102-115, 124-126.

5. On August 31, 2025, Claimants # 25-26, above, respectively filed Claims Opposing forfeiture to formally enter the case. Docs. 127-128.

6. On September 2, 2025, Claimant # 27, above, filed a Claim Opposing Forfeiture to formally enter the case. Doc. 140.

7. On September 4, 2025, Claimants # 28-29, above, respectively filed Claims Opposing forfeiture to formally enter the case. Docs. 151-152

8. The aforementioned Claimants (# 1-29) are represented by the same counsel in this matter.

9. On September 8, 2025, said counsel met with counsel for Plaintiff and discussed the case. Counsel resolved to attempt to work toward a stipulated resolution of this matter which avoids formal discovery and litigation, and it was agreed that the aforementioned Claimants' (# 1-29) deadline to file an answer or motion to dismiss under Rule G(5)(b) would be extended to the same date, serving efficiency and organization of the docket.

10. The earliest deadline by which some of the aforementioned Claimants (# 8-24) answers or motions to dismiss would be due under Rule G(5)(b) is September 19, 2025.

11. Similarly, between August 26, 2025, and September 10, 2025, Claimants #30 – 42, above, filed their respective claims, and are represented by Daniel M. Smith. In service of organization and efficiency, and pursuing a stipulated resolution, these Claimants also request an extension of time for their answer/motions to dismiss to the same date as Claimants # 1-29.

12. Therefore, the aforementioned parties stipulate to and request that the Court enter an order extending the deadline within which Claimants # 1-42, above, may serve and file an answer to the complaint or a motion under Rule 12, to October 13, 2025.

Respectfully Submitted,

Date: September 16, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:     (415) 946-8996
E-mail:         edward@michaelburchlaw.com

/s/*Leslie Sammis*
LESLIE SAMMIS
Sammis Law Firm, P.A. 1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smit*h
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Certain Claimants
1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN.
12. DANIEL GROVES

4

13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL
18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN.
24. KAZJIN YASIN SALIH
25. BENJAMIN JAMES MORAN
26. PAUL RHODES
27. ALDIS RIGERTS
28. ERIC SANDRI
29. NIKOS VERSCHORE

Date: September 16, 2025

/s/ *Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Certain Claimants
30. SARAH WINTERS
31. RICHARD LEWIS PETERSON
32. CHANGJIE LIU
33. THOMAS SCHMIDT
34. THOMAS WEST
35. TIM ALFONS MARIA WITHAG
36. JOHN JAIRO CORREA
37. PAUL CAPLING
38. CHRISTOPHER ALLAN CALLEJO
39. PATRICK WAUTHIER
40. TIMOFEY FEDOTOV
41. MARTIN HORAK
42. RAYMOND SCHETTINI

5

Dated: September 18, 2025

                                      Jeanine Ferris Pirro
                                      United States Attorney
                                        District of Columbia

                                        _/s/ *Joshua Sohn*_
                                        By: JOSHUA SOHN
                                        Trial Attorneys, Money Laundering and Asset
                                        Recovery Section, Criminal Division, U.S.
                                        Department of Justice

                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

      Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimants to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to October 13, 2025.

      So ORDERED.

DATE:  September 29, 2025                               _____
                                                    CARL J. NICHOLS
                                                    United States District Judge