UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>              Defendants *in rem*.<br><br>HJALMAR PETERS,<br><br>              Claimant. | Civil Action No. 1:25-cv-02085 (CJN) |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR
HJALMAR PETERS TO RESPOND TO THE COMPLAINT**

      Claimant Hjalmar Peters ("Claimant") and the United States of America ("Plaintiff"), by and through their respective undersigned counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

      WHEREAS, Claimant submitted his Verified Claim in the proceeding on September 2, 2025 (ECF No. 133);

      WHEREAS, Plaintiff consents to a 30-day extension of the deadline for Claimant to answer, move or otherwise respond to Plaintiff's Complaint;

      WHEREAS, Claimant seeks this additional time to explore a consensual resolution of this matter.

      Accordingly, it is hereby stipulated and agreed that:

1

1. The time by which Claimant may answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to, through and including October 23, 2025.

2. Each of the Parties reserves all of their respective rights, claims, and defenses.

Dated: September 22, 2025

| | |
|---|---|
| MARGARET A. MOESER CHIEF MONEY LAUNDERING & ASSET RECOVERY SECTION | GREENSTEIN DELORME & LUCHS, P.C. |
| */s/ Joshua Sohn* | */s/ Alexandria J. Smith* |
| By: JOSHUA SOHN | By: Alexandria J. Smith (D.C. Bar No. 1781067) |
| Trial Attorneys, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice | 801 17th Street, N.W., Suite 1000 Washington, D.C. 20006 |
| 1400 New York Avenue NW Washington, DC 20005 | Phone: 202-452-1400 Fax: 202-452-1410 |
| Telephone: (202) 353-2223 joshua.sohn@usdoj.gov | Email: ajs@gdllaw.com |
| *Attorney for Plaintiff* *UNITED STATES OF AMERICA* | DAVIS+GILBERT LLP |
| | Joseph Cioffi |
| | Adam Levy |
| | 1675 Broadway |
| | New York, NY 10019 |
| | 212-468-4800 |
| | jcioffi@dglaw.com |
| | alevy@dglaw.com |
| | *Counsel for Claimant Hjalmar Peters* |

So ORDERED.

DATE: September 29, 2025

_____
CARL J. NICHOLS
United States District Judge