UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Case No. 1:25-cv-02085-CJN

UNITED STATES OF AMERICA
           Plaintiff,

vs.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E
OPERATING WALLETS AS OF JULY 25, 2017, AND
OTHER ASSETS FURTHER DESCRIBED HEREIN,
           Defendants in rem.

I, John Weber, hereby submit this verified claim for the above-listed property seized by the United States in connection with the above-captioned case under Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions.

I assert an ownership and/or possessory interest in the seized assets. My interest arises from BTC-e processed transactions involving funds stolen from the Mt.Gox exchange between 2011 and 2014. BTC-e processed over 300,000 bitcoin of these proceeds, which were sent and held at three separate but linked BTC-e accounts. BTC-e failed to conduct any due diligence on the transactions or on the accounts in which the stolen bitcoin were held. Moreover, BTC-e failed to file any SARs on these transactions even after the thefts were publicly reported in the media. Pursuant to 18 U.S.C. § 983(a)(2), I request that judicial forfeiture proceedings be commenced regarding my claimed assets.

I maintained an account on Mt. Gox identified by the account number **M52752286X,** creditor account number **Z1-101071** holding approximately **[15.9099BTC]** as verified by the attached account statements. Note **2.5025 BTC** were recovered and distributed to me by the Trustee, Nobuaki Kobayashi.

I am not represented by counsel and submit this claim pro se.

Declaration

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 22 day of August, 2025.

Signature: /s/ John Weber
Printed Name: John Weber



RECEIVED
SEP 27 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia