再生債権認否書（自認債権を有する取引所関係再生債権者（破産債権届出あり））
**Statement of Acceptance or Rejection of Claims (For Exchange-Related Rehabilitation Creditors Who Have Claims That Rehabilitation Trustee is Aware Of And Who Filed Proofs of Bankruptcy Claims)**

平成31年3月15日

March 15, 2019

事件番号/Case No. 　　　平成29年(再)35号/2017 (Sai) No.35

再生債務者/Rehabilitation Debtor 　　　株式会社MTGOX/MtGox Co., Ltd.

再生管財人/Rehabilitation Trustee 　　　小林信明/Nobuaki Kobayashi

民事再生法101条3項に規定する債権（自認債権）/Claims described in Article 101(3) of the Civil Rehabilitation Act (Claims that the Rehabilitation Trustee is aware of)

| 債権者番号<br>Creditor No. | 債権者名<br>Name of Creditor | 国名/Country | 住所/Address | 債権の種類/Claim Type<br>"遅延損害金" means Delay Damages | 債権額<br>Amount of Claim | 備考/Remark |
|---|---|---|---|---|---|---|
| Z1-101071 | John K. Weber | United States | 657 Palos Verde Dr Satellite Beach Florida 32937 | BTC | 15.9099999000 | |
| | | | | BCH | 15.9099999000 | |
| | | | | USD | 317.33 | |
| | | | | 遅延損害金（USD） | 82.21 | |

※債権は、全て、再生債務者のビットコイン取引所のユーザーが保有する、金銭の返還に関する債権又はビットコイン等の返還に関する債権です（預けていた内容は債権の種類のとおり）。
All claims concern the right to claim for return of cash or the right to claim for return of Bitcoin, ETC. held by the Bitcoin exchange-users of the Rehabilitation Debtor (the specifics of the deposited items are in accordance with the claim type).

※遅延損害金は、MTGOXのビットコイン取引所において金銭取引が停止した日（日本時間2014年2月26日）から本民事再生手続開始前日（日本時間2018年6月21日）まで年6%の割合で計算しています。
Delay damages are computed at the rate of 6% per annum for the period from the date on which the MTGOX Bitcoin exchange stopped cash transactions (i.e., February 26, 2014 Japan time) until the day before the commencement of the Civil Rehabilitation Proceedings (June 21, 2018 Japan time).

※金銭の返還に関する債権の本民事再生手続開始後の遅延損害金は、その元本が認められた場合は、認められます。但し、民事再生手続開始後の遅延損害金については、民事再生の実務では、再生計画において免除される例が多くなっております。
Delay damages that have accrued subsequent to the commencement of the Civil Rehabilitation Proceedings concerning the right to claim for return of cash are accepted if the principal is accepted. Please note, however, that it is the common practice in the recent civil rehabilitation proceedings for delay damages subsequent to the commencement of civil rehabilitation proceedings to be fully released and discharged under rehabilitation plans.

※ビットコイン等の返還に関する債権額には、小数点第9位及び10位に「0」の数値が記載されておりますが、技術上の問題により表示されているものであり、債権額とは無関係です。
In respect of the amount of each claim for the return of Bitcoin, ETC., the "0" figures at the 9th and 10th decimal places are being displayed due to a technical problem. Such "0" figures are irrelevant to the amount of each claim.