## Scheduled Delivery by

**THURSDAY**

**28** August 2025 ⓘ

by **6:00pm** ⓘ

Your item was picked up at the post office at 4:38 am on September 2, 2025 in WASHINGTON, DC 20530 by JUSTICE 20530. The item was signed for by K JERNIGAN.

**Get More Out of USPS Tracking:**

 **USPS Tracking Plus®**

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
September 2, 2025, 4:38 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 29, 2025, 11:10 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
August 29, 2025, 10:39 am

● **Arrived at USPS Regional Destination Facility**
WASHINGTON DC V STREET DISTRIBUTION CENTER
August 29, 2025, 8:22 am