## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>     Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN.<br>     Defendants *in rem*. | §<br>§<br>§<br>§   Case No. 1:25-CV-02085<br>§<br>§<br>§<br>§<br>§<br>§ |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Anderson Thomas.

Date:   September 30, 2025

                                        Respectfully submitted,


                                        */s/ Amanda J. Skillern*
                                        Amanda J. Skillern
                                        Law Office of Amanda Skillern, PLLC
                                        405 Main St., Ste 910
                                        Houston, Texas 77002
                                        Office: (346) 291-0432
                                        Email: amanda@amandaskillernlaw.com
                                        State Bar No. 24056773