## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        *Plaintiff*,

    v.

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF
JULY 25, 2017, AND OTHER ASSETS
FURTHER DESCRIBED HEREIN,

        *Defendants in rem.*

    TRAVIS OLSEN,

        *Claimant.*

Case No. 1:25-CV-02085-CJN

Hon. Carl J. Nichols

## ANSWER OF CLAIMANT TRAVIS OLSEN TO PLAINTIFF'S VERIFIED CLAIM FOR FORFEITURE IN REM

    Claimant Travis Olsen ("Claimant" or "Olsen", by and through his undersigned counsel, respectfully sets forth his answer and defenses ("Answer") to the Verified Complaint for Forfeiture in Rem ("Complaint") (ECF No. 1) filed by the Plaintiff United States of America ("Plaintiff") as follows:

### INTRODUCTION AND GENERAL DENIALS

    1.    Claimant asserts a vested ownership and possessory interest in all related assets in Claimant's account at BTC-e as of July 25, 2017, as described in his Verified Claim and Addendum filed under seal. Claimant denies that his property is subject to forfeiture, denies any nexus to unlawful activity, and asserts the innocent owner defense under 18 U.S.C. § 983(d).

    2.    Except as expressly admitted, Claimant denies each and every allegation of the Complaint and demands strict proof of the same.

3. Claimant denies that the Defendant Properties,[1] in whole or in part, are subject to forfeiture under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. §§ 1956(h), 1960, or any other statute, as alleged.

4. Claimant specifically denies that the United States has established, or can establish, the requisite substantial connection between Claimant's lawfully acquired and owned virtual currency and any specified unlawful activity, money laundering, or unlicensed money transmission, as required by 18 U.S.C. § 983(c) and applicable law.

## CLAIMANT'S SPECIFIC RESPONSES

## NATURE OF THE ACTION

1. Claimant denies the allegations to the extent they allege the Defendant Properties are forfeitable or that Claimant's property is subject to forfeiture.

## JURSIDICTION AND VENUE

2. Claimant admits the Court's subject-matter jurisdiction to adjudicate forfeiture actions; Claimant denies the forfeitability of Claimant's property.

3. Claimant denies venue facts not involving Claimant's property; Claimant lacks knowledge regarding the location of properties abroad. To the extent venue is alleged proper, Claimant does not contest venue for purposes of this action only.

## NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4. Claimant denies the allegations to the extent they allege that Claimant's property (all related assets in Claimant's account) is involved in violations or forfeitable.

5. Claimant denies the allegations to the extent they allege that Claimant's property (all related assets in Claimant's account) is involved in violations or forfeitable.

6. Claimant denies the allegations to the extent they allege that Claimant's property (all related assets in Claimant's account) is involved in violations or forfeitable.

7. Claimant denies the allegations to the extent they allege that Claimant's property

---

[1] Capitalized terms not otherwise defined herein are defined in the Complaint.

(all related assets in Claimant's account) is involved in violations or forfeitable.

8.      Claimant denies the allegations to the extent they allege that Claimant's property (all related assets in Claimant's account) is involved in violations or forfeitable.

9.      Claimant denies the allegations to the extent they allege that Claimant's property (all related assets in Claimant's account) is involved in violations or forfeitable.

## PARTIES TO THE CASE

10.     Claimant admits that he has filed a verified claim asserting ownership and a vested interest in all related assets in Claimant's account held in his BTC-e account as of July 25, 2017, as more fully set forth in his Verified Claim and Sealed Addendum filed September 11, 2025.

11.     Claimant denies that all assets described as Defendant Properties, including all assets within Defendant Property A, are forfeitable, and specifically denies that all related assets in Claimant's account (including but not limited to the 80 BTC and any related assets traceable to his lawfully funded account) are subject to forfeiture. Claimant lacks knowledge as to other properties identified and therefore denies the allegations as to those assets.

## FACTUAL ALLEGATIONS

12.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them. Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

13.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them.  Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

14.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them.  Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

15.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them. Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

16.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them. Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

17.     Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties, and therefore denies them. Claimant denies any nexus between any unlawful activity and all related assets in Claimant's account.

