UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　)<br>　　Plaintiff, )<br>　)<br>v. )<br>　)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS )<br>AS OF JULY 25, 2017, AND OTHER )<br>ASSETS FURTHER DESCRIBED )<br>HEREIN, )<br>　)<br>　　Defendents in rem. )<br>_____)<br>　)<br>MOHAMED PARVEZ NOORANI, )<br>　)<br>　　Claimant, )<br>_____/ | **VERIFIED CLAIM OPPOSING**<br>　**FORFEITURE**<br><br>**Case No. 1:25-CV-02085** |

### VERIFIED CLAIM OPPOSING FORFEITURE

I, MOHAMED PARVEZ NOORANI, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-c account username "noor78692" (email address and/or password to be provided separately to Plaintiff) held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and litecoin seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: September 30, 2025

_____
MOHAMED PARVEZ NOORANI



RECEIVED
SEP 30 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## VERIFICATION

  The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.


Dated: September 30, 2025

_____
MOHAMED PARVEZ NOORANI

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
Email: joshua.sohn@usdoj.gov

Dated: September 30, 2025

_____
MOHAMED PARVEZ NOORANI