UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>            Defendants,<br><br>JASON LITTLE,<br><br>            Claimant. | Case No. 1:25-cv-02085-CJN |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties and counsel of record:  I am admitted *Pro Hac Vice* to practice in this Court, and I appear in this case as counsel for Claimant, Jason Little.

Please enter my appearance as counsel in this case for Claimant, Jason Little.

Dated: October 1, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:  */s/ Dan G. Boyle*
Dan G. Boyle*
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: (213) 629-9040
Email: dboyle@bsfllp.com

\* Admitted *Pro Hac Vice*

*Counsel for Claimants
Jason Little
Matthew Williams*