UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>   Defendants,<br><br>MATTHEW WILLIAMS,<br><br>   Claimant. | Case No. 1:25-cv-02085-CJN |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties and counsel of record: I am admitted *Pro Hac Vice* to practice in this Court, and I appear in this case as counsel for Claimant, Matthew Williams.

Please enter my appearance as counsel in this case for Claimant, Matthew Williams.

Dated: October 1, 2025

              Respectfully submitted,

              **BOIES SCHILLER FLEXNER LLP**

        By: */s/ Dan G. Boyle*
           Dan G. Boyle*
           2029 Century Park East, Suite 1520
           Los Angeles, CA 90067
           Phone: (213) 629-9040
           Email: dboyle@bsfllp.com

           * Admitted *Pro Hac Vice*

           *Counsel for Claimants*
           *Jason Little*
           *Matthew Williams*