UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE<br>BTC-E OPERATING WALLETS AS OF JULY<br>25, 2017, AND OTHER ASSETS FURTHER<br>DESCRIBED HEREIN.<br>　　　　Defendants *in rem*. | §<br>§<br>§<br>§ Case No. 1:25-CV-02085<br>§<br>§ Hon. Carl J. Nichols<br>§<br>§<br>§<br>§<br>§ |

## **VERIFIED CLAIM**

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant, Anderson Thomas, submits this Verified Claim asserting an ownership interest in the subject seized property.

Specifically, Mr. Thomas asserts an ownership interest in: all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" (email address(es) and/or password(s) to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin and Litecoin seized between August 2 and August 17, 2017.

Mr. Thomas' interest in said property is that he is the lawful owner.

Respectfully submitted,

*/s/ Amanda J. Skillern*
Amanda J. Skillern (PRO HAC VICE)
Law Office of Amanda Skillern, PLLC
405 Main St., Ste 910
Houston, Texas 77002
Office: (346) 291-0432
Email: amanda@amandaskillernlaw.com
Texas State Bar No. 24056773

*Counsel for Claimant Anderson Thomas*

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 1, 2025

_____
Anderson Thomas, CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a true and correct copy of the foregoing Verified Claim was served via electronic filing on all participants designated to receive electronic notice in this cause.

*/s/ Amanda Skillern*
Amanda Skillern
