UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1:25-cv-02085-CJN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **VERIFIED CLAIM FOR SEIZED** |
| ) | **PROPERTY** |
| v. ) | |
| ) | |
| ALL VIRTUAL CURRENCY HELD ) | |
| IN THE ) | Case No. 1:25-CV-02085 |
| BTC-E OPERATING WALLETS AS ) | |
| OF JULY 25, ) | |
| 2017, AND OTHER ASSETS FURTHER ) | |
| DESCRIBED HEREIN, ) | |
| ) | |
| Defendants *in rem*. ) | |
| ) | |
| ) | |
| Kyle Wesley Herron ) | |
| ) | |
| Claimant ) | |
| ) | |

**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**

Claimant **Kyle Wesley Herron** ("Claimant"), appearing pro se, hereby submits this Answer to the Verified Complaint for Forfeiture:

RECEIVED
Mailroom

SEP 29 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

## RESPONSES TO COMPLAINT

1. Claimant admits that this is a civil forfeiture action. Claimant denies the remaining allegations in paragraph 1.
   2–3. Claimant admits that jurisdiction and venue are alleged under the cited statutes but denies the remaining allegations.
   4–9. Denied. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies them.
2. Admitted that Plaintiff is the United States.
3. Admitted that the Complaint describes properties in groups A–F. Claimant asserts an interest only in cryptocurrency associated with the BTC-e account username **"wesherron01"**. Denied as to all other property.
   12–299. Claimant denies each and every allegation, except to the extent expressly admitted herein. Claimant specifically denies that his property is derived from or connected to any unlawful activity.
   300–303. Denied.

## AFFIRMATIVE DEFENSES

1. **Innocent Owner Defense (18 U.S.C. § 983(d))**
   Claimant is a lawful owner of certain seized cryptocurrency and had no knowledge of or involvement in any alleged unlawful conduct.
2. **Due Process (Fifth Amendment)**
   The government's seizure and restraint of Claimant's property without adequate notice and opportunity to be heard violates due process.
3. **Excessive Fines (Eighth Amendment)**
   Forfeiture of Claimant's lawful property would be grossly disproportionate and constitute an excessive fine.
4. **Statute of Limitations**
   Any claims that are barred by applicable statutes of limitation are not recoverable.
5. **Reservation of Rights**
   Claimant reserves the right to assert additional defenses, affirmative defenses, or objections as discovery and proceedings develop.

## PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:

a. Dismiss the Verified Complaint for Forfeiture as to Claimant's property;
b. Order the return of Claimant's seized cryptocurrency;
c. Award such other and further relief as the Court deems just and proper.

## VERIFICATION

I, **Kyle Wesley Herron**, declare under penalty of perjury under the laws of the United States of America that the foregoing Answer is true and correct to the best of my knowledge.

Executed this **23** day of September, 2025.

*/s/ KWH*

**Kyle Wesley Herron**
803 S. Dittman Street
Frontenac, KS 66763
Pro Se Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of September, 2025, I served a true and correct copy of the foregoing **Verified Claim** by placing it in the U.S. Mail, first-class postage prepaid, certified mail return receipt requested, addressed to:

**Court Filing**

Clerk of Court
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Government Attorneys**

Joshua Lee Sohn
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Jonas Blomberg Lerman
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Catherine Pelker
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Respectfully submitted,

*/s/ Kyle Wesley Herron*

Kyle Wesley Herron
803 S. Dittman Street
Frontenac, Kansas 66763
Email: wesherron01@yahoo.com
Phone: (620) 704-8353
Pro Se Claimant