## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, *Defendants in rem*. ALEXANDER ANDEBEEK, *Claimant*. | Case No. 1:25-CV-02085 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Alexander Andebeek. I certify that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.

Dated: October 2, 2025

                                                          Respectfully submitted,

                                                          */s/ Tyler Finn*
                                                          **DYNAMIS LLP**
                                                          Tyler Finn (*Pro Hac Vice*)
                                                          11 Park Place, 4th Floor
                                                          New York, New York 10007
                                                          (212) 204-2757
                                                          tfinn@dynamisllp.com