UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem.*<br><br>ALEXANDER ANDEBEEK,<br><br>*Claimant.* | Case No. 1:25-CV-02085 |

## DECLARATION OF ALEXANDER ANDEBEEK IN SUPPORT OF MOTION FOR LEAVE TO FILE A LATE VERIFIED CLAIM FOR SEIZED PROPERTY

I, Alexander Andebeek, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years, a citizen of the Netherlands, and a Claimant in the above-captioned action.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. I am the lawful owner of virtual currency and other property associated with the BTC-e account username "thatonealex" and the email address "alex.andebeek@gmail.com."

1

4. I learned that BTC-e was shut down in or around 2017 when I saw a notice on the BTC-e website that a United States Government agency had shut down the domain. At the time, I had no reason to believe that I could recover the property that I had held in BTC-e.

5. I was not aware that the United States Government had instituted forfeiture proceedings relating to the property I held in BTC-e wallets until September 20, 2025.

6. I learned about the forfeiture proceedings when I was reading a Reddit subreddit called "BTCE_Recovery."

7. After reading threads that suggested that my claim may be untimely, I barely slept that night. I immediately started reaching out to American lawyers to represent me in the claim submission process.

8. Prior to September 20, 2025, I had no knowledge that that there was any procedure through which I could make a claim to recover my assets. Nor was I aware that the United States Government had published notice of this seizure on a government website. I was not even aware that the United States Government had a website to publish forfeiture proceedings.

9. A true and correct copy of my verified claim is attached here as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 2nd day of October, 2025, in The Hague, Netherlands.

_____
Alexander Andebeek