# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>ALEXANDER ANDEBEEK,<br><br>*Claimant*. | Case No. 1:25-CV-02085<br><br><br><br>**[PROPOSED] ORDER** |

Upon consideration of Claimant's Motion for Leave to File a Late Verified Claim for Seized Property, and for good cause shown, Claimant's Motion is GRANTED.

SO ORDERED this _____ day of _____, 20\_\_\_.

_____
Honorable Carl J. Nichols
United States District Judge