UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>　　　　Plaintiff, §<br>§<br>v. §<br>§<br>ALL VIRTUAL CURRENCY HELD IN THE §<br>BTC-E OPERATING WALLETS AS OF JULY §<br>25, 2017, AND OTHER ASSETS FURTHER §<br>DESCRIBED HEREIN. §<br>　　　　Defendants *in rem*. § | Case No. 1:25-CV-02085 |

## MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANT, ANDERSON THOMAS

On September 17, 2025, undersigned counsel filed a Motion for Leave to Appear Pro Hac Vice on behalf of Amanda Skillern pursuant to Civil Local Rule 83.2(c). ECF Doc. 190.

On September 29, 2025, this Court granted said motion. Minute Order of 9/29/25.

On September 30, 2025, Ms. Skillern filed her Notice of Appearance on behalf of Claimant Anderson Thomas. ECF Doc. 222.

Undersigned counsel is not representing Claimant Anderson Thomas. Accordingly, he seeks to be removed as counsel of record and for this Court to allow Ms. Skillern to continue representing Anderson Thomas as lead counsel admitted to practice before this Court pro hac vice.

WHEREFORE, the undersigned attorney, Thomas Brent Mayr, respectfully requests that this Court remove him as counsel of record for Claimant Anderson Thomas.

Dated this 2nd day of October, 2025.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Brent Mayr
　　　　　　　　　　　　　　　　　　　Thomas Brent Mayr
　　　　　　　　　　　　　　　　　　　MAYR LAW, P.C.
　　　　　　　　　　　　　　　　　　　5300 Memorial Drive, Suite 750
　　　　　　　　　　　　　　　　　　　Houston, Texas 77007
　　　　　　　　　　　　　　　　　　　Office: (713) 808-9613

Fax: (713) 808-9991  
Email: bmayr@mayr-law.com  
Bar ID TX0206

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all attorneys of record.

Respectfully submitted,

/s/ Brent Mayr
Thomas Brent Mayr  
MAYR LAW, P.C.  
5300 Memorial Drive, Suite 750  
Houston, Texas 77007  
Office: (713) 808-9613  
Fax: (713) 808-9991  
Email: bmayr@mayr-law.com  
Bar ID TX0206