UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>ALL VIRTUAL CURRENCY HELD IN THE §<br>BTC-E OPERATING WALLETS AS OF JULY §<br>25, 2017, AND OTHER ASSETS FURTHER §<br>DESCRIBED HEREIN. §<br>    Defendants *in rem*. § | Case No. 1:25-CV-02085 |

### ORDER ON THOMAS BRENT MAYR'S
### MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANT, ANDERSON THOMAS

On this date, came to be considered the Motion to Withdraw as Counsel for Claimant, Anderson Thomas, filed by Thomas Brent Mayr. Having represented that he does not represent Anderson Thomas, this Court finds that the motion should be GRANTED. It is hereby ORDERED that Thomas Brent Mayr is to be removed as counsel of record for Claimant, Anderson Thomas and he is relieved of any further obligations in this matter.

SIGNED AND ENTERED ON _____.

 

                                                                   CARL J. NICHOLS
                                                                   UNITED STATES DISTRICT JUDGE