**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>          Defendants,<br><br>JASON LITTLE,<br><br>          Claimant. | Case No. 1:25-cv-02085-CJN |

**CLAIMANT JASON LITTLE'S ANSWER TO**
**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

COMES NOW Claimant Jason Little ("Claimant") by and through his undersigned counsel, Dan G. Boyle and Victoria Scordato of Boies Schiller Flexner LLP, and hereby answers to the Verified Complaint for Forfeiture filed by Plaintiff United States of America as follows:

## I.       PRELIMINARY STATEMENT

Claimant has previously filed a timely Verified Claim in accordance with Supplemental Rule G(5)(a), asserting his interest in the defendant assets *in rem* here (collectively, the "Defendant Properties," as defined in the United States' Verified Complaint for Forfeiture filed with this Court on June 30, 2025), as follows:

    a.   All Defendant Properties associated with Claimant's BTC-e account username "clutch1944," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017;

1

Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency

seized from accounts held in the name of or for the benefit of Canton Business

Corporation at FXOpen and/or XP Solutions Limited.

Pursuant to Supplemental Rule G(5)(b), Claimant now submits this Answer to the

Complaint for Forfeiture and states as follows:

## II.    RESPONSES TO ALLEGATIONS OF THE COMPLAINT

### NATURE OF THE ACTION

1.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

### JURISDICTION AND VENUE

2.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

3.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

### NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4.      Denied.

5.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

6.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

7.      This paragraph states a legal conclusion to which no response is required. To the

extent a further response is required, Claimant denies the allegations in this paragraph.

8.      This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

9.      This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## PARTIES TO THE CASE

10.    Admit.

11.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

## FACTUAL ALLEGATIONS

12.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

13.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

14.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

15.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

16.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

17.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

18.    Admit.

19.    Admit.

20.    Admit.

21.    Admit.

22.    Admit.

23.    Admit.

24.    Admit.

25.    Admit.

26.    Admit.

27.    Admit.

28.    Admit.

29.    Admit.

30.    Admit.

31.    Admit.

32.    Admit.

33.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

34.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

35.    Admit.

36.    Admit.

37.    Admit.

38.    Admit.

39.    Denied.

40.    Admit.

41.    Admit.

42.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

43.    Admit.

44.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

45.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

46.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

47.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

48.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

49.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

50.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

51.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

52.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

53.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

54.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

55.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

56.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

57.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

58.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

59.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

60.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

61.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

62.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

63.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

64.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

65.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

66.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

67.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

68.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

69.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

70.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

71.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

72.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

73.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

74.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

75.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

76.     Admit.

77.     Admit.

78.     Admit.

79.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

80.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

81.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

82.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

83.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

84.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

85.     Admit.

86.     Admit.

87.     Admit.

88.     Admit.

89.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

90.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

91.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

92.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

93.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

94.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

95.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

96.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

97.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

98.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

99.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

100.    Admit.

101.    Admit.

102.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

103.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

104.    Admit.

105.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

106.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

107.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

108.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

109.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

110.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

111.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

112.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

113.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

114.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

115.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

116.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

117.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

118.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

119.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

120.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

121.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

122.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

123.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

124.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

125.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

126.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

127.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

128.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

129.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

130.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

131.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

132.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

133.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

134.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

135.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

136.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

137.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

138.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

139.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

140.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

141.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

142.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

143.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

144.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

145.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

146.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

147.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

148.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

149.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

150.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

151.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

152.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

153.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

154.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

155.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

156.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

157.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

158.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

159.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

160.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

161.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

162.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

163.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

164.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

165.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

166.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

167.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

168.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

169.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

170.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

171.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

172.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

173.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

174.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

175.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

176.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

177.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

178.    Admit.

179.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

180.    Admit.

181.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

182.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

183.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

184.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

185.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

186.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

187.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

188.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

189.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

190.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

191.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

192.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

193.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

194.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

195.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

196.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

197.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

198.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

199.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

200.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

201.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

202.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

203.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

204.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

205.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

206.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

207.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

208.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

209.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

210.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

211.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

212.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

213.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

214.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

215.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

216.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

217.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

218.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

219.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

220.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

221.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

222.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

223.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

224.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

225.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

226.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

227.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

228.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

229.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

230.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

231.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

232.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

233.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

234.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

235.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

236.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

237.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

238.     Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

239.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

240.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

241.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

242.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

243.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

244.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

245.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

246.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

247.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

248.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

249.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

250.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

251.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

252.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

253.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

254.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

255.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

256.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

257.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

258.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

259.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

260.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

261.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

262.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

263.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

264.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

265.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

266.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

267.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

268.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

269.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

270.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

271.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

272.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

273.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

274.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

275.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

276.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

277.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

278.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

279.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

280.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

281.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

282.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

283.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

284.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

285.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

286.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

287.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

288.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

289.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

290.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

291.    Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

292.    Denied.

293.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

294.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

295.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

296.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

297.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

298.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

299.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## FIRST CLAIM FOR RELIEF

300.    Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

301.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

302.    Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

303.    This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

//

//

## **AFFIRMATIVE DEFENSES**

1. Claimant is an innocent owner pursuant to 18 U.S.C. §983(d).

2. The Complaint fails to state a claim upon which relief can be granted.

3. The Complaint alleges causes of action which are barred by the relevant statutes of limitation.

4. The forfeiture of Claimant's property would violate the Excessive Fines clause of the Eighth Amendment.

5. Claimant reserves the right to plead additional defenses which may become known or available during the course of discovery, as well as to dismiss any defenses which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law

Dated: October 6, 2025                      Respectfully submitted,

                                            **BOIES SCHILLER FLEXNER LLP**

                        By:   */s/ Dan. G. Boyle*
                                     Dan G. Boyle*
                                     2029 Century Park East, Suite 1520
                                     Los Angeles, CA 90067
                                     Phone: (213) 629-9040
                                     Email: dboyle@bsfllp.com

                                     Victoria Scordato (D.C. Bar No. 90006232)
                                     1401 New York Ave, NW
                                     Washington, DC 20005
                                     Phone: (202) 237-2727
                                     Email: vscordato@bsfllp.com

                                     *Admitted Pro Hac Vice*

                                     *Counsel for Claimants*
                                     *Jason Little*
                                     *Matthew Williams*

## **CERTIFICATE OF SERVICE**

I certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Dan G. Boyle*
DAN G. BOYLE