AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ COLUMBIA _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff (s),<br>V.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E<br>       Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 25-cv-2085 |

Notice is hereby given that, subject to approval by the court, __Claimant Mohamed Parvez Noorani__ substitutes
                            (Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)_____, State Bar No. _____ as counsel of record in
    (Name of New Attorney)

place of  __Mohamed Parvez Noorani, Pro Se_____.
           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:   Daniel M. Smith, Esq.

  Address:    585 Third Avenue, Chula Vista CA 91910

  Telephone:   (619) 233-6900     Facsimile (619) 374-8477

  E-Mail (Optional): dsmith@sandiegodefenders.com

I consent to the above substitution.

Date:   10/6/2025               _[signature]_
                            (Signature of Party (s))

I consent to being substituted.

Date:   10/6/2025               _[signature]_
                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   10/6/2025               _[signature]_
                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____
                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]