UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL VIRTUAL CURRENCY HELD IN THE ) <br> BTC-E OPERATING WALLETS AS OF JULY ) <br> 25, 2017, AND OTHER ASSETS FURTHER ) <br> DESCRIBED HEREIN, ) <br> ) <br> Defendants *in rem*. ) <br> _____/ ) | Case No. 1:25-CV-02085 |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN CLAIMANTS TO FILE MOTION TO DISMISS OR ANSWER TO COMPLAINT**

CLAIMANTS:

1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN
12. DANIEL GROVES
13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL

18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN
24. KAZJIN YASIN SALIH
25. BENJAMIN JAMES MORAN
26. PAUL RHODES
27. ALDIS RIGERTS
28. ERIC SANDRI
29. NIKOS VERSCHORE
30. SARAH WINTERS
31. RICHARD LEWIS PETERSON
32. CHANGJIE LIU
33. THOMAS SCHMIDT
34. THOMAS WEST
35. TIM ALFONS MARIA WITHAG
36. JOHN JAIRO CORREA
37. PAUL CAPLING
38. CHRISTOPHER ALLAN CALLEJO
39. PATRICK WAUTHIER
40. TIMOFEY FEDOTOV
41. MARTIN HORAK
42. RAYMOND SCHETTINI
43. BJORN ERIK MOL
44. YAACOV ISRAEL BAR HANIN
45. MOHAMED PARVEZ NOORANI
46. HJALMAR PETERS

AND PLAINTIFF UNITED STATES OF AMERICA HEREBY STIPULATE AS FOLLOWS:

Whereas,

1. On June 30, 2025, Plaintiff filed a complaint for forfeiture *in rem* against various Defendant properties. Doc. 1.

2. In August and September 2025, dozens of Claimants entered the case by filing Claims to and opposing forfeiture of the property.

3. On September 18, 2025, over 40 of the Claimants entered into and filed a stipulation (and proposed order) with Plaintiff to extend and align those Claimants' deadlines to file either an answer to the complaint or a motion to dismiss the complaint, citing efficiency and organization, and allowing time to pursue a stipulated resolution, and asking for a new deadline of October 13, 2025 for answers or motions to dismiss. Doc 191.

4. On September 29, 2025, the Court approved the stipulation by signing the proposed order. Doc. 218.

5. During this time, the stipulating Claimants proposed a general framework toward a stipulated resolution which Plaintiff is evaluating. The recent Government shutdown has affected Plaintiff's counsel in this matter. Said Claimants and Plaintiff believe allowing more time to pursue a stipulated resolution may be beneficial, and now ask for an additional extension of 30 days for certain Claimants to file their answer/motion to dismiss.

6. It is noted that four more Claimants join this stipulation - three initially entered the case pro se but have, since the first stipulation, obtained representation by attorney Daniel Smith's firm, who already represented many of the stipulating claimants (*ee* Doc. 216-217, 234); and the other, Hjalmar Peters represented by Alexandria Jean Smith, joined in the talks and proposal and now joins this stipulation in service of efficiency and reduced filings.

7. Therefore, the above identified stipulating parties request that the Court enter an order extending the deadline within which Claimants # 1-46, above, may serve and file an answer to the complaint or a motion under Rule 12, to November 12, 2025.

Respectfully Submitted,

Date: October 7, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

Telephone: (415) 946-8996
E-mail: edward@michaelburchlaw.com

/s/*Leslie Sammis*
LESLIE SAMMIS
Sammis Law Firm, P.A. 1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smith*
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Certain Claimants
1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN.
12. DANIEL GROVES
13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL
18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN.
24. KAZJIN YASIN SALIH

4

    25. BENJAMIN JAMES MORAN
    26. PAUL RHODES
    27. ALDIS RIGERTS
    28. ERIC SANDRI
    29. NIKOS VERSCHORE

Date: October 7, 2025

    /s/ *Daniel M. Smith*
    Daniel Martin Smith, Esq. (Pro Hac Vice)
    585 Third Avenue
    Chula Vista CA 91910
    Telephone: (619) 233-6900
    dsmith@sandiegodefenders.com

Attorney for Certain Claimants
    30.    SARAH WINTERS
    31.    RICHARD LEWIS PETERSON
    32.    CHANGJIE LIU
    33.    THOMAS SCHMIDT
    34.    THOMAS WEST
    35.    TIM ALFONS MARIA WITHAG
    36.    JOHN JAIRO CORREA
    37.    PAUL CAPLING
    38.    CHRISTOPHER ALLAN CALLEJO
    39.    PATRICK WAUTHIER
    40.    TIMOFEY FEDOTOV
    41.    MARTIN HORAK
    42.    RAYMOND SCHETTINI
    43.    BJORN ERIK MOL
    44.    YAACOV ISRAEL BAR HANIN
    45.    MOHAMED PARVEZ NOORANI

Date: October 7, 2025

    s/*Alexandria Jean Smith*
    Alexandria Jean Smith
    Greenstein, Delorme, and Lucas, PC
    801 17th Street NW, Suite 1000
    Washington, DC 20006

    Attorney for
    46.    HJALMAR PETERS

Dated: October 7, 2025

                                       Jeanine Ferris Pirro
                                       United States Attorney
                                       District of Columbia

                                       /s/ *Joshua Sohn*
                                       By: JOSHUA SOHN
                                       Trial Attorney, Money Laundering and Asset
                                       Recovery Section, Criminal Division, U.S.
                                       Department of Justice

                                       Attorney for Plaintiff
                                       UNITED STATES OF AMERICA

      Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimants to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to November 12, 2025.

      APPROVED AND SO ORDERED.

Date: October _____, 2025

                                       _____
                                       HONORABLE CARL J. NICHOLS
                                       United States District Judge