UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, et al., Defendants in rem.

Case No. 1:25-cv-02085 –CJN

**VERIFIED CLAIM**

RECEIVED Mailroom OCT 07 2025 Angela D. Caesar, Clerk of Clerk U.S. District Court, District of Columbia

I, Simon de Dardel, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby file this Verified Claim against the defendant property in the above-captioned case.

1. **Claimant Information**
   - Name: Simon de Dardel
   - Address: Allée du Château 7, 1752 Villars-sur-Glâne, Switzerland
   - Phone: +41 77 284 5790
   - Email: wattimedia@gmail.com

2. **Interest in the Property** I am the lawful owner of cryptocurrency assets held in the BTC-e exchange as of July 25, 2017. Specifically, I held accounts with usernames: **wattzor / watti**, registered under the email address **wattimedia@gmail.com**.

3. **Description of Assets Claimed** At the time BTC-e ceased operations in July 2017, my account contained approximately:
   - **3 BTC**
   - **400 LTC**

   My claim is supported by login credentials, access records, and support emails from BTC-e confirming my account activity. I also maintained a linked account at WEX following BTC-e's shutdown, which further confirms continuity of ownership.

4. **Basis of Claim** I deposited and maintained these assets with BTC-e in good faith, for legitimate personal investment purposes. I did not use BTC-e for any unlawful activity. I assert an ownership and possessory interest in the above-described property.

5. **Verification** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 2025-08-29    *Simon de Dardel* (signature)

Simon de Dardel

Simon de Dardel Allée du Château 7 1752 Villars-sur-Glâne Switzerland Phone: +41 77 284 5790 Email: wattimedia@gmail.com

2025-08-29

Clerk of Court United States District Court for the District of Columbia E. Barrett Prettyman U.S. Courthouse 333 Constitution Avenue N.W. Washington, D.C. 20001

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, et al. Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my Verified Claim in the above-referenced case. I respectfully request that it be filed in the official docket.

Copies of this filing are also being served on the United States Attorney's Office for the District of Columbia, as required.

Thank you for your assistance.

Sincerely,

*/s/ Simon de Dardel*

Simon de Dardel

Clerk of Court
U.S District Court for the
District of Columbia

E. Barrett Prettyman U.S Courthouse
333 Constitution Avenue N.W,
Washington, D.C 20001
USA