To:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington, DC 20001
USA

**RECEIVED**
**Mailroom**

**OCT 07 2025**

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

From:

Marco Stickan
Welschenweg 3
33813 Oerlinghausen
Germany
Marco.Stickan@web.de
004917641654663

Oerlinghausen, 26.09.2025

Verified Claim BTC-e Forfeiture Case „1:25-CV-02085" Asset ID „18-FBI-002785"

Dear Clerk of Court,

Enclosed please find my verified claim regarding case 1:25-CV-02085 and asset ID 18-FBI-002785.

I was not informed at all that this process is ongoing and randomly read about it on the internet, therefore I respectfully ask for an extended claiming period.

Please confirm the receipt of these documents, best by mail to „Marco.Stickan@web.de".

Respectfully,

*[signature]*

Marco Stickan



# CLAIM FORM

**RECEIVED Mailroom**
**OCT 07 2025**
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

## YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name**: (Last, First)<br><br>Stickan, Marco ||
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code)<br><br>Welschenweg 3, 33813 Oerlinghausen, Germany ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br><br>N/A ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:**<br><br>I am a German citizen ||
| **Phone**: (optional)<br><br>004917675702747 | **Email**: (optional)<br><br>Marco.Stickan@web.de |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name**: (Last, First) ||
| **Attorney Title**: ||
| **Firm Name**: (if applicable) ||
| **Attorney Address**: (Include Street, City, State, and Zip Code) ||
| Are you an attorney filing this claim on behalf of your client?   ☐ YES   ☐ NO ||
| **Attorney Phone**: (optional) | **Attorney Email**: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 18-FBI-002785 | Financial Instrument - Virtual Currency - Value = $5,828,484.94, SN: Unknown seized by the FBI on March 20, 2018 in Washington, DC. |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 18-FBI-002785 | Financial Instrument - Virtual Currency - Value = $5,828,484.94, SN: Unknown seized by the FBI on March 20, 2018 in Washington, DC. |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

I, Marco Stickan, am the lawful owner of all virtual currency associated with the BTC-e account "remain", held as of July 25,2017, and seized or otherwise restrained by plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the governments complaint, including but not limited to, "Litecoin" seized between August 7 and August 11,2017.

I had an account on BTC-e ("http://www.btc-e.com") with cryptocurrency in it when it got seized. The account name is "remain", email is "Marco.Stickan@web.de". Before BTC-e got completely unreachable and when it already transitioned to "http://wex.nz" and issued "Tokens" for a part of the lost cryptocurrencies to trade, I took screenshots of my account that I attached to this claim. At that time, I already managed to get a small part of my funds back with selling some tokens undervalued, but I still lost a lot. At that time, I still had 229.96162699 LTCET, 0.33453238 USD and 0.20686975 USDET in my account, as shown on the screenshots I attached. I transferred more cryptocurrency into it after that so this is the minimum amount that I lost and held in my account when it got seized but it was likely more. I estimate that I held approximately 600 LTC + other coins in my account at the moment of seizure, but I don't know the exact amount. I claim all virtual currency associated with the BTC-e account "remain", held as of July 25,2017, and seized or otherwise restrained by plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the governments complaint, including but not limited to, "Litecoin" seized between August 7 and August 11,2017 and Bitcoin seized between August 2 and August 17,2017. My interest in said property is that I am the lawful owner. I was not planning to sell the cryptocurrency, this was my lifesavings investment that I wanted to sell at a way higher price that was reached afterwards and I could not take advantage of my investment because of the seizure. So the pecuniary loss is way more then what was in my account at that time. I estimate my total pecuniary loss at approximately 300000 USD, it is at least 94283 USD. I planned to sell all my Litecoin at 410$, what was reached afterwards and I could not sell them and take advantage of my investment. Therefore, I kindly request a compensation for that. All cryptocurrency I held on BTC-e was lawfully obtained by me through legitimate transactions (bank wires). Unfortunately, I do not own this bank account anymore, but I asked my bank for statements. I had no involvement in any criminal activity alleged against BTC-e or its operators or otherwise. After so many years of pain trying to compensate my loss, I look very forward to finally experience justice. I was not informed at all that this process is ongoing and randomly read about it on the internet, therefore I respectfully ask for an extended claiming period. Thank you a lot in advance. Respectfully, Marco Stickan

In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.

1. Screenshot of "finances"-page of my account from 25.08.2018



2. Screenshot of "OrderHistory"-page of my account from 25.08.2018



3. Screenshot of "TransactionHistory"-page of my account from 25.08.2018



## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured**: (Last, First) ||
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) ||
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**  ☐ YES   ☐ NO | **Amount of Compensation**: |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.

## SECTION V – RETURN OF CRYPTOCURRENCIES

I kindly request that my cryptocurrency will be returned to the following wallet address:

Litecoin: "LetYb4tM2QRWC9MqE7kC7SMjo4mVeLZPMh" (Legacy)
Bitcoin: "bc1pj8pxn26frdwuqnsqs2672hs8vrwyjz6ghjawv5qrn36ayc64g42snnq5ru" (Taproot)

If I had a significant amount of other cryptocurrencies in my account, please reach out to me for a way to return.

## SECTION VI – DECLARATION

*The following declaration must be completed by the claimant.*

   I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
**Signature**

**Marco Stickan**
_____
**Printed Name**

**25 September 2025**
_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington DC 20001



**USPS CERTIFIED MAIL**

9207 1901 4298 0428 7855 50

0012551422000011
Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington DC 20001



## See Important Information Enclosed