UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>v.                                                     )<br>                                                          )  Civil Action No. 1:25-cv-02085 (CJN)<br>ALL VIRTUAL CURRENCY HELD IN THE )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN,                      )<br>                                                          )<br>            Defendants *in rem*.            )<br>_____ ) | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CERTAIN
CLAIMANTS TO FILE MOTION TO DISMISS OR ANSWER TO COMPLAINT**

CLAIMANTS:

1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN
12. DANIEL GROVES
13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL

| | |
|---|---|
| 18. | KEVIN TILLBROOK |
| 19. | RYAN UNDERWOOD |
| 20. | DAVID WEEKS |
| 21. | LENNART MATTIAS WERNER |
| 22. | ALEKSANDR LINENKO |
| 23. | BRUCE TIEMANN |
| 24. | KAZJIN YASIN SALIH |
| 25. | BENJAMIN JAMES MORAN |
| 26. | PAUL RHODES |
| 27. | ALDIS RIGERTS |
| 28. | ERIC SANDRI |
| 29. | NIKOS VERSCHORE |
| 30. | SARAH WINTERS |
| 31. | RICHARD LEWIS PETERSON |
| 32. | CHANGJIE LIU |
| 33. | THOMAS SCHMIDT |
| 34. | THOMAS WEST |
| 35. | TIM ALFONS MARIA WITHAG |
| 36. | JOHN JAIRO CORREA |
| 37. | PAUL CAPLING |
| 38. | CHRISTOPHER ALLAN CALLEJO |
| 39. | PATRICK WAUTHIER |
| 40. | TIMOFEY FEDOTOV |
| 41. | MARTIN HORAK |
| 42. | RAYMOND SCHETTINI |
| 43. | BJORN ERIK MOL |
| 44. | YAACOV ISRAEL BAR HANIN |
| 45. | MOHAMED PARVEZ NOORANI |
| 46. | HJALMAR PETERS |

AND PLAINTIFF UNITED STATES OF AMERICA HEREBY STIPULATE AS FOLLOWS:

Whereas,

1. On June 30, 2025, Plaintiff filed a complaint for forfeiture *in rem* against various Defendant properties. Doc. 1.

2. In August and September 2025, dozens of Claimants entered the case by filing Claims to and opposing forfeiture of the property.

3. On September 18, 2025, over 40 of the Claimants entered into and filed a stipulation (and proposed order) with Plaintiff to extend and align those Claimants' deadlines to file either an answer to the complaint or a motion to dismiss the complaint, citing efficiency and organization, and allowing time to pursue a stipulated resolution, and asking for a new deadline of October 13, 2025 for answers or motions to dismiss. Doc 191.

4. On September 29, 2025, the Court approved the stipulation by signing the proposed order. Doc. 218.

5. During this time, the stipulating Claimants proposed a general framework toward a stipulated resolution which Plaintiff is evaluating. The recent Government shutdown has affected Plaintiff's counsel in this matter. Said Claimants and Plaintiff believe allowing more time to pursue a stipulated resolution may be beneficial, and now ask for an additional extension of 30 days for certain Claimants to file their answer/motion to dismiss.

6. It is noted that four more Claimants join this stipulation - three initially entered the case pro se but have, since the first stipulation, obtained representation by attorney Daniel Smith's firm, who already represented many of the stipulating claimants (*ee* Doc. 216-217, 234); and the other, Hjalmar Peters represented by Alexandria Jean Smith, joined in the talks and proposal and now joins this stipulation in service of efficiency and reduced filings.

7. Therefore, the above identified stipulating parties request that the Court enter an order extending the deadline within which Claimants # 1-46, above, may serve and file an answer to the complaint or a motion under Rule 12, to November 12, 2025.

Respectfully Submitted,

Date: October 7, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104

Telephone:   (415) 946-8996
E-mail:      edward@michaelburchlaw.com

/s/*Leslie Sammis*
LESLIE SAMMIS
Sammis Law Firm, P.A. 1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smith*
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Certain Claimants
1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10. MARIO CASAR
11. ZACHARY GLYNN.
12. DANIEL GROVES
13. OLEKSANDR HARSHYN
14. BRANDON JUREWICZ
15. WEIBIN LAM
16. BRADLEY MARION
17. MAXIMILIAN PARUSEL
18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN.
24. KAZJIN YASIN SALIH

4

      25. BENJAMIN JAMES MORAN
      26. PAUL RHODES
      27. ALDIS RIGERTS
      28. ERIC SANDRI
      29. NIKOS VERSCHORE

Date: October 7, 2025

      /s/ *Daniel M. Smith*
      Daniel Martin Smith, Esq. (Pro Hac Vice)
      585 Third Avenue
      Chula Vista CA 91910
      Telephone: (619) 233-6900
      dsmith@sandiegodefenders.com

Attorney for Certain Claimants
      30.    SARAH WINTERS
      31.    RICHARD LEWIS PETERSON
      32.    CHANGJIE LIU
      33.    THOMAS SCHMIDT
      34.    THOMAS WEST
      35.    TIM ALFONS MARIA WITHAG
      36.    JOHN JAIRO CORREA
      37.    PAUL CAPLING
      38.    CHRISTOPHER ALLAN CALLEJO
      39.    PATRICK WAUTHIER
      40.    TIMOFEY FEDOTOV
      41.    MARTIN HORAK
      42.    RAYMOND SCHETTINI
      43.    BJORN ERIK MOL
      44.    YAACOV ISRAEL BAR HANIN
      45.    MOHAMED PARVEZ NOORANI

Date: October 7, 2025

      s/*Alexandria Jean Smith*
      Alexandria Jean Smith
      Greenstein, Delorme, and Lucas, PC
      801 17th Street NW, Suite 1000
      Washington, DC 20006

      Attorney for
      46.    HJALMAR PETERS

Dated: October 7, 2025

                               Jeanine Ferris Pirro
                               United States Attorney
                               District of Columbia

                               /s/ *Joshua Sohn*
                               By: JOSHUA SOHN
                               Trial Attorney, Money Laundering and Asset
                               Recovery Section, Criminal Division, U.S.
                               Department of Justice

                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA

Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimants to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to November 12, 2025.

So ORDERED.

Date: October 10, 2025

                               _____
                               CARL J. NICHOLS
                               United States District Judge