UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Case No. 1:25—cv—02085-CJN

UNITED STATES OF AMERICA
        Plaintiff,

vs.

ALL VIRTUAL CURRENCY HELD IN THE BTC—E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
        Defendants in rem.

I, John Weber, hereby submit this verified claim for the above-listed property seized by the United States in connection with the above-captioned case under Supplemental Rule G(5) for Admiralty or Maritime Claims and Asset Forfeiture Actions.

I assert an ownership and/or possessory interest in the seized assets. My interest arises from BTC-e processed transactions involving funds stolen from the Mt.Gox exchange between 2011 and 2014. BTC-e processed over 300,000 bitcoin of these proceeds, which were sent and held at three separate but linked BTC-e accounts. BTC-e failed to conduct any due diligence on the transactions or on the accounts in which the stolen bitcoin were held. Moreover, BTC-e failed to file any SARs on these transactions even after the thefts were publicly reported in the media. Pursuant to 18 U.S.C. § 983(a)(2), I request that judicial forfeiture proceedings be commenced regarding my claimed assets.

I maintained an account on Mt. Gox identified by the account number **M52752286X,** creditor account number **Z1-101071** holding approximately **[15.f099BTC]** as verified by the attached account statements. Note **2.5025 BTC** were recovered and distributed to me by the Trustee, Nobuaki Kobayashi.

I am not represented by counsel and submit this claim pro se.

Declaration

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 22nd day of August, 2025.

Signature: _____
Printed Name: ___John Weber___

John Weber
2404 Annacella Ave
Kissimmee, FL 34741
321 222-8802
Jwebs1122@gmail.com

**RECEIVED**
OCT 10 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia