UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> v. <br><br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN. <br> Defendants *in rem*. | § <br> § <br> § <br> § Case No. 1:25-CV-02085 <br> § <br> § <br> § <br> § <br> § <br> § |

## STIPULATION AND [PROPOSED ORDER] EXTENDING DEADLINE FOR ANDERSON THOMAS TO RESPOND TO THE COMPLAINT

Claimant Anderson Thomas ("Claimant") and the United States of America ("Plaintiff"), by and through their respective undersigned counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Claimant submitted his Verified Claim in the proceeding on October 1, 2025 (ECF No. 227);

WHEREAS, Plaintiff consents to an extension of the deadline for Claimant to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, Claimant seeks this additional time to explore a consensual resolution of this matter.

Accordingly, it is hereby stipulated and agreed that:

1) The time by which Claimant may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to November 4, 2025.

2) All rights, claims and defenses are reserved.

Dated October 15, 2025

MARGARET A. MOESER CHIEF MONEY
LAUNDERING & ASSET RECOVERY
SECTION

| | |
|---|---|
| */s/ Joshua Sohn* | */s/ Amanda J. Skillern* |
| JOSHUA SOHN | Amanda J. Skillern (PRO HAC VICE) |
| Trial Attorney, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice | Law Office of Amanda Skillern, PLLC |
| | 405 Main St., Ste 910 |
| | Houston, Texas 77002 |
| 1400 New York Avenue NW | Office: (346) 291-0432 |
| Washington, DC 20005 | Email: amanda@amandaskillernlaw.com |
| Telephone: (202) 353-2223 | TX State Bar No. 24056773 |
| joshua.sohn@usdoj.gov | |
| | *Counsel for Claimant Anderson Thomas* |
| *Attorney for Plaintiff* | |
| *UNITED STATES OF AMERICA* | |

SO ORDERED ___ DAY OF _____, 2025

_____
HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE