# MOTION FOR LEAVE TO FILE VERIFIED CLAIM OUT OF TIME

**Claimant:** Armen Karapetian
Phone/WhatsApp: +380954348575
Email: armen0954348575@gmail.com
Address: 14 Yuriya Popravky St., Apt. 68, Kyiv, Ukraine, Postal Code 02094

**NOW COMES** the undersigned claimant, **Armen Karapetian**, respectfully requesting that this Honorable Court grant **leave to file his Verified Claim out of time** pursuant to **Supplemental Rule G(5)(a)(ii)(B)** of the Federal Rules of Civil Procedure, and in support thereof states the following:

1. **Background.**
   The claimant is a former customer of the BTC-e cryptocurrency exchange, where he maintained an account registered under the login **Armen0954348575**, created on **July 10, 2017**.
   As of **July 25, 2017**, this account held approximately **4.9755 BTC, 272.953 LTC, 16.892 ETH, and 4.9755 BCH**, which were lawfully acquired digital assets belonging solely to the claimant.

2. **Reason for Late Filing.**
   The claimant's failure to timely file this Verified Claim was due to **extraordinary and uncontrollable circumstances**.
   In **August 2025**, the claimant was **hospitalized in the Zaporozhye Regional Clinical Hospital** in Ukraine and underwent treatment, as evidenced by the attached **medical discharge document (Exhibit B)**.
   Furthermore, the claimant resides in a region that has been **directly affected by ongoing military conflict**, resulting in communication disruptions, limited internet access, and severe personal and financial hardship.

These circumstances made it **objectively impossible** to prepare and file the claim by the standard deadline.
The delay is therefore **neither intentional nor prejudicial**, but the result of documented humanitarian and medical factors beyond the claimant's control.

3. **Good Faith and Meritorious Claim.**
   The claimant brings this motion in **good faith** and with the intent to assert a **valid ownership interest** in the digital assets described in his Verified Claim.
   He is the sole lawful owner of these assets and has provided documentary evidence (Exhibit A) confirming the balances as of the date of the BTC-e shutdown.
   The claimant respectfully submits that justice and fairness require allowing this filing despite the elapsed time.

4. **Prejudice.**
   The United States will **not suffer any prejudice** if this motion is granted.
   No adjudication has yet been made concerning the claimant's specific assets, and the government retains possession of the disputed property.
   Allowing the claim to proceed merely ensures that the rightful owner's interests are heard.

5. **Relief Requested.**
   For the foregoing reasons, the claimant respectfully requests that this Honorable Court:
   a. **Grant leave to file the Verified Claim out of time**;



**RECEIVED**
OCT 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

      b. Accept the Verified Claim and Statement of Facts submitted concurrently herewith;
      c. Grant such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

Date: **October 16, 2025**
Place: **Kyiv, Ukraine**

**Armen Karapetian**
Phone/WhatsApp: +380954348575
Email: armen0954348575@gmail.com
Address: 14 Yuriya Popravky St., Apt. 68,
Kyiv, Ukraine, Postal Code 02094