UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
    Plaintiff,

v.                                              Case No. 1:25-cv-02085 (CJN)

All Virtual Currency Held in the BTC-e
Operating Wallets as of July 25, 2017,
and Other Assets,

    Defendants in rem.

## VERIFIED CLAIM OF ARMEN KARAPETIAN

1. **Claimant.**
   My name is **Armen Karapetian** (Passport/ID: [number to be provided]).
   I can be contacted at:
   Phone/WhatsApp: **+380954348575**
   Email: **armen0954348575@gmail.com**
   Current residence: **Kyiv, Ukraine, 14 Yuriya Popravky St., Apt. 68, Postal Code 02094.**

2. **Property Claimed.**
   I assert a claim to the defendant property described in the caption above, including, without limitation, the digital assets associated with my **BTC-e exchange account** registered under the login **Armen0954348575**, which as of **July 25, 2017** reflected approximately the following balances (see Exhibit A):
   • 4.9755 BTC
   • 272.953 LTC
   • 16.892 ETH
   • 4.9755 BCH

3. **Nature of Interest.**
   I am the sole and lawful owner of the above-described property and have a colorable legal interest sufficient to contest the forfeiture within the meaning of Supplemental Rule G(5)(a) and 18 U.S.C. § 983.

4. **Facts Supporting Ownership.**
   Prior to July 2017, I held and traded Bitcoin, Ethereum, and other digital assets on BTC-e using the account registered to the login **Armen0954348575**.
   The funds in this account were my personal savings and proceeds of lawful trading activity. I have never used BTC-e for any illegal purpose, including money laundering, sanctions evasion, or other prohibited transactions.
   See Statement of Facts and Exhibit A.

5. **Claim.**
   Pursuant to Supplemental Rule G(5)(a), I hereby file this Verified Claim to contest the forfeiture of the defendant property and respectfully request that the Court adjudicate my rights.



**RECEIVED**
OCT 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

6. **Service.**
   I will serve this Verified Claim on the government's counsel of record in this action as listed on the docket, by ECF and/or certified mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
(See 28 U.S.C. § 1746.)

Date: **October 16, 2025**
Place: **Kyiv, Ukraine**


**Armen Karapetian**
Phone/WhatsApp: +380954348575
Email: armen0954348575@gmail.com
Address: 14 Yuriya Popravky St., Apt. 68,
Kyiv, Ukraine, Postal Code 02094