STATEMENT OF FACTS
BTC-e Civil Forfeiture Case
**United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017**
Case No. **1:25-cv-02085 (CJN)**

**Claimant:** Armen Karapetian
**Passport/ID:** [number to be provided]
**Phone/WhatsApp:** +380954348575
**Email:** armen0954348575@gmail.com
**Current Residence:** Kyiv, Ukraine, 14 Yuriya Popravky St., Apt. 68, Postal Code 02094

I am a former customer of the cryptocurrency exchange **BTC-e**, where I opened and used an account under the login **Armen0954348575** on **July 10, 2017**.

As of **July 25, 2017**, my BTC-e account balance included the following cryptocurrency holdings (see Exhibit A):

- 4.9755 BTC
- 272.953 LTC
- 16.892 ETH
- 4.9755 BCH

These digital assets were accumulated as a result of lawful trading and personal savings. I never used BTC-e for any unlawful activities, such as money laundering, sanctions evasion, or other prohibited purposes.

Following the shutdown of BTC-e and subsequent U.S. government forfeiture actions, I lost access to my funds. My account was verified and legitimate, and I remained the sole owner of the assets listed above.

The attached screenshot (Exhibit A) confirms my continuous ownership and the exact balances that existed in my BTC-e account as of July 25, 2017, the date of the platform's seizure.

I respectfully submit this **Statement of Facts** in support of my **Verified Claim** for the seized BTC-e assets. The evidence provided demonstrates that these assets were lawfully obtained and belong to me as an individual investor and user of the BTC-e platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: **October 16, 2025**
Place: **Kyiv, Ukraine**

**Armen Karapetian**
Phone/WhatsApp: +380954348575
Email: armen0954348575@gmail.com
Address: 14 Yuriya Popravky St., Apt. 68,
Kyiv, Ukraine, Postal Code 02094