🔒 **btc-e.nz**

|  | 0.5263 USD | 4.9755 BTC |
|---|---|---|

Токены    Новости

## Финансы

Сумма балансов аккаунта: **~1 USD** Как считалось?    Комиссии

**BTC**
Баланс: **4.97553962** BTC
Токены: **0** BTCET          Пополнить | Вывести

**LTC**
Баланс: **272.95300002** LTC
Токены: **0** LTCET          Пополнить | Вывести

**NMC**
Баланс: **0** NMC
Токены: **0** NMCET          Пополнить | Вывести

**NVC**
Баланс: **0** NVC
Токены: **0** NVCET          Пополнить | Вывести

**PPC**
Баланс: **0** PPC
Токены: **0** PPCET          Пополнить | Вывести

**DSH**
Баланс: **0** DSH
Токены: **0** DSHET          Пополнить | Вывести

**ETH**
Баланс: **16.89200004** ETH
Токены: **0** ETHET          Пополнить | Вывести

**BCH**
Баланс: **4.97553962** BCH
Токены: **0** BCHET          Пополнить | Вывести

**USD**
Баланс: **0.52632264** USD
Токены: **0** USDET          Пополнить | Вывести

**RUR**
Баланс: **0** RUR
Токены: **0** RURET          Пополнить | Вывести

**EUR**
Баланс: **0** EUR
Токены: **0** EURET          Пополнить | Вывести

**BTC-E CODE**          Redeem

**История транзакций**          История

BTC-e.com. All rights reserved.
Push API