| | |
|---|---|
| Міністерство охорони здоров'я України<br>КНП "Запорізька обласна клінічна лікарня" ЗОР<br>Запорізької обласної Ради<br>м. Запоріжжя, вул. Оріхівське шосе 10. 69600<br>Код за ЄДРПОУ № 02006716 | Медична документація<br>Форма первинної облікової документації<br>№ 027/о<br>ЗАТВЕРДЖЕНО<br>Наказ МОЗ України<br>14 лютого 2012 року  № 110 |

*[Печатка: КОМУНАЛЬНЕ НЕКОМЕРЦІЙНЕ ПІДПРИЄМСТВО "ЗАПОРІЗЬКА ОБЛАСНА КЛІНІЧНА ЛІКАРНЯ" ЗАПОРІЗЬКОЇ ОБЛАСНОЇ РАДИ, 69600, м.Запоріжжя, Оріхівське шосе 10]*

## ВИПИСКА
із медичної карти стаціонарного хворого № 21161
неврологічного відділення № 1

1. Прізвище, ім'я, по батькові хворого: __Карапетян Армен Мартінович__
2. Дата народження: __27.02.1980__
   (число, місяць, рік)
3. Місце проживання хворого: __Україна, Київ, вул. Юрія Поправки, буд. 14, кв. 71__
4. Місце роботи: __ФОП__
5. Дати:
   надходження у стаціонарі                                                                                    19.08.2025
   виписки                                                                                                                  26.08.2025

**ДІАГНОЗ:** Остеохондроз хребта з переважним ураженням ПКВХ.ДДУ ПКВХ,медіанна кила L4-L5 та медіанно-парамедіанна кила L5-S1 з каудальною міграцією,ознаками локального перифокального епідуриту та сформованим анкілозом на тлі стнозу с/м каналу.Ретролістез тіла L4 на 7мм.Вертеберогенна білатеральна

люмбоішіалгія з білатеральною радикулопатією L5-S1,сенсорні-алгічні порушення,помірний парез нижніх кінцівок,виражений больовий та м'язово-тонічний с-ми,статико-динамічні порушення хребта,хронічно-рецидивуючий перебіг,стадія загострення. Дисциркуляторна енцефалопатія І змішаного генезу(переважно гіпертонічного),легкий цефалгічний та вестибуло-атактичний с-ми,астено-невротичний с-м.

**СКАРГИ:**
виражений біль в ПКВХ з іррадіацією в нижні кінцівки,що посилюється при фізичних навантаженнях та рухах в хребті;відчуття оніміння та слабкості в нижніх кінцівках,більше в стопах;судоми в ногах;неможливість тривало перебувати  в одному положенні;зниження толерантності до фізичних навантажень;порушення ходи;періодичні дифузні головні болі з відчуттям тиску на очні яблука,епізодичне підвищення АТ;зниження концентрації та уваги..

**АНАМНЕЗ ХВОРОБИ:**
Зі слів вертеброгенна симптоматики турбує багато років.Погіршення стану останні декілька років у вигляді зростання больового с-му та розвитку слабкості в нижніх кінцівках.Перебував на стаціонарному лікуванні за місцем проживання з тимчасовим позитивним ефектом.Останнє загострення близько тижня тому,що пов'язує надмірними фізичними навантаженнями(піднімав важкі речі в побуті).Звернувся на консультацію до невролога.Після консультативного прийому вирішено питання про госпіталізацію до неврологічного відділення для подальшого дообстеження та лікування.

**СТРАХОВИЙ АНАМНЕЗ:**
терміни тимчасової непрацездатності за поточні 12 місяців

Група інвалідності:

**АНАМНЕЗ ЖИТТЯ:**
Туберкульоз: заперечує. Вен. Захворювання: заперечує. Вір. Гепатит: заперечує. Цукровий діабет: заперечує. Алергічні реакції: заперечує. Операції: варикоцеле(1993). Травми: ЗЧМТ(1999). Супутні захворювання: ГХ.

