Exhibit B-1

## Certified English Translation of Medical Discharge Summary

(Zaporizhzhia Regional Clinical Hospital, Ukraine)

**Patient:** Armen Karapetian, male, born 1980
**Hospitalization period:** 19 August 2025 – 26 August 2025
**Department:** Neurological Department

**Summary of Medical Record:**
The patient was admitted to the Neurological Department of Zaporizhzhia Regional Clinical Hospital on 19 August 2025 with neurological complaints consistent with acute cervical and musculoskeletal pain syndrome. Upon admission, clinical examination and instrumental testing were performed. The patient underwent a course of medication therapy, physiotherapy, and symptomatic treatment aimed at pain relief and stabilization of neurological function.
During the hospital stay, the patient's condition improved steadily, with a marked reduction in pain symptoms and restoration of mobility. No complications were observed.
The patient was discharged on 26 August 2025 in a satisfactory condition and was advised to continue outpatient care under the supervision of a neurologist at his place of residence. Recommended further treatment includes non-steroidal anti-inflammatory therapy, vitamin support, and physiotherapeutic exercises to prevent recurrence.

**Diagnosis (on discharge):** Neurological pain syndrome (cervical region), acute episode, stabilized.
**Attending Physician:** [Signature and Seal noted on original document]
**Institution:** Zaporizhzhia Regional Clinical Hospital, Ukraine

**Certification of Translation**
I certify that this is a true and accurate translation of the original document issued in Ukrainian language.
Date: October 16, 2025
Place: Kyiv, Ukraine

_____
**Certified Translator**