UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE<br>BTC-E OPERATING WALLETS AS OF JULY<br>25, 2017, AND OTHER ASSETS FURTHER<br>DESCRIBED HEREIN.<br>　　　　Defendants *in rem*. | §<br>§<br>§<br>§　Civil Action No. 1:25-cv-02085 (CJN)<br>§<br>§<br>§<br>§<br>§ |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR ANDERSON THOMAS TO RESPOND TO THE COMPLAINT**

Claimant Anderson Thomas ("Claimant") and the United States of America ("Plaintiff"), by and through their respective undersigned counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Claimant submitted his Verified Claim in the proceeding on October 1, 2025 (ECF No. 227);

WHEREAS, Plaintiff consents to an extension of the deadline for Claimant to answer, move or otherwise respond to Plaintiff's Complaint;

WHEREAS, Claimant seeks this additional time to explore a consensual resolution of this matter.

Accordingly, it is hereby stipulated and agreed that:

1) The time by which Claimant may answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to November 4, 2025.

2) All rights, claims and defenses are reserved.

Dated October 15, 2025

MARGARET A. MOESER CHIEF MONEY LAUNDERING & ASSET RECOVERY SECTION

| | |
|---|---|
| */s/ Joshua Sohn* <br> JOSHUA SOHN <br> Trial Attorney, Money Laundering and Asset Recovery Section, Criminal Division, U.S. Department of Justice <br> 1400 New York Avenue NW <br> Washington, DC 20005 <br> Telephone: (202) 353-2223 <br> joshua.sohn@usdoj.gov <br><br> *Attorney for Plaintiff* <br> UNITED STATES OF AMERICA | */s/ Amanda J. Skillern* <br> Amanda J. Skillern (PRO HAC VICE) <br> Law Office of Amanda Skillern, PLLC <br> 405 Main St., Ste 910 <br> Houston, Texas 77002 <br> Office: (346) 291-0432 <br> Email: amanda@amandaskillernlaw.com <br> TX State Bar No. 24056773 <br><br> *Counsel for Claimant Anderson Thomas* |

Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimant to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to November 4, 2025.

So ORDERED.

Date: October 20, 2025

_____
CARL J. NICHOLS
United States District Judge