UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Defendants *in rem*.

Case No. **1:25-cv-02085-CJN**
Hon. **Carl J. Nichols**

# MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM
## (Fed. R. Civ. P. 6(b)(1)(B))

Claimant **Radomír Polách**, *pro se*, moves for leave to file the accompanying Verified Claim out of time. Good cause exists and the delay is the product of excusable neglect under Rule 6(b)(1)(B) and the *Pioneer* factors (reason for delay, length of delay, prejudice, good faith). In support:

1. Claimant is an overseas former BTC-e user who did not receive direct notice of this civil forfeiture action under Supplemental Rule G(4)(b) and only recently learned of the case and claim-filing requirements.

2. Upon learning of the case, Claimant acted diligently to prepare and file this motion and claim.

3. Allowing this late filing will not prejudice the United States; adjudication on the merits is favored.

4. Denial would severely prejudice Claimant by permanently extinguishing a colorable innocent-owner property interest despite Claimant's good faith and lack of willfulness.

For these reasons and those in the accompanying Declaration, the Court should grant leave and accept the Verified Claim as filed *nunc pro tunc*.

Dated: 2 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se

## DECLARATION OF RADOMÍR POLÁCH IN SUPPORT OF MOTION FOR LEAVE

I, **Radomír Polách (a/k/a Radomir Polach)**, declare:

1. I am the claimant in Case No. 1:25-cv-02085-CJN. I maintained a BTC-e account prior to July 2017.

2. I did not receive direct notice of this forfeiture case. I reside in **Šternberk, Czech Republic**, and my contact details changed following BTC-e's shutdown. Communications from BTC-e/WEX were irregular; I only recently learned of the present case and claim requirements.

3. I prepared this motion and the Verified Claim promptly after discovering the case.

4. I am an innocent owner: I used BTC-e solely as an exchange for lawful investment.

5. I claim only the unrecovered balances: **0.96850922 BTC; 156.95161535 LTC; 0.96850923 BCH**.

6. I respectfully request the Court to accept my late claim; the United States is not prejudiced, whereas denial would be highly prejudicial to me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se

## CERTIFICATE OF SERVICE

I certify that on **2 October 2025**, I served the foregoing *Verified Claim, Motion for Leave to File Late Verified Claim, Declaration,* and *[Proposed] Order* by certified international mail and, as a courtesy, by email (where listed) upon the following counsel for the United States:

- **Catherine Pelker**, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530; catherine.pelker@usdoj.gov.

- **Jonas Blomberg Lerman**, U.S. Attorney's Office for D.C., 1301 New York Ave NW, Suite 600, Washington, DC 20005; jonas.lerman@usdoj.gov.

- **Joshua Lee Sohn**, DOJ – Money Laundering and Asset Recovery Section (MLARS), 1400 New York Ave NW, Washington, DC 20530; joshua.sohn@usdoj.gov.

In addition, I caused a courtesy copy to be served on the Civil Process Clerk:

- **Civil Process Clerk**, U.S. Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530.

Dated: 2 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se
**Address:** Babická 2534/15 C, 785 01 Šternberk, Czech Republic
**Email:** mail@radomirpolach.cz   **Phone:** +420 606 182 741

## CERTIFICATE OF SERVICE

I certify that on **2 October 2025**, I served the foregoing *Verified Claim, Motion for Leave to File Late Verified Claim, Declaration,* and *[Proposed] Order* by certified international mail and, as a courtesy, by email (where listed) upon the following counsel for the United States:

- **Catherine Pelker**, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530; `catherine.pelker@usdoj.gov`.

- **Jonas Blomberg Lerman**, U.S. Attorney's Office for D.C., 1301 New York Ave NW, Suite 600, Washington, DC 20005; `jonas.lerman@usdoj.gov`.

- **Joshua Lee Sohn**, DOJ – Money Laundering and Asset Recovery Section (MLARS), 1400 New York Ave NW, Washington, DC 20530; `joshua.sohn@usdoj.gov`.

In addition, I caused a courtesy copy to be served on the Civil Process Clerk:

- **Civil Process Clerk**, U.S. Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530.

Dated: 2 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se

**Address:** Babická 2534/15 C, 785 01 Šternberk, Czech Republic
**Email:** mail@radomirpolach.cz     **Phone:** +420 606 182 741

Clerk of Court
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, No. 1:25-cv-02085-CJN

Dear Clerk:

Enclosed for filing are the following signed documents from pro se claimant **Radomír Polách**: (1) Verified Claim; (2) Motion for Leave to File Late Verified Claim; (3) Declaration with Exhibits and [Proposed] Order; (4) Certificate of Service; and (5) (optional) Motion for CM/ECF Access. Kindly file these in the above-captioned case. I certify compliance with Fed. R. Civ. P. 5.2 redaction requirements.

Please return a file-stamped copy in the enclosed self-addressed envelope if possible. Thank you.

Respectfully,

**Radomír Polách**
Babická 2534/15 C
785 01 Šternberk
Czech Republic
mail@radomirpolach.cz    +420 606 182 741

Dated: 2 October 2025

RECEIVED
Mailroom
OCT 14 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia