UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Defendants *in rem*.

Case No. **1:25-cv-02085-CJN**
Hon. **Carl J. Nichols**

# VERIFIED CLAIM OF RADOMÍR POLÁCH (a/k/a RADOMIR POLACH)

Pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant **Radomír Polách** (also known as **Radomir Polach**), appearing *pro se*, submits this Verified Claim asserting a legally cognizable ownership and possessory interest in certain virtual currency seized or otherwise restrained in the above-captioned matter.

**1. Claimant.** Claimant is an individual residing at **Babická 2534/15 C, 785 01 Šternberk, Czech Republic**; email: **mail@radomirpolach.cz**; phone: **+420 606 182 741**.

**2. Property Claimed.** Claimant asserts ownership of the following specific virtual currency amounts that were held for Claimant's benefit within Claimant's BTC-e account at the time of the government's July 2017 seizure and remain unrecovered by Claimant:

- Bitcoin (BTC): **0.96850922**

- Litecoin (LTC): **156.95161535**

- Bitcoin Cash (BCH): **0.96850923**

**3. Interest.** Claimant is the lawful **owner** of the above amounts. The funds were lawfully acquired and deposited on the BTC-e exchange for personal investment and trading. Claimant maintained dominion and control over these balances and had no involvement in or knowledge of any unlawful activity by BTC-e or its operators.

**4. Identification of the Property.** Claimant's interest is evidenced by exchange account identifiers, balance records, deposit transaction hashes, and contemporaneous correspondence/screenshots, which Claimant can produce to the United States and to the Court upon request.

RECEIVED
Mailroom

OCT 14 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**5. Relief Sought.** Claimant seeks (a) return of the **specific property** (the crypto amounts stated above); or (b) **in the alternative**, to the extent the defendant res has been liquidated, commingled, or otherwise disposed of, **the traceable proceeds (including accrued earnings/interest) or other substitute res, up to the current fair market value at the time of judgment as permitted by law**.

**6. Reservation.** Nothing herein waives Claimant's rights (including innocent-owner defenses under 18 U.S.C. § 983(d)) or remedies in equity or at law.

**Verification Under 28 U.S.C. § 1746**

I, **Radomír Polách (a/k/a Radomir Polach)**, declare under penalty of perjury that I am the Claimant identified above, that I have read this Verified Claim, and that the statements herein are true and correct to the best of my knowledge, information, and belief.

Dated: 2 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se