## EXHIBIT INDEX

1. **Exhibit A** – BTC-e account balance screenshot(s) (showing BTC 0.96850922; LTC 156.95161535; BCH 0.96850923).

2. **Exhibit B** – BTC-e deposit address screenshot(s).

3. **Exhibit C** – Bank/credit-card statements (redacted) showing purchase/wire funding for the crypto deposited to BTC-e.

**WEX**

Last: **8101 USD** -0.64% Low: **7820 USD** High: **8299.999 USD**
Volume: **66 BTC / 690443 USD** Server Time: **21.11.18 04:59**

exander msg (0) | notif (0)
Profile | Finances | Security | Logout

0.0001 USD          0 BTC

| Trade | Tokens | Bitcoin Betting | News | Support |

**Funds**

Total sum of account balances: ~**7727 USD** How it's calculated?

☑ Hide zero balances          Fees

**BTC**
Balance: **0.00000007** BTC
Tokens: **0.96850922** BTCET

Deposit    Withdraw    Trade

**LTC**
Balance: **0.00000008** LTC
Tokens: **156.95161535** LTCET

Deposit    Withdraw    Trade

**DSH**
Balance: **0.0005933** DSH
Tokens: **0.00036689** DSHET

Deposit    Withdraw    Trade

**BCH**
Balance: **0.00000007** BCH
Tokens: **0.96850923** BCHET

Deposit    Withdraw    Trade

**USD**
Balance: **0.00005015** USD
Tokens: **0** USDET

Deposit    Withdraw    Trade

**WEX CODE**

Redeem

**Transactions history**

History

Copyright © 2018 WORLD EXCHANGE SERVICES PTE. LTD. All rights reserved.

Terms of Use | AML | Fees
AML/Doc

## 2   Amount to pay

| | |
|---|---|
| Beneficiary: | Mayzus Financial Services Ltd |
| Beneficiary Address: | Bldg 3, of. 201, Chiswick Park, 566 Chiswick High Road, London, W4 5YA, UK |
| Beneficiary Account: | 5543282/0800 |
| Beneficiary IBAN: | CZ22 0800 0000 0000 0554 3282 |
| Beneficiary Bank: | Ceska sporitelna a.s. |
| Beneficiary Bank Address: | Olbrachtova 1929/62, Prague 4, 14000, Czech Republic |
| Beneficiary Bank SWIFT: | GIBACZPX |
| Details of Payment: | FFC ACC.9311.23440 ACC ID S52879E |
| Fee: | 1% (min fee 15€) |
| Min sum allowed: | 2000€ |

 **KB**

Praha 6 - Vítězné náměstí
Dejvická 33
160 59 Praha 6
tel.: 955540371
www.kb.cz
SWIFT (BIC) KOMBCZPPXXX

**VÝPIS PERIODICKÝ**

| k účtu: | 94-2630860207/0100 |
| IBAN: | CZ2201000000942630860207 |
| typ: | KONTO G2 |
| měna: | CZK |

| Datum výpisu: | 18.11.2013 |
| Číslo výpisu: | 11 |
| Strana: | 1/2 |
| Způsob zasílání: | elektronicky |
| Frekvence: | měsíční |
| Za období: | 19.10. - 18.11.2013 |

DN131118_SC6-0003044-2  ID: 0149373008

**POLÁCH RADOMÍR**
**JUGOSLÁVSKÁ 599/18**
**120 04  PRAHA 2**

| Počáteční zůstatek | 561 549,30 |
| Konečný zůstatek | 561 988,73 |

## MojeOdměny

**V měsíci 10/2013 jsme Vám připsali 27,00 Kč.**
**Celkem jsme Vám již připsali 266,00 Kč.**

Všechny možnosti konceptu MojeOdměny Vám rád představí Váš
bankovní poradce nebo je najdete na www.mojeodmeny.cz.

