UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Defendants *in rem*.

Case No. **1:25-cv-02085-CJN**
Hon. **Carl J. Nichols**

# [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Upon consideration of Claimant's Motion for Leave to File Late Verified Claim, it is **ORDERED** that the Motion is **GRANTED**. The Verified Claim filed by **Radomír Polách (a/k/a Radomir Polach)** is accepted as timely.

SO ORDERED.

_____
Hon. Carl J. Nichols
United States District Judge