# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Defendants *in rem*.

Case No. **1:25-cv-02085-CJN**
Hon. **Carl J. Nichols**

## MOTION FOR CM/ECF USER NAME AND PASSWORD (LOCAL CIVIL RULE 5.4)

Claimant **Radomír Polách (a/k/a Radomir Polach)**, *pro se*, respectfully requests permission to receive a CM/ECF login and to e-file in this matter. Claimant is able to comply with the Court's electronic filing procedures and consents to electronic service at **mail@radomirpolach.cz**.

Dated: 2 October 2025

_____

Radomír Polách (a/k/a Radomir Polach)
Pro Se

**Email for ECF:** mail@radomirpolach.cz



**RECEIVED**
OCT 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia