# COVER LETTER TO THE CLERK

Clerk of Court
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, DC 20001
**Attn: Civil Intake**

RECEIVED
Mailroom
OCT 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

**Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, No. 1:25-cv-02085-CJN (D.D.C.)**

Dear Clerk:

Enclosed please find filings for the above-captioned matter. I am proceeding *pro se*. I previously mailed my *Verified Claim*, *Motion for Leave to File Late Verified Claim*, and *Declaration* with exhibits; the enclosed documents are submitted separately to ensure timely compliance with Supplemental Rule G and 18 U.S.C. § 983. I will retrieve a file-stamped copy from PACER when docketed; no return envelope is enclosed. Thank you.

**Enclosures (originals):**

- *Answer to the Verified Complaint for Forfeiture in Rem*
- *Motion to Appear by Videoconference or Telephone*
- *[Proposed] Order* (Remote Appearance)
- *Notice of Filing Supplemental Exhibits*
- *Omnibus Certificate of Service*
- *Supplemental Declaration of Radomír Polách with Exhibits D–H*

Respectfully,

**Radomír Polách (a/k/a Radomir Polach)**
Babická 2534/15 C
785 01 Šternberk
Czech Republic
mail@radomirpolach.cz   +420 606 182 741

Dated: 6 October 2025