RECEIVED
Mailroom
OCT 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**, Plaintiff,

v.

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein**, Defendants *in rem*.

Civil Action No. **1:25-cv-02085-CJN**

Hon. Carl J. Nichols

## MOTION TO APPEAR BY VIDEOCONFERENCE OR TELEPHONE

Radomír Polách (a/k/a Radomir Polach), *pro se*, respectfully moves for leave to appear by videoconference or, alternatively, by telephone at any hearings the Court may schedule in this matter. Good cause exists: Claimant is a foreign national residing in Šternberk, Czech Republic; international travel to Washington, D.C. is costly and impracticable for a self-represented litigant; and a remote appearance will not prejudice the United States and will promote efficient case management. Claimant has reliable video/audio capability and will comply with any procedures or safeguards the Court orders.

Pursuant to Local Civil Rule 7(m), Claimant contacted government counsel by email on 6 October 2025 to ascertain their position on this motion; as of filing, their position is unknown.

**WHEREFORE**, Claimant requests that the Court permit remote appearance at any scheduled hearing(s) and grant such further relief as is just.

Dated: 6 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se
Babická 2534/15 C, 785 01 Šternberk, Czech Republic
mail@radomirpolach.cz  |  +420 606 182 741