# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Defendants *in rem.*

Civil Action No. **1:25-cv-02085-CJN**

Hon. Carl J. Nichols

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR BY VIDEOCONFERENCE OR TELEPHONE

Upon consideration of Claimant's Motion to Appear by Videoconference or Telephone and the entire record herein, it is **ORDERED** that the Motion is **GRANTED**. Claimant Radomír Polách (a/k/a Radomir Polach) may appear at any scheduled hearing(s) by videoconference or, if video is unavailable, by telephone, under procedures to be provided by the Court.

SO ORDERED.

_____

Hon. Carl J. Nichols
United States District Judge