# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**, Plaintiff,

v.

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein**, Defendants *in rem*.

Civil Action No. **1:25-cv-02085-CJN**
Hon. Carl J. Nichols

## NOTICE OF FILING SUPPLEMENTAL EXHIBITS

Claimant Radomír Polách (a/k/a Radomir Polach), *pro se*, hereby gives notice of filing the accompanying *Supplemental Declaration of Radomír Polách with Exhibits D–H*, which supplement the evidentiary record supporting Claimant's Verified Claim, Motion for Leave to File Late Verified Claim, and Answer.

Respectfully submitted,

Dated: 6 October 2025

_____
Radomír Polách (a/k/a Radomir Polach)
Pro Se

# OMNIBUS CERTIFICATE OF SERVICE

I certify that on **6 October 2025**, I served the following papers by registered/certified international mail, and as a courtesy by email (PDF), upon counsel for the United States identified in the Complaint's signature block:

- *Answer to Verified Complaint for Forfeiture in Rem*;
- *Motion to Appear by Videoconference or Telephone*;
- *[Proposed] Order* (Remote Appearance);
- *Notice of Filing Supplemental Exhibits*;
- *Supplemental Declaration of Radomír Polách with Exhibits D–H*.

**Recipients (mail and courtesy email):**

- **Joshua L. Sohn**, Trial Attorney, MLARS, U.S. Department of Justice, **1400 New York Avenue NW, Washington, DC 20005**; joshua.sohn@usdoj.gov.
- **Catherine Alden Pelker**, Trial Attorney, CCIPS, U.S. Department of Justice, **1301 New York Avenue NW, Washington, DC 20530**; catherine.pelker@usdoj.gov.
- **Jonas Lerman**, Trial Attorney, CCIPS, U.S. Department of Justice, **1301 New York Avenue NW, Washington, DC 20530**; jonas.lerman@usdoj.gov.
- **Claudia Quiroz**, Trial Attorney, CCIPS, U.S. Department of Justice, **1301 New York Avenue NW, Washington, DC 20530**; claudia.quiroz2@usdoj.gov.

**Supplemental Service.** In addition, on **6 October 2025**, I served **supplemental courtesy and paper copies** of my previously filed *Verified Claim, Motion for Leave to File Late Verified Claim, Declaration with Exhibits*, and *[Proposed] Order* upon **Claudia Quiroz** at the address and email listed above.

As an additional courtesy, I caused a copy of today's filings to be mailed to the Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, **601 D Street NW, Washington, DC 20530**.

Dated: **6 October 2025**

_____

**Radomír Polách (a/k/a Radomir Polach)**
Babická 2534/15 C, 785 01 Šternberk, Czech Republic
mail@radomirpolach.cz   +420 606 182 741