RECEIVED
Mailroom
OCT 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**, Plaintiff,

v.

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein**, Defendants *in rem*.

Civil Action No. **1:25-cv-02085-CJN**

Hon. Carl J. Nichols

## SUPPLEMENTAL DECLARATION OF RADOMÍR POLÁCH
## IN SUPPORT OF VERIFIED CLAIM, MOTION FOR LEAVE, AND ANSWER

I, **Radomír Polách (a/k/a Radomir Polach)**, declare under 28 U.S.C. § 1746:

1. I submit this Supplemental Declaration to provide additional documentation corroborating my BTC-e/WEX account ownership and control (username **exander**), and the timeline of my use of those accounts.

2. Attached are true and correct copies of the following documents from my email account:

   - **Exhibit D** — BTC-e registration **confirmation** email dated **30 October 2013**.
   - **Exhibit E** — BTC-e **successful authorization/login** email dated **31 October 2013**.
   - **Exhibit F** — BTC-e **successful login** email dated **29 October 2016**.
   - **Exhibit G** — WEX.nz **successful authorization/login** email dated **15 September 2017**.
   - **Exhibit H** — WEX.nz **Last successful authorization/login** email dated **21 November 2018**.

3. These emails were received by me at the time indicated on each document, and they reflect my control of the BTC-e account and subsequent access to WEX.nz. I can produce full electronic copies with headers upon request.

4. I continue to attest that I did not receive direct notice of this forfeiture case at my BTC-e account email or at my residence in the Czech Republic, and that I acted promptly upon learning of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6 October 2025**.

_____

**Radomír Polách (a/k/a Radomir Polach)**
Babická 2534/15 C, 785 01 Šternberk, Czech Republic
mail@radomirpolach.cz    +420 606 182 741

# EVIDENTIARY NARRATIVE (BRIDGE)

1. **Identity & Account Control (BTC-e / WEX; username "exander").** I opened and used a BTC-e account under the username **exander**, which was later associated with a WEX.nz account under the same username. The following emails corroborate my control of these accounts over time:

   - **Exhibit D** — BTC-e registration confirmation email dated **30 October 2013**.
   - **Exhibit E** — BTC-e successful authorization/login email dated **31 October 2013**.
   - **Exhibit F** — BTC-e successful login email dated **29 October 2016**.
   - **Exhibit G** — WEX.nz successful authorization/login email dated **15 September 2017**.
   - **Exhibit H** — WEX.nz **Last successful authorization/login** email (platform indicated on the face of the message) dated **21 November 2018**.

   Collectively, these messages show that I controlled the BTC-e account in 2013 and 2016 and accessed WEX.nz in late 2017 during the migration period.

2. **Balances Owned (Unrecovered).** As previously filed, **Exhibit A** consists of BTC-e/WEX balance screenshots reflecting that I owned, and did not recover, the following amounts tied to my **exander** account: **0.96850922 BTC; 156.95161535 LTC; 0.96850923 BCH**. These amounts are the subject of my claim and Answer.

3. **Funding Source & Traceability (fiat → BTC-e → crypto).** **Exhibit C** contains redacted bank/credit-card statements showing purchases/wires that funded my BTC-e account. **Exhibit B** shows BTC-e's **fiat deposit instructions** (beneficiary/account details) that I used. Together, Exhibits B and C demonstrate that my **fiat funds were deposited into my BTC-e account and converted to cryptocurrency there**, which corresponds to the balances shown in **Exhibit A**. The beneficiary/account information in Exhibit B matches the payee details on my bank statements in Exhibit C.

4. **Migration Context (WEX).** The WEX authorization email(s) in **Exhibit G** (and, if applicable, the timestamp reflected in **Exhibit H**) demonstrate that I attempted to access WEX following BTC-e's shutdown. Despite those efforts, I did not receive the crypto listed in paragraph 2 back from WEX or any other source.

