UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
Mailroom
OCT 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

United States of America,
Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein,
Defendant.

Civil Action No. 1:25-cv-02085

## CLAIMANT NAZAR FEDORCHUK'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER NUNC PRO TUNC

Claimant Nazar Fedorchuk, appearing pro se, respectfully moves under Fed. R. Civ. P. 6(b)(1)(B) for a short extension nunc pro tunc to file his Answer to the Verified Complaint. In support, Claimant states as follows:

1. Claimant filed a Verified Claim on August 22, 2025. The Answer deadline under Supplemental Rule G(5)(b) was 21 days thereafter. Claimant inadvertently missed that deadline while proceeding pro se from abroad and focusing on the contemporaneous DOJ remission petition timeline.

2. Upon recognizing the error, Claimant acted promptly and prepared his Answer, submitted contemporaneously with this motion.

3. Under Rule 6(b)(1)(B) and the Pioneer excusable-neglect factors, an extension nunc pro tunc is warranted: (a) Reason for delay: good-faith calendaring mistake by a pro se litigant residing overseas; confusion between administrative (DOJ remission) and court deadlines. (b) Length of delay: 27 days. (c) Prejudice: none at this early stage; other claimants' response deadlines are still being set/extended; the United States can respond on the merits. (d) Good faith: Claimant timely filed his claim and petition and seeks to resolve the case on the merits.

RELIEF REQUESTED

Claimant respectfully asks the Court to accept his Answer nunc pro tunc as of the date filed or, alternatively, to grant 7 days from the Order to file it.

A [Proposed] Order is submitted herewith.

1

LCvR 7(m) Certification

On October 9, 2025, Claimant conferred by email with Government counsel regarding the relief requested herein; [the United States consents / opposes / <u>did not respond by the time of filing</u>].

Dated: __October 9, 2025__

**Respectfully submitted,**

_/s/ Nazar Fedorchuk_

Nazar Fedorchuk (pro se)

Mailing/Service (U.S.): 1207 Delaware Ave., Ste 3773, Wilmington, DE 19806

Email (Rule 5(b)(2)(E) consent): nazar.fedorchuk@gmail.com

Phone: US +1(347)797-6143
　　　　UA +380 67 77 00 393