UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
Plaintiff,

v.

All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein,
Defendant.

Civil Action No. 1:25-cv-02085

[PROPOSED] ORDER

Upon consideration of Claimant Nazar Fedorchuk's Motion for Extension of Time to File Answer Nunc Pro Tunc, it is ORDERED that the motion is GRANTED. Claimant's Answer is accepted as filed nunc pro tunc.

SO ORDERED.

Dated: _____

_____
United States District Judge