# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>HADRIEN HISLAIRE,<br><br>*Claimant*. | Case No. 1:25-CV-02085 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Hadrien Hislaire.

Dated: October 21, 2025

                                              Respectfully submitted,

                                              */s/ Eric S. Rosen*
                                              **DYNAMIS LLP**
                                              Eric S. Rosen (Bar No. NY0671)
                                              175 Federal St., Suite 1200
                                              Boston, MA 02110
                                              (617)541-8484
                                              erosen@dynamisllp.com