UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>ADAM MUNTNER,<br><br>*Claimant*. | VERIFIED CLAIM FOR SEIZED PROPERTY<br><br>Case No. 1:25-CV-02085 |

## VERIFIED CLAIM

Claimant Adam Muntner ("Claimant") hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "amuntner" and the email address "unix23@gmail.com" (passwords to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017, ether seized on August 5, 2017, and litecoin seized between August 7, 2017 and August 11, 2017.

Claimant's interest in said property is that he is the lawful owner.

Dated: October 22, 2025

Respectfully submitted,

/s/ Tyler Finn
**DYNAMIS LLP**
Eric S. Rosen (Bar No. NY0671)
Tyler Finn (*Pro Hac Vice*)
11 Park Place, 4th Floor
New York, New York 10007
(212) 204-2757
tfinn@dynamisllp.com

*Attorney for Claimant Adam Muntner*

## VERIFICATION

I, Adam Muntner, declare under penalty of perjury, that the statements made in the above Verified Claim are true and correct to the best of my knowledge.

Dated: October 22, 2025

_____
Adam Muntner