# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>ADAM MUNTNER,<br><br>*Claimant*. | Case No. 1:25-CV-02085 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Adam Muntner. I certify that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.

Dated: October 24, 2025

                                              Respectfully submitted,

                                              */s/ Tyler Finn*
                                              **DYNAMIS LLP**
                                              Tyler Finn (*Pro Hac Vice*)
                                              11 Park Place, 4th Floor
                                              New York, New York 10007
                                              (212) 204-2757
                                              tfinn@dynamisllp.com