Kevin R. Reilly
314 Oxford Rd, Kenilworth, IL 60043
kreilly100@gmail.com
October 10, 2025

United States District Court for the District of Columbia
Case No. 1:25-cv-02085

Motion to Accept Late Answer

I, Kevin R. Reilly, proceeding pro se, move to accept this late Answer to the
Verified Complaint filed June 30, 2025. The 21-day deadline (October 3,
2025) was missed due to excusable neglect: as a pro se litigant, I relied on
the DOJ's erroneous 30-day notice (corrected August 19, 2025), causing
initial focus on the petition, and logistical delays (e.g., FOIA NFP-1621449
for account balances) slowed follow-up. The ongoing government
shutdown further complicates access to guidance. No prejudice results, as
no government action (e.g., default motion) is docketed, and I file promptly
upon awareness. Answer attached.

Kevin R. Reilly

# 1:25-cv-02085-CJN

Kevin R. Reilly
314 Oxford Rd, Kenilworth, IL 60043
kreilly100@gmail.com
October 10, 2025


Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Motion to Accept Late Answer – Case No. 1:25-cv-02085

Dear Clerk,

Enclosed  Answer to the Verified Complaint, filed pro se due to excusable
neglect. Please docket these amid the government shutdown, and notify me at
kreilly100@gmail.com of any issues. Thank you.

Sincerely,

Kevin R. Reilly
Enclosures: Motion, Answer


RECEIVED
Mailroom

OCT 2 0 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia