Paige N. Hopkins
314 Oxford Rd, Kenilworth, IL 60043
hopkinsreilly@gmail.com
October 10, 2025

United States District Court for the District of Columbia
Case No. 1:25-cv-02085

Motion to Accept Late Answer

I, Paige N. Hopkins, proceeding pro se, move to accept this late Answer to the Verified Complaint filed June 30, 2025. The 21-day deadline (October 3, 2025) was missed due to excusable neglect: as a pro se litigant, I relied on the DOJ's erroneous 30-day notice (corrected August 19, 2025), causing initial focus on the petition, and logistical delays (e.g., Paige's FOIA NFP-1621449 for account balances) slowed follow-up. The ongoing government shutdown further complicates access to guidance. No prejudice results, as no government action (e.g., default motion) is docketed, and I file promptly upon awareness. Answer attached.

*[signature]*

Paige N. Hopkins

Paige N. Hopkins
314 Oxford Rd, Kenilworth, IL 60043
hopkinsreilly@gmail.com
October 10, 2025

RECEIVED
Mailroom
OCT 20 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Re: Motion to Accept Late Answer – Case No. 1:25-cv-02085

Dear Clerk,

Enclosed Answer to the Verified Complaint, filed pro se due to excusable neglect. Please docket these amid the government shutdown, and notify me at hopkinsreilly@gmail.com of any issues. Thank you.

Sincerely,

Paige N. Hopkins
[Enclosures: Motion, Answer]