Answer to Verified Complaint for Forfeiture In Rem

I, Paige N. Hopkins deny that the seized assets (0.53115667 BTC, etc., in Defendant Properties A, B, C) were involved in BTC-e's alleged violations, as I was an innocent owner unaware of illegality. Affirmative Defenses: Innocent owner (18 U.S.C. § 983(d)), due process violation (Fifth Amendment, lack of notice), victim rights (18 U.S.C. § 3771). I seek asset return and damages.

*Paige N. Hopkins*

Paige N. Hopkins

**RECEIVED**
OCT 20 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia