## Claim for Return of Cryptocurrency Assets Seized from BTC-e Account — Court Case No. 25-CV-2085

**Contact Name**: Solodina Olga
**Address**: 33a, Bogishamol, Tashkent, Uzbekistan, 100000
I do not have a Social Security Number because I am a citizen and resident of Uzbekistan, and Social Security Numbers are only issued to U.S. citizens and residents.
**Phone**: +998946626625
**Email**: executorster@gmail.com

I, Solodina Olga, am submitting this claim as an individual with a legitimate interest in the assets of the defendant in Court Case 25-CV-2085, titled "U.S. v. All Virtual Currency Held in the BTC-E Operating Wallets and other described assets."

At the time BTC-e ceased operations, the following virtual currency (cryptocurrency) were blocked in my BTC-e account:

- **BTC**: 0.98219952
- **DASH**: 5.98800003
- **ETH**: 5.788

**Asset ID**: 18-FBI-002785

RECEIVED
Mailroom

OCT 2 1 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

My BTC-e account details:

- **Login**: executorster@gmail.com
- **Email**: executorster@gmail.com
- **Password**: 74123654852789bt

On June 19 and June 20, 2017, I deposited funds to my BTC-e account via ShapeShift in four transactions:

1. June 19, 2017 – 0.94692 BTC

2. June 20, 2017 – 0.01280098 BTC

3. June 20, 2017 – 0.938163 BTC

4. June 20, 2017 – 0.82036295 BTC

My total BTC balance by June 20, 2017, was approximately 3.039 BTC, as confirmed by my screenshot below from that date, attached to this document. After subsequent virtual currency (cryptocurrency) trading and partial withdrawals, my final withdrawals before the shutdown were:

- June 30, 2017: 0.99800000 ETH to address 0xcD75CcA9675E127A4462226afE8Ba2d22EB2Ee36
- July 3, 2017: 7.57788332 ETH to address 0x9459207fB45BCc29DE9E8FaFc36541F2d8f952c6

I can confirm ownership of ETH address 0x9459207fB45BCc29DE9E8FaFc36541F2d8f952c6, used for my last withdrawal before the site was blocked.

## RECOVERY OF LOSS INFORMATION

On the day BTC-e was blocked, my remaining balances were:

- **BTC**: 0.98219952
- **DASH**: 5.98800003
- **ETH**: 5.788

I kindly request the return of these virtual currency (cryptocurrency) assets to my personal wallet addresses as follows:

- **BTC**:  bc1q3wehxdjwanmn55ghc249xf4nxa5klze2gj4p3c



- **DASH**:  XeCRtDdYbqpjoacFiCQeULAQGfvW5U8vDr



- **ETH**:  0x61DbFA336259ba6Fe1992f576132820B659B1EC2



Thank you for your attention to my claim.

I am attaching a screenshot to this cliam:



I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Solodina Olga

August 4, 2025