UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Civil Action No. 1:25-cv-02085-CJN
Hon. Carl J. Nichols

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN

## I.  MOTION TO EXTEND DEADLINE FOR JONAS PAASCH TO FILE MOTION TO DISMISS AND ANSWER TO COMPLAINT

Claimant respectfully requests an extension of time to move to dismiss or respond to the Complaint, in alignment with the ongoing stipulations (ECF no. 236) and the Government shutdown. Claimant has contacted the DOJ to request information in September and seeks time to confer with Plaintiff regarding resolution.

Preliminary answer to remain effective unless superseded or amended.

## II.  ANSWER TO COMPLAINT

Claimant is a lawful user and denies any actions affecting his funds and documented decision to buy and withdraw BTC on July 25th 2017. (Verified Claim ECF no. 142)

Claimant asserts that due process rights have been violated through the extreme delay.

Prejudice has compounded over time. Had any notification or withdrawal been issued within a reasonable period of up to three years, most loss could still have been avoided. Claimant requests equitable relief or other relief as the Court deems just.

Claimant is an innocent owner (18 U.S.C. § 983(d)), did not have knowledge of illegal actions by the operators, preserves Rule 12(b) defenses, and requests dismissal of the Complaint.

Respectfully submitted,

Dated October 23, 2025
J. Paasch, Pro Se





RECEIVED

OCT 23 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414331
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

**CERTIFICATE OF SERVICE**

I, Jonas Paasch, hereby certify that a true and correct copy of this document is served upon the following individuals on October 23, 2025

Joshua L. Sohn <joshua.sohn@usdoj.gov>; Sang Rai Kang <sangraikang@yahoo.com>; Catherine Pelker <catherine.pelker@usdoj.gov>; Jonas Blomberg Lerman <jonas.lerman@usdoj.gov>; Edward M. Burch  <edward@michaelburchlaw.com>; Leslie Sammis <lsammis@sammislawfirm.com>; David B. Smith <dbs@davidbsmithpllc.com>;  Daniel M. Smith <dsmith@sandiegodefenders.com>; Dan G. Boyle   <dboyle@bsfllp.com>; Victoria R. Scordato (D.C. Bar 90006232) <vscordato@bsfllp.com>;  Amanda J. Skillern <amanda@amandaskillernlaw.com>; Betty J. Williams <betty@williamstaxlaw.com>   Charles R. Haskell <charles@charleshaskell.com>; Tyler Finn <tfinn@dynamisllp.com>;  Travis Olsen <sthompson@swlaw.com>; cgianelloni@swlaw.com; awendl@swlaw.com; Bjørn Erik Mol <dothat@duck.com>;Paul Capling <pcapling@gmail.com>; Timofey Fedotov <tob.kbect@gmail.com>; Andreas migotz <andreas@migotz.de>;    Nazar fedorchuk <nazar.fedorchuk@gmail.com>; Olga Solodina <executorster@gmail.com>; Anton.Samuelsson <anton.samuelsson@live.se>; Kyle Wesley Herron <wesherron01@yahoo.com>; ed.gao <ed.gao@hotmail.com>;  Martin Horák <horys@me.com>; Paige N. Hopkins <hopkinsreilly@gmail.com>; Kevin Reilly  <kreilly100@gmail.com>; Oleh Chechetko <btccashpoint@gmail.com>;  Dejan Deak <deranbp@gmail.com>; Hae Young Kwon <haes920@gmail.com>; Timothy O'Brien <tobrien6@gmail.com>; Smion de Dardel <wattimedia@gmail.com>; Marco Stickan <Marco.Stickan@web.de>; Armen Karapetian <armen0954348575@gmail.com>