## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-02085 |
| | § | Hon. Carl J. Nichols |
| ALL VIRTUAL CURRENCY HELD IN THE | § | |
| BTC-E OPERATING WALLETS AS OF JULY | § | |
| 25, 2017, AND OTHER ASSETS FURTHER | § | |
| DESCRIBED HEREIN. | § | |
| Defendants *in rem*. | § | |

### ANSWER OF CLAIMANT ANDERSON THOMAS TO PLAINTIFF'S COMPLAINT FOR FORFEITURE IN REM

Claimant, Anderson Thomas ("Claimant" or "Thomas", by and through his undersigned counsel, respectfully sets forth his answer and defenses ("Answer") to the Verified Complaint for Forfeiture in Rem ("Complaint") (ECF No. 1) filed by the Plaintiff United States of America ("Plaintiff") as follows:

### INTRODUCTION AND GENERAL DENIALS

1.      Claimant asserts a vested ownership and possessory interest in all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", held by BTC-e as of July 25, 2017, as described in his Verified Claim. Claimant denies that his property is subject to forfeiture, denies any nexus to unlawful activity, and asserts the innocent owner defense under 18 U.S.C. § 983(d).

2.      Except as expressly admitted, Claimant denies each and every allegation of the Complaint and demands strict proof of the same.

3.    Claimant denies that the property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", held by BTC-e as of July 25, 2017, in whole or in part, are subject to forfeiture under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. §§ 1956(h), 1960, or any other statute, as alleged.

4.    Claimant specifically denies that the United States has established, or can establish, the requisite substantial connection between Claimant's lawfully acquired and owned virtual currency and any specified unlawful activity, money laundering, or unlicensed money transmission, as required by 18 U.S.C. § 983(c) and applicable law.

## SPECIFIC RESPONSES

## NATURE OF THE ACTION

1.    Claimant denies the allegations to the extent they allege the Defendant Properties are forfeitable or that Claimant's property is subject to forfeiture.

## JURSIDICTION AND VENUE

2.    Claimant admits the Court's subject-matter jurisdiction to adjudicate forfeiture actions; Claimant denies the forfeitability of Claimant's property.

3.    Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding acts and omissions and therefore denies these allegations; Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding the location of properties abroad and therefore denies these allegations.

## NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

4.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

5.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

6.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

7.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

8.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

9.      Claimant denies the allegations to the extent they allege that Claimant's property (all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2") is involved in violations or forfeitable.

## **PARTIES TO THE CASE**

10.     Admit.

11.    Claimant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and therefore denies said allegations.

## **FACTUAL ALLEGATIONS**

12.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

13.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

14.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

15.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all

virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

16.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

17.    Claimant denies the allegations. Claimant lacks knowledge or information sufficient to form a belief as to allegations regarding BTC-e operations and Defendant Properties and therefore denies them. Claimant denies any nexus between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

### A. Bitcoin and Digital Currency

18.    Admit.

19.    Admit.

20.    Admit.

21.    Admit.

22.    Admit.

23.    Admit.

24.    Admit.

25.    Admit.

26.    Admit.

27.    Admit.

28.    Admit.

29.    Admit.

30.    Admit.

31.    Admit.

32.    Admit.

33.    Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus between Claimant's property and unlawful activity, denies the allegations.

34.    Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus between Claimant's property and unlawful activity, denies the allegations.

35.    Admit.

36.    Admit.

37.    Admit.

38.    Admit.

39.     Claimant lacks knowledge as to the government's characterizations and, to the extent they imply any nexus between Claimant's property and unlawful activity, denies the allegations.

40.     Admit.

41.     Admit.

**B. BTC-e Generally**

42.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

43.     Admit.

44.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

45.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

46.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other

property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

47.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

48.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

49.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

50.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

51.     Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

52.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

53.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

54.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

55.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

56.    Claimant denies the allegations for lack of knowledge; to the extent this paragraph implies any nexus between any unlawful activity and Claimant or all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", Claimant denies the allegations.

