UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant.

Case No. 1:25-cv-02085

I, Raymond Eray Tav, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Claimant Raymond Eray Tav moves for leave to file a late verified claim:

1. Deadline was approximately September 2, 2025.

2. Unaware due to no direct notice or news; discovered independently on 11/03/2025.

3. Excusable neglect; no prejudice as case ongoing. WEX proofs trace to BTC-e.

Attach: Verified claim, evidence.

Dated: 11/03/2025
Raymond Eray Tav


RECEIVED
NOV 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia