UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant.

Case No. 1:25-cv-02085

VERIFIED CLAIM OF Raymond Eray Tav

I, Raymond Eray Tav, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I claim an interest in all of my crypto assets, including but not limited to **103.90511448 Litecoin LTC** and other balances in both Btc-e and (later transferred to and became) Wex.nz systems

2. My interest arises from legitimate deposits; proofs from WEX show BTC-e origin (attached screenshots). Request government review records for balances in BTC-e/WEX under Eray Tav and Raymond Eray Tav (name change certificate attached).

3. I am an innocent owner under 18 U.S.C. § 983(d), with no criminal involvement.

4. Attached: WEX screenshots, name change certificate, affidavit.

Dated: 11/03/2025

Raymond Eray Tav

*(signature)*

7267 Regina Way
Orlando, FL, 32819
864-372-9828
RaymondErayTav@gmail.com

RECEIVED
NOV 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia