

**Petition for Name Change**
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662



**Name of Court**
United States District Court for the District of Oregon

A-064835092

### Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. **Full and Correct Name (Current Name)**

   | Given Name (First Name) | Middle Name | Family Name (Last Name) |
   |---|---|---|
   | ERAY | | TAV |

2. **Mailing Address**

   | Street Number and Name | City or Town | State | ZIP Code |
   |---|---|---|---|
   | 14815 SW SANDHILL LOOP UNIT 203 | BEAVERTON | OR | 97007-9156 |

3. **Country of Citizenship or Nationality**: Turkey
4. **Date of Birth (mm/dd/yyyy)**: 12/04/1982
5. **Alien Registration Number (A-Number)**: A-064835092

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**

   | First Name | Middle Name | Last Name |
   |---|---|---|
   | RAYMOND | ERAY | TAV |

8. **Signature and Date**

   Signature of Petition (Use your current name): [signature]
   Date (mm/dd/yyyy): 01/28/2020

### Certification of Name Change

I certify that the above petition was granted by the court on this date, 02/20/2020 (mm/dd/yyyy)

Signature of Clerk **MARY L. MORAN**    Signature of Deputy Clerk [signature] J. Harper

### Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Certified to be a true and correct copy of original filed in this District.
Dated FEB 2 7 2020
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk Patterson
Pages 1 Through 1

Form N-662 05/20/16

**FL Jurat Notary Certificate**

Document Name: _Information about Petitioner_

STATE OF FLORIDA
COUNTY OF _Sarasota_
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this __4__ day of _November_, 20_25_, by, _Raymond Gray Tav_ (name of signer(s)).

_[signature]_
(Signature of notary public)

_Katherine Jones_
(Name of notary public)

**KATHERINE JONES**
Notary Public, State of Florida
Commission# HH 206301
My comm. expires Dec. 9, 2025

My commission expires: _12/9/2025_

Official Seal

Personally known _____ OR
Produced identification _X_  Type of identification produced: _FL DL_

00-74-0506NSBW 09-2020

FL Jurat Notary Certificate

**Document Name:** Claimant Information

**STATE OF FLORIDA**
**COUNTY OF** Sarasota
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this 4 day of November, 2025, by, Raymond Eray Tav. (name of signer(s)).

_Kathy Jnt_
(Signature of notary public)

KATHERINE JONES
Notary Public, State of Florida
Commission# HH 206301
My comm. expires Dec. 9, 2025

_Katherine Jones_
(Name of notary public)

My commission expires: 12/9/2025

**Official Seal**

Personally known _____ OR
Produced identification  X   Type of identification produced: FL DL

00-74-0506NSBW 09-2020

State of Florida
County of Sarasota

Current Name of Applicant: Raymond Eray Tav

Approximate Date Current Name Was Assumed: Feb, 27th 2020

Former Name of Applicant: Eray Tav

Applicant's Date of Birth: 12/04/1982

Number of Years You Have Known the Applicant: N/A (self-affidavit)

By Current Name: Yes
By Former Name: Yes

Your Relationship to the Applicant: Self

The variance in the applicant's name shown on records and the name currently used: Due to legal name change (certificate attached).

Current name is used exclusively and for all purposes.

Applicant's current address is 7267 Regina Way, Orlando, FL, 32819

Under penalty of perjury, I swear the above is true.

Raymond Eray Tav

*[signature]*

11/03/2025

Notary:











