UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>    Defendants, *in rem.*<br><br>NOAH SIMMONS,<br><br>    Claimant, *pro se* | **VERIFIED CLAIM**<br><br>Case No.: 1:25-CV-02085 |

### VERIFIED CLAIM

I, Noah Simmons, proceeding *pro se*, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username simmonsn2015, held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to Bitcoin seized between August 2, 2017, and August 17, 2017, and Litecoin seized between August 2, 2017, and August 17, 2017.

RECEIVED
Mailroom

OCT 31 2025

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

My interest in said property is that I am the lawful owner. I received personal notice from the Government of this action on October 20, 2025. I am proceeding *pro se* in this matter.

## VERIFICATION

I declare under penalty of perjury that I am a claimant in the above-entitled matter, that I have read the foregoing Claim, that I know the contents thereof, and that the same is true of my own knowledge.

Executed in the District of Columbia on October 20, 2025

*/s/ Noah S.*
_____
NOAH SIMMONS, *pro se* claimant