Noah Simmons
4919 16th St NW
Washington, DC 20011

Clerk's Office
US District Court for DC
333 Constitution Ave NW
Washington, DC 20001

Noah Simmons
Noahns@gmail.com
412-352-5513

CJN