UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, <br><br> Defendants, *in rem.* <br><br> ─────────────────────────── <br><br> NOAH SIMMONS, <br><br> Claimant, *pro se* | **VERIFIED CLAIM** <br><br> Case No.: 1:25-CV-02085 |

### ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND AFFIRMATIVE DEFENSES

Claimant Noah Simmons ("Claimant"), appearing *pro se*, answers Plaintiff United States of America's ("Plaintiff") Complaint as follows:

### JURISDICTION AND VENUE

Paragraphs 2–3: Claimant agrees that jurisdiction and venue are proper in the District of Columbia.

### NATURE OF THE ACTION AND STATUTORY BASIS FOR FORFEITURE

Paragraphs 4–9: These are legal declarations requiring no response



**RECEIVED**
OCT 31 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## PARTIES TO THE CASE

Paragraphs 10–11: These paragraphs require no response.

## FACTUAL ALLEGATIONS

Paragraphs 12–299: Claimant lacks sufficient information to form a belief about the allegations contained in these paragraph. Claimant denies that the funds contained in his BTC-e account (username: simmonsn2015) were the proceeds of criminal activity or knowingly involved in any illegal activity.

## FIRST CLAIM FOR RELIEF
### 18 U.S.C. § 981(a)(1)(A)

Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein. To the extent a further response is required, Claimant denies the allegations in these paragraphs.

## SECOND CLAIM FOR RELIEF
### 18 U.S.C. § 981(a)(1)(A)

Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein. To the extent a further response is required, Claimant denies the allegations in these paragraphs.

## PRAYER FOR RELIEF

Claimant denies that Plaintiff is entitled to any relief sought in the Complaint as to the funds contained in the BTC-e account with username simmonsn2015.

//

//

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Innocent Owner, 18 U.S.C. § 983(d))

Claimant acquired the funds in his BTC-e account (username simmonsn2015) lawfully in 2013. Claimant is an innocent owner of the seized property in which he has a lawful property interest because he had no knowledge of the conduct that allegedly gives rise to forfeiture.

### THIRD AFFIRMATIVE DEFENSE
(No Substantial Connection, 18 U.S.C. § 983(c)(3))

The seized property of which Claimant is the lawful owner was neither used to commit or facilitate the commission of any criminal offense, nor involved in the commission of any criminal offense.

### FOURTH AFFIRMATIVE DEFENSE
(Disproportionality, 18 U.S.C. § 983(g))

The forfeiture of Claimant's property is grossly disproportionate to the gravity of the alleged offenses giving rise to forfeiture.

### FIFTH AFFIRMATIVE DEFENSE
(Statute of Limitations)

The forfeiture of Claimant's property is barred, in whole or in part, by the applicable statutes of limitations.

## SIXTH AFFIRMATIVE DEFENSE

Claimant reserves the right to raise and plead additional defenses which might become known during the course of discovery, as well as to dismiss any defenses which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

Dated: October 20, 2025

Respectfully submitted,

*[signature]*

NOAH SIMMONS, *pro se* claimant