Case 1:25-cv-02085-CJN                                              Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL VIRTUAL CURRENCY HELD IN ) <br> THE BTC-E OPERATING WALLETS ) <br> AS OF JULY 25, 2017, AND OTHER ) <br> ASSETS FURTHER DESCRIBED ) <br> HEREIN, ) <br> ) <br> Defendants in rem. ) <br> ──────────────────── <br> ) <br> Mahdi Nooshafarin; ) <br> ) <br> Claimant. ) <br> ────────────────────/ | VERIFIED CLAIM <br> OPPOSING <br> FORFEITURE <br><br> Case No. 1:25-CV-02085 |

I, MAHDI NOOSHAFARIN, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically: All virtual currency or other property associated with the BTC-e account username "mohsensalehi" (email address: mohsen.salehi751@outlook.com) and the BTC-e account username "miner365" (email address: hollyzeytoon@gmail.com) held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e.

My interest in said property is that I am the lawful owner.

Dated: November 05 , 2025

*[signature]*

────────────────────────────
Mahdi Nooshafarin
Unit 13, 4th Fl, No. 83,
Tohid St. Motahari St.
Karaj
3143934365
Iran
+989910509791
mohsen.salehi751@outlook.com

**RECEIVED**
NOV 05 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: November 05, 2025

_____
Mahdi Nooshafarin

CERTIFICATE OF SERVICE

    I hereby certify that on November 05, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery
Section 1400 New York Avenue, NW
Washington, DC 20530
Email: joshua.sohn@usdoj.gov

Dated: November 05, 2025

_____
Mahdi Nooshafarin