UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>         Plaintiff,                              )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>ALL VIRTUAL CURRENCY HELD IN THE )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN,                          )<br>                                                              )<br>         Defendants *in rem*.             )<br>_____ / ) | Case No. 1:25-CV-02085 |

**(THIRD) STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN CLAIMANTS TO FILE MOTION TO DISMISS OR ANSWER TO COMPLAINT**

   CLAIMANTS:

 1.   JOSEPH BARRETT
 2.   MARC ANDRE GUINDON
 3.   JUAN MATEO LORENZO
 4.   ARON OPTHUN
 5.   KIRK OUIMET
 6.   MICHAEL BARTH VIK
 7.   FELIX CORREA
 8.   RADOSLAV BARKA
 9.   JOHN BARNES
10.   MARIO CASAR
11.   ZACHARY GLYNN
12.   DANIEL GROVES
13.   OLEKSANDR HARSHYN
14.   BRANDON JUREWICZ
15.   WEIBIN LAM
16.   BRADLEY MARION
17.   MAXIMILIAN PARUSEL

18. KEVIN TILLBROOK
19. RYAN UNDERWOOD
20. DAVID WEEKS
21. LENNART MATTIAS WERNER
22. ALEKSANDR LINENKO
23. BRUCE TIEMANN
24. KAZJIN YASIN SALIH
25. BENJAMIN JAMES MORAN
26. PAUL RHODES
27. ALDIS RIGERTS
28. ERIC SANDRI
29. NIKOS VERSCHORE
30. SARAH WINTERS
31. RICHARD LEWIS PETERSON
32. CHANGJIE LIU
33. THOMAS SCHMIDT
34. THOMAS WEST
35. TIM ALFONS MARIA WITHAG
36. JOHN JAIRO CORREA
37. PAUL CAPLING
38. CHRISTOPHER ALLAN CALLEJO
39. PATRICK WAUTHIER
40. TIMOFEY FEDOTOV
41. MARTIN HORAK
42. RAYMOND SCHETTINI
43. BJORN ERIK MOL
44. YAACOV ISRAEL BAR HANIN
45. MOHAMED PARVEZ NOORANI
46. HJALMAR PETERS

AND PLAINTIFF UNITED STATES OF AMERICA HEREBY STIPULATE AS FOLLOWS:

Whereas,

1. On June 30, 2025, Plaintiff filed a complaint for forfeiture *in rem* against various Defendant properties. Doc. 1.

2. In August and September 2025, dozens of Claimants entered the case by filing Verified Claims to, and opposing forfeiture of, the property. Claims continue to be filed as of the date of this stipulation.

3.	On September 18, 2025, over 40 of the Claimants entered into and filed a stipulation (and proposed order) with Plaintiff to extend and align those Claimants' deadlines to file either an answer to the complaint or a motion to dismiss the complaint, citing efficiency and organization, and allowing time to pursue a stipulated resolution, and asking for a new deadline of October 13, 2025 for answers or motions to dismiss. Doc 191.

4.	On September 29, 2025, the Court approved the stipulation by signing the proposed order. Doc. 218. Additional Claimants joined and an additional extension was submitted and adopted, creating a new deadline of November 12, 2025 for the stipulating Claimants to file an answer or motion to dismiss. *See* Docs. 236, 239.

5.	In the stipulations, the parties advised that the stipulating Claimants had proposed a general framework for a stipulated resolution, and that Plaintiff is considering it. Plaintiff is in the process of obtaining the information necessary to ultimately determine if Plaintiff can agree to and move forward resolving the case with the proposed framework. Plaintiff believes that one additional 45-day extension will provide enough time to allow Plaintiff to finish obtaining the necessary information and either accept and move forward with, or reject, said proposal. The stipulating parties intend to update the Court in either case, via notice or stipulation as appropriate, by the new requested deadline.

6.	Therefore, the above identified stipulating parties request that the Court enter an order extending the deadline within which Claimants # 1-46, above, may serve and file an answer to the complaint or a motion under Rule 12, to December 29, 2025. [1]

Respectfully Submitted,

Date: November 7, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400

---

[1] A 45-day extension would fall on the Friday after Christmas, so Claimants request an extension until the following Monday.

San Francisco, CA 94104
Telephone:    (415) 946-8996
E-mail:       edward@michaelburchlaw.com

/s/*Leslie Sammis*
LESLIE SAMMIS
Sammis Law Firm, P.A. 1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smit*h
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Certain Claimants
1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3. JUAN MATEO LORENZO
4. ARON OPTHUN
5. KIRK OUIMET
6. MICHAEL BARTH VIK
7. FELIX CORREA
8. RADOSLAV BARKA
9. JOHN BARNES
10.   MARIO CASAR
11.   ZACHARY GLYNN.
12.   DANIEL GROVES
13.   OLEKSANDR HARSHYN
14.   BRANDON JUREWICZ
15.   WEIBIN LAM
16.   BRADLEY MARION
17.   MAXIMILIAN PARUSEL
18.   KEVIN TILLBROOK
19.   RYAN UNDERWOOD
20.   DAVID WEEKS
21.   LENNART MATTIAS WERNER
22.   ALEKSANDR LINENKO
23.   BRUCE TIEMANN.
24.   KAZJIN YASIN SALIH
25.   BENJAMIN JAMES MORAN
26.   PAUL RHODES

4

    27.    ALDIS RIGERTS
    28.    ERIC SANDRI
    29.    NIKOS VERSCHORE

Date: November 7, 2025

/s/ *Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Certain Claimants
30.    SARAH WINTERS
31.    RICHARD LEWIS PETERSON
32.    CHANGJIE LIU
33.    THOMAS SCHMIDT
34.    THOMAS WEST
35.    TIM ALFONS MARIA WITHAG
36.    JOHN JAIRO CORREA
37.    PAUL CAPLING
38.    CHRISTOPHER ALLAN CALLEJO
39.    PATRICK WAUTHIER
40.    TIMOFEY FEDOTOV
41.    MARTIN HORAK
42.    RAYMOND SCHETTINI
43.    BJORN ERIK MOL
44.    YAACOV ISRAEL BAR HANIN
45.    MOHAMED PARVEZ NOORANI

Date: November 7, 2025

s/*Alexandria Jean Smith*
Alexandria Jean Smith
Greenstein, Delorme, and Lucas, PC
801 17th Street NW, Suite 1000
Washington, DC 20006

Attorney for
46.    HJALMAR PETERS

Dated: November 7, 2025

        Margaret A. Moeser
        Chief, Money Laundering, Narcotics
        and Forfeiture Section
        U.S. Department of Justice


        /s/ *Joshua L. Sohn*
        By: JOSHUA L. SOHN
        Trial Attorney, Money Laundering, Narcotics and
        Forfeiture Section

        Attorney for Plaintiff
        UNITED STATES OF AMERICA


      Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimants to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to December 29, 2025.

      APPROVED AND SO ORDERED.


Date: November _____, 2025

        _____
        HONORABLE CARL J. NICHOLS
        United States District Judge