UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff

V. All Virtual Currency Held in the BTC-c Operating Wallets as of July 25, 2017, et al., Defendants in rem.

Case No. 1:25-cv-02085-CJN

---

Verified Claim

---

I, Jonathan Williams, pursuant to Rule G(5) of the supplemental rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, hereby file this verified claim against the defendant property and the above-captioned case.

1. **Claimant Information**
   - Name: Jonathan Williams
   - Address: 2403 Jenkins Road, Chattanooga, TN 37421
   - Phone: 423-451-6678
   - Email: laptopfreek0@yahoo.com
2. **Interest in the Property** I am the lawful owner of cryptocurrency assets held in the BTC-e exchange as of July 25, 2017. Specifically, I held the account with username laptopfreek0 registered under the email address laptopfreek0@yahoo.com. The account password can be provided if necessary.
3. **Description of Assets Claimed** At the time BTC-e caesars operations in July of 2017, my account contained approximately:
   - **2 BTC**
   - **25 LTC**
   My claim is supported by login credentials, access records, and support emails from BTC-e confirming my account activity. I also maintained a linked account at WEX following BTC-e's shutdown, which further confirms continuity of ownership.
4. **Basis of Claim** I deposited and maintained these assets with BTC-e in good faith, for legitimate personal investment purposes. I did not use BTC-e for any unlawful activity. I assert an ownership and possessory interest in the above-described property.
5. **Verification** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
6. **Reason for Delay in Filing** I was not notified of this case and became aware of it by happenstance on the internet.

Executed on: 2025-10-31    Jonathan Williams

Jonathan Williams

Jonathan Williams
2403 Jenkins Road, Chattanooga, TN 37421
423-451-6678
laptopfreek0@yahoo.com

2025-10-31

Clerk of Court United States District Court for the District of Columbia | E. Barrett Prettyman | U.S. Courthouse 333 Constitution Avenue N.W., Washington, D.C. 20001

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, et al. Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my Verified Claim in the above-referenced case. I respectfully request that it be filed in the official docket.

Copies of this filing are also being served on the United States Attorney's Office for the District of Columbia, as required.

Thank you for your assistance.

Sincerely,

Jonathan Williams

RECEIVED
Mailroom

NOV - 5 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia