AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s),<br>V.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E<br>Defendant(s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 25-cv-2085 |

Notice is hereby given that, subject to approval by the court, __Claimant Mahdi Nooshafarin__ substitutes
(Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Mahdi Nooshafarin, Pro Se__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Daniel M. Smith, Esq.

    Address:    585 Third Avenue, Chula Vista CA 91910

    Telephone:    (619) 233-6900    Facsimile (619) 374-8477

    E-Mail (Optional):    dsmith@sandiegodefenders.com

I consent to the above substitution.

Date: __11/10/2025__      _[signature]_
                                                       (Signature of Party (s))

I consent to being substituted.

Date: __11/10/2025__      _[signature]_
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __11/10/2025__      _[signature]_
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]