# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,
        Defendant *in rem*.

Martin Spargo,
        Pro Se Claimant

**VERIFIED CLAIM FOR SEIZED PROPERTY**
CIVIL ACTION NO. **1:25-CV-02085-CJN**
Hon. Carl J. Nichols

**Verified claim**

I, Martin Spargo, hereby file this Verified Claim pursuant to **Rule G(5) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions.**

1. I am the claimant of the following property that is subject to forfeiture in this action:
   - BTC-e account "spargsuncle"

2. I claim a legal and/or equitable interest in the Defendant Property; **all virtual currency of other property associated with the said account held as of July 25, 2017,** and seized or otherwise restrained by Plaintiff. My interest in said property is that I am the lawful owner.

3. *I deny any illegal source of use of my deposits and* withdrawals to and from said account.

4. I am **not currently represented by an attorney** and submit this claim *pro se*.

5. *I request to contest the forfeiture* of the property identified above and reserve all rights to file an Answer or other responsive pleading as required by law.

**GOOD CAUSE**

I acknowledge that my claim is submitted after the published deadline. However, I was not notified or aware of any pending action on this matter and only learned of this case by chance while browsing Reddit. I apologize for the delay and respectfully ask that my claim be accepted as I acted promptly upon learning of the case.

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia
RECEIVED Mailroom
NOV 10 2025

## VERIFICATION

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Respectfully submitted,

Date: **November 8th, 2025**

Location: **Penang, Malaysia**

Claimant:

Signature:

Martin Spargo
martyspargo@gmail.com

## CERTIFICATE OF SERVICE

I, **Martin Spargo**, hereby certify that on November 8th, 2025, a copy of the foregoing Verified Claim of Martin Spargo was sent by email to the below listed recipients:

**Catherine Pelker**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
202-616-5007
Email: catherine.pelker@usdoj.gov
ATTORNEY TO BE NOTICED

**Jonas Blomberg Lerman**
US ATTORNEY'S OFFICE
1301 New York Ave NW
Suite 600
Washington, DC 20005
206-588-9582
Email: Jonas.lerman@usdoj.gov
ATTORNEY TO BE NOTICED

**Joshua Lee Sohn**
U.S. DEPARTMENT OF JUSTICE
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 353-2223
Fax: (202) 616-2547
Email: Joshua.sohn@usdoj.gov
ATTORNEY TO BE NOTICED

**Clerk's Office**
U.S. District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
USA

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, et al. Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my Verified Claim in the above-referenced case. I respectfully request that it be filed in the official docket.

Copies of this filing are also being served on the United States Attorney's Office for the District of Columbia, as required.

Thank you for your assistance.

Sincerely,

Martin Spargo