UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,
    Defendant *in rem*.

CIVIL ACTION NO. 1:25-CV-02085-CJN
Hon. Carl J. Nichols

ANSWER OF CLAIMANT Martin Spargo
TO VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW Claimant, Martin Spargo, appearing pro se, respectfully submits this Verified Answer to the Verified Complaint for Forfeiture as follows:

### I. JURISDICTION AND VENUE

1. Claimant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.
2. Claimant admits that venue is proper in this District pursuant to 28 U.S.C. § 1395, to the extent the Defendant Property was found or seized within this District.

### II. DEFENDANT PROPERTY

3. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies them.
4. Claimant admits ownership interest only in certain lawful digital assets held on BTC-e as of July 25, 2017, including but not limited to the account 'spargsuncle', and denies any illegal source, purpose, or use of such assets.

### III. FACTUAL ALLEGATIONS

Claimant denies each and every allegation in the Complaint not specifically admitted herein.

---

### AFFIRMATIVE DEFENSES

Without waiving the foregoing denials, Claimant asserts the following defenses:

RECEIVED
Mailroom
NOV 1 2 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

1. **Innocent Owner Defense (18 U.S.C. § 983(d))**. Claimant is an innocent owner of the Defendant Property and did not know of or consent to any alleged unlawful use.

2. **Due Process Violation**. The seizure and forfeiture of Claimant's property violates the Due Process Clause of the Fifth Amendment.

3. **Excessive Fine**. Forfeiture of the Defendant Property would constitute an excessive fine under the Eighth Amendment.

4. **Statute of Limitations**. To the extent applicable, the government's claims may be barred by the statutes of limitations.

5. **Failure to State a Claim**. The Complaint fails to state a claim upon which relief can be granted.

6. **Lack of Nexus**. The government cannot establish the requisite substantial connection between the Defendant Property and any alleged criminal offense, as required under 18 U.S.C. § 983(c)(3).

7. **Failure to Provide Constitutionally Adequate Notice**. Claimant was not provided constitutionally adequate notice of the seizure or forfeiture action.

### PRAYER FOR RELIEF

WHEREFORE, Claimant respectfully requests that this Court:

1. Dismiss the Verified Complaint for Forfeiture with prejudice;
2. Order the immediate return of the seized property to Claimant;
3. Award Claimant reasonable fees and costs pursuant to 28 U.S.C. § 2465(b); and
4. Grant such other and further relief as the Court deems just and proper.

### RESERVATION OF RIGHTS

Nothing herein shall be construed as an express or implied waiver of any rights or defenses, whether known or unknown.

I, Martin Spargo, declare under penalty of perjury under the laws of the United States that the foregoing Answer is true and correct to the best of my knowledge and belief.

Executed on November 9th, 2025.

Martin Spargo

# CERTIFICATE OF SERVICE

I, **Martin Spargo**, hereby certify that on November 9th, 2025, a copy of the foregoing Verified Answer of Martin Spargo was sent by electronic mail to the below listed recipients:

**Catherine Pelker**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
202-616-5007
Catherine.pelker@usdoj.gov
ATTORNEY TO BE NOTICED

**Jonas Blomberg Lerman**
US ATTORNEY'S OFFICE
1301 New York Ave NW
Suite 600
Washington, DC 20005
206-588-9582
Jonas.lerman@usdoj.gov
ATTORNEY TO BE NOTICED

**Joshua Lee Sohn**
U.S. DEPARTMENT OF JUSTICE
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 353-2223
Fax: (202) 616-2547
Joshua.sohn@usdoj.gov
ATTORNEY TO BE NOTICED

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
USA

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, et al. Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my Verified Answer in the above-referenced case. I respectfully request that it be filed in the official docket.

Copies of this filing are also being served on the United States Attorney's Office for the District of Columbia, as required.

Thank you for your assistance.

Sincerely,

Martin Spargo