UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25,
2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant.

Case No. 1:25-cv-02085

VERIFIED CLAIM OF Raymond Eray Tav

I, Raymond Eray Tav, declare under penalty of perjury pursuant to 28
U.S.C. § 1746:

1. I claim an interest in all of my crypto assets, including but not
limited to **103.90511448 Litecoin LTC** and other balances in both Btc-e and
(later transferred to and became) Wex.nz systems

2. My interest arises from legitimate deposits; proofs from WEX show BTC-
e origin (attached screenshots). Request government review records for
balances in BTC-e/WEX under Eray Tav and Raymond Eray Tav (name change
certificate attached).

3. I am an innocent owner under 18 U.S.C. § 983(d), with no criminal
involvement.

4. Attached: WEX screenshots, name change certificate, affidavit.

Dated: 11/03/2025

Raymond Eray Tav

7267 Regina Way
Orlando, FL, 32819
864-372-9828
RaymondErayTav@gmail.com

RECEIVED
Mailroom

NOV 10 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court. District of Columbia



WEX

Last: 82.24003 USD -0.45%  Low: 81.63 USD  High: 84.48005 USD
Volume: 798 LTC / 66124 USD  Server Time: 01.11.18 07:12

The_Raymond msg (3) | notif (3)
Profile | Finances | Security | Logout

| Trade | Tokens | Bitcoin Betting | News | Support |

**Information**
Notifications
Verification
Funds
Security
Trade history
Orders history
API keys

**Funds**

Total sum of account balances: ~8545 USD How it's calculated?

☐ Hide zero balances

| Tokens | | | | | Fees |
|---|---|---|---|---|---|
| BTC | Balance: **0 BTC** | Tokens: **0 BTCET** | Deposit | Withdraw | Trade |
| LTC | Balance: **103.90511448 LTC** | Tokens: **0 LTCET** | Deposit | Withdraw | Trade |
| NMC | Balance: **0 NMC** | Tokens: **0 NMCET** | Deposit | Withdraw | Trade |
| NVC | Balance: **0 NVC** | Tokens: **0 NVCET** | Deposit | Withdraw | Trade |
| PPC | Balance: **0 PPC** | Tokens: **0 PPCET** | Deposit | Withdraw | Trade |
| DSH | Balance: **0 DSH** | Tokens: **0 DSHET** | Deposit | Withdraw | Trade |
| ETH | Balance: **0 ETH** | Tokens: **0 ETHET** | Deposit | Withdraw | Trade |
| BCH | Balance: **0 BCH** | Tokens: **0 BCHET** | Deposit | Withdraw | Trade |
| ZEC | Balance: **0 ZEC** | | Deposit | Withdraw | Trade |
| USDT | Balance: **0 USDT** | | Deposit | Withdraw | Trade |
| XMR | | | | | |

0 BTC    0 USD









# WEX

Last: 82.24000 USD -0.45%. Low: 81.63 USD High: 84.48000 USD
Volume: 798 LTC / 66124 USD Server Time: 01.11.18 07:12

**The_Raymond** msg (3) | notif (3)
Profile | Finances | Security | Logout

| Trade | Tokens | Bitcoin Betting | News | Support |

Information
Notifications
Verification
Security
Funds
Trade history
Orders history
API keys

## Funds

Total sum of account balances: ~8545 USD How it's calculated?

☐ Hide zero balances

0 BTC    0 USD

| | | Fees |
|---|---|---|

| BTC | Balance: **0** BTC | Tokens: **0** BTCET | Deposit | Withdraw | Trade |
| LTC | Balance: **103.90511448** LTC | Tokens: **0** LTCET | Deposit | Withdraw | Trade |
| NMC | Balance: **0** NMC | Tokens: **0** NMCET | Deposit | Withdraw | Trade |
| NVC | Balance: **0** NVC | Tokens: **0** NVCET | Deposit | Withdraw | Trade |
| PPC | Balance: **0** PPC | Tokens: **0** PPCET | Deposit | Withdraw | Trade |
| DSH | Balance: **0** DSH | Tokens: **0** DSHET | Deposit | Withdraw | Trade |
| ETH | Balance: **0** ETH | Tokens: **0** ETHET | Deposit | Withdraw | Trade |
| BCH | Balance: **0** BCH | Tokens: **0** BCHET | Deposit | Withdraw | Trade |
| ZEC | Balance: **0** ZEC | | Deposit | Withdraw | Trade |
| USDT | Balance: **0** USDT | | Deposit | Withdraw | Trade |
| XMR | | | | | |

