UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
United States of America,

Civil Action No. 1:25-cv-02085
Asset ID 18-FBI-002785
CLAIM FOR RETURN OF PROPERTY

I, Teyara Hardy, hereby file this Verified Claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. Claimant Information
Name: Teyara Hardy
Address: 275 20th Avenue, Santa Cruz, CA 95062
Telephone: (831) 431-3496
Email: Teyara@gmail.com

2. Property Interest
I am the lawful owner of, and have a possessory interest in, the property identified as Bitcoin seized by the Federal Bureau of Investigation as of July 25, 2017, which is the subject of the above-captioned forfeiture action. I hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized defendant property, specifically: All virtual currency or other property associated with the BTC-E account username "Teyara" held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-E operating wallets or elsewhere under the control of BTC-E, and whether or not specifically identified in the government's complaint, including but not limited to Bitcoin seized between August 2 and August 17, 2017.

- Email and sign-in credentials will be provided to the Court or government as needed.

3. Basis of Claim
The property was lawfully obtained and is not derived from any unlawful activity. I assert my legitimate ownership and right to possession of the Bitcoin and deny any connection between the property and any criminal conduct.

4. Relief Requested
I respectfully request that the Court recognize my ownership interest and order the return of the property to me, and for any other relief the Court deems just and proper.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted,

Signed by:
*(signature)* Hardy
88BC9B4CE04F422...

Executed on November 13, 2025

RECEIVED
Mailroom

NOV 14 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia