UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem.*<br><br>PATRICIA MOORE,<br><br>*Claimant.* | Case No. 1:25-CV-02085 |

## DECLARATION OF PATRICIA MOORE IN SUPPORT OF MOTION FOR LEAVE TO FILE A LATE VERIFIED CLAIM FOR SEIZED PROPERTY

I, Patricia Moore, declare under penalty of perjury that the following is true and correct:

1. I am over the age of twenty-one (21) years, a United States citizen, and a Claimant in the above-captioned action.

2. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

3. I am the lawful owner of virtual currency and other property associated with the BTC-e account username profmomoda21157 and the email address patriciawickmoore@gmail.com.

4. I learned that BTC-e was shut down in 2017, when I saw a notice on BTC-e website stating that the domain for BTC-e had been seized.

1

5. In September 2017, I completed Seized Asset Claim Forms and Petitions for Remission and Mitigation related to the property held in BTC-e, and mailed them to the following agencies: U.S. Department of Justice; Internal Revenue Service – Criminal Investigation; Homeland Security Investigations, U.S Immigration and Customs Enforcement; Federal Bureau of Investigation (FBI) Special Agent in Charge of the Louisville Division; United States Secret Service (USSS) Special Agent in Charge of the Criminal Investigative Division; Federal Deposit Insurance Corporation (FDIC); U.S. Department of the Treasury's Financial Crimes Enforcement Network (FinCEN).

6. I received no response to my claim forms or petitions.

7. On or about September 16, 2017, I mailed a letter about the BTC-e seizure to Congressman Ted Deutch, Senator Marcio Rubio, and Senator Bill Nelson.

8. On October 25, 2017, I received a response from the office of Congressmen Deutch, asking me to fill out a Privacy Act Form, which would permit Congressmen Deutch to look into the matter on my behalf. I filled out that form but received no further assistance in recovering my property.

9. In December 2017, I mailed Freedom of Information Act requests to most, if not all, of the agencies listed above. I received no response from some agencies. The agencies that did respond either refused to provide me information or asserted that they possessed no responsive documents.

10. After those efforts failed, I assumed that my property was gone forever.

11. I was not aware that the United States Government had instituted forfeiture proceedings relating to the property I held in BTC-e wallets until November 7, 2025.

12. I learned about those forfeiture proceedings by happenstance.

13. While I was looking up an old password to access my bank account, I saw reference to an old cryptocurrency exchange account. Out of sheer curiosity, I performed a Google search for "btc-e lawsuit" and came across a post about this lawsuit by Dynamis LLP.

14. As soon as I learned about the institution of these proceedings, I contacted counsel from Dynamis LLP to represent me in the claim submission process.

15. Prior to November 7, 2025, I had no knowledge that that there was any formal procedure through which I could make a claim to recover my assets, other than the unsuccessful efforts I had already made. Nor was I aware that the United States Government had published notice of this seizure on a government website.

16. A true and correct copy of my verified claim is attached here as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 17 day of November, 2025, in Norman, Oklahoma.

Patricia Moore