UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>ALL VIRTUAL CURRENCY HELD IN  )<br>THE BTC-E OPERATING WALLETS  )<br>AS OF JULY 25, 2017, AND OTHER  )<br>ASSETS FURTHER DESCRIBED  )<br>HEREIN,  )<br> )<br>Defendants in rem.  )<br>_____  )<br> )<br>JACOB CAMPBELL,  )<br> )<br>Claimant.  )<br>_____/ | VERIFIED CLAIM OPPOSING<br>FORFEITURE<br><br>Case No. 1:25-CV-02085 |

VERIFIED CLAIM OPPOSING FORFEITURE

I, JACOB CAMPBELL, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "McDuckCoins" (email address: McDuckCoins@gmail.com), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and litecoin seized between August 7 and August 11, 2017 and all ether seized on August 5, 2017.

My interest in said property is that I am the lawful owner.

Dated: November 17, 2025

*Jacob Campbell*
_____
JACOB CAMPBELL
140 Spring Hollow Dr.
Saginaw, Tx 76131
USA
1-432-268-6479
Thatguy.jacobc@gmail.com

**RECEIVED**
NOV 17 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## VERIFICATION

      The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.


Dated: November 17, 2025

*Jacob Campbell*
_____
JACOB CAMPBELL

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn  
Trial Attorney  
U.S. Department of Justice  
Criminal Division, Money Laundering & Asset Recovery Section  
1400 New York Avenue, NW  
Washington, DC 20530  
Email: joshua.sohn@usdoj.gov

Dated: November 17, 2025

*Jacob Campbell*  
_____  
JACOB CAMPBELL