AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

UNITED STATES OF AMERICA,
                          Plaintiff (s),
V.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E
                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 25-cv-2085

Notice is hereby given that, subject to approval by the court, __Claimant Jacob Campbell__ substitutes
                                                                            (Party (s) Name)

__Daniel M. Smith, Esq. (Pro Hac Vice)__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of    __Jacob Campbell, Pro Se__
                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      Daniel M. Smith, Esq.
     Address:           585 Third Avenue, Chula Vista CA 91910
     Telephone:      (619) 233-6900                Facsimile (619) 374-8477
     E-Mail (Optional):    dsmith@sandiegodefenders.com

I consent to the above substitution.
Date:      11/19/2025                                   _/s/ Jacob Campbell_
                                                                                (Signature of Party (s))

I consent to being substituted.
Date:      11/19/2025                                   _/s/ Jacob Campbell_
                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date:      11/19/2025                                   _/s/ Daniel M. Smith_
                                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                         _____
                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]