UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-CV-02085 |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, | ) |
| Defendants *in rem*. | ) |

**AMENDED (THIRD) STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CERTAIN CLAIMANTS TO FILE MOTION TO DISMISS OR ANSWER TO COMPLAINT**

CLAIMANTS:

47. MAHDI NOOSHAFARIN
48. JACOB CAMPBELL

AND PLAINTIFF UNITED STATES OF AMERICA HEREBY STIPULATE AS FOLLOWS:

Whereas,

1. On November 7, 2025, the third stipulation to extend deadline for certain claimants to file motion to dismiss or answer to complaint was filed. Doc. 270. The Court approved the stipulation by signing the proposed order on November 12, 2025. Doc. 275.

2. Claimant 47 filed his verified claim on November 5, 2025, and the undersigned filed a substitution of attorney on November 10, 2025.

3. Claimant 48 filed his verified claim on November 17, 2025, and the undersigned filed a substitution of attorney on November 18, 2025.

    4.    Therefore, the above-identified stipulating parties request that the Court enter an order amending the third stipulation (Doc. 270) extending the deadline to include Claimants # 47-48, above, within which may serve and file an answer to the complaint or a motion under Rule 12, to December 29, 2025. [1]

Respectfully Submitted,

Date: November 25, 2025

/s/ *Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Certain Claimants
30.    SARAH WINTERS
31.    RICHARD LEWIS PETERSON
32.    CHANGJIE LIU
33.    THOMAS SCHMIDT
34.    THOMAS WEST
35.    TIM ALFONS MARIA WITHAG
36.    JOHN JAIRO CORREA
37.    PAUL CAPLING
38.    CHRISTOPHER ALLAN CALLEJO
39.    PATRICK WAUTHIER
40.    TIMOFEY FEDOTOV
41.    MARTIN HORAK
42.    RAYMOND SCHETTINI
43.    BJORN ERIK MOL
44.    YAACOV ISRAEL BAR HANIN
45.    MOHAMED PARVEZ NOORANI
47.    MAHDI NOOSHAFARIN
48.    JACOB CAMPBELL

---

[1] A 45-day extension would fall on the Friday after Christmas, so Claimants request an extension until the following Monday.

Dated: November 25, 2025

                Margaret A. Moeser
                Chief, Money Laundering, Narcotics and
                Forfeiture Section
                U.S. Department of Justice

                /s/ *Joshua Sohn*
                By: JOSHUA SOHN
                Trial Attorney, Money Laundering, Narcotics and
                Forfeiture Section

                Attorney for Plaintiff
                UNITED STATES OF AMERICA

Based on the above Stipulation and good cause appearing, the deadline for the aforementioned Claimants to serve and file an answer to the complaint or a motion under Rule 12, is hereby extended to December 29, 2025.

APPROVED AND SO ORDERED.

Date: November _____, 2025

                _____
                HONORABLE CARL J. NICHOLS
                United States District Judge