UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | **VERIFIED CLAIM FOR** |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING ) | **SEIZED PROPERTY** |
| WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS ) | |
| FURTHER DESCRIBED HEREIN ) | |
|     Defendants *in rem*. ) | **Case No.: 1:25-CV-02085** |

REMCO HEREIJGERS

    Claimant

**VERIFIED CLAIM**

I, **Remco Hereijgers**, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically: All virtual currency or other property associated with the BTC-e account username "advancit" and email address "remco.hereijgers@gmail.com", held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Litecoin seized between August 7 and August 11, 2017 and Ether seized on August 5, 2017. My interest in said property is that I am the lawful owner.

My interest in said property is that I am the lawful owner.

I am not represented by counsel and submit this claim *pro se*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2025, at Galder, The Netherlands

*[signature]*

**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER
THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 1625 1180



**RECEIVED**
NOV 26 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I send a true and correct copy of the foregoing Verified Claim by emailing it to:

JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

Dated November 26, 2025

**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER
THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 1625 1180