UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN THE )<br>BTC-E OPERATING WALLETS AS OF JULY )<br>25, 2017, AND OTHER ASSETS FURTHER )<br>DESCRIBED HEREIN, )<br>)<br>Defendants *in rem*. )<br>_____/ ) | **Case No. 1:25-CV-02085** |

### NOTICE OF CERTAIN CLAIMANTS' POSITION
### REGARDING LATE-FILED CLAIMS

The undersigned 29 Claimants, by undersigned counsel, respectfully submit this Notice in response to the Court's November 26, 2025 Minute Order. Although the Court directed only Plaintiff to provide an update regarding certain issues, Undersigned Claimants submit this Notice to apprise the Court of their own position on the same issues in the interest of the Court being fully informed, and to promote clarity, efficient case management, and their own interests.

Undersigned Claimants submit that given the large number of Claimants already entered in the case and the need for orderly progress, further expansion of the claimant pool would significantly complicate and delay both case management and timely resolution for all existing parties. Undersigned Claimants further submit that they believe continuing to expand the number of claimants in this action is, or may ultimately be, adverse to their interests in this case / the Defendant property.  The claim deadlines, including the deadline set via publication, have long passed, and many different individuals and entites, including media, have publically written about the existence of this case; dozens of Claimants timely entered this case.

Undersigned Claimants therefore (1) generally oppose the granting of any additional motions for leave to file late claims, (2) oppose the recognition of claims filed after the currently

operable deadlines absent a showing of good cause under the discretionary factors laid out in *United States v. $83,686.00 in U.S. Currency Seized from Suntrust Acct. No. 1000018120112*, 498 F. Supp. 2d 21, 24 (D.D.C. 2007), and (3) are in favor of setting a final cut-off date as soon as possible.

Respectfully Submitted,

Date: December 4, 2025

By: /s/ *Edward M. Burch*
EDWARD M. BURCH
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 946-8996
E-mail:          edward@michaelburchlaw.com

/s/*Leslie Sammis*
LESLIE SAMMIS
Sammis Law Firm, P.A. 1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smit*h
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Certain Claimants
1. JOSEPH BARRETT
2. MARC ANDRE GUINDON
3.  JUAN MATEO LORENZO
4.  ARON OPTHUN
5.  KIRK OUIMET
6.  MICHAEL BARTH VIK
7.  FELIX CORREA
8.  RADOSLAV BARKA
9.  JOHN BARNES

2

3

| | | |
|---|---|---|
| 10. | MARIO CASAR |
| 11. | ZACHARY GLYNN. |
| 12. | DANIEL GROVES |
| 13. | OLEKSANDR HARSHYN |
| 14. | BRANDON JUREWICZ |
| 15. | WEIBIN LAM |
| 16. | BRADLEY MARION |
| 17. | MAXIMILIAN PARUSEL |
| 18. | KEVIN TILLBROOK |
| 19. | RYAN UNDERWOOD |
| 20. | DAVID WEEKS |
| 21. | LENNART MATTIAS WERNER |
| 22. | ALEKSANDR LINENKO |
| 23. | BRUCE TIEMANN. |
| 24. | KAZJIN YASIN SALIH |
| 25. | BENJAMIN JAMES MORAN |
| 26. | PAUL RHODES |
| 27. | ALDIS RIGERTS |
| 28. | ERIC SANDRI |
| 29. | NIKOS VERSCHORE |