CM

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

18+19

JONAS PAASCH
700 Dovercourt Dr.
Unit 31 #163
Winnipeg, MB R3Y 1X5
Canada

MOVED / UNKNOWN // DEMENAGE OU INCONNU
RETURN TO SENDER
RENVOI A L'EXPEDITEUR
DC 20001
USA

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

RECEIVED
Mailroom
NOV 24 2025


FIRST-CLASS
INTERNATIONAL


US POSTAGE PITNEY BOWES
ZIP 20001 $ 004.65⁰
02 7W
0000803459202 SEP 30 2025