IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS<br>AS OF JULY 25, 2017, AND OTHER<br>ASSETS FURT<br>)<br>Defendant. ) | 25-CV-2085 |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 04, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 09, 2025 at Washington, DC.

                                      /s/ Ramona. P. Claiborne
                                      Ramona P. Claiborne
                                        Paralegal Specialist

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# COURT CASE NUMBER: 25-CV-2085; NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

All virtual currency held in the BTC-e operating wallets as of July 25, 2017, including but not limited to: (i) Approximately 925.93922019 bitcoin seized from BTC-e between August 2, 2017, and August 17, 2017; (ii) Approximately 4036.91817168321 ether seized from BTC-e on August 5, 2017; (iii) Approximately 2249.25 litecoin seized from BTC-e between August 7, 2017 and August 11, 2017; (iv) Approximately 284553.52143074 namecoin seized from BTC-e on August 10, 2017; (v) Approximately 1946.609 novacoin seized from BTC-e on August 7, 2017; (vi) Approximately 279.05 peercoin seized from BTC-e on August 11, 2017; (vii) Approximately 33.03682558 dash seized from BTC-e between August 7, 2017 and August 11, 2017; (viii) Approximately 929.5 BTC transferred to 1FFs5hv6JBScJq63aFZvBaNsP6FwnhVgre on or about July 31, 2017; (ix) Approximately 485,705.4599 ETH held in x8eb3fa7907ad2Ef4c7E3BA4B1d2F2aAc6f4B5ae6 as of July 30, 2017
(18-FBI-002785)

Approximately USD $89,683,590.51, AUD $ 5,471,132.02, RUB 9,339,457.71, and GBP 35,459.32 in funds consolidated and previously held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited, account number X60FXPNXXF9776910001, and related trading accounts, including any interest earned thereon.
(18-FBI-002786)

Approximately USD $72,574.48 and RUB 453,361.66 in funds consolidated and previously held in the name of Alexander Vinnik at FXOpen and/or XP Solutions Limited, account number XX20FXPNXXF3396510002, and related trading accounts, including any interest earned thereon.
(18-FBI-002787)

Approximately USD $72,574.48 and RUB 453,361.66 in funds consolidated and previously held in the name of Alexander Vinnik at FXOpen and/or XP Solutions Limited, account number XX20FXPNXXF3396510002, and related trading accounts, including any interest earned thereon.
(18-FBI-002789)

Approximately USD $5,491.509.67 in funds consolidated and previously held in the name of or for the benefit of Canton Business Corporation and/or Stanislav Golovanov at FXOpen AU Pty Ltd., account number XX46FXPNXXG3750310001, and related trading accounts, including any interest earned thereon.
(18-FBI-002790)

    All funds on deposit in account numbers (i) CZ6903000000000273635458 (ii) CZ6703000000000273635300, and (iii) CZ7803000000000273636266, held in the name of NANO ABC Ceskoslovenska obchodni banka.
(18-FBI-002791)

    All funds on deposit in account number CZ0080000000000001939292223 held in the name of NANO ABC LP at Ceska sporitelna banka.
(18-FBI-002792)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (July 04, 2025) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 333 Constitution Avenue, NW, Room 1225, Washington, DC  20001, and copies of each served upon Trial Attorney Joshua Sohn, 1400 New York Avenue, NW, Suite 10100, Washington, DC 20530, or default and forfeiture will be ordered.  *See*, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing by sending it to Trial Attorney Joshua Sohn, 1400 New York Avenue, NW, Suite 10100, Washington, DC  20530.  This website provides answers to frequently asked questions (FAQs) about filing a petition.  You may file both a verified claim with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 4, 2025 and August 02, 2025. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATINGWALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURT

**Court Case No:** 25-CV-2085
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/04/2025 | 24.0 | Verified |
| 2 | 07/05/2025 | 23.8 | Verified |
| 3 | 07/06/2025 | 23.8 | Verified |
| 4 | 07/07/2025 | 24.0 | Verified |
| 5 | 07/08/2025 | 23.9 | Verified |
| 6 | 07/09/2025 | 23.8 | Verified |
| 7 | 07/10/2025 | 23.9 | Verified |
| 8 | 07/11/2025 | 23.9 | Verified |
| 9 | 07/12/2025 | 23.9 | Verified |
| 10 | 07/13/2025 | 24.0 | Verified |
| 11 | 07/14/2025 | 23.9 | Verified |
| 12 | 07/15/2025 | 23.9 | Verified |
| 13 | 07/16/2025 | 23.8 | Verified |
| 14 | 07/17/2025 | 23.8 | Verified |
| 15 | 07/18/2025 | 23.9 | Verified |
| 16 | 07/19/2025 | 23.9 | Verified |
| 17 | 07/20/2025 | 23.9 | Verified |
| 18 | 07/21/2025 | 23.9 | Verified |
| 19 | 07/22/2025 | 23.9 | Verified |
| 20 | 07/23/2025 | 23.8 | Verified |
| 21 | 07/24/2025 | 23.9 | Verified |
| 22 | 07/25/2025 | 23.8 | Verified |
| 23 | 07/26/2025 | 24.0 | Verified |
| 24 | 07/27/2025 | 23.9 | Verified |
| 25 | 07/28/2025 | 23.9 | Verified |
| 26 | 07/29/2025 | 23.9 | Verified |
| 27 | 07/30/2025 | 23.9 | Verified |
| 28 | 07/31/2025 | 23.8 | Verified |
| 29 | 08/01/2025 | 23.8 | Verified |
| 30 | 08/02/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.