UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, Defendant.

Case No. 1:25-cv-02085-CJN

MOTION FOR LEAVE TO FILE ELECTRONICALLY (CM/ECF ACCESS)

I, Raymond Eray Tav, pro se claimant, move pursuant to Local Civil Rule 5.4(b)(2) for leave to file electronically using CM/ECF. I am currently overseas, which makes mailing documents difficult and unreliable. I request a CM/ECF username and password to handle all future filings online. I have reviewed the court's electronic filing tutorial at https://www.dcd.uscourts.gov/ECFCR and agree to follow all CM/ECF rules and policies.

Dated: December 10, 2025

Raymond Eray Tav

7267 Regina Way

Orlando, FL 32819

864-372-9828

RaymondErayTav@gmail.com

Certificate of Service

I certify that on December 10, 2025, I served a copy of this Motion on counsel for the Plaintiff by mailing it to: Tyler M. Finn, U.S. Department of Justice, P.O. Box 227, Washington, DC 20044.

Raymond Eray Tav

*[signature]*

RECEIVED
DEC 10 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia