UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, Defendant.

Case No. 1:25-cv-02085-CJN

ANSWER OF CLAIMANT RAYMOND ERAY TAV

I, Raymond Eray Tav, respond to the Complaint as follows:

1. I deny that my claimed assets should be forfeited by the government.

2. I have a legitimate interest in 103.90511448 Litecoin (LTC) and other balances from my BTC-e and WEX accounts, as shown in my verified claim and attachments (WEX proofs trace to BTC-e origin).

3. I am an innocent owner with no involvement in any crimes, under 18 U.S.C. § 983(d).

4. I request the return of my assets.

Dated: December 10, 2025

Raymond Eray Tav

7267 Regina Way

Orlando, FL 32819

864-372-9828

RaymondErayTav@gmail.com

Certificate of Service

I certify that on December 10, 2025, I served a copy of this Answer on counsel for the Plaintiff by mailing it to: Tyler M. Finn, U.S. Department of Justice, P.O. Box 227, Washington, DC 20044.

Raymond Eray Tav

RECEIVED
DEC 10 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia