UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WALLETS )<br>AS OF JULY 25, 2017, AND OTHER )<br>ASSETS FURTHER DESCRIBED )<br>HEREIN, )<br>)<br>Defendants in rem. )<br>_____ )<br>)<br>SAJAD GHANIZADA, )<br>)<br>Claimant. )<br>_____/ | VERIFIED CLAIM OPPOSING FORFEITURE<br><br>Case No. 1:25-CV-02085 |

VERIFIED CLAIM OPPOSING FORFEITURE

I, SAJAD GHANIZADA hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "sghanizada" (email address: sghanizada@gmail.com), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and litecoin seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: December 11, 2025

_____
SAJAD GHANIZADA
1011 UNION ST. APT 1003
SAN DIEGO, CA 92101
+15712431000
sghanizada@gmail.com



**RECEIVED**
DEC 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.


Dated: December 11, 2025

_____
SAJAD GHANIZADA

## CERTIFICATE OF SERVICE

  I hereby certify that on December 11, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
Email: joshua.sohn@usdoj.gov

Dated: December 11, 2025

_____
SAJAD GHANIZADA