CERTIFICATE OF SERVICE  —  *Case 1:25-cv - 02085 - CJN*

I certify that on November 27, 2025, I served the corrected Second, Third, and Fourth Sets of RFPs on Plaintiff via certified mail to:

United States Attorney's Office

Attn: Civil Division

555 4th Street NW

Washington, DC 20001

**Dated:** November 26, 2025
**Respectfully submitted,**

Paige N. Hopkins

Paige N. Hopkins
314 Oxford Rd.
Kenilworth IL, 60043
Phone: 847-421-8094

**Kevin R. Reilly**

Kevin R. Reilly
314 Oxford Rd.
Kenilworth, IL 60043
262-893-8902
**Claimants, Pro Se**

RECEIVED
Mailroom

DEC - 4 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia