**MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME**

Claimant, proceeding *pro se*, respectfully moves the Court for leave to file the foregoing Answer out of time, and states as follows:

1. On October 24, 2025, counsel for the Government, Joshua L. Sohn, emailed Claimant a notice packet stating: *"If you file a claim within 35 days, we will not oppose it on timeliness grounds."*

2. Relying in good faith on that representation, Claimant filed a verified claim on November 26, 2025, within the stated 35-day period.

3. Claimant is not represented by counsel and was proceeding *pro se*, and any delay in filing the Answer was the result of a good-faith misunderstanding of the procedural requirements, not bad faith or prejudice to the Government.

4. The Government will not be prejudiced by acceptance of this Answer, and acceptance will promote resolution of this matter on the merits.

**WHEREFORE**, Claimant respectfully requests that the Court grant leave to file the Answer out of time in the interest of justice.

Dated: December 13, 2025, at Galder, The Netherlands.

Respectfully submitted,

**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER
THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 1625 1180



RECEIVED

DEC 13 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2025, I send a true and correct copy of the foregoing Answer and Motion for Leave by emailing it to:


JOSHUA L. SOHN
Trial Attorney
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov


Dated December 13, 2025

**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER
THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 1625 1180

**EXHIBIT A: REQUEST AND RESPONSE FOR LATE CLAIM**

 Gmail

Remco Hereijgers <remco.hereijgers@gmail.com>

---

## Request for Late Claim or Remission — U.S. v. All Virtual Currency Held in the BTC-e Operating Wallets (Case No. 1:25-cv-02085, D.D.C.)
2 berichten

---

**Remco Hereijgers** <remco.hereijgers@gmail.com>          24 oktober 2025 om 19:53
Aan: joshua.Sohn@usdoj.gov, Catherine.Pelker@usdoj.gov, afmls.afms@usdoj.gov


**Dear Mr. Sohn and Ms. Pelker,**

My name is **Remco Hereijgers**, and I am a Dutch citizen residing in the Netherlands. I am writing regarding the civil forfeiture action *United States v. All Virtual Currency Held in the BTC-e Operating Wallets and other described assets* (Case No. 1:25-cv-02085, U.S. District Court for the District of Columbia).

I only recently became aware—by coincidence—that this case allows former BTC-e account holders to file claims to recover their cryptocurrency. Unfortunately, I never received any notice of these proceedings or the applicable deadlines. I understand that the published notice period expired around September 2, 2025.

I respectfully ask whether it might still be possible to submit a **late Verified Claim** or a **Petition for Remission or Mitigation** under 28 C.F.R. Part 9. I had no knowledge of this forfeiture action until very recently and could not reasonably have been aware of it earlier.

I would like to emphasize that I have **never engaged in any fraudulent or unlawful activity**. My BTC-e account and all associated cryptocurrency were fully reported to the Dutch Tax Authority, and I have consistently complied with all tax and legal obligations.

I can provide documentation confirming my ownership, including:

- The BTC-e registration confirmation email (already attached);

- Evidence of account activity and balances; and

- Tax documentation confirming lawful holdings.

Please let me know the appropriate procedure or contact within the Department of Justice for submitting my documentation and any formal petition.

Thank you very much for your time and consideration. I would be sincerely grateful for any opportunity to have my claim reviewed despite the passed deadline.

Kind regards,
**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER, THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 16 25 11 80



**Schermafbeelding 2025-10-22 185859.png**
33K

---

**Sohn, Joshua (CRM)** <Joshua.Sohn@usdoj.gov>          24 oktober 2025 om 20:02
Aan: Remco Hereijgers <remco.hereijgers@gmail.com>, "Pelker, Catherine (CRM)" <Catherine.Pelker@usdoj.gov>, "afmls.afms@usdoj.gov" <afmls.afms@usdoj.gov>

Here is a notice packet. If you file a claim within 35 days, we will not oppose it on timeliness grounds. And as reflected in this packet, the deadline for remission petitions has not yet passed.

---

**From:** Remco Hereijgers <remco.hereijgers@gmail.com>
**Sent:** Friday, October 24, 2025 1:54 PM
**To:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>; Pelker, Catherine (CRM) <Catherine.Pelker@usdoj.gov>; afmls.afms@usdoj.gov
**Subject:** [EXTERNAL] Request for Late Claim or Remission — U.S. v. All Virtual Currency Held in the BTC-e Operating Wallets (Case No. 1:25-cv-02085, D.D.C.)

**Dear Mr. Sohn and Ms. Pelker,**

My name is **Remco Hereijgers**, and I am a Dutch citizen residing in the Netherlands. I am writing regarding the civil forfeiture action *United States v. All Virtual Currency Held in the BTC-e Operating Wallets and other described assets* (Case No. 1:25-cv-02085, U.S. District Court for the District of Columbia).

I only recently became aware—by coincidence—that this case allows former BTC-e account holders to file claims to recover their cryptocurrency. Unfortunately, I never received any notice of these proceedings or the applicable deadlines. I understand that the published notice period expired around September 2, 2025.

I respectfully ask whether it might still be possible to submit a **late Verified Claim** or a **Petition for Remission or Mitigation** under 28 C.F.R. Part 9. I had no knowledge of this forfeiture action until very recently and could not reasonably have been aware of it earlier.

I would like to emphasize that I have **never engaged in any fraudulent or unlawful activity**. My BTC-e account and all associated cryptocurrency were fully reported to the Dutch Tax Authority, and I have consistently complied with all tax and legal obligations.

I can provide documentation confirming my ownership, including:

- The BTC-e registration confirmation email (already attached);
- Evidence of account activity and balances; and
- Tax documentation confirming lawful holdings.

Please let me know the appropriate procedure or contact within the Department of Justice for submitting my documentation and any formal petition.

Thank you very much for your time and consideration. I would be sincerely grateful for any opportunity to have my claim reviewed despite the passed deadline.

Kind regards,
**Remco Hereijgers**
Galderseweg 24A
4855 AH GALDER, THE NETHERLANDS
remco.hereijgers@gmail.com
+31 6 16 25 11 80

---

**5 bijlagen**

 **BTCe Notice of Civil Forfeiture Action.pdf**
149K

**DN 1, 6-30-25, Complaint.pdf**
599K

**Official Internet Notification.pdf**
341K

**Blank Petition Remission Form.pdf**
194K

**28 CFR Part 9.pdf**
192K