# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

**United States of America**
Plaintiff,

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, et al.**
Defendants in rem.

Civil Action No. **1:25-cv-02085-CJN**

---

## CLAIMANT SANG KANG'S SWORN DECLARATION OF ACCOUNT OWNERSHIP

I, **Sang Kang,** declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a claimant in this civil forfeiture action.
2. I was the owner and user of a BTC-e account with the username **"sangraiknag."**
3. The email address associated with my BTC-e account was **sangraikang@yahoo.com**.
4. On December 14, 2016, I successfully accessed my BTC-e account. I received an automated BTC-e login confirmation email verifying this access.
5. The login confirmation email identifies my username, confirms successful authorization, and was sent from **no_reply@btc-e.com** to my Yahoo email address.
6. This login email demonstrates that I personally controlled and accessed the BTC-e account prior to BTC-e's shutdown in July 2017.
7. At the time BTC-e ceased operations, I held cryptocurrency in my account. I have never recovered those assets and have received no compensation.
8. Due to BTC-e's abrupt shutdown and the seizure of its infrastructure, complete transaction records are no longer available to me.
9. I further funded my BTC-e account using cryptocurrency purchased through **Coinbase**, a regulated U.S. exchange requiring identity verification.
10. Deposits were made from my Coinbase account directly into my BTC-e deposit address. These transfers are documented through Coinbase transaction history and blockchain transaction IDs.
11. The Coinbase deposit records independently confirm my ownership interest and the lawful source of funds.
12. All cryptocurrency associated with my BTC-e account was lawfully obtained, and I had no involvement in criminal activity.

**RECEIVED**

DEC 15 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/15/25  Signature: _____
**Sang Kang**

---

# EXHIBIT A

## BTC-e Login Confirmation Email

- From: BTC-E no_reply@btc-e.com
- To: sangraikang@yahoo.com
- Date: December 14, 2016
- Subject: Successful Authorization

```
Successful authorization.

Login: sangraiknag
IP: 171.233.72.184
Date and time: 14.12.16 12:39 MSK
```

---

# EXHIBIT B

## Coinbase → BTC-e Deposit Records

Attached are true and correct copies of Coinbase transaction records showing deposits from my Coinbase account into my BTC-e deposit address associated with the username **"sangraiknag."** These records include transaction confirmations and blockchain-verifiable transaction IDs demonstrating lawful funding of the BTC-e account.

---

# PREPARED RULE G(6) SPECIAL INTERROGATORY RESPONSES (FOR FUTURE SERVICE)

1. **BTC-e Account:** sangraiknag
2. **Associated Email:** sangraikang@yahoo.com
3. **Proof of Ownership:** BTC-e login confirmation email (Exhibit A)
4. **Source of Funds:** Lawful cryptocurrency purchases through Coinbase (Exhibit B)
5. **Deposits:** Coinbase-to-BTC-e transfers documented by TXIDs
6. **Compensation Received:** None

## STANDING STATEMENT

Claimant has demonstrated a colorable ownership interest sufficient to establish statutory standing under Supplemental Rule G by providing:

- A verified claim and answer
- Identification of a specific BTC-e account
- Contemporaneous login confirmation email
- Coinbase funding records from a regulated U.S. exchange
- A sworn declaration of ownership

Accordingly, Claimant's standing cannot be defeated, and any motion to strike should be denied.

