AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA

UNITED STATES OF AMERICA,
                                        Plaintiff (s),
                    V.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E
                                        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  25-cv-2085 _____

Notice is hereby given that, subject to approval by the court,  Claimant Sajad Ghanizada _____ substitutes
                                                                                        (Party (s) Name)

Daniel M. Smith, Esq. (Pro Hac Vice) _____ , State Bar No. _____ as counsel of record in
                    (Name of New Attorney)

place of    Sajad Ghanizada, Pro Se _____ .
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Daniel M. Smith, Esq. _____

Address:          585 Third Avenue, Chula Vista CA 91910 _____

Telephone:        (619) 233-6900 _____ Facsimile (619) 374-8477 _____

E-Mail (Optional):  dsmith@sandiegodefenders.com _____

I consent to the above substitution.

Date: _____ 12/16/2025 _____

_____
(Signature of Party (s))

I consent to being substituted.

Date: _____ 12/16/2025 _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____ 12/16/2025 _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]