IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | |
| § | |
| ALL VIRTUAL CURRENCY HELD IN THE § | |
| BTC-E OPERATING WALLETS AS OF JULY 25, 2017, § | |
| AND OTHER ASSETS FURTHER DESCRIBED HEREIN § | |
| § | |
| Defendants in Rem. § | |
| §   | Case No. 1:25-cv-02085-CJN |

**VERIFIED CLAIM**

COMES NOW, Dominik Buechsel ("Claimant"), and submits this Verified Claim asserting Claimant's interest in certain virtual currency seized by the United States and held in the BTC-e operating wallets as of July 25, 2017. In support of this claim, Claimant states as follows:

**CLAIMANT'S INTEREST IN THE PROPERTY**

**1.** I, Dominik Buechsel, am a citizen of Germany, currently residing at Eichenstr. 14, 28879 Grasberg, Germany, and I claim a direct, legal, and beneficial interest in virtual currency that was held in a BTC-e exchange account at the time the government seized the BTC-e operating wallets on July 25, 2017.

**2.** My BTC-e account details are as follows:
- User ID: G-Fire@gmx.de
- Date account seized/platform shutdown: July 25, 2017

**3.** At the time of seizure (July 25, 2017), my account contained several virtual currencies, which remain the subject of my claim:

- I acquired these virtual currencies through personal purchase on BTC-e and/or deposit from my personal wallet

**4.** I am the sole owner of the virtual currency in my BTC-e account and am entitled to its return. The property was not forfeited to the United States and is subject to my claim.

**ACQUISITION AND SOURCE OF FUNDS**

**5.** I acquired the virtual currency in my account through legitimate means.

The funds used to acquire this cryptocurrency came from my personal earnings, including employment and savings. All acquisitions were made in good faith for investment purposes and long-term holding.



**RECEIVED**
DEC 17 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**PURPOSE OF HOLDING**

**6.** I held the virtual currency in my BTC-e account for the following legitimate purposes:
- Long-term investment in cryptocurrency as a store of value
- Savings and portfolio diversification
- Belief in cryptocurrency technology and future value

I did not hold this cryptocurrency for illegal purposes. I did not use my account to facilitate money laundering, unlicensed money transmission, or any other illegal activity.

**INNOCENT OWNER STATUS**

**7.** I assert that I am an innocent owner under the civil forfeiture statute and common law. Specifically:

**No Knowledge of Illegal Use**: At the time I opened and maintained my BTC-e account and deposited funds therein, I had no knowledge that BTC-e was operating as an unlicensed money transmitter, engaging in money laundering, violating the Bank Secrecy Act, or facilitating any other illegal activity. I selected BTC-e based on its reputation as a legitimate cryptocurrency trading platform.

**No Involvement in Illegal Activity:** I did not authorize, facilitate, or participate in any illegal use of my account or the funds held therein. My only involvement was as a legitimate account holder depositing and holding cryptocurrency.

**Reasonable Without Cause to Believe**: At the time I acquired my interest in the cryptocurrency, I was reasonably without cause to believe the property was subject to forfeiture. BTC-e was a well-known cryptocurrency exchange, and I had no reason to believe it was operating illegally.

**Reasonable Precautions**: I took all reasonable steps to prevent any illegal use of my account:
- I used the account solely for personal cryptocurrency holdings
- I complied with all account terms and conditions
- I did not authorize third parties to access or use the account
- I did not knowingly deposit funds from illicit sources
- I maintained secure access credentials to prevent unauthorized use

**8.** Under 18 U.S.C. § 983(d), as an innocent owner, I am entitled to the return of the property or its value, as the government cannot satisfy its burden of proving forfeitability by clear and convincing evidence.

**NO INVOLVEMENT IN CRIMINAL CONDUCT**

**9.** I have not been charged with, convicted of, or admitted to any crime related to my cryptocurrency holdings or my BTC-e account. My interest in the seized property is entirely innocent and lawful.

**10.** I was a victim of the BTC-e platform closure, not a perpetrator of any criminal scheme. Like thousands of other users worldwide, I was simply holding legitimate digital assets on a cryptocurrency exchange.

**REQUEST FOR RETURN OF PROPERTY**

**11.** I respectfully request that the Court:

a) Find that I have established claim standing and an interest in the seized property;

b) Declare that I am an innocent owner under 18 U.S.C. § 983(d);

c) Enter an order requiring the return of the virtual currency seized from my account, or if the cryptocurrency has appreciated in value, the current market value of the seized property;

d) Award prejudgment interest and post-judgment interest at the rate prescribed by law; and

e) Grant such other and further relief as the Court deems just and proper.

_____

Dominik Buechsel
Eichenstr. 14, D-28879 Grasberg, Germany
(213) 373-5248
g-fire@gmx.de

_____

VERIFICATION

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that all statements contained in this Verified Claim are true and correct to the best of my knowledge, information, and belief. I understand that any false statements in this claim may result in criminal penalties under 18 U.S.C. § 1001.

Executed on this 17th day of December, 2025.
_____

*[signature]*

DOMINIK BUECHSEL