# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-02085 |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN | ) | |
| THE BTC-E OPERATING WALLETS | ) | |
| AS OF JULY 25, 2017, AND OTHER | ) | |
| ASSETS FURTHER DESCRIBED HEREIN | ) | |
| | ) | |
| *Defendants in rem.* | ) | |
| ——————————————————————— | ) | |
| | ) | |
| SARAH WINTERS, | ) | |
| RICHARD LEWIS PETERSON, | ) | |
| CHANGJIE LIU, | ) | |
| THOMAS SCHMIDT, | ) | |
| THOMAS WEST, | ) | |
| TIM ALFONS MARIA WITHAG, | ) | |
| JOHN JAIRO CORREA, | ) | |
| PAUL CAPLING, | ) | |
| CHRISTOPHER ALLAN CALLEJO, | ) | |
| PATRICK WAUTHIER, | ) | |
| TIMOFEY FEDOTOV, | ) | |
| MARTIN HORAK, | ) | |
| RAYMOND SCHETTINI, | ) | |
| BJORN ERIK MOL, | ) | |
| YAACOV ISRAEL BAR HANIN, | ) | |
| MOHAMED PARVEZ NOORANI, | ) | |
| MAHDI NOOSHAFARIN, | ) | |
| JACOB CAMPBELL, | ) | |
| SAJAD GHANIZADA, | ) | |
| | ) | |
| *Claimants.* | ) | |
| ——————————————————————— | ) | |

## Claimants' Joint Answer to Complaint

COMES NOW the Claimants, SARAH WINTERS, RICHARD LEWIS

PETERSON, CHANGJIE LIU, THOMAS SCHMIDT, THOMAS WEST, TIM ALFONS

MARIA WITHAG, JOHN JAIRO CORREA, PAUL CAPLING, CHRISTOPHER ALLAN

CALLEJO, PATRICK WAUTHIER, TIMOFEY FEDOTOV, MARTIN HORAK, RAYMOND

SCHETTINI, BJORN ERIK MOL, YAACOV ISRAEL BAR HANIN, MOHAMED PARVEZ

NOORANI, MAHDI NOOSHAFARIN, JACOB CAMPBELL, SAJAD GHANIZADA,

(collectively referred to as Claimants), by and through their counsel of record, and in answer to

Plaintiff's Complaint for Forfeiture, hereby respond, allege, and otherwise plead as follows:

## I.

## PRELIMINARY STATEMENT

Claimants have previously filed timely Verified Claims in accordance with Supplemental

Rule G(5)(a), asserting their interests in the defendant assets *in rem* here (collectively, the

"Defendant Properties," as defined in the United States' Verified Complaint for Forfeiture filed

with this Court on June 30, 2025), as follows:

a.    All Defendant Properties associated with Claimant's Sarah Winters BTC-e

account username "sarahwinters," as of July 25, 2017, including, but not limited

to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or

about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,

2017, and assorted currency seized from accounts held in the name of or for the

benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

b.    All Defendant Properties associated with Claimant's Richard Lewis Peterson

BTC-e account username "marketpsych," as of July 25, 2017, including, but not

limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum

seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and

August 11, 2017, and assorted currency seized from accounts held in the name of

or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions

Limited.

c.     All Defendant Properties associated with Claimant's Changjie Liu BTC-e account

username "finity84," as of July 25, 2017, including, but not limited to, Bitcoin

seized between August 2 and August 17, 2017; Ethereum seized on or about

August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017,

and assorted currency seized from accounts held in the name of or for the benefit

of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

d.     All Defendant Properties associated with Claimant's Thomas Schmidt BTC-e

account username "tomschmidtty," as of July 25, 2017, including, but not limited

to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or

about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,

2017, and assorted currency seized from accounts held in the name of or for the

benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

e.     All Defendant Properties associated with Claimant's Thomas West BTC-e

account username "thomaswest310," as of July 25, 2017, including, but not

limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum

seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and

August 11, 2017, and assorted currency seized from accounts held in the name of

or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions

Limited.

f.    All Defendant Properties associated with Claimant's Tim Alfons Maria Withag
BTC-e account username "dinges13," as of July 25, 2017, including, but not
limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum
seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and
August 11, 2017, and assorted currency seized from accounts held in the name of
or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions
Limited.

