**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017,**
**AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**
Defendant.

Civil Action No. **1:25-cv-02085 (CJN)**

**MOTION FOR CM/ECF PASSWORD / PERMISSION TO E-FILE (PRO SE CLAIMANT)**

Claimant, **MICHAEL WILLIAM CHARLES HAWORTH**, proceeding pro se, respectfully moves the Court for leave to electronically file documents in this civil forfeiture action via the CM/ECF system. In support of this motion, Claimant states as follows:

1. Claimant is a former BTC-E customer and asserts a legal and equitable interest in the Bitcoin held on BTC-E operating wallets as of July 25, 2017.

2. Claimant learned of this forfeiture action approximately four months ago and has acted diligently to pursue this claim.

3. Claimant resides in the United Kingdom and seeks permission to e-file documents to ensure timely submission and participation in the case.

4. Claimant maintains an active PACER account (Account No. **8820658**).

5. Claimant previously attempted to register for CM/ECF access but was notified that pro se parties are not permitted to e-file without leave of court.

6. This motion is made in good faith and does not seek to circumvent court rules, but to allow Claimant to file the Verified Claim and related motions electronically, consistent with procedural requirements.

7. Granting this motion will facilitate efficient case administration, reduce delays due to international mailing, and allow the Court and parties to access filings promptly.

**WHEREFORE, Claimant respectfully requests that the Court:**

- Grant permission for MICHAEL WILLIAM CHARLES HAWORTH, a pro se claimant, to electronically file documents in this case via the CM/ECF system; and
- Authorize linkage of Claimant's existing PACER account and issuance of CM/ECF filing privileges for this case.

Respectfully submitted,



**RECEIVED**
DEC 23 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant
Barn Hurst,
Barn Street,
Haverfordwest,
Pembrokeshire,
SA61 1TD
United Kingdom
Telephone: +44 7484 286628
Email: tronath@gmail.com
Date: December 23, 2025