UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                   )
           Plaintiff,     )
v.                                )
                                   )
ALL VIRTUAL CURRENCY HELD IN THE  )      Case No. 1:25-CV-02085
BTC-E OPERATING WALLETS AS OF JULY 25, )
2017, AND OTHER ASSETS FURTHER  )
DESCRIBED HEREIN,        )
                                 )
      Defendants *in rem,*  )
_____/ )
                                 )
SIMON HAIGH,         )
                                 )
      Claimant      )
_____/

I, SIMON HAIGH, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

### MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Claimant Simon Haigh moves for leave to file a late verified claim:

1.  This Motion seeks leave to file the Verified Claim for property associated with the BTC-e account username "EnforcerOfJustic".

2.  The deadline for filing the Verified Claim was approximately September 2, 2025.

3.  Claimant was unaware of the existence of the case or the filing deadline due to no direct notice, only discovering the case independently in December 2025.

4.  This lack of notice constitutes good cause/excusable neglect. There is no prejudice to the Plaintiff, as the case is ongoing, and Claimant is asserting a lawful ownership interest.

5.  Claimant is filing the Verified Claim and Answer contemporaneously with this Motion.

RECEIVED

DEC 22 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1