UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | VERIFIED CLAIM OPPOSING |
| v. | ) | FORFEITURE |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN THE | ) | Case No. 1:25-CV-02085 |
| BTC-E OPERATING WALLETS AS OF JULY 25, | ) | |
| 2017, AND OTHER ASSETS FURTHER | ) | |
| DESCRIBED HEREIN, | ) | |
| | ) | |
| Defendants *in rem,* | ) | |
| _____ / | ) | |
| | ) | |
| SIMON HAIGH, | ) | |
| | ) | |
| Claimant | ) | |
| _____ / | | |

## VERIFIED CLAIM OPPOSING FORFEITURE

I, SIMON HAIGH, hereby claim an ownership and possessory interest in, and the right to exercise

dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username

"EnforcerOfJustic", held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether

located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not

specifically identified in the government's Complaint, including, but not specifically limited to, Bitcoin

seized between August 2 and August 17 2017.


My interest in said property is that I am the lawful owner.


Dated: December 6, 2025


_____

SIMON HAIGH

RECEIVED

DEC 22 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: December 6, 2025

_____

SIMON HAIGH

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2025, I served a true and correct copy of the foregoing Verified Claim Opposing Forfeiture upon the United States by emailing it to:

Joshua L. Sohn
Trial Attorney
U.S. Department of Justice
Criminal Division, Money Laundering & Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530

Dated December 6, 2025

SIMON HAIGH

3