UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, <br><br> *Defendants in rem.* <br><br> SIMON HAIGH <br><br> *Claimant.* | **Case No. 1:25-cv-02085-CJN** |

**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE _IN REM_**

Claimant Simon Haigh, acting pro se, answers Plaintiff United States of America's ("Plaintiff") Complaint (the "Complaint") as follows:

**I.**

**PRELIMINARY STATEMENT**

Claimant asserts his interest in the defendant assets in rem here (collectively, the "Defendant Properties," as defined in the United States' Verified Complaint for Forfeiture filed with this Court on June 30, 2025), as follows:

a. All Defendant Properties associated with Claimant's BTC-e account username "EnforcerOfJustic," and/or associated with the email address shaigh1@gmail.com, as of July 25, 2017, including, but not limited to, Bitcoin seized between August 2 and August 17 2017.

Pursuant to Supplemental Rule G(5)(b), Claimant now submits this Answer to the Complaint for Forfeiture and states as follows:

**II.**

**RESPONSES TO ALLEGATIONS OF THE COMPLAINT**

**NATURE OF THE ACTION**

1. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

1

RECEIVED
DEC 22 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**A. Bitcoin and Digital Currency**

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Admit.

24. Admit.

25. Admit.

26. Admit.

27. Admit.

28. Admit.

29. Admit.

30. Admit.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Admit.

37. Admit.

38. Admit.

39. Admit.

40. Admit.

41. Admit.

**B. BTC-e Generally**

42. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

43. Admit.

3

63. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

64. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

65. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 65 of the Complaint.

66. Claimant lacks knowledge or information sufficient to form a belief about the allegations in paragraph 66 of the Complaint.

67. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

**D. Criminal Use of BTC-e**

68. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 68 of the Complaint.

69. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 69 of the Complaint.

70. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 70 of the Complaint.

71. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 71 of the Complaint.

72. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 72 of the Complaint.

73. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 73 of the Complaint.

74. Claimant denies that any of his property that was located in BTC-e operating wallets or elsewhere under the control of BTC-e had any connections to unlawful activity and lacks knowledge or information sufficient to form a belief about the remaining allegations in paragraph 74 of the Complaint.

75. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

76. Admit.

77. Admit.

78. Admit.

79. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

5

99. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

100. Admit.

101. Admit.

102. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

103. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

104. Admit.

105. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

**F. Defendant Property A**

106. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 106 of the Complaint.

107. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

108. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

109. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

110. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

111. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

112. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

113. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

114. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

115. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

116. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

117. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

7

137. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

138. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

139. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

140. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

141. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

142. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

143. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

144. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

145. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

146. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

147. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

148. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

149. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

150. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

151. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

152. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

153. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

154. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

155. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

156. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

176. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

177. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

178. Admit.

179. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

180. Admit.

181. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

182. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

183. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

184. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

185. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

186. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

187. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

188. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

189. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

190. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

191. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

192. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

193. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

194. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

195. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

214. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

215. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

216. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

217. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

218. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

219. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

220. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

221. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

222. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

223. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

224. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

225. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

226. Claimant denies that any of his property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e is "criminally tainted," denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 226 of the Complaint.

**J. Defendant Property C**

227. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 227 of the Complaint.

228. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

229. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

230. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

231. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

13

252. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

253. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

254. Claimant denies that any of his property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e is "tainted," denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 254 of the Complaint.

**K. Defendant Property D**

255. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 255 of the Complaint.

256. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

257. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

258. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

259. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

260. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

261. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

262. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

263. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

264. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

265. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

266. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

267. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

268. Claimant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and, therefore, denies the allegations in this paragraph.

**L. Defendant Properties E and F**

15

lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 288 of the Complaint.

**M. The Defendant Properties Are Criminally Tainted and are Property Involved in (or Traceable to Property Involved In) an Unlicensed Money Transmitting Business and Money Laundering Conspiracy**

289. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 289 of the Complaint.

290. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 290 of the Complaint.

291. Claimant admits that he is the lawful owner of property that was either located in BTC-e operating wallets or elsewhere under the control of BTC-e, denies any involvement with or knowledge of illegal activity, and lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 291 of the Complaint.

292. Denied.

293. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

294. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

295. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

296. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

297. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

298. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

299. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## FIRST CLAIM FOR RELIEF

300. Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

301. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

302. Claimant re-alleges and incorporates his answers to the preceding paragraphs as though fully set forth herein.

303. This paragraph states a legal conclusion to which no response is required. To the extent a further response is required, Claimant denies the allegations in this paragraph.