**Clerk of Court**
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Simon Haigh
40/66 Burnett St
North Hobart
TAS 7000 Australia
+61 450 239 934
shaigh1@gmail.com

**Date**: 9 December 2025

**Re:** United States v. All Virtual Currency Held in the BTC-E Operating Wallets as of July 25, 2017, and Other Assets Further Described Herein, Case No. 1:25-cv-02085 (D.D.C.) CJN

Dear Clerk of Court,

Enclosed please find the following documents for filing in the above-referenced forfeiture action:

1. Motion for Leave to File Late Verified Claim
2. Verified Claim Opposing Forfeiture
3. Answer To Verified Complaint

I am submitting the Original and two copies for filing.

Thank you for your assistance.

Respectfully,

**Simon Haigh**

RECEIVED
Mailroom

DEC 2 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia