# 1:25-cv-02085-CJN

RECEIVED
Mailroom

DEC 17 2025

AngelaD.Caesar,Clerkof Clerk
U.S.District Court District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
United States of America,
Plaintiff,
v.
All Virtual Currency Held in the BTC-e Operating Wallets, et al.,
Defendant Property.
Case No. 1:25-cv-02085
ANSWER OF CLAIMANT SIMON DE DARDEL
I, Simon de Dardel, appearing pro se, submit this Answer in response to the Complaint for Forfeiture In Rem in the above-captioned matter.

1. Claimant's Identity and Interest
Claimant is the owner of the virtual currency seized and identified in the government's Complaint. Claimant has filed a timely Verified Claim, establishing standing under Supplemental Rule G(5)(a). Claimant incorporates his Verified Claim by reference.

2. General Denial
Pursuant to Federal Rule of Civil Procedure 8(b)(3), Claimant denies each and every allegation in the Complaint, including all allegations of unlawful conduct, except those expressly admitted herein.

3. Responses to Allegations
Because the Complaint is directed at property rather than a person, and because Claimant lacks sufficient information about the government's factual assertions regarding third parties, blockchain tracing, server operations, or investigatory actions, Claimant:
- denies all allegations to the extent they assert or imply that Claimant's property was involved in or traceable to unlawful activity;
- denies that the Defendant Property is subject to forfeiture under any statute;
- demands strict proof of every allegation the government advances.

4. Affirmative Defenses
A. Innocent Owner – 18 U.S.C. § 983(d)
Claimant is an innocent owner and did not know, nor reasonably could have known, of any alleged illegal activity of others.
B. Lack of Probable Cause
The government lacks probable cause to seize or forfeit Claimant's property.
C. Constitutional and Statutory Defenses
Seizure and forfeiture violate Claimant's rights under the Fifth and Eighth Amendments and statutory requirements under CAFRA.
D. Failure to State a Claim
The Complaint does not sufficiently connect Claimant's specific property to any unlawful act.

5. Relief Requested
Claimant respectfully requests that the Court:
1. Deny the forfeiture of Claimant's property;
2. Return all seized virtual currency to Claimant;
3. Award such other relief as the Court deems just and proper.

Respectfully submitted,

Simon de Dardel
Allée du Château 7
1752 Villars-sur-Glâne
Switzerland
Phone: +41 77 284 5790
Email: wattimedia@gmail.com
Date: 2025-12-11

Simon de Dardel
Allée du Château 7
1752 Villars-sur-Glâne
Switzerland
Phone: +41 77 284 5790
Email: wattimedia@gmail.com
Date: 2025-12-11

Clerk of Court
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001
USA

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my signed Answer in the above-referenced case. I respectfully request that it be filed on the official docket.

As required, I am also serving a copy on the United States Attorney's Office for the District of Columbia.

Thank you for your assistance.

Sincerely,

Simon de Dardel