UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
Mailroom
DEC 18 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,
        Defendant *in rem*.

CIVIL ACTION NO. **1:25-CV-02085-CJN**
        Hon. Carl J. Nichols

## MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Claimant Martin Spargo, by and through the undersigned, respectfully submits this Motion for Leave to File a Late Verified Claim in the above-captioned forfeiture action.

The Claimant's verified claim and answer to complaint were already added to the docket for this case on November 10th and November 12th respectively, over a month ago.

Claimant respectfully seeks leave to cure a procedural defect arising from his pro se status and lack of actual notice of this action.

The assets were seized in 2017, but this civil forfeiture case didn't begin until eight years later. Claimant did not receive direct or individualized notice of this action and only became aware of the proceedings by chance, after which he acted promptly—within days—to assert his claim.

    I.      The Court Has Discretion to Permit a Late Verified Claim

Rule G gives the Court discretion to permit a late verified claim where equity so requires. Courts routinely exercise this discretion where a claimant lacked actual notice, acted promptly upon learning of the action, and where no prejudice results to the government. There is a strong preference for resolving forfeiture claims on their merits rather than by default.

    II.     Claimant Demonstrates Good Cause and Excusable Neglect

Claimant is a pro se claimant, received no actual notice of proceedings and acted within days upon learning of such proceedings. Deadlines are not jurisdictional, and courts routinely allow late claims for good cause, which Claimant has demonstrated. Under the governing standard for excusable neglect (*Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*), Claimant's actions satisfy the factors. The delay was short given the lack of notice and Claimant acted in good faith by filing promptly. As demonstrated below, there is

no prejudice to the United States and the strong preference is to resolve the claim on its merits.

### III. Granting Leave Will Not Prejudice the United States

This case is still in the early stages. No default has been entered, no discovery has commenced, and no forfeiture judgment has been issued. There is no disruption to the proceedings and there was a lengthy government delay between seizing the assets and beginning these forfeiture proceedings.

### RELIEF REQUESTED

Claimant respectfully requests that the Court deem the Verified Claim and Answer already filed on November 10 and November 12, 2025, respectively, as timely filed.

Claimant notes that this Court previously issued an Order granting an extension for certain claimants to file answers until **December 29, 2025.** As the Claimant's answer was filed on November 12, 2025, Claimant's filing was timely pursuant to this Court's own extended deadline. This motion should therefore be granted on equitable grounds to confirm the timeliness of the filing.

_____
Martin Spargo (Pro Se Claimant)

## CERTIFICATE OF SERVICE

I, **Martin Spargo**, hereby certify that on December 14th, 2025, a copy of the foregoing Motion for Leave to File Late Verified Claim of Martin Spargo was sent by electronic mail to the below listed recipients:

**Catherine Pelker**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave NW
Washington, DC 20530
202-616-5007
Catherine.pelker@usdoj.gov
ATTORNEY TO BE NOTICED

**Jonas Blomberg Lerman**
US ATTORNEY'S OFFICE
1301 New York Ave NW
Suite 600
Washington, DC 20005
206-588-9582
Jonas.lerman@usdoj.gov
ATTORNEY TO BE NOTICED

**Joshua Lee Sohn**
U.S. DEPARTMENT OF JUSTICE
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 353-2223
Fax: (202) 616-2547
Joshua.sohn@usdoj.gov
ATTORNEY TO BE NOTICED

**Clerk's Office**
U.S. District Court
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
USA

Re: United States v. All Virtual Currency Held in the BTC-e Operating Wallets, et al. Case No. 1:25-cv-02085

Dear Clerk of Court,

Enclosed please find my Motion For Leave To File Late Verified Claim in the above-referenced case. I respectfully request that it be filed in the official docket.

Copies of this filing are also being served on the United States Attorney's Office for the District of Columbia, as required.

Thank you for your assistance.

Sincerely,

*[signature]*

Martin Spargo (Pro Se Claimant)