**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
          Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND
OTHER ASSETS,
          Defendant *in rem*.

CIVIL ACTION NO. **1:25-CV-02085-CJN**
          Hon. Carl J. Nichols

## [PROPOSED] ORDER

The Claimant Martin Spargo's Motion for Leave to File Late Verified Claim is hereby
**GRANTED**. The Verified Claim and Answer, filed on November 10, 2025, and
November 12, 2025, respectively, are **DEEMED TIMELY FILED**.

**SO ORDERED.**

Date: _____

_____

Hon. Carl J. Nichols

U.S. District Judge

RECEIVED
Mailroom
DEC 18 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia