UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant.

Civil Action No. **1:25-cv-02085 (CJN)**

**CLAIMANT'S MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM**

Claimant, **MICHAEL WILLIAM CHARLES HAWORTH**, proceeding pro se, respectfully moves this Court for leave to file a late verified claim pursuant to Supplemental Rule G(5)(a)(ii) and for good cause shown. In support thereof, Claimant states as follows:

**Background**
1. Claimant is a former BTC-E customer who held Bitcoin (BTC) on the BTC-E exchange prior to its seizure.
2. Claimant learned of this forfeiture action approximately four months ago.
3. Claimant resides in the United Kingdom.

**Good Cause Exists for Leave**
4. Upon learning of the forfeiture, Claimant promptly sought legal assistance in both the United Kingdom and the United States.
5. Claimant was turned away by local UK counsel due to jurisdictional limitations.
6. On November 12, 2025, Claimant contacted several U.S. attorneys seeking representation but received no responses.
7. Claimant delayed filing only due to a good-faith effort to secure counsel and not due to neglect or bad faith.
8. Upon realizing counsel might not be obtained in time, Claimant has acted diligently to proceed pro se.

**No Prejudice to the Government**
9. This case remains at an early procedural stage, as reflected in the Court's November 26, 2025 Minute Order.
10. The government has previously agreed to extensions for other claimants.
11. Allowing Claimant's verified claim will not prejudice the government.

**Applicable Legal Standard**
12. Courts may permit late claims upon a showing of good cause. *United States v. $83,686.00 in U.S. Currency*, 498 F. Supp. 2d 21, 24 (D.D.C. 2007).
13. Supplemental Rule G(5)(a)(ii) authorizes extensions for good cause.

**Requested Relief**
14. Claimant respectfully requests that the Court grant leave to file the attached Verified Claim and deem it timely filed.

Respectfully submitted,


**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant
Barn Hurst,
Barn Street,
Haverfordwest,
Pembrokeshire,
SA61 1TD
United Kingdom
Telephone: +44 7484 286628
Email: tronath@gmail.com
Date: December 23, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated above, I filed the foregoing Motion for Leave to File Late Verified Claim electronically through the Court's CM/ECF system, which will serve counsel for the United States of America who are registered CM/ECF users.

_____
**MICHAEL WILLIAM CHARLES HAWORTH**