UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**
Defendant.

Civil Action No. **1:25-cv-02085 (CJN)**

**VERIFIED CLAIM**

I, **MICHAEL WILLIAM CHARLES HAWORTH**, declare as follows:

1. I am the Claimant in this action and submit this Verified Claim pursuant to Supplemental Rule G(5)(a).
2. I am a former customer of the BTC-E virtual currency exchange.
3. Prior to July 25, 2017, I held Bitcoin (BTC) on BTC-E.
4. I assert a legal and equitable ownership interest in the Bitcoin seized from BTC-E operating wallets to the extent of my customer holdings.
5. I did not abandon, assign, or transfer my interest in this property.
6. I am not a nominee or straw owner and assert this claim on my own behalf.
7. I am filing this claim pro se.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ signature_
**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant
Barn Hurst,
Barn Street,
Haverfordwest,
Pembrokeshire,
SA61 1TD
United Kingdom
Telephone: +44 7484 286628
Email: tronath@gmail.com
Date: December 23, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated above, I filed the foregoing Verified Claim electronically through the Court's CM/ECF system, which will serve counsel for the United States of America who are registered CM/ECF users.

_/s/ signature_
**MICHAEL WILLIAM CHARLES HAWORTH**