IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| v. § | |
| § | |
| ALL VIRTUAL CURRENCY HELD IN THE § | |
| BTC-E OPERATING WALLETS AS OF JULY 25, 2017, § | |
| AND OTHER ASSETS FURTHER DESCRIBED HEREIN § | |
| § | |
|     Defendants in Rem. § | |
| _____§ | **Case No. 1:25-cv-02085-CJN** |

**ANSWER TO GOVERNMENT'S COMPLAINT FOR FORFEITURE**

Claimant Dominik Buechsel, by and through the undersigned, respectfully submits this Answer to the Government's Complaint for Forfeiture in Rem filed in this action, and in response states as follows:

**ADMISSIONS, DENIALS, AND AFFIRMATIVE DEFENSES**

**1.** Claimant admits that the United States filed a civil forfeiture complaint against all virtual currency held in the BTC-e operating wallets as of July 25, 2017.

**2.** Claimant admits that a BTC-e cryptocurrency exchange platform was seized or ceased operations on or about July 25, 2017.

**3.** Claimant admits that this Court has jurisdiction over this civil forfeiture action.

**4.** Claimant denies any allegation that Claimant's cryptocurrency holdings were subject to forfeiture or forfeit to the United States.

**5.** Claimant denies that Claimant engaged in, authorized, participated in, or had knowledge of any illegal activity related to the cryptocurrency held in Claimant's BTC-e account.

**AFFIRMATIVE DEFENSES**

**A. INNOCENT OWNER DEFENSE**

**6.** Claimant asserts the affirmative defense of innocent owner status under 18 U.S.C. § 983(d). Claimant established that: (a) Claimant had a direct interest in the seized property as the legitimate account holder; (b) Claimant did not know that the property was subject to forfeiture; (c) At the time of acquisition, Claimant was reasonably without cause to believe the property was subject to forfeiture; and (d) Claimant is an owner of the property as defined by statute. As an innocent owner, Claimant is entitled to the return of the property or its value.



RECEIVED
JAN 09 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**B. LACK OF PROBABLE CAUSE**

**7.** The Government's complaint fails to establish probable cause to believe that Claimant's cryptocurrency holdings were subject to forfeiture. The complaint does not allege that Claimant engaged in or facilitated any illegal conduct.

**C. VIOLATION OF DUE PROCESS RIGHTS**

**8.** The civil forfeiture of Claimant's property without individualized determination of Claimant's personal culpability violates Claimant's rights to due process.

**D. EXCESSIVE FINES**

**9.** To the extent any forfeiture were sustained, it would violate the Excessive Fines Clause of the Eighth Amendment, as the alleged government interest is vastly disproportionate to Claimant's alleged conduct (which is none).

**E. GOVERNMENT'S FAILURE TO PROVIDE ADEQUATE NOTICE**

**10.** The Government failed to provide Claimant with actual notice of the forfeiture action sufficient to enable Claimant to file a timely claim. As a result, Claimant's late claim is timely under equitable principles.

**WHEREFORE**

Claimant respectfully requests that this Court:

**1. DENY** the Government's forfeiture claim as to Claimant's interest in the seized virtual currency;

**2. ORDER** the return of the virtual currency to Claimant, or if the property has been sold, ORDER the payment of the current market value thereof to Claimant;

**3. AWARD** Claimant prejudgment interest and post-judgment interest at the maximum rate allowed by law;

**4. AWARD** Claimant its attorney fees and costs incurred in defending this claim, if permitted by law; and

**5. GRANT** such other and further relief as the Court deems just and proper.

_____
Respectfully submitted,

January 9, 2026

Dominik Buechsel
Eichenstr. 14, D-28879 Grasberg, Germany
(213) 373-5248
g-fire@gmx.de

_____

**VERIFICATION**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that all statements contained in this Verified Claim are true and correct to the best of my knowledge, information, and belief. I understand that any false statements in this claim may result in criminal penalties under 18 U.S.C. § 1001.

Executed on this 9th day of January 2026.
_____

*[signature]*

DOMINIK BUECHSEL