UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E

OPERATING WALLETS,

Defendant In Rem.

**Case No. 1:25-cv-02085-CJN**

MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

AND ANSWER

**I. MOTION FOR LEAVE**

COMES NOW the Claimant, Louis Papaloizou, proceeding *pro se*, and respectfully moves this Honorable Court for leave to file the attached Verified Claim and Answer after the December 12, 2025 deadline.

In support of this motion, Claimant states:

1. **Excusable Neglect/Lack of Notice:** I reside in the United Kingdom. I did not receive direct notice of this forfeiture action by mail or email from the United States Government.

2. **Good Cause & Diligence:** As a foreign national residing in the United Kingdom, I had no actual knowledge of these United States forfeiture proceedings until January 19, 2026. The Government's reliance on constructive notice via publication on a domestic U.S. website (*www.forfeiture.gov*) is insufficient to satisfy Due Process requirements for an international claimant. I had no reason to monitor U.S. government administrative websites, and despite the Government's possession of the BTC-e user database - which contains my verified email address - I received no direct notice by mail or electronic means. My failure to file timely is therefore the result of "excusable neglect" stemming from this lack of international notice, rather than any willful delay. Upon discovering this action, I acted with immediate diligence by compiling my evidence and filing this Motion within 24 hours.

3. **No Prejudice to the Plaintiff:** Granting this motion will not prejudice the United States. The forfeiture proceeding is still in the discovery and review phase, and no final judgment or decree of forfeiture has been entered regarding the Defendant Property. The addition of a single *pro se* claimant constitutes a *de minimis* administrative burden that does not outweigh the Claimant's constitutional right to



RECEIVED

JAN 19 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Due Process. Furthermore, the Government has recently stipulated to extensions for other claimants (e.g., *Doc. 287, Stipulation to Extend Deadline to Dec 29, 2025*), demonstrating that the procedural timeline remains flexible. Allowing this late claim will not unduly delay the proceedings or disrupt the Government's review process.

## II. VERIFIED CLAIM OF INTEREST

1. Identity of Claimant:
   Louis Papaloizou
   42 Rosina St
   Manchester M11 1HX
   United Kingdom
   Email: louiloui@gmail.com
   Phone: +44 7505 622 364
2. **Interest in Property:** I, **Louis Papaloizou**, assert a legal and equitable ownership interest in all Defendant Properties associated with the BTC-e account held under the username **"princip"** and registered to the email address **"louiloui@gmail.com"**. I was the sole authorized user of this account and maintained exclusive dominion and control over these assets prior to their seizure on or about July 25, 2017.
3. **Extent of Interest:** Due to the abrupt seizure of the BTC-e platform, I am unable to access my account to verify the exact final balance. To the best of my recollection and based on partial records, I estimate the account held Ethereum (ETH), Litecoin (LTC), and Bitcoin (BTC) with a value of **no less than $2,600 USD** at the time of seizure (July 2017). However, I have reason to believe the actual total value was higher. I rely on the seized user database and ledgers in the Government's possession to determine the precise quantity of assets associated with my account.
4. **Evidence:** Attached as **Exhibit A** are copies of BTC-e emails and withdrawal confirmations verifying my ownership of the account "princip" and my activity on the platform between 2013 and 2017.

## III. ANSWER TO COMPLAINT

1. Responses to Allegations:
   Claimant admits the Defendant property was seized from BTC-e but denies that Claimant's specific funds are proceeds of crime or subject to forfeiture. Claimant lacks sufficient knowledge to admit or deny the allegations regarding the specific criminal operations of the BTC-e administrators and therefore denies them.
2. **Affirmative Defenses:**
   - **First Defense (Innocent Owner):** Claimant is an "Innocent Owner" under 18 U.S.C. § 983(d). Claimant used the exchange solely for legitimate personal trading and was unaware of any illegal activity by the exchange operators.
   - **Second Defense (Constructive Trust):** The seized assets legally belong to the Claimant and should be held in a "Constructive Trust" for his benefit. The Government cannot forfeit property that belongs to an innocent third party.
   - **Third Defense (Statute of Limitations):** Claimant asserts that the forfeiture action may be barred by the applicable statute of limitations (19 U.S.C. § 1621), given the seizure occurred in 2017.

- ○ **Fourth Defense (Excessive Fine):** Forfeiture of Claimant's innocent property would constitute an "Excessive Fine" in violation of the Eighth Amendment.

## IV. PRAYER FOR RELIEF

WHEREFORE, Claimant Louis Papaloizou respectfully requests that this Court:

1. **Grant Leave:** Grant Claimant leave to file this late Verified Claim and Answer;
2. **Dismiss Forfeiture:** Deny the Plaintiff's forfeiture claim regarding the specific assets claimed herein and dismiss the Complaint with prejudice as to said assets;
3. **Return Property:** Order the immediate return of the claimed cryptocurrency to the Claimant;
4. **Alternative Relief:** In the event the specific property cannot be returned, Order the payment of its **current market value** rather than its value at the time of seizure;
5. **Interest & Costs:** Award Claimant pre-judgment and post-judgment interest at the maximum rate allowed by law, along with any recoverable costs incurred in defending this claim; and
6. **General Relief:** Grant such other and further relief as the Court deems just and proper.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 19, 2026

Location: Manchester, United Kingdom

Louis Papaloizou

42 Rosina St
Manchester M11 1HX
United Kingdom

**CERTIFICATE OF SERVICE**

I, **Louis Papaloizou**, hereby certify that on **January 19, 2026**, I served a true and correct copy of the foregoing **Motion for Leave to File Late Verified Claim and Answer** (including all Exhibits) via email and/or international courier to the following counsel for the Plaintiff (United States of America):


Joshua L. Sohn

Trial Attorney, Money Laundering & Asset Recovery Section

U.S. Department of Justice

1400 New York Avenue NW

Washington, DC 20005

Email: joshua.sohn@usdoj.gov

Catherine Alden Pelker

Trial Attorney, Computer Crime & Intellectual Property Section

U.S. Department of Justice

1301 New York Avenue NW

Washington, DC 20530

Email: catherine.pelker@usdoj.gov


Louis Papaloizou