EXHIBIT A-1: PROOF OF IDENTITY & ACCOUNT OWNERSHIP
Description: BTC-e Support addressing Claimant by legal name "Louis Papaloizou" linked to username "princip" and email "louiloui@gmail.com".


Louis <louiloui@gmail.com>

## [#TRU-714-58316]: 2FA Key

**BTC-e support** <btc-e@btc-e.com>  16 January 2015 at 16:25
Reply-To: btc-e@btc-e.com
To: louiloui@gmail.com

Louis Papaloizou,

Thank you for contacting us. This is an automated response confirming the receipt of your ticket. Our team will get back to you as soon as possible. When replying, please make sure that the ticket ID is kept in the subject so that we can track your replies. The request will be processed within 72 hours.

**Ticket ID:** WLM-770-79516
**Subject:** 2FA Key
**Department:** Google 2-factor authenticator
**Type:** Issue
**Status:** Open
**Priority:** Normal

You can check the status of or update this ticket online at: https://support.btc-e.com/index.php?/Tickets/Ticket/View/WLM-770-79516

[Quoted text hidden]

# EXHIBIT A-2: PROOF OF ACTIVE ACCOUNT STATUS (PRE-SEIZURE)

Description: Transaction confirmation dated June 30, 2017, demonstrating active account usage 25 days prior to FBI seizure.



Louis <louiloui@gmail.com>

---

**Withdraw confirmation**
1 message

---

**BTC-E** <no_reply@btc-e.com>  30 June 2017 at 14:57
To: louiloui@gmail.com

Dear princip,

We received a request to withdraw 0.01145704 BTC on purse 1CEJ84xZH5o37JsBhacUjxSKzPuXNt6reJ

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/f25d8415ef9f9d0bb3de5875858c5517912b6277ad475428343e7c4695287a3fbeeb085ee990d574c9f5b98145902aa91ee4c6e43557cb4b6959a3a6eb2a6874

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/f25d8415ef9f9d0bb3de5875858c5517912b6277ad475428343e7c4695287a3fbeeb085ee990d574c9f5b98145902aa91ee4c6e43557cb4b6959a3a6eb2a6874?cancel=1

IP: 90.220.97.129
Login: princip

Regards,
Administration of BTC-E.COM

# EXHIBIT A-3: PROOF OF ASSET TYPE (ETHEREUM/ETH)

Description: Evidence of Ethereum (ETH) and Bitcoin (BTC) holdings and trading history on the BTC-e platform.



Louis <louiloui@gmail.com>

## Withdraw confirmation
4 messages

**BTC-E** <no_reply@btc-e.com>   8 May 2017 at 20:56
To: louiloui@gmail.com

Dear princip,

We received a request to withdraw 1.01 ETH on purse 0x80E61A5dE3302BEEae09373c1136caCb76F728A9

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/c7013400632060c8e179efce43629f42ae7c42a0bdd85d0a7f1f1ae2c481f9c984963a6a3a961b7b56af91f976f52e96bc275157c0333b47c45f9968565a829f

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/c7013400632060c8e179efce43629f42ae7c42a0bdd85d0a7f1f1ae2c481f9c984963a6a3a961b7b56af91f976f52e96bc275157c0333b47c45f9968565a829f?cancel=1

IP: 2.220.103.43
Login: princip

Regards,
Administration of BTC-E.COM

**BTC-E** <no_reply@btc-e.com>   8 May 2017 at 21:42
To: louiloui@gmail.com

Dear princip,

We received a request to withdraw 2.101 BTC on purse 1PP7G9M1U4nCjT2muuMk96tb5etZda5DNz

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/d6aa167694f61ae3dc18d26a830c31adf0268a1d843e3c539da294f274646262583f410d071ec633b817c59794417933f158a6876e2dd5823a1cf7e40d10dc64

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/d6aa167694f61ae3dc18d26a830c31adf0268a1d843e3c539da294f274646262583f410d071ec633b817c59794417933f158a6876e2dd5823a1cf7e40d10dc64?cancel=1

[Quoted text hidden]

**BTC-E** <no_reply@btc-e.com>   8 May 2017 at 22:45
To: louiloui@gmail.com

Dear princip,

We received a request to withdraw 0.065 BTC on purse 38YCiNiC1KivjFgV1Vj5mx4rwadnDkhxi5

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/297c91242eb80d42c7d378d6d25f0c0b73870af7f52972a31d93315413d21cc56602002bdef1126b799da48472d6a02d6be0ff34ec7f1d286bb55a77a546d1f5

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/297c91242eb80d42c7d378d6d25f0c0b73870af7f52972a31d93315413d21cc56602002bdef1126b799da48472d6a02d6be0ff34ec7f1d286bb55a77a546d1f5?cancel=1

[Quoted text hidden]

**BTC-E** <no_reply@btc-e.com>   9 May 2017 at 01:19
To: louiloui@gmail.com

Dear princip,

We received a request to withdraw 0.061 BTC on purse 1CEJ84xZH5o37JsBhacUjxSKzPuXNt6reJ

To confirm the transaction, go to:
https://btc-e.com/withdraw_confirm/78c70b58cb72ab09427763d0308117cdbbad29e1993d8dbaf8a879566e1e693ef1c4e5423a321a256b65bb065dc825c80a89efa4d1d1b1faacbf5bc1fc270a4b

To cancel a transaction, go to:
https://btc-e.com/withdraw_confirm/78c70b58cb72ab09427763d0308117cdbbad29e1993d8dbaf8a879566e1e693ef1c4e5423a321a256b65bb065dc825c80a89efa4d1d1b1faacbf5bc1fc270a4b?cancel=1

[Quoted text hidden]

# EXHIBIT A-4: PROOF OF ACCOUNT CREATION (2013)

Description: Original registration confirmation establishing account history dating back to April 2013.



Louis <louiloui@gmail.com>

**E-Mail confirm**
1 message

**BTC-E** <no_reply@btc-e.com>  16 April 2013 at 15:48
To: louiloui@gmail.com

Dear princip,
We have received a request to confirm your E-Mail. To confirm your E-Mail please go to:

https://btc-e.com/confirm_email/861b47db111ebadb64d34633a62a0fbed6e635da6863d0fa5e9a7f7a8e91c604b51c6702c7a3861756cc41e2dd6589806f37aeb2b36f02c64931764b60518663

If you're not going to confirm your E-Mail, simply delete this message and change your btc-e account password.

IP: 194.66.23.11
Login: princip

Regards,
Administration of BTC-E.COM