IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant in rem.

Civil Action No. 1:25-cv-02085 (CJN)

**PUTATIVE CLAIMANT'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Putative Claimant **Michael William Charles Haworth**, proceeding pro se, respectfully moves for leave to supplement the record in connection with his pending Motion for Leave to File a Late Verified Claim (Dkt. 315).

In support of this Motion, Claimant states as follows:

**1. Purpose of Supplementation.** On January 9, 2026, the Government filed an Opposition (Dkt. 317) arguing that Claimant displayed "lassitude" by waiting two months between learning of the action and seeking counsel. The Government specifically argued that Claimant offered "no valid excuse" for the period between September and November 2025.

**2. Nature of New Evidence.** Claimant seeks to submit a supplemental Declaration of Diligence accompanied by five documentary exhibits (Exhibits A–E). These documents include contemporaneous emails and phone records from October 1, 2025 and November 12, 2025.

**3. Relevance.** This evidence is directly responsive to the Government's argument regarding diligence.

   • Exhibit A (JCP Solicitors email) and Exhibit B (Call Log) demonstrate that Claimant was actively seeking counsel in the United Kingdom on October 1, 2025, contradicting the claim that he waited until November to take action.

   • Exhibits C–E (U.S. Counsel emails) verify his subsequent efforts to retain U.S. representation.

**4. Good Cause.** The proposed supplementation is narrowly tailored, non-argumentative, and offered solely to ensure the Court has an accurate factual record regarding the timeline of Claimant's efforts. Given the Government's admission that it "would not be severely prejudiced" by the late claim (Opposition at 3), granting leave to supplement the record to clarify these facts serves the interest of justice.

**CONCLUSION**

For the foregoing reasons, Claimant respectfully requests that the Court grant this Motion and accept the attached Declaration and Exhibits into the record.

Respectfully submitted,

Dated: January 16, 2026

/s/ Michael William Charles Haworth
**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant
Barn Hurst, Barn Street
Haverfordwest, Pembrokeshire, SA61 1TD
United Kingdom

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant in rem.

Civil Action No. 1:25-cv-02085 (CJN)

**DECLARATION OF MICHAEL WILLIAM CHARLES HAWORTH REGARDING DILIGENCE IN SEEKING COUNSEL AND AUTHENTICITY OF EXHIBITS**

I, **Michael William Charles Haworth**, declare as follows:

**1.** I am the putative claimant in the above-captioned forfeiture action. I reside in the United Kingdom. I submit this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the matters stated herein.

**2.** After learning of this forfeiture action, I made good-faith and diligent efforts to obtain legal representation in both the United Kingdom and the United States before attempting to proceed pro se.

**3.** The documents attached as Exhibits A–E are true and correct copies of contemporaneous correspondence and records relating to these efforts:

   • **Exhibit A** is an email I received from JCP Solicitors (UK) on October 1, 2025, stating they were unable to assist me. To ensure readability for the Court, I have omitted excessive technical headers and binary image data from this document, retaining standard metadata to establish authenticity.

   • **Exhibit B** is a true and correct copy of my mobile network call log from October 1, 2025. It documents calls I made to potential legal resources immediately following the refusal from JCP Solicitors (Exhibit A), demonstrating that I continued my search for counsel on that same day.

   • **Exhibits C, D, and E** are emails sent by me on November 12, 2025, to U.S. attorneys (David B. Smith, San Diego Defenders, and Edward Burch) requesting representation in this matter.

**4.** I retain the original native files for all exhibits referenced above. This declaration is submitted to refute the assertion of "lassitude" and to demonstrate that I was actively navigating cross-border legal hurdles during the period in question.


I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 16, 2026
/s/ Michael William Charles Haworth
**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant

**EXHIBIT A**

Email from JCP Solicitors (October 1, 2025)

From: Hello <hello@jcpsolicitors.co.uk>
To: "b@iltr.ee" <b@iltr.ee>
Subject: Your Enquiry | JCP Solicitors
Date: Wed, 1 Oct 2025 15:05:29 +0000

Dear Michael Haworth,

Thank you for your recent enquiry.

Unfortunately, we are unable to assist on this occasion, however, you might=
 want to consider enquiring with one of the following:


  *  The Law Society
020 7320 5650
Find a solicitor | The Law Society<https://www.lawsociety.org.uk/public/for=
-public-visitors/find-a-solicitor>


  *  Citizens Advice Bureau
0800 702 2020
citizensadvice.org.uk/wales/<https://www.citizensadvice.org.uk/wales/>


  *  Swansea University Law Clinic
lawclinic@swansea.ac.uk<mailto:lawclinic@swansea.ac.uk>
https://www.swansea.ac.uk/law/lawclinic/


  *  Cardiff University
Pro bono schemes - Pro bono - Cardiff University<https://www.cardiff.ac.uk/=
pro-bono/pro-bono-schemes>


  *  D W Harris (SA/CF Postcode)
Please email Neil.Startup@dwharris.co.uk<mailto:Neil.Startup@dwharris.co.uk=
>


  *  Martyn Prowel Gartsides Solicitors (CF/NP Postcode)
029 2047 0909
https://www.mpgsolicitors.co.uk/

We hope that the above information is helpful.

