IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendant in rem.

Civil Action No. 1:25-cv-02085 (CJN)

**CLAIMANT'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Claimant **Michael William Charles Haworth**, proceeding pro se, respectfully submits this Reply to the Government's Opposition (Dkt. 323).

The Government argues that Claimant's motion should be denied because the supplemental evidence is "cryptic" and fails to explain the timeline of events. These assertions are **not supported by the record**. The supplemental record demonstrates a pro se litigant actively attempting to navigate a complex cross-border legal matter, facing rejection by local counsel, and diligently seeking a path forward while traveling abroad.

**I. The Supplemental Evidence is Specific and Proves Diligence**

The Government characterizes the phone numbers in the October 1 call log (Exhibit B) as "unidentified" and the calls as "cryptic." They are neither. The log documents my immediate attempts to retain counsel upon receiving a rejection:

1. **0333 320 8644** is the direct contact number for JCP Solicitors, the firm that sent the rejection email (Exhibit A). This confirms that upon receiving the rejection on October 1, 2025, I did not accept it passively but immediately followed up by phone.

2. **01437 763383** is the contact number for Eaton-Evans & Morris, a separate firm of solicitors. This proves I immediately broadened my search to a second firm on the same afternoon.

Furthermore, the Government argues the JCP email "does not identify any specific case." To refute this, I have attached my Browser History from October 1, 2025 as Exhibit F. It shows that immediately prior to contacting JCP Solicitors, I was viewing the docket for *United States v. BTC-e* and related forfeiture notices. This **directly links** my solicitor outreach to this specific action.

**II. The "Gap" Reflects Jurisdictional Complexity, Not Lassitude**

The Government argues there is "no valid excuse" for the delay between the October 1 UK rejection and the November 12 US outreach. The record reflects the practical reality of a layperson facing a jurisdictional dead end:

1. **Jurisdictional Confusion:** My initial diligent effort (October 1) focused on UK solicitors. Their rejection (Exhibit A) left me unclear on how to proceed. As a pro se litigant, I required time to understand that UK counsel could not assist and that I needed to identify specialized U.S. forfeiture counsel.

2. **Travel Logistics:** On October 2, 2025—the day after the UK rejection—I traveled to India, where I remained until December 18, 2025. While traveling, I continued to research the proper procedural path.

3. **Resulting Action:** The delay was not "lassitude" (neglect); it was the time required for a non-lawyer, while traveling internationally, to pivot from a failed UK legal strategy to a U.S. one. This research culminated in my outreach to U.S. attorneys on November 12, 2025 (Exhibits C–E), sent while I was still abroad.

### III. Conclusion

The Government has previously conceded it "would not be severely prejudiced" by this late claim. The supplemental evidence provides the factual context—failed UK outreach followed by a necessary period of research during international travel. Denying leave to supplement would penalize a pro se claimant for navigating these complexities **without the benefit of counsel**.

For the foregoing reasons, Claimant requests that the Court grant leave to supplement the record.


Respectfully submitted,

Dated: January 21, 2026

/s/ Michael William Charles Haworth
**MICHAEL WILLIAM CHARLES HAWORTH**
Pro Se Claimant
Barn Hurst, Barn Street
Haverfordwest, Pembrokeshire, SA61 1TD
United Kingdom

# EXHIBIT F – Browsing History Screenshot

[Screenshot of Safari browser History window showing entries from Wednesday, 1 October 2025, 85 items. Visible entries include:

- Swansea Law Clinic - Swansea University — https://www.swansea.ac.uk/law/lawclinic/
- United States v. ALL VIRTUAL CURREN...17,..., 1:25-cv-02085 – CourtListener.com — https://www.courtlistener.com/docket/70674493/united-states-v-all-virtual-currency-held-in-the-btc-e-operating-wallets/?page=1
- Solicitors In Haverfordwest | JCP Solicitors — https://www.jcpsolicitors.co.uk/contact/solicitors-in-haverfordwest/
- Contact Hains & Lewis Solicitors in Haverfordwest, Pembrokeshire — https://www.hainsandlewis.co.uk/site/contact/haverfordwest/
- solicitors haverfordwest - Google Search
- JCP Solicitors - Haverfordwest Reviews - Google Search
- solicitors haverfordwest - Google Search (multiple entries)
- Eaton-Evans & Morris Solicitors in Haverfordwest — https://www.eaton-evans.com/
- jcp solicitors - haverfordwest reviews - Google Search
- jcp solicitors haverfordwest - Google Search
- solicitors haverfordwest - Google Search (multiple)
- lawyers haverfordwest - Google Search
- Divorce & Family Law Solicitors - West Wales | Woolley & Co, Solicitors — https://www.family-lawfirm.co.uk/family-law-solicitors-in-haverfordwest/
- Information received : r/BTCE_Recovery — https://www.reddit.com/r/BTCE_Recovery/comments/1ns2dt0/information_received/
- BTCE_Recovery — https://www.reddit.com/r/BTCE_Recovery/comments/1mumoet/btce_civil_forfeiture_case_filed_explainer/
- lawyers haverfordwest whatsapp - Google Search
- Solicitors in Haverfordwest - Redkite Solicitors — https://www.redkitesolicitors.co.uk/haverfordwest/
- Redkite Solicitors - with you every step of the way — https://www.redkitesolicitors.co.uk/
- red kite law - Google Search
- uk lawyer claims us - Google Search
- red kite solicitors haverfordwest - Google Search
- RED KITE LAW LLP - The Law Society — https://solicitors.lawsociety.org.uk/office/33097/red-kite-law-llp
- Just a moment... — https://www.reviewsolicitors.co.uk/south-glamorgan/cardiff/red-kite-law-llp
- Just a moment... — https://www.reviewsolicitors.co.uk/south-glamorgan/cardiff/red-kite-law-llp...
- red kite solicitors claims court - Google Search
- Claim – #213 in United States v. ALL VIR...C., 1:25-cv-02085) – CourtListener.com — https://www.courtlistener.com/docket/70674493/213/united-states-v-all-virtual-currency-held-in-the-btc-e-operating-wallets/
- Notice of Appearance – #222 in United...C., 1:25-cv-02085) – CourtListener.com — https://www.courtlistener.com/docket/70674493/222/...
- Exhibit – #221, Att. #1 in United States v...C., 1:25-cv-02085) – CourtListener.com — https://www.courtlistener.com/docket/70674493/221/1/...
- Claim – #167 in United States v. ALL VIR...C., 1:25-cv-02085) – CourtListener.com — https://www.courtlistener.com/docket/70674493/167/...]