IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br> v.<br><br>ALL VIRTUAL CURRENECY HELD IN THE BTC-E OPERTATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRUBED HEREIN,<br><br>  *Defendants in rem.* | Case No. 1:25-CV-02085-CJN<br><br>Hon. Carl J. Nichols |
| TRAVIS OLSEN,<br><br>  *Claimant.* | |

## NOTICE OF APPERANCE

  PLEASE TAKE NOTICE that Alexis R. Wendl of the law firm of Snell & Wilmer L.L.P. hereby enters her appearance as counsel for Claimant Travis Olsen in the above-captioned matter pursuant to the Court's September 17, 2025 orders granting her Motions for Leave to Appear Pro Hac Vice (ECF No. 180).  All future filings and notices must be served on undersigned counsel via the ECF system in accordance with applicable rules.

///

///

Date: January 23, 2026

    /s/Alexis R. Wendl
Sunny J. Thompson,
DC Bar No. 998462
Snell & Wilmer L.L.P.
2001 K St NW, Suite 425
Washington, DC 20006
sthompson@swlaw.com
Ph. 202-908-4264

-and-

Charles E. Gianelloni *(admitted pro hac vice)*
NV Bar No. 12747
Alexis R. Wendl *(admitted pro hac vice)*
NV Bar. No 15351
Snell & Wilmer L.L.P.
1700 South Pavillion Center Dr., Suite 700
Las Vegas, NV 89135
cgianelloni@swlaw.com
awendl@swlaw.com
Ph. 702.784.5200

*Attorneys for Claimant Travis Olsen*

## CERTIFICATE OF SERVICE

I, Alexis R. Wendl, hereby certify that on January 23, 2026, a copy of the foregoing **NOTICE OF APPERANCE** was served via ECF on all ECF service recipients.

Date: January 23, 2026

                                                          */s/Alexis R. Wendl*
Alexis R. Wendl
Nevada Bar No. 15351
Snell & Wilmer L.L.P.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, NV 89135
awendl@swlaw.com
Ph. 702-784-5283