UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
   Plaintiff,
v.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,
   Defendant in rem.

Civil Action No. 1:25-cv-02085 (CJN)

CLAIMANT'S MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Claimant, Charles Edward Small, proceeding pro se, respectfully moves this Court for leave to file a late verified claim pursuant to Supplemental Rule G(5)(a)(ii). Good cause exists for the requested relief, and permitting the late filing will not prejudice the United States.

BACKGROUND

Claimant is a former customer of the BTC-E exchange and held virtual currency on the exchange prior to its seizure in 2017.

Claimant resides in the United Kingdom.

Claimant did not receive direct or individualized notice of this civil forfeiture action. In particular, Claimant did not receive notice by email, despite maintaining the same email address that was registered to access the BTC-E exchange and which Claimant continues to use as his non-work email address.

From April 2025 until his father's death, Claimant was providing palliative care to his father, who was seriously ill. Claimant's father passed away on July 11, 2025.

Following his father's death, Claimant experienced significant grief and was prescribed medication, to which he suffered a diagnosed adverse reaction.

As a result of this adverse reaction, Claimant was hospitalised, was unable to work normally, and experienced substantial impairment in carrying out routine daily tasks. During this period, Claimant ultimately lost his employment in December 2025 while recovering and attempting to work in a limited capacity.

During this time, Claimant was not capable of monitoring external legal developments or independently discovering a forfeiture action of which he had no prior knowledge and no notice.

Claimant first became aware of this forfeiture action on February 2, 2026.



RECEIVED
FEB 04 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Upon learning of the existence of this action, Claimant acted promptly and in good faith to assert his rights before this Court.

GOOD CAUSE EXISTS FOR LEAVE TO FILE A LATE CLAIM

Supplemental Rule G(5)(a)(ii) authorizes this Court to permit the filing of a late verified claim upon a showing of good cause.

Claimant lacked actual notice of the forfeiture proceedings and therefore could not have timely filed a claim.

Claimant's inability to act during the relevant period was caused by extraordinary personal circumstances, including end-of-life caregiving, bereavement, medical incapacity, and hospitalisation.

These circumstances were beyond Claimant's reasonable control and constitute excusable neglect and good cause under the applicable standard.

Upon obtaining actual notice of the forfeiture action, Claimant acted diligently and without delay to pursue relief.

GRANTING LEAVE WILL NOT PREJUDICE THE UNITED STATES

This forfeiture action remains at an early procedural stage.

No final adjudication or distribution of assets has occurred.

The Government has previously agreed to extensions or late filings by other claimants in this action.

Allowing Claimant's verified claim to be filed will not delay the proceedings or prejudice the United States in any meaningful way.

APPLICABLE LEGAL STANDARD

Courts have broad discretion to permit late claims in civil forfeiture actions and favor resolution of such cases on their merits rather than by default.

REQUESTED RELIEF

For the foregoing reasons, Claimant respectfully requests that the Court grant leave to file the attached Verified Claim and deem it timely filed.

Respectfully submitted,

Charles Edward Small
Pro Se Claimant
21 Old Great North Road,
Stibbington,
Peterborough, PE86LR
United Kingdom
Email: charles.small.89@gmail.com

Date: February 2, 2026

CERTIFICATE OF SERVICE
I hereby certify that on February 2, 2026, I served a copy of the foregoing Motion for Leave to File Late Verified Claim by electronic mail upon counsel for the United States of America listed on the docket in this action.

*[signature]*

Charles Edward Small