Charles Edward Small
21 Old Great North Road
Stibbington
Peterborough
Cambridgeshire
United Kingdom
PE8 6LR

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
   Plaintiff,
v.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS
AS OF JULY 25, 2017, AND OTHER ASSETS,
   Defendant in rem.

Civil Action No. 1:25-cv-02085 (CJN)

VERIFIED CLAIM

I, Charles Edward Small, hereby file this Verified Claim pursuant to Rule G(5)
of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. I am a former customer of the BTC-E exchange and held virtual currency on the
BTC-E exchange under the username "supermoose," which is part of the Defendant
Property in this action.

2. I claim a legal and/or equitable interest in the Defendant Property.

3. I am not currently represented by an attorney and submit this claim pro se.

4. I request to contest the forfeiture of the Defendant Property and reserve all rights
to file an Answer or other responsive pleading as required by law.

VERIFICATION
I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Executed on: February 2, 2026
City and Country: Peterborough, United Kingdom

Signature: *[signature]*
Charles Edward Small
Pro Se Claimant

**RECEIVED**
FEB 04 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia