IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE TO PUTATIVE CLAIMANT CHARLES SMALL'S MOTION FOR LEAVE TO FILE LATE CLAIM**

On February 4, 2026, Charles Small filed a motion for leave to file a late claim in this case. Dkt. 327. As the Government has previously told the Court, the Government generally does not believe there is good cause for late claims at this juncture. However, the Government recognizes that Small has provided a sympathetic account of grief and medical issues to excuse his late claim. On the other hand, Small's account is unsupported by any documentation, and the Government cannot assess whether it is true. Under these circumstances, the Government takes no firm position on Small's motion and leaves its resolution to the Court's sound discretion. Of course, in Reply, Small could attach documents supporting his account. Whether he does so could carry significant weight in whether his account is credited.

That said, there is one discrete point in Small's motion that warrants a specific response. Like some other late-filing claimants, Small criticizes the Government for not providing direct notice of this action to the email address that Small had on file at BTC-e. But in addition to what the Government has already said on this point (namely, that the accountholder email addresses were old and largely unverified), it is worth noting that BTC-e had a large and heavily international

1

clientele, and it was not feasible for the Government to determine the location of the various accountholders. Without location information—required to determine if an MLA request or other country-specific process was necessary to provide notice—it would have been problematic for the Government to send blast notice to all the accountholder email addresses.

DATED: February 11, 2026        MARGARET A. MOESER
                                CHIEF
                                MONEY LAUNDERING, NARCOTICS AND
                                FORFEITURE SECTION

                                /s/ Joshua L. Sohn
                                JOSHUA L. SOHN
                                Trial Attorney
                                Money Laundering, Narcotics and
                                Forfeiture Section
                                Criminal Division
                                United States Department of Justice
                                1400 New York Avenue NW
                                Washington, DC 20005
                                Telephone: (202) 353-2223
                                joshua.sohn@usdoj.gov

                                /s/ Catherine Alden Pelker
                                CATHERINE ALDEN PELKER
                                Trial Attorney
                                Computer Crime and Intellectual Property Section
                                Criminal Division
                                United States Department of Justice
                                1301 New York Avenue NW
                                Washington, DC 20530
                                Telephone: (202) 514-1062
                                catherine.pelker@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to putative claimant Charles Small at his identified email address: charles.small.89@gmail.com.

By:     ___/s/ Joshua L. Sohn____
              Joshua L. Sohn