UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        **Case No. 1:25-CV-02085-CJN**
                                    )
ALL VIRTUAL CURRENCY HELD IN THE    )
BTC-E OPERATING WALLETS AS OF JULY  )
25, 2017, AND OTHER ASSETS FURTHER  )
DESCRIBED HEREIN,                   )
                                    )
            Defendants *in rem.*    )
_____)
                                    )
MIDDLECOIN, INC.                    )
                                    )
            Claimant.               )
_____)

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am presently co-counsel for Eric M. Maxey in this case, *pro hac vice* (ECF 40). I am now admitted

in the U.S. District Court for the District of Columbia and therefore enter my appearance in this

case as counsel for Eric M. Maxey.

Dated this 11th day of February, 2026.          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Betty J. Williams
　　　　　　　　　　　　　　　　　　　　　　BETTY J. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　DC Bar No.: 1767529
　　　　　　　　　　　　　　　　　　　　　　Law Office of Williams & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　3600 American River Drive, Suite 135
　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95864
　　　　　　　　　　　　　　　　　　　　　　Telephone: (916) 488-8501
　　　　　　　　　　　　　　　　　　　　　　Email:  betty@williamstaxlaw.com

　　　　　　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　　　　　　MIDDLECOIN, INC.