Sender:
Dominik Buechsel
Eichenstr. 14
D-28879 Grasberg
Germany

Clerk of Court
U.S. District Court for
the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
USA

Deutsche Post
FI 09.12.25    180
F1 011C A7D2
0Q 4C70 1365