IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**PLAINTIFF UNITED STATES OF AMERICA'S OPPOSITION TO DOMINIK BUECHSEL'S MOTION FOR LEAVE TO FILE LATE CLAIM**

The Government respectfully opposes Dominik Buechsel's motion for leave to file a late claim. Dkt. 331. As shown in the Government's Declaration of Publication (Dkt. 292), publication notice of this case was given to the world beginning on July 4, 2025. Thus, under Supp. Rule G(5)(a)(ii)(B), claims were due by September 2, 2025.

While slightly-late claims might be excused when submitted by individuals who reasonably did not learn of this case until after the September 2 deadline, Buechsel's motion admits that he became aware of this case on August 29, 2025. He also admits that he specifically reviewed the Government's published notice on that date, as he discusses the content of that notice and how it prompted him to file a *remission petition* on that same date. Thus, there is no excuse for Buechsel to belatedly file a *claim* months later.

Buechsel's only argument for why a late claim should be allowed is to say that the Government's publication notice supposedly "emphasized" remission petitions over claims. This argument denies reality. In fact, the Government's publication notice devotes two paragraphs to discussing the claims process and only later discusses remission as an alternative. Dkt. 292 at 4.

1

For the sake of completeness, this Court previously identified "the discretionary factors laid out in *United States v. $83,686.00 in U.S. Currency Seized from Suntrust Acct. No. 1000018120112*, 498 F. Supp. 2d 21, 24 (D.D.C. 2007)" as relevant to whether late claims should be allowed in this case. *See* 11.26.25 Minute Order. These factors include: "the time at which the claimant became aware of the seizure; whether the government encouraged the delay; the reasons proffered for the delay; whether the claimant has advised the Court and the government of her interest in the defendant property before the claim deadline; whether the government would be prejudiced by allowing the late filing; and whether the claimant timely petitioned for an enlargement of time." *Suntrust*, 498 F. Supp. 2d at 24 (brackets and ellipses deleted).

Here, most or all of the *Suntrust* factors weigh against allowing Buechsel's late claim. First, Buechsel became aware of this case many months ago and offers no reasonable excuse for his late claim. Second, the Government did nothing to encourage delayed claims. Third, Buechsel did not previously advise the Court *and* the Government of his alleged interest in the defendant property— he only advised the Government by filing a remission petition. Fourth, Buechsel did not timely petition for an enlargement of time. Finally, the Government would suffer some prejudice from a late Buechsel claim. As the Court knows, this case already includes dozens of claimants. Dealing with this number of claimants is already straining the Government's litigation resources. Adding another claimant would strain these resources even further.

Accordingly, the Government respectfully requests that Buechsel's motion be denied.

DATED: February 12, 2026      MARGARET A. MOESER
    CHIEF
    MONEY LAUNDERING, NARCOTICS AND
    FORFEITURE SECTION

    */s/ Joshua L. Sohn*

JOSHUA L. SOHN
Trial Attorney
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*/s/ Catherine Alden Pelker*
CATHERINE ALDEN PELKER
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 514-1062
catherine.pelker@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to putative claimant Dominik Buechsel at his identified email address of g-fire@gmx.de.

      By:    */s/ Joshua L. Sohn*
           Joshua L. Sohn