UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
Plaintiff,
v.
All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and other assets further described herein,
Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN

CLAIMANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO FILE LATE VERIFIED CLAIM

Claimant Charles Edward Small, proceeding pro se, respectfully submits this Reply to the Government's Response to his Motion for Leave to File Late Verified Claim.

The Government in "Response to Small Motion for Leave" states that Claimant's account of medical incapacity is currently unsupported by documentation and notes that supporting documentation could carry significant weight.

Claimant has now obtained medical documentation confirming the period of medical incapacity described in his Motion. The documentation, which is submitted as Exhibit A, confirms that during 2025 Claimant experienced significant medical issues, including hospital inpatient admissions and issuance of a fit note reflecting inability to assume full occupational responsibilities.

Because Exhibit A contains sensitive personal medical information, Claimant has filed a Motion to File Exhibit Under Seal and will submit the exhibit in paper form in accordance with the Clerk's Office requirements for pro se sealed filings.

The medical documentation supports Claimant's explanation that his failure to file earlier was the result of extraordinary circumstances beyond his control, and that he acted promptly upon discovering the existence of this action.

For these reasons, Claimant respectfully requests that the Court grant the Motion for Leave and deem the Verified Claim timely filed.



RECEIVED

FEB 17 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*[signature]*

---

Charles Edward Small

Pro Se Claimant

27 St John's Close

Peterborough

PE3 6GZ

United Kingdom

charles.small.89@gmail.com

Date: February 17, 2026