UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
Plaintiff,
v.
All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and other assets further described herein,
Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN

CLAIMANT'S MOTION TO FILE EXHIBIT A UNDER SEAL

Claimant Charles Edward Small respectfully moves for leave to file Exhibit A under seal.

Exhibit A consists of confidential medical documentation containing sensitive personal medical information. The documentation is submitted solely to support Claimant's explanation of medical incapacity in connection with his Motion for Leave to File Late Verified Claim.

Public filing of Exhibit A would unnecessarily disclose private medical information unrelated to the merits of the forfeiture action. The request to seal is narrowly tailored and applies only to Exhibit A.

For these reasons, Claimant respectfully requests that the Court permit Exhibit A to be filed under seal.



RECEIVED

FEB 17 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*[signature]*

---

Charles Edward Small

Pro Se Claimant

27 St John's Close

Peterborough

PE3 6GZ

United Kingdom

charles.small.89@gmail.com

Date: February 17, 2026