## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     *Plaintiff*,

    v.

ALL VIRTUAL CURRENECY HELD IN
THE BTC-E OPERTATING WALLETS AS
OF JULY 25, 2017, AND OTHER ASSETS
FURTHER DESCRIBED HEREIN,

     *Defendants in rem.*

   TRAVIS OLSEN,

     *Claimant.*

Case No. 1:25-CV-02085-CJN

Hon. Carl J. Nichols

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the court and pursuant to LCvR 83.6(a), Travis Olsen substitutes Nicole Redmond, State Bar No. 90018110 as counsel of record in place of Sunny J. Thompson, and Ms. Redmond is entering her appearance in this matter. Further, pursuant to LCvR 83.6(b), Sunny J. Thompson is withdrawing as counsel in this matter.

Contact information for new counsel is as follows:

Nicole Redmond
Snell & Wilmer L.L.P.
2001 K St NW Suite 425
Washington, DC 20006
Tel. 202.925.5959
nredmond@swlaw.com
D.C. Bar No. 90018110

4929-0575-4257

I consent to the above substitution.

Date:  2/27/2026                              /s/ Travis Olsen
                                             Travis Olsen


I consent to being substituted.

Date:  2/27/2026                              /s/ Sunny J. Thompson
                                             Sunny J. Thompson

I consent to the above substitution.

Date:  2/27/2026                              /s/ Nicole Redmond
                                             Nicole Redmond


The substitution of attorney is hereby approved and so ORDERED.

Date: _____            _____
                                             Hon. Carl J. Nichols


4929-0575-4257