Subject: Civil Asset Forfeiture Claim –
Case No. 25-CV-2085 (BTC-E seized
assets)

To whom it may concern,

**RECEIVED**

MAR – 4 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

I, Matte Thibault, am submitting this
claim regarding the funds I held on the
BTC-E platform, in connection with the
civil asset forfeiture case 25-CV-2085.
I have only recently become aware that it
is possible to file a claim for the recovery
of funds seized from BTC-E accounts. I
am submitting this claim as soon as I learned of this opportunity.

Personal Information:

Name: Matte Thibault
Address: 7 rue Frederic Gaillardet, Le plessis Bouchard 95130 France
Email: thibaultmatte@orange.fr
Phone: +33637231652
Identification Document Attached: [Passport or Government ID Copy]

BTC-E Account Information:

- Account email: matte27@orange.fr
- Account ID: leprincedu95
- Internal BTC "purse" address: 1HVNdFUhQcAztvyiwFWn1SyjcC992opNNu



I note that the BTC address listed above is an internal wallet of BTC-E and does not reflect the
balance on the blockchain. The funds were held in the platform's central wallet.

Proof of Ownership:

- Copies of emails confirming deposits and withdrawals on BTC-E.
- Emails of account creation.
- The exact balance is unknown, as the address used was an internal wallet on the platform
and does not reflect the balance on the blockchain. The exact balance of my BTC-E account is
unknown.
- Based on my recollection, the approximate balance was around 0.12 BTC. I am submitting
this claim in good faith.

# MetaTrader account opened (Real #605229)

3

 **BTC-E**
à :   matte27@orange.fr

22/11/13 18:53

détails ▾

**MetaTrader login details:**

| | |
|---|---|
| Account type: | Real #605229 |
| Login: | 605229 |
| Password: | 7autJgAr |
| Invest password: | SED7fCui |

0087001364473572103509

| | | | |
|---|---|---|---|
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 17/12/13 |
| ☐ | BTC-E | Successful authorization | 12/12/13 |
| ☐ | BTC-E | Successful authorization | 11/12/13 |
| ☐ | BTC-E | Successful authorization | 10/12/13 |
| ☐ | BTC-E | Successful authorization | 09/12/13 |
| ☐ | BTC-E | MetaTrader account opened (Real #605229) | 22/11/13 |

2

| | | | |
|---|---|---|---|
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 17/12/13 |
| ☐ | BTC-E | Successful authorization | 12/12/13 |
| ☐ | BTC-E | Successful authorization | 11/12/13 |
| ☐ | BTC-E | Successful authorization | 10/12/13 |
| ☐ | BTC-E | Successful authorization | 09/12/13 |
| ☐ | BTC-E | MetaTrader account opened (Real #605229) | 22/11/13 |

2

| | | | |
|---|---|---|---|
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Successful authorization | 26/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Withdraw confirmation | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 18/12/13 |
| ☐ | BTC-E | Successful authorization | 17/12/13 |
| ☐ | BTC-E | Successful authorization | 12/12/13 |
| ☐ | BTC-E | Successful authorization | 11/12/13 |
| ☐ | BTC-E | Successful authorization | 10/12/13 |
| ☐ | BTC-E | Successful authorization | 09/12/13 |
| ☐ | BTC-E | MetaTrader account opened (Real #605229) | 22/11/13 |

2

00870013484357210609





# Withdraw confirmation

2



|  | **BTC-E**<br>à :  matte27@orange.fr |  | 22/08/14 19:10<br>détails ▾ |
|---|---|---|---|

Dear leprincedu95,

We received a request to withdraw 0.00671987 BTC on purse 17xajZydVv3WPqAHKPUEPGARDpB53AcXLt

To confirm the transaction, go to:
https://btc-
e.com/withdraw_confirm/a9218f219b464cfaa7ecea04f750c2e1143d875c196b4d6e9fdc927aa7e103e4db906cd53307382ef094871d7fc71394f6e569fb
ac971948cb19d8dfdf16beda

To cancel a transaction, go to:
https://btc-
e.com/withdraw_confirm/a9218f219b464cfaa7ecea04f750c2e1143d875c196b4d6e9fdc927aa7e103e4db906cd53307382ef094871d7fc71394f6e569fb
ac971948cb19d8dfdf16beda?cancel=1

IP: 92.132.209.175
Login: leprincedu95

Regards,
Administration of BTC-E.COM


00870013484735721080 9

# Withdraw confirmation



**BTC-E**
à :  matte27@orange.fr

22/08/14 18:40

détails ▾

Dear leprincedu95,

We received a request to withdraw 0.01472571 BTC on purse 1HVNdFUhQcAztvytwFWn1SyjcC992opNNu

To confirm the transaction, go to:
https://btc-
e.com/withdraw_confirm/ae419d7b6ffc53b857b01792e1668fad31bf902fc8df48af1a63e1a3a07d01353514297d34fb84243755105e06860595fd8d7864
d7d1481b18953a5e1f08f43d

To cancel a transaction, go to:
https://btc-
e.com/withdraw_confirm/ae419d7b6ffc53b857b01792e1668fad31bf902fc8df48af1a63e1a3a07d01353514297d34fb84243755105e06860595fd8d7864
d7d1481b18953a5e1f08f43d?cancel=1

IP: 92.132.209.175
Login: leprincedu95

Regards,
Administration of BTC-E.COM


00B7001348473572109909