UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, Plaintiff, v. ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS... Defendant.

Case No. 1:25-cv-02085-CJN

CLAIMANT PAUL RESCH'S MOTION FOR LEAVE TO FILE A LATE VERIFIED CLAIM AND ANSWER

Claimant Paul Resch ("Claimant"), appearing *pro se*, respectfully moves this Court for leave to file a late Verified Claim and Answer pursuant to Supplemental Rule G(5) and Federal Rule of Civil Procedure 6(b)(1)(B).

**1. Good Cause and Excusable Neglect:** Claimant is an individual user of the BTC-E platform. Claimant did not receive direct personal notice of this judicial forfeiture action and only became aware of these specific proceedings in late December 2025.

**2. Diligence:** Upon learning of the potential for recovery, Claimant acted in good faith by filing an administrative petition with the Department of Justice via forfeiture.gov on January 6, 2026. Claimant mistakenly believed this administrative step was the exclusive remedy.

**3. No Prejudice:** Granting this motion will not prejudice the Government or the Court. This litigation is ongoing, and the Court recently addressed the status of untimely claims in its February 10, 2026, proceedings. Claimant filed this motion immediately upon realizing the necessity of a judicial claim.

**WHEREFORE**, Claimant respectfully requests that the Court grant leave to file the attached Verified Claim and Answer.

Dated: February 18, 2026

Respectfully submitted,

Paul Resch
Bernardgasse 32/10, 1070 Vienna, Austria
Email: p.resch@liwest.at

RECEIVED
MAILROOM

MAR 1 0 2026

Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia