UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Case No. 1:25-cv-02085-CJN

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Claimant Paul Resch answers the Government's Complaint as follows:

1. Claimant lacks sufficient knowledge to admit or deny the allegations regarding the overall criminal operations of BTC-E but denies that his specific assets (approximately 3 to 7 BTC) are the proceeds of any crime or were involved in any money laundering activity.
2. **Affirmative Defense (Innocent Owner):** Pursuant to 18 U.S.C. § 983(d), Claimant is an "innocent owner." Claimant did not know of the conduct giving rise to the forfeiture and, upon learning of the conduct, did all that could reasonably be expected under the circumstances to terminate such use of the property.

**WHEREFORE**, Claimant prays that the Court deny the forfeiture of his approximately 3 to 7 BTC and order their return.

Dated: February 18, 2026

_____

Paul Resch