UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA Case No. 1:25-cv-02085-CJN

**VERIFIED CLAIM OF PAUL RESCH**

I, Paul Resch, hereby state:

1. I am the owner of approximately 3 to 7 BTC held in the BTC-E operating wallets associated with the account/email: **p.resch@liwest.at**.
2. I acquired these assets through lawful means and held them on the platform as of July 25, 2017.
3. I assert an ownership interest in these assets and contest their forfeiture.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2026.

Paul Resch

Gebühr in Höhe von € 21,00 entrichtet
Dr. Gerhard Schuessler | öffentlicher Notar
Wien - Innere Stadt

B.R.Zl: 1660/2026/lm

Die Echtheit der Unterschrift des Herrn Paul **RESCH**, geboren am 30.10.1983 (dreißigsten Oktober neunzehnhundertdreiundachtzig), Bernardgasse 32/10, 1070 Wien, wird bestätigt. ------------------------------------------------------------------

Weiters bestätige ich, dass die Partei erklärt hat, dass sie den Inhalt der Urkunde kennt und deren Unterfertigung frei von Zwang erfolgt. ------------------------------

Wien, am 18.02.2026 (achtzehnten Februar zweitausendsechsundzwanzig). -------

------------------------------------------------------------------------------------------

I herewith certify that the signature of Paul **RESCH**, born on 30.10.1983 (the thirtieth day of October nineteen hundred and eighty-three), Bernardgasse 32/10, 1070 Vienna, is authentic. ---------------------------------------------------------------

Furthermore I confirm that the undersigned declared to be familiar with the content of the document and that the signing happened without compulsion. -----------

Vienna, the eighteenth day of February two thousand and twenty-six. --------------



Mag. Christoph Weber
Substitut des öffentlichen Notars
Dr. Gerhard Schuessler
Wien - Innere Stadt

