

1072 Wien

LO 9684 9638 9 AT

U.S. District Court for the District of Columbia
333 Constitution Ave NW Washington
DC 20001
USA
Attn: Clerk of the Court

PRIORITY

WIEN
ID: 1
18FEB26-15:53
1072
001840

BAR FREIGEMACHT
POSTAGE PAID
ÖSTERREICH
AUSTRIA