**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-02085 |
| | § | |
| ALL VIRTUAL CURRENCY HELD IN THE | § | |
| BTC-E OPERATING WALLETS AS OF JULY | § | |
| 25, 2017, AND OTHER ASSETS FURTHER | § | |
| DESCRIBED HEREIN. | § | |
| Defendants *in rem*. | § | |

## MOTION TO WITHDRAW AS LOCAL COUNSEL FOR CLAIMANT, ERIC MAXEY

Undersigned counsel hereby moves to withdraw his appearance as local counsel and pro hac sponsor, pursuant to Civil Local Rule 83.6 (c), on behalf of Defendant Eric Maxey in the above-captioned action. In support thereof the undersigned states as follows:

1.  On August 21, 2025, undersigned counsel filed a Motion for Leave to Appear Pro Hac Vice on behalf of Lead Counsel, Betty Williams, pursuant to Civil Local Rule 83.2(c). ECF Doc. 41.

2.  On August 25, 2025, this Court granted said motion. Minute Order of 8/25/25.

3.  On August 28, 2025, Ms. Williams filed her Notice of Appearance as lead counsel on behalf of Claimant Eric Maxey. ECF Doc. 80.

4.  Ms. Williams has since joined the D.C. Bar and the District Court for the District of Columbia.

WHEREFORE, the undersigned attorney, Charles R. Haskell, respectfully requests that this Court remove him as local counsel of record for Claimant Eric Maxey and permit his withdrawal. Dated April 8, 2026.

Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all attorneys of record.

Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Claimant*