**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-02085 |
| | § | |
| ALL VIRTUAL CURRENCY HELD IN THE | § | |
| BTC-E OPERATING WALLETS AS OF JULY | § | |
| 25, 2017, AND OTHER ASSETS FURTHER | § | |
| DESCRIBED HEREIN. | § | |
| Defendants *in rem*. | § | |

## ORDER ON MOTION TO WITHDRAW AS LOCAL COUNSEL
## FOR CLAIMANT, ERIC MAXEY

On this date, came to be considered the Motion to Withdraw as Counsel for Claimant, Eric Maxey, filed by Charles Haskell. Having represented that Attorney Betty Williams will resume representation for Mr. Maxey, this Court finds that the motion should be GRANTED. It is hereby ORDERED that Charles Haskell is to be removed as counsel of record for Claimant, Eric Maxey and he is relieved of any further obligations in this matter.

SIGNED AND ENTERED ON .

_____
UNITED STATES DISTRICT JUDGE