UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cv-02085 |
| | ) | |
| ALL VIRTUAL CURRENCY HELD IN | ) | |
| THE BTC-E OPERATING WALLETS | ) | |
| AS OF JULY 25, 2017, AND OTHER | ) | |
| ASSETS FURTHER DESCRIBED HEREIN | ) | |
| | ) | |
| *Defendants in rem.* | ) | |
| | ) | |
| | ) | |
| MIDDLECOIN, INC. | ) | |
| | ) | |
| *Claimant.* | ) | |
| | ) | |

**MIDDLECOIN, INC'S MOTION FOR JOINDER IN
OPPOSITION TO REQUEST FOR FURTHER STAY**

COMES NOW the Claimant, MIDDLECOIN, INC., by and through its counsel of

record, and moves to join in Claimants' Joseph Barrett, Marc Andre Guindon, Juan Mateo

Lorenzo, Aron Opthun, Kirk Ouimet, Michael Barth Vik, Felix Correa, Radoslav Barka, John

Barnes, Mario Casar, Zachary Glynn, Daniel Groves, Oleksandr Harshyn, Brandon Jurewicz,

Weibin Lam, Bradley Marion, Maximilian Parusel, Kevin Tillbrook, Ryan Underwood,  David

Weeks, Lennart Mattias Werner, Aleksandr Linenko, Bruce Tiemann, Kazjin Yasin Salih,

Benjamin James Moran, Paul Rhodes, Aldis Rigerts, Eric Sandri, Nikos Verschore Opposition

to Request for Further Stay filed as ECF Docket No. 341.

Claimant Middlecoin, Inc., is in the same, or similar, set of circumstances in this

proceeding having had communication with Plaintiff's counsel, although without a specific meeting with Plaintiff's counsel in person as described in Claimants' Opposition.

Claimant Middlecoin, Inc., hereby joins in Claimants' opposition to Plaintiff's request for further stay to the extent that Claimants opposes a blanket stay, and joins in Claimants' request to permit at least limited written discovery directed at (1) verification of Claimants and Claimant Middlecoin, Inc.'s account balances at the time of seizure; (2) the government's intentions and efforts regarding retrieval of BTC-e assets held abroad; and (3) Mt. Gox' standing/relationship as to BTC-e funds in July 2017 at the time of the seizure, as Claimants argued in their motion.

Dated: April 10, 2026                              Respectfully submitted,

/s/ Betty J. Williams
BETTY J. WILLIAMS
Law Office of Williams & Associates, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone: (916) 488-8501
Email:  betty@williamstaxlaw.com