## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

           v.

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN

Civil Action No. 1:25-cv-02085-CJN
Hon. Carl J. Nichols

### Motion for Supplemental Notice; Conditional Objection to the Status Report, to the Extent it Presumes Notice Was Reasonably Calculated.

The undersigned Claimant respectfully moves this honorable Court for const. notice pursuant to amend. V, XIV and Rule G(4)(b)(i).

**1.** Law enforcement closed BTC-e which had "over one million" accounts (*Complaint* ¶¶ 44, 59) - A significant Share[1] of Bitcoin's early User Base. It has been one of the early Bitcoin Exchanges (2011), remained one of the largest[2]/most searched[3] (2017) and uniquely allowed to copy expert advisor trades through MetaTrader[4].

**2.** Users were assigned separate Bitcoin deposit addresses. 656,000 of which are published[5]. Many deposits used 238 known services, many of which are still operating, identifying users (KYC) and often incorporated in the U.S. (further illustrated in Ex. 1.)

**3.** The government has not sent notice (email) to the unaware account holders.

**4.** Eight years' delay has minimized awareness (through reason or coping) and thus inhibited coordination. Delay may discourage and wear out hope for justice.

**5.** Lack of information persists: While the government seized the server[6], and the domain name publicly, "the bulk of the funds" was lost thereafter to "BTC-e operators still at large" *ld.* 113, as law enforcement could not move Crypto Currencies as of unnamed "Security protections" *ld.* 112. In another seizure, backups were obtained covertly

---

[1] statista.com/statistics/1202503/global-cryptocurrency-user-base/ and "The current number of unique active users of cryptocurrency wallets is estimated to be between 2.9 million and 5.8 million" (2017) jbs.cam.ac.uk/wp-content/uploads/2020/08/2017-04-20-global-cryptocurrency-benchmarking-study.pdf#:~:text=%E2%80%A2%20The%20current%20number

[2] by trade volume: web.archive.org/web/20160923082217/http://coinmarketcap.com/currencies/volume/24-hour/

[3] by google search volume: trends.google.com/explore?q=Bitstamp%2CBTC-e%2CGdax%2CHuobi%2COKcoin%2CBithumb%2CBitflyer&date=2012-05-01%202017-11-01&geo=Worldwide

[4] web.archive.org/web/20160320033002/https://pamm.btc-e.com/en

[5] www.walletexplorer.com/wallet/BTC-e.com-old/addresses and www.walletexplorer.com/wallet/BTC-e.com/addresses

[6] "[T]he Government has confirmed that '[l]aw enforcement maintains a copy of the BTC-e server as a result of law enforcement's 2017 seizure of the BTC-e server.' Furthermore, federal authorities can search for information from the BTC-e server" (web.archive.org/web/20250801134333/https://criminaldefenseattorneytampa.com/asset-seizure-asset-forfeiture/ancillary-proceedings/); "Information from the BTC-e server indicates that the user name for the BTC-e account identified through blockchain analysis was [...]" (2:23-cv-21819 Document n.8 justice.gov/usao-nj/media/1323026 and ¶105 page 47-48), "The email address associated with the chambers17 BTC-e account was [...]" *(ld.)*



**RECEIVED**

APR 11 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

instead: "the RMP imaged the Subject Server". (*United States v. Ulbricht* 1:14-cr-00068, ECF No. 57 at 6). The sum of innocent users balances accounted for in the BTC-e database is not stated. And crypto assets may remain untraced ("including but not limited to" (*complaint.* 11)). The BTC-e database might be consistent for innocent users. And combined with all Blockchain transactions (publicly permanently proven) more is explained/verifiable. The traced amount of 1,855.4 BTC is underproportional (by approximately a factor of 40, when compared to the 485,705 ETH (*ld.*) by trade volume locally[7] and globally[8]. Years after the seizure over 180 Bitcoins remained on old BTC-e wallets (not listed in the complaint[9]). "Direct Notice Required" The balances of the Czech bank accounts also aren't listed (in the complaint 11.)

