# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                                        **Criminal No. 23-CR-239 (CKK)**

**ILYA LICHTENSTEIN,** *et al.*

## Motion to Clarify and Rectify Notice

The undersigned respectfully moves the honorable Court to request information and rectify due process Notice pursuant to Rule 32.2(b)(6)(A) and

**1.** 2,072[1] individual owned multisig wallets were emptied (analog to safe deposit boxes).

**2.** Bitfinex denied the Government a list of owners' contact information (ECF Nos. 300 n2, 142 at 6-7).

**3.** It has come to Movant's attention, that at least part of the 2,072 wallets' owners' email addresses happen to be in possession of law enforcement:

**4.** Law enforcement seized and maintains the data from BTC-e (a major Bitcoin Exchange)[2]. Through the public Blockchain, Movant identified that at least 57 of the 2072 victim wallets made withdrawals to BTC-e (See Ex. 1). Identifiable ex ante.

5. "Lichtenstein gained … customer log-in credentials … used these" (Sentencing ECF No. 182 p. 49) (=Email addresses, and likely all data or corresponding amounts or wallets, if prioritized. E.g. the 2,072 thefts were also timed by amount). The plea agreement required: "Your client shall promptly turn over ... any and all evidence" (ECF No. 96 p.6) and "shall cooperate fully" (*ld.*). Thus it is deduced that the DOJ is in possession of owner contact information, unless the agreement was not fulfilled. (The owners, given their significant interest, and the public interest, merit clarity.)

---

[1] public in the Bitcoin Blockchain (ECF No. 273 Ex. 6)

[2] "[T]he Government has confirmed that '[l]aw enforcement maintains a copy of the BTC-e server as a result of law enforcement's 2017 seizure of the BTC-e server.' Furthermore, federal authorities can search for information from the BTC-e server" (web.archive.org/web/20250801134333/https://criminaldefenseattorneytampa.com/asset-seizure-asset-forfeiture/ancillary-proceedings/);   "Information from the BTC-e server indicates that the user name for the BTC-e account identified through blockchain analysis was […]" (2:23-cv-21819 Document n.8 justice.gov/usao-nj/media/1323026 and  ¶105 page 47-48), "The email address associated with the chambers17 BTC-e account was [...]" *(ld.)*

**6.** Some owners have not been notified following their Victim Impact Statements docketed in ECF No. 173-1, according to private messages, see Ex 2. (Another was notified late ECF No. 360).

7. Discovering the forfeiture notice URL requires notice. (It required to know the names of defendants and was 1286 to 1876 pages long[3]. Search engines delay and truncate long documents including this and when on a Website with limited incoming linkage[4].)

8. From June 2025, Movant notified several presumed (U.S.) owners, who still reached out after the seizure at reddit.com/r/BitcoinMarkets/comments/snss5g/us_based_bitfinex_hack_victims/, several of whom replied promptly but were unaware of the ancillary proceeding. Ex. 3

9. Movant has identified Services, which the 2,072 wallets have used (Ex. 1b), which mostly remain able to notify, including publicly traded regulated U.S. Enterprises (including the exchange Coinbase, which was among the top six at the time[5] and Robinhood Markets, Inc.) and bankruptcy archives (Cryptopia, QuadrigaCX).

**Legal argument:**  Mullane v. Central Hanover Bank, 339 U.S. 306, 314 (1950) held:

"An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, **under all the circumstances**, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections."   And "when notice is a person's due, process which is a mere gesture is not due process. The means employed must be such **as one desirous of actually informing the absentee** might reasonably adopt to accomplish it**.** The reasonableness, and hence the constitutional validity of, any chosen method may be defended on the ground that it is, in itself, reasonably certain to inform those affected, compare Hess v. Pawloski, 274 U. S. 352, with Wuchter v. Pizzutti, 276 U. S. 13, or, where conditions do not reasonably permit such notice, that the form chosen is not substantially less likely to bring home notice than other of the feasible and customary substitutes." *ld.*,

(E.g. courts held, forfeiture notice attempted through publication and certified mail, which could not be delivered, did not suffice. (Jones v. Flowers, 547 U.S. 220, 234 (2006))  Additionally the Federal Criminal Forfeiture Rule 32.2(b)(6)(A) specifically imposes affirmative duty, to send notice "If the court orders the forfeiture of specific property, the government must publish notice of the order **and** send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture

