**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

Civil Action No. 1:25-cv-02085-CJN
Hon. Carl J. Nichols

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017,
AND OTHER ASSETS FURTHER DESCRIBED HEREIN

### NOTICE OF WITHDRAWAL OF MOTION

Claimant hereby withdraws the Motion filed at Docket Nos. 345 and 345-1.
The motion was filed in error as a draft.

Respectfully submitted,
Dated April 14, 2026
Jonas Paasch, Pro Se

Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414331
Unit 162119, PO Box 7169,
Poole, BH15 9EL, England

### CERTIFICATE OF SERVICE

I, Jonas Paasch, hereby certify that a true and correct copy of this document is served upon the following individuals:   Joshua L. Sohn <joshua.sohn@usdoj.gov>; Catherine Pelker <catherine.pelker@usdoj.gov>; Sang Rai Kang <sangraikang@yahoo.com>; Jonas Blomberg Lerman <jonas.lerman@usdoj.gov>; Edward M. Burch  <edward@michaelburchlaw.com>; Leslie Sammis <lsammis@sammislawfirm.com>; David B. Smith <dbs@davidbsmithpllc.com>;  Daniel M. Smith <dsmith@sandiegodefenders.com>; Dan G. Boyle   <dboyle@bsfllp.com>; Victoria R. Scordato (D.C. Bar 90006232) <vscordato@bsfllp.com>;  Amanda J. Skillern <amanda@amandaskillernlaw.com>; Betty J. Williams <betty@williamstaxlaw.com>   Charles R. Haskell <charles@charleshaskell.com>; Tyler Finn <tfinn@dynamisllp.com>; Travis Olsen <sthompson@swlaw.com>; cgianelloni@swlaw.com; awendl@swlaw.com; Bjørn Erik Mol <dothat@duck.com>; Paul Capling <pcapling@gmail.com>; Timofey Fedotov <tob.kbect@gmail.com>; Andreas migotz <andreas@migotz.de>; Nazar fedorchuk <nazar.fedorchuk@gmail.com>; Olga Solodina <executorster@gmail.com>; Anton.Samuelsson <anton.samuelsson@live.se>; Kyle Wesley Herron <wesherron01@yahoo.com>;  ed.gao <ed.gao@hotmail.com>;  Martin Horák <horys@me.com>; Paige N. Hopkins <hopkinsreilly@gmail.com>; Kevin Reilly <kreilly100@gmail.com>; Oleh Chechetko <btccashpoint@gmail.com>;  Dejan Deak <deranbp@gmail.com>; Hae Young Kwon <haes920@gmail.com>; Timothy O'Brien <tobrien6@gmail.com>; Smion de Dardel <wattimedia@gmail.com>; Marco Stickan <Marco.Stickan@web.de>; Armen Karapetian <armen0954348575@gmail.com>



**RECEIVED**

APR 14 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia