UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                      )
                                               )
        Plaintiff,                             )
                                               )
v.                                             )        Case No. 1:25-CV-02085-CJN
                                               )
ALL VIRTUAL CURRENCY HELD IN                   )
THE BTC-E OPERATING WALLETS                    )
AS OF JULY 25, 2017, AND OTHER                 )
ASSETS FURTHER DESCRIBED HEREIN                )
                                               )
        Defendants in rem.                     )
                                               )
_____        )
                                               )
Sang Rai Kang                                  )
                                               )
        Claimant.                              )
                                               )
_____        )

MOTION FOR JOINDER IN OPPOSITION TO REQUEST FOR FURTHER STAY

        COMES NOW the Claimant, Sang Rai Kang appearing pro se, and moves to join in
the Opposition to Request for Further Stay filed as ECF Docket No. 341.

Claimant Sang Rai Kang is in a similar set of circumstances as the claimants in
Document 341, having been deprived of funds since the 2017 seizure. Claimant hereby
joins in the opposition to the government's request for a blanket stay and joins in
the request for limited discovery to verify account balances and the government's
intentions regarding foreign assets.

Dated: April 17, 2026

**RECEIVED**

APR 17 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Respectfully submitted,

Sang Rai Kang
411 Virginia Ave.
Herndon, VA 20170
571-921-7424
sangraikang@yahoo.com

CERTIFICATE OF SERVICE
I hereby certify that on this 17 day of April, 2026, I served a true and correct
copy of the foregoing Motion for Joinder via U.S. Mail, postage prepaid, to the

following:

Joshua L. Sohn
U.S. Attorney's Office for the District of Columbia
1400 New York Avenue NW
Washington, DC 20005

Catherine Alden Pelker
Jonas Lerman
Claudia Quiroz
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530