**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>                    Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br><br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S JOINDER TO PLAINTIFF'S REQUEST TO MAINTAIN THE STAY** |

1

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") submits this Joinder to Plaintiff the United States of America's ("the Government") request to maintain the stay.

The Government submitted a Status Report on March 31, 2026, that respectfully requested that the stay in this matter remain in place for an additional 60 days. ECF No. 340 at 1-2. The Government's request was based in part on productive discussions that have been held between counsel for the Government and for the MtGox Trustee regarding MtGox's claim.

The MtGox Trustee joins in the Government's request to maintain the stay for an additional 60 days for this same reason. Counsel for the Government and for the MtGox Trustee continue to have productive discussions regarding MtGox's claim, and these discussions will likely yield efficiencies for the Parties and for the Court regarding the number and scope of issues that may be litigated, thus conserving resources for all.

For the foregoing reasons, the MtGox Trustee respectfully requests that the Court order this matter stayed for an additional 60 days.

DATED: April 28, 2026

Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Daniel L. Sachs*

David J. Molton (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Daniel F. Kerns (*pro hac vice)*
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all pro se parties whose email addresses are readily available.

By:    */s/ Daniel L. Sachs*

Daniel L. Sachs (DC Bar 1045490)

4