**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**STATUS REPORT**

Plaintiff United States of America ("the Government") respectfully submits this Status Report pursuant to the Court's Minute Order of April 29, 2026.

On May 13, 2026, the Government had its second meeting with counsel for Mt. Gox. At this meeting, Mt. Gox laid out its factual and legal theory for why the Defendant Assets are, in their view, traceable to the cryptocurrency stolen from Mt. Gox and routed through BTC-e. The Government is reviewing information provided by Mt. Gox and plans to have a further meeting, including a potential counter-presentation if necessary, next month. The Government also reminded Mt. Gox that there are dozens of BTC-e accountholders who have filed claims that are fundamentally adverse to Mt. Gox because they lay claim to the same finite pool of Defendant Assets. Accordingly, the Government encouraged Mt. Gox to reach out to counsel for the accountholder claimants to determine whether it is possible for them to present a joint proposal for the Government to consider with an eye toward potential global resolution of this case. The Government does not know whether Mt. Gox has yet reached out to the accountholder claimants,

1

but the Government believes (based on the tenor of the May 13 Mt. Gox meeting) that Mt. Gox

has done so or will soon do so.[1]

Separately, the FBI has made substantial progress in its assessment of the BTC-e account

balances for the accountholder claimants and remission petitioners whose account records the

Government was able to find. The Government has been unable to locate BTC-e accounts for some

of the accountholder claimants and petitioners based on the information provided in the claims and

petitions, and the Government plans to reach out to those individuals and/or their counsel to solicit

more information (on a voluntary basis) about their alleged accounts.

For the foregoing reasons, the Government respectfully requests that the stay be extended

for an additional 45 days, with another Government Status Report due at that time.

Respectfully submitted,

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION

/s/ Joshua L. Sohn
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics
And Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

/s/ Catherine Alden Pelker
CATHERINE ALDEN PELKER

---

[1] While there are a great many accountholder claimants, most of them are represented by a small number of attorneys and law firms.

2

Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 514-1062
catherine.pelker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all *pro se* parties whose email addresses are readily available.

By:    ___*/s/ Joshua L. Sohn*____
Joshua L. Sohn