UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN Hon. Carl J. Nichols

PRO SE CLAIMANT KEVIN REILLY'S REQUEST FOR LIMITED SETTLEMENT-RELATED DISCLOSURE AS CONDITION OF FURTHER STAY

Pro se Claimant Kevin Reilly respectfully requests that, as a condition of any further stay, the Court direct the Government to disclose within seven days the exact dollar amount of assets forfeited by Alexander Vinnik to the United States in connection with the resolution of his criminal case, including any forfeiture commitments associated with his transfer to Russia in February 2025.

This request is narrowly tailored and seeks a single aggregate figure directly relevant to claimants' efforts to evaluate and refine settlement proposals prior to the Court's June 3, 2026 deadline.

The Vinnik forfeiture amount is directly relevant to claimants' evaluation of settlement proposals because it bears on the total pool of assets available for innocent accountholder recovery. The Government's May 20, 2026 Status Report requests a further 45-day stay while accountholder claimants and Mt. Gox are encouraged to develop a joint global resolution proposal. Claimants cannot meaningfully participate in that process without knowing the full scope of assets the Government has already recovered in connection with the BTC-e criminal proceeding.

This Court has authority to condition a further stay on reasonable disclosure requirements. The requested disclosure imposes minimal burden — it requires only that the Government state a figure it already knows — and is essential to the good-faith development of any joint resolution proposal the Government has specifically invited claimants to pursue.

Claimant respectfully requests that the Court direct the Government to disclose the Vinnik forfeiture amount within seven days as a condition of any further stay, and that the Court include this requirement in its order addressing the Government's pending stay request.

RECEIVED

JUN 01 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

/s/ Kevin Reilly

Kevin Reilly, Pro Se Claimant

kreilly100@gmail.com

Dated: May 20, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026,  I filed the foregoing document with the Court via [CM/ECF / email to dcd_cmecf_intake@dcd.uscourts.gov], which will send notification to all counsel of record registered in this case. I have also served copies by email on pro se parties whose email addresses are known to me.

/s/ Kevin Reilly

Kevin Reilly