**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

United States of America,

     Plaintiff,


v.


All virtual currency held in the BTC-e
operating wallets as of July 25, 2017, and
other assets further described herein,


     Defendants in rem.


_____


**Civil Action No. 1:25-cv-02085-CJN**

**Hon. Carl J. Nichols**


**PRO SE CLAIMANTS' SIGNATURE PAGE
Notice of Proposed Global Settlement Framework and
Motion to Condition Further Stay on Commencement of
Good-Faith Settlement Discussions**


The undersigned pro se claimants hereby confirm that they have reviewed the foregoing Notice of Proposed Global Settlement Framework, endorse it as a basis for negotiation, and join in the relief requested therein.



/s/ Kevin Reilly

**KEVIN REILLY**

kreilly100@gmail.com


/s/ Timothy O'Brien

**TIMOTHY O'BRIEN**

/s/ Edward Gao
**EDWARD GAO**


/s/ Marty Spargo
**MARTY SPARGO**


/s/ Simon de Dardel
**SIMON DE DARDEL**


/s/ Dejan Deak
**DEJAN DEAK**


/s/ Paige Hopkins
**PAIGE HOPKINS**


Pro Se Claimants


 Dated: May 31, 2026


## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I caused the foregoing Notice and Motion, including this Signature Page, to be served upon the following counsel of record via CM/ECF and/or email:

Joshua L. Sohn / Allison Ickovic, Trial Attorneys
Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue NW, Washington, DC 20005
joshua.sohn@usdoj.gov

Catherine Alden Pelker, Trial Attorney
Computer Crime and Intellectual Property Section

Criminal Division, U.S. Department of Justice

1301 New York Avenue NW, Washington, DC 20530

catherine.pelker@usdoj.gov


/s/ Kevin Reilly

Kevin Reilly