**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     ) | |
|     *Plaintiff,*     ) | |
|     ) | |
|     v.     ) | **Case No.: 1:25-cv-02085** |
|     ) | |
| ALL VIRTUAL CURRENCY HELD IN     ) | |
| THE BTC-E OPERATING WALLETS     ) | |
| AS OF JULY 25, 2017, AND OTHER     ) | |
| ASSETS FURTHER DESCRIBED HEREIN     ) | |
|     ) | |
|     *Defendants in rem.*     ) | |
|     ) | |
|     ) | |
| SARAH WINTERS,     ) | |
| RICHARD LEWIS PETERSON,     ) | |
| CHANGJIE LIU,     ) | |
| THOMAS SCHMIDT,     ) | |
| THOMAS WEST,     ) | |
| TIM ALFONS MARIA WITHAG,     ) | |
| JOHN JAIRO CORREA,     ) | |
| PAUL CAPLING,     ) | |
| CHRISTOPHER ALLAN CALLEJO,     ) | |
| PATRICK WAUTHIER,     ) | |
| TIMOFEY FEDOTOV,     ) | |
| MARTIN HORAK,     ) | |
| RAYMOND SCHETTINI,     ) | |
| BJORN ERIK MOL,     ) | |
| YAACOV ISRAEL BAR HANIN,     ) | |
| MOHAMED PARVEZ NOORANI,     ) | |
| MAHDI NOOSHAFARIN,     ) | |
| JACOB CAMPBELL,     ) | |
| SAJAD GHANIZADA,     ) | |
|     ) | |
|     *Claimants.*     ) | |

## CAPTIONED CLAIMANTS' MOTION FOR JOINDER IN SECOND OPPOSITION TO REQUEST FOR FURTHER STAY

COMES NOW the Claimants, SARAH WINTERS, RICHARD LEWIS PETERSON, CHANGJIE LIU, THOMAS SCHMIDT, THOMAS WEST, TIM ALFONS MARIA WITHAG, JOHN JAIRO CORREA, PAUL CAPLING, CHRISTOPHER ALLAN CALLEJO, PATRICK WAUTHIER, TIMOFEY FEDOTOV, MARTIN HORAK, RAYMOND SCHETTINI, BJORN ERIK MOL, YAACOV ISRAEL BAR HANIN, MOHAMED PARVEZ NOORANI, MAHDI NOOSHAFARIN, JACOB CAMPBELL, SAJAD GHANIZADA, (collectively referred to as Captioned Claimants), by and through their counsel of record, and moves to join in Claimants' Joseph Barrett, Marc Andre Guindon, Juan Mateo Lorenzo, Aron Opthun, Kirk Ouimet, Michael Barth Vik, Felix Correa, Radoslav Barka, John Barnes, Mario Casar, Zachary Glynn, Daniel Groves, Oleksandr Harshyn, Brandon Jurewicz, Weibin Lam, Bradley Marion, Maximilian Parusel, Kevin Tillbrook, Ryan Underwood,  David Weeks, Lennart Mattias Werner, Aleksandr Linenko, Bruce Tiemann, Kazjin Yasin Salih, Benjamin James Moran, Paul Rhodes, Aldis Rigerts, Eric Sandri, Nikos Verschore Opposition to Request for Further Stay filed as ECF Docket No. 356.  Captioned Claimants are in the same, or similar, set of circumstances in this proceeding having had communication with Plaintiff's counsel, with the exception of the specific meeting with Mt. Gox as described in Claimants' Opposition. Therefore, Captioned Claimants hereby join in Claimants' opposition to Plaintiff's request for further stay as argued by Claimants' in their motion.

Dated: June 3, 2026                                Respectfully submitted,

                                                        /s/*Daniel M. Smith*
                                                   Daniel Martin Smith, Esq. (Pro Hac Vice)
                                                   San Diego Defenders, APC

585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
dsmith@sandiegodefenders.com

Attorney for Claimants
Sarah Winters
Richard Lewis Peterson
Changjie Liu
Thomas Schmidt
Thomas West
Tim Alfons Maria Withag
John Jairo Correa
Paul Capling
Christopher Allan Callejo
Patrick Wauthier
Timofey Fedotov
Martin Horak
Raymond Schettini
Bjorn Erik Mol
Yaacov Israel Bar Hanin
Mohamed Parvez Noorani
Mahdi Nooshafarin
Jacob Campbell
Sajad Ghanizada

## CERTIFICATE OF SERVICE

I certify that on June 3, 206, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

    /s/*Daniel M. Smith*
Daniel Martin Smith, Esq. (Pro Hac Vice)