## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>               Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br><br>Hon. Carl J. Nichols<br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S JOINDER TO PLAINTIFF'S REQUEST TO MAINTAIN THE STAY** |

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") submits this Joinder to Plaintiff the United States of America's ("the Government") further request to maintain the stay.

The Government submitted a Status Report on May 20, 2026, that respectfully requested that the stay in this matter remain in place for an additional 45 days. ECF No. 351 at 1-2. The Government's filing described, among other things, (1) productive discussions that have been held between counsel for the Government and for the MtGox Trustee regarding MtGox's claim; (2) the Government's expectation of making a "counter-presentation" to MtGox's counsel; and (3) the Government's encouragement of MtGox to reach out to counsel for the BTC-e accountholder claimants to discuss a potential global resolution of the case.

Since then, counsel have continued to make progress on all three items. Counsel for the Government and MtGox held further discussions, and counsel for the Government stated their intention to make a counter-presentation to MtGox's counsel in June or July. In addition, counsel for MtGox initiated discussions with counsel for some BTC-e accountholder claimants about a potential resolution.

The MtGox Trustee joins the Government's request to maintain the stay for an additional 45 days to allow these discussions and efforts to continue. The Government's anticipated counter-presentation is expected to inform the MtGox Trustee's position going forward as to both the Government and the BTC-e accountholder claimants. Following the counter-presentation, counsel for MtGox expects to hold further discussions with counsel for the BTC-e accountholder claimants about the differences between their and MtGox's claims. Allowing these productive conversations

1

to continue under a stay of litigation will yield efficiencies for the Parties and for the Court regarding the number and scope of issues that may be litigated, thus conserving resources for all.

For the foregoing reasons, the MtGox Trustee respectfully requests that the Court order this matter stayed for an additional 45 days.

DATED: June 3, 2026                    Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Daniel Sachs*

David J. Molton
Gerard T. Cicero
Daniel F. Kerns
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*