UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                    )
                                             )
        Plaintiff,                           )
                                             )
v.                                           )        Case No.  1:25-CV-02085-CJN
                                             )
ALL VIRTUAL CURRENCY HELD IN                 )
THE BTC-E OPERATING WALLETS                  )
AS OF JULY 25, 2017, AND OTHER               )
ASSETS FURTHER DESCRIBED HEREIN              )
                                             )
        Defendents in rem.                   )
_____       )
                                             )
SANG RAI KANG,                               )
                                             )
        Claimant.                            )
_____       )

MOTION FOR JOINDER IN SECOND OPPOSITION TO REQUEST FOR FURTHER STAY

        COMES NOW the Claimant, Sang Rai Kang, appearing pro se, and moves to join in the Second Opposition to Further Stay, filed on June 3, 2026, as ECF Docket No. 356.

Claimant Sang Rai Kang is in a similar set of circumstances as the claimants in Document 356, having been deprived of his innocent deposit funds since the 2017 seizure.

Claimant hereby joins in the absolute opposition to the government's request for an additional 45-day stay. Claimant explicitly echoes the arguments in Document 356 that further stays are inherently prejudicial, cause rapid economic depreciation of the underlying assets, and that the government's ongoing internal evaluations are not mutually exclusive with providing mandatory discovery transparency to innocent victims.

Accordingly, Claimant joins the request that the Court deny the government's request for a further stay and allow limited discovery regarding account balance verifications, foreign asset retrieval, and Mt. Gox's standing to proceed immediately.

Dated: June 9th, 2026            Respectfully submitted,

                                 _____
                                 Sang Rai Kang, Pro Se

RECEIVED

JUN 0 9 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

411 Virginia Ave.
Herndon, VA 20170
571-921-7424
sangraikang@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2026, I served a true and correct copy of the foregoing Motion for Joinder in Second Opposition to Request for Further Stay via U.S. Mail, postage prepaid, to the following government counsel:

Joshua L. Sohn
U.S. Attorney's Office for the District of Columbia
1400 New York Avenue NW
Washington, DC 20005

Catherine Alden Pelker
Jonas Lerman
Claudia Quiroz
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530