**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**PLAINTIFF UNITED STATES OF AMERICA'S OPPOSITION TO CLAIMANT KEVIN REILLY'S MOTION FOR LIMITED DISCOVERY**

Claimant Kevin Reilly's "Motion for Limited Discovery" (Dkt. 353) is meritless. As detailed in the attached Declaration of Janice Pagsanjan, Reilly seeks to compel production of an email chain between Government personnel that is classic opinion work product. This email chain was not created for transmission to Reilly. It was never intended to be transmitted to Reilly. It is an internal Government email chain setting forth Government attorneys' thoughts and strategies as pertains to victim remission and restitution in cryptocurrency cases. The email chain is protected under Fed. R. Civ. P. 26(b)(3)(B) and is not discoverable.

Had Reilly met-and-conferred with the Government before filing his motion, as required by Local Rule 7(m), the Government would have explained all this to Reilly. Yet Reilly did not meet-and-confer with the Government before filing his motion. For this additional procedural reason, Reilly's motion should be denied.

DATED: June 15, 2026        MARGARET A. MOESER
                                   CHIEF
                                   MONEY LAUNDERING, NARCOTICS AND

FORFEITURE SECTION

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*/s/ Catherine Alden Pelker*
CATHERINE ALDEN PELKER
Assistant Deputy Chief
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 514-1062
catherine.pelker@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to claimant Kevin Reilly at his identified email address of kreilly100@gmail.com.


By:     ___*/s/ Joshua L. Sohn*____
          Joshua L. Sohn