# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALL VIRTUAL CURRENCY HELD IN )<br>THE BTC-E OPERATING WLLETS AS OF )<br>JULY 25, 2017, AND OTHER ASSETS )<br>FURTHER DESCRIBED HEREIN )<br><br>Defendants. )<br>_____ ) | Case No. 1:25-cv-02085 (CJN) |

## DECLARATION OF JANICE PAGSANJAN

1.	My name is Janice Pagsanjan. I am a Victim Witness Specialist at the U.S. Attorney's Office for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called upon as a witness, could and would testify competently thereto.

2.	I have reviewed the "Motion for Limited Discovery" (Dkt. 353) filed by Kevin Reilly in this action. I have also reviewed the email (which is actually a short email chain) that Mr. Reilly requests through his motion.

3.	The subject email chain is an email chain between U.S. Government attorneys and other U.S. Government personnel, including myself. At a high level, this email chain provides attorney thoughts and impressions about victim restitution and remission in cryptocurrency cases. Some parts of this email chain address Mr. Reilly; other parts do not. The parts of the email chain that address Mr. Reilly do not provide any financial data or other quantitative data pertaining to Mr. Reilly; at most they discuss Mr. Reilly's potential status as a victim *vel*

*non*. This email chain was not created for sharing with Mr. Reilly, nor was it ever intended to be shared with him.

4.    Over the years, I have had some email communication with Mr. Reilly. On December 11, 2024, I wrote to Mr. Reilly: "My apologies for the delay. The attorneys sent a further response but I have not had a chance to review it in order to get back to you given our limited staffing and upcoming trial in an unrelated case. I will plan to share their response before the upcoming holiday." While inartfully phrased, what I meant to convey in this message was that I would digest and incorporate the Government attorneys' input (reflected in the email chain described above) before communicating further with Mr. Reilly. I never intended to actually provide the aforementioned email chain to Mr. Reilly, nor did I ever do so.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: June 15, 2026                                  __/s/ *Janice Pagsanjan*

                                         Janice Pagsanjan

2