**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**PLAINTIFF UNITED STATES OF AMERICA'S OPPOSITION TO CLAIMANT PAIGE
HOPKINS' MOTION TO PRODUCE ACCOUNT RECORDS**

Claimant Paige Hopkins' "Motion to Produce Account Records" (Dkt. 363) is moot. After

the Court lifted the stay in this case on June 10, 2026, the Government immediately began the task

of pulling account records for the various claimants, with an eye towards production. Thus,

Hopkins is seeking data that the Government is already working very hard to provide.

Had Hopkins met-and-conferred with the Government before filing her motion, as required

by Local Rule 7(m), the Government would have explained all this. Yet Hopkins did not meet-

and-confer with the Government before filing her motion. For this additional procedural reason,

Hopkins' motion should be denied.[1]

DATED: June 15, 2026          MARGARET A. MOESER
                              CHIEF
                              MONEY LAUNDERING, NARCOTICS AND
                              FORFEITURE SECTION

                              */s/ Joshua L. Sohn*

---

[1] The Government notes that Hopkins is married to Claimant Kevin Reilly, who has similarly
filed serial discovery motions without meeting-and-conferring with the Government. This
behavior must cease.

JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*/s/ Catherine Alden Pelker*
CATHERINE ALDEN PELKER
Assistant Deputy Chief
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 514-1062
catherine.pelker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to claimant Paige Hopkins at her identified email address of hopkinsreilly@gmail.com.


By:    ___*/s/ Joshua L. Sohn*____
Joshua L. Sohn

3