**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**PLAINTIFF UNITED STATES OF AMERICA'S MOTION TO STRIKE THE CLAIM
OF SERGEY MAYZUS**

Pursuant to Supplemental Rule G(8)(c)(i)(B), the Government respectfully moves to strike

the claim of Sergey Mayzus (Dkt. 156) for lack of standing. The reason is simple: as stated in

Mayzus's own claim, Mayzus is a mere general money judgment creditor against certain entities

allegedly tied to BTC-e. There is no indication that Mayzus has any lien, attachment, or other

secured interest in the Defendant Assets. And caselaw is clear that general unsecured judgment

creditors lack standing to participate in a civil forfeiture case over their debtors' assets. *See, e.g.,*

*United States v. All Assets Held at Bank Julius Baer & Co.*, 772 F. Supp. 2d 205, 212 (D.D.C.

2011) ("[t]he federal courts have consistently held that unsecured creditors do not have standing

to challenge the civil forfeiture of their debtors' property."); *accord United States v. BCCI*

*Holdings (Luxembourg), S.A.*, 46 F.3d 1185, 1191 (D.C. Cir. 1995) ("a general creditor can never

have an interest in specific forfeited property.").

DATED: June 17, 2026          MARGARET A. MOESER
                              CHIEF
                              MONEY LAUNDERING, NARCOTICS AND

1

FORFEITURE SECTION

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*/s/ Catherine Alden Pelker*
CATHERINE ALDEN PELKER
Assistant Deputy Chief
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 514-1062
catherine.pelker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to claimant Sergey Mayzus at his email address of sergey@mayzus.com.


By:     _/s/ Joshua L. Sohn_____
               Joshua L. Sohn