**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S
MOTION TO STRIKE THE CLAIM OF SERGEY MAYZUS**

Before the Court is Plaintiff's motion to strike the claim of Sergey Mayzus (Dkt. 156) for

lack of standing. Plaintiff's motion is GRANTED.


DATED: _____                          _____
                                       HON. CARL J. NICHOLS
                                       UNITED STATES DISTRICT JUDGE

1