# coinbase

## CUSTOMER INFO

**User:** kevin

**Email:** kreilly100@gmail.com

**Product:**

## STATEMENT INFO

**Report Dates:** 2018-01-01 06:00:00 - 2018-01-31 06:00:00 *

* (UTC time zone)

## FILLS

| Portfolio | Trade Id | Product | Side | Date | Displayed | Qty. | Price | Fee | Total |
|---|---|---|---|---|---|---|---|---|---|
| default | 23426714 | LTC-USD | BUY | 2018-01-17 13:58:47 | Y | 100.00000000 | 161 | 0 USD | - 16100 USD |
| default | 23523994 | LTC-USD | SELL | 2018-01-17 22:15:05 | Y | 100.00000000 | 201 | 0 USD | + 20100 USD |
| default | 23754239 | LTC-USD | SELL | 2018-01-20 18:42:35 | Y | 17.88158150 | 214.75 | 0 USD | + 3840.069627125 USD |
| default | 23754240 | LTC-USD | SELL | 2018-01-20 18:42:35 | Y | 0.28403729 | 214.75 | 0 USD | + 60.9970080275 USD |
| default | 23754241 | LTC-USD | SELL | 2018-01-20 18:42:36 | Y | 0.25580998 | 214.75 | 0 USD | + 54.935193205 USD |
| default | 23754242 | LTC-USD | SELL | 2018-01-20 18:42:40 | Y | 33.67910000 | 214.75 | 0 USD | + 7232.586725 USD |
| default | 23754243 | LTC-USD | SELL | 2018-01-20 18:42:41 | Y | 12.43083322 | 214.75 | 0 USD | + 2669.521433995 USD |
| default | 23754244 | LTC-USD | SELL | 2018-01-20 18:42:41 | Y | 0.04642649 | 214.75 | 0 USD | + 9.9700887275 USD |
| default | 23754245 | LTC-USD | SELL | 2018-01-20 18:42:49 | Y | 32.50000000 | 214.75 | 0 USD | + 6979.375 USD |
| default | 23754247 | LTC-USD | SELL | 2018-01-20 18:42:54 | Y | 0.65702775 | 214.75 | 0 USD | + 141.0967093125 USD |
| default | 23754249 | LTC-USD | SELL | 2018-01-20 18:42:58 | Y | 2.26518377 | 214.75 | 0 USD | + 486.4482146075 USD |
| default | 33995247 | BTC-USD | SELL | 2018-01-18 14:27:49 | Y | 0.38513497 | 11799 | 0 USD | + 4544.20751103 USD |
| default | 33995248 | BTC-USD | SELL | 2018-01-18 14:27:50 | Y | 0.10000000 | 11799 | 0 USD | + 1179.9 USD |
| default | 33995249 | BTC-USD | SELL | 2018-01-18 14:27:50 | Y | 0.48046423 | 11799 | 0 USD | + 5668.99744977 USD |
| default | 33995250 | BTC-USD | SELL | 2018-01-18 14:27:51 | Y | 0.10000000 | 11799 | 0 USD | + 1179.9 USD |
| default | 33995251 | BTC-USD | SELL | 2018-01-18 14:27:51 | Y | 0.18440080 | 11799 | 0 USD | + 2175.7450392 USD |
| default | 34370414 | BTC-USD | BUY | 2018-01-22 21:19:38 | Y | 0.08876028 | 10101 | 0 USD | - 896.56758828 USD |
| default | 34370415 | BTC-USD | BUY | 2018-01-22 21:19:39 | Y | 0.00998891 | 10101 | 0 USD | - 100.89797991 USD |
| default | 34370417 | BTC-USD | BUY | 2018-01-22 21:19:40 | Y | 1.15125081 | 10101 | 0 USD | - 11628.78443181 USD |

**Coinbase, Inc.**

Funds will be available for use immediately upon filling of the exchange transaction. For customer service inquiries, please go to https://help.coinbase.com/. Coinbase, Inc. is licensed to engage in money transmission activities in each jurisdiction listed at coinbase.com/legal/licenses. It is the policy of Coinbase, Inc. not to refund its fees for completed transactions unless otherwise required by law.

**Coinbase, Inc.**, 548 Market St., #23008, San Francisco, CA 94104-5401.

**Coinbase Luxembourg**

Funds will be available for use immediately upon completion of the exchange transaction. Crypto services will be provided by Coinbase Luxembourg S.A. ("CB Lux"), with Fiat Wallet services provided by Coinbase Ireland Limited ("Coinbase Ireland"). For customer service inquiries, please visit https://help.coinbase.com/. CB Lux is authorized under the European Union's 'Markets in Crypto-Assets' (MiCA) regulation to provide these services and an electronic money institution under the Luxembourg Law of 10 November 2009 on payment services (W00000022). It is the policy of CB Lux not to refund fees for completed transactions unless otherwise required by law.

**CB Lux address:** Coinbase Luxembourg S.A. 58 Boulevard Grande-Duchesse Charlotte, L- 1330 Luxembourg

**Coinbase Ireland Limited**

Coinbase Ireland is a private limited company incorporated in Ireland with company number 630350 and whose registered office address is Ground Floor, 45 Mespil Road, Dublin D04 W2F1, Ireland

**LEGEND**

**Portfolio**: The portfolio that placed the order

**Side**: Order type, either BUY or SELL.

**Qty.**: The number of asset purchased or sold.

**Price**: The executed price per bitcoin stated in terms of the quote currency - e.g. USD

**Fee**: Commission fee paid to Coinbase Pro if any applies.

**Total**: Final amount of the quote currency credited or debited from your account, net of fees.