**RE: [EXTERNAL] Re: Alexander Vinnick**

**From:** Victim AssistanceNDCA
**To:** kevin reilly
**Date:** Wed, 11 Dec 2024 16:21:56 +0000

---

Hello Mr. Reilly,

My apologies for the delay.  The attorneys sent a further response but I have not had a chance to review it in order to get back to you given our limited staffing and upcoming trial in an unrelated case.


I will plan to share their response before the upcoming holiday.


Regards,

Janice

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA| 415.436.6993 office |  415.436.7218 fax

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the case, please contact the case agent directly.

---

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Tuesday, December 10, 2024 12:02 PM
**To:** Victim AssistanceNDCA <Victim.AssistanceNDC@usa.doj.gov>; Pagsanjan, Janice (USACAN) <JPagsanjan@usa.doj.gov>; Paige Hopkins <hopkinsreilly@gmail.com>
**Subject:** Re: [EXTERNAL] Re: Alexander Vinnick


Hi Janice -


Following up on this.


Thanks,
Kevin Reilly


On Mon, Dec 2, 2024 at 5:15 PM kevin reilly <kreilly100@gmail.com> wrote:

> Janice -
>
> Thank you for the reply and update.
>
> When we spoke I had two questions. Neither of which have been addressed in your communication.
>
> 1. When the FBI/DOJ seized the servers of BTC-e how much of the crypto assets did they seize and where are the assets currently?

2. I asked if I could speak with the prosecutor. You agreed to arrange. When will this call occur?

Regarding your questions.

1. My username is Clewtrader and the email is my current email: kreilly100@gmail.com. My wife, Paige Hopkins, also had an account, with username Lilactrader and email hopkinsreilly@gmail.com. She is copied on this communication.

2. We used our accounts to invest in and trade cryptocurrency including but not limited to BTC, LTC, PPC.

3. A small portion of my communications with the exchange are attached to verify the usernames.

 I look forward to receiving these answers promptly.

Regards,

Kevin Reilly and Paige Hopkins

On Tue, Nov 26, 2024 at 3:59 PM Victim AssistanceNDCA <Victim.AssistanceNDCA@usdoj.gov> wrote:

Mr. Reilly,

Enclosed is a response from the team.

As you are aware, the criminal case against Alexander Vinnik, 16-CR-00116 SI remains ongoing pending sentencing in the Northern District of California, and the criminal case against alleged co-conspirator Aliaksandr Klimenka 22-CR-00256 SI is also pending.  Information regarding the cases, including the status of the proceedings, is available on the public dockets.

If you would like to provide us with additional information regarding the funds that you held at BTC-e and/or how you were harmed by the charged conduct, please send us (1) your BTCe username and/or the email address used to register the account; (2) a concise statement describing your use of BTC-e; and (3) any supplemental documentation showing your account use (for example, registration or transaction confirmation emails, or transactions hashes pertaining to your own transactions).

As mentioned there will be a formal process for third-party claimants to submit claims for any seized and forfeited property, but this will not occur until the conclusion of the criminal case.  Please be advised that any decisions regarding forfeiture or restitution will be decided in the first instance by Judge Illston in the normal course of sentencing and the post-sentencing ancillary forfeiture proceeding.

Regards,

Janice

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA| 415.436.6993 office |  415.436.7218 fax

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the case, please contact the case agent directly.

**From:** Kevin Reilly <kreilly100@gmail.com>
**Sent:** Thursday, November 21, 2024 6:24 PM
**To:** Pagsanjan, Janice (USACAN) <JPagsanjan@usa.doj.gov>
**Cc:** Victim AssistanceNDCA <Victim.AssistanceNDC@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Alexander Vinnick

Janice -

Thank you for the follow up. I hope to schedule a call with the prosecutors before the holiday next week.

Kevin

On Nov 21, 2024, at 5:57 PM, Pagsanjan, Janice (USACAN) <Janice.Pagsanjan@usdoj.gov> wrote:

■

Mr. Reilly,

I have shared your questions/concerns with the team and will be in touch as soon as I hear back.

Regards,

Janice

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA|

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the case, please contact the case agent directly.

**From:** Pagsanjan, Janice (USACAN)
**Sent:** Thursday, November 14, 2024 11:21 AM
**To:** Kevin Reilly <kreilly100@gmail.com>
**Subject:** RE: [EXTERNAL] Re: Alexander Vinnick

Great, talk then.

