**Re: Vinnik Inquiry**

**From:** kevin reilly
**To:** "French, Maureen (USACAN)" , Laura Hoyne , Jake Kaplan , Paige Hopkins
**Date:** Wed, 19 Mar 2025 17:34:14 -0500

---

Hello Maureen,

Thank you for the information. Of course the case is void. The defendant was sent back to Russia.

I would still like documentation of the call you made to me in January where you told me the prosecutor had decided that " I did not qualify as a victim in this case" and I should "go away". My follow up email is below and never received a response.

Who decided? How did she arrive at this conclusion? Why is this information communicated in a telephone call?

Further, I would like to see the email from the prosecutor to me that Ms. Pagsanjan, your supervisee, never revealed to me. That email is also below. I never received "their reponse".

Your prompt attention to these requested inquiries is appreciated.

Regards,
Kevin Reilly

kevin reilly <kreilly100@gmail.com>

Jan
7,
2025,
4:40
PM

to Maureen

Ms. French -

Someone claiming to be you called me today. If indeed it was you, I would expect to receive something in writing, preferably from the prosecuting attorney, confirming what you communicated.

Regards,

Kevin Reilly

--

kreilly100@gmail.com

262-893-8902

**Victim AssistanceNDCA** <Victim.AssistanceNDCA@usdoj.gov>

Wed,

Dec

11,

2024,

10:23

AM

to me

Hello Mr. Reilly,

My apologies for the delay.  The attorneys sent a further response but I have not had a chance to review it in order to get back to you given our limited staffing and upcoming trial in an unrelated case.

I will plan to share their response before the upcoming holiday.

On Mar 19, 2025, at 4:14 PM, French, Maureen (USACAN) <Maureen.French@usdoj.gov> wrote:

■

Hello Kevin, I received a call from Laura at Congressman Schneider Illinois office. I figured I would just send you the info direct. The case against Vinnik was dismissed on February 11th under seal.  The Order has since been unsealed (see attached) and we do not have any new information regarding the case. The matter is now considered closed in our district.

Should the forfeiture of assets proceed, the Money Laundering and Asset Recovery (MLARS) team in Washington DC will take over notifications on any actions that client users can take.  I have not received any additional information regarding that process or whether it will in fact take place. https://www.justice.gov/criminal/criminal-mlars. Please reach out to MLARS about your inquiry.

Best, Maureen

Maureen French (She/Her) https://pronouns.org/

Victim-Witness Supervisor | U.S. Attorney's Office, NDCA

450 Golden Gate Avenue | San Francisco, CA 94102

o: 415.436.6834 | c: 415.308.7896 | e: maureen.french@usdoj.gov

"As my sufferings mounted I soon realized that there were two ways in which I could respond to my situation -- either to react with bitterness or seek to transform the suffering into a creative force. I decided to follow the latter course."

■ Martin Luther King Jr.