Case 1:25-cv-02085-CJN   Document 371-3   Filed 06/22/26   Page 1 of 1

AT&T

...262.893.8902 continued

| Time | Place Called | Number Called | Rate Code | Feature Code | Min | Airtime Charges | LD/Addl Charges |
|---|---|---|---|---|---|---|---|
| 10:46am | WILMET IL | 847.512.5155 | SDDV | | 1 | $0.00 | $0.00 |
| 11:44am | WILMET IL | 847.512.5155 | SDDV | | 1 | $0.00 | $0.00 |
| 11:49am | INCOMI CL | 847.421.8094 | SDDV | | 3 | $0.00 | $0.00 |
| 12:01pm | ROSELL IL | 847.804.1511 | SDDV | | 12 | $0.00 | $0.00 |
| 12:53pm | INCOMI CL | 847.421.8094 | SDDV | | 4 | $0.00 | $0.00 |
| 01:17pm | INCOMI CL | 847.421.8094 | SDDV | | 4 | $0.00 | $0.00 |
| 01:36pm | INCOMI CL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 02:01pm | Toll F CL | 866.825.2174 | SDDV | | 13 | $0.00 | $0.00 |
| 04:26pm | ROSELL IL | 847.899.3836 | SDDV | | 7 | $0.00 | $0.00 |
| 05:17pm | INCOMI CL | 847.421.8094 | SDDV | | 27 | $0.00 | $0.00 |
| **Tuesday, Dec 31** | | | | | | | |
| 01:51pm | INCOMI CL | 847.421.8094 | SDDV | | 12 | $0.00 | $0.00 |
| 02:09pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 05:02pm | INCOMI CL | 218.607.7892 | SDDV | | 1 | $0.00 | $0.00 |
| **Wednesday, Jan 01** | | | | | | | |
| 12:07pm | ROSELL IL | 847.804.1511 | SDDV | | 1 | $0.00 | $0.00 |
| 12:07pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 12:08pm | ARLNGT IL | 224.200.9899 | SDDV | | 1 | $0.00 | $0.00 |
| 12:08pm | ARLNGT IL | 224.200.9899 | SDDV | | 1 | $0.00 | $0.00 |
| 12:12pm | INCOMI CL | 847.804.1511 | SDDV | | 5 | $0.00 | $0.00 |
| 01:40pm | INCOMI CL | 224.200.9899 | SDDV | | 7 | $0.00 | $0.00 |
| 02:32pm | INCOMI CL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 05:02pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 06:35pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 07:53pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 09:04pm | INCOMI CL | 847.421.8094 | SDDV | | 56 | $0.00 | $0.00 |
| **Thursday, Jan 02** | | | | | | | |
| 01:06pm | INCOMI CL | 773.303.7756 | SDDV | | 1 | $0.00 | $0.00 |
| 04:02pm | INCOMI CL | 847.421.8094 | SDDV | | 12 | $0.00 | $0.00 |
| **Friday, Jan 03** | | | | | | | |
| 08:55am | INCOMI CL | 850.600.0110 | SDDV | | 1 | $0.00 | $0.00 |
| 11:35am | EAU CL WI | 715.831.1300 | SDDV | | 1 | $0.00 | $0.00 |
| 02:17pm | SNFC C CA | 415.436.6834 | SDDV | | 1 | $0.00 | $0.00 |
| 02:53pm | INCOMI CL | 414.300.6771 | SDDV | | 1 | $0.00 | $0.00 |
| 02:54pm | INCOMI CL | 414.300.6772 | SDDV | | 1 | $0.00 | $0.00 |
| 03:23pm | INCOMI CL | 835.252.2377 | SDDV | | 1 | $0.00 | $0.00 |
| 03:38pm | INCOMI CL | 404.595.6551 | SDDV | | 1 | $0.00 | $0.00 |
| 03:57pm | SNFC C CA | 415.436.6834 | SDDV | | 1 | $0.00 | $0.00 |
| 05:24pm | SNFC C CA | 415.436.6834 | SDDV | | 1 | $0.00 | $0.00 |
| 05:26pm | SNFC C CA | 415.436.6834 | SDDV | | 1 | $0.00 | $0.00 |
| **Saturday, Jan 04** | | | | | | | |
| 10:29am | EVANST IL | 847.328.2200 | SDDV | | 1 | $0.00 | $0.00 |
| 10:31am | SKOKIE IL | 847.329.8000 | SDDV | | 1 | $0.00 | $0.00 |
| 01:12pm | HUNTLE IL | 847.961.2467 | SDDV | | 2 | $0.00 | $0.00 |
| 01:15pm | EVANST IL | 847.328.4900 | SDDV | | 2 | $0.00 | $0.00 |
| 01:17pm | CHICAG IL | 773.764.3575 | SDDV | | 12 | $0.00 | $0.00 |
| 03:23pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| **Sunday, Jan 05** | | | | | | | |
| 07:07am | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 07:07am | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 04:54pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 05:10pm | INCOMI CL | 847.421.8094 | SDDV | | 46 | $0.00 | $0.00 |
| 05:56pm | ROSELL IL | 847.804.1511 | SDDV | | 19 | $0.00 | $0.00 |
| 06:32pm | MILWAU WI | 414.803.5971 | SDDV | | 10 | $0.00 | $0.00 |
