**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e | ) | |
| operating wallets as of July 25, 2017, and | ) | |
| other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

**DECLARATION OF JOSHUA L. SOHN**

I, Joshua L. Sohn, declare as follows:

1.  I am a Trial Attorney in the Money Laundering, Narcotics and Forfeiture Section of the U.S. Department of Justice and am counsel of record in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.  Attached hereto as Exhibit A is a true and correct copy of an email chain between myself and Claimant Kevin Reilly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 9, 2026

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN

1