# EXHIBIT A

**Bryant, Sherry (CRM)**

| | |
|---|---|
| **From:** | Sohn, Joshua (CRM) |
| **Sent:** | Monday, July 6, 2026 10:42 AM |
| **To:** | kevin reilly |
| **Subject:** | RE: [EXTERNAL] Re: BTC-e litigation |

If you have already filed your motion, please send me a courtesy copy (nothing is showing up on CM/ECF). If you have not yet filed, please note the Government's continued willingness to meet-and-confer as soon as today. If you refuse to meet-and-confer, that is your choice, but it puts you in clear violation of the Local Rules and the Government reserves all rights regarding such misbehavior.

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Friday, July 3, 2026 11:31 AM
**To:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: BTC-e litigation

I have made a good faith effort to confer as required by Local Rule 7(m). I contacted you promptly, explained the issue with specificity, provided a reasonable response deadline, and requested alternative coverage when you indicated you were unavailable. Your representation that you are the sole MNF attorney with institutional knowledge of these issues is itself noteworthy and I expect it will be relevant at the July 10 conference. Under these circumstances the purposes of Local Rule 7(m) have been fulfilled. I will proceed with my motion.

On Thu, Jul 2, 2026 at 8:56 PM Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov> wrote:

I am the only MLARS (now MNF) attorney with knowledge of the issues. Reiterate my willingness to confer as soon as Monday. Given that any hypothetical motion you might file would not be fully briefed (much less decided) by July 10, I fail to see why that date has any talismanic importance in terms of when you might file.

Joshua L. Sohn
Trial Attorney
Money Laundering and Asset Recovery Section
U.S. Department of Justice

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Thursday, July 2, 2026 11:36:31 AM
**To:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: BTC-e litigation

I am also on vacation next week and need to file by July 9 given the July 10 status conference.

Is there someone else at MLARS who can conduct the call on your behalf?

On Thu, Jul 2, 2026 at 7:00 AM Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov> wrote:

1

I'm on vacation this week but happy to have a telephonic meet-and-confer as soon as next Monday. Let me know your availability.

Joshua L. Sohn
Trial Attorney
Money Laundering and Asset Recovery Section
U.S. Department of Justice

---

**From:** kevin reilly <kreilly100@gmail.com>
**Sent:** Thursday, July 2, 2026 7:55:37 AM
**To:** Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov>
**Subject:** [EXTERNAL] Re: BTC-e litigation

Pursuant to Local Rule 7(m), I am writing to confer regarding a potential motion for disclosure of asset totals held in the BTC-e server database. Specifically, I intend to seek an order requiring the Government to disclose the total customer LTC balance reflected in the BTC-e server data as of July 25, 2017, and to explain any difference between that figure and the approximately 2,249.25 LTC recovered in the operating wallet seizure between August 7 and August 11, 2017. The Government's complaint identifies over one million BTC-e users. Claimant held 1,883.70 LTC, representing approximately 83% of the total seized LTC pool. The disparity between those figures raises a question that is directly material to any distribution framework. Please let me know by the end of the day whether the Government will produce this information voluntarily or whether I should proceed with a motion.

On Mon, Jun 15, 2026 at 4:53 PM Sohn, Joshua (CRM) <Joshua.Sohn@usdoj.gov> wrote:

Please see a copy of the Opposition brief filed today.

--
kreilly100@gmail.com
262-893-8902

--
kreilly100@gmail.com
262-893-8902

--
kreilly100@gmail.com
262-893-8902