# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>　　　　　　　Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION FOR STATUS REPORT** |

1

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") submits this Notice of Non-Opposition to Plaintiff the United States of America's ("the Government") Motion for Extension for a Status Report and Deadlines to File Motions to Strike Untimely Claims (ECF No. 376).

The MtGox Trustee does not oppose the Government's request to extend by three weeks the deadlines set forth in the Court's June 10 minute order. The MtGox Trustee is prepared to meet and confer with the Government and other claimants regarding a Joint Status Report and case schedule as soon as the Government is ready.

DATED: July 9, 2026            Respectfully submitted,

**BROWN RUDNICK LLP**

By: _/s/ Daniel Sachs_

David J. Molton
Gerard T. Cicero
Daniel F. Kerns
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

-and-

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His
Capacities as the Bankruptcy Trustee and
Foreign Representative and Trustee of the
Second Civil Rehabilitation Proceeding and
Foreign Representative of MtGox Co., Ltd.,
a/k/a MtGox KK*