IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America, Plaintiff,

v.

All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein, Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN Hon. Carl J. Nichols

# PRO SE CLAIMANT KEVIN REILLY'S NOTICE OF ERRATA AND CORRECTED CERTIFICATE OF SERVICE (DKT. 375)

Pro se Claimant Kevin Reilly respectfully submits this Notice of Errata to correct an error in the certificate of service accompanying his Motion for Disclosure of Total Customer Asset Balances (Dkt. 375).

1. The certificate of service accompanying Dkt. 375 stated that the motion was served upon counsel of record via the Court's CM/ECF system and by email to Government counsel. The reference to service by email was included in error. It derived from template certificate language that Claimant, proceeding pro se, used without appreciating that it described a step he had not performed. No separate email transmission to Government counsel was made on July 3, 2026.

2. The motion was submitted to the Clerk's intake email address on July 3, 2026, and the Clerk's office confirmed receipt by automated reply that same day. The Clerk's office was closed on July 3, 2026, in observance of Independence Day, and the motion was docketed on July 8, 2026. Service upon all counsel of record was effected through the Court's CM/ECF system upon docketing. A copy of the Clerk's July 3, 2026 automated confirmation is attached as Exhibit A.

3. No party has been prejudiced by this error. The Government received the motion through CM/ECF and filed its opposition on the merits on July 9, 2026 (Dkt. 378).

4. A corrected certificate of service is attached as Exhibit B. Claimant apologizes to the Court and to counsel for the error. Going forward, Claimant's certificates of service will reflect only the service steps actually performed..

RECEIVED

JUL 12 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,



 Kevin Reilly

kreilly100@gmail.com

Pro Se Claimant

Dated: July 12, 2026

---

## EXHIBIT A

**kevin reilly <kreilly100@gmail.com>**

Fri, Jul 3, 10:29 AM (9 days ago)

to DCD

 I am Kevin Reilly, pro se claimant in the above-captioned matter. I am submitting for filing Claimant's Motion for Disclosure of Total Customer Asset Balances in BTC-e Server Data, dated July 3, 2026, together with Exhibit A (Meet and Confer Email Chain) and Exhibit B (CoinGecko 2017 Year in Review).

**DCD Intake**

Fri, Jul 3, 10:29 AM (9 days ago)

to me

Holiday Closing: the U.S. District Court will be closed on Friday, July 3, 2026, in observance of Independence Day.

Thank you for contacting the **U.S. District Court for the District of Columbia**. Please note the following:

---

# EXHIBIT B — CORRECTED CERTIFICATE OF SERVICE FOR DKT. 375

I hereby certify that Claimant's Motion for Disclosure of Total Customer Asset Balances (Dkt. 375) was submitted to the Clerk's intake email address on July 3, 2026, and was docketed on July 8, 2026. Service upon all counsel of record was effected through the Court's CM/ECF system upon docketing.

Respectfully submitted,



Kevin Reilly

Dated: July 12, 2026

---

## CERTIFICATE OF SERVICE (for this Notice of Errata)

I hereby certify that on July 12, 2026, I caused the foregoing Notice of Errata to be submitted to the Clerk of Court for filing, with service upon all counsel of record effected through the Court's CM/ECF system upon docketing.

Respectfully submitted,

Kevin Reilly