| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Role | Party | Pro-Se | Attorney | PHV | Firm / (Pro Se) Address | E-mail | Phone | Fax | Address |
| 2 | CLAIMANT | JASON LITTLE | ☐ | DANIEL G. BOYLE | ☑ | BOIES SCHILLER FLEXNER LLP | dboyle@bsfllp.com | 2136299040 | | 2029 Century Park East; Suite 1520; Los Angeles, CA 90067 |
| 3 | CLAIMANT | JASON LITTLE | ☐ | VICTORIA SCORDATO | ☐ | BOIES SCHILLER FLEXNER LLP | vscordato@bsfllp.com | 3017415267 | | 1401 New York Ave. NW; Washington, DC 20005 |
| 4 | CLAIMANT | MATTHEW WILLIAMS | ☐ | DANIEL G. BOYLE | ☑ | BOIES SCHILLER FLEXNER LLP | dboyle@bsfllp.com | 2136299040 | | |
| 5 | CLAIMANT | MATTHEW WILLIAMS | ☐ | VICTORIA SCORDATO | ☐ | BOIES SCHILLER FLEXNER LLP | vscordato@bsfllp.com | 3017415267 | | |
| 6 | CLAIMANT | NOBUAKI KOBAYASHI | ☐ | DANIEL SACHS | ☐ | BROWN RUDNICK LLP | dsachs@brownrudnick.com | 2025361796 | | 1900 N STREET, NW; STE 4TH FLOOR; WASHINGTON, DC 20036 |
| 7 | CLAIMANT | NOBUAKI KOBAYASHI | ☐ | David Molton | ☑ | BROWN RUDNICK LLP | dmolton@brownrudnick.com | 2022094822 | | Seven Times Square, New York NY 10036 |
| 8 | CLAIMANT | NOBUAKI KOBAYASHI | ☐ | Gerard Cicero | ☑ | BROWN RUDNICK LLP | gcicero@brownrudnick.com | 2022094939 | | Seven Times Square, New York NY 10036 |
| 9 | CLAIMANT | NOBUAKI KOBAYASHI | ☐ | Daniel Kerns | ☑ | BROWN RUDNICK LLP | dkerns@brownrudnick.com | 2122094869 | | Seven Times Square, New York NY 10036 |
| 10 | CLAIMANT | ARON OPTHUN | ☐ | DAVID BENJAMIN SMITH | ☐ | DAVID B. SMITH, PLLC | dbs@davidbsmithpllc.com | 7035488911 | 7035488935 | 108 NORTH ALFRED STREET; 1ST FLOOR; ALEXANDRIA, VA 22314 |
| 11 | CLAIMANT | ADAM MUNTNER | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 12 | CLAIMANT | ADAM MUNTNER | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 13 | CLAIMANT | ALEXANDER ANDEBEEK | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 14 | CLAIMANT | ALEXANDER ANDEBEEK | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 15 | CLAIMANT | ANDREAS MIGOTZ | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 16 | CLAIMANT | ANDREAS MIGOTZ | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 17 | CLAIMANT | HADRIEN HISLAIRE | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | 233 Broadway, Suite 1750, NEW YORK, NY 10729 |
| 18 | CLAIMANT | HADRIEN HISLAIRE | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | 175 Federal Street; Suite 1200; Boston, MA 02110 |
| 19 | CLAIMANT | MICHAEL LADERMAN | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 20 | CLAIMANT | MICHAEL LADERMAN | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 21 | CLAIMANT | PATRICIA MOORE | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 22 | CLAIMANT | PATRICIA MOORE | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 23 | CLAIMANT | ROBERT KNUTSON | ☐ | TYLER M. FINN | ☑ | DYNAMIS LLP | tfinn@dynamisllp.com | 2122042757 | | |
| 24 | CLAIMANT | ROBERT KNUTSON | ☐ | ERIC SAMUEL ROSEN | ☐ | DYNAMIS LLP | erosen@dynamisllp.com | 6178029157 | | |
| 25 | CLAIMANT | HJALMAR PETERS | ☐ | ALEXANDRIA JEAN SMITH | ☐ | GREENSTEIN DELORME AND LUCHS PC | ajs@gdllaw.com | 2024521400 | | LITIGATION; 801 17TH STREET NW; SUITE 1000; WASHINGTON, DC 20006 |
| 26 | CLAIMANT | HJALMAR PETERS | | JOSEPH CIOFFI | | DAVIS+GILBERT LLP | jcioffi@dglaw.com | 2124684800 | | 1675 Broadway, New York, NY 10019 |
| 27 | CLAIMANT | HJALMAR PETERS | | ADAM M. LEVY | | DAVIS+GILBERT LLP | alevy@dglaw.com | 2124684800 | | |
| 28 | CLAIMANT | ANDERSON THOMAS | ☐ | AMANDA SKILLERN | ☑ | LAW OFFICE OF AMANDA SKILLERN, P.L.L.C. | amanda@amandaskillernlaw.com | 8329544722 | | 411 Fannin Street, Suite 350, Houston, TX 77002 |
