**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>     Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br><br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S RESPONSE REGARDING THE JOINT STATUS REPORT** |

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") submits this Response to the Joint Status Report (ECF No. 384) filed on Monday July 20, 2026, in this matter.[1]

The MtGox Trustee agrees with and consents to the proposals that (1) the Government serve all existing claimants with discovery packets by August 31, 2026, and (2) the Government and the MtGox Trustee file a Joint Status Report on or before September 15, 2026, regarding their continuing discussions and whether a schedule for discovery and summary judgment should be set if no resolution is reached. The MtGox Trustee agrees that the further discussions the Government proposes are likely to be productive and may yield efficiencies for all parties and for the Court.

The other proposed deadlines in a scheduling order, however, should be set depending on the Government's position as to the standing of the BTC-e accountholder claimants. A Government motion to strike many of these claims would likely be successful because most, if not all, BTC-e accountholder claimants willingly deposited their funds on BTC-e, thus relinquishing legal title and their standing to pursue claims to their deposited funds. *See United States v. All Assets Held at Bank Julius Baer & Co., Ltd*., 959 F. Supp.2d 81, 114 (D.D.C. 2013) (customer that deposited assets at bank is "a general unsecured creditor" of the bank and lacks "standing to challenge the civil forfeiture of their debtor's property.").[2] The Joint Status Report does not address this issue. If BTC-e accountholders lack standing to pursue their claims, then that issue should be resolved before further litigation ensues and it would be counterproductive to further delay this

---

[1] As set forth at page 9 of the Joint Status Report, the MtGox Trustee was unable to take a position for purposes of Monday's filing and respectfully requested permission to file the instant response. Counsel for the Government confirmed that it does not oppose the MtGox Trustee's filing of the instant response today on the basis of timing.

[2] In contrast, the MtGox Trustee's claim is not subject to this argument.

proceeding to provide notice to other BTC-e accountholders that would also lack standing. For this reason, the MtGox Trustee respectfully requests that the Court direct the Government to express its position on whether judicial economy would be served by the Government's filing of motions to strike BTC-e accountholder claims for lack of standing.

DATED: July 22, 2026                                   Respectfully submitted,

**BROWN RUDNICK LLP**

By: */s/ Daniel Sachs*

David J. Molton
Gerard T. Cicero
Daniel F. Kerns
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

3