# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

United States of America,

    Plaintiff,

v.                        Civil Action No. 1:25-cv-02085-CJN

All virtual currency held in the BTC-e
operating wallets as of July 25, 2017, and
other assets further described herein,

    Defendants *in rem*.

## SUPPLEMENTAL POSITION STATEMENT OF
## PRO SE CLAIMANT PAUL RESCH

Pro se Claimant Paul Resch respectfully submits this supplemental statement to the Joint Status Report filed on July 20, 2026. Claimant's position was provided by email to Government counsel on July 21, 2026, but was not received in time for inclusion in the Joint Status Report as filed.

Claimant Resch states as follows:

**1. Discovery.** Claimant agrees with the Government's intention to produce discovery packets consisting of individual account records to existing Claimants on or before August 31, 2026, and respectfully requests that the Court incorporate that date into its scheduling order.

**2. Late Claims.** Claimant has no objection to the Government's decision to withdraw its opposition to pending motions for leave to file late claims and its decision not to move to strike late-filed claims. Claimant notes that his own motion for leave to file a late claim (Dkt. 339) remains pending before the Court and respectfully requests that the Court grant that motion, which is now unopposed.

**3. Re-Notice.** Claimant respectfully requests that the reopened notice period not delay the resolution of claims already filed by existing accountholder Claimants.

Respectfully submitted,



RECEIVED

JUL 30 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

/s/ Paul Resch
PAUL RESCH
*Pro Se* Claimant
p.resch@liwest.at

Dated: July 29, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I caused a copy of the foregoing Supplemental Position Statement to be served by email upon Government counsel Joshua L. Sohn (joshua.sohn@usdoj.gov) and Allison Ickovic, Trial Attorneys, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, United States Department of Justice, and upon all pro se parties whose email addresses are known to me.

/s/ Paul Resch
Paul Resch