**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>                Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br><br>**NOBUAKI KOBAYASHI, AS FOREIGN REPRESENTATIVE AND TRUSTEE TO THE MTGOX ESTATE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO THE JOINT STATUS REPORT** |

Claimant Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") submits this Motion for Leave to File a Supplemental Response to Plaintiff's Joint Status Report (ECF No. 384) filed on Monday July 20, 2026, in this matter.

On July 22, 2026, MtGox filed its "Response" (ECF No. 385) regarding the government's Joint Status Report, which explained the MtGox Trustee's position with respect to the Government's notice proposal and obligations. On July 29, 2026, the Court scheduled a hearing on the government's notice proposal and obligations, which was subsequently moved to August 5, 2026, at 11:00 a.m. (the "Status Hearing"). In advance of the Status Hearing, the MtGox Trustee seeks leave to supplement his Response with additional evidence that supports his position and is relevant to the issues before the Court.

Granting this motion would provide the Court with a more accurate and complete record upon which to consider the issues at bar at the Status Hearing. MtGox's counsel conferred with counsel for the Government pursuant to District of Columbia Local Civil Rule 7(m) and the Government consents to granting leave to file a supplemental response. Mt Gox's counsel also attempted to confer with counsel for other claimants by email earlier today. Claimants represented by the Michael Burch firm and by Daniel Smith oppose this motion because their counsel were unclear what relief this motion for leave seeks. No other claimants shared their position with respect to this motion before it was filed.

Accordingly, MtGox respectfully requests leave to file the attached supplemental response to the Joint Status Report and associated documents, attached hereto as <u>Exhibits A-D</u> pursuant to the proposed order attached hereto as <u>Exhibit E</u>.

1

DATED: August 3, 2026                          Respectfully submitted,

**BROWN RUDNICK LLP**

By:  */s/ Daniel Sachs*

David J. Molton
Gerard T. Cicero
Daniel F. Kerns
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

2