EXHIBIT B

DECLARATION OF DANIEL L. SACHS

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br><br>vs.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>                    Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br>**DECLARATION OF DANIEL L. SACHS IN SUPPORT OF THE MTGOX ESTATE'S SUPPLEMENTAL RESPONSE REGARDING THE JOINT STATUS REPORT** |

I, Daniel L. Sachs, under penalty of perjury, declare the following to the best of my knowledge, information, and belief:

I am over 18 years of age, of sound mind, and fully competent to make this Declaration. If called upon to testify, I could and would competently testify to the matters set forth herein.

I am counsel for Nobuaki Kobayashi, in his capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK.

Attached hereto as Exhibit 1, is a true and correct copy of the *Affidavit of Catherine Pelker in opposition to interlocutory application for severance of restrained property*, filed in the High Court of New Zealand, Auckland Registry, in the case currently pending under the Criminal Proceeds (Recovery) Act 2009, between Commissioner of Police, as applicant, and Aleksandr Vinnik and Canton Business Corporation (also known as BTC-e), as respondents, CIV-2020-404-60.

Dated: August 3, 2026

1

_/s/ Daniel Sachs_
Daniel L. Sachs (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

2