EXHIBIT C

Kang Claim

Sang Kang
411 Virginia Avenue
Herndon, VA 20170
571-921-7424
sangraikang@yahoo.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America
              Plaintiff,

v.

**All Virtual Currency Held in the BTC-e Operating Wallets as of July 25, 2017, and Other Assets,**
              Defendant in rem.

Civil Action No. **1:25-cv-02085-CJN**

**VERIFIED CLAIM**

I, Sang Kang, hereby file this Verified Claim pursuant to **Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.**

1. I am the claimant of the following property that is subject to forfeiture in this action:

    **BTC-e account sangraiknag**

2. I claim a legal and/or equitable interest in the Defendant Property.

    **I deposited 154.75563233 BTC into a BTC-e account from August 2015 to June 2016 then converted to ETH and was unable to recover them after the platform was seized.**

3. I am **not currently represented by an attorney** and submit this claim **pro se.**

4. I **request to contest the forfeiture** of the property identified above and reserve all rights to file an Answer or other responsive pleading as required by law.

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: July 15, 2025
City and State: Herndon, Virginia
Signature:_____
Sang Rai Kang
Pro Se Claimant

RECEIVED

JUL 15 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia