EXHIBIT E

[Proposed] Order Granting Motion for Leave to File Supplemental Response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br><br>vs.<br><br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN<br><br>              Defendants *in rem*. | Civil Case No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols |

[PROPOSED] ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL RESPONSE

Upon consideration of the Motion for Leave to File Supplemental Response to the Joint Status Report (the "Motion") of Nobuaki Kobayashi, as Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK, it is hereby ORDERED that the Motion is GRANTED and the Clerk shall file the MtGox Supplemental Response Regarding the Joint Status Report attached to the Motion as Exhibits A-D.

Dated this _____ day of August, 2026

_____
CARL J. NICHOLS
United States District Judge