| Bitcoin | BTC | 7 | 500 | $ 3,500.00 |
|---|---|---|---|---|
| Litecoin | LTC | 0 | | $ - |
| Terracoin | TRC | 3507 | 0.13 | $ 455.91 |
| Peercoin | PPC | 395.223 | 2.65 | $ 1,047.34 |
| Feathercoin | FTC | 1497 | 0.11 | $ 164.67 |
| Primecoin | XPM | 149 | 1.94 | $ 289.06 |