

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/13/2013 | Check 2013 | | C | |
| 11/12/2013 | Wire Transfer Fee | | C | -45.00 |
| 11/12/2013 | GA TLR cash withdrawal from CHK 9140 Banking Ctr LAWRENCEVILLE #0101117 GA... | | C | -1,150.00 |
| 11/12/2013 | WIRE TYPE:INTL OUT DATE:131112 TIME:1135 ET TRN:2013111200335451 SERVICE... | | C | -4,000.00 |

**Edit Description**

Type: Withdrawal

Description: WIRE TYPE:INTL OUT DATE:131112 TIME:1135 ET TRN:2013111200335451 SERVICE REF:370968 BNF:MAYZUS FINANCIAL SERVICES ID:4030200327910 BNF BK:DEUTSCHE BANK AKTIENGES ID:CZ7910 PMT DET:N MEXD8E86 Other /ACC/FFC AAC.9311.23440 ACC ID //S1

Print transaction details

| 11/12/2013 | Online Banking transfer from CHK 8902 Confirmation# 0227253730 | | C | 16,650.00 |

e website feedback