**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein<br><br>Defendants *in rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

# <u>STATUS REPORT</u>

Pursuant to the Court's Order of August 13, 2026 (Dkt. 392), the Government respectfully submits the following Status Report.

The Government does not oppose Claimant Sang Rai Kang's Motion for Jury Trial (Dkt. 163). Numerous other claimants have already demanded a jury trial, and civil forfeiture cases do carry a right to jury trial where (as here) the property was *not* seized on navigable waters. *See United States v. One 1976 Mercedes Benz*, 618 F.2d 453 (7th Cir. 1980); 50A C.J.S. JURIES § 101.

Given the current procedural posture of this case, the Government does not oppose Claimant Remco Hereijgers's Motion for Leave to File Answer Out of Time (Dkt. 300).

Finally, the Government maintains its Motion to Strike the Claim of Sergey Mayzus (Dkt. 369). That motion was not based on timeliness issues; it was based on the fact that Mayzus is a general unsecured judgment creditor who clearly lacks standing. The Government maintains its position that Mayzus's claim should be struck.

Respectfully submitted,

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION

*<u>/s/ Joshua L. Sohn</u>*
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics
And Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all *pro se* parties whose email addresses are readily available.

By: ___*/s/ Joshua L. Sohn*____
Joshua L. Sohn