**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein<br><br>Defendants *in rem*. | ) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

**DECLARATION OF JOSHUA L. SOHN**

I, Joshua L. Sohn, declare as follows:

1. I am a Trial Attorney in the Money Laundering, Narcotics and Forfeiture Section of the U.S. Department of Justice and am counsel of record in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. At the time the Government seized BTC-e's assets in July 2017, the BTC-e customer account associated with Michael William Charles Haworth had a balance of zero Bitcoin, zero other cryptocurrency, and approximately $1.46 USD. Attached hereto as Exhibit A is a true and correct copy of redacted excerpts of the Government's account records for Haworth, showing these balances. As relevant here, the Bitcoin balance is shown in the first column of page 2.

3. Attached hereto as Exhibit B is a true and correct copy of the Evidentiary Addendum that Haworth sent to the Government. At the Government's request, Haworth redacted sensitive information from this version of the Addendum so that it can be filed publicly.

4. Attached hereto as Exhibit C is a true and correct copy of Haworth's Answer in this case, which Haworth emailed to the Government on August 26, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 26, 2026

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN