# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS,<br>Defendant in rem. | **CASE NO. 1:25-CV-02085-CJN**<br>Civil Action No. 1:25-cv-02085-CJN<br>Hon. Carl J. Nichols<br><br>**REDACTED VERSION FOR PUBLIC FILING** |

# EVIDENTIARY ADDENDUM TO THE VERIFIED CLAIM OF MICHAEL WILLIAM CHARLES HAWORTH

## I. INTRODUCTION

This Evidentiary Addendum is submitted by pro se Claimant Michael William Charles Haworth (Username: [REDACTED], User ID: [REDACTED]) to formally reconcile raw server database records produced by the United States Government during discovery on August 25, 2026. While the database snapshot from the July 2017 seizure records an active balance of 0 BTC and 1.46580912 USD for this account, the underlying server transaction logs and login history confirm that the missing cryptocurrency balance was the direct result of an unauthorized external breach on February 26, 2014. By mapping the Government's own database records to contemporaneous support communications, Claimant establishes a clear prior possessory and ownership interest in the seized assets, satisfying the requirements of the Innocent Owner Defense under 18 U.S.C. § 983(d).

## II. CHRONOLOGICAL ACCOUNT RECONCILIATION

| Date & Time (UTC) | Event Type | Database Source | Transaction ID / Ref | Forensic Details |
|---|---|---|---|---|
| 01 Oct 2012 14:05:28 | Account Reg | logs (Row 192341) accounts | N/A | Registered username '[REDACTED]' from legitimate home IP address [REDACTED IP]. |
| 16 Dec 2013 19:30:26 | Legit Deposit | coins_rec_trans | [REDACTED TX HASH] | Deposited 6.99791434 BTC from personal wallet [REDACTED PERSONAL WALLET] to BTC-e address [REDACTED DEPOSIT ADDRESS]. |
| 12 Feb 2014 17:01:55 | OTP Unlink Request | logs (Row 13390147) | N/A | Logged in from legitimate IP [REDACTED IP]; requested OTP unlinking to switch mobile phones. |
| 12 Feb - 26 Feb (14 Days) | Security Hold | login_attemps | Absolute Silence | System enforced strict 14-day hold on unlinks. Zero login attempts recorded, ruling out brute-force polling. |
| 26 Feb 2014 22:48:18 | OTP Unlinked | logs (Row 14118875) | N/A | 14-day hold expired; server unlinked the security key automatically. |
| 26 Feb 2014 22:48:18 | Hacker Login | login_attemps (Row 22082440) | N/A | Successful breach from suspicious IP [REDACTED IP] at the exact same Unix second as OTP unlinking. |
| 26 Feb 2014 22:52:58 | Fraudulent Cashout | coins_withdrawals (Row 639786) | [REDACTED TX HASH] | 5.53231859 BTC withdrawn from account to unrecognized hacker address [REDACTED HACKER WALLET]. |
| 27 Feb 2014 10:25:34 | Theft Discovery | login_attemps (Row 22100859) | N/A | Logged in from new device IP [REDACTED IP]; discovered missing BTC balance. |
| 27 Feb 2014 10:44:29 | Account Re-Secured | logs (Row 14140033) | OTP Key #93342 | Configured a new OTP security key within 20 minutes of discovery to lock out the intruder. |
| 28 Feb 2014 16:18:00 | Support Ticket | External Exhibit | Ticket #SEY-323-20058 | Filed support complaint reporting 2FA was deactivated without my email confirmation. |
| 28 Feb 2014 16:27:00 | Support Ticket | External Exhibit | Ticket #CVC-475-24757 | Filed formal complaint reporting that my Bitcoin had been unauthorizedly traded and stolen. |
| 20 Apr 2017 17:54:54 | Internal Lock | user_admin_comments (Row 16670) | Comment ID 16670 | Admin restricted account and confirmed remaining dust balance of ~1.46 USD. |
| 23 May 2017 | Lock Notice | External Exhibit | N/A | Received email notification confirming locked status, matching internal comment. |

## III. FORENSIC BREACH ANALYSIS

### 1. Sub-Second Synchronicity (The System Exploit)

Claimant's legitimate OTP unlinking request was processed on February 12, 2014, at Unix timestamp 1392224515. The system's automated 14-day background security timer expired exactly 14 days, 5 hours, 46 minutes, and 23 seconds later, executing the unlink at Unix timestamp 1393454898. The server logs record a successful login from the intruder IP ([REDACTED IP]) at that exact same Unix second (1393454898). It is humanly impossible to manually time a login with sub-second accuracy to a background server process. This demonstrates that the intruder was utilizing an automated script exploiting either a database-level queue leak or administrative backend access.

### 2. The Significance of 'Absolute Silence'

The *login_attemps* sheet records zero failed or successful login attempts on Claimant's account during the entire 14-day hold period. This rules out brute-force API polling or password guessing. The intruder quieted their activity for two weeks, did not make a single mistake or test run, and logged in successfully on their first attempt the exact second the 2FA protection dropped.

### 3. Reconciling the 'Email Confirmation' Claim

When Claimant opened Ticket #CVC-475-24757 on February 28, 2014, BTC-e support asserted that the withdrawal had been confirmed via email. Crucially, Claimant received no security alerts or notifications of unauthorized access to his registered Gmail account ([REDACTED EMAIL]), and the email was not active from any other locations during this period. Because external email compromise is effectively ruled out by the lack of unauthorized inbox access, this leaves only two technically viable explanations, both pointing directly to the exchange's internal architecture: (a) a direct database-level bypass, where exchange operators or an attacker with backend database access manually marked the transaction as 'confirmed' directly in the server tables, or (b) an exchange-side API exploit that permitted transaction confirmation without actually generating or requiring an external email dispatch. In either scenario, the sub-second synchronicity of the breach proves that Claimant did not authorize or confirm the cashout.

### 4. Immediate Diligence to Re-Secure

Upon discovering the unauthorized activity on February 27, 2014, Claimant took immediate action to protect the account. Within 20 minutes of logging in, Claimant generated and confirmed a new OTP security key (#93342), updated credentials, and filed formal support complaints within hours, satisfying the requirements of reasonable diligence.

## IV. INNOCENT OWNER STANDARD & STANDING

The Government's primary argument in this litigation is that exchange depositors are general unsecured creditors and lack standing to challenge civil forfeiture. However, Claimant's unauthorized loss occurred and was formally documented years prior to the July 2017 seizure of the BTC-e operating wallets. Because Claimant was a verified victim of theft actively seeking recovery and restriction of his compromised property, his standing is based on a prior possessory and ownership interest that existed prior to the conduct giving rise to forfeiture.

Claimant has met the standard of an innocent owner under 18 U.S.C. § 983(d) by: (1) having no knowledge of or participation in the subsequent illicit transactions or movements of the stolen coins, and (2) taking immediate, documented, and diligent steps to report the theft and re-secure the account with the exchange.

Respectfully submitted,

/s/ Michael William Charles Haworth

Michael William Charles Haworth

Pro Se Claimant

Email: [REDACTED EMAIL]

Address: [REDACTED PHYSICAL ADDRESS]

Date: August 26, 2026