## SUPPLEMENTAL VERIFIED CLAIM

Pursuant to Supplemental Rule G(5)(a)

1. I, Sang Rai Kang, am the claimant who previously filed a Verified Claim in this action. This Supplemental Verified Claim is intended to clarify and particularize my claim to ETH reflected in BTC-e's internal account and order records. It does not withdraw, waive, or supersede my existing Verified Claim except to the extent the Court orders otherwise.

2. My BTC-e account is identified in the produced BTC-e records as UID 648599.

3. I claim an interest in 281.57393396 ETH that BTC-e reserved in open Order No. 1913406147 before the seizure of BTC-e on July 25, 2017.

4. BTC-e's order record shows Order No. 1913406147 as an ETH/USD order opened on July 23, 2017 at a rate of $259 per ETH, with an original and remaining quantity of approximately 281.573934 ETH, status 0, and no completion timestamp.

5. BTC-e's billing ledger contains a corresponding entry reserving approximately 281.573934 ETH for Order No. 1913406147. I understand this record to mean that the ETH was moved from my freely available balance into BTC-e's reserved/order balance; it was not a withdrawal from BTC-e.

6. The BTC-e records trace the reserved quantity to Order No. 1899515759. That order purchased a gross 282.13821031 ETH at $149 per ETH. BTC-e reserved/charged $42,038.59333619 for that purchase.

7. BTC-e's fill records for Order No. 1899515759 expressly show a 0.2% fee. The fills total 282.13821031 ETH gross and 281.57393396 ETH net after fees, a difference of 0.56427635 ETH.

8. I therefore claim the net 281.57393396 ETH credited to my BTC-e account and subsequently reserved in the still-open Order No. 1913406147. I do not add the 0.56427635 ETH trading fee to the amount of ETH claimed in this supplement.

9. Because an exchange reservation can reduce a displayed 'free' balance while leaving the customer's economic position in the account, I request that the Court and the United States evaluate both free and reserved/open-order balances when determining the property attributable to my BTC-e account at the seizure cutoff.

10. I reserve all rights concerning my existing Verified Claim, my Verified Answer, discovery, tracing, valuation, and any other property interests asserted in this action.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge based on my personal knowledge and the BTC-e records produced for my account. See 28 U.S.C. § 1746.

RECEIVED
AUG 31 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Executed on: August 31, 2026

________________________________

Sang Rai Kang, Pro Se

**DECLARATION OF SANG RAI KANG**

**IN SUPPORT OF SUPPLEMENTAL VERIFIED CLAIM**

1. I am the claimant identified above and make this declaration based on my personal knowledge and the BTC-e account records produced in connection with this matter.

2. The records identify my BTC-e account as UID 648599.

3. The records show that Order No. 1899515759 acquired ETH on July 16, 2017. The order quantity was 282.13821031 ETH at $149 per ETH.

4. BTC-e's billing entries for that order identify a 0.2% fee on the fills. The gross ETH acquired totals 282.13821031 ETH and the net ETH credited totals 281.57393396 ETH.

5. On July 23, 2017, Order No. 1913406147 reserved the resulting 281.57393396 ETH for an ETH/USD order at $259 per ETH.

6. The order remained open in the BTC-e order record: its remaining quantity equals its original quantity, its status is 0, and its completion timestamp is zero.

7. The corresponding billing entry records the ETH as being placed 'In payment for a warrant' for Order No. 1913406147. I understand that entry as an internal reservation of the ETH for the open order.

8. I have found no record showing that Order No. 1913406147 executed, that the 281.57393396 ETH was withdrawn from BTC-e, or that the ETH was transferred away from my account before the seizure cutoff.

9. Attached record excerpts summarize the order and billing entries supporting this supplemental claim.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on: August 31, 2026

Sang Rai Kang

## EXHIBIT A - BTC-E ORDER RECORD EXCERPTS

| Order ID | Pair | Type | Start ETH | Remaining ETH | Rate | Opened (UTC) | Status |
|---|---|---|---|---|---|---|---|
| 1899515759 | ETH/USD | Buy | 282.13821031 | 0 | $149 | 2017-07-16 06:17:40 | 1 |
| 1913406147 | ETH/USD | Sell/Open | 281.57393396 | 281.57393396 | $259 | 2017-07-23 14:17:14 | 0 |

Source: orders(1).xlsx, UID 648599. The final order has no completion timestamp and its remaining quantity equals the original quantity.

## EXHIBIT B - BTC-E BILLING/FEE RECONCILIATION

| Item | Order ID | Gross/Reserved | Fee | Net/Credited |
|---|---|---|---|---|
| ETH acquisition | 1899515759 | 282.13821031 ETH | 0.56427635 ETH (0.2%) | 281.57393396 ETH |
| USD acquisition cost | 1899515759 | $42,038.59333619 | | |
| Final ETH reservation | 1913406147 | 281.57393396 ETH | | Open/reserved |

The acquisition billing entries state that each ETH fill was credited after a 0.2% fee. The final reservation billing entry states: 'In payment for a warrant :order:1913406147:'.

# [PROPOSED] ORDER

Upon consideration of Claimant Sang Rai Kang's Motion for Leave to File Supplemental Verified Claim, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Supplemental Verified Claim identifying 281.57393396 ETH reserved in BTC-e Order No. 1913406147 is accepted for filing without prejudice to Claimant's existing Verified Claim or other properly asserted interests.

SO ORDERED.

Date: ____________________

_____________________________________________

CARL J. NICHOLS

United States District Judge

## CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I served a true and correct copy of the foregoing Motion for Leave to File Supplemental Verified Claim, Supplemental Verified Claim, Declaration, exhibits, and Proposed Order upon current counsel for the United States by United States Mail, postage prepaid, at counsel's address of record.

Sang Rai Kang, Pro Se