**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein<br><br>Defendants *in rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

# JOINT STATUS REPORT

Plaintiff United States of America ("the Government") and Claimant Nobuaki Kobayashi, Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") respectfully submit this Joint Status Report pursuant to the Court's Order of July 29, 2026.

On September 11, 2026, the Government and the MtGox Trustee held their third in-person meeting, though counsel. At this meeting, the Government laid out its legal and factual position regarding the MtGox Trustee's assertion of standing in this case. At the conclusion of the meeting, counsel proposed a further constructive exchange of information. Specifically, the Government agreed to provide the MtGox Trustee with evidence of a MtGox hacker's exchange of bitcoin stolen from MtGox for cash. Counsel for the MtGox Trustee proposed to provide the Government with analysis of transactions in a MtGox hacker's BTC-e accounts up to when the Government seized BTC-e's assets.

Counsel propose to schedule a further meeting for the exchange of and discussion regarding this evidence as soon as is practical. Counsel will update the Court regarding these efforts by status

report in 30 days. Counsel further propose maintaining the status of the case at this time to allow the parties to continue their productive discussions.

Respectfully submitted,

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics
And Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*and*

**BROWN RUDNICK LLP**

By: *__/s/ Daniel Sachs__________________*

DAVID J. MOLTON
GERARD T. CICERO
DANIEL F. KERNS
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

DANIEL L. SACHS (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all *pro se* parties whose email addresses are readily available.

By: ___*/s/ Joshua L. Sohn*____
Joshua L. Sohn