**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein<br><br>Defendants *in rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

**UNITED STATES' PARTIAL OPPOSITION TO MOTION OF AYDIN AYGUN**

Non-party Aydin Aygun moves to extend the date to file a claim in this case, from October 12, 2026 to December 7, 2026.[1] Given Aygun's claims of medical hardship, the Government takes no position on his extension request.

To be clear, Aygun did not properly meet-and-confer on this request. His motion cites medical hardship as the basis for an extension. Yet when Aygun sent a pre-motion meet-and-confer email seeking the Government's position on his extension request, Aygun said not one word about any medical rationale. Sohn Decl., Ex. A. Thus, the Government stated that it would oppose his extension request, as Aygun had given no reason for an extension. Now that Aygun has (belatedly) raised medical hardship as a reason, the Government takes no position on his extension request.

Aygun's motion also asks, in muddled terms, for certain information relating to his potential BTC-e account. The Government opposes this portion of the motion. If Aygun becomes a claimant, the Government would give him a discovery packet on equal terms as other claimants.

[1] Because the Government sent Aygun a notice packet on September 7, 2026, an Aygun claim would normally be due by October 12, 2026. *See* Supp. Rule G(5)(a)(ii)(A).

If Aygun is dissatisfied with the contents of that discovery packet, he might seek additional discovery. But Aygun's discovery motion is clearly premature and improper at this juncture.

DATED: September 16, 2026

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS AND
FORFEITURE SECTION

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to Aydin Aygun at aydinaygun209@gmail.com.

By: ___*/s/ Joshua L. Sohn*____
Joshua L. Sohn