**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein<br><br>Defendants *in rem*. | ) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

**DECLARATION OF JOSHUA L. SOHN**

I, Joshua L. Sohn, declare as follows:

1. I am a Trial Attorney in the Money Laundering, Narcotics and Forfeiture Section of the U.S. Department of Justice and am counsel of record in the above-captioned case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.
2. Attached hereto as Exhibit A is a true and correct copy of an email that I received from Aydin Aygun on September 7, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: September 16, 2026

*/s/ Joshua L. Sohn*
JOSHUA L. SOHN