# EXHIBIT A

**Bryant, Sherry (CRM)**

**From:** Aydin Aygün <aydinaygun209@gmail.com>
**Sent:** Monday, September 7, 2026 9:14 PM
**To:** Sohn, Joshua (CRM)
**Cc:** Claiborne, Ramona (CRM)
**Subject:** [EXTERNAL] BTC-e 1:25-cv-02085 (CJN) - LCvR 7(m) conferral: proposed filing deadline and confined record procedure

Dear Mr. Sohn,
Cc: Ms. Claiborne,

Thank you for the September 7 notice packet. I understand that you declined my earlier general account-identification questions. This message is a specific, good-faith request to confer under LCvR 7(m) about a proposed motion. It is not a court filing or a renewed request for general legal advice. No attachments accompany this message; the proposed relief and exact research references are set out below.

PROPOSED RELIEF FOR DISCUSSION

1. A claim-filing date of December 7, 2026 for me alone under Supplemental Rule G(5)(a)(ii), or another reasonable date. The requested period would be used to obtain advice, examine original account/payment material and determine whether a truthful, supportable claim exists. I do not assume that this email or a pending motion extends any deadline, that the September 7 notice necessarily supersedes earlier notice, or that public transaction amounts belong to me.
2. Only upon the required threshold showing and procedural eligibility, leave to seek one confined, protected comparison of the eight outpoints below and genuine personal identifiers with existing, reasonably searchable BTC-e address-assignment, deposit/withdrawal and customer-ledger records in the Government's custody. The objective is to identify whether a relevant account relationship can be independently linked to me. No unlimited tracing, all-customer export, new forensic reconstruction or privileged analysis is requested.
3. Any candidate customer association should remain confidential pending authentic, account-specific corroboration and identity comparison. Only if an account is independently established as mine should its July 25, 2017 balance and subsequent credits, debits or distributions be considered for a later supported claim. An operational wallet movement does not imply a single customer credit, and a historical balance is not necessarily a currently payable sum. No immediate payment, account-access change, asset freeze or disclosure about an unrelated customer is requested.
4. If a records procedure is premature or unsupported, the time request should be considered separately, with any appropriately supported records request reserved for the proper stage. This proposal is not a verified claim to 400 BTC, 40,000 BTC, approximately 250 BTC or any pooled transaction total.

EXACT RESEARCH REFERENCES
Bitcoin mainnet; output indexes are zero-based. Values are nominal research values, not claimed personal balances. Please independently validate any relevant transaction relationship and institutional attribution.

A1 - Research anchor, not an identified BTC-e receiving output:
ed2efa807c4d33a0ca6d15aab5e608ac624a30039965b508063c8baf9d9e8ecc:0
Address: 1491KpNqoY1vGE2Rzdd76BCsuXK7QepNGU
Recorded value: 158,336.30131091 BTC
Recorded block/time: 198100; September 10, 2012, 05:28:43 UTC.

A2 - Third-branch research reference, not a confirmed BTC-e deposit:
6e6849495dfa51fdee7788f729718ef0eeb0f2564f07ad16d26573646a3ba4a1:0
Address: 1FDKQB5aN6w7y8WTfVwqFN4Yj3DyL8BCpu
Recorded value: 58,336.30131091 BTC.

A3 - Last retained third-branch reference, not a current balance:
7ce81b59ceade8b13ece13637f0c885f800e1dd325fd103886598c86c3e0966b:0
Address: 1K6xtaY8VqfEYQqnWHpFJnhdcbAj4Tw4uu
Recorded value: 58,309.59251091 BTC.

A4 - Separate 400 BTC research root:
0c1b7a7dcc5cbd0b7e58f4ebed9721e15e9b910c00aac837ceaa009e9b6c6f2a:0
Address: 14t9wWayqbtULWCBsijSvK7BYbHUzvyzKH
Recorded value: 400.00000000 BTC.

A5 - Specific source input to the separate 40,000 BTC sequence:
97759b1d7335263437799416270f3bf8b79cbbbef99be01dff32adcf381d4496:0
Address: 1HR8d8siy91cQiGsbCkpKQ1EWHceQW3Mm5
Recorded value: 168.60469049 BTC; one of the 141 inputs creating A6.

A6 - Historically Mt. Gox-attributed funding output:
0530900c2ffdfa498d540d81bb7dfdd06fad36344c344c5c9de61c59a24c9198:0
Address: 1LNWw6yCxkUmkhArb2Nf2MPw6vG7u5WG7q
Recorded value: 40,006.43188598 BTC.

A7 - Main output of the separate historical event:
24f7c6836156e9d23cabde0db5dcbca3d95fde34f31673f2bce26c8c8e05ed5a:0
Address: 1Cc7nc5Rgwnh5qfWc5jKymyn5d6Y1PcXjj
Recorded value: 40,000.00000000 BTC.

A8 - Other output of the same transaction:
24f7c6836156e9d23cabde0db5dcbca3d95fde34f31673f2bce26c8c8e05ed5a:1
Address: 1Kbt42eyLG7DSiHTFAMB94YiUV2B7BGNAw
Recorded value: 6.43188598 BTC. The research records A6 as the sole input creating A7/A8.

LIMITATIONS AND IDENTIFIERS

These are assisted research compilations, not original BTC-e ledgers or a sworn expert report. No exact BTC-e recipient outpoint has been identified for the academic rounded 250 BTC reference. A continuous spend path from A7 to A1 has not been established. The 40,000 BTC sequence is not represented as a proved BTC-e deposit. Neither public ancestry nor nominal amounts prove ownership.

Name: Aydin Aygun (Turkish spelling: Aydın Aygün).
Birth year: 1985. Country: Türkiye.
Current correspondence: aydinaygun209@gmail.com.
Other correspondence emails: aydinaygun209@yahoo.com; aydinaygun1@icloud.com.
Telephone candidates in prior correspondence: +90 533 148 02 29; +90 553 148 02 29. None is asserted as a verified historical BTC-e account identifier.

Disputed historical reference: stevejobs807@gmail.com. I recall using it, but historical public statements also attribute it to another person. Publicly reported forwarding references ryan@xwaylab.com and bitcoinicasucks@hotmail.com are not asserted to be my accounts; verify@bitcoinica.com is an institutional recipient. These references do not justify third-party disclosure. I am prepared to provide authentic identity and account-specific corroboration through an approved secure procedure; no identity-document image, full birth date, government ID number, password or private key is included.

CONFERRAL QUESTIONS

I recognize the August 13, 2026 Order, ECF 392, including its discovery rulings and conferral footnote. That Order, notice receipt and public transaction knowledge do not establish my standing or a present discovery right. My historical BTC-e account and balance remain unverified.

Please state the Government's position separately on the proposed filing date and conditional records procedure. If opposed, would a shorter period or narrower procedure reduce the dispute? I will accurately report your position, not treat silence as consent or the prior reply as agreement to this specific proposal.

I request a written response by September 15, 2026, or a proposed time and practicable method for further conferral. That is a requested date, not a statutory or court-imposed deadline. My primary language is Turkish and I am in Türkiye; written discussion would help. Please indicate if a call or another method is necessary for good-faith discussion.

Please confirm the appropriate Government recipients for service of any finalized motion and whether you expressly consent in writing to email service under Rule 5(b)(2)(E), or identify the alternative method. This message is not represented as formal service of a filed motion. A working court draft has been prepared, but it remains unsigned and its contact, conferral and service sections must be finalized before filing.

Kind regards,
Aydın Aygün / Aydin Aygun
Türkiye
aydinaygun209@gmail.com