RECEIVED
MAILROOM
SEP 21 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

Defendants in rem.

**Civil Action No. 1:25-cv-02085 (CJN)**

---

**VERIFIED CLAIM OF ALEXANDER LACHINGER**

**PURSUANT TO SUPPLEMENTAL RULE G(5)(a)**

Claimant Alexander Lachinger, appearing pro se, files this Verified Claim under Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and states:

**1. Identity of Claimant.** Claimant is Alexander Lachinger, a natural person and citizen of the Republic of Austria, residing at Schwindgasse 16/6, 1040 Vienna, Austria. At the time he opened and used the account described below, Claimant resided at Annaberg 2, 4600 Thalheim bei Wels, Austria, which is the address appearing on the bank records evidencing his funding of that account. Claimant is a natural person, not a corporation or other artificial entity, and appears on his own behalf.

**2. Timeliness.** The Government sent Claimant direct notice of this action, together with a copy of the Verified Complaint and a blank petition for remission, by electronic mail on 19 August 2026. That Notice of Civil Forfeiture Action, dated August 19, 2026, states that a verified Claim must be filed within thirty-five days of the Government sending the Notice. This Verified Claim is filed within that period and is therefore timely under Supplemental Rule G(5)(a)(ii)(A).

Claimant received no earlier direct notice of this action at the electronic mail address registered to his BTC-e account, and counsel for the United States has advised Claimant that, in these circumstances, no motion for leave to file out of time is required and that the Government would not oppose such a motion in any event.

**3. Specific Property Claimed.** Claimant asserts an interest in, and claims, all virtual currency of every kind — including without limitation bitcoin, litecoin, namecoin, and any other virtual currency — held as of July 25, 2017 in the BTC-e account registered under the username "Laches" and associated with the electronic mail address alexander_lachinger@hotmail.com (the "Claimant's Account"), together with all property traceable thereto and all appreciation and accretion thereon. That virtual currency is contained within, and forms part of, Defendant Property A as described in Paragraph 11(A) of the Verified Complaint: all virtual currency held in the BTC-e operating wallets as of July 25, 2017.

**4. Nature of Claimant's Interest.** Claimant is the sole and lawful owner of the virtual currency described in Paragraph 3. He opened the Claimant's Account in April 2013 in his own name and under his own control, and funded it with his own lawfully obtained assets. BTC-e held the virtual currency in that account as custodian for Claimant, as it held the deposits of its other customers; Claimant at all times retained beneficial ownership of it and never transferred that ownership to BTC-e. To the best of his knowledge and belief, virtual currency belonging to him remained in the Claimant's Account as of July 25, 2017, and he has never received it back. Claimant is an innocent owner within the meaning of 18 U.S.C. § 983(d): he did not participate in, conspire in, benefit from, or have any knowledge of the conduct alleged in the Verified Complaint against BTC-e, Alexander Vinnik, Aliaksandr Klimenka, or any other person, and he had no cause to believe that the virtual currency he deposited was subject to forfeiture.

**5. Amount of the Claim.** Claimant claims the entire balance of the Claimant's Account, in each virtual currency in which it was held, as of July 25, 2017. Claimant cannot presently state the precise quantity of each such currency. Neither BTC-e nor its successor WEX ever furnished him with an account statement, and he has been denied all access to the account since the seizure, notwithstanding repeated attempts to regain access in October and December 2017. The records establishing the balance of the Claimant's Account are in the possession, custody, or control of the United States, which seized the BTC-e servers and has represented to this Court

that it has assessed BTC-e account balances. The Government has produced to Claimant a partial set of records for his account, numbered 65401, which does not state the balance of the account in any currency as of July 25, 2017; Claimant has requested the complete records and that request is outstanding. Claimant accordingly reserves the right to amend or supplement this Verified Claim to specify quantities upon receipt of those records. Claimant seeks the return of the property claimed in kind — in the virtual currencies themselves, together with any appreciation, accretion, fork, airdrop or other benefit accruing to them since the seizure — and accepts a monetary substitute only if return in kind is not possible.

**6. Reservation.** Claimant contests the forfeiture of the property described in Paragraph 3 and reserves all rights, defenses, and objections, including the right to file an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one days of filing this Verified Claim, as provided by Supplemental Rule G(5)(b). Nothing in this Verified Claim is intended to assert any interest in Defendant Properties B through F.

## VERIFICATION

I, Alexander Lachinger, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Claim is true and correct to the best of my knowledge, information, and belief.

Executed on 17 September 2026, at Vienna, Austria.

Alexander Lachinger
Claimant, pro se
Schwindgasse 16/6, 1040 Vienna, Austria
alexander_lachinger@hotmail.com
Telephone: +43 664 35 177 95

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing to be served upon counsel for the United States by electronic mail and by international courier, addressed as follows:

Joshua L. Sohn, Trial Attorney
Money Laundering, Narcotics and Forfeiture Section
Criminal Division, United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
joshua.sohn@usdoj.gov

Alexander Lachinger
Dated: 17 September 2026