UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

Defendants *in rem*.

MUHAMMAD MUDASSAR AMIN

Claimant

**VERIFIED CLAIM FOR SEIZED PROPERTY**

**Case No.: 1:25-CV-02085**

**VERIFIED CLAIM**

I, Muhammad Mudassar Amin , hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "mudassirameen" (email address and/or password to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017; and Litecoin seized between August 7 and August 11, 2017.

My interest in said property is that I am the lawful owner.

Dated: September 22, 2026

MUHAMMAD MUDASSAR AMIN

**VERIFICATION**

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: September 22, 2026

MUHAMMAD MUDASSAR AMIN

Respectfully submitted,

Dated: September 22, 2026

*/s/Daniel M. Smith*

DANIEL M. SMITH, Esq. (Pro Hac Vice)
San Diego Defenders, APC
585 Third Ave.
Chula Vista, CA 91910
(619) 233-6900 (Office)
dsmith@sandiegodefenders.com

Attorney for Claimant
MUHAMMAD MUDASSAR AMIN