**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>ILIA KACHALOV,<br><br>*Claimant.* | **Case No. 1:25-CV-02085** |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for claimant Ilia Kachalov. I certify that my motion to appear in this matter Pro Hac Vice was granted on September 10, 2025.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Tyler Finn*

**DYNAMIS LLP**
Tyler Finn (*Pro Hac Vice*)
233 Broadway, Suite 1750
New York, New York 10279
(212) 204-2757
tfinn@dynamisllp.com