**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE
BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

Defendants in rem.

Civil Action No.
1:25-cv-02085 (CJN)

**VERIFIED CLAIM OF DANIELE GRECO OPPOSING FORFEITURE**

Claimant Daniele Greco, appearing pro se, submits this Verified Claim pursuant to 18 U.S.C. § 983(a)(4)(A) and Supplemental Rule G(5) and states as follows:

1. Claimant is a natural person residing in Germany and asserts an ownership and beneficial interest in a portion of Defendant Property A identified in paragraph 11(A) of the Verified Complaint.

2. The specific property claimed is the portion of the ether held by BTC-e for Claimant as of 25 July 2017, presently claimed in an amount not exceeding 9.30416129 ETH, subject to correction based on BTC-e's account records. Claimant does not claim Defendant Properties B through F or virtual currency belonging to any other person.

3. Claimant acquired the claimed interest with lawful personal funds. In June 2016, Claimant paid EUR 120.52 through LiteBit for ether. On 6 June 2016, 9.30458129 ETH was received at the address stated in the order, and 9.30416129 ETH was then transferred to 0x91337A300e0361BDDb2e377DD4e88CCB7796663D, an address publicly labelled as

associated with BTC-e. Claimant states that this transfer was intended to fund his personal BTC-e customer account.

4. Claimant's BTC-e account was associated with Daniele.greco@live.de.

5. To the best of Claimant's knowledge and recollection, Claimant did not sell, trade away, transfer, or withdraw the claimed ether before BTC-e was disrupted in July 2017, and Claimant believes the ether or its account credit remained held for him by BTC-e on 25 July 2017.

6. Claimant no longer has access to BTC-e's customer interface or internal ledger. The exact account identifier, crediting history, and balance as of 25 July 2017 should be confirmed from the BTC-e server and account records obtained by the Government. This Claim does not represent that the present evidence independently proves a shutdown balance of 9.30416129 ETH; it asserts Claimant's interest only in the portion, up to that amount, shown by BTC-e's records as held for Claimant on that date.

7. Claimant purchased the ether with lawful funds, had no knowledge that his property was involved in unlawful conduct, and did not consent to any unlawful use of his property.

8. Claimant requests adjudication of his interest, denial of forfeiture as to that interest, and return or distribution of the claimed ether or its traceable proceeds or value to the extent established by the BTC-e records and permitted by law.

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at Aalen, Germany.

Daniele Greco, Claimant Pro Se
Stadelgasse 10
73430 Aalen, Germany
Telephone: +49 1590 3444505
Email: mail@danielegre.co

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I sent a true and correct copy of the foregoing Verified Claim by email to Joshua L. Sohn, Trial Attorney, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, United States Department of Justice, at joshua.sohn@usdoj.gov. A true and correct paper copy will also be sent by international registered mail, postage prepaid, to Joshua L. Sohn at the United States Department of Justice, 1400 New York Avenue NW, Washington, DC 20005, United States, on October 6, 2026.

Daniele Greco