**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

Defendants in rem.

Civil Action No.
1:25-cv-02085 (CJN)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Daniele Greco, certify that on October 6, 2026, after previously transmitting a true and correct copy by email on October 5, 2026, I served a true and correct paper copy of my Verified Claim by international registered mail, postage prepaid, addressed to Joshua L. Sohn, Trial Attorney, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, United States Department of Justice, 1400 New York Avenue NW, Washington, DC 20005, United States.

Executed on October 6, 2026, at Aalen, Germany.

Daniele Greco, Claimant Pro Se
Stadelgasse 10
73430 Aalen, Germany
Telephone: +49 1590 3444505
Email: mail@danielegre.co

RECEIVED
OCT 06 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia