**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | No. 1:25-cv-02085-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| All virtual currency held in the BTC-e operating wallets as of July 25, 2017, and other assets further described herein | ) | |
| | ) | |
| Defendants *in rem*. | ) | |

## GOVERNMENT'S STATUS REPORT

Plaintiff United States of America ("the Government") respectfully submits this Status Report pursuant to the Court's Order of August 13, 2026 (Dkt. 392).

The Government has made progress on providing notice to the approximately 300,000 additional potential claimants identified. Since the Government approval of a contractor on September 13, 2026, the Government has onboarded the contractor and worked with the contractor to set up a system to automate sending out large tranches of notices. On October 12, Notice was transmitted to an initial tranche of nearly 3,000 email addresses to ensure our procedures were accurate. Given the positive results from our initial tranche, we anticipate completing notice to accountholders with U.S.-based email addresses, and substantial progress to be made on providing notice to accountholders with foreign based email addresses, by the next status report

October 15, 2026

Respectfully submitted,

MARGARET A. MOESER
CHIEF

MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION

/s/ *Allison Ickovic*
ALLISON ICKOVIC
JOSHUA L. SOHN
Trial Attorneys
Money Laundering, Narcotics
And Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 514-1263
Allison.ickovic@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all *pro se* parties whose email addresses are readily available.

By: ___*/s/ Allison Ickovic*
Allison Ickovic