UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>Defendants *in rem*.<br>_____/<br><br>ALEXANDER RAUH,<br><br>Claimant<br>_____/ | **VERIFIED CLAIM OPPOSING FORFEITURE**<br><br>**Case No. 1:25-CV-02085** |

## VERIFIED CLAIM OPPOSING FORFEITURE

I, ALEXANDER RAUH, hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, the Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account username "hecht" and/or "hecht888" (email address to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Ethereum seized between August 2 and August 17, 2017.

My interest in said property is that I am the lawful owner.

Dated: October 13 , 2026

ALEXANDER RAUH

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: October 13, 2026

ALEXANDER RAUH

Respectfully submitted,

Dated: October 12, 2026

s/*Edward M. Burch*
EDWARD M. BURCH, D.D.C. # CA00237
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 946-8996
Email: edward@michaelburchlaw.com

s/*Leslie Sammis*
LESLIE SAMMIS, D.C. D.D.C # FL00154
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

s/*David B. Smith*
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Claimant
ALEXANDER RAUH