**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>Defendants in rem. | Civil Action No. 1:25-cv-02085 (CJN)<br><br>Judge Carl J. Nichols |

**VERIFIED CLAIM OF MEYSAM REZAEI**
**PURSUANT TO SUPPLEMENTAL RULE G(5)(a)**

Claimant Meysam Rezaei, appearing pro se, files this Verified Claim under Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and states:

**1. Identity of Claimant.** Claimant is Meysam Rezaei, a natural person residing in the Islamic Republic of Iran at No. 3, Baharan, Sharabiani, Shahreziba, Tehran, Iran. Claimant is a natural person, not a corporation or other artificial entity, and appears on his own behalf.

**2. Timeliness.** The Government sent Claimant direct notice of this action by electronic mail to the address registered to his BTC-e account. That Notice of Civil Forfeiture Action is dated October 12, 2026, and states that a verified Claim must be filed no later than November 16, 2026. This Verified Claim is filed within that period and is therefore timely under Supplemental Rule G(5)(a)(ii)(A). Claimant received no earlier direct notice of this action.

**3. Specific Property Claimed.** Claimant asserts an interest in, and claims, all virtual currency of every kind — including without limitation peercoin and any other virtual currency

RECEIVED
OCT 17 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

— held as of July 25, 2017 in the BTC-e account associated with the electronic mail address meysamrezaei@outlook.com (the "Claimant's Account"), together with all property traceable thereto and all appreciation and accretion thereon. That virtual currency is contained within, and forms part of, Defendant Property A as described in the Verified Complaint: all virtual currency held in the BTC-e operating wallets as of July 25, 2017.

**4. Nature of Claimant's Interest.** Claimant is the sole and lawful owner of the virtual currency described in Paragraph 3. He opened the Claimant's Account in his own name and under his own control, and funded it with his own lawfully obtained assets, including deposits of peercoin from his personal wallet. BTC-e held the virtual currency in that account as custodian for Claimant, as it held the deposits of its other customers; Claimant at all times retained beneficial ownership of it and never transferred that ownership to BTC-e. To the best of his knowledge and belief, virtual currency belonging to him remained in the Claimant's Account as of July 25, 2017, and he has never received it back. After the seizure, the successor platform known as WEX displayed a partial balance attributed to the Claimant's Account; Claimant later converted that displayed balance to bitcoin cash on WEX but was never able to withdraw any of it, and he has received nothing from BTC-e, WEX, or any other source in respect of the Claimant's Account. Claimant is an innocent owner within the meaning of 18 U.S.C. § 983(d): he did not participate in, conspire in, benefit from, or have any knowledge of the conduct alleged in the Verified Complaint against BTC-e, Alexander Vinnik, or any other person, and he had no cause to believe that the virtual currency he deposited was subject to forfeiture.

**5. Amount of the Claim.** Claimant claims the entire balance of the Claimant's Account, in each virtual currency in which it was held, as of July 25, 2017. Claimant cannot presently state the precise quantity of each such currency. BTC-e never furnished him with an account statement, he has had no access to the account since the seizure, and he no longer has his electronic correspondence with BTC-e. The records establishing the balance of the Claimant's Account are in the possession, custody, or control of the United States, which

seized the BTC-e servers and has identified the Claimant's Account as having a positive balance at the time of seizure. Claimant reserves the right to amend or supplement this Verified Claim to specify quantities upon receipt of those records. Claimant seeks the return of the property claimed in kind, together with any appreciation, accretion, fork, airdrop, or other benefit accruing to it since the seizure, and accepts a monetary substitute only if return in kind is not possible.

**6. Reservation.** Claimant contests the forfeiture of the property described in Paragraph 3 and reserves all rights, defenses, and objections. Claimant's Answer to the Verified Complaint is filed together with this Verified Claim, as provided by Supplemental Rule G(5)(b). Nothing in this Verified Claim is intended to assert any interest in Defendant Properties B through F.

## VERIFICATION

I, Meysam Rezaei, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Claim is true and correct to the best of my knowledge, information, and belief.

Executed on October 17, 2026, at Tehran, Iran.




Meysam Rezaei
Claimant, pro se
No. 3, Baharan, Sharabiani, Shahreziba, Tehran, Iran
meysamrezaei@outlook.com
Telephone: +98 912 344 5564