CLEAR FORM

ET 15049401.1.3-3

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY,25,2017 AND OTHER ASSETS FURTHER DESCRIBED HEREIN.<br>Defendant | CASE NO: 1:25-CV-02085(CJN)<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ■ Plaintiff ☐ Defendant

**2. Old Address:**

Name(s): Marco Stickan

Mailing Address: Welschenweg 3

City, State, Zip Code: Oerlinghausen, Nordrhein-Westfalen, 33813

**3. New Address:**

Name(s): Marco Stickan

Mailing Address: Hauptstraße 58

City, State, Zip Code: Oerlinghausen, Nordrhein-Westfalen, 33813

Telephone Number(s): 004917641654663

Date: 12.10.2026

Marco Stickan

Requestor's printed name(s)

[signature]

Requestor's signature(s)

New: 06/21/2022

ET 15049401.1.2-3

To:

Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington, DC 20001
USA

From:

Marco Stickan
Hauptstraße 58
33813 Oerlinghausen
Germany
Marco.Stickan@web.de
004917641654663

Oerlinghausen, 12.10.2026

**Notice of Change of Address**

Dear Clerk of Court,

Enclosed please find my notice of Change of Address regarding case „1:25-CV-02085" and asset ID „18-FBI-002785"

Respectfully,

M Stick

Marco Stickan

RECEIVED
Mailroom
OCT 19 2026
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

ET 15049401.1.1c-3

Marco St[illegible]
HauptstraÃ e 58
33813 Oerlinghausen
Germany

0015049401000011
Clerk's Office
U.S. District Court
District of Columbia
333 Constitution Ave NW
Washington DC 20001

**See Important Information Enclosed**