# U.S. DISTRICT COURT
# DISTRICT OF COLUMBIA

## PRO SE CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING

CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

[X] **INITIAL REQUEST:** (Check this box to begin receiving notices of electronic filing)

I understand that I waive my right to receive service of documents by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted **ONE** "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid further charges. The **ONE** "free look" will expire in 15 days from the date the notice was sent. After the **ONE** "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document or for FREE by using the public terminals at the Clerk's Office.

I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which will allow me to view, print, and download documents at any time for a nominal fee.

The e-mail address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

[ ] **UPDATE TO INFORMATION:** (Check this box to make changes to your email address)

I have a new email address as indicated below.

[ ] **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivate electronic noticing)

I request deactivation of electronic noticing. I understand that by deactivating my account, I will begin receiving all filings via U.S. mail instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a pro se party in an assigned case and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The U.S. District Court bears no liability for errors resulting from the information I have submitted on this form.*

Signature: Sim de Dardel Date: 10/12/2026

Printed Name: SIMON DE DARDEL Case No: 1:25-cv-02085

Home Address: Allée du Château 7, 1752 Villars-Sur-Glane, Switzerland

My Email Address is: WATTIMEDIA@GMAIL.COM

RETURN THE FORM VIA MAIL OR IN PERSON TO:
The Clerk's Office
U.S. District Court
333 Constitution Ave. NW, Room 1225
Washington, DC 20001

RECEIVED
Mailroom
OCT 19 2026
Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**PRO SE ELECTRONIC CASE NOTIFICATION**

***What does electronic notification mean?***

By registering for electronic notification, you will be **waiving** your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). Instead, you will be sent notices of electronic filing via e-mail. In your e-mail mailbox, the notice will come from DCD_ECFNotice and the subject will be Activity in Case [xx]-cv-[xxx].

Upon receipt of a notice, you will be permitted one free look at the document by clicking on the hyperlinked document number, at which time you should **print or save the document** to avoid future charges. **The one free look will expire in 15 days from the date the notice was sent.** After the free look is used or expired, the document can be accessed by you through PACER (Public Access to Court Electronic Records) and you may be charged to view the document. It is strongly recommended that you establish a PACER account by visiting the PACER website at www.pacer.gov, so that you can view, print, and download documents at any time for a nominal fee.

Because you will be receiving court-issued documents only in electronic form, you must maintain a valid e-email address and regularly check your e-mail.

Electronic service does **not** allow you to file documents electronically. You must continue to file all communications regarding your case in paper copy with the Court and serve the opposing party.

***To be eligible you must:***

1. Have one or more cases pending in the District of Columbia;
2. Have a valid e-mail address;
3. Not be currently incarcerated;
4. Have regular access to a computer;
5. Have a case that has been assigned a judge; and
6. Not be a party in an Immigration and Social Security case.

If you are eligible and wish to receive electronic notification of court issued documents, complete the registration form attached for each case you want to receive electronic notifications and return the form(s) to the Court.