**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**
*Plaintiff,*
v.
**ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**
*Defendant In Rem.*

**Case No. 1:25-cv-02085-CJN**
**Judge:** Hon. Carl J. Nichols

**VERIFIED CLAIM OF INTEREST IN PROPERTY IN REM PURSUANT TO SUPPLEMENTAL RULE G(5)**

## VERIFIED CLAIM OF OWNERSHIP AND INTEREST IN PROPERTY IN REM PURSUANT TO SUPPLEMENTAL RULE G(5) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Claimant, **Rasid Poediasmini Sardjono**, appearing *pro se* as the Designated Claimant, Estate Representative, and Designated Payee on behalf of the Estate, Legal Heirs, and Next-of-Kin of Decedent Shaun Ricordel, hereby files this **Verified Claim** pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, asserting a bona fide ownership interest in a portion of the Defendant In Rem cryptocurrency, and in support thereof states as follows:

### I. IDENTITY OF CLAIMANT AND LEGAL STANDING

1. Decedent **Shaun Ricordel** (also known in business communications as Shaun Ricco) was the sole and exclusive owner of cryptocurrency deposited to and held in the centralized cryptocurrency exchange known as **BTC-e** prior to and at the time of its seizure by federal law enforcement on or about July 25, 2017.

2. Shaun Ricordel is now deceased. Claimant **Rasid Poediasmini Sardjono** is the Designated Estate Representative, Designated Payee, and authorized representative of the Estate and legal heirs of Shaun Ricordel, possessing lawful standing to claim, recover, and receive decedent's assets pursuant to applicable estate and heirship authority.

### II. IDENTIFICATION OF SPECIFIC PROPERTY CLAIMED

3. Claimant claims a specific, identifiable property interest in Defendant In Rem consisting of:

a. Exactly **8,222.87828605 Litecoins (LTC)**, deposited into Shaun Ricordel's dedicated BTC-e deposit address **LR7zo9K8RzQyvUWSRzHtFHTByb1WY17KPa** across nine (9) confirmed transactions between March 9, 2013 and February 19, 2014, and subsequently swept by BTC-e automated exchange scripts into BTC-e operational and cold storage vaults seized by the United States government;

b. Any and all virtual currency (including Bitcoin/BTC) or fiat currency (USD credits) credited to, resulting from trading of, or held under Shaun Ricordel's registered BTC-e account at the time the exchange was shut down and seized on July 25, 2017.

### III. FACTUAL BASIS AND CHAIN OF CUSTODY

4. **User Registration & Identity:** Shaun Ricordel registered his BTC-e exchange account using his primary master email addresses: **shaunrico@gmail.com** and **shaunrico@live.com**, registered with his mobile contact number **+66 89 202 9666**. Contemporaneous digital records recovered from Shaun's computer explicitly document this deposit address and balance down to eight decimal places (see Exhibit B).

RECEIVED
OCT 23 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

5. **On-Chain Blockchain Verification:** Public, immutable blockchain ledger records confirm that nine deposits totaling 8,222.87828605 LTC were transmitted to address `LR7zo9K8RzQyvUWSRzHtFHTByb1WY17KPa`. Blockchain audit tracing verifies that every one of these deposits was swept by BTC-e backend systems directly into BTC-e's known operating and consolidation wallets, including 20,000 LTC consolidation sweeps into BTC-e Cold Vault `LWdfXUxLBV9nCJ6yk5Ed2pBNhiV7kTaTQJ` (see Exhibit A).

6. **Custody by the United States:** On or about July 25, 2017, the United States Federal Bureau of Investigation (FBI), Internal Revenue Service (IRS-CI), and Department of Justice seized BTC-e's domains, server infrastructure, and operating cryptocurrency wallets. The Defendant In Rem currency currently litigated before this Court includes the pooled balances containing Shaun Ricordel's swept Litecoins and account funds.

**IV. INNOCENT OWNER DEFENSE (18 U.S.C. § 983(d))**

7. Claimant and Decedent Shaun Ricordel are 'innocent owners' within the meaning of 18 U.S.C. § 983(d). Shaun Ricordel utilized BTC-e strictly as a consumer exchange customer for personal cryptocurrency trading and investment. Neither Shaun Ricordel nor Claimant had any knowledge of, connection with, or participation in any illicit money laundering, illegal enterprise, or criminal conduct alleged against BTC-e or its operators.

