UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>Defendants *in rem*.<br>______________________________/<br><br>BRADLEY MARION,<br><br>Claimant<br>______________________________/ | **MOTION FOR LEAVE TO WITHDRAW CLAIM AND ANSWER**<br><br>**Case No. 1:25-CV-02085** |

**MOTION FOR LEAVE TO WITHDRAW CLAIM AND ANSWER WITHOUT PREJUDICE**

Claimant Bradley Marion, through undersigned counsel, respectfully moves for leave to withdraw, without prejudice, his Verified Claim Opposing Forfeiture (ECF No. 110) and his joinder in Claimants' Answer to Verified Complaint for Forfeiture *In Rem* and Demand for Trial by Jury (ECF No. 304) (the "Answer"). The relief sought applies to Mr. Marion only.

Mr. Marion's claim asserted an interest in property associated with BTC-e account username "BRMarion." (ECF No. 110.) On December 19, 2025, he joined twenty-eight other Claimants in filing the Answer. (ECF No. 304.) Having been unable to confirm records of the account identified in his claim, despite the government's production of all records it could locate in its possession concerning that account, Mr. Marion now seeks to withdraw.

This Court may grant a claimant leave to withdraw a claim by order. *United States v. All Assets Held at Bank Julius Baer & Co.*, No. 04-CV-798 (PLF/GMH), 2020 WL 13997254, at *3 (D.D.C. May 19, 2020) (finding "no impediment in the Federal Rules of Civil Procedure or the Supplemental Rules" to withdrawal); *United States v. 8 Gilcrease Lane, Quincy Fla. 32351*, 641 F. Supp. 2d 1, 3 (D.D.C. 2009), *aff'd*, 638 F.3d 297, 299 (D.C. Cir. 2011). Courts grant leave to withdraw a claim in civil forfeiture cases where the case "is at a relatively early stage, and has not progressed far enough to warrant a finding that withdrawal will lead to unfairness." *United States v. All Articles of Drug . . . Labeled as Containing L-Tyrosine*, 242 F. Supp. 2d 617, 621 (D. Minn. 2002); *see also United States v. An Undetermined Quantity of 1/2 Ounce Bottles of an Article of Drug*, No. 4:07-CV-1847 CAS, 2008 WL 2277548, at *2 (E.D. Mo. May 29, 2008) (granting withdrawal where no dispositive motions had been filed). The same principle governs voluntary dismissals in this Circuit, where relief is "virtually automatic" absent clear legal prejudice. *N.S. ex rel. S.S. v. District of Columbia*, 272 F. Supp. 3d 192, 197 (D.D.C. 2017) (quoting *Blue v. District of Columbia Public Schools*, 764 F.3d 11, 19 (D.C. Cir. 2014)); *see Conafay ex rel. Conafay v. Wyeth Laboratories*, 841 F.2d 417, 419–20 (D.C. Cir. 1988). That standard is met here. No dispositive motion has been filed or decided as to Mr. Marion, and notice to additional accountholders is ongoing. (*See* ECF No. 392.)

The withdrawal should also be without prejudice. Unlike the claimants in *8 Gilcrease Lane*, who released their claims with prejudice and consented to forfeiture, 641 F. Supp. 2d at 3, Mr. Marion withdraws his claim only because his account could not be located. Should that change, he may seek leave to reassert it.

Pursuant to LCvR 7(m), counsel for Mr. Marion conferred with counsel for the United States, Allison Ickovic, on October 22, 2026. The United States does not oppose this motion. A proposed order is attached.

Respectfully submitted,

Dated: October 26, 2026

___s/*Edward M. Burch*______________
EDWARD M. BURCH, D.D.C. # CA00237
Law Office of Michael and Burch, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 946-8996
Email: edward@michaelburchlaw.com

__s/*Leslie Sammis*___ ______________
LESLIE SAMMIS, D.C. D.D.C # FL00154
Sammis Law Firm, P.A.
1005 N. Marion St.
Tampa, Florida 33602
Telephone: (813) 250-0500
Email: lsammis@sammislawfirm.com

__s/*David B. Smith*___ ______________
DAVID B. SMITH, D.C. Bar #403068
David B. Smith, PLLC
108 North Alfred St., 1st Floor
Alexandria, VA 22314
Telephone: (703) 548-8911
Email: dbs@davidbsmithpllc.com

Attorneys for Claimant
BRADLEY MARION

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Edward M. Burch*