UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

Civil Action No.
1:25-cv-02085 (CJN)

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendants in rem.

# VERIFIED CLAIM OF MUHAMMAD NOUMAN

**1.** I, Muhammad Nouman, submit this verified claim on my own behalf as an individual former BTC-e customer under Supplemental Rule G(5). I assert my own interest, not a claim on behalf of a corporation, another customer, or another entity.

**2.** My BTC-e username was "aanexchanger," and my registered email address was "aanexchanger@gmail.com." I retain the original BTC-e registration email. My name also appears as "Muhammad Noman" in some correspondence. To the best of my present recollection, assets remained credited to my account when BTC-e ceased operating in July 2017.

**3.** I assert an ownership interest in the portion of Defendant Property A identified in paragraph 11(A) of the Complaint that represents assets credited to my identified BTC-e account as of July 25, 2017. To the extent reliable account and tracing records establish that assets attributable to that account are instead represented in Defendant Properties B through F in paragraph 11(B)-(F), my claim extends only to those identifiable portions. I do not claim entire asset pools or assets belonging to other customers.

**4.** I no longer have the July 2017 BTC-e account statement or complete transaction history. I cannot presently reliably identify the currency denominations, quantities, or U.S.-dollar value credited to my account on July 25, 2017. I do not offer a recollected or previously estimated



RECEIVED
OCT 26 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

dollar figure as a verified closing balance. The amount and nature of my interest must be established from reliable account and tracing evidence.

**5.** I retain historical BTC-e voucher information from approximately 2015 that I associate with this account. I also retain information concerning a Bitcoin address that I associate with historical activity. These are potential tracing leads; I do not represent that a voucher code or address alone proves the July 2017 balance or ownership of every transaction involving that address.

**6.** After BTC-e ceased operating, I followed instructions for moving account-related balances to WEX. I recall receiving balances and/or tokens related to the BTC-e account and subsequently trading on WEX. I cannot now reliably reconstruct the precise allocation, the migration terms accepted, or the complete later transaction history.

**7.** I attempted withdrawals from WEX, but the attempts I presently recall were unsuccessful. I contacted WEX support about withdrawal difficulties. I cannot reconstruct from the records currently available to me every subsequent credit, trade, token redemption, or completed withdrawal. I do not represent that a later WEX account value was my July 2017 BTC-e balance.

**8.** I recently located on my mobile phone the historical screenshot reproduced as Exhibit A. It displays the username "aanexchanger," the amounts "19.1064 BTC" and "0.0009 USD," and references to WEX, including "@WEXnz." Exhibit A reproduces the visible image without changing its content. I identify it as an image recovered from my phone; I cannot independently verify the complete underlying exchange ledger from this image alone.

**9.** The filename of that image is "Screenshot_20180731-172626_Chrome.jpg," which suggests July 31, 2018. My phone gallery reports August 1, 2018. I cannot independently verify the exact capture date. The image is offered as a later account record, not as proof of my July 2017 BTC-e balance, my final WEX balance, or any particular amount recoverable in this action.

**10.** After independently learning of this case, I contacted the Department of Justice. Counsel provided the notice packet to me on October 23, 2026 and confirmed that date in response to my inquiry about the 35-day claim period. To my knowledge, this was my first direct notice. I have not previously filed a verified claim in this action.

**11.** I seek recognition and return of the interest that can be established to be mine under applicable law and the Court's orders, with any relevant recoveries properly accounted for. I am willing to provide available records through appropriate procedures and understand that further evidence of identity, ownership, tracing, and the extent of my interest may be required.

**VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed / dated: 24-10-2026
Place of signing: DUBAI
Signature in ink: [signature]

Muhammad Nouman, Claimant, Pro Se
Villa 55, Street 9, Springs 2, Dubai, United Arab Emirates
Phone: +971 50 962 2973 | Email: aanexchanger@gmail.com

# EXHIBIT A

Historical account screenshot recovered from claimant's phone

Source filename: Screenshot_20180731-172626_Chrome.jpg

Capture date not independently verified. Image proportionally scaled for this page.

