UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN

---

## VERIFIED CLAIM OF DAVID LIONEL ELIAS PACHECO

Claimant David Lionel Elias Pacheco, formerly known as Lionel David Pacheco, appearing pro se, files this Verified Claim under Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(a)(4)(A). He states:

### I. CLAIMANT

1. Claimant is a natural person residing at Unit 21, 8 St Leonards Avenue, St Kilda, Victoria 3182, Australia. Telephone: +61 434 421 992. Email: dlepacheco@outlook.com.

2. Claimant was formerly known as Lionel David Pacheco. His change of name was registered with the Registry of Births, Deaths and Marriages, Victoria, Australia, on July 21, 2020. The email address l.pacheco@outlook.com referred to below was, and is, held by Claimant; he used it under his former name.

### II. PROPERTY CLAIMED

3. Claimant claims his interest in Defendant Property A, specifically all virtual currency credited to BTC-e user account **"Madeus045"** (registered email address l.pacheco@outlook.com) as of July 25, 2017, in whatever form and denomination it was held, together with any proceeds of, or property substituted for, that balance. Claimant does not recall the exact balance. He estimates it at approximately **0.64 bitcoin (BTC)**, by deducting his three documented withdrawals (0.36 BTC in total, paragraph 6 below) from the approximately 1 BTC he recalls depositing. The exact balance is recorded in BTC-e's records,

RECEIVED
OCT 27 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

which are now held by the United States, and Claimant claims the full balance those records show for the account.

## III. CLAIMANT'S INTEREST

4. Claimant asserts an ownership and beneficial interest in the virtual currency credited to his account, which BTC-e held as custodian and bailee for him. In the alternative, he asserts a possessory or beneficial interest in that balance. Claimant opened BTC-e account Madeus045 on or before November 20, 2013, when BTC-e sent an email to l.pacheco@outlook.com confirming that address for the account.

5. Claimant funded the account with his own lawfully earned money. To the best of his recollection, in late 2013 or early 2014 he bought approximately 1 BTC for roughly AUD $1,000, paying in cash over the counter at a branch of the Commonwealth Bank of Australia, and the bitcoin was then sent to his BTC-e account. He does not recall the exact date or the seller's identity, and he has not located a receipt or bank record of the purchase. The account was confirmed in November 2013, and the price he recalls paying corresponds to the market price of bitcoin in late 2013 and early 2014. The money came from his wages from part-time employment at Woolworths supermarkets, earned while he was a student. BTC-e's records will show the deposit.

6. Claimant used the account personally. His records include BTC-e account emails sent to l.pacheco@outlook.com from November 2013 to January 2017, each addressed to "Madeus045". Those emails confirm two withdrawals requested by Claimant: 0.01 BTC on October 9, 2016 and 0.1 BTC on December 15, 2016. The public Bitcoin blockchain shows those two payments arriving in a wallet Claimant controlled, together with a third payment of 0.25 BTC that arrived in the same block and at the same address as the 0.01 BTC withdrawal. Each payment is net of BTC-e's 0.001 BTC withdrawal fee (0.249, 0.009 and 0.099 BTC received). The transaction IDs are 3a1ec2d2facd2e065f9a17577f4c8863e6d4520306338739d7a018f7b3e2e8f4, e3c7a4a9b1be052b115b8502fa9afd0980c3a41fba353f174d4cafe3015db8fd and cd40257f84f5964c874c9797cdda92386546bf04e641a2b215004ff7b83c4237.

7. According to Claimant's records, his last access to the account was on January 2, 2017. He made no withdrawals after December 15, 2016. On information and belief, the remaining balance was still credited to his account when the United States seized BTC-e's servers and wallets on July 25, 2017. Claimant understands from the Court's order of August 13, 2026 and the United States' notice plan that the direct email notice in this action was sent to the

registered addresses of accounts that held a positive balance at the time of seizure; Claimant received that notice at l.pacheco@outlook.com. Claimant never authorized BTC-e or anyone else to use the funds in his account for any other purpose.

8. Claimant was never an owner, operator, employee or agent of BTC-e. He used it only as a retail customer, to buy, hold and withdraw bitcoin bought with his own money. He had no knowledge of the conduct alleged in the Verified Complaint, and he did not know that BTC-e was unregistered or that it was used to launder criminal proceeds. To his knowledge, he has never been charged with, or notified that he is suspected of, any offense.

9. Claimant received direct notice of this action by email dated October 12, 2026. This Claim is filed within 35 days of that notice, as Rule G(5)(a)(ii)(A) and the notice provide (deadline November 16, 2026).

Claimant reserves the right to amend or supplement this Claim, including once the United States produces BTC-e's records for account Madeus045.

**VERIFICATION**

I, David Lionel Elias Pacheco, declare under penalty of perjury under the laws of the United States of America that I am the Claimant named above, that I have read this Verified Claim, and that the foregoing is true and correct.

Executed on 10/27/2026, at Melbourne, Victoria, Australia.

David Lionel Elias Pacheco (formerly Lionel David Pacheco), Claimant, pro se
Unit 21, 8 St Leonards Avenue, St Kilda VIC 3182, Australia
Tel: +61 434 421 992 · Email: dlepacheco@outlook.com

**CERTIFICATE OF SERVICE**

I certify that on 10/27/ 2026 I sent a copy of this Verified Claim and the accompanying Answer by tracked international mail (Australia Post International Express), and a courtesy copy by email to joshua.sohn@usdoj.gov, to: Trial Attorneys Joshua L. Sohn and Allison Ickovic, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20530.

________________________________________

David Lionel Elias Pacheco