**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>*Defendants in rem*.<br><br>ILIA KACHALOV,<br><br>*Claimant.* | **VERIFIED CLAIM FOR SEIZED PROPERTY**<br><br>**Case No. 1:25-CV-02085** |

## <u>VERIFIED CLAIM</u>

Claimant Ilia Kachalov ("Claimant") hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, the seized Defendant property, specifically:

All virtual currency or other property associated with the BTC-e account usernames Ser89, gregord, Jeneker; and email addresses sergi89@centrum.cz, gregordarens@centrum.cz, jenkerdari@centrum.cz (passwords to be provided separately to Plaintiff), held as of July 25, 2017, and seized or otherwise restrained by Plaintiff, whether located in BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the government's Complaint, including, but not limited to, Bitcoin seized between August 2 and August 17, 2017, ether seized on August 5, 2017, and litecoin seized between August 7, 2017 and August 11, 2017.

Claimant's interest in said property is that he is the lawful owner.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Tyler Finn*
**DYNAMIS LLP**
Eric S. Rosen (Bar No. NY0671)
Tyler Finn (*Pro Hac Vice*)
233 Broadway, Suite 1750
New York, NY 10279
(212) 204-2757
erosen@dynamisllp.com
tfinn@dynamisllp.com

*Attorney for Claimant Ilia Kachalov*

## VERIFICATION

I, Ilia Kachalov, declare under penalty of perjury, that the statements made in the above Verified Claim are true and correct to the best of my knowledge.

Dated: October 3, 2026

Ilia Kachalov