UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br>*Defendants*. | Case No. 1:25-cv-02085 |

# NOTICE OF WITHDRAWAL OF APPEARANCE

Greenstein DeLorme & Luchs, P.C. ("GDL") and Alexandria J. Smith, Esq., hereby withdraw the appearance of Ms. Smith as local counsel for claimant Hjalmar Peters. Ms. Smith is leaving her position at GDL effective October 30, 2026 and thereafter will have no role in any aspect of this or any other matter she has appeared in to date. As GDL will continue as local counsel for the third-parties in this matter, there will be no prejudice to the parties, or any delay, occasioned by Ms. Smith's withdrawal.

Respectfully submitted

Date: October 30, 2026

/s/ Alexandria J. Smith

Alexandria J. Smith (#1481067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: ajs@gdllaw.com
*Counsel for Claimant Hjalmar Peters*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2026, I filed the foregoing Notice of Withdrawal of Appearance, and a copy should be served by Notice of Electronic Filing on all persons designated to receive electronic notice in this case.

/s/ Alexandria J. Smith
Alexandria J. Smith