**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendants in rem.

YEVHEN KASYANENKO,
Claimant.

**Civil Action No. 1:25-cv-02085 (CJN)**

Judge Carl J. Nichols

# VERIFIED CLAIM OF YEVHEN KASYANENKO

Claimant Yevhen Kasyanenko, proceeding pro se, files this Verified Claim pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(a)(4)(A), and states as follows:

1. Notice. Claimant received direct notice of this action by email. The Notice of Civil Forfeiture Action is dated October 30, 2026, and states that a claim is due no later than December 4, 2026. This claim is timely.

2. Property claimed. Claimant claims all virtual currency and other property credited to the BTC-e customer account registered to Claimant (account email address and username to be provided separately to counsel for the United States), held as of July 25, 2017, and seized or otherwise restrained by the United States, whether located in the BTC-e operating wallets or elsewhere under the control of BTC-e, and whether or not specifically identified in the Complaint, including, but not limited to, bitcoin seized between August 2 and August 17, 2017, and any proceeds thereof.

3. Claimant's interest. Claimant is the lawful owner of the virtual currency credited to his BTC-e account, and asserts an ownership and possessory interest in that property. Claimant opened and used the account as an individual customer for personal transactions, and funded it with his own lawfully obtained funds. To the best of Claimant's knowledge, he has not received any part of the account balance after July 25, 2017, including through any successor platform.

4. Claimant had no knowledge of, and no involvement in, any unlawful activity of BTC-e or its operators.

RECEIVED
NOV 02 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

5. Claimant files this claim on his own behalf as owner. He is not a bailee and does not assert the interest of any other person.

6. Claimant reserves the right to amend or supplement this claim, including after receiving his BTC-e account records from the United States.

Dated: November 1, 2026

______________________________

Yevhen Kasyanenko, pro se
1968 S. Coast Hwy #3320, Laguna Beach, CA 92651
+1 (347) 857-7718
evgeniy.kasyanenko@gmail.com

## VERIFICATION

I, Yevhen Kasyanenko, am the Claimant in this action. I have read the foregoing Verified Claim and know its contents. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 1, 2026, at Los Angeles, California.

______________________________

Yevhen Kasyanenko

## CERTIFICATE OF SERVICE

I certify that on November 1, 2026, I served a copy of the foregoing Verified Claim by email on counsel for the United States:

Joshua L. Sohn and Allison Ickovic, Trial Attorneys
Money Laundering, Narcotics and Forfeiture Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, Washington, D.C. 20530
joshua.sohn@usdoj.gov; allison.ickovic@usdoj.gov

______________________________

Yevhen Kasyanenko