Damjan Hajsek, Claimant pro se
Mačkovci 5, 1230 Domžale, Slovenia
Telephone: +386 1 5864 267
Email: damjan@povej.net

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,
Defendants in rem.

Civil Action No. 1:25-cv-02085-CJN

# VERIFIED CLAIM OF Damjan Hajsek UNDER SUPPLEMENTAL RULE G(5)(a)

Claimant Damjan Hajsek, appearing pro se (without an attorney), submits the following Verified Claim pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure:

1. Identity. Claimant is an individual residing in Slovenia. Claimant is filing this claim on his own behalf and not on behalf of any corporation or other person. Claimant's contact information is set forth in the caption and signature block.

2. BTC-e account. Before the shutdown of BTC-e in July 2017, Claimant maintained and used a BTC-e account under username "Blisk," associated with the email address damjan@povej.net. Claimant received BTC-e account messages addressed to that account, including login notifications and withdrawal-request confirmation emails.

3. Nature of claimed interest. Based on personal recollection, Claimant believes that some funds remained credited to his BTC-e account at the time of BTC-e's shutdown on July 25, 2017. Claimant claims only such interest, if any, in the Defendant Property as may be attributable to his unrecovered account balance, subject to the archived account records and applicable law.



RECEIVED
NOV 03 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4. Specific property claimed. This claim is directed to Defendant Property (A), described in paragraph 11(A) and paragraphs 106–123 of the Verified Complaint filed June 30, 2025: virtual currency held in BTC-e operating wallets as of July 25, 2017, but solely to the extent that Claimant can demonstrate a legally cognizable interest attributable to the balance of the "Blisk" account. Claimant does not purport to claim the entirety of Defendant Property (A), or any of Properties (B)–(F), based solely on the present evidence.

5. Historical balance not presently available. Claimant does not have access to the BTC-e account ledger and cannot at present reliably identify the exact currencies, amounts, wallet addresses, or fiat balances held in his BTC-e account on July 25, 2017. Claimant does not contend that amounts stated in earlier withdrawal-request emails represent the final balance. He seeks to determine the correct balance from available official records and, if procedurally permitted, supplement the record.

6. Available supporting records. Claimant retains BTC-e emails, including a January 13, 2017 request to withdraw approximately 200.00002866 LTC, an April 26, 2017 request to withdraw 16.6666 ETH, and account-login notifications including June 3, 2017. These establish historical account activity and withdrawal requests; they do not, standing alone, prove that those withdrawals completed or establish the account balance at shutdown. Claimant can provide appropriately redacted copies through lawful procedures.

7. Notice and relief requested. Claimant received a Notice of Civil Forfeiture Action dated October 30, 2026. Claimant seeks an opportunity to establish his legally cognizable interest, if any, in the property described in paragraph 4 and to contest forfeiture to the extent of that interest, subject to proof and the Court's directions.

**VERIFICATION PURSUANT TO 28 U.S.C. § 1746**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 3. 11. 2026

At: Domžale, Slovenia

Signature (handwritten):

Printed full legal name: Damjan Hajsek (pro se)

Mailing address: Mačkovci 5, 1230 Domžale, Slovenia

Telephone: +386 1 5864 267

Email: damjan@povej.net