**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, Plaintiff,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, Defendants in rem.

**Civil Action No. 1:25-cv-02085 (CJN)**

---

## VERIFIED CLAIM OF SERGHEI PALAMARCIUC PURSUANT TO SUPPLEMENTAL RULE G(5)(a)

1. I, **Serghei Palamarciuc**, am an individual residing in Germany and a former customer of the BTC-e cryptocurrency exchange. I submit this verified claim in my own capacity, without counsel, in response to the notice of this civil forfeiture action.

2. My BTC-e account was identified by user ID **899772**, login **ps89890**, and email **ps89890@icloud.com**. I used this account to hold balances on the exchange. I assert an interest arising from assets credited to my account and held by BTC-e for its customers, to the extent that such assets are included in the Defendant Properties in this action.

3. The internal BTC-e account record provided to me by the United States Department of Justice lists the following balances: **USD 4,217.7975; 182.13504669 namecoin (NMC); and 2000.11895713 novacoin (NVC)**. The record lists zero in other currency columns and in the field labeled total_balance. The original spreadsheet is identified as **psicloud.xlsx**. A transcription is attached as Exhibit A.

4. I claim an interest in the virtual-currency property identified as **Defendant Property (A)** in paragraph 11(A) of the Verified Complaint, insofar as it includes NMC and NVC held in BTC-e operating wallets for the benefit of customers, including the balances recorded for my account. My asserted interest is based on my status as a BTC-e account holder with recorded customer balances. I do not claim to own the entire operating wallets or the assets of other customers.

5. The account record also lists a USD balance of **4,217.7975**. I assert a customer interest corresponding to that recorded balance and seek to establish whether any of the funds identified as **Defendant Properties (B) through (F)** in paragraph 11 of the Verified Complaint represent or are traceable to customer funds held by BTC-e, including mine. I cannot currently identify a specific bank account or amount of seized funds traceable to my USD balance. I do not represent that the account record alone proves title to a particular seized bank account.

RECEIVED
NOV 03 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

6. On November 2, 2026, DOJ Trial Attorney Allison Ickovic provided the BTC-e account record. She subsequently stated that these are the latest balance records available from the BTC-e server, but that she does not know their date. She also stated that the total_balance field frequently does not match the currency-specific balances and that she personally disregards that field when calculating cryptocurrency balances. Accordingly, I report the individual recorded balances without claiming that the records establish the precise amounts held on July 25, 2017.

7. After BTC-e ceased operating, I used its successor WEX. I cannot now reliably recall the details or amounts of any credits, withdrawals, or recoveries through WEX. I do not seek duplicate recovery and do not claim WEX property as Defendant Property in this action. I seek only such interest in the specifically identified Defendant Properties as I may be able to establish through the records and applicable law.

8. I do not have records identifying particular wallet addresses, segregated customer holdings, or a tracing path from my account balances to the specific seized assets. I assert the interest described above in good faith based on the government-provided account record and my personal knowledge as an account holder. I understand that the nature and extent of any legally cognizable interest may be contested and must be determined under applicable law.

**VERIFICATION UNDER 28 U.S.C. § 1746(1)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on (date): November. 3. 2026

City and country: Pforzheim. Germany

Signature (sign by hand): [signature]

Printed name: Serghei Palamarciuc

Mailing address: Carl-Goerdeler-Straße 7, 75180 Pforzheim, Germany

Telephone: +49 172 2387409

Email: ps89890@icloud.com

# EXHIBIT A
# BTC-e INTERNAL ACCOUNT RECORD - TRANSCRIPTION

Civil Action No. 1:25-cv-02085 (CJN)

Source: spreadsheet psicloud.xlsx supplied by DOJ Trial Attorney Allison Ickovic by email on November 2, 2026. This exhibit reproduces the field names and values from the spreadsheet; it is not a certified server extract. The original spreadsheet and the emails should be preserved.

| Field | Value |
|---|---|
| id | 899772 |
| login | ps89890 |
| email | ps89890@icloud.com |
| money_usd | 4217.7975 |
| money_btc | 0 |
| money_ltc | 0 |
| money_ruc | 0 |
| money_nmc | 182.13504669 |
| money_rur | 0 |
| money_eur | 0 |
| money_nvc | 2000.11895713 |
| money_trc | 0 |
| money_ppc | 0 |
| money_ftc | 0 |
| money_cnc | 0 |
| money_xpm | 0 |
| money_cnh | 0 |
| money_gbp | 0 |
| money_dsh | 0 |
| money_eth | 0 |
| total_balance | 0 |

The record does not state a snapshot date. DOJ counsel explained on November 2, 2026 that total_balance frequently does not equal the currency-specific entries. No asset valuation or conclusion about ownership of particular seized property is made in this exhibit.