**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br>Defendants *in rem*. | Civil Action No. 1:25-cv-02085-CJN |

**VERIFIED CLAIM OF BARTOSZ BURGLIN**

Claimant Bartosz Burglin, appearing *pro se*, files this verified claim under Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(a)(4)(A), and states as follows.

1. **Claimant.** Bartosz Burglin, ul. Strzelecka 55/1, 89-600 Chojnice, Poland; e-mail sir@thesir.org; telephone +48 791 806 406.

2. **Notice.** Claimant received direct notice of this action by e-mail from counsel for the United States on November 2, 2026. This claim is filed within 35 days of that date.

3. **Property claimed.** Claimant claims the defendant property described in the Complaint as Defendant Assets (A) through (F), to the extent of the balance held for Claimant's BTC-e account on July 25, 2017: USD 5,276.68820285; BTC 0.00000001; RUR 0.00557119; CNC 0.51212898. The account is registered under login "sir", account ID 38709, e-mail sir@thesir.org. Counsel for the United States provided this balance from the seized BTC-e records.

4. **Claimant's interest.** Claimant is the owner of the funds credited to that account, which BTC-e held for him as custodian. Claimant did not know of, take part in, or consent to

RECEIVED
NOV 03 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the conduct alleged in the Complaint. He is an innocent owner within the meaning of 18 U.S.C. § 983(d).

5. **Theft of Claimant's bitcoin.** Claimant is also the victim of a theft from this same BTC-e account. On May 14, 2013 an unknown person took over the account through malware on Claimant's computer and withdrew bitcoin to the attacker's address: 44.6 BTC according to Claimant's report at the time, of which at least 38.26 BTC are identifiable on the blockchain as withdrawals from BTC-e. Part of the proceeds was later deposited back to BTC-e. Claimant is pursuing that loss through a petition for remission under 28 C.F.R. § 9.8 and reserves all rights.

6. **Relief.** Claimant asks that the defendant property be released to him to the extent of his interest, and that he receive notice of all further proceedings, including any proposed settlement, at the e-mail address above.

## VERIFICATION

I, Bartosz Burglin, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 03, 2026, in Chojnice, Poland.

Bartosz Burglin

Bartosz Burglin, Claimant, *pro se*
ul. Strzelecka 55/1
89-600 Chojnice, Poland
sir@thesir.org
+48 791 806 406

## CERTIFICATE OF SERVICE

I certify that on November 03, 2026, I served a copy of this Verified Claim on counsel for the United States, Joshua L. Sohn, Trial Attorney, Money Laundering, Narcotics and Forfeiture Section, Criminal Division, U.S. Department of Justice, 1400 New York Avenue NW, Washington, DC 20005, by e-mail to joshua.sohn@usdoj.gov, a method of service to which counsel consented in writing on November 3, 2026 (Fed. R. Civ. P. 5(b)(2)(E)).

Bartosz Burglin

Bartosz Burglin