**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,

*Defendants in rem*,

and

SERGEY MAYZUS, *et al.*,

*Claimants*.

Civil Action No. 1:25-cv-02085 (CJN)

**ORDER**

Currently pending is the United States' Motion to Strike, ECF No. 369. Because consideration of the Motion could potentially dispose of Claimant Sergey Mayzus's claim, Mayzus, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) (per curiam), the Court of Appeals mandated that a district court must clearly advise a *pro se* party of the consequences of failing to respond to a dispositive motion. Such "notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's Local Rules state that, within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion, or the Court may, in certain

circumstances, treat the motion as conceded, and it may also treat as conceded any unopposed arguments a defendant has advanced in support of its motion as conceded. *See* D.C. LCvR 7(b); *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003) (citing *FDIC v. Bender*, 127 F.3d 58, 67–68 (D.C. Cir. 1997)), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004).

This Order serves to satisfy the Court's obligation to advise Mayzus of the consequences of failing to respond to the United States' Motion to Strike. If Mayzus does not respond in a timely manner to this Order by (1) filing a memorandum in opposition to the Motion, in which Mayzus responds to *each* of the arguments raised by the United States in its Motion, or (2) filing a request for an extension of time in which to respond to the Motion, the Court may strike Mayzus's Verified Claim upon a finding that the arguments raised by the United States in its Motion are meritorious, or it may otherwise strike the Verified Claim without the benefit of Mayzus's input. *See Cohen v. Bd. of Trs. of the Univ. of the Dist. of Columbia*, 819 F.3d 476, 482–83 (D.C. Cir. 2016).

Accordingly, it is hereby

**ORDERED** that, on or before **December 4, 2026**, Mayzus shall file a memorandum in opposition to the United States' Motion to Strike, ECF No. 369, if he intends to oppose the Motion; and it is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of both this Order and the Motion to Strike to Mayzus's current address of record.

DATE: November 4, 2026

CARL J. NICHOLS
United States District Judge