**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br><br>Defendants in rem. | Civil Action No. 1:25-cv-02085-CJN<br><br>Judge Carl J. Nichols<br><br>PRO SE CLAIMANT:<br>Marc Seah<br>marcseahzc@gmail.com<br>(residence address and telephone filed under seal, LCvR 5.1(c)(1)) |

**VERIFIED CLAIM OF MARC SEAH**

Pursuant to Supplemental Rule G(5)(a), and in response to the Notice of Civil Forfeiture Action dated October 28, 2026, which Claimant received on October 28, 2026, Claimant Marc Seah states:

**1. Claimant.** Marc Seah, an individual residing in New York, New York, proceeding pro se. Claimant's full residence address is provided in a notice filed under seal pursuant to LCvR 5.1(c)(1).

**2. Property claimed.** Claimant claims all virtual currency, funds, and other property held in or associated with Claimant's BTC-e account "Coldfats" as of July 25, 2017, wherever held and whether or not specifically identified in the Verified Complaint (ECF 1), including Claimant's share of Defendant Property A (the virtual currency held in BTC-e's operating wallets as of July 25, 2017, including the bitcoin and litecoin described in Complaint ¶ 11(A)(i) and (iii)), Defendant Property B (funds held for the benefit of Canton Business Corporation at FXOpen and/or XP Solutions Limited), and any other defendant property to the extent it

RECEIVED
MAILROOM
NOV - 2 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

represents property held for that account. Based on Claimant's personal records, and to the best of Claimant's knowledge, the account balance on July 25, 2017 was approximately:

| Currency | Amount |
|---|---|
| Bitcoin (BTC) | 0.89221202 |
| Litecoin (LTC) | 122.6094658 |
| U.S. Dollars (USD) | 46.42 |

Claimant also claims, to the extent the United States holds or obtained it, the Bitcoin Cash (BCH) attributable to Claimant's 0.89221202 BTC as a result of the August 1, 2017 Bitcoin Cash fork, which occurred while that BTC was held in the seized wallets — 0.89221202 BCH.

**3. Claimant's interest.** Claimant has an ownership and possessory interest in the property described above. Claimant is the owner of BTC-e account "Coldfats," which Claimant opened on or about May 8, 2013, to the best of Claimant's recollection, using an email address that Claimant has provided to the Court and the United States in the sealed notice described in paragraph 1. Claimant held the account from that date until BTC-e was shut down on July 25, 2017, and logged in to it as recently as June 12, 2017 (U.S. Eastern time; recorded by BTC-e as 05:32 on June 13, 2017), as reflected in the "Successful login" email that BTC-e (no_reply@btc-e.com) sent to the account's registered email address for login "Coldfats" (Exhibit A). Claimant does not presently recall the specific dates, sources, and amounts of deposits into the account. Those records are contained in BTC-e's server data, which the United States seized and holds.

**4. Supporting records.** Claimant attaches as Exhibit A the "Successful login" email from BTC-e (no_reply@btc-e.com), dated June 12, 2017, for login "Coldfats." The recipient

email address is redacted from the public filing; an unredacted copy will be provided to the United States on request.

Claimant requests that the government's records of this account, seized with BTC-e's servers, including its deposit, trading, and withdrawal history and its balance as of July 25, 2017, be produced to Claimant in the ordinary course of discovery.

**5. Innocent owner.** Claimant used BTC-e solely to buy, sell, and hold cryptocurrency for personal investment. Claimant had no knowledge of, and did not participate in, any unlawful conduct by BTC-e or its operators. 18 U.S.C. § 983(d).

**6. Contact for service and communications.** Claimant requests that all notices, service, and communications in this action be sent to Claimant at **marcseahzc@gmail.com**.

**7. Basis of statements.** The events described above occurred between nine and thirteen years ago. Claimant's statements are based on Claimant's recollection and the records presently available to Claimant, which are incomplete. Claimant reserves the right to supplement or correct this claim as the government's records of the account are produced or as other records come to light.

**8. Relief.** Claimant requests the return of Claimant's property, and reserves all rights as to the form of relief, including return in kind.

**VERIFICATION**

I, Marc Seah, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. § 1746.

Executed on October 30, 2026 in New York, New York.

Marc Seah, Claimant, Pro Se
New York, New York
(residence address and telephone filed under seal, LCvR 5.1(c)(1))
marcseahzc@gmail.com