UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, Plaintiff,
v.
ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, Defendants in rem.
Civil Action No. 1:25-cv-02085 (CJN)

Claimant: Rami Mataev
Residence: 4 Levona Street, Apartment 3, Or Aqiva 3064804, Israel
Mobile: +972544225995
Email: ramimataev@gmail.com

# Verified Claim of Rami Mataev

1. Pursuant to Supplemental Rule G(5)(a), I assert my own interest in Defendant Property A described in paragraph 11(A) of the Complaint (ECF No. 1): the virtual currency held in the BTC-e operating wallets as of July 25, 2017, to the extent attributable to my BTC-e account, username Raymond1986, registered to ramimataev@gmail.com. My Claim also concerns any proceeds held in this action in place of that claimed property.

2. I reside in Israel. The account and cryptocurrency claimed were mine personally for private use and investment. I did not know of unlawful activity at BTC-e during my use of it.

3. I have not sold, assigned, or otherwise transferred my interest in the account or the assets claimed. I have received no refund or other compensation for them. I have not received cryptocurrency, tokens, an account balance, or other rights through WEX.

4. I assert an ownership or beneficial ownership interest in cryptocurrency held for my account within the BTC-e operating wallets. I seek recognition of that interest based on the account and transaction evidence, to the extent attributable to my account.

5. On September 27, 2026, DOJ Trial Attorney Allison Ickovic wrote to me that government records identify a positive account balance of 0.29078137 BTC and 0.88232294 ETH. Those quantities form the presently quantified basis of this Claim. I have not received a complete



RECEIVED
NOV 04 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

account ledger or independently verified the final balances in all currencies, and I do not assert an additional quantified balance without supporting records.

6. My supporting records include an original BTC-e account email-confirmation message dated November 26, 2013, an original message requesting confirmation of a 0.5 BTC withdrawal dated March 2, 2014, and an original successful-login notice dated June 14, 2017. The withdrawal message and historical transaction screenshot are not evidence of my closing balance.

7. The direct Notice of Civil Forfeiture Action sent to my registered email is dated October 30, 2026 and expressly states December 4, 2026 as the deadline to file a verified claim in this action. I submit this Claim in response to that Notice and contest forfeiture of my claimed interest.

8. Any later request for account records or amendment will be pursued under the applicable rules and orders. I request determination and protection of my interest in the identified property and such relief concerning that interest as the evidence, applicable law, and any approved settlement warrant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: November 2, 2026

At: Or-Aqiva, Israel

Handwritten signature: ____________

Rami Mataev, Claimant pro se