# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,**
Defendant Property.

Case No. **1:25-cv-02085**

# VERIFIED CLAIM OF IGOR IVASHCHENKO

I, **Igor Ivashchenko**, hereby submit this Verified Claim and state as follows:

1. I am an individual claimant asserting an ownership interest in Litecoin ("LTC") associated with my BTC-e account.
2. My BTC-e username was **i_iv**.
3. I submit this Claim to assert my personal ownership interest in the Litecoin that I held through my BTC-e account and that may be included in the Defendant Property in this action.
4. To the best of my present recollection, the amount of Litecoin associated with my BTC-e account was approximately **700 LTC**. I do not currently have access to the complete account records and therefore cannot confirm the exact amount. The figure is an estimate based on my recollection and is not intended to misstate the amount of my interest.
5. I acquired Litecoin directly through the BTC-e platform. The funds used to acquire cryptocurrency originated in Russian rubles and were transferred through payment services, including Yandex.Money, and currency-exchange services before being deposited to BTC-e.
6. I am asserting a claim to my own property interest only. I do not claim ownership of cryptocurrency or other assets belonging to any other person.
7. I have retained materials that may help establish my connection to the BTC-e account and the relevant payment services, including screenshots of BTC-e login authorization activity and historical account-registration emails relating to Payeer and Yandex.Money. I may submit additional supporting records if they become available.
8. I submit this Claim to establish my standing as a claimant and to preserve my right to contest the forfeiture of my property interest in this action.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

RECEIVED
NOV 04 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Executed on: November 5, 2026

At: Omsk, Russian Federation

Signature: ______________________

**Igor Ivashchenko**

BTC-e username: **i_iv**

Mailing address:
116/1 Dekabristov Street, Apartment 11
Omsk, Omsk Oblast, 644046
Russian Federation

Email: **yigor80@gmail.com**

Telephone: **+7 905 922-19-14**