Входящие (197) - yigor80@gm

mail.google.com/mail/u/0/#inbox

Все закладки

Gmail

Поиск в почте

Смени...

Написать

- Входящие 197
- Помеченные
- Отложенные
- Отправленные
- Черновики 1
- Вся почта
- Покупки
- Ещё

Ярлыки

501–518 из 518

Несортированные | Промоакции | Соцсети | Оповещения

| | | |
|---|---|---|
| BTC-E 3 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 10.09.17 12:32 | 10.09.2017 |
| BTC-E | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 08.09.17 12:41 | 08.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 07.09.17 14:49 | 07.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 06.09.17 14:47 | 06.09.2017 |
| BTC-E | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 04.09.17 07:01 | 04.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 03.09.17 15:56 | 03.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 02.09.17 15:19 | 02.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 2.60.15.3 Дата и время: 01.09.17 12:17 | 01.09.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 2.60.15.3 Дата и время: 31.08.17 17:25 | 31.08.2017 |
| BTC-E | Сброс пароля - Уважаемый i_iv, Нам поступил запрос на сброс пароля для вашего аккаунта. Чтобы установить новый ... | 31.08.2017 |
| Chatovod | i_iv, добро пожаловать в чат - i_iv, поздравляем вас с регистрацией в чате! Ваш ник: i_iv Пароль: 123211 Вы можете ис... | 04.08.2017 |
| BTC-E | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 2.60.5.215 Дата и время: 25.07.17 06:16 | 25.07.2017 |
| BTC-E 2 | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 2.60.5.215 Дата и время: 24.07.17 15:47 | 24.07.2017 |
| BTC-E | Успешный вход - Оповещаем вас об успешной авторизации. Логин: i_iv IP: 2.60.5.215 Дата и время: 23.07.17 07:30 | 23.07.2017 |


Успешный вход - yigor80@gm

mail.google.com/mail/u/0/#inbox/FMfcgxmVzdmmRqxXFGvdGTvRLKfpqcXs

Все закладки

Gmail

Поиск в почте

Смени...

Написать

Входящие 197

Помеченные

Отложенные

Отправленные

Черновики 1

Вся почта

Покупки

Ещё

Ярлыки

501 из 518

Успешный вход Входящие ×

BTC-E вс, 10 сент. 2017 г., 09:52

Оповещаем вас об успешной авторизации. Логин: i_iv IP: 95.189.250.72 Дата и время: 10.09.17 06:52

BTC-E вс, 10 сент. 2017 г., 09:59

Дата и время: 10.09.17 06:59

BTC-E <no_reply@btc-e.nz> вс, 10 сент. 2017 г., 15:32

кому: мне

Оповещаем вас об успешной авторизации.

Логин: i_iv

IP: 95.189.250.72

Дата и время: 10.09.17 12:32

Ответить Переслать