**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 1:25-cv-02085-CJN |
| Plaintiff, | Hon. Carl J. Nichols |
| v. | ORAL ARGUMENT NOT REQUESTED |
| ALL VIRTUAL CURRENCY HELD IN THE BTC-E OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN, | |
| Defendant in rem. | |

**EXHIBIT 1**

**AMENDED VERIFIED CLAIM**

I, MICHAEL WILLIAM CHARLES HAWORTH, declare as follows:

1. I am the Claimant in this action. I submit this Amended Verified Claim pursuant to Supplemental Rule G(5)(a) and with leave of Court.

2. I am a former customer of the BTC-E virtual currency exchange, where I held account User ID 13423.

3. BTC-e held customer cryptocurrency in commingled form in its operating wallets. Customer deposits were not maintained in segregated accounts; they were pooled in the exchange's operating wallets. The Complaint alleges that BTC-e's cryptocurrency wallets "held BTC-e's operating assets, customer deposits, and reserves," Compl. ¶ 110, and that BTC-e "held wallets for each of these cryptocurrencies," Compl. ¶ 55.

4. I deposited bitcoin into that pool, including 6.99791434 BTC on or about December 16, 2013.

5. In February 2014, an unauthorized third party accessed my account and my recorded bitcoin balance was reduced to zero. I reported the intrusion to BTC-e at the time it was discovered.

6. The account records produced by the Government on August 25, 2026 reflect a recorded balance of $1.46580912 USD in my account.

7. I assert an interest in the Defendant Assets to the extent of: (a) the account balance of $1.46580912 USD recorded in my BTC-E account; and (b) my undivided interest in the pool of customer bitcoin held in the BTC-E operating wallets as of July 25, 2017, arising from my deposits into that pool. That interest arose when I deposited bitcoin into BTC-e's custody in December 2013 and continued without interruption thereafter; the events of 2014 altered the composition of the pool but did not extinguish my interest in it.

8. I did not abandon, assign, or transfer my interest in this property.

9. I am not a nominee or straw owner and I assert this claim on my own behalf.

10. I am filing this claim pro se.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2026

/s/ Michael William Charles Haworth
MICHAEL WILLIAM CHARLES HAWORTH
Pro Se Claimant
Barn Hurst, Barn Street
Haverfordwest, Pembrokeshire, SA61 1TD
United Kingdom
Telephone: +44 7484 286628
Email: tronath@gmail.com