Andrei Mant, Claimant pro se
Calea lui Traian 114, Ramnicu Valcea, 240136, Romania
Telephone: +40 750200035
Email: zgubea.11@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALL VIRTUAL CURRENCY HELD IN THE BTC-e OPERATING WALLETS AS OF JULY 25, 2017, AND OTHER ASSETS FURTHER DESCRIBED HEREIN,<br>Defendants in rem. | Civil Action No.<br>1:25-cv-02085-CJN |

**VERIFIED CLAIM OF ANDREI MANT UNDER SUPPLEMENTAL RULE G(5)(a)**

Claimant Andrei Mant, appearing pro se (without an attorney), submits the following Verified Claim pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure.

**1. Identity.**
Claimant is an individual residing in Romania. Claimant is filing this claim on his own behalf and not on behalf of any corporation or other person. Claimant's contact information is set forth in the caption and signature block. All four BTC-e accounts described below belonged to Claimant personally, and Claimant asserts only his own ownership interest in the Litecoin associated with them.



RECEIVED
NOV 12 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**2. BTC-e accounts.**

Before the shutdown of BTC-e in July 2017, Claimant maintained and used four personal BTC-e accounts. To the best of Claimant's recollection, they were:

Registration email zgubea.11@gmail.com; BTC-e username "zgubea11"; approximate balance 97 LTC

Registration email armincode71@gmail.com; BTC-e username "armincode"; approximate balance 242.3 LTC

Registration email mkas7834@gmail.com; BTC-e username presently unknown; approximate balance 290.56885382 LTC

Registration email liliarq.4@gmail.com; BTC-e username presently unknown; approximate balance 116.4 LTC

**3. Nature of claimed interest.**

Based on personal notes and present recollection, Claimant believes that the Litecoin balances above remained credited to his accounts at the time of BTC-e's shutdown on July 25, 2017. Those figures are good-faith estimates and are not represented as independently verified balances. Claimant claims only such interest, if any, in the Defendant Property as may be attributable to those unrecovered account balances, subject to the archived account records and applicable law.

**4. Specific property claimed.**

This claim is directed to Defendant Property (A), described in paragraph 11(A) of the Complaint (ECF No. 1): all virtual currency held in the BTC-e operating wallets as of July 25, 2017, but solely to the extent of approximately 746.26885382 LTC in total attributable to the four accounts identified in paragraph 2. Claimant does not purport to claim the entirety of Defendant Property (A) based solely on the present evidence.

**5. Historical balances and account identification.**

Claimant no longer has complete BTC-e account records or trading statements, and BTC-e did not send him confirmations of his transactions. Claimant does not presently remember the BTC-e usernames of the third and fourth accounts, and respectfully requests that the United States use its historical BTC-e account records, including registration email addresses, to identify and verify those accounts. Claimant still has access to the email accounts of the first three accounts. The Gmail account liliarq.4@gmail.com was closed by Google in 2024, so messages from it cannot be retrieved. Claimant has kept records of logins to his BTC-e accounts that were sent to the email addresses he still controls, and may submit further records if they become available.

**6. Notice and relief requested.**

Claimant received the government's direct Notice of Civil Forfeiture Action, dated October 30, 2026, at the email addresses of three of his accounts, and found it in his spam folder on October 31, 2026. The Notice states December 4, 2026 as the deadline to file a verified claim. Before October 31, 2026, Claimant was not aware of this forfeiture action, and he submits this Claim in response to that Notice. Claimant submits this Claim to establish his standing as a claimant, to preserve his right to contest the forfeiture of his property interest in this action, and to ask that his claim be considered for all four accounts. Claimant claims no cryptocurrency or other assets belonging to any other person, and reserves the right to supplement or amend this Claim if additional records become available, including records held by the United States.

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: November 12, 2026
At: Ramnicu Valcea, Romania

Signature (handwritten): ______________________________

Printed full legal name: ANDREI MANT (pro se)
Mailing address: Calea lui Traian 114, Ramnicu Valcea, 240136, Romania
Telephone: +40 750200035
Email (any of): zgubea.11@gmail.com
BTC-e usernames: zgubea11, armincode (two others presently unknown)