**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>All virtual currency held in the BTC-E operating wallets as of July 25, 2017, and other assets further described herein,<br><br>Defendants *in rem*. | ) | CIVIL ACTION<br><br>No. 1:25-cv-02085-CJN |

**JOINT STATUS REPORT**

Plaintiff United States of America (the "Government") and Claimant Nobuaki Kobayashi, Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding of MtGox Co., Ltd., a/k/a MtGox KK ("MtGox" and the "MtGox Trustee") respectfully submit this Status Report pursuant to the Court's Order of September 21, 2026.

Counsel for the Government and the MtGox Trustee held a productive in-person meeting on November 13, 2026, which included exchanging information and discussing their respective positions regarding this matter. Both sides propose to analyze further the open issues, exchange additional information and continue their productive discussions prior to the next status update deadline of December 16, 2026. Both sides propose to further update the Court at that time or otherwise as requested.

Respectfully submitted,

MARGARET A. MOESER
CHIEF
MONEY LAUNDERING, NARCOTICS
AND FORFEITURE SECTION

*By: /s/ Joshua L. Sohn*

JOSHUA L. SOHN
ALLISON ICKOVIC
Trial Attorneys
Money Laundering, Narcotics
And Forfeiture Section
Criminal Division
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Telephone: (202) 353-2223
joshua.sohn@usdoj.gov

*and*

**BROWN RUDNICK LLP**

By: *__/s/ Daniel L. Sachs_____*

DAVID J. MOLTON
GERARD T. CICERO
DANIEL F. KERNS
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: dmolton@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: dkerns@brownrudnick.com

*-and-*

DANIEL L. SACHS (DC Bar 1045490)
1900 N St. NW Suite 400
Washington, DC 20036
Tel: 202-536-1796
Email: dsachs@brownrudnick.com

*Counsel for Nobuaki Kobayashi, In His Capacities as the Bankruptcy Trustee and Foreign Representative and Trustee of the Second Civil Rehabilitation Proceeding and Foreign Representative of MtGox Co., Ltd., a/k/a MtGox KK*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I caused the foregoing document to be served, via CM/ECF, to all counsel of record in this action. I also emailed a copy of this document to all *pro se* parties whose email addresses are readily available.

By: *__/s/ Daniel L. Sachs______*
Daniel L. Sachs