## A.  Bitcoin and Digital Currency

18.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

19.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

20.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

21.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

22.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

23.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

24.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

25.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

26.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

27.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

28.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

29.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

30.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

31.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

32.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

33.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

34.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

35.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

36.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

37.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

38.     Claimant lacks knowledge as to the government's characterizations and, to the

extent they imply any nexus to Claimant's property, denies the allegations.

39.    Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

40.    Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

41.    Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus to Claimant's property, denies the allegations.

**B.  BTC-e Generally**

42.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

43.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

44.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

45.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

46.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

47.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

48.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph

implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

49.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

50.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

51.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

52.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

53.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

54.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

55.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

56.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus to Claimant or to all related assets in Claimant's account, Claimant denies the allegations.

## C.  BTC-e's Operation as an Illegal Money Transmitting Business

57.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

58.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

59.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

60.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

61.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

62.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

63.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

64.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

65.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

66.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

67.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all related assets in Claimant's account.

## D.  Criminal Use of BTC-e

68.    Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

69.    Claimant denies the allegations for lack of knowledge and as to any nexus to all

related assets in Claimant's account.

70.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

71.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

72.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

73.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

74.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

### i.     *Narcotics Trafficking*

75.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

76.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

77.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

78.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

79.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

80.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

81.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

82.     Claimant denies the allegations for lack of knowledge and as to any nexus to all

related assets in Claimant's account.

83.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

### ii.    *Ransomware Attacks*

84.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

85.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

86.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

87.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

88.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

89.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

90.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

91.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

92.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

93.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

### iii.    *Hacks and Thefts: Mt. Gox*

94.     Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

95.      Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

96.      Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

97.      Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

98.      Claimant denies the allegations for lack of knowledge and as to any nexus to all related assets in Claimant's account.

**E. Alexander VINNIK**

99.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

100.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

101.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

102.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

103.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

104.      Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

105.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all related assets in Claimant's account.

**F. Defendant Property A**

106.    Claimant denies the allegations for lack of knowledge as to BTC-e servers, wallets, private keys, addresses, and transfers. Claimant denies that any cryptocurrency in BTC-e operating wallets includes or is traceable to unlawful activity connected to all related assets in Claimant's account, and denies forfeitability.

107.    Claimant denies the allegations in paragraph 107 for the reasons stated in response to paragraph 106.

108.    Claimant denies the allegations in paragraph 108 for the reasons stated in response to paragraph 106.

109.    Claimant denies the allegations in paragraph 109 for the reasons stated in response to paragraph 106.

110.    Claimant denies the allegations in paragraph 110 for the reasons stated in response to paragraph 106.

111.    Claimant denies the allegations in paragraph 111 for the reasons stated in response to paragraph 106.

112.    Claimant denies the allegations in paragraph 112 for the reasons stated in response to paragraph 106.

113.    Claimant denies the allegations in paragraph 113 for the reasons stated in response to paragraph 106.

114.    Claimant denies the allegations in paragraph 114 for the reasons stated in response to paragraph 106.

115.    Claimant denies the allegations in paragraph 115 for the reasons stated in response to paragraph 106.

116.    Claimant denies the allegations in paragraph 116 for the reasons stated in response

to paragraph 106.

117.    Claimant denies the allegations in paragraph 117 for the reasons stated in response to paragraph 106.

118.    Claimant denies the allegations in paragraph 118 for the reasons stated in response to paragraph 106.

119.    Claimant denies the allegations in paragraph 119 for the reasons stated in response to paragraph 106.

120.    Claimant denies the allegations in paragraph 120 for the reasons stated in response to paragraph 106.

121.    Claimant denies the allegations in paragraph 121 for the reasons stated in response to paragraph 106.

122.    Claimant denies the allegations in paragraph 122 for the reasons stated in response to paragraph 106.

123.    Claimant denies the allegations in paragraph 123 for the reasons stated in response to paragraph

## G. Shell Companies & Accounts

124.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations insofar as they suggest taint of all related assets in Claimant's account.