**ОБ'ЄКТИВНО:**
Зріст _____см. Маса тіла _____кг.Температура тіла __36,6__ С. АТ __140/90__ мм. рт. ст.
ЧСС __80__ за хв. ЧДР __15__ за хв.
Будова тіла: нормостенічна. Харчування: задовільне. Шкірні покриви та видимі слизові: чисті. Периферичні набряки: відсутні. Периферичні лімфовузли: не збільшені. Діяльність серця: ритмічна. Тони серця: ясні. Дихання: везикулярне. Хрипи: відсутні. Фізіологічні оправлення: в нормі.

**НЕВРОЛОГІЧНИЙ СТАТУС:**
Положення хворого: активне. Свідомість: ясна. Орієнтація у просторі, часі, особистості: не

...ЛЬТАЦІЇ ІНШИХ СПЕЦІАЛІСТІВ

...янутий/Оглянута зав. неврологічним відділенням №1 к.м.н. Через А.М.: Д/з та лікування узгоджені.

**ЛІКУВАННЯ:** еуфілін 5,0+спазмагон 5,0+ксефокам 8мг+дексаметазон 4мг в/в крап,пентоксифілін 5,0 в/в крап,нейродар 1г в/в стр,тамбро 3,0 в/м,флего 1стік вранці,Прегамма 75мг 1к о 19:00,тіонекс 2,0 в/м,параплексин 1,5% 1,0 в/м

**ДИНАМІКА СКАРГ:** На фоні лікування стан пацієнта з деякою позитивною динамікою:дещо зменшився больовий с-м в ПКВХ з незначним покращенням вертебродинаміки.

**РЕКОМЕНДОВАНО:** внести вручну
Динамічний нагляд невролога за місцем проживання.
Обмеження вісьового та ударно-компресійного навантаження.
Корсетуванням напівжорстким корсетом при вертикалізації.
Курси реабілітаційного лікування.
Апліктор Ляпко при м'язовому напруженні.
фламідез 1т х 2р/д- 10 днів
омепразол 20мг вранці - 10 днів
нейродар 500мг 1т х 2р/д - 1місяць
флего 1 стік вранці -1 місяць
Прегамма 75мг 1к х 2р/д - 1місяць
міорикс 15мг 1т о 18:00 - 14 днів
нейромедін 1т х 3р/д -1 місяць

Л/листок **потрібен:**
с С _____ № 1111-4ХМАз  19.08.2025 по 26.08.2025 до праці 27.08.2025
         -7МС6-М
         М5Е

Лікуючий лікар                                                           Ковзелев В. В.
Зав. відділенням                                                         к. мед. н. Черкез А.М.



порушена. Емоційно-вольова сфера: норма. Пам'ять: знижена на поточні події. Мислення: абстрактно-логічне. Критика до свого стану: збережена. Мова: не порушена. Очні щілини: D=S. Зіниці: D=S. Реакція зіниць на світло: жива. Рухи OD, OS: в повному обсязі. Лицьовий нерв: норма. Слух AD: норма. Слух AS: норма. Ністагм: ністагму немає. Запаморочення: несистемне. Язик: по середній лінії. Хода: паретична, анталгічна. Активні рухи в кінцівках: в повному обсязі. Мязова сила: помірний парез обох стоп переважно за рахунок екстензорів. Глибокі рефлекси: з в/к Д=С,живі;з н/к колінні торпідні,ахілові білатерально абс М'язовий тонус: дифузно знижений в н/к. Чутливість: білатеральна гіпестезія по дерматомам L5-S1. Координація рухів: в п. Ромберга не стійкий, хиткість. ПНП: норма. КПП: дисметрія справа, дисметрія зліва. Менінгеальні знаки: немає. Вертебральні деформації: сплощення поперекового лордозу,правобічний С-подібний сколіоз;болючість при пальпації ПВТ в ПКВХ. Вертебродинаміка: обмежені рухи в поперековому відділі хребта уперед, назад, вправо, вліво. Міофіксація: локально-вертебральна. Симптоми натяжіння: с-м Ласега зправа під кутом 60,° с-м Ласега зліва під кутом 60,° с-м Мацкевича зправа, с-м Мацкевича зліва.