| POČÁTEČNÍ ZŮSTATEK | | | | 561 549,30 |
|---|---|---|---|---|
| Datum zúčtování<br>Datum transakce | Popis transakce<br>Identifikace transakce | Název protiúčtu / Číslo a typ karty<br>Protiúčet a kód banky / Obchodní místo | VS<br>KS<br>SS | Připsáno<br>Odepsáno |
| 31.10.2013 | **POPLATEK ZA POLOŽKY**<br>060-060-003-460824 | | | -12,00 |
| 31.10.2013 | **POPL.ZA VEDENÍ ÚČTU/BALÍČKU**<br>060-060-003-460823 | | | -20,00 |
| 31.10.2013<br>29.10.2013 | **TRANSAKCE PLATEBNÍ KARTOU**<br>nákup na Internetu<br>orig. částka: 1.25 USD<br>205-31102013 1086000001203 | 5189 98** **** *234 ECMC<br>Amazon Digital Svcs<br>866-216-1072 USA | | -23,87 |
| 31.10.2013<br>29.10.2013 | **TRANSAKCE PLATEBNÍ KARTOU**<br>nákup na Internetu<br>orig. částka: 5.84 USD<br>205-31102013 1086000001390 | 5189 98** **** *234 ECMC<br>GREENMAN GAMING<br>LONDON GBR | | -111,20 |
| 01.11.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU**<br>POLACH RADOMIR<br>STIPENDIA - DOKTORSKA<br>Y00000KWEGD 01<br>001-011213 1602 602019 049511 | ČVUT FAKULTA INFORMAČNÍCH<br>TECHNOLOGIÍ<br>43-4999220217/0100 | 1813550164<br>308 | 7 000,00 |
| 01.11.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU**<br>FFC ACC.9311.23733 S165398E<br>I00007Q73KG 01<br>001-011213 1602 602025 981121 | 5543282/0800 | | -40 000,00 |
| 04.11.2013 | **POPL.VYB.Z ATM**<br>205-02112013 1086100199056 | PLATEBNÍ KARTY-VÝBĚR NA ATM<br>KB-CZK | 6722524<br>898<br>201020000 | -9,00 |
| 04.11.2013<br>02.11.2013 | **TRANSAKCE PLATEBNÍ KARTOU**<br>výběr ATM<br>205-02112013 1086100199057 | 5434 02** **** *589 ECMC<br>KB ATM ITALSKA 2<br>PRAHA 2 CZ | | -10 000,00 |
| 05.11.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU**<br>BONUS ZA VÝBĚR ATM KB<br>ZA 2 TRANS.U OBCHODNÍKA<br>228-011213 1086022711779 | MOJE ODMĚNY<br>43-6964420277/0100 | 2630860207 | 18,00 |
| 06.11.2013 | **PLATBA/VKLAD VE PROSPĚCH ÚČTU**<br>260-06112013 16020002YBBOV | ČVUT FAKULTA INFORMAČNÍCH<br>TECHNOLOGIÍ<br>43-4999220217/0100 | 9<br>1000138 | 41 527,00 |
| 06.11.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU**<br>260-04112013 16020002Y9KWA | PRAŽSKÁ ENERGETIKA A.S.<br>19-2784000277/0100 | 20348651<br>1207561858 | -650,00 |

Pokračování na další straně

SOCIETE GENERALE GROUP  Komerční banka, a. s., se sídlem:
Praha 1, Na Příkopě 33, čp. 969, PSČ 114 07, IČ: 45317054
ZAPSANÁ V OBCHODNÍM REJSTŘÍKU VEDENÉM MĚSTSKÝM SOUDEM V PRAZE, ODDÍL B, VLOŽKA 1360

 **KB**

| **VÝPIS PERIODICKÝ** | Datum výpisu: | 18.11.2013 |
|---|---|---|
| | Číslo výpisu: | 11 |
| k účtu: 94-2630860207/0100 | Strana: | 2/2 |
| IBAN: CZ2201000000942630860207 | Způsob zasílání: | elektronicky |
| typ: KONTO G2 | Frekvence: | měsíční |
| měna: CZK | Za období: | 19.10. - 18.11.2013 |