5. **No Notice / Excusable Neglect.** I never received direct notice of this forfeiture action at the email associated with my BTC-e/WEX accounts or at my residence in the Czech Republic. Upon learning of the case, I acted promptly. The exhibits above also confirm the email address and account-activity dates underlying my lack-of-notice and good-faith timeline.

6. **Conclusion.** Exhibits **A–C** (previously filed) and **D–H** (filed with this Supplemental Declaration) form a consistent record that: (i) I owned and controlled the BTC-e/WEX account **exander**; (ii) I funded that account with my own fiat and those **wires matched BTC-e's fiat deposit instructions**; (iii) I held **0.96850922 BTC; 156.95161535 LTC; 0.96850923 BCH** that were never returned; and (iv) my claim seeks return of those specific assets or, to the extent they are unavailable, the traceable proceeds/substitute res.

*Clarification:* For consistency, references to **Exhibit B** in my filings denote **BTC-e fiat deposit instructions** (bank/wire beneficiary details) used to fund my account; an earlier caption referred to "deposit address screenshot(s)."

# EXHIBIT INDEX (SUPPLEMENTAL)

1. **Exhibit D** – BTC-e registration confirmation email dated **30 October 2013**.
2. **Exhibit E** – BTC-e successful authorization/login email dated **31 October 2013**.
3. **Exhibit F** – BTC-e successful login email dated **29 October 2016**.
4. **Exhibit G** – WEX.nz successful authorization/login email dated **15 September 2017**.
5. **Exhibit H** – Last successful authorization/login email dated **21 November 2018**.



**Alexander Weps <exander77@gmail.com>**

## E-Mail confirm

BTC-E <no_reply@btc-e.com>  
Komu: exander77@gmail.com

30. října 2013 v 18:00

Dear exander,

To confirm your E-Mail please go to:

https://btc-e.com/confirm_email/ac9a2fd7198d84f29895ae0587ca033743799b1189c0ccbb95e93f798f261b80

IP: 147.32.233.210  
Login: exander

Regards,  
Administration of BTC-E.COM

```
Delivered-To: exander77@gmail.com
Received: by 10.194.165.2 with SMTP id yu2csp237695wjb;
        Wed, 30 Oct 2013 10:00:24 -0700 (PDT)
X-Received: by 10.66.122.100 with SMTP id lr4mr4206458pab.164.1383152421756;
        Wed, 30 Oct 2013 10:00:21 -0700 (PDT)
Return-Path: <no_reply@btc-e.com>
Received: from dsys399.server-1.biz (dsys399.server-1.biz. [66.23.231.50])
        by mx.google.com with ESMTP id gu5si2474301pac.246.2013.10.30.10.00.21
        for <exander77@gmail.com>;
        Wed, 30 Oct 2013 10:00:21 -0700 (PDT)
Received-SPF: pass (google.com: domain of no_reply@btc-e.com designates 66.23.231.50 as per
mitted sender) client-ip=66.23.231.50;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of no_reply@btc-e.com designates 66.23.231.50 as permit
ted sender) smtp.mail=no_reply@btc-e.com;
       dkim=neutral (no signature) header.i=@btc-e.com
Date: Wed, 30 Oct 2013 10:00:21 -0700 (PDT)
Message-Id: <52713b25.05bf420a.64ed.3393SMTPIN_ADDED_MISSING@mx.google.com>
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=btc-e.com; s=mail;
        t=1383138021; bh=xzcc1TUEempNTxOPWGwgxvFq9g5Aa+g4JvO427mfVFo=;
        h=Subject:To:From;
        b=51smd4yd//XPhZHmliKME2TRJWfk7qqZrPckMn7HG0xYL1zHSHffeMosxDdeshbs0
         dsmtpa8A+P5LCfwtx8g8kUG9SAmIfTkZD/L+CjRIRoE120cPOAGRSMqFv8qJA7cI2p
         dE/nSuVX9muAh79szzF8dbrkhbN+Kx2+hlbUELVE=
Subject: =?utf-8?b?RS1NYWlsIGNvbmZpcm0=?=
To: exander77@gmail.com
From: "BTC-E" <no_reply@btc-e.com>
Content-Type: text/plain; charset="utf-8"

Dear exander,

To confirm your E-Mail please go to:

https://btc-e.com/confirm_email/ac9a2fd7198d84f29895ae0587ca033743799b1189c0ccbb95e93f798f2
61b80

IP: 147.32.233.210
Login: exander

Regards,
Administration of BTC-E.COM
```