**C. BTC-e's Operation as an Illegal Money Transmitting Business**

57.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

58.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

59.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

60.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

61.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

62.     Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other

property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

63.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

64.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

65.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

66.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

67.    Claimant denies the allegations for lack of knowledge and to the extent they allege violations rendering any property forfeitable, including all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

### D. Criminal Use of BTC-e

68.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

69.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

70.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

71.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

72.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

73.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

74.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

**i. *Narcotics Trafficking***

75.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

76.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

77.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

78.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

79.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

80.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

81.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

82.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

83.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

**ii.** *Ransomware Attacks*

84.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

85.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

86.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

87.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

88.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

89.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

90.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

91.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

92.    Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

93.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

### iii. *Hacks and Thefts: Mt. Gox*

94.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

95.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

96.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

97.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

98.     Claimant denies the allegations for lack of knowledge and as to any nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

### E. Alexander VINNIK

99.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

100.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

101.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

102.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

103.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

104.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable

all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

105.    Claimant denies the allegations for lack of knowledge as to criminal proceedings other than that court records are public; Claimant denies that any such matters render forfeitable all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

**F. Defendant Property A**

106.    Claimant denies the allegations for lack of knowledge as to BTC-e servers, wallets, private keys, addresses, and transfers. Claimant denies that any cryptocurrency in BTC-e operating wallets includes or is traceable to unlawful activity connected to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", and denies forfeitability.

107.    Claimant denies the allegations in paragraph 107 for the reasons stated in response to paragraph 106.

108.    Claimant denies the allegations in paragraph 108 for the reasons stated in response to paragraph 106.

109.    Claimant denies the allegations in paragraph 109 for the reasons stated in response to paragraph 106.

110.    Claimant denies the allegations in paragraph 110 for the reasons stated in response to paragraph 106.

111.    Claimant denies the allegations in paragraph 111 for the reasons stated in response to paragraph 106.

112.    Claimant denies the allegations in paragraph 112 for the reasons stated in response to paragraph 106.

113.    Claimant denies the allegations in paragraph 113 for the reasons stated in response to paragraph 106.

114.    Claimant denies the allegations in paragraph 114 for the reasons stated in response to paragraph 106.

115.    Claimant denies the allegations in paragraph 115 for the reasons stated in response to paragraph 106.

116.    Claimant denies the allegations in paragraph 116 for the reasons stated in response to paragraph 106.

117.    Claimant denies the allegations in paragraph 117 for the reasons stated in response to paragraph 106.

118.    Claimant denies the allegations in paragraph 118 for the reasons stated in response to paragraph 106.

119.    Claimant denies the allegations in paragraph 119 for the reasons stated in response to paragraph 106.

120.    Claimant denies the allegations in paragraph 120 for the reasons stated in response to paragraph 106.

121.     Claimant denies the allegations in paragraph 121 for the reasons stated in response to paragraph 106.

122.     Claimant denies the allegations in paragraph 122 for the reasons stated in response to paragraph 106.

123.     Claimant denies the allegations in paragraph 123 for the reasons stated in response to paragraph 106.

**G. Shell Companies & Accounts**

124.     Claimant denies the allegations for lack of knowledge; Claimant denies the allegations insofar as they suggest taint of all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