EUR
Balance: 0 EUR
Tokens: 0 EURET

WEX CODE

Transactions history:

| id | comment | date |
|---|---|---|
| | | Deposit    Withdraw    Trade    Redeem    History |
| #859728829 +9590.92909858581 USD | Покупка 96.26221387 LTC (-0.2%) с вашего ордера #405707945 п | 06.08.18 09:59:39 |
| #859750322 +96.09962945 LTC | Покупка 92.12 USD о цене 92.12 USD | 06.08.18 10:03:12 |
| #859740224 +0.10758371 LTC | Buy 0.1077988 LTC (-0.2%) from your order #405707945 by price 9 2.12 USD | 06.08.18 10:02:02 |
| #859739595 +7.69790182 LTC | Покупка 7.71323847 LTC (-0.2%) с вашего ордера #405707945 по цене 92.12 USD | 06.08.18 10:01:22 |
| #80087786 +6395.04668372 USD | Bought 66.67910935 LTC from your order #377205371 by price 96. 1 USD total 6407.86240853 USD (-0.2%) | 16.07.18 06:54:07 |
| #80087650 +6.34909636 USD | Bought 0.0662 LTC from your order #377205371 by price 96.1 USD total 6.3618 USD (-0.2%) | 16.07.18 06:54:03 |
| #80087787 +24.47681992 USD | Bought 0.25496063 LTC from your order #377205371 by price 96.1 USD total 24.47577146 USD (-0.2%) | 16.07.18 06:53:36 |
| #80087792 +63.49009636 USD | Bought 0.662 LTC from your order #377205371 by price 96.1 USD t otal 63.6182 USD (-0.2%) | 16.07.18 06:53:04 |
| #80087629 +224.23743364 USD | Bought 2.338 LTC from your order #377205371 by price 96.1 USD t otal 224.6818 USD (-0.2%) | 16.07.18 06:52:04 |
| #80087440 +139.38856098 USD | Bought 1.453601 LTC from your order #377205371 by price 96.1 U SD total 139.66794056 USD (-0.2%) | 16.07.18 06:51:30 |
| #80087234 +1110.90692422 USD | Bought 11.56591113 LTC from your order #377205371 by price 96.1 USD total 1111.12918759 USD (-0.2%) | 16.07.18 06:50:27 |
| #80087210 +551.90999388 USD | Bought 5.75511 LTC from your order #377205371 by price 96.1 USD total 553.066071 USD (-0.2%) | 16.07.18 06:50:01 |
| #80087193 +224.23743364 USD | Bought 2.338 LTC from your order #377205371 by price 96.1 USD t otal 224.6818 USD (-0.2%) | 16.07.18 08:49:59 |
| #80087045 +43.49705495 USD | Bought 0.4535299 LTC from your order #377205371 by price 96.1 U SD total 43.58422339 USD (-0.2%) | 16.07.18 08:49:31 |
| #80087008 +216.80025326 USD | Bought 2.260507 LTC from your order #377205371 by price 96.1 U D total 217.2347227 USD (-0.2%) | 16.07.18 08:49:24 |
| #80086817 +817.06231799 USD | Bought 8.5192784 LTC from your order #377205371 by price 96.1 USD total 818.69971742 USD (-0.2%) | 16.07.18 08:48:30 |
| #80082553 +630.70313428 USD | Купленно 6.5761401 LTC с вашего ордера #377205371 по цене 9 6.1 USD всего 631.96705841 USD (-0.2%) | 16.07.18 08:31:52 |
| #80076585 +14.10489726 USD | Bought 0.14706726 LTC from your order #377205371 by price 96.1 USD total 14.13316368 USD (-0.2%) | 16.07.18 08:12:40 |
| #80074385 +126.0230632 USD | Bought 1.31411265 LTC from your order #377205371 by price 96.1 | 16.07.18 |