Case 1:25-cv-02085-CJN    Document 301    Filed 12/15/25    Page 4 of 9

12/12/25, 5:24 PM          apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-quurDUv7zdEneHrb6wNYEJPHnq9IU0dVVYFAspO-NsrR4kNcC_DwJ39XPCgj...

```
X-Apparently-To: sangraikang@yahoo.com; Wed, 14 Dec 2016 09:39:29 +0000
Return-Path: <no_reply@btc-e.com>
Received-SPF: pass (domain of btc-e.com designates 184.172.231.194 as permitted sender)
X-YMailISG: rc7uyJsWLDuqM5f0dsKP8zlZDQDLXCjne0uSyZYlCgZvXnTD
 0Aa707.FJYZ270UnWO4zKDBCJWjzTs4UX0A8HMBUS39oVS8ob6C_JnLF9iJi
 6U8kxxT7gmqirwv6ving2Fwiej6WQHABGZC1.54VJpkR3SfjrMwEUMD4i.rn
 npkVPcOWqzK54Y2BC1gRQKl2pQv5zfuF9TdQMWl7LOaHiRxhq0IHvdWM6GzV
 gNr3ybVyrMcUF3xUttKqj6alI0ub3jUsD5ug8msFbQiztY9zkPcMCEt_.x5z
 uVbdpfd6Sy0AXohMIjlP3EH4E7yuNTocylCfn4BaQsuu1zTRVZe0.qzYlMBb
 H1TxegJalMmuwaDYNZc1HzS7Xgp8ltyJ59jlJ70zNMuju41.peBMrHec4O7a
 zH9HZ8oqE4g2C1v_xN2XD.7t8eBTTa0gMcI_.twhonv7X1TL4GE9Gyfv73p6
 2lB2oFG6wDtzwt9EkO7esEEX59O_MsfdbhWtvAruLf9AcxOEeLUipxacSDzS
 D7pZkjXTtwca.yLTRtHTGEbyyC7o5E0QmRM0UEr6UGMdQCrW7Hzsk3s6bfIq
 DKNxBLnz_83n1uqpAJfKAzMfXVojxMvOAUkQSReEkMS8R0ICvJhcQ0RHr3Ok
 89fnzAaqMrfFsWddqcWoQ63zRi9ZMTDRsx6v6ICDHiSbD3ql..vB2gjC400h
 2SQWoobPf.5nByOSIaIBLtSniCMzjQ_BfJFqtzeXCVKOaBPPNGi2VXCmXWga
 i6yVvnWSUe3yeMgoyaexAsddQ0x_3ONy_T6VGkLXSGCxEKNtqS2YvNPcq_MO
 Xd0HnZxfq650_2XR4.OJsq6T8mpLer7URfE4L7ZPdFASufQvI86thvTAbJY8
 XExW9Ifpu22q19ruvB2UtVrzN6jaR5MhfDRoFaJRmzTEWUka9KmcCG19CIbJ
 7e81_psxSh8E2zUW_UBr_HS3CZ3w31lByTbH6WYXWJVQlNZ1eaUDKlE0J3ds
 JztWOlrOfNC4WquN9i4DJHO8ArdukQfQUg9oEN03KF_0KDYMp4XJbpYF7Rkr
 m5g4ciwUuQhjXbjGEjLEFwUIJjOUV.l5MStRGFgcinlkxIz.5kyli6Tf62Me
 GBn1Ig4RBW9SGDhF91RP4IS0y2bNzCW7yuAzKmGz62LpjsSwCmNZlY3buo5y
 lk2E7Zx8TnL4txDIC8e1CIFVjTyyyZx61Mn4qdNXsN5Qr1vlxQMipH.ISjqQ
 Osz3kCyWjMJzPxiFKtTII_VxrGXaT.3ewFIj9zlm1N8U3Ojtq4v1lCwvgo8I
 pZRaruGTiGyl10fBt5WiM3r5utbrzoQKGkgKVTEQeXkubTyCDvP3MzFFW5fy
 IUzyd1KuVCX1USV2g6VaPRdlR1ACgaK6WGgw4o3DDGpeByZNe67POXMrChfS
 g1x5KGcqTDXXjMsVfzaDEAuM_7OFJjGb7Sib6qu1lR3gwRfFnb0.zf5VttSK
 5iy3Gt9hWrCGeWN9A2HEJp8FwwcYWH56Mw--
X-Originating-IP: [184.172.231.194]
Authentication-Results: mta1410.mail.bf1.yahoo.com  from=btc-e.com; domainkeys=neutral (no sig);
 from=btc-e.com; dkim=pass (ok)
Received: from 127.0.0.1  (EHLO mail.jangopong.org) (184.172.231.194)
  by mta1410.mail.bf1.yahoo.com with SMTPS; Wed, 14 Dec 2016 09:39:29 +0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/simple; d=btc-e.com; s=mail;
        t=1481708368; bh=oRXZ3s3xeH2pXeDAzV5MNs77CifeGddBHOIUETwP+so=;
        h=Subject:To:From:Date;
        b=w6ue7Hq/6wHoamRfkRuGlv5gfMPx93vZZVKK6ijNuhwhGawAZeNded2iSpvA9FRM4
         k6M4F7TDfMFtSCFpdu0Pqudu+sQ5//xZ0wgjoMvmh7s16vNbVppJvkrtcnEvc98JuS
         Op+k6/m7owO5CYgPKzehEEhTj6OZneVZY+myoCtk=
Subject: =?utf-8?b?U3VjY2Vzc2Z1bCBsb2dpbg==?=
To: sangraikang@yahoo.com
From: "BTC-E" <no_reply@btc-e.com>
Content-Type: text/plain; charset="utf-8"
Message-Id: <20161214093928.8225A13999@mail.jangopong.org>
Date: Wed, 14 Dec 2016 12:39:28 +0300 (MSK)
Content-Length: 95

Successful authorization.

Login: sangraiknag
IP: 171.233.72.184
Date and time: 14.12.16 12:39
```