g.    All Defendant Properties associated with Claimant's John Jairo Correa BTC-e
account username "jcb0723," as of July 25, 2017, including, but not limited to,
Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or
about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,
2017, and assorted currency seized from accounts held in the name of or for the
benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

h.    All Defendant Properties associated with Claimant's Paul Capling BTC-e account
usernames "montero7462, montero76, montero74," as of July 25, 2017, including,
but not limited to, Bitcoin seized between August 2 and August 17, 2017;
Ethereum seized on or about August 5, 2017; Litecoin seized between August 7,
2017, and August 11, 2017, and assorted currency seized from accounts held in
the name of or for the benefit of Canton Business Corporation at FXOpen and/or
XP Solutions Limited.

i.    All Defendant Properties associated with Claimant's Christopher Allan Callegjo

4

BTC-e account username "callejoc," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

j.    All Defendant Properties associated with Claimant's Patrick Wauthier BTC-e account username "sashimi12," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

k.    All Defendant Properties associated with Claimant's Timofey Fedotov BTC-e account username "kbect," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

l.    All Defendant Properties associated with Claimant's Martin Horak BTC-e account username "mercury420," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,

2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

m.    All Defendant Properties associated with Claimant's Raymond Schettini BTC-e account username "theleet25," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

n.    All Defendant Properties associated with Claimant's Bjorn Erik Mol BTC-e account username "thinknow," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

o.    All Defendant Properties associated with Claimant's Yaacov Israel Bar Hanin BTC-e account username "jakebar," as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and August 11, 2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

p.    All Defendant Properties associated with Claimant's Mohamed Parvez Noorani BTC-e account username "noor78692," as of July 25, 2017, including, but not

limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum

seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and

August 11, 2017, and assorted currency seized from accounts held in the name of

or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions

Limited.

q.    All Defendant Properties associated with Claimant's Mahdi Nooshafarin BTC-e

account usernames "mohsensalehi, miner365," as of July 25, 2017, including, but

not limited to, Bitcoin seized between August 2 and August 17, 2017; Ethereum

seized on or about August 5, 2017; Litecoin seized between August 7, 2017, and

August 11, 2017, and assorted currency seized from accounts held in the name of

or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions

Limited.

r.    All Defendant Properties associated with Claimant's Jacob Campbell BTC-e

account username "mcduckcoins," as of July 25, 2017, including, but not limited

to, Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or

about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,

2017, and assorted currency seized from accounts held in the name of or for the

benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited.

s.    All Defendant Properties associated with Claimant's Sajad Ghanizada BTC-e

account username "sghanizada," as of July 25, 2017, including, but not limited to,

Bitcoin seized between August 2 and August 17, 2017; Ethereum seized on or

about August 5, 2017; Litecoin seized between August 7, 2017, and August 11,

2017, and assorted currency seized from accounts held in the name of or for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited. Pursuant to Supplemental Rule (G)(5), Claimants now submit this Joint Answer to the Complaint for Forfeiture and state as follows:

1.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 1. of the Complaint for Forfeiture.

2.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 2. of the  Complaint for Forfeiture.

3.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 3. of the Complaint for Forfeiture.

4.      Claimants deny the allegations set forth in Paragraph 4. of the Complaint for Forfeiture.

5.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 5. of the Complaint for Forfeiture.

6.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 6. of the Complaint for Forfeiture..

7.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 7. of the Complaint for Forfeiture.

8.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 8. of the Complaint for Forfeiture.

9.      This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 9. of the Complaint for Forfeiture.

10.     Claimants admit the allegations set forth in Paragraph 10. of the Complaint for Forfeiture.

11.     Answering Paragraph 11. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

12.     Answering Paragraph 12. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

13.     Answering Paragraph 13. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

14.     Answering Paragraph 14. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

15.     Answering Paragraph 15. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

16.     Answering Paragraph 16. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

17.     Answering Paragraph 17. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

18.     Claimants admit the allegations set forth in Paragraph 18. of the Complaint for Forfeiture.

19.     Claimants admit the allegations set forth in Paragraph 19. of the Complaint for Forfeiture.

20.     Claimants admit the allegations set forth in Paragraph 20. of the Complaint for Forfeiture.

21.     Claimants admit the allegations set forth in Paragraph 21. of the Complaint for Forfeiture.

22.     Claimants admit the allegations set forth in Paragraph 22. of the Complaint for Forfeiture.

23.     Claimants admit the allegations set forth in Paragraph 23. of the Complaint for Forfeiture.

24.     Claimants admit the allegations set forth in Paragraph 24. of the Complaint for

Forfeiture.