Best wishes,
Joshua


Client Engagement Team
Hello@jcpsolicitors.co.uk
0333 188 1051
www.jcpsolicitors.co.uk

**EXHIBIT B – UK Counsel Call Log**

## Search by date



| Mobile | 07484286628 |
|---|---|
| Boost/plan | 50GB (£10.00) More info |
| Credit | £3.88 |
| | Call 150 for realtime balance |

## Your current Boosts

**50GB** (50GB plus unlimited UK calls and texts) started on 12 Jun 2025 - refreshed on 09 Jan 2026 - next refresh on 08 Feb 2026 @ £10.00

You have 39,716MB (38.78GB) remaining from the 51,200MB (50.00GB) of the active data Boost

| 77% remaining | 23% used |
|---|---|

*The above is based on usage information we have received, and may be delayed from the real-time network metering and reconciliations.

Calls  Texts  Mobile data  Show charged only  Search  Monthly  Top-up history

| Time | To | Duration (h:m:s) | Cost (£) |
|---|---|---|---|
| **Wednesday 01 October 2025** | | | |
| 14:09:53 | 03333208644 Roamed Italy | 00:00:31 | 0.00 |
| 14:06:53 | 01437763383 Roamed Italy | 00:00:36 | 0.00 |

**EXHIBIT C**

Email to David B. Smith

From: Michael Haworth <b@iltr.ee>
Content-Type: text/plain;
    charset=us-ascii
Content-Transfer-Encoding: quoted-printable
Mime-Version: 1.0 (Mac OS X Mail 16.0 \(3864.200.81.1.6\))
Subject: BTC assets held in seized bitcoin exchange BTC-E (case 1:25-cv-02085)
X-Universally-Unique-Identifier: 832E0D7B-CFAC-4BEA-AA4F-C5640B4E3E4F
Message-Id: <F5F574A5-ABA3-4117-B7BF-82B19C1B1CDD@iltr.ee>
Date: Wed, 12 Nov 2025 09:48:23 +0530
To: dbs@davidbsmithpllc.com

Hello,

I am writing to request assistance filing a claim for lost assets. Is =
there a possibility that I can submit a claim at this stage in the =
proceedings? Please let me know what information I would need to provide =
and what the cost might be? I am a UK citizen so I would want =
representation in court.

Many thanks
Michael Haworth=

**EXHIBIT D**

Email to San Diego Defenders

From: Michael Haworth <b@iltr.ee>
Content-Type: text/plain;
    charset=us-ascii
Content-Transfer-Encoding: quoted-printable
Mime-Version: 1.0 (Mac OS X Mail 16.0 \(3864.200.81.1.6\))
Subject: BTC assets held in seized bitcoin exchange BTC-E (case 1:25-cv-02085)
X-Universally-Unique-Identifier: 2796CF7D-311C-4AB7-8D76-A3E8EC10FF15
Message-Id: <25C026F1-1E58-48C9-9145-4453A398E547@iltr.ee>
Date: Wed, 12 Nov 2025 09:48:20 +0530
To: dsmith@sandiegodefenders.com

Hello,

I am writing to request assistance filing a claim for lost assets. Is =
there a possibility that I can submit a claim at this stage in the =
proceedings? Please let me know what information I would need to provide =
and what the cost might be? I am a UK citizen so I would want =
representation in court.

Many thanks
Michael Haworth=

**EXHIBIT E**

Email to Edward Burch

From: Michael Haworth <b@iltr.ee>
Content-Type: text/plain;
   charset=us-ascii
Content-Transfer-Encoding: quoted-printable
Mime-Version: 1.0 (Mac OS X Mail 16.0 \(3864.200.81.1.6\))
Subject: BTC assets held in seized bitcoin exchange BTC-E (case 1:25-cv-02085)
X-Universally-Unique-Identifier: 2CF0FD99-37E0-47CE-8B7C-A042E6D4261C
Message-Id: <7F24458C-2E55-4CC9-8F2D-0C76A2519961@iltr.ee>
Date: Wed, 12 Nov 2025 09:48:17 +0530
To: edward@michaelburchlaw.com

Hello,

I am writing to request assistance filing a claim for lost assets. Is =
there a possibility that I can submit a claim at this stage in the =
proceedings? Please let me know what information I would need to provide =
and what the cost might be? I am a UK citizen so I would want =
representation in court.

Many thanks
Michael Haworth=