## 6. Legal argument:

Mullane v. Central Hanover Bank, 339 U.S. 306, 314 (1950) held: "An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, **under all the circumstances, to apprise** interested parties of the pendency of the action and afford them an opportunity to present their objections." And "when notice is a person's due, **process which is a mere gesture is not due process**. The means employed must be such **as one desirous of actually informing the absentee** might reasonably adopt to accomplish it. The reasonableness, and hence the constitutional validity of, any chosen method may be defended on the ground that it is, in itself, reasonably certain to inform those affected, compare Hess v. Pawloski, 274 U. S. 352, with Wuchter v. Pizzutti, 276 U. S. 13, or, **where conditions do not reasonably permit such notice, that the form chosen is not substantially less likely to bring home notice** than other of the feasible and customary substitutes." *ld.*,

The Government stated, (**a**) "These email addresses were largely unverified and many years old." (Doc. No. 321), yet due process requires notice "as one desirous of actually informing the absentee might reasonably adopt to accomplish it." (Mullane) and "where conditions do not reasonably permit such notice, that the form chosen is not substantially less likely to bring home notice" than other substitutes (*ld.*). Rule G(4)(b)(i) affirms "**Direct Notice Required**", "to **any person** who reasonably **appears** to be a **potential** claimant on the facts known to the government". Most email addresses are reasonably kept beyond this otherwise inhibiting delay. Yet the very email address chosen, to access one's (most promising) investment and confirm withdrawals may rarely be deleted. Even marketing studies show that the majority of email addresses is kept above 10 years[10] and most individuals keep 2-3 personal email addresses[11]. Here Email is the Form of "notice reasonably calculated, under all the circumstances" (*ld.*)

---

[7] web.archive.org/web/20170721120708/http://coinmarketcap.com/exchanges/btc-e/
[8] web.archive.org/web/20170721152025/http://coinmarketcap.com/
[9] www.walletexplorer.com/txid/72c4f6931bf49a522713098b3651620aa95a5be60eac61c82c37e9ffaaaf5ae1
[10] zettasphere.com/how-many-email-addresses-people-typically-use
[11] mailjet.com/wp-content/uploads/pdf/EN-RR-MJ-Email-Engagement-2024.pdf#page=10

(Email addresses were verified at signup too (Doc. 164-1.) Notice can be conducted in Order of some meaningful Cohorts regarding Data such as Balance, BTC-e usage, Daytimes, Language and Country. - Zero Balance Accounts with no or few transactions can be skipped. (Statistically the majority and reasonably automatically ascertainable)) Prudent Delivery can monitor feedback (bounce rates, response rates, read receipts).

(**b**) "it was not feasible for the Government to determine the location of the various accountholders. Without location information—required to determine if an MLA request or other country-specific process was necessary to provide notice—it would have been problematic for the Government to send blast notice to all the accountholder email addresses." (ECF no. 329)  -  Yet mere information does not require an MLA request or country-specific process.  Due process notice requires a best-effort approach and is not subordinate to theoretical foreign opacity. In addition, country locations are presumed to be available, since BTC-e recorded IP addresses (Doc. 164-1,  164-2,  248-1 Ex. D., F.), which reliably determine country location[12].  (Or, where deemed reasonable, recipients could be asked to choose a version of notice by country or language)

(**c**)  "this case already includes dozens of claimants. Dealing with this number of claimants is already straining the Government's litigation resources." (Doc. No. 332 at 2)

**Proportionality:**  Questions of burden require proportionality.  Here the computable homogeneous, yet rich data, enables Prudence in Structure and Design and presumably a degree of Efficiency unprecedented in Forfeiture (=Congruence might lead to minimal Burden per claim). Forfeiture of comparable size led to as much as 20 calls and emails being afforded **per victim** ("paid 41,000 total victims in 127 countries", "820,000 calls or emails with victims" madoffvictimfund.com; 1:09-cr-00213 S.D.N.Y.) (In Madoff documentation from various third parties was required.) - Here chosen methods of verification and interpretation may be programmable or automated already. "The FBI has made progress interpreting and calculating the cryptocurrency trading history for users." (Status report Doc. No. 341), which may have added detail to account data automatically, such as total trading fees, etc.

(**d**) "The Government instead elected to send direct notice to the 100-odd individuals who

---

[12] en.wikipedia.org/wiki/List_of_countries_by_IPv4_address_allocation And the used methods of deposit or withdrawal may refine location classification, next to national email providers, usernames, daytime, etc.  VPN usage classification may also be classified automatically reliably if intended.

had contacted the Government in the intervening years claiming to be interested stakeholders, while relying on publication notice for everyone else." - **Best-effort**:  Email can't reasonably be substituted with a form "substantially less likely to bring home notice**"** (Mullane).  The amount of unnotified Claimants confirms near-complete reliance on notice. Discovering the forfeiture.gov notice URL requires notice itself. (It was 1656 to 1780  pages long[13]. Search engines delay and truncate long documents including this and when on a Website with limited incoming linkage[14].)  (E.g. the undersigned claimant became aware coincidentally while researching the largest forfeiture case extensively. His emails to the DOJ (Doc. No. 142 p. 4) in 2017 and 2022 did not result in notice. He notified another Claimant. Presumed account owners in original Bitcoin Forums remain inactive or unaware. The reddit conversation cited in Doc. No. 230.1 appears to show a timely claimant notifying a few of the late claimants and "17 Weekly visitors", yet no news outlet appears to have reported about this Forfeiture.)