---

[3] web.archive.org/web/20241220204611/https://www.forfeiture.gov/pdf/USAO/OfficialNotification.pdf
[4] Searching "forfeiture.gov/pdf/USAO/OfficialNotification.pdf", Google consistently covers only a truncated part of an expired version, Ex. 4  (E.g. "October 01, 2025" in January). "Open Page Rank" counts forfeiture.gov 294,815th by incoming linkage only. (E.g. justice.gov is counted as 337th)
[5] web.archive.org/web/20160405233958/https://coinmarketcap.com/currencies/volume/24-hour/

in the ancillary proceeding." Forfeiture is shaped by many thousand small, localized seizures. Here the amount exceeds five years of forfeitures (justice.gov/afp/total-deposits-and-expenses). In this case, 2072 individual owned wallets were affected uniformly and remain public, which may streamline and minimize the outstanding burden per each interest accordingly. The past years undermined participation in numerous ways. "[N]otice reasonably calculated, under all the circumstances" (Mullane) "as one desirous of actually informing the absentee might reasonably adopt to accomplish it" *ld.,* requires proportionality and to consider the prolonged delay, the globally dispersed owners, latent awareness, global relations, online society and early decentralization. Part of the owners must be assumed not to speak English and or to have been minors at the time of the theft.

**Movant prays for judgement as follows:**

That notification be clarified and rectified through supplemental ancillary proceedings for interests traceable in the public blockchain;

That such proceedings be conducted without causing delay to existing petitions.

Respectfully submitted,
Executed January 13th, 2026

Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414331
Unit 162119, PO Box 7169,
Poole, BH15 9EL, England

**CERTIFICATE OF SERVICE:** I hereby certify that a true and correct copy of the foregoing document is served upon the following individuals via email: All pro se petitioners**;**

Mick E. Blaylock, Jr <rick.blaylock.jr@usdoj.gov>; Catherine Pelker <catherine.pelker@usdoj.gov>; Jolie Zimmerman <jolie.zimmerman@usdoj.gov> Aitan D. Goelman <agoelman@zuckerman.com>;  Alexandria Jean Smith <ajs@gdllaw.com>;  Barry H. Berke <BBerke@gibsondunn.com>; Christopher R MacColl  <cmaccoll@zuckerman.com>; David Bitkower <dbitkower@jenner.com>; David W.T. Daniels  <ddaniels@perkinscoie.com>;  Denis Nicholas Harper <nharper@gibsondunn.com>; James Donald Sadowski <jds@gdllaw.com>;  Jessica Peck <jessica.peck@usdoj.gov>;  Kayvan B. Sadeghi <ksadeghi@jenner.com>;  Kevin Feldis <kfeldis@perkinscoie.com>; Laura Vartain Horn <laura.vartain@kirkland.com>; Lawrence W. McMahon <lmcmahon@jenner.com>; Mark C. Holscher  <mark.holscher@kirkland.com>; Sara Cervantes <scervantes@jenner.com>; Shailee Diwanji Sharma  <ssharma@jenner.com>

**Exhibit 1.**

The following 57 in 2072 wallets made five to six withdrawals (on average) to a median of (only) one personalised deposit address at BTC-e. Each is most probable to belong to each respective same person. Crypto currency transactions in 2016 and 2015 were mostly personal savings sent from and to the same person, since there were over hundred times fewer verified users (ECF No. 263 Ex. C). (=The nexus qualifies for near perfect matching).