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA| 415.436.6993 office | 415.436.7218 fax

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the case, please contact the case agent directly.

**From:** Kevin Reilly <kreilly100@gmail.com>
**Sent:** Thursday, November 14, 2024 10:50 AM
**To:** Pagsanjan, Janice (USACAN) <JPagsanjan@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Alexander Vinnick

Yes it does. Please call me

Kevin Reilly
262-893-8902

On Nov 14, 2024, at 12:24 PM, Pagsanjan, Janice (USACAN) <Janice.Pagsanjan@usdoj.gov> wrote:

■

Hello Mr. Reilly,

I was out of the office but have returned today.  Does 3:30 PST work for you?

Regards,

Janice

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA| 415.436.6993 office | 415.436.7218 fax

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the

case, please contact the case agent directly.

---

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Wednesday, November 13, 2024 2:20 PM
**To:** Pagsanjan, Janice (USACAN) <JPagsanjan@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Alexander Vinnick

Janice -

I have left several messages that have not been returned. Could we set up a time to talk on the phone today?

Regards,
Kevin Reilly

On Wed, Jan 4, 2023 at 5:37 PM Pagsanjan, Janice (USACAN) <Janice.Pagsanjan@usdoj.gov> wrote:

Hello Mr. Reilly,

Thank you for the follow-up.  I am about a week behind on messages due to our current trial schedule.  I did received your message from my supervisor, Maureen French as well.

We do not currently have a list for recovery.  It is my understanding that we will disseminate information on our public website, which is currently in the works, once that phase of our criminal case begins for those investors who wish to file a claim.  The public website will also provide updates regarding the case.  We will not be sending out individual updates about the case but will rely on our public site to share information.

I do not have the answers regarding your three questions below at this time but I will share your inquiries with the prosecutor.  She is currently also preparing for an 8 week trial at this time so response times may be delayed.  Please note that due to our ongoing litigation we may not be able to comment on the status of any evidence that has been retrieved (ie: servers, wallets) or the status of the defendant's assets.  In most cases that information is not publicly released until the post-conviction/sentencing

The case is still in the preliminary stage.  The attorneys are working to exchange and review discovery and the next status hearing has been set for Feb 14th at 11:00 AM via Zoom:

https://cand-uscourts.zoomgov.com/j/1612108939?pwd=RFIsVmV0ZIFYb1ovQzRNTVIXNzcydz09

Webinar ID: 161 210 8939

Password: 539983

**General Order 58:** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. See General Order 58 at Paragraph III.

Regards,

Janice

| Janice Pagsanjan | Victim Witness Specialist | U.S. Attorney's Office | Northern District of CA| San Francisco, CA| 415.436.6993 office | 415.436.7218 fax

NOTICE:  E-communications between a victim or witness, and the government are not privileged. Please do not use email to discuss case-related factual information or details. If you wish to discuss any details of the case, please contact the case agent directly.

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Wednesday, January 4, 2023 1:56 PM
**To:** Pagsanjan, Janice (USACAN) <JPagsanjan@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Alexander Vinnick

Janice -

I have not received a reply to this

On Wed, Dec 21, 2022 at 12:09 PM kevin reilly <kreilly100@gmail.com> wrote:

Janice-

I spoke to Maureen French yesterday. She said you would be able to help me.

I was a victim in the closing of BTC-E. I was a BTC-E customer since 2013 and lost bitcoin and litecoin on the exchange when it closed in 2017. I would like to be added to the list for recovery.

Also, Maureen suggested I ask to be kept informed of progress and news in the case. Could you add me to the list?

 I also have three questions.

1. It has been stated that the servers for the exchange were operated in the U.S. Does the DOJ have those servers?

2. Mr. Vinnick is being sued in a civil suit for somewhere near $100M. Does it appear there is money to pay this amount?

3. It was recently reported that one of the wallets from the exchange recently came out of dormancy. Does the DOJ have any information on the wallet whereabouts? And/or have control of the wallets?


Please let me know if you need anything further from me.


Regards,

Kevin Reilly


--

kreilly100@gmail.com

262-893-8902


--

kreilly100@gmail.com

262-893-8902


--

kreilly100@gmail.com

262-893-8902


--

kreilly100@gmail.com

262-893-8902


--

kreilly100@gmail.com

262-893-8902