| **Monday, Jan 06** | | | | | | | |
| 11:36am | ROSELL IL | 847.804.1511 | SDDV | | 1 | $0.00 | $0.00 |
| 03:12pm | INCOMI CL | 706.770.9865 | SDDV | | 1 | $0.00 | $0.00 |
| 03:20pm | INCOMI CL | 800.341.9911 | SDDV | | 1 | $0.00 | $0.00 |
| 04:03pm | Toll F CL | 866.825.2174 | SDDV | | 20 | $0.00 | $0.00 |
| 04:51pm | ROSELL IL | 847.804.1511 | SDDV | | 17 | $0.00 | $0.00 |
| 05:10pm | ROSELL IL | 847.899.3836 | SDDV | | 12 | $0.00 | $0.00 |
| 06:55pm | INCOMI CL | 561.878.5951 | SDDV | | 1 | $0.00 | $0.00 |
| 09:59pm | ROSELL IL | 847.899.3836 | SDDV | | 5 | $0.00 | $0.00 |
| **Tuesday, Jan 07** | | | | | | | |
| 02:15pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 03:54pm | BLOCKED | 000.000.0000 | SDDV | | 7 | $0.00 | $0.00 |
| 04:11pm | INCOMI CL | 331.223.9834 | SDDV | | 1 | $0.00 | $0.00 |
| 04:14pm | MILWAU WI | 414.750.7501 | SDDV | | 1 | $0.00 | $0.00 |
| 04:42pm | CHICAG IL | 773.456.8744 | SDDV | | 20 | $0.00 | $0.00 |
| 05:18pm | INCOMI CL | 201.586.0573 | SDDV | | 1 | $0.00 | $0.00 |
| 05:26pm | INCOMI CL | 847.421.8094 | SDDV | | 41 | $0.00 | $0.00 |
| 06:45pm | INCOMI CL | 414.750.7501 | SDDV | | 43 | $0.00 | $0.00 |
| 07:48pm | INCOMI CL | 331.223.9815 | SDDV | | 1 | $0.00 | $0.00 |
| **Wednesday, Jan 08** | | | | | | | |
| 07:40am | BLCKRI WI | 715.896.1952 | SDDV | | 2 | $0.00 | $0.00 |
| 07:42am | CHICAG IL | 773.456.8744 | SDDV | | 2 | $0.00 | $0.00 |
| 08:37am | INCOMI CL | 404.595.6551 | SDDV | | 1 | $0.00 | $0.00 |
| 09:00am | BLCKRI WI | 715.896.1952 | SDDV | | 1 | $0.00 | $0.00 |
| 12:43pm | WOODST IL | 815.482.3117 | SDDV | | 7 | $0.00 | $0.00 |
| 02:11pm | WOODST IL | 815.482.3117 | SDDV | | 4 | $0.00 | $0.00 |
| 02:14pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 03:07pm | ROSELL IL | 847.899.3836 | SDDV | | 15 | $0.00 | $0.00 |
| 03:22pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 03:23pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 03:29pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 03:33pm | INCOMI CL | 847.899.3836 | SDDV | | 5 | $0.00 | $0.00 |
| 03:48pm | NEWPOR CA | 949.230.7649 | SDDV | | 61 | $0.00 | $0.00 |
| 04:50pm | ROSELL IL | 847.899.3836 | SDDV | | 1 | $0.00 | $0.00 |
| 04:54pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 04:54pm | ROSELL IL | 847.804.1511 | SDDV | | 1 | $0.00 | $0.00 |
| 04:59pm | INCOMI CL | 847.421.8094 | SDDV | | 11 | $0.00 | $0.00 |
| 05:10pm | INCOMI CL | 847.421.8094 | SDDV | | 3 | $0.00 | $0.00 |
| 05:40pm | NORTHB IL | 847.421.8094 | SDDV | | 9 | $0.00 | $0.00 |
| 06:30pm | NORTHB IL | 847.421.8094 | SDDV | | 5 | $0.00 | $0.00 |
| 08:17pm | INCOMI CL | 847.804.1511 | SDDV | | 15 | $0.00 | $0.00 |
| 09:51pm | NORTHB IL | 847.421.8094 | SDDV | | 20 | $0.00 | $0.00 |
| **Thursday, Jan 09** | | | | | | | |
| 08:18am | Toll F CL | 877.442.2757 | SDDV | | 5 | $0.00 | $0.00 |
| 08:33am | INCOMI CL | 475.254.9566 | SDDV | | 18 | $0.00 | $0.00 |
| 12:35pm | EAU CL WI | 715.852.1000 | SDDV | | 1 | $0.00 | $0.00 |
| 01:28pm | NORTHB IL | 847.421.8094 | SDDV | | 8 | $0.00 | $0.00 |
| 01:41pm | EAU CL WI | 715.858.9865 | SDDV | | 2 | $0.00 | $0.00 |
| 02:28pm | NORTHB IL | 847.421.8094 | SDDV | | 1 | $0.00 | $0.00 |
| 02:35pm | INCOMI CL | 847.421.8094 | SDDV | | 10 | $0.00 | $0.00 |
| 03:19pm | BLCKRI WI | 715.896.1952 | SDDV | | 2 | $0.00 | $0.00 |
| 03:24pm | INCOMI CL | 773.456.8744 | SDDV | | 25 | $0.00 | $0.00 |
| 03:57pm | BLCKRI WI | 715.896.1952 | SDDV | | 2 | $0.00 | $0.00 |
| 04:08pm | HIGHLA IL | 847.266.7777 | SDDV | | 3 | $0.00 | $0.00 |
| 04:54pm | INCOMI CL | 458.273.9229 | SDDV | | 1 | $0.00 | $0.00 |
| 05:36pm | INCOMI CL | 847.501.4040 | SDDV | | 2 | $0.00 | $0.00 |

262.893.8902 continues...