| 29 | CLAIMANT | ALDIS RIGERTS | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 30 | CLAIMANT | ALEKSANDR LINENKO | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 31 | CLAIMANT | ARON OPTHUN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | 1 SANSOME STREET; SUITE 1400; SAN FRANCISCO, CA 94104 * |
| 32 | CLAIMANT | BENJAMIN JAMES MORAN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 33 | CLAIMANT | BRADLEY MARION | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 34 | CLAIMANT | BRANDON JUREWICZ | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 35 | CLAIMANT | BRUCE TIEMANN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 36 | CLAIMANT | DANIEL GROVES | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 37 | CLAIMANT | DAVID WEEKS | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 38 | CLAIMANT | ERIC SANDRI | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 39 | CLAIMANT | FELIX CORREA | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 40 | CLAIMANT | JOHN BARNES | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 41 | CLAIMANT | JOSEPH BARRETT | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 42 | CLAIMANT | JUAN MATEO LORENZO | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 43 | CLAIMANT | KAZJIN YASIN SALIH | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 44 | CLAIMANT | KEVIN TILLBROOK | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 45 | CLAIMANT | KIRK OUIMET | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 46 | CLAIMANT | LENNART MATTIAS WERNER | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 47 | CLAIMANT | MARC ANDRE GUINDON | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 48 | CLAIMANT | MARIO CASAR | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 49 | CLAIMANT | MAXIMILIAN PARUSEL | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 50 | CLAIMANT | MICHAEL BARTH VIK | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * * | | |
| 51 | CLAIMANT | NIKOS VERSCHORE | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 52 | CLAIMANT | OLEKSANDR HARSHYN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 53 | CLAIMANT | PAUL RHODES | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 54 | CLAIMANT | RADOSLAV BARKA | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 55 | CLAIMANT | RYAN UNDERWOOD | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 56 | CLAIMANT | WEIBIN LAM | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 57 | CLAIMANT | ZACHARY GLYNN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 58 | CLAIMANT | ERIC MAXEY | ☐ | BETTY WILLIAMS | ☐ | LAW OFFICE OF WILLIAMS & ASSOCIATES, PC | betty@williamstaxlaw.com | 9164888501 | 916-488-8196 | 3600 AMERICAN RIVER DRIVE; SUITE 135; SACRAMENTO, CA 95864 |
| 59 | CLAIMANT | SARAH WINTERS | ☐ | ALFRED GUILLAUME , III | ☐ | LAW OFFICES OF ALFRED GUILLAUME III, LLC | ag3law@gmail.com | 2023210549 | | 1350 CONNECTICUT AVENUE NW; SUITE 308; WASHINGTON, DC 20036 |
| 60 | CLAIMANT | ALDIS RIGERTS | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 61 | CLAIMANT | ARON OPTHUN | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 62 | CLAIMANT | FELIX CORREA | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 63 | CLAIMANT | JOSEPH BARRETT | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 64 | CLAIMANT | JUAN MATEO LORENZO | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 65 | CLAIMANT | KIRK OUIMET | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 66 | CLAIMANT | MARC ANDRE GUINDON | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 67 | CLAIMANT | MICHAEL BARTH VIK | ☐ | EDWARD M BURCH * | ☐ | LAW OFFICE OF MICHAEL & BURCH, LLP * | edward@michaelburchlaw.com * | 4159468996 * | | |