8. Shaun Ricordel's funds represent legitimate, lawful personal assets earned through commercial activities and legitimate cryptocurrency investment.

**PRAYER FOR RELIEF**

**WHEREFORE**, Claimant respectfully requests that this Honorable Court:

A. Recognize Claimant's lawful right, title, and ownership interest in the claimed cryptocurrency as Designated Representative and Payee on behalf of Shaun Ricordel's Estate;

B. Order that **8,222.87828605 Litecoins (LTC)**, along with any associated cryptocurrency or account balances belonging to Shaun Ricordel, be excluded from any decree of forfeiture entered in this matter;

C. Direct the United States to return, remit, and disburse the claimed cryptocurrency (or its equivalent value) to Designated Payee **Rasid Poediasmini Sardjono**; and

D. Grant such other and further relief as the Court deems just, equitable, and proper.

**VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that I am the Claimant herein, **Rasid Poediasmini Sardjono**, appearing as Designated Representative and Payee on behalf of the Estate and Heirs of Shaun Ricordel (deceased); that I have read the foregoing Verified Claim and know the contents thereof; and that the matters and facts set forth therein are true and correct to the best of my knowledge, information, and belief.

**Executed on this 23rd day of October, 2026.**

Respectfully submitted,

______________________________

**Rasid Poediasmini Sardjono**
Designated Claimant & Estate Representative
Designated Payee for All Distributions (Estate of Shaun Ricordel, Decedent)
1 Sylvia Street, De Zicht 668, 7441 Cape Town, South Africa
Direct Telephone: +27 6 1339 8188 | Direct Email: rpsardjono@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## EXHIBIT A: AUDIT SCHEDULE OF ON-CHAIN BLOCKCHAIN DEPOSITS & BTC-E SWEEPS

**Target BTC-e Deposit Address:** `LR7zo9K8RzQyvUWSRzHtFHTByb1WY17KPa`
**Total Verified Deposits: 8,222.87828605 LTC | Total Verified Sweeps to BTC-e: 8,222.87828605 LTC**

| Deposit Date (UTC) | Amount Deposited | BTC-e Sweep Date | Block | Spending Tx Hash (First 16 chars) | BTC-e Consolidation Vault Destination |
|---|---|---|---|---|---|
| 2013-03-09 07:35 | 600.00000000 LTC | 2013-03-09 08:26 | 309,881 | 958d86231d3984f4... | LfmzcEEDhRm2orKJLZuRoHMiEyvTSSLng6 |
| 2013-03-13 04:21 | 500.00000000 LTC | 2013-03-13 06:09 | 312,938 | 26eb3087cbe53522... | LLmht5oy9eDBN1HsPimmMyNd2t69BznUn4 |
| 2013-03-13 04:24 | 1,800.00000000 LTC | 2013-03-13 06:30 | 312,955 | 28606d44f87016b7... | LdSQLEW11WydXeDJzZkaAPfpDjhhLy9oB4 |
| 2013-04-03 23:18 | 72.87828605 LTC | 2013-04-04 00:51 | 327,038 | 7fd9a8bd9ff7a210... | LToCemZN7BFiGxpPT7YF6YYVg61qgUdmZw |
| 2013-04-11 19:03 | 1,000.00000000 LTC | 2013-04-11 19:44 | 332,548 | fd71295cb2f7794c... | LPpg38G2uQ1X49rQxHxKinJ2MLPFsv1EQT |
| 2013-04-11 19:07 | 3,500.00000000 LTC | 2013-04-11 21:03 | 332,593 | 6706f4f2c98f831c... | LQzr3cbiRtEaw3B9iJvEgygoUrQ9Djxypq |
| 2014-02-19 06:08 | 150.00000000 LTC | 2014-02-19 16:41 | 517,021 | 3129c4c4191b19ec... | LWdfXUxLBV9nCJ6yk5Ed2pBNhiV7kTaTQJ (Cold Vault) |
| 2014-02-19 08:37 | 300.00000000 LTC | 2014-02-19 16:41 | 517,021 | 8583511c2617f0c5... | LWdfXUxLBV9nCJ6yk5Ed2pBNhiV7kTaTQJ (Cold Vault) |
| 2014-02-19 09:27 | 300.00000000 LTC | 2014-02-21 03:12 | 517,791 | 2ad6473512cf48e0... | LWdfXUxLBV9nCJ6yk5Ed2pBNhiV7kTaTQJ (Cold Vault) |
| **TOTALS** | **8,222.87828605 LTC** | — | — | — | **100% Swept into BTC-e Custody** |