125.    Claimant denies the allegations in paragraph 125 for the reasons stated in response to paragraph 124.

126.    Claimant denies the allegations in paragraph 126 for the reasons stated in response to paragraph 124.

127.    Claimant denies the allegations in paragraph 127 for the reasons stated in response to paragraph 124.

128.    Claimant denies the allegations in paragraph 128 for the reasons stated in response to paragraph 124.

129.    Claimant denies the allegations in paragraph 129 for the reasons stated in response

to paragraph 124.

130.    Claimant denies the allegations in paragraph 130 for the reasons stated in response to paragraph 124.

131.    Claimant denies the allegations in paragraph 131 for the reasons stated in response to paragraph 124.

132.    Claimant denies the allegations in paragraph 132 for the reasons stated in response to paragraph 124.

133.    Claimant denies the allegations in paragraph 133 for the reasons stated in response to paragraph 124.

134.    Claimant denies the allegations in paragraph 134 for the reasons stated in response to paragraph 124.

135.    Claimant denies the allegations in paragraph 135 for the reasons stated in response to paragraph 124.

136.    Claimant denies the allegations in paragraph 136 for the reasons stated in response to paragraph 124.

137.    Claimant denies the allegations in paragraph 137 for the reasons stated in response to paragraph 124.

138.    Claimant denies the allegations in paragraph 138 for the reasons stated in response to paragraph 124.

139.    Claimant denies the allegations in paragraph 139 for the reasons stated in response to paragraph 124.

140.    Claimant denies the allegations in paragraph 140 for the reasons stated in response to paragraph 124.

141.    Claimant denies the allegations in paragraph 141 for the reasons stated in response to paragraph 124.

142.    Claimant denies the allegations in paragraph 142 for the reasons stated in response to paragraph 124.

143.    Claimant denies the allegations in paragraph 143 for the reasons stated in response to paragraph 124.

144.    Claimant denies the allegations in paragraph 144 for the reasons stated in response to paragraph 124.

145.    Claimant denies the allegations in paragraph 145 for the reasons stated in response to paragraph 124.

146.    Claimant denies the allegations in paragraph 146 for the reasons stated in response to paragraph 124.

147.    Claimant denies the allegations in paragraph 147 for the reasons stated in response to paragraph 124.

148.    Claimant denies the allegations in paragraph 148 for the reasons stated in response to paragraph 124.

149.    Claimant denies the allegations in paragraph 149 for the reasons stated in response to paragraph 124.

150.    Claimant denies the allegations in paragraph 150 for the reasons stated in response to paragraph 124.

151.    Claimant denies the allegations in paragraph 151 for the reasons stated in response to paragraph 124.

152.    Claimant denies the allegations in paragraph 152 for the reasons stated in response to paragraph 124.

153.    Claimant denies the allegations in paragraph 153 for the reasons stated in response to paragraph 124.

154.    Claimant denies the allegations in paragraph 154 for the reasons stated in response to paragraph 124.

155.    Claimant denies the allegations in paragraph 155 for the reasons stated in response to paragraph 124.

156.    Claimant denies the allegations in paragraph 156 for the reasons stated in response

to paragraph 124.

157.    Claimant denies the allegations in paragraph 157 for the reasons stated in response to paragraph 124.

158.    Claimant denies the allegations in paragraph 158 for the reasons stated in response to paragraph 124.

159.    Claimant denies the allegations in paragraph 159 for the reasons stated in response to paragraph 124.

160.    Claimant denies the allegations in paragraph 160 for the reasons stated in response to paragraph 124.

161.    Claimant denies the allegations in paragraph 161 for the reasons stated in response to paragraph 124.

162.    Claimant denies the allegations in paragraph 162 for the reasons stated in response to paragraph 124.

163.    Claimant denies the allegations in paragraph 163 for the reasons stated in response to paragraph 124.

164.    Claimant denies the allegations in paragraph 164 for the reasons stated in response to paragraph 124.

165.    Claimant denies the allegations in paragraph 165 for the reasons stated in response to paragraph 124.

166.    Claimant denies the allegations in paragraph 166 for the reasons stated in response to paragraph 124.

167.    Claimant denies the allegations in paragraph 167 for the reasons stated in response to paragraph 124.

168.    Claimant denies the allegations in paragraph 168 for the reasons stated in response to paragraph 124.

169.    Claimant denies the allegations in paragraph 169 for the reasons stated in response to paragraph 124.

170.    Claimant denies the allegations in paragraph 170 for the reasons stated in response to paragraph 124.

171.    Claimant denies the allegations in paragraph 171 for the reasons stated in response to paragraph 124.

## H. FXOpen and XP Solutions

172.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations insofar as they allege taint or forfeitability affecting all related assets in Claimant's account.