ОБСТЕЖЕННЯ:
05.12.2025 ЕНМГ н/к.Висновок:ЕНМГ ознаки часткового ураження моторних корінців рівня L5 з двох сторін з помірним зниженням фунції(скоротливої здатності) коротких розгиначів пальців стоп.На цьому фоні має місце залучення сенсорних корінців рівня S1 з двох сторін.
29.11.2024 МРТ ПКВХ.Висновок:МР ознаки виражених дегенеративно-дистрофічних змін попереково-крижового відділу хребта,прояви остеохондрозу,анкіолозуючого спондилоартрозу,нестабільність в сегменті L4 у вигляді прогресуючого ретролістезу.Кила диску L5-S1 з явищами перифокального епідуриту та сформованих анкілозом,кісти Тарлова на рівні S1.Кила диску L4-L5.Спондилоартроз на рівні L2-S1 хребців,спондильоз на рівні L5-S1.Вторинний виражений стеноз с/м каналу на рівні L4-S1.Порушення статики у вигляді сплощення поперекового лордозу,правобічний,С-подібний сколіоз.
22.08.2025 ЕНМГ н/к.Висновок:під час стимуляційно ЕНМГ нижніх кінцівок виявлено ознаки вираженого аксонального ураження рухових корінцевої системи рівня L4,L5,S1 з двох сторін із залученням обох малогомілкових нервів(зниження моторних показників з обох m.Extensor digitorum brevis праворуч до - 81%,зліва до 75,2%).Ознаки вторинної помірно вираженої аксонопатії обох великогомілкових нервів.Сенсорні відповіді в межах норми.
21.08.2025 МРТ ПКВХ.Висновок:МР-ознаки виражених дегенеративно-дистрофічних змін поперекового відділу хребта(остеохондроз,спондильоз,анкілозуючий спондилоартроз).Нестабільності L4 за рахунок прогресуючого ретролістезу.Медіанної екструзії L4-L5 з ознаками компресії дурального мішка та стенозом с/м каналу,медіанно-парамедіанної екструзії L5-S1 з каудальною міграцією,ознаками локального перифокального епідуриту та сформованим анкілозом на тлі стенозу с/м каналу,кіст Тарлова на рівні S1.Порушення статики з ознаки випрямлення лордозу та правобічним С-подібним сколіозом.

| | Серологічне дослідження крові на сифіліс: |
|---|---|
| 18.08.2025 | Розгорнутий аналіз крові на аналізаторі Micros-60: еритроцити - 5,03; гемоглобін - 158; гематокрит - 45,8; середній об'єм еритроцита - 91,1; середній вміст Hb в еритроциті - 31,4; середня концентрація Hb в еритроциті - 345; Підрахунок лейкоцитарної формули: Оцінка морфології еритроцитів: Ознаки нормальної регенерації еритропоезу: Ознаки патологічної регенерації еритропоезу: Оцінка морфології тромбоцитів: відносна ширин розподілення еритроцитів за об'ємом, коефіцієнт варіації - 12,4; стандартне відхилення ширини розподілення еритроцитів за об'ємом - 40,9; Параметри лейкоцитів: загальна кількість лейкоцитів - 6,80; абсолютна кількість нейтрофілів - 4,30; відсоток нейтрофіл - 63,3; абсолютна кількість еозинофілів - 0,14; відсоток еозинофілів - 2,0; абсолютна кількість базофілів - 0,05; відсоток базофілів - 0,8; абсолютна кількість незрілих гранулоцитарних клітин - 0,04; відсоток незрілих гранулоцитарних клітин : - 0,6; абсолютна кількість лімфоцитів - 1,92; відсоток лімфоцитів - 28,2; абсолютна кількіст моноцитів - 0,39; відсоток моноцитів - 5,7; Параметри тромбоцитів: кількість тромбоцитів - 184; середній об'єм тромбоцитів - 10,5; ширина розподілу тромбоцитів - 17,0; тромбокрит - 0,194; |
| 18.08.2025 | Біохімічний аналіз крові: Глюкоза - 6,07 *; Сечовина - 7,91 *; Креатинін - 75,8 *; Білірубін загальний - 15,12; Білірубін прямий - 3,31; Аспартатамінотрансфераза - 21,6; Аланінамінготрансфераза - 25,7; |