| Datum zúčtování<br>Datum transakce | Popis transakce<br>Identifikace transakce | Název protiúčtu / Číslo a typ karty<br>Protiúčet a kód banky / Obchodní místo | VS<br>KS<br>SS | Připsáno<br>Odepsáno |
|---|---|---|---|---|
| **07.11.2013** | **PLATBA NA VRUB VAŠEHO ÚČTU**<br>FFC ACC.9311.23733 S165398E<br>I00007QJEEE 01<br>001-07112013 1602 602034 178311 | 5543282/0800 | | **-40 000,00** |
| **11.11.2013**<br>08.11.2013 | **TRANSAKCE PLATEBNÍ KARTOU**<br>nákup na Internetu<br>205-11112013 1086000137929 | 5189 98** **** *234 ECMC<br>VODAFONE CZECH REPUBLI<br>PRAHA 10 CZE | | **-471,00** |
| **13.11.2013**<br>12.11.2013 | **ÚHRADA Z JINÉ BANKY**<br>120-20131112 I33579801 | INTERNET-HANDEL S.<br>205622655/0600 | 100182013<br>8 | **2 250,00** |
| **13.11.2013**<br>12.11.2013 | **ÚHRADA Z JINÉ BANKY**<br>120-20131112 I33579401 | INTERNET-HANDEL S.<br>205622655/0600 | 100142013<br>8 | **2 287,50** |
| **13.11.2013**<br>12.11.2013 | **ÚHRADA Z JINÉ BANKY**<br>120-20131112 I33579601 | INTERNET-HANDEL S.<br>205622655/0600 | 100162013<br>8 | **3 075,00** |
| **15.11.2013**<br>14.11.2013 | **ÚHRADA Z JINÉ BANKY**<br>120-20131115 182690<br>Zpráva pro příjemce:<br>Zaath - ThinkPad T430 + RAM | KAREL SVOBODA<br>1002591056/2700 | | **5 000,00** |
| **15.11.2013** | **PLATBA/VKLAD VE PROSPĚCH ÚČTU**<br>260-15112013 16020002YKREP | ČVUT FAKULTA INFORMAČNÍCH<br>TECHNOLOGIÍ<br>43-4999220217/0100 | 1813550200<br>1000308 | **33 000,00** |
| **15.11.2013** | **ZALOHA DUCHODOVEHO POJISTENI**<br>005-005-001-705980 | 1011-17925851/0710 | 94544036<br>938 | **-2 421,00** |
| **KONEČNÝ ZŮSTATEK** | | | | **561 988,73** |

| **Rekapitulace transakcí na účtu** | | Připsáno | Odepsáno |
|---|---|---|---|
| Celkový počet transakcí | | 8 | 11 |
| Obraty na účtu | | 94 157,50 | -93 718,07 |
| Úroky od začátku roku | | 0,00 | |
| Srážková daň od začátku roku | | | 0,00 |

| **Zůstatek podle data** | | | | | |
|---|---|---|---|---|---|
| 19.10.2013 | 561 549,30 | 05.11.2013 | 518 391,23 | 13.11.2013 | 526 409,73 |
| 31.10.2013 | 561 382,23 | 06.11.2013 | 559 268,23 | 15.11.2013 | 561 988,73 |
| 01.11.2013 | 528 382,23 | 07.11.2013 | 519 268,23 | | |
| 04.11.2013 | 518 373,23 | 11.11.2013 | 518 797,23 | | |

| **Rozpis poplatků za položky** | | | | | | |
|---|---|---|---|---|---|---|
| Druh platby | Položek<br>do limitu | Cena / položka<br>do limitu | Limit | Položek<br>nad limit | Cena / položka<br>nad limit | Cena celkem |
| Trvalý příkaz | 1 | 6,00 | | | | 6,00 CZK |
| Platba z/do jiné banky | 3 | 2,00 | | | | 6,00 CZK |
| **Celkem odepsáno dne 31.10.2013 z účtu 94-2630860207/0100** | | | | | | **12,00 CZK** |
| Rozpis poplatků obsahuje poplatky za položky uskutečněné v průběhu kalendářního měsíce. | | | | | | |

Použité úrokové sazby vkladů a úvěrů jsou uvedeny v Oznámení Komerční banky o úrokových sazbách, které je dostupné na www.sazebnik-kb.cz a na všech pobočkách Komerční banky.

Vážená paní, vážený pane, žádáme Vás o kontrolu uvedených údajů. V případě nesouladu informujte, prosím, pobočku vedoucí Váš účet.