**Alexander Weps <exander77@gmail.com>**

## Successful authorization

BTC-E <no_reply@btc-e.com>  
Komu: exander77@gmail.com

31. října 2013 v 16:13

Successful authorization.

Login: exander  
IP: 147.32.233.210  
Date and time: 31.10.13 19:13

```
Delivered-To: exander77@gmail.com
Received: by 10.194.165.2 with SMTP id yu2csp305947wjb;
        Thu, 31 Oct 2013 08:13:41 -0700 (PDT)
X-Received: by 10.69.31.203 with SMTP id ko11mr2390074pbd.127.1383232421032;
        Thu, 31 Oct 2013 08:13:41 -0700 (PDT)
Return-Path: <no_reply@btc-e.com>
Received: from dsys399.server-1.biz (dsys399.server-1.biz. [66.23.231.50])
        by mx.google.com with ESMTP id c9si2175676pbj.202.2013.10.31.08.13.40
        for <exander77@gmail.com>;
        Thu, 31 Oct 2013 08:13:40 -0700 (PDT)
Received-SPF: pass (google.com: domain of no_reply@btc-e.com designates 66.23.231.50 as per
mitted sender) client-ip=66.23.231.50;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of no_reply@btc-e.com designates 66.23.231.50 as permit
ted sender) smtp.mail=no_reply@btc-e.com;
       dkim=neutral (no signature) header.i=@btc-e.com
Date: Thu, 31 Oct 2013 08:13:40 -0700 (PDT)
Message-Id: <527273a4.e922440a.3fa9.16bbSMTPIN_ADDED_MISSING@mx.google.com>
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=btc-e.com; s=mail;
        t=1383218020; bh=MJV4Yc1Q698Q/eyhhXBfmRMt/dRsRP7BG6HwWrHTkW8=;
        h=Subject:To:From;
        b=0yf2WDrrdbScmhmBvA1a9CxSNJCjgrFRvU/mTWsRKiQlpkPt2i9SpGfuCf8WwlFfa
         VLDDb2ysm4WDqRcK/JCYNmlBDvzdmTyDWPMEWKoycgPvdAY67Wtwpn7STwk/GEybIj
         fhg09Ih8ckTRHSnSz9cAIgJ0qTk0vALO/AlegyM4=
Subject: =?utf-8?b?U3VjY2Vzc2Z1bCBhdXRob3JpemF0aW9u?=
To: exander77@gmail.com
From: "BTC-E" <no_reply@btc-e.com>
Content-Type: text/plain; charset="utf-8"

Successful authorization.

Login: exander
IP: 147.32.233.210
Date and time: 31.10.13 19:13
```



**Alexander Weps <exander77@gmail.com>**

## Successful login

**BTC-E** <no_reply@btc-e.com>  
Komu: exander77@gmail.com

29. října 2016 v 12:58

Successful authorization.