125.     Claimant denies the allegations in paragraph 125 for the reasons stated in response to paragraph 124.

126.     Claimant denies the allegations in paragraph 126 for the reasons stated in response to paragraph 124.

127.     Claimant denies the allegations in paragraph 127 for the reasons stated in response to paragraph 124.

128.     Claimant denies the allegations in paragraph 128 for the reasons stated in response to paragraph 124.

129.     Claimant denies the allegations in paragraph 129 for the reasons stated in response to paragraph 124.

130.    Claimant denies the allegations in paragraph 130 for the reasons stated in response to paragraph 124.

131.    Claimant denies the allegations in paragraph 131 for the reasons stated in response to paragraph 124.

132.    Claimant denies the allegations in paragraph 132 for the reasons stated in response to paragraph 124.

133.    Claimant denies the allegations in paragraph 133 for the reasons stated in response to paragraph 124.

134.    Claimant denies the allegations in paragraph 134 for the reasons stated in response to paragraph 124.

135.    Claimant denies the allegations in paragraph 135 for the reasons stated in response to paragraph 124.

136.    Claimant denies the allegations in paragraph 136 for the reasons stated in response to paragraph 124.

137.    Claimant denies the allegations in paragraph 137 for the reasons stated in response to paragraph 124.

138.    Claimant denies the allegations in paragraph 138 for the reasons stated in response to paragraph 124.

139.    Claimant denies the allegations in paragraph 139 for the reasons stated in response to paragraph 124.

140.    Claimant denies the allegations in paragraph 140 for the reasons stated in response to paragraph 124.

141.    Claimant denies the allegations in paragraph 141 for the reasons stated in response to paragraph 124.

142.    Claimant denies the allegations in paragraph 142 for the reasons stated in response to paragraph 124.

143.    Claimant denies the allegations in paragraph 143 for the reasons stated in response to paragraph 124.

144.    Claimant denies the allegations in paragraph 144 for the reasons stated in response to paragraph 124.

145.    Claimant denies the allegations in paragraph 145 for the reasons stated in response to paragraph 124.

146.    Claimant denies the allegations in paragraph 146 for the reasons stated in response to paragraph 124.

147.    Claimant denies the allegations in paragraph 147 for the reasons stated in response to paragraph 124.

148.    Claimant denies the allegations in paragraph 148 for the reasons stated in response to paragraph 124.

149.    Claimant denies the allegations in paragraph 149 for the reasons stated in response to paragraph 124.

150.    Claimant denies the allegations in paragraph 150 for the reasons stated in response to paragraph 124.

151.    Claimant denies the allegations in paragraph 151 for the reasons stated in response to paragraph 124.

152.    Claimant denies the allegations in paragraph 152 for the reasons stated in response to paragraph 124.

153.    Claimant denies the allegations in paragraph 153 for the reasons stated in response to paragraph 124.

154.    Claimant denies the allegations in paragraph 154 for the reasons stated in response to paragraph 124.

155.    Claimant denies the allegations in paragraph 155 for the reasons stated in response to paragraph 124.

156.    Claimant denies the allegations in paragraph 156 for the reasons stated in response to paragraph 124.

157.    Claimant denies the allegations in paragraph 157 for the reasons stated in response to paragraph 124.

158.    Claimant denies the allegations in paragraph 158 for the reasons stated in response to paragraph 124.

159.    Claimant denies the allegations in paragraph 159 for the reasons stated in response to paragraph 124.

160.    Claimant denies the allegations in paragraph 160 for the reasons stated in response to paragraph 124.

161.    Claimant denies the allegations in paragraph 161 for the reasons stated in response to paragraph 124.

162.    Claimant denies the allegations in paragraph 162 for the reasons stated in response to paragraph 124.

163.    Claimant denies the allegations in paragraph 163 for the reasons stated in response to paragraph 124.

164.    Claimant denies the allegations in paragraph 164 for the reasons stated in response to paragraph 124.

165.    Claimant denies the allegations in paragraph 165 for the reasons stated in response to paragraph 124.

166.    Claimant denies the allegations in paragraph 166 for the reasons stated in response to paragraph 124.

167.    Claimant denies the allegations in paragraph 167 for the reasons stated in response to paragraph 124.

168.    Claimant denies the allegations in paragraph 168 for the reasons stated in response to paragraph 124.

169.    Claimant denies the allegations in paragraph 169 for the reasons stated in response to paragraph 124.

170.    Claimant denies the allegations in paragraph 170 for the reasons stated in response to paragraph 124.

171.    Claimant denies the allegations in paragraph 171 for the reasons stated in response to paragraph 124.

**H. FXOpen and XP Solutions**

172.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations insofar as they allege taint or forfeitability affecting all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