# WEX

Last: 82.24003 USD -0.45%, Low: 81.63 USD High: 84.48005 USD
Volume: 798 LTC / 66124 USD  Server Time: 01.11.18 07:12

The_Raymond msg (3) | notif (3)
Profile | Finances | Security | Logout

0 BTC | 0 USD

| Trade | Tokens | Bitcoin Betting | News | Support |
|---|---|---|---|---|

Information
Notifications
Verification
Funds
Security
Trade history
Orders history
API keys

**Trade history:**

Export trades history

| Pair | Type | Amount | Price | Total | Date |
|---|---|---|---|---|---|
| LTC/USD | buy | 96.29221587 LTC | 92.12 USD | 8870.4387417 USD | 06.08.18 10:05 |
| LTC/USD | buy | 0.107988 LTC | 92.12 USD | 9.9304254S USD | 06.08.18 10:02 |
| LTC/USD | buy | 7.71332847 LTC | 92.12 USD | 710.55181865 USD | 06.08.18 10:01 |
| LTC/USD | sell | 66.67910935 LTC | 96.1 USD | 6407.86240853 USD | 16.07.18 08:54 |
| LTC/USD | sell | 0.0662 LTC | 96.1 USD | 6.36182 USD | 16.07.18 08:54 |
| LTC/USD | sell | 0.25469005 LTC | 96.1 USD | 24.47577146 USD | 16.07.18 08:53 |
| LTC/USD | sell | 0.662 LTC | 96.1 USD | 63.6182 USD | 16.07.18 08:53 |
| LTC/USD | sell | 2.338 LTC | 96.1 USD | 224.6818 USD | 16.07.18 08:52 |
| LTC/USD | sell | 1.4533601 LTC | 96.1 USD | 139.66790561 USD | 16.07.18 08:51 |
| LTC/USD | sell | 1.15639113 LTC | 96.1 USD | 111.12918759 USD | 16.07.18 08:50 |
| LTC/USD | sell | 5.75511 LTC | 96.1 USD | 553.066071 USD | 16.07.18 08:50 |
| LTC/USD | sell | 2.338 LTC | 96.1 USD | 224.6818 USD | 16.07.18 08:49 |
| LTC/USD | sell | 0.4535299 LTC | 96.1 USD | 43.58422339 USD | 16.07.18 08:49 |
| LTC/USD | sell | 2.260507 LTC | 96.1 USD | 217.2347227 USD | 16.07.18 08:49 |
| LTC/USD | sell | 8.51924784 LTC | 96.1 USD | 818.69971742 USD | 16.07.18 08:48 |
| LTC/USD | sell | 6.5761401S LTC | 96.1 USD | 631.96706641 USD | 16.07.18 08:31 |
| LTC/USD | sell | 0.14706726 LTC | 96.1 USD | 14.13316368 USD | 16.07.18 08:12 |
| LTC/USD | sell | 1.31411265 LTC | 96.1 USD | 126.28622566 USD | 16.07.18 08:03 |
| LTC/USD | sell | 0.02639997 LTC | 96.1 USD | 2.53640051 USD | 16.07.18 07:57 |
| BTC/USD | buy | 0.01024324 BTC | 7875 USD | 80.665515 USD | 04.06.18 00:26 |
| BTC/USD | sell | 0.01 BTC | 8088.99 USD | 80.8899 USD | 14.04.18 12:27 |
| BTC/USD | buy | 0.01140066 BTC | 7459.01 USD | 85.03763694 USD | 30.03.18 11:13 |
| BTC/USD | sell | 0.01 BTC | 8530 USD | 85.3 USD | 26.03.18 07:23 |

Copyright © 2017-2018 WORLD EXCHANGE SERVICES PTE. LTD. All rights reserved.
Consumer advisory – WORLD EXCHANGE SERVICES PTE. LTD (reg. no. 179491) the holder of WEX.to EXCHANGE SERVICES
Hired value facility, does not require the approval of the Monetary Authority of Singapore.