# coinbase

100 Pine Street Suite 1250
San Francisco, CA 94111
Phone: 1-888-908-7930

| Account Information |
|---|
| Sang,rai Kang |
| sangraikang@yahoo.com |
| VA, US |

| Account Statement Period | 04/29/2015 - 07/24/2023 |
|---|---|

## Account Summary

| Account Name | Balance on |
|---|---|
| BAT Wallet | 0.0000 BAT |
| BCH Wallet | 0.0000 BCH |
| BSV Wallet | 0.0000 BSV |
| BTC Vault | 0.0000 BTC |
| BTC Wallet | 0.0000 BTC |
| CVC Wallet | 0.0000 CVC |
| DNT Wallet | 0.0000 DNT |
| ETC Wallet | 0.0000 ETC |
| ETH Wallet | 0.0000 ETH |
| LOOM Wallet | 0.0000 LOOM |
| LTC Wallet | 0.0000 LTC |
| MANA Wallet | 0.0000 MANA |
| USD Wallet | $0.00 USD |
| USDC Wallet | 0.0000 USDC |
| ZEC Wallet | 0.0000 ZEC |
| ZRX Wallet | 0.0000 ZRX |

## Transaction History

| Date | Account | Transaction | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 01/02/2018 | BTC Wallet | You sent Bitcoin to 1LeYZ3qp8eDpZYZVNVJMpCDaMzein8Wpff | -1.0000 BTC | -$13,779.01 USD | 0.0000 BTC |
| 12/31/2017 | BTC Wallet | You sent Bitcoin but the transaction was delayed and canceled | -1.0000 BTC | -$13,574.51 USD | 1.0000 BTC |
| 12/26/2017 | BTC Wallet | You sent Bitcoin but the transaction was delayed and canceled | -1.0000 BTC | -$16,426.68 USD | 1.0000 BTC |
| 12/26/2017 | BCH Wallet | You sold Bitcoin Cash | -0.00329013 BCH | $8.25 USD | 0.0000 BCH |
| 12/26/2017 | BTC Wallet | You sent Bitcoin to 3FM7w6E8J6rgiJVRRifLGACS8vYFm7vV69 | -1.98481318 BTC | -$32,024.01 USD | 1.0000 BTC |
| 12/25/2017 | BTC Wallet | You sent Bitcoin but the transaction was delayed and canceled | -2.98481318 BTC | -$45,727.34 USD | 2.98481318 BTC |

| Date | Account | Transaction | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 12/25/2017 | BTC Wallet | You received Bitcoin from an external account | 2.98481318 BTC | $42,354.47 USD | 2.98481318 BTC |
| 12/13/2017 | BCH Wallet | You received Bitcoin Cash from an external account | 0.00329013 BCH | $5.93 USD | 0.00329013 BCH |
| 12/08/2017 | BTC Wallet | You sold Bitcoin | -0.00329013 BTC | $50.87 USD | 0.0000 BTC |
| 06/23/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -14.41481001 BTC | -$9,088.11 USD | 0.00329013 BTC |
| 06/20/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -9.93847574 BTC | -$7,374.75 USD | 14.41810014 BTC |
| 06/20/2016 | BTC Wallet | You purchased Bitcoin | 9.93847574 BTC | $7,365.47 USD | 24.35657588 BTC |
| 06/20/2016 | USD Wallet | You sold US Dollar | -$7,365.47 USD | -$7,365.47 USD | $0.00 USD |
| 06/17/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -3.49554346 BTC | -$2,607.47 USD | 14.41810014 BTC |
| 06/17/2016 | BTC Wallet | You purchased Bitcoin | 3.49554346 BTC | $2,633.00 USD | 17.9136436 BTC |
| 06/17/2016 | USD Wallet | You sold US Dollar | -$2,633.00 USD | -$2,633.00 USD | $7,365.47 USD |
| 06/16/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -13.18414909 BTC | -$9,578.42 USD | 14.41810014 BTC |
| 06/16/2016 | BTC Wallet | You purchased Bitcoin | 13.18414909 BTC | $10,000.00 USD | 27.60224923 BTC |
| 06/16/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $9,998.47 USD |
| 06/15/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -1.42853593 BTC | -$1,047.00 USD | 14.41810014 BTC |
| 06/15/2016 | USD Wallet | You purchased US Dollar | $9,998.47 USD | $9,998.47 USD | $19,998.47 USD |
| 06/15/2016 | BTC Wallet | You sold Bitcoin | -13.82313599 BTC | $9,998.47 USD | 15.84663607 BTC |
| 06/15/2016 | BTC Wallet | You purchased Bitcoin | 0.90367583 BTC | $630.68 USD | 29.66977206 BTC |
| 06/15/2016 | USD Wallet | You sold US Dollar | -$630.68 USD | -$630.68 USD | $10,000.00 USD |
| 06/14/2016 | BTC Wallet | You purchased Bitcoin | 14.34799609 BTC | $10,000.00 USD | 28.76609623 BTC |
| 06/14/2016 | BTC Wallet | You purchased Bitcoin | 14.41810014 BTC | $9,854.00 USD | 14.41810014 BTC |
| 06/14/2016 | USD Wallet | You sold US Dollar | -$9,854.00 USD | -$9,854.00 USD | $10,630.68 USD |
| 06/13/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $20,484.68 USD |
| 06/03/2016 | USD Wallet | You purchased US Dollar | $2,809.21 USD | $2,809.21 USD | $30,484.68 USD |
| 06/03/2016 | BTC Wallet | You sold Bitcoin | -5.02878899 BTC | $2,809.21 USD | 0.0000 BTC |
| 05/31/2016 | USD Wallet | You purchased US Dollar | $9,989.39 USD | $9,989.39 USD | $27,675.47 USD |

| Date | Account | Transaction | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 05/31/2016 | BTC Wallet | You sold Bitcoin | -19.04080402 BTC | $9,989.39 USD | 5.02878899 BTC |
| 05/31/2016 | BTC Wallet | You received Bitcoin from an external account | 18.9355447 BTC | $10,057.61 USD | 24.06959301 BTC |
| 05/29/2016 | USD Wallet | You purchased US Dollar | $9,986.08 USD | $9,986.08 USD | $17,686.08 USD |
| 05/29/2016 | BTC Wallet | You sold Bitcoin | -19.19349563 BTC | $9,986.08 USD | 5.13404831 BTC |
| 05/29/2016 | BTC Wallet | You received Bitcoin from an external account | 24.32754394 BTC | $13,167.77 USD | 24.32754394 BTC |
| 05/29/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -75.67045606 BTC | -$39,493.17 USD | 0.0000 BTC |
| 05/28/2016 | BTC Wallet | You received Bitcoin from an external account | 75.67045606 BTC | $38,818.94 USD | 75.67045606 BTC |
| 05/27/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -22.22150606 BTC | -$10,880.98 USD | 0.0000 BTC |
| 05/27/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -50.48534687 BTC | -$23,868.46 USD | 22.22150606 BTC |
| 05/26/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -26.0000 BTC | -$12,218.96 USD | 72.70685293 BTC |
| 05/26/2016 | BTC Wallet | You purchased Bitcoin | 21.26270237 BTC | $10,000.00 USD | 98.70685293 BTC |
| 05/26/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $7,700.00 USD |
| 05/26/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -60.0000 BTC | -$27,294.60 USD | 77.44415056 BTC |
| 05/26/2016 | USD Wallet | You deposited funds | $7,700.00 USD | $7,700.00 USD | $17,700.00 USD |
| 05/24/2016 | BTC Wallet | You purchased Bitcoin | 4.01582428 BTC | $1,812.00 USD | 137.44415056 BTC |
| 05/24/2016 | USD Wallet | You sold US Dollar | -$1,812.00 USD | -$1,812.00 USD | $10,000.00 USD |
| 05/22/2016 | BTC Wallet | You purchased Bitcoin | 22.22150606 BTC | $10,000.00 USD | 133.42832628 BTC |
| 05/21/2016 | BTC Wallet | You purchased Bitcoin | 22.20421843 BTC | $10,000.00 USD | 111.20682022 BTC |
| 05/21/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $11,812.00 USD |
| 05/20/2016 | BTC Wallet | You purchased Bitcoin | 18.43762747 BTC | $8,268.00 USD | 89.00260179 BTC |
| 05/20/2016 | USD Wallet | You sold US Dollar | -$8,268.00 USD | -$8,268.00 USD | $21,812.00 USD |
| 05/19/2016 | USD Wallet | You deposited funds | $10,000.00 USD | $10,000.00 USD | $30,080.00 USD |
| 05/19/2016 | BTC Wallet | You purchased Bitcoin | 22.01515186 BTC | $10,000.00 USD | 70.56497432 BTC |
| 05/19/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $20,080.00 USD |
| 05/17/2016 | BTC Wallet | You purchased Bitcoin | 21.67829208 BTC | $10,000.00 USD | 48.54982246 BTC |

| Date | Account | Transaction | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 05/17/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $30,080.00 USD |
| 05/11/2016 | BTC Wallet | You purchased Bitcoin | 21.79621865 BTC | $10,000.00 USD | 26.87153038 BTC |
| 05/11/2016 | USD Wallet | You sold US Dollar | -$10,000.00 USD | -$10,000.00 USD | $40,080.00 USD |
| 05/09/2016 | BTC Wallet | You received Bitcoin from an external account | 5.07531173 BTC | $2,344.90 USD | 5.07531173 BTC |
| 05/04/2016 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -5.07631173 BTC | -$2,275.71 USD | 0.0000 BTC |
| 05/04/2016 | BTC Wallet | You purchased Bitcoin | 5.07631173 BTC | $2,300.00 USD | 5.07631173 BTC |
| 05/04/2016 | USD Wallet | You sold US Dollar | -$2,300.00 USD | -$2,300.00 USD | $50,080.00 USD |
| 04/13/2016 | USD Wallet | You deposited funds | $2,000.00 USD | $2,000.00 USD | $52,380.00 USD |
| 04/07/2016 | USD Wallet | You deposited funds | $7,989.00 USD | $7,989.00 USD | $50,380.00 USD |
| 04/01/2016 | USD Wallet | You deposited funds | $7,784.00 USD | $7,784.00 USD | $42,391.00 USD |
| 03/27/2016 | USD Wallet | You deposited funds | $9,721.00 USD | $9,721.00 USD | $34,607.00 USD |
| 03/21/2016 | USD Wallet | You deposited funds | $7,211.00 USD | $7,211.00 USD | $24,886.00 USD |
| 03/14/2016 | USD Wallet | You deposited funds | $8,143.00 USD | $8,143.00 USD | $17,675.00 USD |
| 03/07/2016 | USD Wallet | You deposited funds | $9,532.00 USD | $9,532.00 USD | $9,532.00 USD |
| 11/09/2015 | BTC Wallet | You sold Bitcoin | -25.42199108 BTC | $9,640.26 USD | 0.0000 BTC |
| 11/04/2015 | BTC Wallet | You sold Bitcoin | -18.33993013 BTC | $8,187.32 USD | 25.42199108 BTC |
| 11/04/2015 | BTC Wallet | You received Bitcoin from an external account | 2.31395303 BTC | $1,082.12 USD | 43.76192121 BTC |
| 11/04/2015 | BTC Wallet | You purchased Bitcoin | 2.02719384 BTC | $1,000.00 USD | 41.44796818 BTC |
| 11/03/2015 | BTC Wallet | You sold Bitcoin | -26.00119692 BTC | $9,900.00 USD | 39.42077434 BTC |
| 11/03/2015 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -2.14912002 BTC | -$848.71 USD | 65.42197126 BTC |
| 11/03/2015 | BTC Wallet | You purchased Bitcoin | 25.42199108 BTC | $9,900.00 USD | 67.57109128 BTC |
| 10/25/2015 | BTC Wallet | You purchased Bitcoin | 34.1491002 BTC | $9,900.00 USD | 42.1491002 BTC |
| 10/23/2015 | BTC Wallet | You purchased Bitcoin | 8.0000 BTC | $2,250.76 USD | 8.0000 BTC |
| 10/22/2015 | BTC Wallet | You sold Bitcoin | -17.05643137 BTC | $4,732.77 USD | 0.0000 BTC |
| 10/10/2015 | BTC Wallet | You sold Bitcoin | -40.48777171 BTC | $9,900.00 USD | 17.05643137 BTC |

| Date | Account | Transaction | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 10/06/2015 | BTC Wallet | You sold Bitcoin | -40.45582556 BTC | $9,900.00 USD | 57.54420308 BTC |
| 08/24/2015 | BTC Wallet | You purchased Bitcoin | 22.0000 BTC | $4,828.18 USD | 98.00002864 BTC |
| 08/23/2015 | BTC Wallet | You purchased Bitcoin | 10.0000 BTC | $2,266.94 USD | 76.00002864 BTC |
| 08/23/2015 | BTC Wallet | You purchased Bitcoin | 10.0000 BTC | $2,305.63 USD | 66.00002864 BTC |
| 08/21/2015 | BTC Wallet | You purchased Bitcoin | 40.0000 BTC | $9,467.74 USD | 56.00002864 BTC |
| 08/19/2015 | BTC Wallet | You purchased Bitcoin | 10.0000 BTC | $2,368.55 USD | 16.00002864 BTC |
| 08/19/2015 | BTC Wallet | You purchased Bitcoin | 2.0000 BTC | $472.11 USD | 6.00002864 BTC |
| 08/19/2015 | BTC Wallet | You purchased Bitcoin | 2.0000 BTC | $473.33 USD | 4.00002864 BTC |
| 08/09/2015 | BTC Wallet | You purchased Bitcoin | 1.0000 BTC | $271.18 USD | 2.00002864 BTC |
| 08/07/2015 | BTC Wallet | You sent Bitcoin to 1CcMfMXCw4GQnJNjSiBuWuQngHeJKWreR9 | -0.6316 BTC | -$176.87 USD | 1.00002864 BTC |
| 07/29/2015 | BTC Wallet | You purchased Bitcoin | 1.62717864 BTC | $477.00 USD | 1.63162864 BTC |
| 07/01/2015 | BTC Wallet | You sold Bitcoin | -18.0000 BTC | $4,600.05 USD | 0.00445 BTC |
| 07/01/2015 | BTC Wallet | You received Bitcoin from an external account | 0.00445 BTC | $1.15 USD | 18.00445 BTC |
| 06/05/2015 | BTC Wallet | You purchased Bitcoin | 2.0000 BTC | $454.78 USD | 18.0000 BTC |
| 06/05/2015 | BTC Wallet | You purchased Bitcoin | 4.0000 BTC | $912.07 USD | 16.0000 BTC |
| 06/01/2015 | BTC Wallet | You purchased Bitcoin | 12.0000 BTC | $2,755.72 USD | 12.0000 BTC |
| 05/30/2015 | BTC Wallet | You sent Bitcoin to 1HPLi1NJ2cc7yMbwd7Uvu5VvUWLjSaDayi | -0.004528 BTC | -$1.05 USD | 0.0000 BTC |
| 04/29/2015 | BTC Wallet | You received Bitcoin from Coinbase | 0.004428 BTC | $1.00 USD | 0.004528 BTC |
| 04/29/2015 | BTC Wallet | You received Bitcoin from Coinbase | 0.0001 BTC | $0.02 USD | 0.0001 BTC |