25.     Claimants admit the allegations set forth in Paragraph 25. of the Complaint for Forfeiture.

26.     Claimants admit the allegations set forth in Paragraph 26. of the Complaint for Forfeiture.

27.     Claimants admit the allegations set forth in Paragraph 27. of the Complaint for Forfeiture.

28.     Claimants admit the allegations set forth in Paragraph 28. of the Complaint for Forfeiture.

29.     Claimants admit the allegations set forth in Paragraph 29. of the Complaint for Forfeiture.

30.     Claimants admit the allegations set forth in Paragraph 30. of the Complaint for Forfeiture.

31.     Claimants admit the allegations set forth in Paragraph 31. of the Complaint for Forfeiture.

32.     Claimants admit the allegations set forth in Paragraph 32. of the Complaint for Forfeiture.

33.     Answering Paragraph 33. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

34.    Answering Paragraph 34. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

35.    Claimants admit the allegations set forth in Paragraph 35. of the Complaint for Forfeiture.

36.    Claimants admit the allegations set forth in Paragraph 36. of the Complaint for Forfeiture.

37.    Claimants admit the allegations set forth in Paragraph 37. of the Complaint for Forfeiture.

38.    Claimants admit the allegations set forth in Paragraph 38. of the Complaint for Forfeiture.

39.    Claimants deny the allegations set forth in Paragraph 39. of the Complaint for Forfeiture.

40.    Claimants admit the allegations set forth in Paragraph 40. of the Complaint for Forfeiture.

41.    Claimants admit the allegations set forth in Paragraph 41. of the Complaint for Forfeiture.

42.    Answering Paragraph 42. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

43.    Claimants admit the allegations set forth in Paragraph 43. of the Complaint for Forfeiture.

44.    Answering Paragraph 44. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

45.    Answering Paragraph 45. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

46.    Answering Paragraph 46. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

47.    Answering Paragraph 47. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

48.    Answering Paragraph 48. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

49.    Answering Paragraph 49. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

50.    Answering Paragraph 50. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

51.    Answering Paragraph 51. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein      in the conjunctive as well as the disjunctive.

52.    Answering Paragraph 52. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

53.    Answering Paragraph 53. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

54.     Answering Paragraph 54. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

55.     Answering Paragraph 55. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

56.     Answering Paragraph 56. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

57.     Answering Paragraph 57. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

58.     Answering Paragraph 58. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

59.     Answering Paragraph 59. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

60.     Answering Paragraph 60. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

61.     This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 61. of the Complaint for Forfeiture.

62.     Answering Paragraph 62. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

63.     Answering Paragraph 63. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

64.     Answering Paragraph 64. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

65.     Answering Paragraph 65. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

66.     Answering Paragraph 66. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

67.     This paragraph states a legal conclusion to which no response is required. No response is required to the allegation set forth in Paragraph 67. of the Complaint for Forfeiture.

68.     Answering Paragraph 68. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

69.     Answering Paragraph 69. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

70.     Answering Paragraph 70. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

71.    Answering Paragraph 71. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

72.    Answering Paragraph 72. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

73.    Answering Paragraph 73. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

74.    Answering Paragraph 74. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

75.    Answering Paragraph 75. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

76.    Claimants admit the allegations set forth in Paragraph 76. of the Complaint for Forfeiture.

77.    Claimants admit the allegations set forth in Paragraph 77. of the Complaint for Forfeiture.

78.    Claimants admit the allegations set forth in Paragraph 78. of the Complaint for Forfeiture.

79.    Answering Paragraph 79. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

80.    Answering Paragraph 80. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

81.    Answering Paragraph 81. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

82.    Answering Paragraph 82. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

83.    Answering Paragraph 83. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

84.    Answering Paragraph 84. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

85.    Claimants admit the allegations set forth in Paragraph 85. of the Complaint for Forfeiture.

86.    Claimants admit the allegations set forth in Paragraph 86. of the Complaint for Forfeiture.

87.    Claimants admit the allegations set forth in Paragraph 87. of the Complaint for Forfeiture.

88.    Claimants admit the allegations set forth in Paragraph 88. of the Complaint for Forfeiture.

89.    Answering Paragraph 89. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

90.     Answering Paragraph 90. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

91.     Answering Paragraph 91. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

92.     Answering Paragraph 92. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

93.     Answering Paragraph 93. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

94.     Answering Paragraph 94. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

95.     Answering Paragraph 95. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

96.     Answering Paragraph 96. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

97.     Answering Paragraph 97. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

98.     Answering Paragraph 98. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

99.     Answering Paragraph 99. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

100.    Claimants admit the allegations set forth in Paragraph 100. of the Complaint for

Forfeiture.

101.    Claimants admit the allegations set forth in Paragraph 101. of the Complaint for Forfeiture.

102.    Answering Paragraph 102. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

103.    Answering Paragraph 103. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

104.    Claimants admit the allegations set forth in Paragraph 43. of the Complaint for Forfeiture.

105.    Answering Paragraph 105. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

106.    Answering Paragraph 106. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

107.    Answering Paragraph 107. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

108.    Answering Paragraph 108. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

109.    Answering Paragraph 109. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

110.    Answering Paragraph 110. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

111.    Answering Paragraph 111. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

112.    Answering Paragraph 112. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

113.    Answering Paragraph 113. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

114.    Answering Paragraph 114. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

115.    Answering Paragraph 115. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

116.    Answering Paragraph 116. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

117.    Answering Paragraph 117. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

118.    Answering Paragraph 118. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

119.    Answering Paragraph 119. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein     in the conjunctive as well as the disjunctive.

120.    Answering Paragraph 120. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

121.    Answering Paragraph 121. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

122.    Answering Paragraph 122. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

123.    Answering Paragraph 123. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

124.    Answering Paragraph 124. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

125.    Answering Paragraph 125. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

126.    Answering Paragraph 126. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

127.    Answering Paragraph 127. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

128.    Answering Paragraph 128. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

129.    Answering Paragraph 129. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

130.    Answering Paragraph 130. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

131.    Answering Paragraph 131. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

132.    Answering Paragraph 132. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

133.    Answering Paragraph 133. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

134.    Answering Paragraph 134. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

135.    Answering Paragraph 135. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

136.    Answering Paragraph 136. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

137.    Answering Paragraph 137. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

138.    Answering Paragraph 138. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

139.     Answering Paragraph 139. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

140.     Answering Paragraph 140. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

141.     Answering Paragraph 141. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

142.     Answering Paragraph 142. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

143.     Answering Paragraph 143. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

144.    Answering Paragraph 144. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

145.    Answering Paragraph 145. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

146.    Answering Paragraph 146. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

147.    Answering Paragraph 147. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

148.    Answering Paragraph 148. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

149. Answering Paragraph 149. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

150. Answering Paragraph 150. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

151. Answering Paragraph 151. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

152. Answering Paragraph 152. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

153. Answering Paragraph 153. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

154. Answering Paragraph 154. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

155.    Answering Paragraph 155. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

156.    Answering Paragraph 156. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein     in the conjunctive as well as the disjunctive.

157.    Answering Paragraph 157. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

158.    .Answering Paragraph 158. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

159.    Answering Paragraph 159. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

160.     Answering Paragraph 160. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

161.     Answering Paragraph 161. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

162.     Answering Paragraph 162. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein     in the conjunctive as well as the disjunctive.

163.     Answering Paragraph 163. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

164.     Answering Paragraph 164. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

165.    Answering Paragraph 165. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

166.    Answering Paragraph 166. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

167.    Answering Paragraph 167. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

168.    Answering Paragraph 168. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein     in the conjunctive as well as the disjunctive.

169.    Answering Paragraph 169. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

170.    Answering Paragraph 170. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

171.    Answering Paragraph 171. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein     in the conjunctive as well as the disjunctive.

172.    Answering Paragraph 172. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

173.    Answering Paragraph 173. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

174.    Answering Paragraph 174. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

175.    Answering Paragraph 175. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

176.    Answering Paragraph 176. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

177.    Answering Paragraph 177. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

178.    Claimants admit the allegations set forth in Paragraph 178. of the Complaint for Forfeiture.

179.    Answering Paragraph 179. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

180.    Claimants admit the allegations set forth in Paragraph 180. of the Complaint for Forfeiture.

181.    Answering Paragraph 181. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

182.    Answering Paragraph 182. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

183.    Answering Paragraph 183. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

184.    Answering Paragraph 184. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

185.    Answering Paragraph 185. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

186.    Answering Paragraph 186. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

187.    Answering Paragraph 187. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

188.    Answering Paragraph 188. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

189.    Answering Paragraph 189. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

190.    Answering Paragraph 190. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

191.    Answering Paragraph 191. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

192.     Answering Paragraph 192. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

193.     Answering Paragraph 193. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

194.     Answering Paragraph 194. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

195.     Answering Paragraph 195. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

196.     Answering Paragraph 196. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

197.     Answering Paragraph 197. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

198.    Answering Paragraph 198. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

199.    Answering Paragraph 199. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

200.    Answering Paragraph 200. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

201.    Answering Paragraph 201. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

202.    Answering Paragraph 202. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

203.    Answering Paragraph 203. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

204.    Answering Paragraph 204. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

205.    Answering Paragraph 205. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

206.    Answering Paragraph 206. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

207.    Answering Paragraph 207. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

208.    Answering Paragraph 208. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

209.    Answering Paragraph 209. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

210.    Answering Paragraph 210. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

211.    Answering Paragraph 211. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

212.    Answering Paragraph 212. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

213.    Answering Paragraph 213. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

214.    Answering Paragraph 214. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

215.    Answering Paragraph 215. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

216.    Answering Paragraph 216. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

217.    Answering Paragraph 217. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

218.    Answering Paragraph 218. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

219.    Answering Paragraph 219. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

220.    Answering Paragraph 220. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

221.    Answering Paragraph 221. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

222.    Answering Paragraph 222. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

223.    Answering Paragraph 223. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

224.    Answering Paragraph 224. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

225.    Answering Paragraph 225. Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

226.    Answering Paragraph 226. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

227.    Answering Paragraph 227. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

228.    Answering Paragraph 228. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

229.    Answering Paragraph 229. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

230.    Answering Paragraph 230. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

231.    Answering Paragraph 231. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

232.    Answering Paragraph 232. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

233.    Answering Paragraph 233. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

234.    Answering Paragraph 234. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

235.    Answering Paragraph 235. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

236.    Answering Paragraph 236. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

237.    Answering Paragraph 237. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

238.    Answering Paragraph 238. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

239.    Answering Paragraph 239. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

240.    Answering Paragraph 240. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

241.    Answering Paragraph 241. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

242.    Answering Paragraph 242. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

243.    Answering Paragraph 243. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

244.    Answering Paragraph 244. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

245.    Answering Paragraph 245. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

246.    Answering Paragraph 246. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

247.    Answering Paragraph 247. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

248.    Answering Paragraph 248. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

249.    Answering Paragraph 249. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

250.    Answering Paragraph 250. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

251.    Answering Paragraph 251. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

252.    Answering Paragraph 252. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

253.    Answering Paragraph 253. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

254.    Answering Paragraph 254. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

255.     Answering Paragraph 255. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

256.     Answering Paragraph 256. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

257.     Answering Paragraph 257. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

258.     Answering Paragraph 258. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

259.     Answering Paragraph 259. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

260.     Answering Paragraph 260. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

261.    Answering Paragraph 261. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

262.    Answering Paragraph 262. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

263.    Answering Paragraph 263. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

264.    Answering Paragraph 264. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

265.    Answering Paragraph 265. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

266.    Answering Paragraph 266. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

267.    Answering Paragraph 267. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

268.    Answering Paragraph 268. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

269.    Answering Paragraph 269. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

270.    Answering Paragraph 270. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

271.    Answering Paragraph 271. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

272.    Answering Paragraph 272. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

273.    Answering Paragraph 273. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

274.    Answering Paragraph 274. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

275.    Answering Paragraph 275. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

276.    Answering Paragraph 276. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

277.    Answering Paragraph 277. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

278.    Answering Paragraph 278. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

279.    Answering Paragraph 279. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

280.    Answering Paragraph 280. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

281.    Answering Paragraph 281. of the Complaint, Claimants have no information or

belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

282.    Answering Paragraph 282. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

283.    Answering Paragraph 283. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

284.    Answering Paragraph 284. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

285.    Answering Paragraph 285. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

286.    Answering Paragraph 286. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their

denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

287.     Answering Paragraph 287. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

288.     Answering Paragraph 288. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

289.     Answering Paragraph 289. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

290.     Answering Paragraph 290. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well as the disjunctive.

291.     Answering Paragraph 291. of the Complaint, Claimants have no information or belief sufficient to enable them to answer the allegations contained therein, and basing their denial on that ground, deny each and every allegation contained therein in the conjunctive as well

as the disjunctive.

292.     Claimants deny each and every allegation set forth in Paragraph 292. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

293.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 293. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

294.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 294. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

295.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 295. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

296.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 296. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

297.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 297. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

298.     This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 298. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

299.    This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 299. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

300.    Claimants re-allege and incorporate their answers to the preceding paragraphs as though fully set forth herein.

301.    This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 300. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

302.    Claimants re-allege and incorporate their answers to the preceding paragraphs as though fully set forth herein.

303.    This paragraph states a legal conclusion to which no response is required. Claimants deny each and every allegation set forth in Paragraph 303. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

A constructive trust in Claimants' cryptocurrency exists in the defendant currency based upon a fraud committed against Claimants, who are beneficiaries of and hold equitable interest in the trust. See *U.S. v. $4,224,958.57*, 379 F.3d 1146 (9th Cir. 2004), reh'g denied, 392 F.3d 1002 (9th Cir. 2004), and *U.S. v. Wilson*, 659 F.3d 947 (9th Ci. 2011).

### SECOND AFFIRMATIVE DEFENSE

The provisions of the forfeiture statute are unconstitutional as applied to Claimants'

interest in the defendant property in their case based upon the Eight Amendment to the United States Constitution and 18 U.S.C. §983(g), which prohibit excessive fines.

### THIRD AFFIRMATIVE DEFENSE

The defendant property is not subject to forfeiture because if any illegal acts were committed, it was without the knowledge and consent of Claimants, and thus Claimants are innocent owners pursuant to 18 U.S.C.§983(d).

### FOURTH AFFIRMATIVE DEFENSE

There is no evidence of a substantial connection that Claimants' funds, through the BTC-e platform, were for illegitimate purposes, and those funds are not tainted by any offense. The government must prove a substantial connection under 18 U.S.C. §983(c); categorical assertions that all BTC-e funds are tainted do not satisfy their requirement as to Claimants's specific property.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations. 19 U.S.C. §1621.

### SIXTH AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SEVENTH AFFIRMATIVE DEFENSE

Claimants reserve the right to raise and plead additional defenses which might become known during the course of discovery, as well as to dismiss any defenses, which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or

the law, or a non-frivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

## **JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimants demands a trial by jury in connection with the subject action.

WHEREFORE, Claimants pray for judgment as follows:

l.      That the Complaint be dismissed with prejudice;

2.      That the subject property be returned to Claimants;

3.      For reasonable attorney's fees herein and costs of suit; and

4.      For such other and further relief as the Court may deem just.


Dated: December 19, 2025                    Respectfully submitted,

                                            ___/s/*Daniel M. Smith*_____
                                            Daniel Martin Smith, Esq. (Pro Hac Vice)
                                            San Diego Defenders, APC
                                            585 Third Avenue
                                            Chula Vista CA 91910
                                            Telephone: (619) 233-6900
                                            dsmith@sandiegodefenders.com

                                            Attorney for Claimants
                                            Sarah Winters
                                            Richard Lewis Peterson
                                            Changjie Liu
                                            Thomas Schmidt
                                            Thomas West
                                            Tim Alfons Maria Withag
                                            John Jairo Correa
                                            Paul Capling
                                            Christopher Allan Callejo
                                            Patrick Wauthier

62

Timofey Fedotov
Martin Horak
Raymond Schettini
Bjorn Erik Mol
Yaacov Israel Bar Hanin
Mohamed Parvez Noorani
Mahdi Nooshafarin
Jacob Campbell
Sajad Ghanizada

## CERTIFICATE OF SERVICE

I certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

   /s/*Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)