---

- Through this case, many of the early Bitcoin users have been affected continuously and compoundingly.  The remaining burden appears to largely exist unrelated to the amount of claimants. "[N]otice reasonably calculated, under all the circumstances" (Mullane) "as one desirous of actually informing the absentee might reasonably adopt to accomplish it" *ld*. suggests to consider the delay, unawareness, proportionality, global online society and early decentralization. Part of the owners must be assumed not to speak English and or to have been minors at the time.

**Movant prays for judgement as follows:**

That innocent BTC-e users be notified;

That a minimum of the classes' ability to coordinate be restored after delay has irreparably deprived due process;

That Supplemental Proceedings be conducted without causing prejudice to existing verified claims which may settle with the plaintiff.

---

[13] web.archive.org/web/20250730025817/https://www.forfeiture.gov/pdf/USAO/OfficialNotification.pdf

[14] "Open Page Rank" counts Forfeiture.gov 294,815th by incoming linkage only.
(E.g. justice.gov is ranked 337th globally).  Searching "forfeiture.gov/pdf/USAO/OfficialNotification.pdf", in December and January Google consistently covered only a truncated part of an expired version (E.g. "October 01, 2025").

**7. Class Coordination:**  With more notices, the class of innocent BTC-e users may gain the ability to coordinate the return of remainders in foreign nations, which the Plaintiff appears to have abandoned. ("it will not seek to gain custody" (Doc 341. p. 3))

**8.  Continuous New prejudice:**  The delay and Lack of notice in this Case continuously furthers substantial prejudice. E. g. in a comparable current Forfeiture in this Court, 94,000 stolen Bitcoins remained instantly traceable to 2,072 wallets. The Government requested a list of users to notify from a Bitcoin exchange, which denied[15]. Among those victims are at least 57 BTC-e users, as visible in the public Blockchain. Their interest there amounts to at least 4,535 BTC  (1:23-cr-00239  Doc. 372);  Ex. 2.

**9. Societal consideration:**

"Crypto-assets are bringing about instability and insecurity – **the exact opposite of what they promised.**  They are creating a new Wild West." (Gensler, G. (2021), Remarks Before the Aspen Security Forum, U.S. Securities and Exchange Commission, August.))

- Several incidents, including BTC-e, have each still deprived multiple per percent or per thousand of today's total Global Crypto Capitalization, now used by a double digit Percentage of the World Population (Fn. 1) – Yet the permanently proven Blockchains transactions enable far reaching, effective investigations and empower judiciary prescience.  – Like public companies, these decentralized communities largely rely on voters in proportion to each voter's holdings[16] for their governance and causes (funded through their inflation rates[17], etc.)   –  During the historic exponential growth of Crypto Decentralization, some leading communities have accomplished self-healing through overwhelming consensus, such as quickly undoing a major heist**[18]** (2016),  raising the first crypto generation's awareness of stewardship. (But for BTC-e users, their votes in the early and ongoing developments of these communities remain equally deprived as their funds.)

---

[15] (("[t]he Government has attempted to locate those [accountholder], including by request a list of all accountholders from [Bitfinex], but such efforts have been unsuccessful." Consent Mot., ECF No. 141, at 6-7) 1:23-cr-00239 Doc. 300 n. 2)

[16] en.wikipedia.org/wiki/Proof_of_stake (or for Bitcoin specifically their amounts of machines running)

[17] e.g. www.dashcentral.org/budget

[18] "Members of The DAO and the Ethereum community debated what to do next, with some calling the attack unethical but valid, since it did not violate DAO rules as coded, while others called for the Ether to be re-appropriated and/or The DAO to be shut down.[22][23] The DAO community manager, Griff Green, organized a volunteer group of coders known as The White Hat Group to recoup the funds in the other 500 wallets before they could also be hacked.[24] **Eventually on July 20, 2016, the Ethereum network was hard forked to move the funds in The DAO to a recovery address** where they could be exchanged back to Ethereum by their original owners.[25] (en.wikipedia.org/wiki/The_DAO#History   citing sec.gov/files/litigation/investreport/34-81207.pdf#page=9 )

Respectfully submitted,

Dated April 10, 2026

Jonas Paasch, Pro Se

Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414331
Unit 162119, PO Box 7169,
Poole, BH15 9EL, England

**CERTIFICATE OF SERVICE**

 I, Jonas Paasch, hereby certify that a true and correct copy of this document is served upon the following individuals:  Joshua L. Sohn <joshua.sohn@usdoj.gov>; Catherine Pelker <catherine.pelker@usdoj.gov>; Sang Rai Kang <sangraikang@yahoo.com>; Jonas Blomberg Lerman <jonas.lerman@usdoj.gov>; Edward M. Burch  <edward@michaelburchlaw.com>; Leslie Sammis <lsammis@sammislawfirm.com>; David B. Smith <dbs@davidbsmithpllc.com>;  Daniel M. Smith <dsmith@sandiegodefenders.com>; Dan G. Boyle  <dboyle@bsfllp.com>; Victoria R. Scordato (D.C. Bar 90006232) <vscordato@bsfllp.com>;  Amanda J. Skillern <amanda@amandaskillernlaw.com>; Betty J. Williams <betty@williamstaxlaw.com>   Charles R. Haskell <charles@charleshaskell.com>; Tyler Finn <tfinn@dynamisllp.com>; Travis Olsen <sthompson@swlaw.com>; cgianelloni@swlaw.com; awendl@swlaw.com; Bjørn Erik Mol <dothat@duck.com>; Paul Capling <pcapling@gmail.com>; Timofey Fedotov <tob.kbect@gmail.com>; Andreas migotz <andreas@migotz.de>; Nazar fedorchuk <nazar.fedorchuk@gmail.com>; Olga Solodina <executorster@gmail.com>; Anton.Samuelsson <anton.samuelsson@live.se>; Kyle Wesley Herron <wesherron01@yahoo.com>;  ed.gao <ed.gao@hotmail.com>;  Martin Horák <horys@me.com>; Paige N. Hopkins <hopkinsreilly@gmail.com>; Kevin Reilly <kreilly100@gmail.com>; Oleh Chechetko <btccashpoint@gmail.com>;  Dejan Deak <deranbp@gmail.com>; Hae Young Kwon <haes920@gmail.com>; Timothy O'Brien <tobrien6@gmail.com>; Smion de Dardel <wattimedia@gmail.com>; Marco Stickan <Marco.Stickan@web.de>; Armen Karapetian <armen0954348575@gmail.com>

## Exhibit 1.

Numbers per Service were counted through www.walletexplorer.com/wallet/BTC-e.com
and www.walletexplorer.com/wallet/BTC-e.com-old

| Exchange / Service | Status (presumed) | Legislation (presumed) | BTC deposited to BTC-e >= | BTC Transactions with BTC-e >= |
|---|---|---|---|---|
| Poloniex.com | Operating | Singapore | 162,510 | 101,334 |
| Bitstamp.net | Operating | U.S. | 140,039 | 23,159 |
| Cryptsy.com | Stolen (2016) | U.S. | 37,175 | 43,207 |
| Huobi.com | Operating | U.S., Singapore, etc. | 122,146 | 10,753 |
| LocalBitcoins.com | Closed; administrative operation | Finland | 24,130 | 12,919 |
| Bittrex.com | Bankruptcy proceeding | U.S. | 22,833 | 12,893 |
| Cex.io | Operating | UK | 15,990 | 12,389 |
| Bitcoin.de | Operating | Germany | 12,234 | 5,293 |
| Bitfinex.com | Operating (Robbed 2016) | BVI | 20,949 | 3,760 |
| Kraken.com | Operating | U.S. | 9,320 | 3,016 |
| Xapo.com | Operating | U.S. | 3,096 | 13,734 |
| Instawallet.org | Compromised/stolen (2013) | | 55,751 | 1,140 |
| SlushPool.com | Operating | Czech Republic | 2,647 | 7,642 |
| CoinKite.com | Operating | Canada | 4,016 | 5,752 |
| YoBit.net | Operating | Panama | 5,353 | 3,894 |
| BitPay.com | Operating | Netherlands; U.S. | 4,719 | 2,817 |
| TheRockTrading.com | Operating | Australia | 4,972 | 697 |
| BX.in.th | Closed (Many users move to Bitkub) | Thailand | 3,136 | 3,435 |
| CoinPayments.net | Operating | Poland; U.S. | 1,024 | 3,971 |
| NitrogenSports.eu | Operating | Costa Rica | 1,821 | 1,053 |
| MercadoBitcoin.com.br | Operating | Brazil | 1,980 | 993 |
| BTCC.com | Operating | UK; Lithuania | 2,564 | 589 |
| CoinApult.com | Operating | Panama | 2,460 | 31 |