Consistent with that, some of the verified petitioners in this case, were also affected at the BTC-e seizure and filed verified claims there (1:25-CV-02085-CJN Nos. 133, 312).

| Hack Victim Wallet TX ID | Corresponding personal deposit address at BTC-e |
|---|---|
| 6d2410af1cef395c7e843da6aa175b7fbf5709c0e8c591bc3e6d549abc701f39 | 1JWPWZsYfuXP7XHTPTDE3SiuqDDUyBcFVw |
| 24f0205ac645e4fb2fcbfb85775517a4e43dd87d989f661b9bc46f032c44f4c6 | 1E7XRpckv19r5ak1FmWBedYekh2peNHcme |
| 27bdbc9b9dd24f19b535358bc16886ce1ea0dedfb310a12c9a47a50490f300c0 | 1AJWsoWkyfDhvkryVpbGPzbLKHCnDXpEp1 |
| 38df51550e8041d27f4288f343ffc27bf75a87f160008e40b1f55263d70bced9 | 15hQJXpeKJ4dwxdEcRCkck4wu8TNoapadX |
| 577c4707906d2855d5d2dd580af23a456d3efb1f210dd3fac43b02c7c3339d12 | 1LdMunBhzmAk8HG273wTa4yTyb2ZAwGv1s |
| c2ad45a9b9c01421756380d936395594154c5f91c4d3a1756c70ae2df4e83a75 | 1DboNsKjZea4mbDbwpRVc9tCArJS672yzW |
| 47476df01018a9f530f09b81076eaa50d19a2eff2ad44717ef4cfc0eab949b5b | 1Ar3Y9VgfHTCg32MZzaVHzRLGH7xbCP1Gg |
| 4c5b9420d6bb91cabb0719e94142ccdcef3951ca835eaca1c9e71fef9a05273a | 18JAWHviWNEpM1DouUMnBq5m7PH5JmyV3A |
| " | 1FRwEMJHZYCCvXgeBzydMQ8qhpFJYDyYfW |
| " | 1MCdvLmrnEMw9UTM4x1nJ9fCqGM7vQowaT |
| a9bf3246d38a10b7c60bb8ee350f851173cc684634f4e6af81d69da625b2e78a | 1Q79qwzyEnJLaiLXSmXQfimpMKoJhTiyM4 |
| 20d97215eaa015d7c19aa2c14875802f5f0af9f3f022b9a848e9dedd3ac94d16 | 1LXxAw5HEAoFXZx7mE3BFqNMu4MFRS8bsJ |
| 66393f2e279440b80017d1b0b5c481e1e1c65ea734e7e352bb493ff6651e019f | 1M3XsAkEzSofMQA7aFPt6vN4x64FJC5PZe |
| 9ca8f76777be2dd24b3d84ee89bddf82f8541989f7a6426adb32ad03b3e5b1e9 | 1PWYhVN2VzHwijHuHUkD63cAse3Gyk6AxS |
| " | 1DonwNENxVe1rsZKuv51R7ztG6cwhHTQwS |
| e3997a719bf74134b13186e4306ac40fe53262ff4c683b8f3bfdd5eb807a5878 | 1P8msCG57s1ui3bnNjkznkdmtyYLtKCwm |
| e97b33ac5b2cd45e59af36378ec501e480567f4bf258ce7123c2af9d3580a435 | 16xq8xebgZE7szg5quGW5fqjFVxfe97MmF |
| 66dfafa4cca7f5cdcbf073469f5a7770dca2c1b00751644f0c17b75f019ab1cf | 1L8MZq3C2hqnRjzWXnraMUpDMbf1xZDeeq |
| 843cf2d8451f338fcaa4bd4b2eea5a2927de0388b279f770b8598336a6309203 | 16bQsKsAS3kNBDPzXEwFuZtSUv3X2HsQnn |
| de575adc2273dad50788ddcd8aed9432cd1933a7ac8a232f251e4d788391e409 | 17ois3BU7iUfgKJUkEY1xehk5NbmSJqepv |
| fcfc897ad73a565e904c298eb9d976c8d739a77edf7a917c23a76806bb21fb76 | 1AUh9YzrPqjvfcJDyBoKcmjiPCzSdFbwRb |
| 1dfd5181483a7d2c54aedc2943cce8e8a96a32c56a9a6b7815c965d182a8f316 | 1JSho6seDfJeqWu5TtViTfJ6J7hwuA6Rs1 |
| 48485160d3b8417e2b23adba693750f7b03f8f8ef32747f8cd9f9471c7cbd313 | 1FfWoCVu6W7JxBUt5iNzvA1nkixEnJQFAw |
| b1a546567251f3218b0c44a7971754cf88e8db8c4e61a06b86b3c809f1d4c867 | 17EMK8xkBv789UnAtpzufyJGUEfv1iNRpF |
| d0da451e45f5a942a4969f7857f3344f97b7e576288292964e542a6330f256a3 | 1CGWEAz8a5BNa9EknSpWSaC2ET8YQ4rFMX |
| " | 1N8p33bejeRGBKsw3eANEC6FFkyPQWx62j |
| deba1a5c928bb9831360780c7cedaa57585b1f0481f5c9282eee28cc33fcb9da | 1PhML1iTPgHDYp5Af1gMcmaMBHp9hnENiD |
| d3657182f45ea077049c21b7ac791182cc95d3e4f1a5215d2f93fe8aba15caf8 | 18S1KzsMAdCF8nnQiV2VYCsxbkfjDeLLa3 |
| faccb9f4ea80a7adfc014401a514ed1579e46dae36201661147ca86172b13e64 | 17UVtTKxsGuxKVjZdGqxBWvcFhkv5chBNw |
| " | 1KTFKJLKbQNaKPY2nZUKGfKACCQ4TvYNWQ |
| 0ecff875d9be41c5c9cb5c041ea0ee6d85f27a6f78ba0257b0eb5272f6d7c439 | 16FYTyjanfLDcLQshKrQ63zCiqCM2UYtDt |
| 1fc0cac7fd612092e27c7538c3a398304c568c4a5c8192c5f97a7cc80adae2e9 | 19ZrGMVaJ19Fn1hdkwvYoTGVbyd4aqw9n6 |
| 62878b94d443843a46fb9f511fdff7ef96b90617b7a8d83f7bab62673bcf8c97 | 15w7XbeVm3vfNdEBuincBdi6r6njjexRTh |
| 62f74a5396f1c6f89f9b1fa0da67dee3614920211e67fca64428884dfe24d59b | 1PyjxEMb2BdZ11cmA2sdURiVtYRgdE1B9R |
| 76e052da03f1f81dddf6e8f692f011a07eab9d7f6af4d0c757ea25d97bba50d7 | 1DaSQUstSz6pqfHRwXPbJ8G7b3aNB6xsic |
| 7702205e75db12b6b6d1f1563673ad5b7d824bef41ff9c4c16970300e846b835 | 1EgQ5wgPaGbFyzmRxFvd7TAxrfvAKKPUN7 |
| 8c85e63bf30128c085916848be9b1032ce48977c8acdebfae8abb8052a39ff0d | 1z9ZqjN9kMMgejRJ5phsdNysKWPJ3kTon |
| 8d0797bc1cf4605b16fd8f8241d2bd33c926ea3b9f0dd718d3ab7a959678f00b | 1M2ozRjDegCpqht32VVKwcucr1EtUcDt23 |
| 92622e575d3de6870718ae7e274f87c971ea479fa5a3e9c4a8fe361387554f4e | 1HHz3nWZMiz8WktuAqqZTngFRMrw1qf4db |
| 94e439a95adb20a46768dbeede4c020b408cc78769c7004ff8b96c5a71b0f09e | 1JBeb2jCmXmwYi8EimutNh2fghCfMyZeVX |
| 99e4e05e816d300277e215af8303b50c2a86cc4dd98041380c215c39c0709fab | 16ZoJUG11WUYBjsMWvnsG1QP7FNfLj4RL6 |
| a24f3839e261180c13b312b4b61704bb5a0d374cf2fd45a3cb241ae394d0c091 | 1912LbVDyWDwEh6C2iy1ywwSKtEjpxN2aY |
| a96ab8e06f7bb36c8f34848aa7a3e32d021f88292de43882403ecc4b358020d1 | 1BMbPNzieQhh6cGDdEmx9mpMF2ma4u8eXG |
| c0320413aef4b0433f4bcb5b1226fa0e827e359eb2815f82d46622aeddb5b1ab | 1BDTkwKGrHz2F9LoA9Cn4uwyyRzVbiNZfA |
| deba995b0ed57ee23419ca92922fe4c3c3085fe86196a85cc6e8585cd0414f71 | 1MA1wScxYQkcEwJJgJrtNih3CdftgMZhy9 |
| 436a30151169c43a78c6a3a8192c0a583b994db3f6fb10ccb93300d89a891e08 | 1PNL84pm94JhLXDNhU5Mfc9vkRVbsDBbK4 |
| 57f529ac6f292f0a79a4fe88cb9f0aeacc671166ff1e8f53bab13d01a2c968fa | 17vYAmZKUBpDyUg6tGnQtaFKLkZa4LZqaf |
| 15e16959d4dd99319757e8797d3b7ffb6e37e9617c92a831c86ad2000bf7b7ab | 1FPj2LSYyH5qRGrwc9whwBKE13Cc16WyPn |
| 3e381cfed9cb848e34c620a5b6de4466db475618cfde7e63a9f4ed756b3344cf | 1D9VhU89Eg8pPAKdYagkvsRWAG48a2Vk1T |
| " | 1LcUMzU7CLGjmS1N27W5PNLRHrttrdoy51 |
| 5bb41be7e4a8857b733c5bec2edc4491f43b42a8d34ef4cc9abece1b435aae87 | 14cbKfkJaKFXWjoNwWq6HD5UYFvs6EmGvD |
| 8d091a20984b20f43a18da15d608e9b6e6609c912488bdf14d03df609c3304f2 | 1BTeG4N7tQWvnwaNMfsT4Qqo5AKRvjiaLk |
| " | 199BUf3VhwCYexJrLTnPTrJso69BD3HuaE |
| " | 1MMLzEvSwbGEDFNrq1jiEUmtjN61Y1pkQ7 |
| " | 1HXRqXBKCMTXRbQJbqEMN2g5UUmjnrj5gV |
| a5f6bcb4d76e3a818407056164b203f84348b29189213f39da8605eddb5c4b6d | 1LT5P1eJMfMG3ATDuMmt9vHRqZWNnPJRzz |

| | |
|---|---|
| 3dac7eb2e13d3675e62e5ed391707e397f2feb8b8e1fa02213566b515e8cc532 | 1LKgc59XebEWKwoVBYNWVuCYT755KkXMAL |
| 403f5e7f0364fe7161effd6fb9f09a93788d121e2758fb51881fba7d4f32b97f | 1CpPin1R9tpwciweuQ5KMVWkJz7EH9uBNH |
| 607b1e40032d2fb1035254661ff854eab77c30f95ac6780e858ba12e9192cc3e | 1GqMc4EJzMzxKegaX1n4pHGPzXRBRi7fK5 |
| 6e29f13ee98d79dccc0a6204e6c829e9010dd9130307555c1755386f8c99f8ca | 1G6EGT2FHkGSEsczDNbZsPbpA3ZSgYNC7b |
| 913ba0f54dfdc2e7b699176a7562452d84ad88f23b5675ebce0596f178d082a4 | 1FNMTghaUPWwnG3CXNLrcVrnAgyS3oA1bi |
| " | 1Kmyr5YT8cmChGWwKm65T7ruxFshPeuSfR |
| " | 1NFmgSbnwk4CTcWBfFuzmKRp5iZeNSPw7s |
| f1e4d0382e5ef1a905d431cb42d70a19b2ef9bba2756febc55507aa62fad7fb4 | 13opZLdQ4tJuYHmzX7Qx1DnhcDQhdrzUwR |
| 848bf4785ae4d8950157870335b54a4222f3d89f5be5ca9a1ff5a312f5225037 | 1JfMynrPf2h1WuySshrDH2WFbf1K2WEymp |
| " | 1GBZa8h4s1B3y7RHCWWfYbu9YFw4D1yXSA |
| " | 1GiQdU3ooEJV7y9C1AwLEZQyMGbQQ5chzn |
| " | 13VYesCGDHSqAo6t3Zzcw2GmnNRUvGXf26 |
| " | 1FJTBkVsTVcCbTgexLkD36mKJQZVhtVneZ |
| " | 1Cn9iUoKfK9wjKRn2wwWS5GnEBHRL46yik |
| 27aa1289654e9d7e0defcc6e23a429444680924e307e312cb2ecd5d35a4e7e7a | 17cudaMgTcXoi2ssETVBrBy5GfPdCqDBkh |
| 2fccfa5358d21876d0209203df3b7d30a0a4cd0135f9bd5891f416afaa1e9706 | 1AjkEpKYKhu23xDzq559tkW56ky9pTDU5z |
| 82608afed27f363068a963ee956dd328fe219f052645e276dd5d048e55ac56a7 | 1PyhF6R5YnPWRCVqNwL2eNnQR6RovYxi2D |
| " | 1MQH7QqfD8ns5zYzxGzKZi7H6cGDcRAUtZ |
| " | 1QHrprJD51vtZEgZpb1a3WctgfK5xFYKnn |
| " | 1H9GjjXU5Jj1aobvxumHTi8B9KtwYkxURP |

**Method:**  Movant queried walletexplorer.com for the 2,072 stolen wallets' transactions.

**Exhibit 1b.**

| Service | Minimum amount of linked Hack Victim Wallets. | " | " |
|---|---|---|---|
| Poloniex.com | 346 | Bitbond.com | 4 |
| Bitstamp.net | 139 | BTCJam.com | 4 |
| OKCoin.com-2 | 58 | Bit-x.com | 4 |
| BTC-e.com | 57 | BitPay.com-old3 | 4 |
| LocalBitcoins.com | 46 | BitBay.net | 4 |
| Huobi.com-2 | 44 | NucleusMarket | 4 |
| Xapo.com | 41 | PrimeDice.com | 3 |
| LocalBitcoins.com-old | 39 | BitAces.me | 3 |
| Kraken.com-old | 35 | Bter.com | 3 |
| CoinJoinMess | 19 | MasterXchange.com | 3 |
| Bittrex.com | 19 | CoinGaming.io | 3 |
| OKCoin.com | 17 | AbraxasMarket | 3 |
| BitPay.com-old2 | 17 | BitcoinFog | 3 |
| NitrogenSports.eu | 15 | CoinApult.com | 3 |
| Cex.io | 15 | MeXBT.com | 3 |
| BitVC.com | 13 | BitcoinWallet.com | 2 |
| Bitcoin.de | 13 | MaiCoin.com | 2 |
| YoBit.net | 11 | Bitcoin.de-old | 2 |
| Cryptsy.com | 11 | BitKonan.com | 2 |
| HaoBTC.com | 10 | OrderBook.net | 2 |
| BTCC.com | 9 | Igot.com | 2 |
| BX.in.th | 9 | BTCCPool | 2 |
| Hashnest.com | 9 | ChBtc.com | 2 |
| BtcMarkets.net | 8 | CoinJar.com | 2 |
| Gatecoin.com | 7 | MercadoBitcoin.com.br | 2 |
| Purse.io | 7 | CoinPayments.net | 2 |
| CloudBet.com | 5 | Cavirtex.com | 2 |
| Cubits.com | 5 | AgoraMarket | 2 |
| AnxPro.com | 5 | GoCoin.com | 1 |
| Bitcurex.com | 5 | FYBSG.com | 1 |
| AlphaBayMarket | 5 | SwCPoker.eu | 1 |
| Luno.com | 4 | VirWoX.com | 1 |
| BTCC.com-old2 | 4 | Crypto-Games.net | 1 |
| Loanbase.com | 4 | BitcoinVietnam.com.vn | 1 |

(=Incomplete research.)  As a supplemental means, for wallets linked to private wallets and miners, Notice could also be sent to those via Blockchain. (As done in 24-cr-20308[6])

**Exhibit 2.**



AUG 7, 2025

8:51 AM

Hey, how have you been?

8:59 AM

: No, I didn't receive an email.

Did your forfeiture notice ever arrive?  (Edited)

3:45 PM

No, it didn't happen for me anymore.

JUL 10, 2025

3:02 AM

hi, why didnt you claim your bitfinex2016 coins in court like the other people? are you sure? all the best!

3:02 AM

No sir, why? You did?

---

[6] justice.gov/usao-sdfl/pr/founder-miami-based-cryptocurrency-token-clucoin-sentenced-wire-fraud

**Exhibit 3.**

Victim-A



Victim-B



Victim-C



**Exhibit 4.**





About the source ⓘ

Forfeiture.gov

ⓘ

Google can't find much info on other sites to help you learn more about **Forfeiture.gov**.

You might consider:
- Does the source seem trustworthy?
- What do other sources say?

Get more tips