| 68 | CLAIMANT | BJORN ERIK MOL | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 69 | CLAIMANT | CHANGJIE LIU | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 70 | CLAIMANT | CHRISTOPHER ALLAN CALLEJO | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 71 | CLAIMANT | JACOB CAMPBELL | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 72 | CLAIMANT | JOHN JAIRO CORREA | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 73 | CLAIMANT | MAHDI NOOSHAFARIN | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 74 | CLAIMANT | MARTIN HORAK | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 75 | CLAIMANT | MOHAMED PARVEZ NOORANI | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 76 | CLAIMANT | PATRICK WAUTHIER | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 77 | CLAIMANT | PAUL CAPLING | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 78 | CLAIMANT | RAYMOND SCHETTINI | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 79 | CLAIMANT | RICHARD LEWIS PETERSON | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 80 | CLAIMANT | SAJAD GHANIZADA | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 81 | CLAIMANT | SARAH WINTERS | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | 585 THIRD AVENUE; CHULA VISTA, CA 91910 |
| 82 | CLAIMANT | THOMAS SCHMIDT | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 83 | CLAIMANT | THOMAS WEST | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 84 | CLAIMANT | TIM ALFONS MARIA WITHAG | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 85 | CLAIMANT | TIMOFEY FEDOTOV | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 86 | CLAIMANT | YAACOV ISRAEL BAR HANIN | ☐ | DANIEL M. SMITH | ☑ | SAN DIEGO DEFENDERS APC | lsmith@sandiegodefenders.com | 6192336900 | | |
| 87 | CLAIMANT | TRAVIS OSLEN | ☐ | CHARLES EDWARD GIANELLONI | ☑ | SNELL & WILMER LLP | cgianelloni@swlaw.com | 7027845200 | 7027845252 | 1700 S. PAVILION CENTER DRIVE; SUITE 700; LAS VEGAS, NV 89135 |
| 88 | CLAIMANT | TRAVIS OSLEN | ☐ | NICOLE REDMOND | ☐ | SNELL & WILMER LLP | nredmond@swlaw.com | 2029084260 | 2029255956 | Alexander Court; 2001 K Street NW; Suite 425 North; Washington D.C., DC 20006-1037 |
| 89 | CLAIMANT | TRAVIS OSLEN | ☐ | ALEXIS RENEE WENDL | ☑ | SNELL & WILMER LLP | awendl@swlaw.com | 7027845283 | | 1700 S. PAVILION CENTER DRIVE; SUITE 700; LAS VEGAS, NV 89135 |
| 90 | CLAIMANT | ANDREW HARDY | ☑ | | ☐ | 275 20th Avenue | hardywater@gmail.com | 8314313498 | | Santa Cruz, CA 95062 |
| 91 | CLAIMANT | ANTON SAMUELLSON | ☑ | | ☐ | LILLASATE 416 | anton.samuelsson@live.se | | | HOOR 243 91; SWEDEN |
| 92 | CLAIMANT | ARMEN KARAPETIAN | ☑ | | ☐ | 14 Yuriya Popravy Street | armen0954348575@gmail.com | | | Apt. 68; Kyiv 02094; Ukraine |
| 93 | CLAIMANT | CHARLES EDWARD SMALL | ☑ | | ☐ | 21 Old Great North Road | charles.small.89@gmail.com | | | Stibbington, Peterborough PE86LR; UK |
| 94 | CLAIMANT | DEJAN DEAK | ☑ | | ☐ | | deranbp@gmail.com | | | BACKA PALANKA, SERBIA |
| 95 | CLAIMANT | DOMINIK BUECHSEL | ☑ | | ☐ | Unit 167926, PO Box 7169 | G-Fire@gmx.de | | | Poole, BH15 9EL, UK |
| 96 | CLAIMANT | EDWARD GAO | ☑ | | ☐ | 1717 15 STREET NW | ed.gao@hotmail.com | | | CALGARY, ALBERTA; CANADA |
| 97 | CLAIMANT | HAE YOUNG KWON | ☑ | | ☐ | 173, SEONGAN-RO, UNIT # 804 | haes920@gmail.com | 821022024388 | | GANGDONG-GU, SEOUL, 05338; REPUBLIC OF KOREA; SEOUL; REPUBLIC OF KOREA |
| 98 | CLAIMANT | IRWIN BIN AHMAD | ☑ | | ☐ | Blk 288, Choa Chu Kang Avenue 3 | irwin.ahmad@gmail.com | | | #16-282, 680288, Singapore |
| 99 | CLAIMANT | JOHN WEBER | ☑ | | ☐ | | | | | |
| 100 | CLAIMANT | JONAS PAASCH | ☑ | | ☐ | 700 DOVERCOURT DR. | jonas-paasch@proton.me | 17735414331 | | UNIT 31 #163; WINNIPEG, MB R3Y 1X5; CANADA |
| 101 | CLAIMANT | JONATHAN WILLIAMS | ☑ | | ☐ | 2403 Jenkins Road | laptopfreek0@yahoo.com | 4234516678 | | Chattanooga, TN 37421 |
| 102 | CLAIMANT | KEVIN REILLY | ☑ | | ☐ | 314 OXFORD ROAD | kreilly100@gmail.com | | | KENILWORTH, IL 60043 |
| 103 | CLAIMANT | KYLE WESLEY HERRON | ☑ | | ☐ | 803 S. DITTMAN STREET | wesherron01@yahoo.com | 6207048353 | | FRONTENAC, KS 66763 |
| 104 | CLAIMANT | LOUIS PAPALOIZOU | ☑ | | ☐ | 42 Rosina Street | louiloui@gmail.com | | | Manchester M11 1HX; UK |
| 105 | CLAIMANT | MARCO STICKAN | ☑ | | ☐ | Welschenweg 3 | Marco.Stickan@web.de | | | 33813 Oerlinghausen, Germany |
| 106 | CLAIMANT | MARTIN SPARGO | ☑ | | ☐ | 3637 East Paradise Drive | martyspargo@gmail.com | | | Phoenix, AZ 85028 |
| 107 | CLAIMANT | MATTE THIBAULT | ☑ | | ☐ | 7 rue Frederic Gaillardet | thibaultmatte@orange.fr | | | Le plessis Bouchad 95130; France |
| 108 | CLAIMANT | MICHAEL WILLIAM CHARLES HAWORTH | ☑ | | ☐ | Barn Hurst, Barn Street | tronath@gmail.com | 4.47484E+11 | | Haverfordwest; Pembrokeshire; UK |
| 109 | CLAIMANT | NAZAR FEDORCHUK | ☑ | | ☐ | 1207 DELAWARE AVE STE. 3773 | nazar.fedorchuk@gmail.com | 3477976143 | | WILMINGTON, DE 19806 |
| 110 | CLAIMANT | NOAH SIMMONS | ☑ | | ☐ | 4919 16th Street, NW | noahns@gmail.com | | | Washington, DC 20011 |
| 111 | CLAIMANT | OLEH CHECHETKO | ☑ | | ☐ | 40 BALFUR STREET | btccashpoint@gmail.com | | | APT. 2; NAHARIYA 2242525; ISRAEL |
| 112 | CLAIMANT | OLGA SOLODINA | ☑ | | ☐ | 33A BOGISHAMOL, TASHKENT, | executorster@gmail.com | | | UZBEKISTAN, 100000 |
| 113 | CLAIMANT | PAIGE N. HOPKINS | ☑ | | ☐ | 314 OXFORD ROAD | hopkinsreilly@gmail.com | | | KENILWORTH, IL 60043 |
| 114 | CLAIMANT | PAUL RESCH | ☑ | | ☐ | Bernardgasse 32/10 | p.resch@liwest.at | | | 1070 Vienna, Austria |
| 115 | CLAIMANT | RADOMIR POLACH | ☑ | | ☐ | Babicka 2534/15 C | mail@radomirpolach.cz | 4.20606E+11 | | 785 01 Sternberk; Czech Republic; Sternberk; Czech Republic |
| 116 | CLAIMANT | RAYMOND ERAY TAV | ☑ | | ☐ | 7267 Regina Way | RaymondErayTav@gmail.com | 8643729828 | | Orlando, FL 32819 |
| 117 | CLAIMANT | REMCO HEREIJGERS | ☑ | | ☐ | Galderseweg 24A | remco.hereijgers@gmail.com | | | 4855 Ah Galder; The Netherlands |
| 118 | CLAIMANT | SANG RAI KANG | ☑ | | ☐ | 411 VIRGINIA AVE | sangraikang@yahoo.com | | | HERNDON, VA 20170 |
| 119 | CLAIMANT | SERGEY MAYZUS | ☑ | | ☐ | NA NADVORI 1 | sergey@mayzus.com | 420602350356 | | CHOTOVINY 39137; CZECH REPUBLIC |
| 120 | CLAIMANT | SIMON DE DARDEL | ☑ | | ☐ | Allee du Chateau 7 | wattimedia@gmail.com | | | 1752 Villars-sur-Glane, Switzerland |
| 121 | CLAIMANT | SIMON HAIGH | ☑ | | ☐ | 40/66 Burnett Street | shaigh1@gmail.com | | | North Hobart TAS 7000; Australia |
| 122 | CLAIMANT | TEYARA HARDY | ☑ | | ☐ | 275 20th Avenue | Teyara@gmail..com | 8314313496 | | Santa Cruz, CA 95062 |
| 123 | CLAIMANT | TIMOTHY O'BRIEN | ☑ | | ☐ | 58 REDSTONE HILL ROAD | tobrien6@gmail.com | | | STERLING, MA 01564 |
| 124 | CLAIMANT | TIMOTHY RENZETTI | ☑ | | ☐ | 112 Silverthorne Dr. | tim@autovid.com | 2567590161 | | 112 Silverthorne Dr., Huntsville, AL 35806 |
| 125 | | | | | | | | | | |
| 126 | | | | | | | | | | |
| 127 | | | | * Co-counsel LESLIE SAMMIS;<br>DAVID B. SMITH | | * SAMMIS LAW FIRM;<br>DAVID P. SMITH, PLLC | * lsammis@sammislawfirm.com;<br>dbs@davidpsmithpllc.com | * Sammis:<br>8132500500;<br>Smith:<br>7035488911 | * Sammis:<br>8132761600 | * SAMMIS LAW FIRM, 1005 N. MARION ST.; TAMPA, FL 33602;<br>DAVID P. SMITH, PLLC, 108 N. Alfred St., 1st Fl, Alexandria, VA 22314 |