**Auditor Note on Blockchain Consolidation:** Centralized cryptocurrency exchanges assign a unique receiving address to each registered account. When a customer transmits funds to their deposit address, exchange automation sweeps the coins into hot wallets or master cold vaults (such as `LWdfXUxLBV9nCJ6yk5Ed2pBNhiV7kTaTQJ`, which received over 20,000 LTC in consolidation batches). The on-chain zero balance of `LR7zo9...` directly proves that BTC-e took possession and custody of Shaun Ricordel's cryptocurrency.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## EXHIBIT B: SUMMARY OF CORROBORATING DIGITAL EVIDENCE & CREDENTIALS

The following authentic contemporaneous documents and digital artifacts were recovered forensically from Shaun Ricordel's computer systems and establish his ownership and association with the BTC-e accounts and deposit addresses:

### 1. Shaun Ricordel's Personal Account Notes (Recovered File: *catatan all email shaun.txt*)

Recovered from Shaun's desktop records, this file documents Shaun's master login accounts, registered phone number, and cryptocurrency addresses:

- **Master Email Accounts:** `shaunrico@gmail.com` and `shaunrico@live.com`
- **Registered Phone Number:** `+66 89 202 9666` (PIN: 1234)
- **BTC-e Litecoin Deposit Address:** `LR7zo9K8RzQyvUWSRzHtFHTByb1WY17KPa`
- **Recorded Balance:** Received 8,222.87828605 LTC | Sent 8,222.87828605 LTC | Balance 0.0 LTC

### 2. Web Browser History & Block Explorer Tracking (Recovered File: *history mozilla.txt*)

Forensic browser history proves that Shaun actively tracked the transfer of his Litecoins to BTC-e cold storage. Specifically, browser records document visits to:

- `https://litecoinblockexplorer.net/block/517791` (auditing the sweep of his final 300 LTC deposit on February 21, 2014);
- Active account sessions on `btc-e.com` and trading portals.

### 3. Government Identity Verification

A true and correct copy of Shaun Ricordel's government-issued passport / identification is on file and will be presented under seal or in camera as requested by the Court.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
*Plaintiff,*
v.
**ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**
*Defendant In Rem.*

**Case No. 1:25-cv-02085-CJN**
**Judge:** Hon. Carl J. Nichols

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on this **23rd day of October, 2026**, a true and correct copy of the foregoing **Pro Se Motion for Leave to File Electronically**, **Notice of Appearance**, **Verified Claim Pursuant to Supplemental Rule G(5)**, and accompanying **Exhibits A and B** was served upon Plaintiff United States of America via electronic mail and/or first-class United States mail, postage prepaid, addressed to counsel of record for the United States as follows:

**David Countryman**
Assistant United States Attorney
Chief, Illicit Finance & Money Laundering Section
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102
*Counsel for Plaintiff United States of America*

**Money Laundering & Asset Recovery Section (MLARS)**
Criminal Division, United States Department of Justice
1400 New York Avenue, N.W., 10th Floor, Washington, D.C. 20530
*Trial Attorneys for Plaintiff United States of America*

**Executed on: October 23, 2026**

Respectfully submitted,

______________________________

**Rasid Poediasmini Sardjono**
Designated Claimant & Estate Representative
Designated Payee for All Distributions (Estate of Shaun Ricordel, Decedent)
1 Sylvia Street, De Zicht 668, 7441 Cape Town, South Africa
Direct Telephone: +27 6 1339 8188 | Direct Email: rpsardjono@gmail.com