173.    Claimant denies the allegations in paragraph 173 for the reasons stated in response to paragraph 172.

174.    Claimant denies the allegations in paragraph 174 for the reasons stated in response to paragraph 172.

175.    Claimant denies the allegations in paragraph 175 for the reasons stated in response to paragraph 172.

176.    Claimant denies the allegations in paragraph 176 for the reasons stated in response to paragraph 172.

177.    Claimant denies the allegations in paragraph 177 for the reasons stated in response to paragraph 172.

178.    Claimant denies the allegations in paragraph 178 for the reasons stated in response to paragraph 172.

179.    Claimant denies the allegations in paragraph 179 for the reasons stated in response to paragraph 172.

180.    Claimant denies the allegations in paragraph 180 for the reasons stated in response to paragraph 172.

181.    Claimant denies the allegations in paragraph 181 for the reasons stated in response to paragraph 172.

182.    Claimant denies the allegations in paragraph 182 for the reasons stated in response

to paragraph 172.

183.    Claimant denies the allegations in paragraph 183 for the reasons stated in response to paragraph 172.

184.    Claimant denies the allegations in paragraph 184 for the reasons stated in response to paragraph 172.

185.    Claimant denies the allegations in paragraph 185 for the reasons stated in response to paragraph 172.

186.    Claimant denies the allegations in paragraph 186 for the reasons stated in response to paragraph 172.

187.    Claimant denies the allegations in paragraph 187 for the reasons stated in response to paragraph 172.

188.    Claimant denies the allegations in paragraph 188 for the reasons stated in response to paragraph 172.

189.    Claimant denies the allegations in paragraph 189 for the reasons stated in response to paragraph 172.

190.    Claimant denies the allegations in paragraph 190 for the reasons stated in response to paragraph 172.

191.    Claimant denies the allegations in paragraph 191 for the reasons stated in response to paragraph 172.

192.    Claimant denies the allegations in paragraph 192 for the reasons stated in response to paragraph 172.

193.    Claimant denies the allegations in paragraph 193 for the reasons stated in response to paragraph 172.

194.    Claimant denies the allegations in paragraph 194 for the reasons stated in response to paragraph 172.

195.    Claimant denies the allegations in paragraph 195 for the reasons stated in response to paragraph 172.

196.    Claimant denies the allegations in paragraph 196 for the reasons stated in response to paragraph 172.

197.    Claimant denies the allegations in paragraph 197 for the reasons stated in response to paragraph 172.

198.    Claimant denies the allegations in paragraph 198 for the reasons stated in response to paragraph 172.

199.    Claimant denies the allegations in paragraph 199 for the reasons stated in response to paragraph 172.

200.    Claimant denies the allegations in paragraph 200 for the reasons stated in response to paragraph 172.

201.    Claimant denies the allegations in paragraph 201 for the reasons stated in response to paragraph 172.

202.    Claimant denies the allegations in paragraph 202 for the reasons stated in response to paragraph 172.

203.    Claimant denies the allegations in paragraph 203 for the reasons stated in response to paragraph 172.

204.    Claimant denies the allegations in paragraph 204 for the reasons stated in response to paragraph 172.

205.    Claimant denies the allegations in paragraph 205 for the reasons stated in response to paragraph 172.

206.    Claimant denies the allegations in paragraph 206 for the reasons stated in response to paragraph 172.

**I. Defendant Property B**

207.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all related assets in Claimant's account is admitted or established.

208.    Claimant denies the allegations in paragraph 208 for the reasons stated in response

to paragraph 207.

209.    Claimant denies the allegations in paragraph 209 for the reasons stated in response to paragraph 207.

210.    Claimant denies the allegations in paragraph 210 for the reasons stated in response to paragraph 207.

211.    Claimant denies the allegations in paragraph 211 for the reasons stated in response to paragraph 207.

212.    Claimant denies the allegations in paragraph 212 for the reasons stated in response to paragraph 207.

213.    Claimant denies the allegations in paragraph 213 for the reasons stated in response to paragraph 207.

214.    Claimant denies the allegations in paragraph 214 for the reasons stated in response to paragraph 207.

215.    Claimant denies the allegations in paragraph 215 for the reasons stated in response to paragraph 207.

216.    Claimant denies the allegations in paragraph 216 for the reasons stated in response to paragraph 207.

217.    Claimant denies the allegations in paragraph 217 for the reasons stated in response to paragraph 207.

218.    Claimant denies the allegations in paragraph 218 for the reasons stated in response to paragraph 207.

219.    Claimant denies the allegations in paragraph 219 for the reasons stated in response to paragraph 207.

220.    Claimant denies the allegations in paragraph 220 for the reasons stated in response to paragraph 207.

221.    Claimant denies the allegations in paragraph 221 for the reasons stated in response to paragraph 207.

222.    Claimant denies the allegations in paragraph 222 for the reasons stated in response to paragraph 207.

223.    Claimant denies the allegations in paragraph 223 for the reasons stated in response to paragraph 207.

224.    Claimant denies the allegations in paragraph 224 for the reasons stated in response to paragraph 207.

225.    Claimant denies the allegations in paragraph 225 for the reasons stated in response to paragraph 207.

226.    Claimant denies the allegations in paragraph 226 for the reasons stated in response to paragraph 207.

**J. Defendant Property C**

227.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all related assets in Claimant's account is admitted or established.

228.    Claimant denies the allegations in paragraph 228 for the reasons stated in response to paragraph 227.

229.    Claimant denies the allegations in paragraph 229 for the reasons stated in response to paragraph 227.

230.    Claimant denies the allegations in paragraph 230 for the reasons stated in response to paragraph 227.

231.    Claimant denies the allegations in paragraph 231 for the reasons stated in response to paragraph 227.

232.    Claimant denies the allegations in paragraph 232 for the reasons stated in response to paragraph 227.

233.    Claimant denies the allegations in paragraph 233 for the reasons stated in response to paragraph 227.

234.    Claimant denies the allegations in paragraph 234 for the reasons stated in response

to paragraph 227.

235.    Claimant denies the allegations in paragraph 235 for the reasons stated in response to paragraph 227.

236.    Claimant denies the allegations in paragraph 236 for the reasons stated in response to paragraph 227.

237.    Claimant denies the allegations in paragraph 237 for the reasons stated in response to paragraph 227.

238.    Claimant denies the allegations in paragraph 238 for the reasons stated in response to paragraph 227.

239.    Claimant denies the allegations in paragraph 239 for the reasons stated in response to paragraph 227.

240.    Claimant denies the allegations in paragraph 240 for the reasons stated in response to paragraph 227.

241.    Claimant denies the allegations in paragraph 241 for the reasons stated in response to paragraph 227.

242.    Claimant denies the allegations in paragraph 242 for the reasons stated in response to paragraph 227.

243.    Claimant denies the allegations in paragraph 243 for the reasons stated in response to paragraph 227.

244.    Claimant denies the allegations in paragraph 244 for the reasons stated in response to paragraph 227.

245.    Claimant denies the allegations in paragraph 245 for the reasons stated in response to paragraph 227.

246.    Claimant denies the allegations in paragraph 246 for the reasons stated in response to paragraph 227.

247.    Claimant denies the allegations in paragraph 247 for the reasons stated in response to paragraph 227.

248.    Claimant denies the allegations in paragraph 248 for the reasons stated in response to paragraph 227.

249.    Claimant denies the allegations in paragraph 249 for the reasons stated in response to paragraph 227.

250.    Claimant denies the allegations in paragraph 250 for the reasons stated in response to paragraph 227.

251.    Claimant denies the allegations in paragraph 251 for the reasons stated in response to paragraph 227.

252.    Claimant denies the allegations in paragraph 252 for the reasons stated in response to paragraph 227.

253.    Claimant denies the allegations in paragraph 253 for the reasons stated in response to paragraph 227.

254.    Claimant denies the allegations in paragraph 254 for the reasons stated in response to paragraph 227.

**K. Defendant Property D**

255.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all related assets in Claimant's account is admitted or established.

256.    Claimant denies the allegations in paragraph 256 for the reasons stated in response to paragraph 255.

257.    Claimant denies the allegations in paragraph 257 for the reasons stated in response to paragraph 255.

258.    Claimant denies the allegations in paragraph 258 for the reasons stated in response to paragraph 255.

259.    Claimant denies the allegations in paragraph 259 for the reasons stated in response to paragraph 255.

260.    Claimant denies the allegations in paragraph 260 for the reasons stated in response

to paragraph 255.

261.    Claimant denies the allegations in paragraph 261 for the reasons stated in response to paragraph 255.

262.    Claimant denies the allegations in paragraph 262 for the reasons stated in response to paragraph 255.

263.    Claimant denies the allegations in paragraph 263 for the reasons stated in response to paragraph 255.

264.    Claimant denies the allegations in paragraph 264 for the reasons stated in response to paragraph 255.

265.    Claimant denies the allegations in paragraph 265 for the reasons stated in response to paragraph 255.

266.    Claimant denies the allegations in paragraph 266 for the reasons stated in response to paragraph 255.

267.    Claimant denies the allegations in paragraph 267 for the reasons stated in response to paragraph 255.

268.    Claimant denies the allegations in paragraph 268 for the reasons stated in response to paragraph 255.

**L. Defendant Properties E and F**

269.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all related assets in Claimant's account is admitted or established.

270.    Claimant denies the allegations in paragraph 270 for the reasons stated in response to paragraph 269.

271.    Claimant denies the allegations in paragraph 271 for the reasons stated in response to paragraph 269.

272.    Claimant denies the allegations in paragraph 272 for the reasons stated in response to paragraph 269.

273.    Claimant denies the allegations in paragraph 273 for the reasons stated in response to paragraph 269.

274.    Claimant denies the allegations in paragraph 274 for the reasons stated in response to paragraph 269.

275.    Claimant denies the allegations in paragraph 275 for the reasons stated in response to paragraph 269.

276.    Claimant denies the allegations in paragraph 276 for the reasons stated in response to paragraph 269.

277.    Claimant denies the allegations in paragraph 277 for the reasons stated in response to paragraph 269.

278.    Claimant denies the allegations in paragraph 278 for the reasons stated in response to paragraph 269.

279.    Claimant denies the allegations in paragraph 279 for the reasons stated in response to paragraph 269.

280.    Claimant denies the allegations in paragraph 280 for the reasons stated in response to paragraph 269.

281.    Claimant denies the allegations in paragraph 281 for the reasons stated in response to paragraph 269.

282.    Claimant denies the allegations in paragraph 282 for the reasons stated in response to paragraph 269.

283.    Claimant denies the allegations in paragraph 283 for the reasons stated in response to paragraph 269.

284.    Claimant denies the allegations in paragraph 284 for the reasons stated in response to paragraph 269.

285.    Claimant denies the allegations in paragraph 285 for the reasons stated in response to paragraph 269.

286.    Claimant denies the allegations in paragraph 286 for the reasons stated in response

to paragraph 269.

287.    Claimant denies the allegations in paragraph 287 for the reasons stated in response to paragraph 269.

288.    Claimant denies the allegations in paragraph 288 for the reasons stated in response to paragraph 269.

**M. The Defendant Properties Are Criminally Tainted and are Property Involved in (or Traceable to Property Involved In) an Unlicensed Money Transmitting Business and Money Laundering Conspiracy**

289.    Claimant denies the allegations, including the assertions that any property is criminally tainted, involved in, or traceable to violations, and denies that any such allegations establish a basis to forfeit all related assets in Claimant's account.

290.    Claimant denies the allegations in paragraph 290 for the reasons stated in response to paragraph 289.

291.    Claimant denies the allegations in paragraph 291 for the reasons stated in response to paragraph 289.

292.    Claimant denies the allegations in paragraph 292 for the reasons stated in response to paragraph 289.

293.    Claimant denies the allegations in paragraph 293 for the reasons stated in response to paragraph 289.

294.    Claimant denies the allegations in paragraph 294 for the reasons stated in response to paragraph 289.

295.    Claimant denies the allegations in paragraph 295 for the reasons stated in response to paragraph 289.

296.    Claimant denies the allegations in paragraph 296 for the reasons stated in response to paragraph 289.

297.    Claimant denies the allegations in paragraph 297 for the reasons stated in response to paragraph 289.

298.    Claimant denies the allegations in paragraph 298 for the reasons stated in response to paragraph 289.

299.    Claimant denies the allegations in paragraph 299 for the reasons stated in response to paragraph 289.

## FIRST CLAIM FOR RELIEF

300.    Claimant denies the allegations in paragraph 300.

301.    Claimant denies the allegations in paragraph 301.

## SECOND CLAIM FOR RELIEF

302.    Claimant denies the allegations in paragraph 302.

303.    Claimant denies the allegations in paragraph 303.

## PRAYER FOR RELIEF

Claimant denies that Plaintiff is entitled to any relief against Claimant's property. Claimant requests dismissal as to all related assets in Claimant's account, return of property, interest, and costs.

## AFFIRMATIVE DEFENSES

Without admitting any burden, Claimant asserts:

1. The Complaint fails to allege a substantial connection between any unlawful activity and all related assets in Claimant's account.

2. Claimant acquired, possessed, and used all related assets in Claimant's account for value, without knowledge or reason to know of conduct giving rise to forfeiture. Claimant incorporates by reference his Verified Claim and Sealed Addendum.

3. Plaintiff cannot establish by a preponderance of the evidence that all related assets in Claimant's account are involved in or traceable to offenses.

4. Plaintiff cannot forfeit fungible, commingled property absent statutory compliance and adequate tracing to unlawful activity.

5. The action and/or earlier seizures and notices are untimely as to Claimant's property.

27

6. Undue delay and lack of individualized process as to Claimant's property.

7. Forfeiture of Claimant's lawfully acquired assets would be grossly disproportionate.

8. To the extent property lies outside the Court's jurisdiction or beyond the extraterritorial scope of the statutes, forfeiture is barred.

9. Custodial exchange holdings were held for customers; Claimant maintains equitable rights to all related assets in Claimant's account.

10. Prejudicial delay bars forfeiture.

11. If the specific res was dissipated, Claimant is entitled to substitute assets/value.

12. Attorneys' fees and costs (28 U.S.C. § 2465(b)(1)).

Claimant reserves all defenses, counterclaims, and objections not inconsistent with this Answer, including standing-related showings, selective enforcement, and Constitutional challenges, as appropriate following discovery and motion practice. Claimant reserves the right to amend and to supplement with additional defenses and facts as discovery proceeds, and incorporates by reference his Verified Claim and Sealed Addendum and exhibits supporting ownership, acquisition on regulated U.S. exchanges, transfers, and account activity.

## **CLAIMANT'S PRAYER FOR RELIEF**

Claimant demands immediate return of all related assets in Claimant's account, together with interest and costs.

Respectfully submitted,

Date:  October 1, 2025

Sunny J. Thompson, DC Bar No.998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

28

-and-

Charles E. Gianelloni *(pro hac vice)*
NV Bar No. 12747
Alexis R. Wendl *(pro hac vice)*
NV Bar. No 15351
1700 South Pavillion Center Dr., Suite 700
Las Vegas, NV 89135
cgianelloni@swlaw.com
awendl@swlaw.com
Ph. 702.784.5200

*Attorneys for Claimant Travis Olsen*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing **ANSWER OF CLAIMANT TRAVIS OLSEN TO PLAINTIFF'S VERIFIED CLAIM FOR FORFEITURE IN REM** was served via electronic service on the registered participants:


_Sunny J. Thompson_

Sunny Thompson