SOCIETE GENERALE GROUP   Komerční banka, a. s., se sídlem:<br>Praha 1, Na Příkopě 33, čp. 969, PSČ 114 07, IČ: 45317054<br>ZAPSANÁ V OBCHODNÍM REJSTŘÍKU VEDENÉM MĚSTSKÝM SOUDEM V PRAZE, ODDÍL B, VLOŽKA 1360

**▬ KB**

Praha 2 - náměstí Míru
Italská 2
120 00 Praha 2
tel.: 955545301
www.kb.cz
SWIFT (BIC) KOMBCZPPXXX

**VÝPIS PERIODICKÝ**

| | |
|---|---|
| k účtu: | 94-2630860207/0100 |
| IBAN: | CZ2201000000942630860207 |
| typ: | KONTO G2 |
| měna: | CZK |

| | |
|---|---|
| Datum výpisu: | 18.12.2013 |
| Číslo výpisu: | 12 |
| Strana: | 1/3 |
| Způsob zasílání: | elektronicky |
| Frekvence: | měsíční |
| Za období: | 19.11. - 18.12.2013 |

DN131218_SG6-0001364-3  ID: 0149373008

**POLÁCH RADOMÍR**
**JUGOSLÁVSKÁ 599/18**
**120 04  PRAHA 2**

| | |
|---|---|
| **Počáteční zůstatek** | **561 988,73** |
| **Konečný zůstatek** | **588 750,73** |

**MojeOdměny**

**V měsíci 11/2013 jsme Vám připsali 18,00 Kč.**
**Celkem jsme Vám již připsali 284,00 Kč.**

Všechny možnosti konceptu MojeOdměny Vám rád představí Váš
bankovní poradce nebo je najdete na www.mojeodmeny.cz.

| POČÁTEČNÍ ZŮSTATEK | | | | 561 988,73 |
|---|---|---|---|---|

| Datum zúčtování Datum transakce | Popis transakce Identifikace transakce | Název protiúčtu / Číslo a typ karty Protiúčet a kód banky / Obchodní místo | VS KS SS | Připsáno Odepsáno |
|---|---|---|---|---|
| 19.11.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** RADOMIR POLACH Y00000LT28F 01 001-19112013 1602 602015 583381 | ADFINANCE S.R.O. 107-4498620247/0100 | 100192013 8 | **16 380,00** |
| 27.11.2013 | **POPL.VYB.Z ATM** 205-26112013 1086100103988 | PLATEBNÍ KARTY-VÝBĚR NA ATM KB-CZK | 6722524 898 201020000 | **-9,00** |
| 27.11.2013 25.11.2013 | **TRANSAKCE PLATEBNÍ KARTOU** nákup u obchodníka 205-27112013 1086000049729 | 5189 98** **** *234 ECMC MULTIKINO CINES PRAHA CZE | | **-318,00** |
| 27.11.2013 26.11.2013 | **TRANSAKCE PLATEBNÍ KARTOU** výběr ATM 205-26112013 1086100103989 | 5434 02** **** *589 ECMC KB ATM THAKUROVA 7 PRAHA 6 CZ | | **-10 000,00** |
| 29.11.2013 27.11.2013 | **TRANSAKCE PLATEBNÍ KARTOU** nákup na Internetu 205-29112013 1086000054424 | 5189 98** **** *234 ECMC VODAFONE CZECH REPUBLI PRAHA 10 CZE | | **-277,00** |
| 29.11.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU** FFC ACC.9311.23733 S165398E I00007S8IOR 01 001-29112013 1602 602026 833981 | 5543282/0800 | | **-80 000,00** |
| 30.11.2013 | **POPL.ZA VEDENÍ ÚČTU/BALÍČKU** 060-060-003-437724 | | | **-20,00** |
| 30.11.2013 | **POPLATEK ZA POLOŽKY** 060-060-003-437725 | | | **-22,00** |
| 02.12.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** BONUS ZA VÝBĚR ATM KB ZA 2 TRANS.U OBCHODNÍKA 228-01122013 1086023925370 | MOJE ODMĚNY 43-6964420277/0100 | 2630860207 | **18,00** |
| 02.12.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** POLACH RADOMIR STIPENDIA - DOKTORSKA Y00000M8MS4 01 001-02122013 1602 602006 961801 | ČVUT FAKULTA INFORMAČNÍCH TECHNOLOGIÍ 43-4999220217/0100 | 1813550233 308 | **7 000,00** |
| 02.12.2013 01.12.2013 | **ÚHRADA Z JINÉ BANKY** 120-20131201 0640421230 Zpráva pro příjemce: INVESTICE DO VIRTUALNICH MEN, MŠ | MARTIN ŠLAPÁK 670100-2207011312/6210 | 42 | **24 000,00** |

Pokračování na další straně

SOCIETE GENERALE GROUP  Komerční banka, a. s., se sídlem:
Praha 1, Na Příkopě 33, čp. 969, PSČ 114 07, IČ: 45317054
ZAPSANÁ V OBCHODNÍM REJSTŘÍKU VEDENÉM MĚSTSKÝM SOUDEM V PRAZE, ODDÍL B, VLOŽKA 1360

 **KB**

**VÝPIS PERIODICKÝ**

k účtu: 94-2630860207/0100
IBAN: CZ2201000009942630860207
typ: KONTO G2
měna: CZK

| | |
|---|---|
| Datum výpisu: | 18.12.2013 |
| Číslo výpisu: | 12 |
| Strana: | 2/3 |
| Způsob zasílání: | elektronicky |
| Frekvence: | měsíční |
| Za období: | 19.11. - 18.12.2013 |

| Datum zúčtování / Datum transakce | Popis transakce / Identifikace transakce | Název protiúčtu / Číslo a typ karty / Protiúčet a kód banky / Obchodní místo | VS KS SS | Připsáno Odepsáno |
|---|---|---|---|---|
| 03.12.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** I00007SFMGV 01 001-03122013 1602 602031 310111 | TRÁVNÍČEK JAN 35-7537450257/0100 | 2013 | 12 000,00 |
| 04.12.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** POLACH RADOMIR I00007SIEMN 01 001-04122013 1602 602035 038201 | TRÁVNÍČEK JAN 35-7537450257/0100 | 2013 | 12 300,00 |
| 05.12.2013 | **POPL.VYB.Z ATM** 205-04122013 1086100109709 | PLATEBNÍ KARTY-VÝBĚR NA ATM KB-CZK | 6722524 898 201020000 | -9,00 |
| 05.12.2013 04.12.2013 | **TRANSAKCE PLATEBNÍ KARTOU** výběr ATM 205-04122013 1086100109710 | 5434 02** **** *589 ECMC KB ATM ITALSKA 2 PRAHA 2 CZ | | -10 000,00 |
| 05.12.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU** I00007SN6C5 01 001-05122013 1602 602016 001271 | JAKL MAREK 35-8935060267/0100 | | -25 000,00 |
| 06.12.2013 05.12.2013 | **ÚHRADA Z JINÉ BANKY** 120-20131205 0004120670177 Zpráva pro příjemce: btc / ltc | Machačka, Jan 2900506495/2010 | 558 | 30 000,00 |
| 06.12.2013 | **PLATBA/VKLAD VE PROSPĚCH ÚČTU** 260-06122013 16020002YVDZ8 | ČVUT FAKULTA INFORMAČNÍCH TECHNOLOGIÍ 43-4999220217/0100 | 9 1000138 | 46 257,00 |
| 09.12.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU** 260-05122013 16020002YUF4X | PRAŽSKÁ ENERGETIKA A.S. 19-2784000277/0100 | 20348651 1007563911 | -650,00 |
| 09.12.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU** I00007SWM9J 01 001-09122013 1602 602018 266281 | TELEFÓNICA CZECH REPUBLIC, A.S. 27-4908440207/0100 | 581321386 | -858,00 |
| 10.12.2013 | **PLATBA/VKLAD VE PROSPĚCH ÚČTU** 260-10122013 16020002YWPJX | ČVUT FAKULTA INFORMAČNÍCH TECHNOLOGIÍ 43-4999220217/0100 | 1813550234 1000308 | 3 400,00 |
| 10.12.2013 | **PLATBA VE PROSPĚCH VAŠEHO ÚČTU** MAREKJAKL I00007SZQ1S 01 001-10122013 1602 602015 527991 | JAKL MAREK 35-8935060267/0100 | | 25 000,00 |
| 11.12.2013 | **POPL.VYB.Z ATM** 205-10122013 1086100133616 | PLATEBNÍ KARTY-VÝBĚR NA ATM KB-CZK | 6722524 898 201020000 | -9,00 |
| 11.12.2013 10.12.2013 | **TRANSAKCE PLATEBNÍ KARTOU** výběr ATM 205-10122013 1086100133617 | 5434 02** **** *589 ECMC KB ATM THAKUROVA 7 PRAHA 6 CZ | | -10 000,00 |
| 13.12.2013 | **ZALOHA DUCHODOVEHO POJISTENI** 005-005-001-065910 | 1011-17925851/0710 | 94544036 938 | -2 421,00 |
| 13.12.2013 | **PLATBA NA VRUB VAŠEHO ÚČTU** PLATBA TRUSTPAY B000000NXI4 59 001-13122013 1602 602014 408991 | TRUST PAY, A.S. 43-6693600267/0100 | 4393279732 308 2107323175 | -10 000,00 |
| **KONEČNÝ ZŮSTATEK** | | | | **588 750,73** |

SOCIETE GENERALE GROUP   Komerční banka, a. s., se sídlem:
Praha 1, Na Příkopě 33, čp. 969, PSČ 114 07, IČ: 45317054
ZAPSANÁ V OBCHODNÍM REJSTŘÍKU VEDENÉM MĚSTSKÝM SOUDEM V PRAZE, ODDÍL B, VLOŽKA 1360

PRIORITAIRE

**Česká pošta**

78501 Šternberk 1

R R 4 6 4 6 5 5 4 2 1 C Z
02.10.25  251 262   0.123kg   212.00
PR      ČESKÁ REPUBLIKA CZECH REPUBLIC ČESKÁ REPUBLIKA CZECH REPUBLIC

R  785 01 Šternberk 1
RR 46465542 1 CZ

---

**Česká pošta**

PODACÍ KÓD: 8069208b

**ODESÍLATEL / From**

☎ 606182741

Radomír Polách
Babická 2534/15
785 01 Šternberk-Šternberk
Czech Republic

**ADRESÁT / To**

Clerk's Office – U.S. District Court for the DC
E. Barrett Prettyman U.S. Courthouse Clerk's Office – U.S. District Court for t
333 Constitution Avenue, N.W., Room 1225
20001 Washington, DC
USA (US) District of Columbia

Pozn:   ATTN : CIVIL INTAKE

---

**Česká pošta**

**CUSTOMS DECLARATION**
**CELNÍ PROHLÁŠENÍ**

CN 22

May be opened officially
Lze úředně otevřít

Important
See instructions on the back

Důležité
Seznamte se s pokyny na zadní straně

| | | Quantity and detailed description of contents Množství a podrobný popis obsahu | Net weight Hmotnost | Value and currency Hodnota a měna | HS tariff number HS číslo HS číselné označení* | Country of origin* Země původu* |
|---|---|---|---|---|---|---|
| Gift Dárek | | | | | | |
| Documents Doklady | | | | | | |
| X Sale of goods Obchod | Commercial sample Obchodní vzorek | | | | | |
| | Returned goods Vrácené zboží | | | | | |
| | Other (please specify) Ostatní (prosím specifikujte) | | | | | |
| 1 Document | | | 0,05 | 0,05 kg | 490199 | CZ |

Total weight (kg)
Celková hmotnost (kg)    0,05 kg

Total value
Celková hodnota    1.00 EUR

1.00 EUR

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Níže podepsaný odesílatel, jehož jméno a adresa jsou uvedeny na zásilce, potvrzuje, že údaje uvedené v tomto prohlášení jsou přesné a že tato zásilka neobsahuje žádné nebezpečné zboží ani zboží zakázané právními předpisy nebo poštovními či celními předpisy.

Date and sender's signature
Datum a podpis odesílatele

2.10.2025

PODACÍ KÓD: 8069208b