Login: exander  
IP: 37.9.196.115  
Date and time: 29.10.16 13:58

```
Delivered-To: exander77@gmail.com
Received: by 10.28.91.81 with SMTP id p78csp1592889wmb;
        Sat, 29 Oct 2016 03:58:03 -0700 (PDT)
X-Received: by 10.202.187.131 with SMTP id l125mr18705976oif.52.1477738683386;
        Sat, 29 Oct 2016 03:58:03 -0700 (PDT)
Return-Path: <no_reply@btc-e.com>
Received: from mail.jangopong.org (mail.JANGOPONG.ORG. [184.172.231.194])
        by mx.google.com with ESMTPS id a189si12223007oif.197.2016.10.29.03.58.03
        for <exander77@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Sat, 29 Oct 2016 03:58:03 -0700 (PDT)
Received-SPF: pass (google.com: domain of no_reply@btc-e.com designates 184.172.231.194 as permitted sender) client-ip=184.172.231.194;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of no_reply@btc-e.com designates 184.172.231.194 as permitted sender) smtp.mailfrom=no_reply@btc-e.com
Subject: =?utf-8?b?U3VjY2Vzc2Z1bCBsb2dpbg==?=
To: exander77@gmail.com
From: "BTC-E" <no_reply@btc-e.com>
Content-Type: text/plain; charset="utf-8"
Message-Id: <20161029105802.F1A0F139E8@mail.jangopong.org>
Date: Sat, 29 Oct 2016 13:58:02 +0300 (MSK)

Successful authorization.

Login: exander
IP: 37.9.196.115
Date and time: 29.10.16 13:58
```



Alexander Weps <exander77@gmail.com>

## Successful login

WEX <no_reply@wex.nz>  
Komu: exander77@gmail.com

15. září 2017 v 22:24

Successful authorization.

Login: exander  
IP: 46.135.74.95  
Date and time: 15.09.17 23:23

```
Delivered-To: exander77@gmail.com
Received: by 10.83.13.139 with SMTP id 133csp998522yxn;
        Fri, 15 Sep 2017 13:23:32 -0700 (PDT)
X-Google-Smtp-Source: AOwi7QAIrVis8Plo0V1DD1wkf0HAE0e4uef6THJMYxbRTr+5k9Yh5+1YvGtCP6Md16ZzX
YrwdEeE
X-Received: by 10.28.88.133 with SMTP id m127mr2620591wmb.152.1505507012368;
        Fri, 15 Sep 2017 13:23:32 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1505507012; cv=none;
        d=google.com; s=arc-20160816;
        b=lAwZssfywvsCqL1CykXWXyzOKEQmSqlz65nt6zPz4Q2S4rlhd2Yb2xytmt8gpfp8nf
         J2iuG0dTrv06FV+UdwH5b3SSUO0FN3RuEAd6jtpRm5egAYleKaM07/xWrfBiQLrZt0v8
         nrIm8USlRwq73VhyUun1pDyTv1iRfrlwg7OjZq39Gu6ZHCuyEQu2pvyovobRBK2ZeyIk
         FjTAUYEnshjl4wu32sEoV482LDHfazSo5g04FsSJysh9sKc0WV8u4oRkeTB0PMXxw3gj
         i5wvmytax6De8txBiZsWm+aJwIPc2pyAB+A6L9aHjpeGWVPioF4ZE/sN+jERTaSOq06G
         pK4w==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=date:message-id:from:to:subject:arc-authentication-results;
        bh=htJB1/Ud998j9+8o89Elqh5/2792j5r4rH8ZHru0y9A=;
        b=cw/Pz39Wgy0uSpz0VUDx699QUog1Jnn5CFw6TkORN3jkZKOv+rBBOBD2fQ0ZDMiuaT
         uvUKLw4WgJyS7T2eBl453fe0wd+RqEOcAfCbzT9LEMGa1cAU8qRoX0kZF+qkaKqire/D
         qpFxa664CY/BsHqXXdVtETd02JPul9Es81JIlvDmv9bMZsDuW4CO0Y2Rimv0S8SPBFC/
         TP+vbxnfGr1p+UmTOUE6IXv7bJaZhjjJ9ZfTboHEAKnjvxEoQfUVAbvuS45Cw5/1fpeC
         iSaB/2b5S0suQASfNs5mDaLv2zhGqxMcXJ7iu6UKM0m5VTEnArtZ4rt8cgPB6FH3a2mZ
         upLw==
ARC-Authentication-Results: i=1; mx.google.com;
       spf=pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permitte
d sender) smtp.mailfrom=no_reply@wex.nz
Return-Path: <no_reply@wex.nz>
Received: from mail.wex.nz ([46.28.204.197])
        by mx.google.com with ESMTPS id n71si1579024wmd.71.2017.09.15.13.23.32
        for <exander77@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Fri, 15 Sep 2017 13:23:32 -0700 (PDT)
Received-SPF: pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permi
tted sender) client-ip=46.28.204.197;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permitte
d sender) smtp.mailfrom=no_reply@wex.nz
Subject: =?utf-8?b?U3VjY2Vzc2Z1bCBsb2dpbg==?=
To: exander77@gmail.com
From: "WEX" <no_reply@wex.nz>
Content-Type: text/plain; charset="utf-8"
Message-Id: <20170915202449.D82B49C0DBF@mail.wex.nz>
Date: Fri, 15 Sep 2017 16:24:49 -0400 (EDT)

Successful authorization.

Login: exander
IP: 46.135.74.95
Date and time: 15.09.17 23:23
```



**Alexander Weps <exander77@gmail.com>**

## Successful login

**WEX** <no_reply@wex.nz>  
Komu: exander77@gmail.com

21. listopadu 2018 v 2:58

Successful authorization.

Login: exander  
IP: 62.245.80.133  
Date and time: 21.11.18 04:58

```
Delivered-To: exander77@gmail.com
Received: by 2002:a17:906:1e90:0:0:0:0 with SMTP id e16-v6csp1463205ejj;
        Tue, 20 Nov 2018 17:58:04 -0800 (PST)
X-Google-Smtp-Source: AFSGD/XCQp+4XKELJxQNRq/uODKBSv6ihWuQ+yxTSsILukfFxFrOXonVUL/JfQku9V5Kp
E3YL00T
X-Received: by 2002:adf:9786:: with SMTP id s6mr3883060wrb.283.1542765484631;
        Tue, 20 Nov 2018 17:58:04 -0800 (PST)
ARC-Seal: i=1; a=rsa-sha256; t=1542765484; cv=none;
        d=google.com; s=arc-20160816;
        b=rrNXw8MeKyvmjF3RX+xygDEGZFla4pTKLBcaHLhW79dKb5trq7qXR/WOGmm53x7AGX
         1Vdq0e+Gz30Wj1Wz6CpFSFVU4nypMKCVj5ScT1CEixuR1bZBRkfXmKYshi2OkdkBX/bc
         sknKh9zL+46FIpRod47hXehvJLn7qBJqcmscPG0M+5n9hSgMWAqU28cjmAUptCcToskE
         pyHMgBQVKMjThnBjgGoLFAcC0fzIzp2DW6XN4X4snJRHpI9rz9q1c5Cdc5PxFMfEpqY0
         xB/CVhlNOeca7ooGPccRp93edoRQbQAh83+nl6tbwVphO2O/yaLuK7zGvQtgCk86EZK7
         miww==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-20160816;
        h=date:message-id:from:to:subject;
        bh=0BmdaUou6Zf+ZusqgqB4WcI5eq+c9cre38t+8i+/dMY=;
        b=dwvE12ED9YXrmJKBCyRwdWG4ExCb2OLly0kPi/E01cezwTeASYMKb7EkFa8gcs7BS3
         MzFZQssUpolCxYhtqDaF3qNkDY4skSnkkIZCg9h6ym9VlBzZ9AU6WdE8pMW6Hb07e3Pv
         T4Lt4dlT7rZWk0Uv1xGzAhwWLf58J2MAjRgvkSwXf+1ph36HaN2mSXoD5XJq/DwdpWL3
         6U7Zu+iMRwU+7k6r1QzJD6CdGcSkcRKv+SEjHfDjSAYgzYsrIfwcpVZt0FhQM5rjZ9A3
         t+AbXM3neWkXo9nQrA15j97Qp436X/M8vSngDJIb7g/6Czjm3lGhBQ4gV2/1gmorQM5W
         gMGQ==
ARC-Authentication-Results: i=1; mx.google.com;
       spf=pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permitte
d sender) smtp.mailfrom=no_reply@wex.nz
Return-Path: <no_reply@wex.nz>
Received: from mail.wex.nz ([46.28.204.197])
        by mx.google.com with ESMTPS id i19si20009645wrb.410.2018.11.20.17.58.04
        for <exander77@gmail.com>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Tue, 20 Nov 2018 17:58:04 -0800 (PST)
Received-SPF: pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permi
tted sender) client-ip=46.28.204.197;
Authentication-Results: mx.google.com;
       spf=pass (google.com: domain of no_reply@wex.nz designates 46.28.204.197 as permitte
d sender) smtp.mailfrom=no_reply@wex.nz
Subject: =?utf-8?b?U3VjY2Vzc2Z1bCBsb2dpbg==?=
To: exander77@gmail.com
From: "WEX" <no_reply@wex.nz>
Content-Type: text/plain; charset="utf-8"
Message-Id: <20181121015804.31EF89C0D38@mail.wex.nz>
Date: Wed, 21 Nov 2018 04:58:04 +0300 (MSK)

Successful authorization.

Login: exander
IP: 62.245.80.133
Date and time: 21.11.18 04:58
```

78501 Šternberk 1
Česká pošta

RR134545305CZ    212.00
06.10.25  251  811    0.150kg
PR

ČESKÁ REPUBLIKA CZECH REPUBLIC ČESKÁ REPUBLIKA CZECH REPUBLIC

PRIORITAIRE

R Doporučené Recommandé
Česká pošta

RR 13454530 5 CZ

| CUSTOMS DECLARATION CELNÍ PROHLÁŠENÍ | May be opened officially Lze úředně otevřít | CN 22 |
|---|---|---|
| Česká pošta | Important! See instructions on the back | Důležité! Seznamte se s pokyny na zadní straně |

| | Gift / Dárek | | Commercial sample / Obchodní vzorek | |
|---|---|---|---|---|
| X | Documents / Dokumenty | | Returned goods / Vrácené zboží | |
| | Sale of goods / Zboží | | Other (please specify) / Ostatní (prosím specifikujte): | |

| Quantity and detailed description of contents Množství a podrobný popis obsahu | Net weight Hmotnost | Value and currency Hodnota a měna | HS tariff number* HS číselné označení* | Country of origin* Zemně původu* |
|---|---|---|---|---|
| 1 Document | 0.05 | 1.00 EUR | 490199 | CZ |

Total weight (kg) / Celková hmotnost (kg): 0,100 / 0.05 kg
Total value / Celková hodnota: 1.00 EUR

I, the undersigned, whose name and address are given on the item, certify that the particulars given in this declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

Níže podepsaný odesílatel, jehož jméno a adresa jsou uvedeny na zásilce, potvrzuje, že údaje uvedené v tomto prohlášení jsou přesné a že tato zásilka neobsahuje žádné nebezpečné zboží ani zboží zakázané právními předpisy nebo poštovními či celními předpisy.

Date and sender's signature
Datum a podpis odesílatele: 6.10. 2025

PODACÍ KÓD: 2157b547

Česká pošta

ODESÍLATEL / From
☎ 606182741
Radomír Polách
Babická 2534/15
785 01 Šternberk-Šternberk
Czech Republic

ADRESÁT / To
Clerk's Office – U.S. District Court for the DC
E. Barrett Prettyman U.S. Courthouse Clerk's Office – U.S. District Court for t
333 Constitution Avenue, N.W., Room 1225
20001 Washington, DC
USA (US) District of Columbia

Pozn: ATTN: CIVIL INTAKE

PODACÍ KÓD: 2157b547