173.    Claimant denies the allegations in paragraph 173 for the reasons stated in response to paragraph 172.

174.    Claimant denies the allegations in paragraph 174 for the reasons stated in response to paragraph 172.

175.    Claimant denies the allegations in paragraph 175 for the reasons stated in response to paragraph 172.

176.    Claimant denies the allegations in paragraph 176 for the reasons stated in response to paragraph 172.

177.    Claimant denies the allegations in paragraph 177 for the reasons stated in response to paragraph 172.

178.    Claimant denies the allegations in paragraph 178 for the reasons stated in response to paragraph 172.

179.    Claimant denies the allegations in paragraph 179 for the reasons stated in response to paragraph 172.

180.    Claimant denies the allegations in paragraph 180 for the reasons stated in response to paragraph 172.

181.    Claimant denies the allegations in paragraph 181 for the reasons stated in response to paragraph 172.

182.    Claimant denies the allegations in paragraph 182 for the reasons stated in response to paragraph 172.

183.    Claimant denies the allegations in paragraph 183 for the reasons stated in response to paragraph 172.

184.    Claimant denies the allegations in paragraph 184 for the reasons stated in response to paragraph 172.

185.    Claimant denies the allegations in paragraph 185 for the reasons stated in response to paragraph 172.

186.    Claimant denies the allegations in paragraph 186 for the reasons stated in response to paragraph 172.

187.    Claimant denies the allegations in paragraph 187 for the reasons stated in response to paragraph 172.

188.    Claimant denies the allegations in paragraph 188 for the reasons stated in response to paragraph 172.

189.    Claimant denies the allegations in paragraph 189 for the reasons stated in response to paragraph 172.

190.    Claimant denies the allegations in paragraph 190 for the reasons stated in response to paragraph 172.

191.    Claimant denies the allegations in paragraph 191 for the reasons stated in response to paragraph 172.

192.    Claimant denies the allegations in paragraph 192 for the reasons stated in response to paragraph 172.

193.    Claimant denies the allegations in paragraph 193 for the reasons stated in response to paragraph 172.

194.    Claimant denies the allegations in paragraph 194 for the reasons stated in response to paragraph 172.

195.    Claimant denies the allegations in paragraph 195 for the reasons stated in response to paragraph 172.

196.    Claimant denies the allegations in paragraph 196 for the reasons stated in response to paragraph 172.

197.    Claimant denies the allegations in paragraph 197 for the reasons stated in response to paragraph 172.

198.    Claimant denies the allegations in paragraph 198 for the reasons stated in response to paragraph 172.

199.    Claimant denies the allegations in paragraph 199 for the reasons stated in response to paragraph 172.

200.    Claimant denies the allegations in paragraph 200 for the reasons stated in response to paragraph 172.

201.    Claimant denies the allegations in paragraph 201 for the reasons stated in response to paragraph 172.

202.    Claimant denies the allegations in paragraph 202 for the reasons stated in response to paragraph 172.

203.    Claimant denies the allegations in paragraph 203 for the reasons stated in response to paragraph 172.

204.    Claimant denies the allegations in paragraph 204 for the reasons stated in response to paragraph 172.

205.    Claimant denies the allegations in paragraph 205 for the reasons stated in response to paragraph 172.

206.    Claimant denies the allegations in paragraph 206 for the reasons stated in response to paragraph 172.

### I. Defendant Property B

207.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" is admitted or established.

208.    Claimant denies the allegations in paragraph 208 for the reasons stated in response to paragraph 207.

209.    Claimant denies the allegations in paragraph 209 for the reasons stated in response to paragraph 207.

210.    Claimant denies the allegations in paragraph 210 for the reasons stated in response to paragraph 207.

211.    Claimant denies the allegations in paragraph 211 for the reasons stated in response to paragraph 207.

212.    Claimant denies the allegations in paragraph 212 for the reasons stated in response to paragraph 207.

213.    Claimant denies the allegations in paragraph 213 for the reasons stated in response to paragraph 207.

214.    Claimant denies the allegations in paragraph 214 for the reasons stated in response to paragraph 207.

215.    Claimant denies the allegations in paragraph 215 for the reasons stated in response to paragraph 207.

216.    Claimant denies the allegations in paragraph 216 for the reasons stated in response to paragraph 207.

217.    Claimant denies the allegations in paragraph 217 for the reasons stated in response to paragraph 207.

218.    Claimant denies the allegations in paragraph 218 for the reasons stated in response to paragraph 207.

219.    Claimant denies the allegations in paragraph 219 for the reasons stated in response to paragraph 207.

220.    Claimant denies the allegations in paragraph 220 for the reasons stated in response to paragraph 207.

221.    Claimant denies the allegations in paragraph 221 for the reasons stated in response to paragraph 207.

222.    Claimant denies the allegations in paragraph 222 for the reasons stated in response to paragraph 207.

223.    Claimant denies the allegations in paragraph 223 for the reasons stated in response to paragraph 207.

224.    Claimant denies the allegations in paragraph 224 for the reasons stated in response to paragraph 207.

225.    Claimant denies the allegations in paragraph 225 for the reasons stated in response to paragraph 207.

226.    Claimant denies the allegations in paragraph 226 for the reasons stated in response to paragraph 207.

**J. Defendant Property C**

227.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all virtual currency or other property

associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" is admitted or established.

228.    Claimant denies the allegations in paragraph 228 for the reasons stated in response to paragraph 227.

229.    Claimant denies the allegations in paragraph 229 for the reasons stated in response to paragraph 227.

230.    Claimant denies the allegations in paragraph 230 for the reasons stated in response to paragraph 227.

231.    Claimant denies the allegations in paragraph 231 for the reasons stated in response to paragraph 227.

232.    Claimant denies the allegations in paragraph 232 for the reasons stated in response to paragraph 227.

233.    Claimant denies the allegations in paragraph 233 for the reasons stated in response to paragraph 227.

234.    Claimant denies the allegations in paragraph 234 for the reasons stated in response to paragraph 227.

235.    Claimant denies the allegations in paragraph 235 for the reasons stated in response to paragraph 227.

236.    Claimant denies the allegations in paragraph 236 for the reasons stated in response to paragraph 227.

237.    Claimant denies the allegations in paragraph 237 for the reasons stated in response to paragraph 227.

238.    Claimant denies the allegations in paragraph 238 for the reasons stated in response to paragraph 227.

239.    Claimant denies the allegations in paragraph 239 for the reasons stated in response to paragraph 227.

240.    Claimant denies the allegations in paragraph 240 for the reasons stated in response to paragraph 227.

241.    Claimant denies the allegations in paragraph 241 for the reasons stated in response to paragraph 227.

242.    Claimant denies the allegations in paragraph 242 for the reasons stated in response to paragraph 227.

243.    Claimant denies the allegations in paragraph 243 for the reasons stated in response to paragraph 227.

244.    Claimant denies the allegations in paragraph 244 for the reasons stated in response to paragraph 227.

245.    Claimant denies the allegations in paragraph 245 for the reasons stated in response to paragraph 227.

246.    Claimant denies the allegations in paragraph 246 for the reasons stated in response to paragraph 227.

247.    Claimant denies the allegations in paragraph 247 for the reasons stated in response to paragraph 227.

248.    Claimant denies the allegations in paragraph 248 for the reasons stated in response to paragraph 227.

249.    Claimant denies the allegations in paragraph 249 for the reasons stated in response to paragraph 227.

250.    Claimant denies the allegations in paragraph 250 for the reasons stated in response to paragraph 227.

251.    Claimant denies the allegations in paragraph 251 for the reasons stated in response to paragraph 227.

252.    Claimant denies the allegations in paragraph 252 for the reasons stated in response to paragraph 227.

253.    Claimant denies the allegations in paragraph 253 for the reasons stated in response to paragraph 227.

254.    Claimant denies the allegations in paragraph 254 for the reasons stated in response to paragraph 227.

### K. Defendant Property D

255.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" is admitted or established.

256.    Claimant denies the allegations in paragraph 256 for the reasons stated in response to paragraph 255.

257.    Claimant denies the allegations in paragraph 257 for the reasons stated in response to paragraph 255.

258.    Claimant denies the allegations in paragraph 258 for the reasons stated in response to paragraph 255.

259.    Claimant denies the allegations in paragraph 259 for the reasons stated in response to paragraph 255.

260.    Claimant denies the allegations in paragraph 260 for the reasons stated in response to paragraph 255.

261.    Claimant denies the allegations in paragraph 261 for the reasons stated in response to paragraph 255.

262.    Claimant denies the allegations in paragraph 262 for the reasons stated in response to paragraph 255.

263.    Claimant denies the allegations in paragraph 263 for the reasons stated in response to paragraph 255.

264.    Claimant denies the allegations in paragraph 264 for the reasons stated in response to paragraph 255.

265.    Claimant denies the allegations in paragraph 265 for the reasons stated in response to paragraph 255.

266.    Claimant denies the allegations in paragraph 266 for the reasons stated in response to paragraph 255.

267.    Claimant denies the allegations in paragraph 267 for the reasons stated in response to paragraph 255.

268.    Claimant denies the allegations in paragraph 268 for the reasons stated in response to paragraph 255.

**L. Defendant Properties E and F**

269.    Claimant denies the allegations for lack of knowledge; Claimant denies the allegations as to taint and forfeitability. No nexus to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" is admitted or established.

270.    Claimant denies the allegations in paragraph 270 for the reasons stated in response to paragraph 269.

271.    Claimant denies the allegations in paragraph 271 for the reasons stated in response to paragraph 269.

272.    Claimant denies the allegations in paragraph 272 for the reasons stated in response to paragraph 269.

273.    Claimant denies the allegations in paragraph 273 for the reasons stated in response to paragraph 269.

274.    Claimant denies the allegations in paragraph 274 for the reasons stated in response to paragraph 269.

275.    Claimant denies the allegations in paragraph 275 for the reasons stated in response to paragraph 269.

276.    Claimant denies the allegations in paragraph 276 for the reasons stated in response to paragraph 269.

277.    Claimant denies the allegations in paragraph 277 for the reasons stated in response to paragraph 269.

278.    Claimant denies the allegations in paragraph 278 for the reasons stated in response to paragraph 269.

279.    Claimant denies the allegations in paragraph 279 for the reasons stated in response to paragraph 269.

280.    Claimant denies the allegations in paragraph 280 for the reasons stated in response to paragraph 269.

281.    Claimant denies the allegations in paragraph 281 for the reasons stated in response to paragraph 269.

282.    Claimant denies the allegations in paragraph 282 for the reasons stated in response to paragraph 269.

283.    Claimant denies the allegations in paragraph 283 for the reasons stated in response to paragraph 269.

284.    Claimant denies the allegations in paragraph 284 for the reasons stated in response to paragraph 269.

285.    Claimant denies the allegations in paragraph 285 for the reasons stated in response to paragraph 269.

286.    Claimant denies the allegations in paragraph 286 for the reasons stated in response to paragraph 269.

287.    Claimant denies the allegations in paragraph 287 for the reasons stated in response to paragraph 269.

288.    Claimant denies the allegations in paragraph 288 for the reasons stated in response to paragraph 269.

**M. The Defendant Properties Are Criminally Tainted and are Property Involved in (or Traceable to Property Involved In) an Unlicensed Money Transmitting Business and Money Laundering Conspiracy**

289.    Claimant denies the allegations, including the assertions that any property is criminally tainted, involved in, or traceable to violations, and denies that any such allegations establish a basis to forfeit all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

290.    Claimant denies the allegations in paragraph 290 for the reasons stated in response to paragraph 289.

291.    Claimant denies the allegations in paragraph 291 for the reasons stated in response to paragraph 289.

292.    Claimant denies the allegations in paragraph 292 for the reasons stated in response to paragraph 289.

293.    Claimant denies the allegations in paragraph 293 for the reasons stated in response to paragraph 289.

294.    Claimant denies the allegations in paragraph 294 for the reasons stated in response to paragraph 289.

295.    Claimant denies the allegations in paragraph 295 for the reasons stated in response to paragraph 289.

296.    Claimant denies the allegations in paragraph 296 for the reasons stated in response to paragraph 289.

297.    Claimant denies the allegations in paragraph 297 for the reasons stated in response to paragraph 289.

298.    Claimant denies the allegations in paragraph 298 for the reasons stated in response to paragraph 289.

299.    Claimant denies the allegations in paragraph 299 for the reasons stated in response to paragraph 289.

## FIRST CLAIM FOR RELIEF

300.    Claimant denies the allegations in paragraph 300.

301.    Claimant denies the allegations in paragraph 301.

## SECOND CLAIM FOR RELIEF

302.    Claimant denies the allegations in paragraph 302.

303.    Claimant denies the allegations in paragraph 303.

**PRAYER FOR RELIEF**

Claimant denies that Plaintiff is entitled to any relief against Claimant's property. Claimant requests dismissal as to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", return of property, interest, and costs.

## AFFIRMATIVE DEFENSES

Without admitting any burden, Claimant asserts:

1.      The Complaint fails to allege a substantial connection between any unlawful activity and all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

2.      Claimant acquired, possessed, and used all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" for value, without knowledge or reason to know of conduct giving rise to forfeiture. Claimant incorporates by reference his Verified Claim.

3.      Plaintiff cannot establish by a preponderance of the evidence that all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2" are involved in or traceable to offenses.

4.      Plaintiff cannot forfeit fungible, commingled property absent statutory compliance and adequate tracing to unlawful activity.

5.      The action and/or earlier seizures and notices are untimely as to Claimant's property.

6.    Undue delay and lack of individualized process as to Claimant's property.

7.    Forfeiture    of    Claimant's    lawfully    acquired    assets    would be    grossly disproportionate.

8.    To the extent property lies outside the Court's jurisdiction or beyond the extraterritorial scope of the statutes, forfeiture is barred.

9.    Custodial exchange holdings were held for customers; Claimant maintains equitable rights to all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2".

10.    Prejudicial delay bars forfeiture.

11.    If the specific res was dissipated, Claimant is entitled to substitute assets/value.

12.    Attorneys' fees and costs (28 U.S.C. § 2465(b)(1)).

Claimant reserves all defenses, counterclaims, and objections not inconsistent with this Answer, including standing-related showings, selective enforcement, and Constitutional challenges, as appropriate following discovery and motion practice. Claimant reserves the right to amend and to supplement with additional defenses and facts as discovery proceeds, and incorporates by reference his Verified Claim.

## <u>CLAIMANT'S PRAYER FOR RELIEF</u>

Claimant respectfully requests the immediate return of all virtual currency or other property associated with the BTC-e account usernames "Athomas1", "athomas1", "Athomas2" and "athomas2", together with interest and costs.

Dated November 3, 2025

Respectfully submitted,


/s/ Amanda J. Skillern
Amanda J. Skillern  (PRO HAC VICE)
Law Office of Amanda Skillern, PLLC
405 Main St., Ste 910
Houston, Texas 77002
Office: (346) 291-0432
Email: amanda@amandaskillernlaw.com
State Bar No. 24056773

*Counsel for Claimant Anderson Thomas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, a true and correct copy of the foregoing was

served via electronic filing on all participants designated to receive electronic notice in this cause.


*/s/ Amanda Skillern*
Amanda Skillern