Terms of use | AML | Fees
API Doc

**FL Jurat Notary Certificate**

**Document Name:** _Information about Petitioner_

**STATE OF FLORIDA**
**COUNTY OF** _Sarasota_
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this __4__ day of _November_, 20 _25_, by, _Raymond Gray Tav_ (name of signer(s)).

_Katherine JnT_
(Signature of notary public)

KATHERINE JONES
Notary Public, State of Florida
Commission# HH 206301
My comm. expires Dec. 9, 2025

_Katherine JTns_
(Name of notary public)

My commission expires: _12/9/2025_

**Official Seal**

Personally known _____ OR
Produced identification __X__ Type of identification produced: _FL DL_

RECEIVED
Mailroom

NOV 1 0 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

00-74-0506NSBW  09-2020



**Petition for Name Change**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form N-662**



**Name of Court**
United States District Court for the District of Oregon

A-064835092

## Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

**1.** Full and Correct Name (Current Name)

| Given Name (First Name) | Middle Name | Family Name (Last Name) |
|---|---|---|
| ERAY | | TAV |

**2.** Mailing Address

| Street Number and Name | City or Town | State | ZIP Code |
|---|---|---|---|
| 14815 SW SANDHILL LOOP UNIT 203 | BEAVERTON | OR | 97007-9156 |

**3.** Country of Citizenship or Nationality

Turkey

**4.** Date of Birth (mm/dd/yyyy)

12/04/1982

**5.** Alien Registration Number (A-Number)

A-064835092

**6.** ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

**7.** I petition the court to change my name to:

| First Name | Middle Name | Last Name |
|---|---|---|
| RAYMOND | ERAY | TAV |

**8.** Signature and Date

Signature of Petition (Use your current name)

Date (mm/dd/yyyy)
01/28/2020

## Certification of Name Change

I certify that the above petition was granted by the court on this date, 02/20/2020
(mm/dd/yyyy)

Signature of Clerk **MARY L. MORAN**      Signature of Deputy Clerk

J. Harper

## Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Certified to be a true and correct
copy of original filed in this District.
Dated       FEB 2 7 2020
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _Patterson_
Pages _____ Through _____

Form N-662 05/20/16

**FL Jurat Notary Certificate**

**Document Name:** _Claimant Information_

**STATE OF FLORIDA**
**COUNTY OF** _Sarasota_
(County where notarization occurred)

Sworn to (or affirmed) and subscribed by personally appearing before me by physical presence this ___4___ day of _November_, 20_25_, by, _Raymond Eray Tau._ (name of signer(s)).

_____
(Signature of notary public)

> KATHERINE JONES
> Notary Public, State of Florida
> Commission# HH 206301
> My comm. expires Dec. 9, 2025

_Katherine Jones_
(Name of notary public)

My commission expires: _12/9/2025_

**Official Seal**

Personally known _____ OR
Produced identification __X__ Type of identification produced: _FL DL_

RECEIVED
Mailroom

NOV 1 0 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

00-74-0506NSBW  09-2020

State of Florida
County of Sarasota

Current Name of Applicant: Raymond Eray Tav

Approximate Date Current Name Was Assumed: Feb, 27th 2020

Former Name of Applicant: Eray Tav

Applicant's Date of Birth: 12/04/1982

Number of Years You Have Known the Applicant: N/A (self-affidavit)

By Current Name: Yes
By Former Name: Yes

Your Relationship to the Applicant: Self

The variance in the applicant's name shown on records and the name
currently used: Due to legal name change (certificate attached).

Current name is used exclusively and for all purposes.

Applicant's current address is 7267 Regina Way, Orlando, FL, 32819

Under penalty of perjury, I swear the above is true.

Raymond Eray Tav

11/03/2025

Notary: